# In The United States Court of Federal Claims

No. 02-796C

(Filed: October 21, 2003)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 20, 2003, the court received plaintiff's motion for partial summary judgment, with accompanying documents. On March 17, 2003, the parties were notified that this matter has been designated as an electronic case, and that all filings from that date forward were to be filed electronically. Accordingly, the Clerk is directed to return the attached documents, and plaintiff is instructed to properly file them in electronic form.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge