**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION** | : | |
| **Plaintiff** | : | |
| **v.** | : | **Case No. 02-796C** |
| | : | **(Judge Allegra)** |
| **UNITED STATES OF AMERICA** | : | |
| **Defendant** | : | |

**PLAINTIFF INFORMATION SYSTEMS AND NETWORKS CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT FOR BREACH OF CONTRACT**

Plaintiff Information Systems and Networks Corporation ("ISN"), by counsel, pursuant to Rule 56 of the Rules of the United States Court of Federal Claims ("RCFC"), hereby moves for entry of summary judgment on the issue of Defendant's liability on Count I of ISN's Complaint in this case. Count I states a claim for breach of contract resulting from a modification of the contract requested and ratified by Defendant, for which ISN has not been compensated. Because there are no genuine issues of fact that the modification constituted a contractual obligation between the parties that has been breached by Defendant, ISN requests that this Court enter partial summary judgment in favor of ISN on the issue of Defendant's liability on Count I. For the reasons set forth in the accompanying Memorandum of Points and Authorities, this Motion should be granted.

Respectfully submitted,

__s/ Norman H. Singer__________________
NORMAN H. SINGER, ESQ.
BENJAMIN M. KAHRL, ESQ. (of counsel)
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400

October 23, 2003

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff Information Systems & Networks Corporation's Motion For Partial Summary Judgment, Memorandum of Points and Authorities in Support thereof, and Plaintiff's Proposed Findings of Uncontroverted Fact was sent via electronic filing this 23rd day of October, 2003, with a hard copy sent federal express on October 20, 2003, to:

Brent M. McBurney, Esq.
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

___s/ Norman H. Singer______________
Norman H. Singer, Esq.

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.