REQUEST FOR CONTRACTUAL PROCUREMENT-NAVCOMPT FORM 2276 (8 . . ) (REV.8-81)

1. THIS REQUEST MUST BE ACCEPTED ON A DIRECT CITATION BASIS ONLY AND IS SUBJECT TO THE CONDITION LISTED ON THE REVERSE SIDE. | 2. DOCUMENT NUMBER N0003994RCDL300

| 3. REFERENCE NO. | 4. FUNDS EXPIRE ON | 5. DMS RATING | 6. PRIORITY | 7. DATE REQUIRED | 8. AMEND. N |
|---|---|---|---|---|---|
| N0003994AFN52D6 | 30 SEP 96 | | | 30 SEP 94 | 002 |

9. FROM: SPACE AND NAVAL WARFARE SYSTEM COMMAND WASHINGTON, D.C. 20363-5100 ATTN: SPAWAR 01-4 | 10. FOR DETAILS CONTACT: S. NALEPA, PD50P22, 602-3363/X145

11. TO: COMMANDING OFFICER
NAVAL REGIONAL CONTRACTING CENTER
WASHINGTON NAVY YARD
UIC WASHINGTON DC 20374-
N00600
ATTENTION: MR. ROSCOE CRAWFORD

12. MAIL BILLINGS TO:
THE PAYING OFFICE CITED IN RESULTING CONTRACT

13. ACCOUNTING DATA TO BE CITED ON RESULTING CONTRACTS

| A. ACRN | B. APPROPRIATION | C. SUBHEAD | D. OBJ CLASS | E. BU. CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 1741810 | 52D6 | 000 | EA152 | 0 | 068342 | 2D | 000000 | D60010000000 | 4,416,646.00 |

14. AMOUNTS WILL NOT BE EXCEEDED IN THE OBLIGATION DOCUMENT WITH OUT PRIOR WRITTEN APPROVAL FROM THE ISSUER.
L. TOTAL THIS DOCUMENT 4,416,646.00
M. CUMULATIVE TOTAL 6,975,319.00

15. PROCUREMENT BY CONTRACT OF THE FOLLOWING ITEMS IS REQUESTED
THESE ITEMS [_] ARE [X] ARE NOT INCLUDED IN THE INTERSERVICE SUPPLY SUPPORT PROGRAM AND REQUIRED INTERSERVICE SCREENING [ ] HAS [ ] HAS NOT BEEN ACCOMPLISHED

| A. ACRN | B. ITEM NO | C. FSC | D. DESCRIPTION NAT.STOCK NO,SPEC AND/OR DRAW NO,ETC | E. QUANTITY | F. UNIT | G. ESTIMATED UNIT PRICE | H. ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | FUNDS PROVIDED FOR THE PROCUREMENT OF 3 ATC'S FOR HAMPTON RDS; PEARL HARBOR; AND CAMP SMITH. | | | | 4416646.00 |
| | | | PLEASE FAX BACK CONTRACTS FOR OBLIGATION: 703-602-7409 | | | | |

PLF's Exhibit 19 for identification Sandra D Warren Oct 29 1999 Wit. Jeffrey Bergdahl (4 pages)

NO CHANGES TO THIS DOCUMENT ARE AUTHORIZED WITHOUT PRIOR CONSENT OF AUTHORIZING OFFICIAL.

FORWARD ACCEPTANCE AND COPIES OF ALL OBLIGATING DOCUMENTS TO: COMMANDER, SPACE AND NAVAL WARFARE SYSTEM COMMAND, DEPARTMENT OF THE NAVY, WASHINGTON, D.C. 20363-5100, ATTN: SPAWAR 01-4 SEE ACCEPTANCE INSTRUCTIONS ON REVERSE

COPY TO: SPAWAR 01-4
TAC CODE: N880 NO CAAS IS AUTHORIZED WITHOUT SPECIFIC AMENDMENT TO THIS DOCUMENT

16. SEE ATTACH PAGES FOR DELIVERY SCHEDULES, PRESERVATION AND PACKAGING INSTRUCTIONS, SHIPPING INSTRUCTIONS AND INSTRUCTIONS FOR DISTRIBUTION OF CONTRACTS AND RELATED DOCUMENTS. | GRAND TOTAL 4416646.00

17. TRANSPORTATION ALLOTMENT (USED IF FOB CONTRACTOR'S PLANT)

18. I CERTIFY THAT THE FUNDS CITED ARE PROPERLY CHARGEABLE FOR ITEMS REQUESTED. | AUTHORIZING OFFICIAL (NAME, TITLE AND SIGNATURE) for RICHARD J. LUCEY, ACCOUNTING OFFICER Jeannie C Ch... | DATE 15 JUL 1994

19. THIS REQUEST IS ACCEPTED AND THE ITEMS WILL BE PROVIDED IN ACCORDANCE HEREWITH. | ACCEPTING OFFICIAL (NAME, TITLE A... | DATE

PLAINTIFF'S EXHIBIT 3

000056