SEP-25-1995 14:22 FROM TO 992026850002 P.01

THIS REQUEST MUST BE ACCEPTED ON A DIRECT CITATION BASIS ONLY AND IS SUBJECT TO THE CONDITION LISTED ON THE REVERSE SIDE. !2. DOCUMENT NUMBER N0003996RCDL301

REFERENCE NO. !4. FUNDS EXPIRE ON !5. DMS RATING !6. PRIORITY !7. DATE REQUIRED !8. AMEND. NO
N0003996AFN52D6 ! 30 SEP 98 ! ! ! 30 SEP 98 ! BASIC

FROM: SPACE AND NAVAL WARFARE SYSTEM COMMAND
LINGTON, VA. 22202, ATTN: SPAWAR 01-4

!10. FOR DETAILS CONTACT: SANDY SIMMS/72P4B/AV332-3364

TO: COMMANDING OFFICER
FLEET INDUSTRIAL SUPPLY CENTER
WASHINGTON NAVY YARD
WASHINGTON DC 20374-
C 600
TTENTION: ROSCOE CRAWFORD

!12. MAIL BILLINGS TO:
THE PAYING OFFICE CITED IN RESULTING CONTRACT

202-433-5887
202-685-0002

ACCOUNTING DATA TO BE CITED ON RESULTING CONTRACTS

| N | B. APPROPRIATION | C. SUB HEAD | D. OBJ CLASS | E. BU. CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 1761810 | 52D6 | 000 | EA172 | 0 | 068342 | 2D | 000000 | D60010000000 | 2,469,000.00 |

AMOUNTS WILL NOT BE EXCEEDED IN THE OBLIGATION DOCUMENT WITH OUT PRIOR WRITTEN APPROVAL FROM THE ISSUER.

!L. TOTAL THIS DOCUMENT! 2,469,000.00
!M. CUMULATIVE TOTAL! 2,469,000.00

PROCUREMENT BY CONTRACT OF THE FOLLOWING ITEMS IS REQUESTED

THESE ITEMS !_! ARE !X! ARE NOT INCLUDED IN THE INTERSERVICE SUPPLY SUPPORT PROGRAM AND REQUIRED INTERSERVICE SCREENING ! ! HAS ! ! HAS NOT BEEN ACCOMPLISHED

| B. ITEM NO. | C. FSC | D. NAT. STOCK NO, SPEC AND/OR DRAW NO, ETC DESCRIPTION | E. QUANTITY | F. UNIT | G. ESTIMATED UNIT PRICE | H. ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|
| | | FUNDS PROVIDED FOR PROCUREMENT OF THE PUERTO RICO AND LONDON ATC'S, DIAL IN TECHNICAL SUPPORT FOR THE ANCC'S ATC'S, FLEET POTS INTERFACE INTERFACE FOR THE ANCC'S CONTRACT: N0060-94-C-0388/0389. PLEASE FAX CONTRACTS: 703-602-7409 | | | | 2469000.00 |

PLS Exhibit 17 for identification Sandra D Warren 19 99
Oct 29 Jeffrey Bergdahl (I page)

CHANGES TO THIS DOCUMENT ARE AUTHORIZED WITHOUT PRIOR CONSENT OF AUTHORIZING OFFICIAL

FORWARD ACCEPTANCE AND COPIES OF ALL OBLIGATING DOCUMENTS TO: COMMANDER, SPACE AND NAVAL WARFARE SYSTEM COMMAND, DEPARTMENT OF THE NAVY, ARLINGTON, VA. 22202, ATTN: SPAWAR 01-4 SEE ACCEPTANCE INSTRUCTIONS ON REVERSE

THIS ORDER IS ISSUED AS A DIRECT CITE MIPR IN ACCORDANCE WITH OASD(C) MEMO OF 1 MAR 1982 AS APPROVED BY THE DAR COUNCIL

COPY TO: SPAWAR 01-4

CODE: N880 NO CAAS IS AUTHORIZED WITHOUT SPECIFIC AMENDMENT TO THIS DOCUMENT

SEE ATTACH PAGES FOR DELIVERY SCHEDULES, PRESERVATION AND PACKAGING INSTRUCTIONS, SHIPPING INSTRUCTIONS AND INSTRUCTIONS FOR DISTRIBUTION OF CONTRACTS AND RELATED DOCUMENTS.
TRANSPORTATION ALLOTMENT (USED IF FOB CONTRACTOR'S PLANT)

!GRAND TOTAL 2469000.00

| I CERTIFY THAT THE FUNDS CITED ARE PROPERLY CHARGEABLE FOR ITEMS REQUESTED. | AUTHORIZING OFFICIAL (NAME, TITLE AND SIGNATURE) RICHARD J. LUCEY, ACCOUNTING OFFICER [signature] | DATE 10/2/95 |
|---|---|---|
| THIS REQUEST IS ACCEPTED AND THE ITEMS WILL BE PROVIDED IN ACCORDANCE HEREWITH. | ACCEPTING OFFICIAL (NAME, TITLE ...) | DATE |

000057

PLAINTIFF'S EXHIBIT 4