ISN®

June 20, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

PLAINTIFF'S EXHIBIT 5

ATTENTION: Jeffrey Bergdahl, COR

REFERENCE: Contract Number N00600-94-C-0389
Letter Ser PMW 172-22C/037 dated 1 May 95

SUBJECT: Submittal of Engineering 12 Pair Cable Change Proposal (ECP)CDRL Item C003

ENCLOSURE: (1) HAMPTON ROADS ECP COST ANALYSIS

This letter ECP for ATC Contract N00600-94-C-0389 proposes the following ATC modifications for NTCC Hampton Roads, Virginia:

- Installing 12 pair cabling on digital interfaces specified in the referenced letter.
- Increasing the Novell Netware 3.11 SFT-III from 25 to 50 users.
- Government requested ATC site configuration change.
- Upgrade one of the RMSA 100(X) to an RMSA 200(X)
- The DIM 414E upgrade.

Guidance provided by the Government in the referenced letter during the development of this ECP has been incorporated. Total additional cost consideration of this ECP is $930,527. The Handbook of Electronics Industry Cost Estimating Data was used as a guide in validating the cost estimates for this ECP.

Supporting Enclosures:
1. Cost breakdown listed by categories, Total Cost, Contract Cost , and ECP Cost.
2. Equipment List for NTCC Hampton Roads, Virginia.
3. Revised Schedule.

Letter Ser PMW 172-22C/037 requested installation of 12 pair cable for certain equipment and provided additional guidelines. The Government will provide all of the 12 pair cable needed to perform the NTCC Hampton Roads, Virginia installation and cut

000058



Information Systems & Networks Corporation • 10411 Motor City Drive, Bethesda, Maryland 20817 • (301) 469-0400 Telex: 387814

over. The Government has provided 5000 ft of new 12 pair cable. For requirements in excess of 5000 feet ISN will attempt to use cable that has been reclaimed. In the event that reclaimed cables are inadequate in length or quality ISN will notify the Government The Government can authorize ISN to purchase the cable or the Government can provide the 12 pair cable needed. Although ISN will make every effort to adjust schedules to accommodate, this approach may result in delaying or rescheduling the cut over of some equipment. During research of MIL-SPEC 12-Pair Cable, it was discovered that the MIL-SPEC Cable did not meet Plenium requirements. Government guidance was to install the MIL-SPEC (Non-Plenium) cables. The use of Non-Plenium cable appears to be consistent with installation practices currently in use at NTCC Hampton Roads.

The Government has requested that ISN provide Novell Netware3.11 for 50 users. The requirement to increase Novell Netware 3.11 SFT-III from 25 to 50 users is to insure compliance with software licensing requirements and to allow future connection growth to the ATC LAN for additional workstations (local or remote).

The Government provided ATC equipment lists in meetings with the Contracting Officer in March 1995 and requested that ISN and DMS substitute the equipment for the proposed equipment at no cost. After some discussion and review ISN and DMS agreed to the change at no additional cost for equipment or installation as stipulated in the ECP that ISN submitted on 18 April 95. This ECP incorporates the equipment list for NTCC Hampton Roads, Virginia only.

ISN recommends that one of the RMSA 100 (X) switches be replaced with an RMSA 200 (X). This will provide the expansion needed at NTCC Hampton Roads, Virginia because of the rapid growth in high speed circuits at this site. The cost for installing the RMSA 200 (X) now instead of doing it as a field expansion is substantially lower and eliminates the need for subsequent removal and reinstallation. The differential cost is based on the difference in cost between the RMSA 100 (X) and the RMSA 200 (X) found in the GSA Schedule on page 1, appendix B of Subcontract. This cost has been verified via phone with DMS.

DMS has released a new version of the DIM-414-3 designated as the DIM-414-E. According to DMS the DIM-414-E design has resulted in a significant reduction in DC Current required to operate the module. DMS offers the DIM-414-E with an extended warranty of 15 years. This ECP incorporates the NTCC Hampton Roads, Virginia portion of the ECP that ISN submitted 20 October 94.

ISN requests conformation of approval for this ECP as soon as possible.

Sincerely,

William N.L. Robertson
ATC Program Manager
Information Systems and Networks Corp.

000059

| DESCRIPTION | TOTAL COST | COST in CONTRACT | COST of ECP |
|---|---|---|---|
| **LABOR** | | | |
| ECP Prep | 9,000 | 0 | 9,000 |
| Program Management & Engineering | 286,742 | 151,742 | 135,000 |
| Installation, Cut Over & 12 Pair Cable | 1,042,892 | 419,329 | 623,563 |
| **MATERIAL** | | | |
| Hardware & Software | 1,577,532 | 1,577,532 | 0 |
| Upgrade 1 RMSA 100 (X) to 1 RMSA 200 (x) | 18,537 | | 18,537 |
| Government Requested New Site Configuration | 0 | | n/c |
| NOVEL Fifty user | 3,226 | | 3,226 |
| Connectors (existing cable to be reusêd or new cable provided by the Government) | 23,000 | | • 23,000 |
| **ODC'S** | 13,581 | 3,581 | 10,000 |
| **TOTAL CLIN 0001AA** | 2,974,510 | 2,152,184 | 822,326 |
| **CDRL's CLIN 0003** | 388,457 | 338,457 | 50,000 |
| **TOTAL CLIN's 0001AA & 0003** | 3,362,967 | 2,490,641 | 872,326 |
| DIM 414 E upgrade | 58,201 | | 58,201 |
| | | | 930,527 |

20-Jun-95 03:28 PM

ENCLOSURE 1

## HAMPTON ROADS EQUIPMENT CONFIGURATION

| NOMENCLATURE | ECP QTY |
|---|---|
| RMSA 100 X | 2 |
| RMSA 200 X | 0 |
| RMSA 500 X | 0 |
| RMSA 4000 X | 1 |
| RMSA 8000 X | 1 |
| RIU 64 X | 81 |
| RIU 32 X | 5 |
| TFOU 8/16 | 1 |
| TATU 2/8 | 1 |
| DIM 414 E | 976 |
| DIX 202 | 0 |
| DIH 264 X | 0 |
| DIH 530 | 70 |
| DCI 402 | 4 |
| DTI 402 | 4 |
| AIM 800 | 152 |
| BTM 2048 | 0 |

| | | | |
|---|---|---|---|
| DIM 414 E Upgrade cost | 976 | 48 | 46,848 |
| G&A | | 12.94% | 6,062 |
| FEE | | 10.00% | 5,291 |
| TOTAL | | | 58,201 |

ENCLOSURE 2

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 1 | | | |
| 2 | **CDRL DEVELOPMENT** | 12/6/94 | 8/9/96 |
| 3 | CDRL E002 GOV CMNTS PASS DUE | 12/5/94 | 12/5/94 |
| 4 | CDRL D002 GOV CMNTS PASS DUE | 12/6/94 | 12/6/94 |
| 5 | MGT PLAN CDRL A001 GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 6 | REVIEW GOV CMNTS CDRL A001 | 5/1/95 | 5/26/95 |
| 7 | RE-SUBMIT CDRL A001 | 5/26/95 | 5/26/95 |
| 8 | GOV REVIEW CDRL A001 | 5/26/95 | 6/25/95 |
| 9 | TRAINING PLAN - CDRL F001 | 2/6/95 | 2/17/95 |
| 10 | SUBMIT CDRL F001 | 2/17/95 | 2/17/95 |
| 11 | GOV REVIEW CDRL F001 | 2/17/95 | 3/17/95 |
| 12 | GOV CMNTS CDRL F001 RCV'ED | 5/22/95 | 5/22/95 |
| 13 | REVIEW GOV CMNTS CDRL F001 | 5/22/95 | 5/31/95 |
| 14 | RE-SUBMIT CDRL F001 | 6/26/95 | 6/26/95 |
| 15 | CUTOVER PLAN - CDRL G001 | 6/9/95 | 7/14/95 |
| 16 | SUBMIT CDRL G001 | 7/14/95 | 7/14/95 |
| 17 | SYS TEST/VER PLN CDRL G002 | 2/6/95 | 2/28/95 |
| 18 | SUBMIT CDRL G002 | 2/28/95 | 2/28/95 |
| 19 | GOV REVIEW CDRL G002 | 2/28/95 | 3/28/95 |
| 20 | GOV CMNTS CDRL G002 RCV'ED | 5/22/95 | 5/22/95 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary | GOV action | Milestone pending
ISN task | Milestone complete

000063

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 21 | REVIEW GOV CMNTS CDRLG002 | 6/15/95 | 7/9/95 |
| 22 | RE-SUBMIT CDRL G002 | 7/9/95 | 7/9/95 |
| 23 | LESSON PLAN - CDRL F002 | 5/1/95 | 7/7/95 |
| 24 | SUBMIT CDRL FOO2 | 7/9/95 | 7/9/95 |
| 25 | GOV REVIEW CDRL F002 | 7/10/95 | 8/10/95 |
| 26 | SS H.R. CDRL B001 GOV CMNTS REV'ED | 5/22/95 | 5/22/95 |
| 27 | REVIEW GOV CMNTS CDRL BOO1 | 5/22/95 | 6/27/95 |
| 28 | RE-SUBMIT CDRL B001 | 6/27/95 | 6/27/95 |
| 29 | GOV CMNT CDRL C001 RCV'ED | 6/5/95 | 6/5/95 |
| 30 | REVIEW GOV CMNTS CDRL C001 | 6/9/95 | 6/19/95 |
| 31 | RE-SUBMIT CDRL C001 | 6/19/95 | 6/19/95 |
| 32 | GOV CMNT CDRL C002 RCV'ED | 5/22/95 | 5/22/95 |
| 33 | REVIEW GOV CMNTS CDRL C002 | 5/31/95 | 6/30/95 |
| 34 | RE-SUBMIT CDRL C002 | 6/30/95 | 6/30/95 |
| 35 | TSIP H.R. CDRL B002 APPROVED | 6/2/95 | 6/2/95 |
| 36 | GOV CMNTS CDRL E001 ISP RCV'ED | 5/22/95 | 5/22/95 |
| 37 | COMMENTS REVIEW CDRL E001 | 6/9/95 | 7/8/95 |
| 38 | RE-SUBMIT CDRL E001 | 7/8/95 | 7/8/95 |
| 39 | TRAINEE GUIDE CDRL F003 | 7/3/95 | 8/3/95 |
| 40 | SUBMIT CDRL F003 | 8/3/95 | 8/3/95 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary — GOV action — Milestone pending
ISN task — Milestone complete

000064

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 41 | GOV REVIEW CDRL FOO3 | 8/3/95 | 8/31/95 |
| 42 | SPARE PARTS LIST CDRL E003 - ALL SITES | 4/5/95 | 4/17/95 |
| 43 | SUBMIT CDRL E003 | 4/17/95 | 4/17/95 |
| 44 | GOV REVIEW CDRL E003 | 4/14/95 | 5/15/95 |
| 45 | GOV CMNTS CDRL E003 RCV'ED | 6/13/95 | 6/13/95 |
| 46 | COMMENTS REVIEW CDRL E003 | 7/4/95 | 7/13/95 |
| 47 | RE-SUBMIT CDRL E003 | 7/13/95 | 7/13/95 |
| 48 | OJT HANDBOOK CDRL F004 | 7/25/95 | 8/16/95 |
| 49 | SUBMIT CDRL F004 | 8/17/95 | 8/17/95 |
| 50 | GOV REVIEW CDRL FOO4 | 8/17/95 | 9/15/95 |
| 51 | SOFTWARE USERS MANUAL CDRL D003 | 6/12/95 | 6/28/95 |
| 52 | SUBMIT CDRL D003 | 6/28/95 | 6/28/95 |
| 53 | GOV REVIEW CDRL D003 | 6/28/95 | 7/28/95 |
| 54 | TEST PROCEDURES CDRL G003 | 11/6/95 | 12/14/95 |
| 55 | SUBMIT CDRL G003 | 12/14/95 | 12/14/95 |
| 56 | GOV REVIEW CDRL GCC3 | 12/14/95 | 1/15/96 |
| 57 | JOB MANUAL - H.R. CDRL D006 | 12/4/95 | 1/31/96 |
| 58 | SUBMIT CDRL D006 | 1/31/96 | 1/31/96 |
| 59 | GOV REVIEW CDRL D006 | 1/31/96 | 3/1/96 |
| 60 | TEST REPORT CDRL G004 | 7/7/96 | 8/9/96 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary — ISN task — GOV action — Milestone complete — Milestone pending

000065

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 61 | SUBMIT CDRL G004 | 8/9/96 | 8/9/96 |
| 62 | | | |
| 63 | **ENGINEERING/TECH SUPPORT** | 2/9/95 | 8/30/95 |
| 64 | SYSTEM ENGINEERING | 2/8/95 | 6/15/95 |
| 65 | ATC CONFIG ECP DEVELOPMENT | 2/8/95 | 6/20/95 |
| 66 | SUBMIT ATC CONFIG ECP | 6/20/95 | 6/20/95 |
| 67 | CORDINATE W/COR WRT EQIUP RELOCATION | 4/25/95 | 5/26/95 |
| 68 | GOV EQUIP CONFIG | 7/3/95 | 7/17/95 |
| 69 | MATERIAL PROCUREMENT | 2/10/95 | 8/31/95 |
| 70 | DMS FACTORY ACCEPTANCE | 2/8/95 | 2/8/95 |
| 71 | INVENTORY EQUIPMENT - DMS | 2/9/95 | 2/10/95 |
| 72 | SHIP EQUIPMENT FROM DMS TO ISN | 5/10/95 | 6/30/95 |
| 73 | RECEIVE DMS EQUIPMENT- ISN | 5/22/95 | 7/7/95 |
| 74 | SET-UP INTEGRATION SYSTEM | 5/15/95 | 6/2/95 |
| 75 | INTEGRATE SOFTWARE | 6/5/95 | 6/14/95 |
| 76 | SYSTEMS TRAINING - ISN | 6/19/95 | 6/23/95 |
| 77 | SHIP EQUIPMENT AT ISN TO HR | 6/23/95 | 6/23/95 |
| 78 | EQUIPMENT SHIPMENT ISN/HR | 6/26/95 | 8/15/95 |
| 79 | | | |
| 80 | **SITE - NTCC HAMPTON ROADS VA** | 3/3/95 | 7/7/96 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary — ISN task — GOV action — Milestone complete — Milestone pending

000066

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 81 | DEVELOP TSIP SUPPORT DOCUMENTATIOM | 3/1/95 | 3/27/95 |
| 82 | SITE MANAGEMENT/ PRE-INSTALLATION | 3/15/95 | 5/20/95 |
| 83 | RECEIVE/STORE EQUIPMENT - H.R. | 5/4/95 | 12/29/95 |
| 84 | COMMENCE INSTALLATION | 6/26/95 | 6/26/95 |
| 85 | RELOCATION OF GOV EQUIPMENT | 6/27/95 | 9/1/95 |
| 86 | SET-UP CLASSROOM | 8/11/95 | 8/14/95 |
| 87 | FORMAL TRAINING | 8/14/95 | 8/26/95 |
| 88 | CLEAN-UP | 6/26/95 | 6/12/96 |
| 89 | SWITCH/RIU INSTALLATION | 6/26/95 | 8/26/95 |
| 90 | ATC LAN INSTALLATION | 8/22/95 | 9/1/95 |
| 91 | ATC SYS CONFIG VERIFICATION | 9/5/95 | 9/8/95 |
| 92 | ATC SYSTEM TEST | 9/7/95 | 9/12/95 |
| 93 | GOV. APPROVAL FOR CUT-OVER | 9/12/95 | 9/12/95 |
| 94 | COMMENCE CUTOVER | 9/13/95 | 9/13/95 |
| 95 | RE-CONFIG OF GOV EQUIP INTERFACE | 9/13/95 | 6/5/96 |
| 96 | CUT-OVER | 9/13/95 | 6/5/96 |
| 97 | CUTOVER COMPLETE | 6/7/96 | 6/7/96 |
| 98 | GOVERNMENT ACCEPTANCE | 6/7/96 | 7/7/96 |
| 99 | ATC INSTALLATION ACCEPTED | 7/7/96 | 7/7/96 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary | GOV action | Milestone pending
ISN task | Milestone complete