EST FOR CONTRACTUAL PROCUR T-NAVCOMPT FORM 2276 (8 PT) 8-81)
THIS REQUEST MUST BE ACCEP ON A DIRECT CITATION BASIS ON AND IS !2. DOCUMENT NUMBER
SUBJECT TO THE CONDITION LISTED ON THE REVERSE SIDE. ! N0003995RCDL301
EFERENCE NO. !4. FUNDS EXPIRE ON!5. DMS RATING!6. PRIORITY!7. DATE REQUIRED!8. AMEND. NO
N0003995AFN52D6! 30 SEP 97 ! ! ! 31 DEC 95 ! 001
ROM: SPACE AND NAVAL WARFARE SYSTEM COMMAND !10. FOR DETAILS CONTACT:
RLINGTON, VA. 22202, ATTN: SPAWAR 01-4 ! S. SIMMS, PD72P4A, (703)602-3364
TO: COMMANDING OFFICER !12. MAIL BILLINGS TO:
FLEET INDUSTRIAL SUPPLY CENTER !
WASHINGTON NAVY YARD ! THE PAYING OFFICE CITED IN
WASHINGTON DC 20374- ! RESULTING CONTRACT
0600 !
TENTION: MR. ROSCOE CRAWFORD 95X3917 !

PLAINTIFF'S EXHIBIT 9

ACCOUNTING DATA TO BE CITED ON RESULTING CONTRACTS

| !B. APPROPRIATION | !C. SUB HEAD | !D. OBJ CLASS | !E. BU. CONTROL | !F. SA | !G. AAA | !H. TT | !I. PAA | !J. COST CODE | !K. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1751810 | 52D6 | 000 | EA172 | 0 | 068342 | 2D | 000000 | D60010000000 | |
| | | | | | | | | | .00 |

MOUNTS WILL NOT BE EXCEEDED IN THE OBLIGATION !L. TOTAL THIS DOCUMENT! .00
DOCUMENT WITH OUT PRIOR WRITTEN APPROVAL FROM THE !
ISSUER. !M. CUMULATIVE TOTAL! 789,319.00

PROCUREMENT BY CONTRACT OF THE FOLLOWING ITEMS IS REQUESTED
THESE ITEMS !_! ARE !_! ARE NOT INCLUDED IN THE INTERSERVICE SUPPLY SUPPORT PROGRAM AND
REQUIRED INTERSERVICE SCREENING ! ! HAS ! ! HAS NOT BEEN ACCOMPLISHED

| B. ITEM NO. | !C. FSC | !D. NAT.STOCK NO, SPEC AND/OR DRAW NO, ETC DESCRIPTION | !E. QUANTITY | !F. UNIT | !G. ESTIMATED UNIT PRICE | !H. ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|
| | | DOCUMENT AMENDED TO EXERCISE HAMPTON ROADS ATC ECP COSTS VICE PROCUREMENT OF PUERTO RICO ATC. | | | | |

Def's Exhibit 16 for identification Sandra D. Warren Oct. 29, 1999 Wit. Jeffrey Bergdahl (1 page)

RECEIVED AT N R C C
ENTERED INTO PROSTATS
PALT COMMENCES AUG 29 1995

CONTRACT AWARD: $
AVAIL FOR RECOUPMENT: $
SIGNATURE CONTRACTING OFFICER

NGES TO THIS DOCUMENT ARE AUTHORIZED WITHOUT PRIOR CONSENT OF AUTHORIZING OFFICIAL.

FORWARD ACCEPTANCE AND COPIES OF ALL OBLIGATING DOCUMENTS TO: COMMANDER,
AND NAVAL WARFARE SYSTEM COMMAND, DEPARTMENT OF THE NAVY,
TON, VA. 22202, ATTN: SPAWAR 01-4 SEE ACCEPTANCE INSTRUCTIONS ON REVERSE

000073

COPY TO: SPAWAR 01-4
CODE: N880 NO CAAS IS AUTHORIZED WITHOUT SPECIFIC AMENDMENT TO THIS DOCUMENT

EE ATTACH PAGES FOR DELIVERY SCHEDULES, PRESERVATION AND PACKAGING IN- !GRAND TOTAL
RUCTIONS, SHIPPING INSTRUCTIONS AND INSTRUCTIONS FOR DISTRIBUTION OF !
NTRACTS AND RELATED DOCUMENTS. !
RANSPORTATION ALLOTMENT (USED IF FOB CONTRACTOR'S PLANT) .00

| | | |
|---|---|---|
| I CERTIFY THAT THE FUNDS CITED ARE PROPERLY CHARGEABLE FOR ITEMS REQUESTED. | !AUTHORIZING OFFICIAL (NAME, TITLE AND SIGNATURE) for RICHARD J. LUCEY, ACCOUNTING OFFICER *Loretta Finamore* | ! DATE 8/23/95 |
| THIS REQUEST IS ACCEPTED AND THE ITEMS WILL BE PROVIDED IN ACCORDANCE HEREWITH. | !ACCEPTING OFFICIAL (NAME, TITLE AND SIGNATURE) *Roscoe W. Crawford Contracting Officer* | ! DATE 8/29/95 |