Jones Ex. # 2

DEFENSE LOGISTICS AGENCY
DEFENSE CONTRACT MANAGEMENT COMMAND
DEFENSE CONTRACT MANAGEMENT DISTRICT, MID ATLANTIC
DEFENSE CONTRACT MANAGEMENT AREA OPERATIONS, BALTIMORE
200 TOWSONTOWN BLVD. WEST
TOWSON, MARYLAND 21204-5299

Date: 27 Sep 95
Case No. 202(A)-95-G-0183
Contract: N00600-94-C-0389
Address: 10411 Motor City Drive
Bethesda, Md 20817

aluation of Progress Payment No. 1319-03
ractor: Information Systems & Networks Corp.
OM: DCMDS-GMTC

SPAWAR-PMW 172-22C

Request evaluation of contract related to attached SF 1443 to determine entage of physical completion.

Furnish the following additional information:

a. Has the contractor's production pe... unsatisfactory?

Please furnish your report

Please acknowledge. The Pri
hone #(410) 339-4917.

PLAINTIFF'S EXHIBIT 10

uest Reply By: 18 Oct 95

THE COMMANDER:

...alyst
...ial Pr... Area

---

DCMDS-GMTC FROM: PMW 172-22C Date: 19 OCT 95

1. Physical Percentage of Progress is estimated as 15 %.

2. Contractor's performance (Has) Has Not been satisfactory.

3. Other Comments:
See attachment for rationale on percentage of physical completion. ISN is slightly behind the proposed schedule in their ECP, but ~~still~~ & still performing satisfactorily compared against that schedule.

Performed By: Jeff Bergdahl
Date: 19 Oct 95
Reviewed & Approved by: Ronald J. Zell
Date: 20 Oct 95

Lisa Murtha

Plfs' Exhibit 23 for identification
Sandra D Warren
Oct 29 1999
Jeffrey Bergdahl
(2 pages)

000074

David Whalen 23

Physical percentage of completion of Lot I by CLIN:

0001AA- 15%
0001AB- 5%
0001AC- 5%

0002AA-100%
0002AB- 0%
0002AC- 0%

0003- 60%

Rationale:
For CLIN 0001 Turnkey ATC the work consists of three phases and an associated percentage of the physical effort:
(1) Installation-20%
(2) Cutover-70%
(3) Test and Acceptance-10%

ISN has ordered equipment for the three ATC sites. ISN is continuing to install the ATC at NTCC Hampton Roads and is expected to provide a delivery schedule this week for the remaining material to be installed. ISN has not provided a firm date for installation completion and start of cutover. ISN has not begun installation of the ATC at the two sites in Hawaii, NTCC Camp H M Smith and NTCC Pearl Harbor, and will not until cutover has begun at NTCC Hampton Roads and ISN demonstrates their ability to cutover complex circuits there. Based on their progress at NTCC Hampton Roads, installation will not commence at the two Hawaii sites until next year.

For CLIN 0002, ISN conducted the formal classroom for NTCC Hampton Roads(0002AA) at the end of August through the beginning of September. Formal classroom training for for the two remaining sites will not commence until the installations have begun there.

For CLIN 0003, ISN has submitted most of the general CDRLs and those site specific to NTCC Hampton Roads. The major outstanding items are the Telecommunication System Installation Plan(CDRL B002) and the other site specific deliverables for the two sites in Hawaii. These will not be submitted until after a joint SPAWAR/ISN site survey.