PLAINTIFF'S EXHIBIT 11

Plfs' Exhibit 30
for identification
Sandra D Warren
Oct. 29 1995
Wit. Jeffrey Bergdahl
(6 pgs)

12/6/95

meeting w/ ~~[illegible]~~ SPAWAR
re: ISN

'94 Contract - Design, engineer, install + test FIP Systems

Differing site conditions alleged by the KR shortly after award

Changes in key Personnel prematurely by KR.

Misc. Perf. Problems + disputes

Gov't spent ~~[illegible]~~ over $2 million for HW under Prog. Payments for first 3 CLINs. 80% of equip. @ Hampton Rds site only has been delivered.
Were in 1st Lot.
No other equip. has been delivered.

KR has not complied w/ ~~[illegible]~~ ~~[illegible]~~ contract established deliv. time
We never modified them to extend them; KR did not want to give us consideration

000076

Did this Happen
☆ Do a partial T for C of ~~all~~ all CLINs in Lot I except Hampton Rds. + Hampton Rds.

30.1

adjustment w/ ISN.

~~Maybe try to do a no-cost T for C as consideration for their delays @ Hampton Rds.~~ NO

~~Roscoe~~

There is possible fraud involved w/ the progress payments they've rec'd. ACO is investigating. But it doesn't affect ~~the~~ our course of action on this KR, i.e. our plans to T for C.

Progress payment

There is an ~~[illegible]~~ eng. change needed for the equip to be ~~[illegible]~~ operated successfully @ Hampton Rds. Plan - Let ISN install w/ KR ~~as~~ written, is

They can do cutover w/o the ECP

ECP?

000077

New KR, maybe w/ an S&A can be done to provide ~~for~~ 30.2

ECP to be incorp. + work on installing the other sites.

Is this Done

We still need to mod the Hampton Roads CLIN to re-establish the deliv. schedule + set consideration. ☆

There are a few perf. problems remaining on Hampton Roads. Gov't can't figure out what a good new deliv. time should be. Roscoe does need to do a mod to re-estab. the Hamp. Rds ~~~~ deliv. schedule (possibly w/o consideration if this is too hard to negot.)

if Was Done

** ASAP

Then if KR doesn't deliver, Hampton Rds. can be T for D'd.

Are we?

000078 30.3

* Lish wants Roscoe to T for D [illegible] CLIN IAB +

& "fight the battle." But
she achnow. ISN is very
litigious & will fight it.
Govt. has to invest consid.
resources & take alot of risk
to try to pursue a T for D.

SPAWAR est. 9 ~~mo~~ mo.
Minimum until ~~SPA~~ Hampt.
Rds. can be successfully
cut-over

Cut over not complete

Due to the problems @ Hampton
Rds., one alternative is to
~~det~~ T for C the whole lot &
just ~~tak~~ take title to Hamp.
Rds. equip. (both installed &
uninstalled) as is

Option ?

TSC ?

Maybe T for C Hampton &
2 for D the other 2 CLINS
→ Tish said she didn't
think this would work

Roscoe needs to research illegal

000079

Or you could re-establish a ...

30.4

Not preferred by Customer

deliv. schedules + let them fail + T for D - this might be cheaper, because he can't submit an equitable adjustment.

Either way he'll probably litigate.

Progress Pay ✱

SPAWAR can't keep saying he's performing satisfactorily on Tish's Progress Payments paperwork, that way she won't have to approve progress payments.

T for D ✱✱

Really, ISN has no valid argument for not being T for D'd at Hampton (assuming a deliv. sked. is re-estab. + they don't meet it). Their only argument has been differing site condit. which (per SPAWAR) is not a valid basis for delay.

30.5

000030

When the deliv. skeds are re-estab they will all be indep. of each

Constructive change

but the Gov't has constructively changed this by directing them orally to "focus" on Hampton 1st.

~~12/19 Mtg. w/ Brian James~~