CERTIFIED MAIL-RETURN RECEIPT REQUESTED

**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

IN REPLY
REFER TO: DCMDS-GATC

August 8, 1997

SUBJECT: Settlement by Unilateral Determination on Terminated Contract N00600-94-C0389

Bobby Melvin
ISN
10411 Motor City Dr.
Bethesda, MD 20817

Dear Mr. Melvin:

Reference our letter dated May 2, 1997.

nw ≃ 114

In our referenced letter it was requested that you response to the DCAA audit report No. 6311-97B17100001. Our letter indicated that if no response was received in our office we would, inaccordance with FAR 52.249, issue a Unilateral Determination. This letter is to advise you that I have determined that the Gross Settlement for this termination will be $4,049,532.00. The net amount due ISN is $0.

However, the issuance of this unilateral decision does not preclude the submittal of additional support which you feel that could impact this decision. You have 15 days from the date of this letter to submit such information. You can also request a final decision be issued, which is appealable to the Board of Contract Appeals or the US Claims Court.

Should you have any question or desire further assistance please contact the undersign at (770)590-6389 or Fax (770)590-2081.

Sincerely

Denise M Jones
DENISE M. JONES
Termination Contracting Officer

cc:
Lisa Scott/Fleet Industrial Supply
DCMC Baltimore.

000106

PLAINTIFF'S EXHIBIT
13

Federal Recycling Program Printed on Recycled Paper