CERTIFIED LETTER-RETURN RECEIPT REQUESTED

**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

IN REPLY
REFER TO:
DCMDS-GATC

October 9, 1997

SUBJECT: Terminated Contract - N00600-94-C-0389 Docket N961443SA

Mr. Roscoe Crawford
Department of the Navy
Fleet and Industrial Supply Center Norfolk
Detachment Washington DC
Washington Navy Yard Bldg 200
901 M Street SE
Washington, DC 20374-5014

Dear Mr. Crawford:

Enclosed is information provided to our office from ISN on subject termination. As you review the information you will see that it all relates to the proposed ECP. It is asked of your office to review the enclosed information and provide to our office any documentation that would support that the ECP was never approved, that ISN was told not to perform the work related to the ECP, Why the modification was not issued to incorporate the ECP, if the mod was issued provide us a copy, or give us the actual cost that was agreed upon for the ECP.

This information is very vital for the settlement of this termination. It is asked that your prompt attention be given to this matter and a response from your office be issued by October 27, 1997.

Should you have any questions or desire any further information, please contact the undersigned at (404) 590-6389, or FAX (404) 590-2110.

Denise M. Jones
DENISE M. JONES
Termination Contracting Officer

cc:
Leslie Cook, Counsel DCMC-Atlanta
Benjamin Monastero-Senior Auditor DCAA

Plfs' Exhibit 35
for identification
Sandra D Warren
Oct 29 1999
Jeffrey Bergdahl

PLAINTIFF'S EXHIBIT 15

000113