**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

IN REPLY
REFER TO: DCMDS-GATC

November 5, 1997

SUBJECT: Terminated Contract - N00600-94-C-0389 Docket N961443SA

Mr. Roscoe Crawford
Department of the Navy
Fleet and Industrial Supply Center Norfolk
Detachment Washington DC
Washington Navy Yard Bldg 200
901 M Street SE
Washington, DC 20374-5014

Dear Mr. Crawford:

Several attempts have been made to get your office to provide information on subject termination. A certified letter was sent to you on October 9, 1997 requesting you provided information on subject termination. After getting no response from you, I phoned you on October 29, 1997 and we discussed the matter once again and at that time you informed me that you would setup a conference call for Friday October 31, 1997 with you, Jeff Berghdal, and myself. Once again I did not hear from your office. On Monday, November 23, 1997 I phoned and got your voice mail , I left a message for you to call me, no response. I also left a message on Jeff Berghddal's voice mail and there was no response from his office.

This letter is to inform that based on the material provided to the TCO, The TCO is ready to make an offer to ISN for the settlement of the termination settlement proposal and the ECP in the amount of $4,940,725.00. This would require additional funding on the contract in the amount of $524,079.46. It is asked of your office to reply to this letter as to whether you agree or disagree. It is asked that you respond no later than COB November 7, 1997. If no response is received from your office by this date then TCO will proceed with settlement.

Should you have any questions or desire any further information, please contact the undersigned at (404) 590-6389, or FAX (404) 590-2110.

Pltfs' Exhibit 36
for identification
Sandra D Warren
Oct 29 1999
Jeffrey Bergdahl
(1 page)

Denise M. Jones
DENISE M. JONES
Termination Contracting Officer

000114

PLAINTIFF'S EXHIBIT 16