NOV. 13. 97(THU) 15:59 DCMC-GAT TEL:770 590 2081 P. 002

# DEFENSE LOGISTICS AGENCY
## DEFENSE CONTRACT MANAGEMENT COMMAND ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

EXHIBIT
Crawford
#28
1/0-R49

REPLY
REFER TO: DCMDS- GATC

November 13, 1997

SUBJECT: Terminated Contract N00600-94-C-0389
Docket N961443SA

Mr. Robert M. Cozzie
ISN
10411 Motor City Drive
Bethesda, MD

Dear Mr. Cozzie:

The cost principal in FAR Part 31, the DOD FAR Supplement (DFARS), and the cost or pricing data requirement contained in FAR Part 49 were used in reviewing your proposal.

Contingent upon funding from The Department of the Navy, Fleet and Industrial Supply Center Norfolk, Washington, DC the TCO makes the following offer to ISN for the settlement on subject contract:

| | |
|---|---|
| Actual Costs and Profit | $4,909,211.00 |
| Total Previous Payment to ISN | (4,049,532.00) |
| Settlement Expense | 31,685.00 |
| Net Settlement | 891,364.00 |

Once again this is contingent on funding from the Department of the Navy. If you are in agreement with the settlement please sign at the bottom of this letter and return to this office. If you are not in agreement you have 15 days from the date of this letter to substantiate the cost proposed. If no response is received from your office within 15 days I will in accordance with FAR 49 issue a unilateral determination of the amount due you on the subject termination.

Should you have any questions or desire any further information, please contact the undersigned at (404) 590-6389, FAX (404) 590-2081.

Sincerely,

Denise M. Jones

DENISE M. JONES
Termination Contracting Officer

000115

PLAINTIFF'S
EXHIBIT
17