**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

PLAINTIFF'S EXHIBIT 18

IN REPLY REFER TO: DCMDS- GATC

November 13, 1997

SUBJECT: Terminated Contract N00600-94-C-0389
Docket N961443SA

Mr. Robert M. Cozzie
ISN
10411 Motor City Drive
Bethesda, MD

Dear Mr. Cozzie:

The cost principal in FAR Part 31, the DOD FAR Supplement (DFARS), and the cost or pricing data requirement contained in FAR Part 49 were used in reviewing your proposal.

Contingent upon funding from The Department of the Navy, Fleet and Industrial Supply Center Norfolk, Washington, DC the TCO makes the following offer to ISN for the settlement on subject contract:

| | |
|---|---|
| Actual Costs and Profit | $4,909,211.00 |
| Total Previous Payment to ISN | (4,049,532.00) |
| Settlement Expense | 31,685.00 |
| Net Settlement | 891,364.00 |

Once again this is contingent on funding from the Department of the Navy. If you are in agreement with the settlement please sign at the bottom of this letter and return to this office. If you are not in agreement you have 15 days from the date of this letter to substantiate the cost proposed. If no response is received from your office within 15 days I will in accordance with FAR 49 issue a unilateral determination of the amount due you on the subject termination.

Should you have any questions or desire any further information, please contact the undersigned at (404) 590-6389, FAX (404) 590-2081.

Sincerely,

Denise M. Jones
DENISE M. JONES
Termination Contracting Officer

Accepted as to determination that ISN is due $891,364.00 on the subject termination.

Roma Malkani
Roma Malkani, President

Crawford Ex #29

# FAX FAX ISN FAX FAX

## Telefax Cover Sheet

**Fax Shall NOT Be Used To Transmit Classified Material**

Date: 11/14/97

Time: 4:45 AM

To: Denise Jones (Name)

Fax #: (770) 590-2081

TCO/DLA (Organization)

(770) 590-6389 (Phone & Extension)

From: ROBERT COZZIE (Name)

(301) 469-0400, ext. 301 (Phone & Extension)

Number of Pages (Excluding Cover Sheet): 1

Other Instructions:

Denise,

Here is ISN's acceptance of termination settlement.

Person Sending: Robert Cozzie (Name)

(Phone & Extension)

**If you have any problems receiving, please call the person sending immediately!**

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at the number below to arrange for return of the original documents to us. Thank you.

Information Systems & Networks Corporation
10411 Motor City Drive • Bethesda Maryland 20817 • (301) 469-0400
Telex: 387814 • Fax (301) 469-7053

000117

LAST TRANSACTION REPORT FOR HP FAX-700 SERIES VERSION: 01.03

NAME: ISN
NUMBER: 3014690767

DATE: 13-DEC-97
TIME: 16:40

| _TE | TIME | REMOTE FAX NAME AND NUMBER | DURATION | PG | RESULT | DIAGNOSTIC |
|---|---|---|---|---|---|---|
| DEC | 16:38 S | 770 590 2081 | 0:01:12 | 2 | OK | 663840100166 |

**************************************************************************************

S=FAX SENT
I=POLL IN(FAX RECEIVED)
O=POLLED OUT(FAX SENT)

RINT THIS REPORT AUTOMATICALLY, SELECT AUTOMATIC REPORTS IN THE SETTINGS MENU.
PRINT MANUALLY, PRESS THE REPORT/SPACE BUTTON. THEN PRESS ENTER.