**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

IN REPLY REFER TO: DCMDS-GATC

November 18, 1997

SUBJECT: Terminated Contract - N00600-94-C-0389 Docket N961443SA

Mr. Roscoe Crawford
Department of the Navy
Fleet and Industrial Supply Center Norfolk
Detachment Washington DC
Washington Navy Yard Bldg 200
901 M Street SE
Washington, DC 20374-5014

Dear Mr. Crawford:

Reference our letter dated November 5, 1997 sent via facsimile.

In our referenced letter we advised your office that we would be issuing an offer to ISN in the amount of $4,940,725.00 and that we need additional funding in the amount of $524,079.46. This letter is to request additional funding. It is requested that the funding be provided within 90 days. If funding is not provided within 90 day period, I will then issue my decision and return authority back to your office for completion of the termination.

Should you have any questions or desire any further information, please contact the undersigned at ~~(404)~~ 770 590-6389, or FAX ~~(404)~~ 770 590-2110.

Denise M. Jones
DENISE M. JONES
Termination Contracting Officer

000119

PLAINTIFF'S EXHIBIT 19