**DEPARTMENT OF THE NAVY**
FLEET AND INDUSTRIAL SUPPLY CENTER NORFOLK
DETACHMENT WASHINGTON
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

DEC 0 1 1997
4200
02W1.4A:CS:94C-0389

From: 02W1.4 (Mr. Roscoe Crawford)
To: Defense Contract Management Command, Atlanta
Attn: Ms. Denise M. Jones, Termination Contracting Officer
805 Walker Street
Marietta, GA 30060-2789

Subj: TERMINATED CONTRACT – N00600-94-C-0389 DOCKET N961443SA

Ref: (a) DCMDS-GATC ltr November 18, 1997
(b) DCMDS-GATC ltr November 5, 1997
(c) DCMDS-GATC ltr October 9, 1997

Encl: (1) ISN ltr January 26, 1996
(2) ISN ltr 25 May 1995

1. This office is in agreement with the original DCAA Audit Report No. 6311-97B17100001 and your August 8, 1997 letter determination that the net amount of $0 was due to ISN. ISN has provided your office with volumes of supposed justification for additional compensation based on supposed approval of an ECP. This ECP was not approved and no services/supplies were received as stated by ISN. The ISN request for payment is unwarranted and as a Contracting Officer, not approved by myself.

2. ISN was not issued this ECP because the costs associated with its implementation were exorbitant. ISN letter of January 26, 1996 (Encl. 1) states clearly that the approved ECP had not been received. ISN letter dated 25 May 1995 (Encl. 2) states "ISN will insure all changes are approved by contractually authorized Government Representatives and document." No matter what case ISN is trying to build, it is clear that ISN knew and knows the modification of the contract by myself as the Contracting Officer was the only way the ECP could be added to the contract and the only manner in which contracted reimbursable work could be performed.

3. In summary, additional funding will not be provided. The ECP referred to by ISN was not approved. No further funding is approved.

Roscoe W. Crawford

ROSCOE W. CRAWFORD
Contracting Officer

000120

PLAINTIFF'S EXHIBIT 20