# DEFENSE LOGISTICS AGENCY
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

EPLY
REFER TO: DCMDS-GATC

December 9, 1997

SUBJECT: Settlement on Terminated Contract N00600-94-C0389

Robert Cozzie
ISN
10411 Motor City Dr.
Bethesda, MD 20817

Dear Mr. Cozzie:

Reference DCMC-GATC letter dated November 13, 1997
Reference FAR 49.114 Unsettled Contract Changes

In our referenced letter to your office you were advised that the offer was contingent on funding from The Department of the Navy, Fleet and Industrial Supply Center Norfolk, Washington, DC.

Our office has been advised by FISC that "additional funding will not be provided. The ECP referred to by ISN was not approved. No further funding is approved." FAR 49.114 requires I solicit the opinion of the Contracting Officer on all unadjusted changes. FISC's determination is that no amount is due and no funding will be provided. Accordingly, it is my determination that the Gross Settlement for this termination will be $4,049,532.00. The net amount due ISN is $0. If ISN is not in agreement with this I will, within 15 days, in accordance with FAR 52.249-2, issue a Unilateral Determination. You may also request a final decision be issued by FISC, which is then appealable to the Board of Contract Appeals or the US Claims Court.



PLAINTIFF'S EXHIBIT 21

Federal Recycling Program Printed on Recycled Paper

Should you have any question or desire further assistance please contact the undersign at (770)590-6389 or Fax (770)590-2081.

Sincerely

DENISE M. JONES
Termination Contracting Officer

cc:
Roscoe Crawford/Fleet Industrial Supply
DCMC Baltimore.