Jones Ex # 25

-12-1995 12:46 FROM SPAWAR PMW172 703602-7252 TO 992026850002 P.01

PMW 172
WE KEEP THE FLEET COMMUNICATING

# FACSIMILE TRANSMISSION COVER SHEET

**SPACE AND NAVAL WARFARE SYSTEMS COMMAND**
**SHIP/SHORE COMMUNICATIONS OFFICE**
**PMW 172**
**2451 CRYSTAL DRIVE**
**ARLINGTON, VA 22245-5200**

**FAX (703) 602-7252**

Plfs Exhibit 22
for identification
Sandra D Warren
Oct. 29 19 99
Wit. Jeffrey Bergdahl, (3 pages)

**DATE:** 4/12/95

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 3

**FROM:** JEFF BERGDAHL

**CODE:** PMW172-22C

**PHONE #:** (703)602-8336

**TO:**

**AGENCY:** FISC DET WASHINGTON **CODE:** PB2

**NAME:** ROSCOE CRAWFORD/M.WELD

**FAX NUMBER:** (202)685-0002

**VOICE NUMBER:** (202)433-5387

**SUBJECT:** ATC FUNDING

**REMARKS:** Roscoe/Michelle,

Here is the E-mail Sandy put out along with Ron's desires. What is your opinion on ~~Ron's~~ paragraph C.4?

Jeff Bergdahl

PLAINTIFF'S EXHIBIT 22

22.1

Crawford

APR-12-1995 12:47 FROM SPAWAR PMW172 703602-7252 TO 992026850002 P.02

Author: Sandy Nalepa at SPAWAR-MC4
Date: 4/12/95 7:12 AM
Priority: Normal
Receipt Requested
TO: CAPT Peter Renfree
: Kevin Meyers
: Ronald Zell
CC: Jeffrey Bergdahl
CC: Buddy Heiman
: Dave Sivillo
Subject: FY 93 ATC $s

------------------------------ Message Contents ------------------------------

CAPT/Kevin,

On Monday we received a letter from N61 redirecting $2M from subject. This was no surprise. I had told both Ron and Jeff that the money was in question due to midyear review and we were at risk of losing it - both our comptroller and N6 have questioned status. After speaking to Jeff and Percy, as well as being told by others from PD 72F about current contract performance, I recommended that the money be reprogrammed.

We have about $7M in the ANCC/ATC procurement program in FY 96 which is less than 6 months away. With the difficulties we are experiencing with both fielded ANCCs and ATCs under contract I do not think it would hurt to get a grip on what's already started and use next year's money to buy the remaining ATCs (Japan, Sicily, London) if we are in a better position to do so. To my knowledge we have no other means of procurement for the balance of the ATCs.

I would appreciate it if one of you two would call Mr. Roscoe Crawford at FISC, (202)433-5387 and ask him to accept the funding document I faxed to him on Monday and return fax it to me immediately. He has all the info (my fax # and a copy of the CNO letter). I understand he is currently directed to sit on it and take no action.

Thank you,
Sandy



22.2