**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION** | : | |
| **Plaintiff** | : | |
| **v.** | : | **Case No. 02-796C** |
| | : | **(Judge Allegra)** |
| **UNITED STATES OF AMERICA** | : | |
| **Defendant** | : | |

**UNOPPOSED MOTION TO EXTEND EXPERT REPORT FILING DATE AND COMPLETION OF DISCOVERY**

Plaintiff, Information Systems & Networks Corporation ("Plaintiff" or "ISN"), by its undersigned attorneys, moves this Honorable Court for an extension of the November 21, 2003 filing date for expert reports to February 20, 2004, and an extension of the date for completion of discovery from January 30, 2004 to April 30, 2004. As grounds for this Motion, ISN states as follows:

1. This is the first request for extension of time for discovery in this matter.

2. Pursuant to the Order of this Court filed on January 16, 2003, the parties were required to exchange expert reports on November 21, 2003, and to complete all discovery by January 30, 2004. The parties request an extension of sixty (60) business days to February 20, 2004 for filing expert reports, and one hundred ten (110) business days to April 30, 2004 for the completion of all discovery.

3. On October 23, 2003, ISN filed a Motion for Partial Summary Judgment as to the breach of contract count of the Complaint. Defendant's Opposition is due November 24, 2003, and ISN's Reply is due by December 8, 2003. If the Motion for Partial Summary Judgment is denied by the Court, then the parties will need to complete

discovery on the issue of liability for the breach of contract claim. If the Motion is granted, then no further discovery will be required except for that related to the issue of damages. In addition, the resolution of the Motion will dictate the selection of experts and the nature of their opinions. The proposed extended dates take into account these contingencies.

4. Defendant does not oppose this motion or the revised discovery schedule set forth herein.

WHEREFORE, the plaintiff, Information Systems & Networks Corporation, requests that the filing date for expert reports be extended to February 20, 2004, and the date for completion of all discovery be extended to April 30, 2004.

Dated: November 12, 2003

Respectfully submitted,

SINGER & ASSOCIATES, P.C.

By: ___s/ Norman H. Singer_____________

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, MD 20817
Tel. (301) 469-0400
Fax (301) 469-0403

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion to Extend Expert Report Filing Date and Completion of Discovery was sent via electronic filing this 12th day of November, 2003, with a hard copy sent facsimile on November 10, 2003, to:

Brent M. McBurney, Esq.
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

___s/ Norman H. Singer______________
Norman H. Singer, Esq.

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.