**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time for 14 business days, to and including December 15, 2003, within which to respond to plaintiff's partial motion for summary judgment. The Government's response currently is due on November 24, 2003. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has conferred with plaintiffs' counsel who has stated that plaintiffs will not oppose this motion.

This request is necessitated by the fact that several of the key agency personnel with whom defendant's counsel needs to confer regarding the Government's response to plaintiff's pleading are unavailable until Monday, November 24, 2003. In addition, due to the length of time that has passed since the conclusion of the discovery in plaintiff's earlier filed suit, agency counsel has informed defendant's counsel that the agency has been unable to locate all of its files regarding the contract at issue in this case and is currently seeking those documents from archived records. Without the ability to confer with those agency personnel whose statements upon which plaintiff is relying, and without the ability for the agency to be able to consult its files in the matter, defendant's counsel will require additional time to formulate the Government's

position and, subsequently, to obtain supervisory review.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time for 14 business days, to and including December 15, 2003, to respond to plaintiff's partial motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
by s/Robert E. Kirschman

BRIAN M. SIMKIN
Assistant Director

s/ Brent M. McBurney

BRENT M. McBURNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, Room 12074
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 514-8624

November 19, 2003

Attorneys for Defendant