**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO <u>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT</u>**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time for 30 business days, to and including January 30, 2004, within which the parties will inform the Court in a status report whether they intend to enter into negotiations to resolve this case amicably. If the parties do not intend to pursue a settlement, defendant respectfully requests that it be allowed to file its response/reply to plaintiff's partial motion for summary judgment on or before February 13, 2004. The Government's response currently is due on December 15, 2003. This is defendant's second request for an enlargement of time for this purpose. On December 11, 2003, defendant's counsel conferred with plaintiffs' counsel who has stated that plaintiffs consents to this motion. In addition, to the extent that it is necessary, plaintiff's response/reply to defendant's response/reply will be due pursuant to the Rules of this Court.

This request is necessitated by the fact that even though defendant's counsel was able to confer with one of the key agency personnel, there is still one of the key agency witness whom we have not yet been able to make contact with. That person, with whom we must confer

regarding the Government's response to plaintiff's motion for partial summary judgment, we are told, is no longer employed by the Navy, but is still employed by the Government. In addition, we are currently attempting to consult with the Defense Contract Audit Agency ("DCAA") regarding certain of the exhibits filed by plantiff. In consideration of the pending holiday season, we will require this additional time in order to fully consult with this key witness and to consult with DCAA. Depending upon those consultations, the parties anticipate that they may be able to enter into negotiations to amicably resolve this matter.

For the foregoing reasons, defendant respectfully requests that the Court grant this consent motion for an enlargement of time for 30 business days, to and including January 30, 2004, to file a status report informing the Court the status of negotiations. In the event that the parties are unable to amicably resolve this matter, defendant respectfully requests that it be allowed to file its response/reply to plaintiff's partial motion for summary judgment on or before February 13, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
by s/ Donald E. Kinner

BRIAN M. SIMKIN
Assistant Director

s/ Brent M. McBurney

BRENT M. McBURNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, Room 12074
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 514-8624

December 12, 2003

Attorneys for Defendant