# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's order dated December 16, 2003, defendant, the United States, respectfully submits this status report regarding the parties' intentions to enter into settlement negotiations. On January 29 and 30, 2004, defendant's counsel attempted to confer with plaintiff's counsel, who did not return his calls. Accordingly, the undersigned counsel is unaware of plaintiff's position with regard to this status report.

After further investigation and discussion with those individuals indicated in the Government's consent motion for enlargement dated December 12, 2003, defendant is prepared to attempt to resolve this matter amicably.

For the foregoing reasons, defendant respectfully requests that the Court allow the parties 60 days in which to pursue settlement negotiations, and to report to the Court in a status report filed by either party, on or before March 30, 2004, the status of those discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ Brent M. McBurney

BRENT M. McBURNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, Room 12074
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 514-8624

January 30, 2004

Attorneys for Defendant