**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order dated February 9, 2004, defendant, the United States, respectfully submits this status report regarding the parties' attempts to resolve this matter amicably. Defendant's counsel has attempted to consult with plaintiff's counsel on numerous occasions regarding the filing of this status report but has not heard from plaintiff's counsel and is unaware of plaintiff's position regarding the filing of this status report.

After further discussions, the parties have reached an impasse and realize that they are unable to resolve this matter amicably at this time. Accordingly, pursuant to the Court's order dated February 9, 2004, defendant intends to respond plaintiff's "motion for partial summary judgment on count I of the complaint" on or before April 30, 2004.

For the foregoing reasons, defendant respectfully requests that the Court enter an order allowing defendant, to and including, April 30, 2004, in which to respond to plaintiff's motion for partial summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ Brent M. McBurney

BRENT M. McBURNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, Room 12074
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 514-8624

March 29, 2004

Attorneys for Defendant