# In The United States Court of Federal Claims

No. 02-796C

(Filed: April 7, 2004)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 1, 2004, plaintiff filed an unopposed motion to stay discovery in this matter and to approve a subsequent discovery schedule. Based upon its review of this document, the court **GRANTS** this motion, but only in part. Discovery in this case shall be stayed until further order of the court; however, the court will not adopt a new discovery schedule until it rules on the pending motion for partial summary judgment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge