No. 02-796C
(Judge Allegra)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

APPENDIX OF EXHIBITS SUPPORTING
DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

BRENT M. McBURNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, Room 12074
Washington, D.C. 20530
Tele: (202) 307-0277

April 29, 2004

Attorneys for Defendant

# INDEX TO APPENDIX

**DEFENDANT'S EXHIBITS:** **PAGE**


1. Extract from Contract No. N00600-99-C-0389. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-34

2. Extract from Subcontract Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35-48

3. Excerpts From Deposition of William Robertson, pp. 76-79 . . . . . . . . . . . . . . . . . . 49-53

5. Letter from Lisa Murtha, to ISN, dated June 26, 1995 (Pl. Ex. 6) . . . . . . . . . . . . . . . . . . 54

5. Memorandum from Daniel Tobin, dated August 23, 1995 . . . . . . . . . . . . . . . . . . . . . . . 55

6. ISN Progress Reports For Septermber - December 1995 . . . . . . . . . . . . . . . . . . . . . 56-70

7. Letter from Donald Tabasco to Navy, dated January 26, 1996. . . . . . . . . . . . . . . . . . 71-72

8. Memorandum from Jeff Bergdahl to ISN, dated August 31, 1995 (Pl. Ex. 8) . . . . . . . . 73

9. Funding Document, dated August 29, 1995 (Pl. Ex. 9) . . . . . . . . . . . . . . . . . . . . . . . . . 74

10. Funding Document, dated November 27, 1995. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

11. Letter from Roscoe Crawford to ISN, dated February 20, 1996 . . . . . . . . . . . . . . . . . . . 76

12. Notice of Termination, dated March 15, 1996. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77-81

13. Termination Settlement Proposal dated June 6, 1996 . . . . . . . . . . . . . . . . . . . . . . . . 82-90

14. Letter from Thomas Parnon to ISN, dated December 29, 1999 . . . . . . . . . . . . . . . . . . . . . 91
one set of color photographs will be provided to the court at a later date.

15. Defense Contract Audit Agency, Audit Report No. 6311-97B17100001,
dated, December 19, 1996. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92-101

16. Defense Contract Audit Agency, Audit Report No. 6221-96G17500001,
dated, November 13, 1995. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102-109

## INDEX TO APPENDIX - Con't.

**DEFENDANT'S EXHIBITS:** **PAGE**

17. Excerpts from Oral Argument and Status Conference, October 3, 2001. . . . . . . . 110-114

18. Order of Judgment, U.S. Ct. App. Federal Circuit, October 16, 2002 . . . . . . . . . . . . . . 115

19. Typed Meeting Notes, dated December 6, 1995 (compare Pl. Ex. 11) . . . . . . . . . 116-117

20. Excerpts From Deposition of William Robertson, pp. 219-220 . . . . . . . . . . . . . . 118-120

21. Excerpts From Deposition of Roscoe Crawfrod, pp. 36, 66 . . . . . . . . . . . . . . . . . 121-123

22. Excerpts From Deposition of Jeffrey Bergdahl, pp. 46, 101-106 . . . . . . . . . . . . . 124-131