personnel and on-site installation supervisors shall have completed applicable installation and maintenance training courses specified by the Original Equipment Manufacturer (OEM) or certified equivalent, and one year of actual hands-on experience applicable for equipment similar to that being installed and/or maintained.

The Contractor shall provide written evidence of a proper level of resources to perform engineering, installation, training, operation, and maintenance tasks under this contract to include ownership or licensing of spare parts, diagnostic and repair tools, documentation, and employed personnel.

The Contractor shall have adequate resources (equipment, labor, and dollars) to support the requirements of this contract. The support infrastructure shall be such as to meet the response time requirements of this contract.

The Contractor shall provide references, in addition to the two operational ATC sites, in written form of similar engineering, installation, training, and maintenance services performed by the contractor in the last five years.

The Contractor shall ensure that there will be no interruption of contract services due to labor disruptions.

The Contractor shall keep the Government completely apprised of all facets of the ATC program through periodic meetings. These meetings shall be held frequently enough to ensure current and comprehensive knowledge of program status is resident with key Government personnel. The contractor shall include the planned schedule for meetings and reviews in the Management Plan. The meetings shall be held at a site recommended by the Contractor and approved by the Government.

3.6.2 Program Manager (PM)

The Contractor PM shall develop procedures and policies related to the overall management of project activities. The PM is responsible for formulating, disseminating and implementing project management standards, developing requirements and making written recommendations for solving management, technical, and business problems by use of sound management principles and practices. Qualified individual shall possess excellent verbal and written communications skills and must be capable of liaison with program specialists and cognizant officials within NRCC, CNCTC, and SPAWAR. Individual shall be capable of understanding and responding to their concerns in a timely and effect manner. The PM must possess a Bachelor of Science degree in Management,

Engineering or Applied Physical Sciences. The PM must also possess at least eight (8) years of commercial and/or government telecommunications management experience, three (3) years of which must be with large-scale telecommunications projects. As an alternative the PM may possess an Associates Degree in Management, Engineering or Applied Physical sciences with at least twelve (12) years of commercial and/or government telecommunications management experience, three (3) years of which must be with large scale telecommunications projects. He/she must show experience in the following areas:

- Management of engineers, communications, and installation specialists involved in implementation, installation, and maintenance of communications systems/networks.

- Previous experience in the implementation and installation of automated technical control facilities.

The PM shall be responsible for total system implementation. The PM shall be easily accessible to the Acquisition Engineer, Government Program Manager, and the Contracting Officer.

3.6.3 On-Site Maintenance Technician

The On-Site Maintenance Technician is responsible for maintaining the systems installed under this contract. This individual must have at least one year experience in maintaining systems similar to those proposed/installed under this contract. In addition, this individual must possess at least two years experience maintaining telecommunication systems in an operational environment.

3.7 TRAINING

3.7.1 Formal Training

Operator, maintenance, and System Administrator training shall produce graduates with skills and abilities necessary to perform their respective functions. System Administrator training is considered critical and will require a comprehensive curriculum, separate from operator and maintenance and tailored toward a limited number of individuals.

3.7.2 On-the-Job Training (OJT) During Acceptance Period

In addition to formal classroom instruction, the Contractor shall provide OJT with the emphasis on in-depth, "hands-on," interactive training provided for those Government

personnel who have completed the formal classroom course of instruction. The Acceptance Period is considered to be an opportune time to familiarize Government maintenance and operator personnel with the myriad potential problems that could be encountered after acceptance.

3.7.3 Continuing On-the-Job Training

The On-Site Maintenance Technician shall continue to provide OJT to on-site Government operator and maintenance personnel during the period that he/she remains on site following formal acceptance. This period is contingent on the continuing requirement and the exercising of contract option years, both contingencies at the sole discretion of the Government.

3.7.4 Training Materials

A Course Outline and required training materials will be included as part of the Training Plan.

3.7.5 Scheduling and Location of Classes

The starting dates and location of the classes for the formal training courses shall be proposed by the Contractor as part of the Training Plan and coordinated and agreed upon by the Government.

The Contractor shall be sensitive to the requirement to schedule in-depth OJT sufficiently close to the completion of formal training to maximize the benefits of both training evolutions.

3.8 DOCUMENTATION

3.8.1 Software

The Contractor shall develop system user, operator, and maintenance manuals to ensure complete and comprehensive documentation is available.

3.8.2 Hardware

At a minimum, the Contractor shall provide four (4) copies for each site of all Operator, Maintenance, and Fault Isolation Manuals. In addition, one copy each will be provided to the Acquisition Engineer and the Government PM.

3.9 TEST, EVALUATION, AND CUTOVER

3.9.1 Testing Methodology

The Contractor shall be responsible for the development of a Cutover Plan and a System Test Plan. The Contractor shall be responsible for ensuring all ATC associated equipment is tested in accordance with the Test Plan and demonstrates that the equipment satisfies the system requirements of the Functional Specification. The Contractor shall be familiar with the contents and requirements of the **ATC** Test and Evaluation Master Plan (TEMP) when formulating the System Test Plan. All testing shall be performed by the Contractor and monitored by the Government and/or its representative(s). At a minimum, the Contractor shall perform the testing described below.

3.9.1.1 Acceptance Testing

The Contractor shall perform acceptance testing of all equipment components which they provide as the **ATC** solution. The testing shall certify that all components shall remain operational without failure for 30 contiguous 24-hour periods. If any components fail during this time period, testing will restart after corrections have been made.

3.9.1.2 System Test Plan

The System Test Plan shall clearly define those tests and procedures which shall be utilized to test and demonstrate that system performance satisfies the system requirements as stated in the **ATC** Functional Specification, to verify the integrity of the installation, and to meet the test requirements of the Acceptance Testing. Failure to meet the requirements of any portion of the Test Plan shall be deemed a failure of the test and it must be rescheduled after appropriate corrections have been made to resolve the cause of the failure. If, after installation or prior to Government acceptance, the Contractor and/or Government tests show the **ATC** communication equipment is not functioning properly, then the Contractor shall be responsible for isolating and resolving the problem.

AUTOMATED TECHNICAL CONTROL

(ATC)

FUNCTIONAL SPECIFICATION

EXECUTIVE SUMMARY

The program consists of one overriding goal: to develop an acquisition strategy that insures industry will bring their experience, design expertise, implementation capabilities, maintenance, operation, and warranty skills for the development of an Automated Technical Control (ATC) for Navy Technical Control Facility automation, thereby minimizing the risk to the Government and providing a warranted, turnkey facility, life-time maintained by the contractor.

It is the Government's intention that the design of this system will reduce the technical control workload through the reduction of manual tasks, thereby reducing the manpower required.

With this procurement, the Government will select the best Non-Developmental Item (NDI) Commercial, Off-the-Shelf (COTS) design that is capable of being customized to satisfy the designated requirements in accordance with the Statement-of-Work (SOW) and this Functional Specification, meets the 99.998 percent (or greater) availability functional criteria, and is judged to achieve the best combination of stated goals at the lowest total life-cycle cost. Vendors shall propose their solution on how to meet the requirements outlined in the SOW and to provide the best combination (based on trade-offs) of requirements for meeting technical, performance, and scheduled goals at the most reasonable cost.

Only vendors who have at least two systems now in operation that meet the requirements stated in Section 3 need apply. Vendors must be able to demonstrate current ATCs in operation and be capable of delivering the ATC system hardware, firmware, and software within six (6) months of contract award.

Qualifications of potential vendors are listed below:

- Design and manufacture system(s) currently in operation which meet the 99.998% (or greater) reliability goal

## G.4 DESIGNATION OF COTR, (NRCC WASH)(OCT 1992)

(a) (1) The Contracting Officer's Technical Representative (COTR) for this contract is:

NAME: MR. PERCY TOLBERT
MAIL ADDRESS: Space and Naval Warfare Systems Command
Code PMW-152-21F
2451 Crystal Drive
Arlington, VA 22245-5200

TELEPHONE NUMBER: (703) 602-8332 Ext. 548

(2) The above-named individual is hereby delegated as the authorized COTR for this contract/order. As such, this individual is responsible for monitoring, progressing and overall technical surveillance of services to be performed under this contract/order and should be contacted regarding questions or problems of a technical nature. In no event will any understanding or agreement, modification, change order, or other matter deviating from the terms of the basic contract between the contractor and any person other than the Procuring Contracting Officer (PCO) or the Administering Contracting Officer (ACO) be effective or binding upon the Government.

(3) When, in the opinion of the contractor, the COTR requests effort outside the existing scope of the contract, the contractor will promptly notify the PCO in writing.

(4) No action will be taken by the contractor under such technical instruction unless the PCO or ACO has issued a contractual change.

(b) List of duties to be performed by COTR in the administration of Contract:

(1) Serve as the point-of-contact through which the contractor can relay questions or problems of a technical nature to the contracting Officer.

(2) Monitor services being performed to ensure the contractor uses personnel meeting the requisite qualifications cited in the contract/order and require contractor's justification when using categories of personnel that are not in proportion to approved estimates.

(3) Review and evaluate contractor's estimates to furnish comments and recommendations to the PCO or ACO as appropriate.

(4) Alert the ACO, as appropriate, to any potential problems which may affect cost or performance schedules. Determine if percentage of work performed reasonably corresponds to the percentage of funds expended.

(5) Ensure that a copy of trip reports of Government personnel visiting contractor's plant, and a copy of all pertinent Government technical correspondence is retained in the COTR contract file.

(6) Review and certify invoices in accordance with invoicing instructions of the contract. Maintain a file with copies of these documents.

(7) Determine causative factors for any slippage in the performance schedule and report to the PCO or ACO making recommendations for corrective action to eliminate the cause of the slippage. In addition, the contractor's performance should be monitored to ensure that corrective action is being taken.

(8) Furnish the PCO with any requests for change, deviation, or waiver (whether generated by Government personnel or contractor personnel), including all supporting paperwork in connection with such change, deviation, or waiver.

(9) Be responsible for the inspection and acceptance of the services performed. Ensure compliance with the clause at FAR 52.246-5 or -6 which provide the Government the right to require the contractor to perform the services again, in conformance with the contract requirements, without payment of additional profit/fee.

(10) Submit to the PCO (with a copy to the ACO), a written evaluation of

(A) the performance of the contractor and

(B) a statement as to the uses made of any deliverables furnished by the contractor.

This report shall be made within 60 days of contract completion or annually on the anniversary date for contracts which include options. The written performance should address the cost effectiveness, quality, and timeliness of contractor performance.

## G.6 SECURITY COGNIZANCE

The highest level of security required under this contract is Top Secret as designated on the DD Form 254, Attachment 8 to this contract. Responsibility for security requirements under this contract is assigned to Director Industrial Security, Defense Investigative Service, Capital Region.

## G.7 COST ACCOUNTING STANDARDS ADMINISTRATION

A copy of this contract has been furnished to the cognizant Contract Administration Office for administration of the Cost Accounting Standards provisions contained herein.

## G.8 AUTHORITY FOR DEOBLIGATION OF UNEXPENDED AND EXCESS DOLLAR BALANCES

The Administrative Contracting Officer (ACO) is authorized to execute contract modifications deobligating unexpended Navy dollar balances considered excess to known contract requirements.

## G.9 ADDITIONAL FUNCTIONS ASSIGNED

In addition to the Contract Administration functions authorized by FAR 42.302, the Administrative Contracting Officer (ACO) is authorized to perform the following administrative functions as checked below:

[X] Negotiate, or negotiate and execute, supplemental agreements issued under the Changes clause.

NOTE: Prior to completion of negotiations and issuance of the supplemental agreement, any delivery schedule change shall be coordinated with the Principle Contracting Officer (PCO).

[X] Negotiate, or negotiate and execute, supplemental agreements changing contract delivery schedules.

[X] Negotiate, or negotiate and execute, supplemental agreements providing for the deobligation of unexpended dollar balances excess to known contract requirements.

[ ] Negotiate changes to interim billing prices.

[X] Issue amended shipping instructions and, when necessary, negotiate and execute supplemental agreements incorporating contractor proposals resulting from the amended shipping instructions.

## G.10 NOTE TO PAYING OFFICE: ADDRESS OF PAYEE

The Contractor shall identify the address to which payments shall be made, if different from that identified on the SF26. Payments are to be mailed to the following address:

________________________________________
________________________________________
________________________________________

## G.12 APPROPRIATION DATA

Accounting and Appropriation Data for this contract is as follows:

| ACRN | ACCOUNTING AND APPROPRIATION DATA | DOLLARS OBLIGATED |
|---|---|---|
| AA | 1741810 52D6 000 EA152 0 068342 2D 000000 D60010000000 | $4,416,645.54 |

## G.14 EXTENDED MAINTENANCE FUNDING

(a) This contract specifies a not-to-exceed amount for per-call maintenance services (labor and travel) outside the Principal Period of Maintenance (OPPM). The Government may unilaterally modify the contract to increase the not-to-exceed amount for these services. However, the Contractor is not obligated to perform, and the Government is not obligated to pay for, services in excess of the dollars specified in Section B.

(b) However, the Contractor is not obligated to perform, and the Government is not obligated to pay, for services that will cause the total maximum value of the contract to be exceeded.

(c) Charges for per-call services shall be invoiced separately and on a calendar month basis

listing the date(s) performed, the service(s) performed, the number of hours, and the reasons for the services.

## G.15 GOVERNMENT DOWNTIME CREDIT

The amount of creditable hours (for failure to arrive within the response time designated in Clause C.21 ("On-Site Maintenance") shall be accumulated for the month and adjusted to the nearest hour. The amount of credit for each hour in excess of the specified response time shall be computed at the applicable OPPM rate specified in the Schedule. The total credit during any month shall not exceed the Total Monthly Maintenance Charge.

## G.16 CALCULATION OF DOWNTIME CREDIT

(a) Definition. System downtime is that period of time when the system is inoperative and no scheduled workload can be accomplished due to a malfunction in the Contractor-supplied/maintained equipment or operating software or the system is inoperative and no scheduled workload can be accomplished because the system is released to the Contractor for remedial services.

(b) Period of Downtime. Downtime shall commence at the time of the actual contact (or bona-fide attempt as defined in the glossary) with the Contractor's maintenance representative at the designated point of contact or with the Contractor's answering service or other continuous telephone coverage provided to permit the Government to make such contact. Downtime shall end when the system and/or machine is returned to the Government in operable condition, including operating software regeneration, if required, ready to perform the scheduled workload. The Contractor shall not be responsible for input of lost workload data.

(c) Maintenance Credit for System Downtime. If the system remains inoperative and cannot perform the scheduled workload due to an equipment or operating software malfunction through no fault or negligence of the Government for a period of 5 consecutive minutes, or more than 10 non-consecutive minutes during a twenty-four (24) hour period, the Contractor shall grant a credit to the Government for each minute of downtime in the amount of one-half (1/2) of one percent of the Total Monthly Charges due under this contract, as defined in Section J, Attachment 1, Glossary. However, no credit shall be due the Government for operating software malfunctions when

(1) the malfunction is not attributable solely to the Contractor-supplied/maintained software, and/or

(2) the Government has made any additions or alterations or otherwise modified the operating software.

The credit for system downtime shall be computed to the nearest half or whole minute. No credit shall accrue to the Government during those periods when the Contractor is denied access to the equipment and the amount of credit granted shall not exceed 1/30th of the Total Monthly Charges for any calendar day.

(d) Maintenance Credit for Equipment Downtime. If a machine remains unusable due to an equipment and/or operating software malfunction through no fault or negligence of the Government, for a period of _2_ consecutive hours or more than _4_ non-consecutive hours during a twenty four (24) hour period, the Contractor shall grant a credit to the Government for each hour of downtime in the amount of one-half (1/2) of one percent of Total Monthly Charges due under this contract, as defined in Section J, Attachment J.1, Glossary, plus similar credits for any other machine(s) supplied under this contract not usable as a result of the malfunction. No credit shall accrue to the Government during those periods when the Contractor is denied access to the equipment and the amount of credit granted under this paragraph for each machine shall not exceed 1/30th of the Total Monthly Charge for the machine for any calendar day. Credit for equipment or software malfunctions shall be computed to the nearest half or whole hour. However, no credit shall be due the Government for operating software or equipment malfunctions when

(1) the malfunction is not attributed solely to the Contractor supplied/maintained software or equipment and/or

(2) the Government has made any additions or alterations or otherwise modified the operating software or equipment.

During a period of downtime, the Government may use operable equipment when such action does not interfere with remedial maintenance. The credit provisions of this paragraph do not apply when paragraph (c) herein is invoked.

(e) Purchased System and/or Equipment. For purchased system/equipment, maintenance downtime credits apply only during the period in which the Contractor has maintenance responsibility.

## G.18 SUBMISSION OF INVOICES IN CONTRACTS FOR ACQUISITION OF FEDERAL INFORMATION PROCESSING (FIP) RESOURCES INCLUDING LEASE, MAINTENANCE, RENTAL AND/OR SUPPORT SERVICES, SUP 5252.232-9003 (JUN 1992)

(a) The Contractor shall submit original DD-250s with _3_ copies to the address identified on the solicitation/contract award form (SF33 - Block 23), for certification prior to payment.

(b) In addition to the information identified in the clause entitled "Prompt Payment" herein, in, DD-250s shall include the following information:

(1) Contract Line Item Number (CLIN):
(2) Contract Subline Item Number (SLIN), if applicable;
(3) Accounting Classification Reference Number (ACRN);
(4) Payment terms;
(5) Name and serial number of equipment provided or serviced;
(6) Total charges and, if applicable, the Prompt Payment discount.

(c) The Contractor shall submit DD-205s for basic monthly charges in the month following the month for which the charges accrue and not more than on a monthly basis. Payment for rental or services of less than one month's duration shall be prorated at 1/30th of the basic monthly charges for each calendar day.

(d) If maintenance credits apply, the procedures indicated below are applicable:

[ X ] The Government will request, in writing, that the applicable credits for the month be applied against other charges, The request will list the following information:

Type and model number(s) of machine(s);
Date of Occurrence;
Period of downtime; and Credit due.

Invoices for remedial (on-call) maintenance will be accompanied by copies of the applicable malfunction reports regarding the on-call maintenance furnished.

[ ] The government will deduct the credits from the monthly invoice and inform the contractor in writing of the reason.

## G.20 INVOICING ADDRESS

Invoices shall be sent to the following address(es):

NAME: MR. PERCY TOLBERT
MAIL ADDRESS: Space and Naval Warfare Systems Command
Code PMW-152-21F
2451 Crystal Drive
Arlington, VA 22245-5200

TELEPHONE NUMBER: (703) 602-8332 Ext. 548

## G.23 SERVICE CONTRACT GUIDELINES

All Naval personnel involved in inspection or surveillance of Contractor services or liaison with contractor personnel shall conform to the guidelines for using contractor services set forth in the latest version to SECNAVINST 4200.27A.

## G.24 SUBCONTRACTING PLAN

The Contractor's subcontracting plan number *__________, dated ____________ is determined to be acceptable and is hereby incorporated as Attachment ____. A copy of the plan shall be provided to the ACO.

*Not required.

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

### H.2 ADVERTISING OF AWARD

The Contractor agrees not to refer to awards in commercial advertising in such a manner as to state or imply that the product or service provided is endorsed or preferred by the Federal Government or is considered by the Government to be superior to other products or services.

### H.4 POST-AWARD CONFERENCE, (NAVSUP)(JAN 1992)

(a) A post-award conference shall be conducted within 30 days after contract award with representatives of the Contractor, the cognizant Contract Administration Office, and the Contracting Officer at _______to be determined_________. The Contracting Officer, or designated representative, initiating the conference will designate, or act as, the chairperson. At the request of the Procuring Contracting Officer, conference arrangements will be made by the Contract Administration Office, including notification to the Contractor and the Contracting Officer.

(b) The requirement for a post-award conference shall in no event constitute grounds for excusable delay by the Contractor in performance of any provisions in the contract.

# SECTION G - CONTRACT ADMINISTRATION DATA

## G.1 POINT-OF-CONTACT

The point-of-contact regarding this document is William Thoreen, who can be reached at 202-433-5389.

## G.2 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER, SUP 5252.243-9000 (JAN 1992)

(a) Except as specified in paragraph (b) herein, no order, statement, or conduct of Government personnel who visit the Contractor's facilities, or in any other manner communicate with Contractor personnel during the performance of this contract, shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction, or request of Government personnel unless issued in writing and signed by the Contracting Officer, or pursuant to specific authority otherwise included in this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and, notwithstanding provisions contained elsewhere in this contract, said authority remains solely with the Contracting Officer. In the event the Contractor effects any change (s) at the direction of any person other than the Contracting Officer, that change shall be considered to have been made without authority and no adjustment in price shall be made in the contract (or Delivery Order) to cover any increase in charges incurred as a result thereof. The name and address of the Principle Contracting Officer (PCO) is:

ROSCOE W. CRAWFORD
NAVAL REGIONAL CONTRACTING CENTER
BLDG 200, 901 M ST
WASHINGTON NAVY YARD
WASHINGTON, DC 20374-5014

## F.16 NO WAIVER OF DELIVERY SCHEDULE

None of the following shall be regarded as an extension, waiver, or abandonment of the delivery schedule or a waiver of the Government's right to terminate for default:

(a) Delay by the Government in terminating for default;

(b) Acceptance of delinquent deliveries; and

(c) Acceptance or approval of samples submitted either after default in delivery or in sufficient time for the contractor to meet the delivery schedule. Any assistance rendered to the contractor on this contract or acceptance by the Government of delinquent goods or services hereunder will be solely for the purpose of mitigating damages and is not to be construed as an intention on the part of the Government to condone any delinquency, nor as a waiver of any rights the Government may have under subject contract.

Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

**SUBCONTRACT AGREEMENT**
**No. 13198**

**BETWEEN**

**INFORMATION SYSTEMS AND NETWORKS CORPORATION (Prime)**

**AND**

**DATACOMM MANAGEMENT SCIENCES**

This Agreement made as of this March 28, 1995 by and between Information Systems and Networks Corporation, a Maryland corporation, having its principal offices located at 10411 Motor City Drive, Bethesda, Maryland 20817 (hereinafter referred to as "ISN"), and Datacomm Management Sciences, a Delaware corporation (hereinafter referred to as "Subcontractor"), having its principal offices located at 25 Van Zant Street, East Norwalk, Connecticut.

WITNESSETH:

WHEREAS it is understood that (i) ISN has been awarded Contract No. N00600-94-C0389 as the prime contractor from NRCC, Washington Navy Yard, and (ii) ISN desires the Subcontractor to perform a certain portion of the contract and that the Subcontractor desires to so perform such work under the terms and conditions hereunder set forth; and (iii) this Subcontract is a firm-fixed-price type contract and that Subcontractor's prices for the supplies, software and services to be provided to ISN in the performance of this Subcontract are based on established catalog or market prices of its commercial off-the-shelf (COTS) items which are sold in substantial quantities to the general public.

NOW, THEREFORE, for and in consideration of the mutual covenants herein contained, the parties hereto mutually agree as follows:

1. <u>Statement of Requirements</u>

   The Subcontractor shall complete the work when ordered and supply its NDI/COTS Electronic Cross-connect Switch (ECS) products, Network Management System Software (NMSS-8000) perpetual licenses, standard commercial installation, Maintenance, Operations and Database Administration manuals as specified in Appendix A, Statement of Work, which is incorporated and made a part of this Agreement and shall furnish all items when ordered as stated in paragraph 2, Supplies/Software, Services and Prices. Specific orders

will be issued by separate modification(s) to this subcontract agreement stating quantities and prices for each item.

2. Supplies/Software, Services and Prices

The prices for the supplies, software to be provided by the Subcontractor for Lots I through V in the prime contract are as specified in Appendix B-1 which is incorporated and made a part of this agreement.

The prices for supplies, software and services for additional items not presently shown in the prime contract are as specified in Appendix B-2, MTRX Itemized Price Schedule, which is incorporated and made part of this agreement.

3. Option(s)

ISN reserves the right to unilaterally exercise option(s) to purchase from the Subcontractor the items as shown in Appendix B-2 by written notice at any time within the period of performance at the prices specified.

4. Performance

The period of performance for this subcontract is from 1 February 1995 through to the duration of the prime contract. Specific delivery instructions will be included for each item ordered in subsequent modification(s) to this agreement. All items supplied by the Subcontractor in accordance with paragraph 1 of this Agreement are to be delivered F.O.B., East Norwalk, Connecticut to destination(s) specified by ISN or if not specified, to warehouse space at Subcontractor's premises, unless this Agreement is terminated sooner in accordance with paragraph 14. The Subcontractor agrees to provide such warehouse storage of any items "shipped in place" at no additional charge to ISN. Services, including training, supplied by the Subcontractor in accordance with paragraph 2 of this Agreement will be delivered F.O.B. at the place such services are performed and will be scheduled to meet dates mutually acceptable to ISN and the Subcontractor.

5. Consideration and Payment

ISN shall pay Subcontractor a firm fixed price for each item ordered for the supplies, software and services delivered in accordance with paragraphs 1 and 2 of this Agreement based on the prices as stated in Appendix B-1 or in Appendix B-2, MTRX Itemized Price Schedule, dated January 1, 1995 which is based on the authorized telecommunications schedule price



ISN
Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

list FSC or 58, Part VI, commercia te ecommunications equipment, GS.. Contract No. GS00K93AGS049. PS02 including any subsequent modifications. Processing of payment requests of subcontractor costs, only shall be based on the Department of the Navy, FISC Detachment, Washington Navy Yard, Washington, D.C. letter dated March 24, 1995, from the Contracting Officer, Mr. Roscoe Crawford. ISN shall submit separate invoice(s) for subcontractor's costs, for approval within (2) working days following receipt of subcontractor's invoice(s) for all items based upon acceptance by ISN and payment will be received by the subcontractor within five (5) calendar days after ISN receives payment from the Government.

Subcontractor's invoices shall be submitted in the format a specified in paragraph 9 of this Agreement and shall be dated no sooner than the date of delivery or provision of services. Delivery and invoicing of partial quantities of items supplied in accordance with paragraph 1 is allowed.

6. <u>Configuration Baseline</u>

The prices set forth in this agreement are based upon the production configuration baseline as stated in Appendix "A, Statement of Work. The Subcontractor shall maintain currency of those baselines and assure consistency between all of the documentation, hardware, software, and firmware data associated with the baseline.

Designated baseline documents and configuration items shall be changed only as a result of an approved ECP, Request for Deviation, or Request for Waiver.

7. <u>Inspection and Acceptance</u>

All supplies shall be subject to phase approvals and in-process inspection/test by ISN at the Subcontractor's facility to the extent practicable at all times during the period of performance and, in any event, prior to shipment.

Preliminary (conditional) acceptance of supplies and software shall be at the Subcontractor's facility upon satisfactory completion of quality assurance, test and inspection provisions of the Subcontractor, if same are not specified in the Subcontract, upon satisfactory completion of Subcontractor's standard final acceptance/test procedures.

Final inspection and acceptance by ISN of conforming supplies and software shall occur at the Subcontractor's plant in accordance with the inspection test and acceptance criteria of the Subcontractor.

Such inspection and acceptance shall be conducted within ten (10) business days following written or facsimile



Proprietary & Confidential Information ... Publication ... to ...

notification by Subcontractor that such supplies or software are available for ISN's inspection.

8. <u>Quality Assurance</u>

Subcontractor shall provide and maintain a documented quality assurance (QA) and inspection system, covering the supplies to be furnished hereunder, which satisfies the requirements of this Subcontract. Records of QA/inspection by the Subcontractor shall be kept complete and available to ISN during the performance of this Subcontract and for such longer period as may be specified elsewhere herein.

If requested by ISN, Subcontractor shall furnish copies of his latest quality assurance, inspection and test policies and procedures. ISN reserves the right to review such documentation/procedures to determine the adequacy of Subcontractor's quality assurance/test program. ISN's review and/or comments regarding Subcontractor's documentation shall in no way relieve Subcontractor of responsibility for full compliance with the Subcontract quality assurance requirements.

If ISN observes any failure(s) during final inspection and test of supplies manufactured or developed for ISN, Subcontractor shall correct or replace such failure(s) within ten (10) working days.

The supplies and software covered by this Subcontract may, at ISN's option, be subject to source inspection at final test for quality, identity, physical conformance, preservation, packaging, packing, and shipping container marking by ISN and/or the Government.

Each module furnished hereunder requires serialization. Subcontractor shall permanently identify each sub-system by part number, model number, serial number, revision level, etc. as necessary to insure positive identification of same. Inspection/test records shall list such identification, as necessary, of the item being inspected and/or tested. Subcontractor's serial number control system must insure that the same serial number is not used more than once.

Unless the requirements concerning quality assurance, inspection and test documentation to be supplied to ISN hereunder are specified elsewhere in this Subcontract, Subcontractor shall provide to ISN, with or prior to each shipment, a documentation package containing two (2) copies of each of the following:

a. Report of inspections, examinations and tests, as applicable or required, properly signed by authorized personnel of Subcontractor.



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party