b. Reports of any deviations, if applicable, from the Subcontract technical requirements, including quality assurance and inspection provisions, and copies of ISN's written approval for such deviations.

c. ISN reserves the right of its quality assurance personnel to visit Subcontractor's facilities, on a non-resident basis, for surveillance purposes, to assure/verify Subcontractor's conformance to the technical requirements for this Subcontract including quality assurance and test and inspection requirements. Such personnel shall be allowed full access to witness all operations/tests involved in the fulfillment of this Subcontract. Reasonable advance notice, in writing, shall be given to Subcontractor prior to any such visits.

d. Notwithstanding anything in this provision to the contrary, Subcontractor shall comply fully with the quality assurance, reliability and maintainability requirements of standard commercial practices.

9. <u>Subcontract Administration Data</u>

<u>Submissions of Invoices</u>

Subcontractor's invoices shall be submitted in triplicate addressed as follows:

ISN Corporation
10411 Motor City Drive
Bethesda, Maryland 20817

Attention: Accounts Payable
Reference: 1319
Additional copy: B. Robertson

Subcontractor's invoices shall contain the following information, as applicable: date of invoice, subcontract number (1319), subcontract line item numbers, description of supplies and software, sizes, quantities, unit prices, extended totals and payment terms.

10. <u>Preservation, Packaging and Packing/Marking and Shipping Information</u>

Preservation, Packaging and Packing

Unless otherwise specified herein, supplies shall be preserved, packaged and packed in accordance with best standard commercial practices for domestic shipment which shall be adequate to ensure against damage/deterioration during transit and storage pending usage.



Proprietary & Co... Use, Publication ... Restricted

## Marking and Shipping Information

The Subcontractor shall be responsible for the method of shipment and delivery in a safe, intact and functioning condition of the required supplies.

Shipping Address: F.O.B. Point: E. Norwalk, Conn.
TBD

## Mark each crate, container or package as follows:

Contract No.: N00600-94-C-0389
Item No. (as applicable)
Quantity (as applicable)
Supplied by: ISN Corporation
Upon Arrival Notify: TBD
Telephone No.: TBD

The Subcontractor shall be responsible for marking each crate, container and package with appropriate CAUTIONARY NOTICES to warn of improper handling in loading, unloading,s shipment and storage.

## Packing Lists:

The Subcontractor shall provide with each crate, container and package, appropriate packing lists for identification of contents.

## Shipping Notices:

Prior to shipment, Subcontractor shall advise ISN by telephone and follow up to Facsimile communication, notice of each shipment, stating items to be shipped, quantities, method of shipment, carrier, time of departure and estimated time of arrival.

## Equipment Weight and Size Lists:

Subcontractor shall provide equipment shipping weights and sizes of all supplies to be furnished at least (5) days prior to the first shipment and, in addition, if applicable, shall provide a list of ISN required handling tools/equipment for unloading and positioning the material when received.

## Transportation Charges:

In all cases where transportation charges are the responsibility of ISN, the Subcontractor shall prepay and invoice ISN such charges. In such cases, if requested to



Proprietary & Confidential Information
Publication or ... Restricted
to Receiving ...

substantiate shipping charges, the following or equivalent documentation shall be supplied to ISN:

common carrier; the Subcontractor agrees to furnish in support of his invoice, a copy of the signed commercial bill of lading indicating the carrier's receipt of the supplies covered by the invoice for transportation to the destination specified in the Subcontract;

parcel post; the Subcontractor agrees to furnish a certificate of mailing; and,

other than common carrier or parcel post; the Subcontractor agrees to furnish a receipted copy of the appropriate delivery document showing receipt at the destination specified in the subcontract.

Transmittal of Classified Data

In the event it becomes necessary to transmit classified matter by mail, the transmittal shall be made in accordance with the requirements of the Industrial Security Manual (DOD ~~5220.22-M). Outer containers shall not disclose the classification or the name of classified matter contained~~ within the envelope or package, even though the name itself may not be classified. Internal markings or internal packaging will clearly indicate the classification.

Prohibited Packing Materials

The use of asbestos, excelsior, newspaper or shredded paper (all types, including waxed paper, computer paper and similar hydroscopic or non-neutral material) is prohibited.

11. Liaison

The ISN's representative responsible for the technical administration of the work shall be B. Robertson or other individuals who may be designated in writing by ISN from time to time. All contact with Government personnel on the subcontract shall be through ISN personnel. Any direct contact initiated by the Government on Contract No. N00600-94-C-0389 shall be documented and reported to ISN.

12. Continuing Support

ISN has the right to purchase any spare parts, maintenance services and out-of-warranty or voided warranty repair/replacement services of defective modules for ECS hardware for the fifteen (15) year life of the system. Such support is stated in Section 4.0 of Appendix A, Statement of Work.



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

13. Warranty

The Subcontractor warrants MTRX equipment of its manufacture to be free from defects in material and workmanship for a period of five years from date of original shipment. The obligation under this warranty is limited to repair or replacement at factory (transportation prepaid) of defective articles or parts received within the warranty period. This warranty is exclusive of all other warranties; no claim other than a demand for repair or replacement shall be made by ISN. This warranty is void should equipment be exposed to electrical, mechanical or environmental hazards beyond its published specifications or intended use. Subcontractor warrants equipment not of its manufacture (i.e., personal computer systems, terminals, disk drives, printers, etc.) for a period of either 90 days or the original manufacturer's warranty, whichever is greater.

It is understood that ISN may request a transfer of all or any remaining warranty to the Government by providing written notice of such transfer to the Subcontractor. Such transfer of warranty will be approved by Subcontractor if ~~received in writing stating all specific details.~~

14. Termination for Default

ISN may, by written notice, terminate the whole or any part of this subcontract for default in the following circumstances:

(A) If Subcontractor fails to deliver the products required by this subcontract within the time specified in paragraph 4 of the subcontract or any extension thereof granted by ISN in writing and Subcontractor does not cure such failure by the earlier of (i) ten (10) Business Days after receipt of notice from ISN or (ii) such date as the Government may specify to ISN in a notice given pursuant to the Prime Contract; or

(B) If Subcontractor materially breaches any of the covenants or terms and conditions set forth in this Contract or so fails to make progress as to endanger performance of this Contract in accordance with its terms, and in any of these circumstances, does not cure such breach or failure to ISN's reasonable satisfaction within a period of ten (10) business days after receipt of notice from ISN specifying such breach or failure, or within a longer period of time based upon the circumstances.

(C) In the event Subcontractor defaults on this subcontract, in whole or in part as stated above, ISN



ISN
Proprietary & Confidential Information
Use, Publication or Disclosure Restricted to Receiving Party

may procure, upon such terms and in such manner as ISN may deem appropriate, Products or Services similar to those so terminated; provided, however, that Subcontractor shall continue the performance of this Contract to the extent not terminated under the provisions of this clause.

(i) Except with respect to defaults of Subcontractor's vendors, Subcontractor shall not be liable for any excess costs if the failure to perform this Contract arises out of the causes beyond the control and without the fault or negligence of Subcontractor. Such causes may include, but are not restricted to, acts of God or the public enemy, acts of contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, and unusually severe weather; but in every case the failure to perform must be beyond the control and without the fault or negligence of default of a vendor to Subcontractor and if such default arises out of causes beyond the control of Subcontractor, ~~Subcontractor shall not be liable for any excess costs or failure to perform, unless the supplies~~ or services to be furnished by the vendor or subcontractor were obtainable from other sources in sufficient time to permit Subcontractor to meet the delivery requirements regardless of whether such supplies or services are only available to Subcontractor at a higher price to Subcontractor. No cause shall constitute a basis for excusable delay unless Subcontractor has notified ISN in writing, of the existence of such cause promptly as practicable, but in no event longer than ten (10) business days, from the beginning thereof. In any event, subcontractor shall take reasonable actions to mitigate the effects of any excusable delay.

(ii) If, after notice of termination of this contract as provided herein, it is determined for any reason that Subcontractor was not in default under the provisions of these paragraphs, then the rights and obligations of the parties shall be the same as if the notice of termination had not been issued.

(D) The rights and remedies of ISN provided in these paragraphs shall not be exclusive and are in addition to other rights and remedies provided by law or equity or otherwise provided under this Subcontract.



Proprietary & Confidential Information
Publication or Disclosure Restricted
to Receiving Party

15. Key Personnel

The individual cited below is considered to be essential to the work being performed hereunder. Prior to diverting any listed individual to another project, the Subcontractor shall notify ISN, in writing, reasonably in advance of such diversion, and shall submit justification (including the name and resumes of proposed substitutions) in sufficient detail to permit evaluation of the impact of such substitutions on the program. No diversions shall be made by the Subcontractor without prior written concurrence of ISN.

| NAME | TITLE |
|---|---|
| James Corless | President |
| | |

16. Insurance

Subcontractor agrees and shall submit evidence to ISN before beginning work that it has procured and will maintain such insurance as will protect it from claims under Workmen's Compensation Act, claims for damages because of bodily injury including personal injury, sickness or disease, or death of any of its employees or of any person other than its employees, and from claims for damages because of injury to or destruction of property including loss of use resulting therefrom. Such insurance shall include Workmen's Compensation, Employer's Liability, Comprehensive General Liability (bodily injury and property damage) insurance with respect to performance under this contract and such other insurance as the Government may from time to time require with respect to performance under this subcontract.

Subcontractor shall, at its own expense, procure and maintain during the entire performance of the Agreement, insurance of at least the kinds and minimum amounts as follows:

(1) Comprehensive General Liability with a limit of not less than $500,000 for bodily injury per person and $500,000 per accident and with a limit of not less than $100,000 for property damage. Coverage shall include the following: premises and operations, independent contractors, products including completed operation, and contractual. There shall be no exclusion for the following: explosion, collapses, underground piping and wiring.



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

(2) Comprehensive Automobile Liability Insurance with a limit of not less than $500,000 for bodily injury per person and $500,000 per accident and with a limit of not less than $100,000 per accident for property damage. Coverage shall include the following: all owned, non-owned, hired and leased vehicles.

17. Indemnification

Subcontractor shall indemnify and hold harmless and defend ISN, its agents, servants, and employees from and against any claim, demand, or cause of action of every name or nature arising out of or through the acts or omissions of Subcontractor, its agent, servants, or employees in the performance of services under this Agreement.

ISN shall indemnify and hold harmless and defend Subcontractor, its agents, servants, and employees from and against any claim, demand, or cause of action of every name or nature arising out of or through the acts or omissions of ISN, its agent, servants, or employees in the performance of services under this Agreement.

18. Confidential Information

Confidential information shall mean all information disclosed to either party which relates to the other party's clients past, present, or future or to any research, development and business activities. Each party shall hold all such confidential information in trust and confidence and agrees that it will not, during or after the termination of this Agreement, disclose to any person, firm or corporation, nor use for its own business or benefit, any information obtained by it while in the execution of the terms and conditions of this Agreement and for (5) years, thereafter.

19. Records and Reports

The Subcontractor agrees to be bound by the Federal Acquisition Regulations regarding Examination of Records by Comptroller General, if applicable. These records must be maintained for a period of three (3) years from the completion of this subcontract.

20. Representation

Subcontractor represents that there is no conflict of interest with any other contractual relationship that would adversely impact its ability to perform the work required under this Agreement. In the event Subcontractor believes that there is presently any such conflict, or any such





Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

conflict arises during the Agreement or extension thereof, it will advise ISN immediately.

21. Successors and Assigns

ISN and Subcontractor each binds itself, successors, executors, administrators and assigns to the other party of this Agreement and to the partners, successors, executors, administrators and assigns of such other party in respect to all covenants of this Agreement. Except as noted above, neither ISN nor Subcontractor shall assign, sublet or transfer its interest in this Agreement without the written consent of the other. Nothing herein shall be construed as creating any personal liability on the part of any officer or agent of any public body which may be a part thereto, nor shall it be construed as giving any rights or benefits hereunder to anyone other than ISN and Subcontractor.

22. Delegation of Duties

Subcontractor shall not delegate its duties under this Agreement without the written consent of ISN.

23. Compliance with Laws and Regulations

Subcontractor agrees at all times to comply with all applicable Federal, State and Local laws, rules and regulations.

24. Prime Contract Flow-Down Clauses and Provisions

The flow-down clauses and provisions of Prime Contract #N00600-94-C-0389 which are attached to this Agreement as Appendix C, are hereby incorporated and made a part of said Agreement with the same force and effect as if they were set forth in full. The Subcontractor acknowledges that he has in his possession or is otherwise familiar with all the clauses and provisions incorporated herein by reference and agrees to perform this subcontract in accordance with the provisions of such referenced clauses and the other provisions of this subcontract.

25. GSA Pricing

Subcontractor certifies that the prices contained in Appendix B-1 and B-2 are accurate, current and complete as of January 1, 1995 and further represents that the prices are the lowest charged by said Subcontractor to others for performing work or supplying material to identical specifications, similar quantities, delivery intervals and having the same conditions of sale.



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

Prices contained in Appendix B-2 will remain unchanged until September 30, 1995 and will be subject to possible increase thereafter but will not exceed prices listed on the most current GSA Schedule.

26. Disputes

If the Contracting Officer under the prime contract issues a decision affecting any decision, claim, or dispute with respect to this Subcontract, the decision shall be conclusive and binding on the Subcontractor. However, if the Contractor has the right of appeal from the Contracting Officer's decision, it will file an appeal under the Disputes clause of the prime contract upon receipt of the Subcontractor's written request in sufficient contract time to allow the timely filing of the appeal. The Contractor and Subcontractor shall cooperate reasonably with each other in connection with the appeal and shall pay their respective legal and other expenses.

The decision of the Board of Contract Appeals or court shall be final and conclusive on the Contractor and the ~~Subcontractor, and both parties agree to implement the decision provided, however, that the parties may invoke~~ available judicial remedies for review of the decision.

Pending determination of any dispute under this Subcontract, the Subcontractor agrees to perform the work in accordance with directives from the Contractor and shall not delay the progress or completion of the work.

27. Integration

This Agreement sets forth the entire and only Agreement between ISN and the Subcontractor relative to the subject matter hereof. Any representation, promise, or condition, whether oral or written, not incorporated herein shall not be binding upon either party. No waiver, modification, or amendment to the terms of this Agreement shall be effective unless made in writing and signed by the below signed individuals or their designated authorized representatives.

28. Conflict

If there is a conflict with the Subcontract Conditions, Statement of Work, and Prime Contract Clauses of Appendix C, the Prime Contract clauses shall govern. If there is a conflict with the Subcontract Conditions and the Statement of Work, the Statement of Work of Appendix A shall govern.

29. Employee Hiring



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

Both ISN and the Subcontractor agree that during the term of this Agreement, neither party shall attempt to induce any employee to take employment with the other party.

30. Software License Agreement

Appendix D, Datacomm Management Sciences, Inc. End User Software License Agreement for Network Management System Software, NMSS 8000 is hereby made a part of this agreement.

This Agreement has been entered into and executed by officials duly authorized to bind their respective parties.

INFORMATION SYSTEMS AND NETWORKS CORPORATION

BY: [signature]

TITLE: President

DATE: Mar. 27, 1995

---

SUBCONTRACTOR:

BY: [signature]

TITLE: President

DATE: Mar. 28, 1995

ISN
Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORK CORPORATION, | ) | |
| Plaintiff, | ) | No.: 98-178C |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Deposition of:

WILLIAM ROBERTSON

a witness of lawful age, taken on behalf of the Defendant, pursuant to notice, in the offices of the Department of Justice, Room 12011, 1100 L Street, N.W., Washington, D.C. 20530, on Monday, October 25, 1999, at 10:15 a.m., before Sharon Bellamy, Notary Public in and for the District of Columbia, when were present:

APPEARANCES:

On behalf of Plaintiff:

JOHN M. CRAIG, Esquire
Singer & Associates, P.C.
1730 K Street, N.W.
Suite 304
Washington, D.C. 20006
(301) 469-0400

question on the table about the problems that existed when you took over the program, and would you please continue with that?

A Where were we?

MR. CRAIG: I don't know what the question, do you have a specific question?

MR. AUSTIN: The question was, what types of problems existed when you came on board as a program -- as the program manager, replacing Mr. Chapman.

THE WITNESS: At that point in time the initial CDRL -- the very heavily front-loaded CDRL delivery requirements, most of the initial deliveries had been rejected by the government.

BY MR. AUSTIN:

Q Okay, now, what is -- when you mean CDRL delivery, give us an example.

A Program Management Plan.

Q Okay. Program Management Plan is how you as the program manager was going to handle the project?

A Yes.

Q And that was -- your predecessor plan was rejected?

A Mm-hmm. Among other things, yes.

Q Okay.

A I believe.

Q What other things?

A I don't recall exactly what they were. Basically, there would have been a support plan, integrated logistics support plan, training plans. I mean, there were a lot of documents of that sort that were front-loaded basically on the schedule.

Your documentation, I'm sure, has a list of those, but those that had been delivered prior to the time I came on board were essentially either all held or had been sent back for rework.

Q So we're at the point, late October, early November, where you come on board.

What were some of the first things, what was the first thing that you did or you recall doing?

A --I was introduced. Probably either the day or the day after I came on board, I was introduced at a program meeting with the government as the new program manager.

Q Okay. And then what happened? And then what?

A I sat down with Bob Chapman, talked to him about where we were, what had happened, what his problems were, et cetera, and basically I decided that I needed him as my deputy, my technical deputy, and proceeded from there to try to get back on schedule.

The first thing I did was replace the temporaries with direct hires with the kind of equipment -- the kind of

experience that I wanted in my staff, as quickly as possible.

Q Okay, now, getting back to the temps, why were the temps hired as opposed to direct hires?

A They were available and it was a matter of expeditiously getting somebody on board who could start the documents.

The documentation delivery schedule was extremely ambitious.

Q And that's from the RFP?

A Yes.

Q Okay, now, was ISN aware that it was ambitious at the time they bid on it?

A I don't know. I wasn't there. I would say they should have been. The schedule for delivery should have been in the RFP, but I won't swear to that. I really didn't review the RFP very well.

Q When you came on board, you were aware that, according to the contract, ISN was supposed to have a completed system within 12 months at Hampton Roads?

A Mm-hmm.

Q And when you came on approximately, you said, six months, I think, after contract award?

A Yes.

Q Okay. The contract was awarded in July of '94,

and you took over in October, later in '94?

A Yes.

Q All right.

A So it had been four months, five months instead of six; that range.

Q And so ISN was already behind schedule?

A Mm-hmm.

Q So what steps -- you hired direct hires. What other steps did you take to try to get it back on track?

A Basically, we started recycling the documentation that had been -- had been sent back to us, the CDRLs that had been sent back to us.

Q Okay.

A To identify the nature of the comments, to incorporate those comments, et cetera.

Q Okay. What other things did you do?

A Started -- at that point we were dramatically pursuing the design and trying to identify the changes, and still trying to get the government to drive a stake in the ground, if you will, as to what design we were really going to build to.

I discussed the fact that we submitted the site design four times. Each time the site had changed, and the program office wanted to incorporated -- wanted us to incorporate the changes that had occurred because you

**DEPARTMENT OF THE NAVY**
FLEET AND INDUSTRIAL SUPPLY CENTER NORFOLK
DETACHMENT WASHINGTON DC
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

PB2:LM:94C0389
26 June 1995

Information Systems & Networks Corporation
Attn: Mr. William Robertson
10411 Motor City Drive
Bethesda, MD 20817

Dear Mr. Robertson:

It was a pleasure to meet yourself and the other members of your team at our meeting on June 22nd. I would like to take this time to summarize some of the topics covered at the meeting. A copy of the attendance sheet was provided to you at the conclusion of the meeting by Ms. Held.

- An Engineering Change Proposal (ECP) for Hampton Roads (only) was provided to the Navy. The ECP was stated to include a "surcharge" cost for the 414 DIM Cards which are now upgraded.

- A modification to the contract will be issued for the combination of both the formal acceptance of an ECP for implementation of all sites in Lot I and the revised delivery schedule for all sites in Lot I.

- The ECP submitted (at the meeting) will be reviewed by SPAWAR with comments to be provided on Monday or Tuesday (June 26th or 27th).

- The delivery schedule for all sites in Lot I is to be provided by ISN to the Navy by by Monday, June 26th.

I am your first line point of contact within this activity. If there are any questions, please contact myself at (202) 433-5389 or by facsimile at (202) 685-0002. In my extended absence or in an emergency Mr. Roscoe Crawford, the Contracting Officer, is available to assist you at (202) 433-5387. Please notify your staff of my telephone and facsimile numbers. A message should be left on my voice mail if I am not immediately available. I will return call at the earliest time.

Lisa Murtha

LISA C. MURTHA
Contract Specialist

P.S. FAX # 685-0002 not working — use 433-9586

Cpy to:
DCMAO Baltimore, Attn: Ms. T. Proctor

# Memorandum

**DATE:** August 23, 1995

**TO:** BILL ROBERTSON

**FROM:** DANIEL TOBIN

**RE:** STATUS REPORT: ATM ECP

BILL,

THE PURPOSE OF THIS MEMO IS TO UPDATE YOU ON THE STATUS OF OUR ECP AT FISC.

PER FONCON WITH LISA MURTHA, 22 AUG 95:

1) SHE HAS NOT LOOKED AT THE ECP, TO DATE.

2) DUE TO "END OF YEAR PROCUREMENTS" (8a-2 EACH) SHE WILL NOT BE ABLE TO WORK ON OUR ECP UNTIL MID-SEPT 95.

3) REASON—TOO MUCH "END OF YEAR" WORK AND TOO FEW PEOPLE TO ACCOMPLISH IT. SHE HAS INFORMED ROSCOE OF HER WORK LOAD.

4) I TOLD HER THAT I DID NOT THINK THAT ISN (MY VP) WOULD WAIT THAT LONG AND THAT I WOULD GIVE HER A 'HEADS UP' BEFORE MR. ROBERTSON TALKED TO ROSCOE, IF THAT IS THE COURSE HE CHOOSES. SHE SAID—THANKS!

5) I TALKED WITH DON TABASCO ABOUT CONTRACT AND FAR REQUIREMENTS FOR TIMELY ECP PROCESSING BY THE GOVERNMENT. HE RECOMMENDS THAT WE TAKE A MORE FORCEFUL APPROACH WITH THE CONTRACTING OFFICER. YOU MIGHT WANT TO TOUCH BASE WITH HIM PERSONALLY.

BOTTOM LINE—I HAVE LOOKED THROUGH THE "CONTRACT" AND CAN ONLY FIND A REQUIREMENT THAT THE "CONTRACTING OFFICER SHALL EXPEDITIOUSLY PROCESS CHANGE PROPOSALS." (PAGE 116, I-46 (c) 'CHANGE PROPOSALS').

NOTE: Para (g), Page 117: 'CHANGES' MAKES INTERESTING READING.

IF YOU DECIDE TO TALK WITH WITH ROSCOE, PLEASE GIVE ME A 'HEADS UP' SO I CAN DO THE SAME TO LISA?



K-12 Robertson #9

1/31/96

ISN

Louis R. Oliver
Group Vice President

January 15, 1995 96

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl

**REFERENCE:** Contract Number N00600-94-C0389

**SUBJECT:** A004 Contractor's Progress, Status and Management Report

In accordance with the terms and conditions of the referenced contract, attached is the December 1995 Contractor's Progress, Status and Management Report for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
ATC Program Manager

cc: FISC DET, Washington DC
R. Crawford

Information Systems & Networks Corporation • 10411 M 20817 • (301) 469-0400 • Fax: (301) 469-7726

## PROGRESS FOR THE MONTH OF DECEMBER 95

The majority of ISN effort this month has been expended on ATC computer hardware and software integration, installation and CDRL development. Close coordination and multiple technical working meetings continued with Government Representatives of SPAWAR, NISE EAST DET Norfolk, VA and NTCC Hampton Roads, Virginia. These technical meetings were held to discuss and resolve issues on cutover Hampton Roads, Virginia. Received the RMSA 100 switch and associated hardware. Installed the tape back-up unit.

### Organizational Changes

### Schedule Changes

ISN provided a new ATC Program Schedule on 21 June 1995 for Government review and approval. Because the ECP has not been approved and work has not been allowed to proceed on the Hawaii sites, the schedule for Hawaii will need to be modified. The revised schedule for Hawaii will be done once ISN has been given a go-ahead for the Hawaii site.

### Cost Curves

To be provided.

### Costs Incurred For The Month of December 1995

| | |
|---|---|
| Hampton Roads | $254,295 |
| Camp Smith | 0 |
| Makalapa | 0 |
| CDRL | 22,487 |

### Hours Expended

During the month of December, ISN spent 2278.50 hour's effort on the ATC project.

### Trips

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|

No Trips

## Record of Significant Telephone Calls

None

## Status of Engineering Change Proposals

June 95 ECP for the following modifications: Waiting response from the Government.

- Revised ATC Configuration at Hampton Roads
- Twelve pair cables
- Enhanced DIM 414E Module
- SFT III for fifty users

## Contract Schedule Status

Awaiting Government comments or approval on:

D002/003 - Computer System Operator's Manual/Software User Manual.

F002 - ATC Lesson Plan : 3 separate items

F003 - ATC Trainee Guide : 3 separate items

G003 - The draft ATC Test Procedure G003 was submitted to the Navy for review in September 95, a revised draft was reviewed and concurred by the Navy in October and November. It was formally submitted in early November and has been reviewed by the Navy.

The ATC Installation and cut over continues to be delayed as the result of the Government's not allowing ISN to proceed with the cut over until all of the hardware had been installed and by stopping all progress on Camp Smith and Makalapa until the cut over of significant equipment at Hampton Roads. As a result ISN has delayed additional staffing at Hampton Roads and has been required to plan work in a less than optimum sequence. Also ISN has deferred all staffing for Camp Smith and Makalapa.

F004 OJT Handbook in process to be submitted in January 1996.

## Activities Planned for January 96

Continue ATC installation at NTCC Hampton Roads, Virginia
Continue planning for NTCC Pearl Harbor and Camp H.W. Smith

Continue CDRL document development and review/incorporate appropriate Government comments received on previously submitted CDRL's

## List of Appendixes

None

**Prepared by:** William N.L. Robertson, (301) 469-0400