ISN

Louis R. Oliver
Group Vice President

December 15, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl

**REFERENCE:** Contract Number N00600-94-C0389

**SUBJECT:** A004 Contractor's Progress, Status and Management Report

In accordance with the terms and conditions of the referenced contract, attached is the November1995 Contractor's Progress, Status and Management Report for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
ATC Program Manager

cc: FISC DET, Washington DC
R. Crawford

## PROGRESS FOR THE MONTH OF NOVEMBER 95

The majority of ISN effort this month has been expended on ATC computer hardware and software integration, installation and CDRL development. Close coordination and multiple technical working meetings continued with Government Representatives of SPAWAR, NISE EAST DET Norfolk, VA and NTCC Hampton Roads, Virginia. These technical meetings were held to discuss and resolve issues on cutover Hampton Roads, Virginia. Received the RMSA 100 switch and associated hardware. Installed the tape back-up unit.

### Organizational Changes

### Schedule Changes

ISN provided a new ATC Program Schedule on 21 June 1995 for Government review and approval. Because the ECP has not been approved and work has not been allowed to proceed on the Hawaii sites, the schedule for Hawaii will need to be modified. The revised schedule for Hawaii will be done once ISN has been given a go-ahead for the Hawaii site.

### Cost Curves

To be provided.

### Costs Incurred For The Month of November 1995

| | |
|---|---|
| Hampton Roads | $50,953 |
| Camp Smith | 0 |
| Makalapa | 0 |
| CDRL | 24,981 |

### Hours Expended

During the month of November, ISN spent 2278.50 hour's effort on the ATC project.

### Trips

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|
| Bill Robertson | 11/6/95 - 11/7/95 | Hampton Roads | Mtg. at Hampton Roads with Navy Officials |
| Bill Robertson | 11/26/95 - 11/28/95 | Hampton Roads | Mtg. at Hampton Roads with Navy Officials |

## Record of Significant Telephone Calls

## Status of Engineering Change Proposals

June 95 ECP for the following modifications: Waiting response from the Government

- Revised ATC Configuration at Hampton Roads
- Twelve pair cables
- Enhanced DIM 414E Module
- SFT III for fifty users

## Contract Schedule Status

Delays caused by Government not allowing ISN to begin cutover and are impacting cost and schedule.

F004 OJT Handbook in process to be submitted in early January 1996.

## Activities Planned for November 95

Continue ATC installation at NTCC Hampton Roads, Virginia
Continue planning for NTCC Pearl Harbor and Camp H.W. Smith

Continue CDRL document development and review/incorporate appropriate Government comments received on previously submitted CDRL's

## List of Appendixes

None

**Prepared by:** William N.L. Robertson, (301) 469-0400

ISN.

William N.L. Robertson
Vice President
Systems Integration Group

November 30, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl

**REFERENCE:** Contract Number N00600-94-C0389

**SUBJECT:** A004 Contractor's Progress, Status and Management Report

In accordance with the terms and conditions of the referenced contract, attached is the October 1995 Contractor's Progress, Status and Management Report for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
ATC Program Manager

cc: FISC DET, Washington DC
R. Crawford

Information Systems & Networks Corporation • 1 ... aryland 20817 • (301) 469-0400 • Fax: (301) 469-7726

## PROGRESS FOR THE MONTH OF OCTOBER 95

The majority of ISN effort this month has been expended on ATC computer hardware and software integration, installation and CDRL development. Close coordination and multiple technical working meetings continued with Government Representatives of SPAWAR, NISE EAST DET Norfolk, VA and NTCC Hampton Roads, Virginia. These technical meetings were held to discuss and resolve issues on cutover Hampton Roads, Virginia.

### Organizational Changes

There were no new employees hired for October 1995.

### Schedule Changes

ISN provided a new ATC Program Schedule on 21 June 1995 for Government review and approval. Because the ECP has not been approved and work has not been allowed to proceed on the Hawaii sites, the schedule for Hawaii will need to be modified. The revised schedule for Hawaii will be done once ISN has been given a go-ahead for the Hawaii site.

### Cost Curves

To be provided.

### Costs Incurred For The Month of October 1995

| | |
|---|---|
| Hampton Roads | 139,539.66 |
| Camp Smith | 3,676.43 |
| Makalapa | 1,348.46 |
| CDRL | 26,792.67 |

### Hours Expended

During the month of October, ISN spent 2278.50 hour's effort on the ATC project.

### Trips

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|
| Bill Robertson | 10/09/95 - 10/10/95 | Hampton Roads | Meeting at Hampton Roads with Navy Officials |
| Bill Robertson | 10/22/95 - 10/24/95 | Hampton Roads | Meeting at Hampton Roads with Navy Officials |

| Name | Period of Time | Location | Purpose of Trip |
| --- | --- | --- | --- |
| Royce Priem | 10/03/95 - 10/10/95 | Hampton Roads | Engineering Support for Hampton Roads Installation |

## Record of Significant Telephone Calls

None.

## Status of Engineering Change Proposals

June 95 ECP for the following modifications: Waiting response from the Government

-- Revised ATC Configuration at Hampton Roads
-- Twelve pair cables
-- Enhanced DIM 414E Module
-- SFT III for fifty users

## Contract Schedule Status

Delays caused by Government not allowing ISN to begin cutover are impacting cost and schedule.

D002/003 COMPUTER SYSTEMS OPERATOR'S MANUAL SOFTWARE USER MANUAL
F004 OJT HANDBOOK

## Activities Planned for October 95

Continue ATC installation at NTCC Hampton Roads, Virginia
Continue planning for NTCC Pearl Harbor and Camp H.W. Smith

Continue CDRL document development and review/incorporate appropriate Government comments received on previously submitted CDRL's

## List of Appendixes

None

**Prepared by:** William N.L. Robertson, (301) 469-0400

ISN.

William N.L. Robertson
Vice President
Systems Integration Group

October 31, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl

**REFERENCE:** Contract Number N00600-94-C0389

**SUBJECT:** A004 Contractor's Progress, Status and Management Report

In accordance with the terms and conditions of the referenced contract, attached is the September 1995 Contractor's Progress, Status and Management Report for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
ATC Program Manager

Received in mail room 12/1/95

cc: FISC DET, Washington DC
R. Crawford

## PROGRESS FOR THE MONTH OF SEPTEMBER 95

The majority of ISN effort this month has been expended on ATC computer hardware and software integration, installation and CDRL development. Close coordination and multiple technical working meetings continued with Government Representatives of SPAWAR, NISE EAST DET Norfolk, VA and NTCC Hampton Roads, Virginia. These technical meetings were held to discuss and resolve issues on cutover Hampton Roads, Virginia.

### Organizational Changes

During this reporting period, ISN has hired the following individuals to support the ATC Contract.

| Date Hired | Name | Position |
|---|---|---|
| 08/04/95 | Harry T. Watson | |

Epoch Engineering, Inc. is continuing to provide personnel support service to augment CDRL developments in the area of training (CDRL F003, and F004). This support service started in May 1995 and expected to continue until August 1995.

### Schedule Changes

ISN provided a new ATC Program Schedule on 21 June 1995 for Government review and approval. Because the ECP has not been approved and work has not been allowed to proceed on the Hawaii sites, the schedule for Hawaii may need to be modified. The revised schedule for Hawaii will be done once ISN has been given a go-ahead for the Hawaii site.

### Cost Curves

To be provided.

### Costs Incurred For The Month of September 1995

| | |
|---|---|
| Hampton Roads | $ 72,454.51 |
| Camp Smith | 7,129.56 |
| Makalapa | 638.50 |
| CDRL | 17,135.71 |

### Hours Expended

During the month of September, ISN spent 2242 hour's effort on the ATC project.

## Trips

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|
| Bill Robertson | 9/17-9/19/95 | Hampton Roads | Meeting with Navy Officials |
| | 9/24-9/26/95 | Hampton Roads | Meeting with Navy OfficialS |
| Royce Priem | 9/9-10/2\95 | Hampton Roads | Eng. Support for Hampton Roads Installation |
| Travis Ellis | 9/20-9/23/95 | Hampton Roads | Installation of ATC Switch |

## Record of Significant Telephone Calls

None.

## Status of Engineering Change Proposals

June 95 ECP for the following modifications: Waiting response from the Government

- -- Revised ATC Configuration at Hampton Roads
- -- Twelve pair cables
- -- Enhanced DIM 414E Module
- -- SFT III for fifty users

## Contract Schedule Status

Awaiting Government comments or approval on:

D002/003 COMPUTER SYSTEMS OPERATOR'S MANUAL SOFTWARE USER MANUAL
F004 OJT HANDBOOK

## Activities Planned for September 95

Continue ATC installation at NTCC Hampton Roads, Virginia
Continue planning for NTCC Pearl Harbor and Camp H.W. Smith

Continue CDRL document development and review/incorporate appropriate Government comments received on previously submitted CDRL's

## List of Appendixes

None

**Prepared by:** William N.L. Robertson, (301) 469-0400

ISN

January 26, 1996

Department of the Navy
Naval Regional Contracting Center
Washington Navy Yard
Building 200
901 M Street, S.E.
Washington, D.C. 20374-5014

Attention: Roscoe W. Crawford
Contracting Officer

Subject: Contract No. N00600-94-C-0389

Dear Mr. Crawford:

The purpose of this letter is to review two very serious issues that are still open on the contract concerning lack of progress payments and approval of the ECP.

We have not received any progress payments since August 24, 1995, which included a payment in the amount of $443,565. The amount that is outstanding is $1,331,696.00 through December 21, 1995 as shown in the attached summary. We were told that Jeffery Bergdahl, COR, has recommended approval of additional payments based on his assessment of our progress to date. This being the case, ISN requests that your office contact the ACO, Tish Proctor, in order to expedite immediately payment for this excessively large amount.

Also, the approval of the latest ECP dated June 20, 1995 in the amount of $930,527 for Hampton Roads has not been received by ISN.

This latest version of the ECP includes changes to the site configuration, equipment configuration, use of 12 pair cable vice 6 pair cable, users changes and other changes. This ECP supersedes the ECP submitted on 6 March 1995 and confirms meetings held on March 28, 1995, April 30, 1995 and most recently June 22, 1995 where it was agreed that the ECP would be approved including a revised schedule in the form of a contract modification. The Navy provided direction to ISN to include all the changes in the ECP during several meetings with the Contracting Officer and COR. Subsequently, Ms. Lisa Murtha, Contract Specialist, issued a letter dated 26 June 1995 stating that a modification to the contract would be issued for the combination of the formal acceptance of an ECP for implementation

ENCL. 1

of all sites in Lot I and the revised delivery schedule for all sites in Lot I. Also a letter dated 31 August 1995 from Jeffrey Bergdahl indicated that the ECP was technically approved and that funding had been authorized and only required a wording change to the funding document.

We proceeded on the basis that the contract modification would be issued expeditiously in accordance with Clause I.46 of the contract implementing the ECP and that we wanted to continue with the progress on the contract to avoid default and receive progress payments. During discussions of the ECP and schedule changes, ISN advised the Navy that due to the magnitude of the site changes at Hampton Roads, it was not possible to implement the original proposed design solution. Therefore, in order to continue on the contract, it was necessary to implement the ECP configuration.

We are very concerned that approvals have not been received to date on this subject. We cannot continue to incur additional costs without the immediate approval of the ECP in a contract modification and authorization of progress payments. Without an expeditious resolution of these issues, our only recourse will be to submit a constructive change for equitable adjustment pursuant to the Changes Clause FAR 52.243-1.

Sincerely,
INFORMATION SYSTEMS AND NETWORKS CORPORATION

Donald D. Tabasco
Manager of Contracts

Attachments

MEMORANDUM

31 August 1995

To: Bill Robertson

From: Jeff Bergdahl *Jeff Bergdahl*

Subj: ATC issues

1. IRT your voice mail, we have technically approved the ECP and proposed schedule extension via letter to FISC. I am not aware of any other administrative items we owe FISC, other than changing the wording on the funding document at FISC.

2. I would like to hear how the ATC training in Norfolk is proceeding and request copies of the student evaluations be provided. Also, are you still going to submit a no-cost ECP to use in negotiation of consideration with FISC.

3. At our meetings at NTCC Hampton Roads this month there was discussion of what testing would be required before start of cutover. This is discussed several times in CDRL G002, System Test and Verification Plan for NTCC Hampton Roads. Specifically:

a. Page 2 under 1.1 Scope
b. Page 9 under 1.5 Participation and Test Objectives
c. Page 10 under 1.9 Validation Signature Sheets
d. Page 11 under 1.9. Note "Validation Signature Sheets will be presented to the Government for review and comments 30 days prior to commencement of Phase VI."
e. Page 17 under 7.0 through 7.3. I would like to review the "(OEM) System Test Procedures" discussed in Paragraph 7.1 and the "test results documentation form" discussed in Paragraph 7.2 prior to the Phase VI testing. I would expect them to be delivered as part of CDRL G003, Test Procedures. At the start of the Phase VI testing I would like to see the test results from Phase IV and Phase V testing described on Pages 15 and 16.

Based on the documents you should be able to tell us how long you require to run through the tests.

QUEST FOR CONTRACTUAL PROCUR T-NAVCOMPT FORM 2276 (8 PT) 8-81)

THIS REQUEST MUST BE ACCEP ON A DIRECT CITATION BASIS ON AND IS !2. DOCUMENT NUMBER
SUBJECT TO THE CONDITION LISTED ON THE REVERSE SIDE. ! N0003995RCDL301

REFERENCE NO. !4. FUNDS EXPIRE ON!5. DMS RATING!6. PRIORITY!7. DATE REQUIRED!8. AMEND. NO
N0003995AFN52D6! 30 SEP 97 ! ! ! 31 DEC 95 ! 001

FROM: SPACE AND NAVAL WARFARE SYSTEM COMMAND !10. FOR DETAILS CONTACT:
ARLINGTON, VA. 22202, ATTN: SPAWAR 01-4 ! S. SIMMS, PD72P4A, (703)602-3364

TO: COMMANDING OFFICER !12. MAIL BILLINGS TO:
FB.2 FLEET INDUSTRIAL SUPPLY CENTER !
WASHINGTON NAVY YARD ! THE PAYING OFFICE CITED IN
IC WASHINGTON DC 20374- ! RESULTING CONTRACT
)600
ATTENTION: MR. ROSCOE CRAWFORD 95X3917

ACCOUNTING DATA TO BE CITED ON RESULTING CONTRACTS

| CRN | B. APPROPRIATION | C. SUB HEAD | D. OBJ CLASS | E. BU. CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 1751810 | 52D6 | 000 | EA172 | 0 | 068342 | 2D | 000000 | D60010000000 | .00 |

AMOUNTS WILL NOT BE EXCEEDED IN THE OBLIGATION !L. TOTAL THIS DOCUMENT! .00
DOCUMENT WITH OUT PRIOR WRITTEN APPROVAL FROM THE !
ISSUER. !M. CUMULATIVE TOTAL! 789,319.00

PROCUREMENT BY CONTRACT OF THE FOLLOWING ITEMS IS REQUESTED
THESE ITEMS !_! ARE !_! ARE NOT INCLUDED IN THE INTERSERVICE SUPPLY SUPPORT PROGRAM AND REQUIRED INTERSERVICE SCREENING ! ! HAS ! ! HAS NOT BEEN ACCOMPLISHED

| B. ITEM NO. | C. FSC | D. DESCRIPTION NAT. STOCK NO, SPEC AND/OR DRAW NO, ETC | E. QUANTITY | F. UNIT | G. ESTIMATED UNIT PRICE | H. ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|
| | | DOCUMENT AMENDED TO EXERCISE HAMPTON ROADS ATC ECP COSTS VICE PROCUREMENT OF PUERTO RICO ATC. | | | | |

Exhibit 16 for identification Sandra D. Warren Oct. 29, 1999 Bergdahl (1 page)

RECEIVED AT NRCC
ENTERED INTO PROSTATS
PALT COMMENCES AUG 2 9 1995

CONTRACT AWARD: $
AVAIL FOR RECOUPMENT: $
SIGNATURE CONTRACTING OFFICER

CHANGES TO THIS DOCUMENT ARE AUTHORIZED WITHOUT PRIOR CONSENT OF AUTHORIZING OFFICIAL.

FORWARD ACCEPTANCE AND COPIES OF ALL OBLIGATING DOCUMENTS TO: COMMANDER, SPACE AND NAVAL WARFARE SYSTEM COMMAND, DEPARTMENT OF THE NAVY, ARLINGTON, VA. 22202, ATTN: SPAWAR 01-4 SEE ACCEPTANCE INSTRUCTIONS ON REVERSE

COPY TO: SPAWAR 01-4

E CODE: N880 NO CAAS IS AUTHORIZED WITHOUT SPECIFIC AMENDMENT TO THIS DOCUMENT

SEE ATTACH PAGES FOR DELIVERY SCHEDULES, PRESERVATION AND PACKAGING INSTRUCTIONS, SHIPPING INSTRUCTIONS AND INSTRUCTIONS FOR DISTRIBUTION OF CONTRACTS AND RELATED DOCUMENTS. !GRAND TOTAL .00
TRANSPORTATION ALLOTMENT (USED IF FOB CONTRACTOR'S PLANT)

I CERTIFY THAT THE FUNDS CITED ARE PROPERLY CHARGEABLE FOR ITEMS REQUESTED. !AUTHORIZING OFFICIAL (NAME, TITLE AND SIGNATURE) for RICHARD J. LUCEY, ACCOUNTING OFFICER — Loretta Iacamore ! DATE 8/23/95

THIS REQUEST IS ACCEPTED AND THE ITEMS WILL BE PROVIDED IN ACCORDANCE HEREWITH. !ACCEPTING OFFICIAL (NAME, TITLE AND SIGNATURE) Roscoe W. Crawford Contracting Officer ! DATE 8/29/95

REQUEST FOR CONTRACTUAL PROCUR[E]MENT-NAVCOMPT FORM 2276 (8 PT) (7.8-81)

1. THIS REQUEST MUST BE ACCEPT[ED] ON A DIRECT CITATION BASIS ONL[Y] AND IS SUBJECT TO THE CONDITION LISTED ON THE REVERSE SIDE. ! 2. DOCUMENT NUMBER N0003995RCDL301

3. REFERENCE NO. N0003995AFN52D6 ! 4. FUNDS EXPIRE ON 30 SEP 97 ! 5. DMS RATING ! 6. PRIORITY ! 7. DATE REQUIRED 31 DEC 95 ! 8. AMEND. NO 002

9. FROM: SPACE AND NAVAL WARFARE SYSTEM COMMAND ARLINGTON, VA. 22202, ATTN: SPAWAR 01-4 ! 10. FOR DETAILS CONTACT: S. SIMMS, PD72P4A, (703)602-3364

11. TO: COMMANDING OFFICER
FLEET INDUSTRIAL SUPPLY CENTER
WASHINGTON NAVY YARD
UIC N00600 WASHINGTON DC 20374-
ATTENTION: MR. ROSCOE CRAWFORD

! 12. MAIL BILLINGS TO:
THE PAYING OFFICE CITED IN RESULTING CONTRACT

13. ACCOUNTING DATA TO BE CITED ON RESULTING CONTRACTS

| A. ACRN | B. APPROPRIATION | C. SUBHEAD | D. OBJ CLASS | E. BU. CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 1751810 | 52D6 | 000 | EA172 | 0 | 068342 | 2D | 000000 | D60010000000 | 789,319.00- |

14. AMOUNTS WILL NOT BE EXCEEDED IN THE OBLIGATION DOCUMENT WITH OUT PRIOR WRITTEN APPROVAL FROM THE ISSUER. ! L. TOTAL THIS DOCUMENT ! 789,319.00-
! M. CUMULATIVE TOTAL ! .00

15. PROCUREMENT BY CONTRACT OF THE FOLLOWING ITEMS IS REQUESTED
THESE ITEMS !_! ARE !_! ARE NOT INCLUDED IN THE INTERSERVICE SUPPLY SUPPORT PROGRAM AND REQUIRED INTERSERVICE SCREENING ! ! HAS ! ! HAS NOT BEEN ACCOMPLISHED

| A. ACRN | B. ITEM NO. | C. FSC | D. NAT.STOCK NO, SPEC AND/OR DRAW NO, ETC DESCRIPTION | E. QUANTITY | F. UNIT | G. ESTIMATED UNIT PRICE | H. ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| AA | | | FUNDS ARE WITHDRAWN TO COVER AN EMERGENT REQUIREMENT FOR THE ATC PROGRAM.<br><br>PLEASE TELEFAX IMMEDIATE ACCEPTANCE TO: 703-602-7409<br><br>THANK YOU | | | | 789319.00- |

[N]O CHANGES TO THIS DOCUMENT ARE AUTHORIZED WITHOUT PRIOR CONSENT OF AUTHORIZING OFFICIAL.

FORWARD ACCEPTANCE AND COPIES OF ALL OBLIGATING DOCUMENTS TO: COMMANDER, [S]PACE AND NAVAL WARFARE SYSTEM COMMAND, DEPARTMENT OF THE NAVY, [A]RLINGTON, VA. 22202, ATTN: SPAWAR 01-4 SEE ACCEPTANCE INSTRUCTIONS ON REVERSE

COPY TO: SPAWAR 01-4

[S]TAC CODE: N880 NO CAAS IS AUTHORIZED WITHOUT SPECIFIC AMENDMENT TO THIS DOCUMENT

[16]. SEE ATTACH PAGES FOR DELIVERY SCHEDULES, PRESERVATION AND PACKAGING INSTRUCTIONS, SHIPPING INSTRUCTIONS AND INSTRUCTIONS FOR DISTRIBUTION OF CONTRACTS AND RELATED DOCUMENTS. ! GRAND TOTAL 789319.00-

[17]. TRANSPORTATION ALLOTMENT (USED IF FOB CONTRACTOR'S PLANT)

18. I CERTIFY THAT THE FUNDS CITED ARE PROPERLY CHARGEABLE FOR ITEMS REQUESTED. ! AUTHORIZING OFFICIAL (NAME, TITLE AND SIGNATURE) RICHARD J. LUCEY, ACCOUNTING OFFICER [stamp: CHARLES McALLISTER ... OPERATING ACCOUNTANT] [signature] ! DATE 11/27/95

19. THIS REQUEST IS ACCEPTED AND THE ITEMS WILL BE PROVIDED IN ! ACCEPTING OFFICIAL (NAME, TITLE AND SIGNATURE) ! DATE

**DEPARTMENT OF THE NAVY**
FLEET AND INDUSTRIAL SUPPLY CENTER DETACHMENT
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

FEB 20 1996

4200
PB2C:k94C0389

CERTIFIED MAIL RECEIPT REQUESTED

Information Systems and Network Corporation
Attn: Mrs. Roma Malkani
10411 Motor City Drive
Bethesda, Maryland 20817

Dear Mrs. Roma Malkani:

This confirms in writing the verbal notification of the Stop-Work Order given to your staff today, 20 February 1996 at our meeting.

This letter constitutes a Stop-Work Order issued in accordance with FAR 52.242-15. Information Systems and Network Corporation is required to stop all, or any part of the work called for under subject contract. Your company shall take all reasonable steps to minimize the incurrence of costs allocable to the work covered by this order.

The Navy will make arrangements with your company to pick up the remaining equipment purchased for the three sites in Lot I of the contract. Enclosure (1) is the inventory of the items purchased for Lot I. All equipment for NTCC Camp Smith, NTCC Makalapa and the remaining equipment that was purchased for NTCC Hampton Roads shall be picked up by the Navy.

Should you have any questions concerning this matter, you may contact Ms. Lisas Scott, Code PB2C, at (202) 433-5391.

Sincerely,

Roscoe W. Crawford

ROSCOE W. CRAWFORD
Contracting Officer

Encl: (1) Equipment List

MAR.-26'96(TUE) 15:04

DEPARTMENT OF THE NAVY
FLEET AND INDUSTRIAL SUPPLY CENTER DETACHMENT
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

MAR 1 1996

4200
201.4C:ls:94C0389

CERTIFIED MAIL RECEIPT REQUESTED

Information Systems and Network Corporation
Attn: Mrs. Roma Malkani
10411 Motor City Drive
Bethesda, Maryland 20817

Subj: NOTICE OF TERMINATION TO PRIME CONTRACTOR UNDER CONTRACT N00600-94-C-0389

Dear Mrs. Roma Malkani:

*(a) Effective date of termination.* You are notified that Contract No. N00600-94-C-0389 (referred to as "the contract") is terminated completely for the Government's convenience under the clause entitled "Termination for Convenience of the Government (Fixed Price) dated April 1984. This termination is effective 15 March 1996.

*(b) Cessation of work and notification to immediate subcontractors.* You shall take the following steps:

(1) Stop all work, make no further shipments, and place no further orders relating to the contract, except for --

(i) The continued portion of the contract, if any;

(ii) Work-in-process or other materials that you may wish to retain for your own account; or

(iii) Work-in-process that the Contracting Officer authorizes you to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, (C) to avoid immediate complete spoilage of work-in-process having a definite commercial value, or (D) to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable, immediately notify the Contracting Officer by telephone or personal conference and obtain instructions.)

(2) Keep adequate records of your compliance with subparagraph (1) above showing the--

(i) Date you received the Notice of Termination;

(ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(3) Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice

(i) Specify your Government contract number,

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (I) above;

(iv) Provide instructions to submit any settlement proposal promptly; and

(v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Notify the Contracting Officer all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(5) Take any action required by the Contractor or under the Termination clause in the contract.

*(c) Termination inventory.*

(1) As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory of the following types or classes, including subcontractor termination inventory that you have the right to take: None

(2) To settle your proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed *information*, see Part 45.

(d) Settlements with subcontractors. You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of Part 49.

*(e) Completed end items.*

(I) Notify the Contracting Officer of the number of items completed under the contract and still on hand and arrange for their delivery or other disposal (see 49.205).

(2) Invoice acceptable completed end items under the contract in the usual way and do not include them in the settlement proposal.

*(f) Patents.* If required by the contract, promptly forward the following to the Contracting Officer;

(1) Disclosure of all inventions, discoveries, and patent applications made in the performance of the contract.

(2) Instruments of license or assignment on all inventions, discoveries, and patent applications made in the performance of the contract.

*(g) Employees affected.*

(1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to –

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Services to qualify for unemployment insurance, if necessary;

(v) Inform the local Chamber of Commerce and other appropriate

organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (I) above.

*(h) Administrative*. The contract administration office name in the contract will identify the Contracting Officer who will be in charge of the settlement of this termination and who will, upon request, provide the necessary settlement forms. Matters not covered by this notice should be brought to the attention of the undersigned.

(i) Please acknowledge receipt of this notice as provided below.

Roscoe W. Crawford

ROSCOE W. CRAWFORD
Contracting Officer

Acknowledgement of Notice

The undersigned acknowledges receipt of a signed copy of this notice on _______, 19___. Two signed copies of this notice are returned.

_________________________
(Name of Contractor)

By _________________________
(Name)

_________________________
(Title)

| | | | |
|---|---|---|---|
| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | 1. CONTRACT ID CODE | PAGE 1 OF PAGES 1 |
| 2. AMENDMENT/MODIFICATION NO. 00003 | 3. EFFECTIVE DATE MAR 14 1996 | 4. REQUISITION/PURCHASE REQ. NO. N00039RCDL300 | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE N00600 | | 7. ADMINISTERED BY (If other than Item 6) CODE | |

FLEET INDUSTRIAL SUPPLY CENTER
WASHINGTON DETACHMENT
WASHINGTON NAVY YARD BLDG 200-4th Floor
WASHINGTON DC 20374-5014
POC: LISA SCOTT, CODE PB2C, A/C (202) 433-5391

8. NAME AND ADDRESS OF CONTRACTOR (No., street county, State and ZIP Code)

INFORMATION SYSTEMS AND NETWORKS CORPORATION
6411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

CODE 8U179 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. N00600-94-C-0389

10B. DATED (SEE ITEM 13) 15 JUL 1994

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority) "TERMINATION FOR THE CONVENIENCE OF THE GOVERNMENT" PURSUANT TO FAR CLAUSE 52.249-1

E. IMPORTANT: Contractor X is not, ☐ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide preliminary notice of the following:

1. Contract N00600-94-C-0389 is completely terminated pursuant to the authority of FAR 52.249-1 Termination For The Convenience of the Government.

2. This termination is effective 15 March 1996.

3. Refer all questions regarding this matter to Ms. Lisa Scott, Code 201.4C at (202) 433-5391.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or Print) ROSCOE V. CRAWFORD | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY *Roscoe W. Crawford* (Signature of Contracting Officer) | 16C. DATE SIGNED MAR 14 1996 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

ISN

Roma Malkani
President

June 6, 1996

Defense Logistics Agency
Defense Contract Management Area
Operations - Atlanta
805 Walker Street
Marietta, GA 30060-2789

Attention: Ms. Denise M. Jones
Termination Contracting Officer

Subject: Contract No. N00600-94-C-0389
Settlement Proposal (Termination)

Dear Ms. Jones:

Enclosed is our settlement proposal consisting of the following documents (original and 3 copies):

(1) Standard Form 1436, Settlement Proposal (Total Cost Basis)
(2) Standard Form 1439, Schedule of Accounting Information.

Our proposal is based on a total cost basis in accordance with FAR 49.206-2(b) since an inventory basis is not practicable because the Government took most of the material on 21 February 1996 from ISN Corporate Headquarters in Bethesda, Maryland and the termination is a complete termination.

We request that partial payments be authorized for this proposal in accordance with FAR 49.112-1.

This contract was awarded on 15 July 1994, put on hold on February 20, 1996, pursuant to a Stop Work Order, FAR 52.212-13, and then subsequently Terminated for the Convenience of the Government on 15 March 1996.

If there are any questions, please do not hesitate to contact the undersigned.

Very truly yours,
INFORMATION SYSTEMS AND NETWORKS CORPORATION

Roma Malkani

Roma Malkani

**SETTLEMENT PROPOSAL**
**OTAL COST BASIS)**

FORM APPROVED OMB NO. 3090-0115

FOR USE BY A FIXED-PRICE PRIME CONTRACTOR OR A FIXED-PRICE SUBCONTRACTOR

| | |
|---|---|
| This Proposal Applies to (check one)<br>[X] A Prime contract with the Government    [ ] A subcontract or Purchase Order | COMPANY<br>INFORMATION SYSTEMS and NETWORKS |
| SUBCONTRACT or PURCHASE ORDER NO.(S) | STREET ADDRESS<br>10411 MOTOR CITY DRIVE |
| CONTRACTOR WHO SENT NOTICE OF TERMINATION<br>NAME | CITY and STATE<br>BETHESDA, MD 20817 |
| ADDRESS | NAME OF GOVERNMENT AGENCY<br>NAVY |
| If moneys payable under the contract have been assigned, given the following: | Government Prime Contract: N00600-94-C-0389<br>Contractor's Reference No.: 01319 |
| NAME OF ASSIGNEE | EFFECTIVE DATE of TERMINATION<br>15 MARCH 1996 |
| ADDRESS | PROPOSAL NO.<br>CHECK ONE: INTERIM X    FINAL |

SF1439, SCHEDULE OF ACCOUNTING INFORMATION _X_ IS ___ IS NOT ATTACHED (if not, explain)

SECTION I - STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACT or PURCHASE ORDER (a) | | FINISHED: Previously Shipped and invoiced (b) | FINISHED ON HAND: PAYMENT To Be RECEIVED THROUGH INVOICING (c) | FINISHED ON HAND: PAYMENT NOT To Be RECEIVED THROUGH INVOICING (d) | UNFINISHED or NOT COMMENCED: SUBSEQUENTLY Completed AND INVOICED* (e) | UNFINISHED or NOT COMMENCED: NOT TO BE Completed (f) | TOTAL COVERED BY Contract OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| CLINS 0001 through 0003 | QUANTITY | | | | | | 1 LOT |
| | $ | | | | | | $4,416,646 |
| | QUANTITY | | | | | | |
| | $ | | | | | | |
| | QUANTITY | | | | | | |
| | $ | | | | | | |

SECTION II - PROPOSED SETTLEMENT

| NO. | ITEM (a) | TOTAL previously proposed (b) | Increase or Decrease by this Proposal (c) | TOTAL Proposed TO DATE (d) | for use of contracting Agency only (e) |
|---|---|---|---|---|---|
| | | (Use Columns (b) and (c) only where previous proposal has been filed) | | | |
| 1 | DIRECT MATERIAL | | | 2,401,080 | |
| 2 | DIRECT LABOR | | | 604,657 | |
| 3 | INDIRECT FACTORY EXPENSE (from Schedule A) | | | 466,330 | |
| 4 | SPECIAL TOOLING and SPECIAL TEST EQUIPMENT (SF 1423) | | | 0 | |
| 5 | OTHER COSTS (from Schedule B) | | | 427,831 | |
| 6 | GENERAL and ADMINISTRATIVE EXPENSE | | | 534,061 | |
| 7 | TOTAL COSTS (ITEMS 1 through 4) | | | 4,433,958 | |
| 8 | PROFIT (Explain in Schedule D) | | | 443,396 | |
| 9 | TOTAL (ITEMS 7 and 8) | | | 4,877,354 | |
| 10 | DEDUCT FINISHED PRODUCT INVOICED or to be INVOICED | | | 0 | |
| 11 | TOTAL (ITEMS 9 less item 10) | | | 4,877,354 | |
| 12 | SETTLEMENT EXPENSES (from Schedule E) | | | 183,224 | |
| 13 | TOTAL (ITEMS 11 and 12) | | | 5,060,578 | |
| 14 | SETTLEMENTS with SUBCONTRACTORS (from Schedule F) | | | 0 | |
| 15 | GROSS PROPOSED SETTLEMENT (items 13 and 14) | | | 5,060,578 | |
| 16 | DISPOSAL and OTHER CREDITS (from Schedule G) | | | 0 | |
| 17 | NET PROPOSED SETTLEMENT (Item 15 less 16) | | | 5,060,578 | |
| 18 | ADVANCED, PROGRESS & PARTIAL PAYMENTS (from Schedule H) | | | 2,507,015 | |
| 19 | NET PAYMENT REQUESTED (Item 18 less 19) | | | 2,553,563 | |

*Column (e), Section I, should only be used in the event of a partial termination, in which the total cost reported in Section II should be accumulated to date of completion of the continued portion of the contract and the deduction for finished product (Item 10, Section II) should be contract price of finished product in Column (b), (c) and (e), Section I.

NOTE –File inventory schedules (SF 1426, 1428, 1430 and 1432) for allocable inventories on hand at date of termination (see 49.2 06 and SF 1425)

Where the space provided for any information is insufficient, continue on a separate sheet.

NSN 7540-01-140-5521    1436-101    **STANDARD FORM 1436 (10-83)**
Prescribed by GSA
FAR (48 CFR) 53.249(a)(3)

SCHEDULE A - INDIRECT FACTORY EXPENSE (Item 2)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| Fringe | DL * FRINGE | 179,482 | |
| Overhead | (DL+FRINGE)*OH | 286,848 | |
| TOTAL | | 466,330 | |

NOTE: - Individual Items of small amounts may be grouped into a single entry in Schedules B, C, E, E and G.

SCHEDULE B - OTHER COSTS (Item 5)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| TRAVEL | Cost from Job Cost | 74,668 | |
| OTHER DIRECT COST | Cost from Job Cost | 353,162 | |
| TOTAL | | 427,831 | |

SCHEDULE C - GENERAL AND ADMINISTRATIVE EXPENSE (Item 3)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| LABOR | Calculated | 153,172 | |
| TRAVEL | Calculated | 10,109 | |
| ODC'S | Calculated | 47,410 | |
| MATERIAL | Calculated | 323,370 | |
| TOTAL | | 534,061 | |

SCHEDULE D - PROFIT (Item 8)

| EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Profit was computed based on 10% of Costs | 443,396 | |
| TOTAL | 443,396 | |

Where the space provided for any information is insufficient, continue on a separate sheet.

STANDARD FORM 1436 (10-83)
PAGE 2