IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-796C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Doris S. Finnerman as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

DORIS S. FINNERMAN
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: May 27, 2004

s/ Doris S. Finnerman

Doris S. Finnerman
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 307-0300