IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Defendant respectfully requests this Court to grant leave to file this notice of supplemental authority in support of defendant's pending dispositive motion.

In Doe v. United States, ___ F.3d ___ (Fed. Cir. June 23, 2004), *available at http://caselaw.lp.findlaw.com/cgi-bin/getcase.pl?court=Fed&navby=case&no=035075*, the United States Court of Appeals for the Federal Circuit held that Federal employees are not entitled to overtime compensation unless an authorized official ordered or approved the overtime work in writing, as required by th Federal Employees Pay Act of 1945, 5 U.S.C. § 5542, and the implementing regulation. In reaching this decision, the Court relied upon Schweiker v. Hansen, 450 U.S. 785, 790 (1981), which said, "A court is no more authorized to overlook the valid regulation requiring that applications be in writing than it is to overlook any other valid requirement for the receipt of benefits." This decision supports our argument that ISN's contract cannot be modified except by a Standard Form 30 that has been signed by the contracting officer.

For the reasons set forth above, the Court should grant this motion for leave to file this notice of subsequent supplemental authority.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin by/ Mark A. Melnick
BRIAN M. SIMKIN
Assistant Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Phone:(202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant