# In The United States Court of Federal Claims

No. 02-796C

(Filed: September 2, 2004)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

An oral argument on plaintiff's motion for summary judgment and defendant's cross motion for summary judgment will be held in this case on Tuesday, November 2, 2004, at 2:00 p.m. (EST), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge