# In The United States Court of Federal Claims

No. 02-796C

(Filed: November 3, 2004)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Oral argument on plaintiff's motion for summary judgment and defendant's cross motion for summary judgment was held in this case on November 2, 2004. As indicated at the argument, each party shall on or before November 19, 2004, simultaneously file a short memoranda, five pages maximum, on the application of *Trauma Service Group, Inc. v. United States*, 104 F.3d 1321 (Fed. Cir 1997) to count I of the plaintiff's complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge