# In The United States Court of Federal Claims

No. 02-796C

(Filed: March 10, 2005)

---

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On or before March 18, 2005, the parties shall file a complete copy of the contract at issue in this case (contract no. 00600-94-C-0389). The parties may file jointly or coordinate among themselves who should file the document.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge