P00003

# AMENDMENT OF SOLICITATIO[redacted]ODIFICATION OF CONTRACT

1. CONT[redacted] CODE

PAGE 1 OF PAGES 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00003 | MAR 14 1996 | N000399RCDL300 | |

6. ISSUED BY CODE N00600

FLEET INDUSTRIAL SUPPLY CENTER
WASHINGTON DETACHMENT
WASHINGTON NAVY YARD BLDG 200-4th Floor
WASHINGTON DC 20374-5014
POC: LISA SCOTT, CODE PB2C, A/C (202) 433-5391

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street county, State and ZIP Code)*

INFORMATION SYSTEMS AND NETWORKS CORPORATION
10411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

CODE 8U179 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. N00600-94-C-0389

10B. DATED *(SEE ITEM 13)* 15 JUL 1994

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* PURSUANT TO FAR CLAUSE 52.249-1 "TERMINATION FOR THE CONVENIENCE OF THE GOVERNMENT" |

E. IMPORTANT: Contractor X is not, is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to provide preliminary notice of the following:

1. Contract N00600-94-C-0389 is completely terminated pursuant to the authority of FAR 52.249-1 Termination For The Convenience of the Government.

2. This termination is effective 15 March 1996.

3. Refer all questions regarding this matter to Ms. Lisa Scott, Code 201.4C at (202) 433-5391.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)* ROSCOE W. CRAWFORD | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR ______ *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY Roscoe W. Crawford *(Signature of Contracting Officer)* | 16C. DATE SIGNED MAR 14 1996 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

P00002

## AMENDMENT OF SOLICITATION/M[redacted]IFICATION OF CONTRACT

1. CONTRAC[redacted] CODE | PAGE 1 OF PAGES 4

2. AMENDMENT/MODIFICATION NO. P00002

3. EFFECTIVE DATE 19 Oct 1994

4. REQUISITION/PURCHASE REQ. NO. N000399RCDL300

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE N00600

[redacted]C DETACHMENT WASHINGTON DC
[redacted]HINGTON NAVY YARD, BLDG 200-4TH FLOOR
[redacted]HINGTON, DC 20374-2004

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street county, State and ZIP Code)*

Information Systems and Networks Corporation
10411 Motor City Drive
Washington, DC 20817

CODE 8U179 | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. N00600-94-C-0389

10B. DATED *(SEE ITEM 13)* 15 Jul 1994

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
N/A

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,- IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓)

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[redacted] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor X is not, is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

THE PURPOSE OF THIS MODIFICATION IS TO DO THE FOLLOWING:

1) In accordance with clause G.4, Designation of COTR in the subject contract, the following appointment letter establishes Mr. Jeff Bergdahl, Code PMW172-22C, as the designated COTR (instead of Mr. Percy Tolbert as originally stated in the contract).

For any questions regarding this modification, please call Michele Held, PB2C, (202) 433-5391.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

[redacted] NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)*
ROSCOE W. CRAWFORD

15B. CONTRACTOR/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 19 OCT 1994

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 OF PAGES 4 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00002 | 19 Oct 1994 | N000399RCDL300 | |

| 6. ISSUED BY | CODE N00600 | 7. ADMINISTERED BY *(If other than Item 6)* | CODE |
|---|---|---|---|
| FISC DETACHMENT WASHINGTON DC<br>WASHINGTON NAVY YARD, BLDG 200-4TH FLOOR<br>WASHINGTON, DC 20374-2004 | | | |

8. NAME AND ADDRESS OF CONTRACTOR *(No., street county, State and ZIP Code)*

Information Systems and Networks Corporation
10411 Motor City Drive
Washington, DC 20817

CODE 8U179 | FACILITY CODE

| (✓) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED *(SEE ITEM 11)* |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. N00600-94-C-0389 |
| | 10B. DATED *(SEE ITEM 13)* 15 Jul 1994 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: *(a)* By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
N/A

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,- IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor X is not, is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

THE PURPOSE OF THIS MODIFICATION IS TO DO THE FOLLOWING:

1) In accordance with clause G.4, Designation of COTR in the subject contract, the following appointment letter establishes Mr. Jeff Bergdahl, Code PMW172-22C, as the designated COTR (instead of Mr. Percy Tolbert as originally stated in the contract).

For any questions regarding this modification, please call Michele Held, PB2C, (202) 433-5391.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)* | |
|---|---|---|---|
| | | ROSCOE W. CRAWFORD | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | BY Roscoe W. Crawford *(Signature of Contracting Officer)* | 19 OCT 1994 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.2432

DEPARTMENT OF THE NAVY
FISC DETACHMENT WASHINGTON DC
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

4200
PB2C:mh
13 OCT 1994

From: Contracting Officer, Code PB2
To: Commanding Officer, Space and Naval Warfare Systems Command

Subj: APPOINTMENT AS CONTRACTING OFFICER'S REPRESENTATIVE (COR)

Ref: (a) NAVSUPINST 4205.3A, Subj: Contracting Officer's Representative (COR)
(b) SECNAVINST 4205.5, Subj: Contracting Officer's Technical Representative (COTR)
(c) SECNAVINST 4200.27A, Subj: Proper Use of Contractor Personnel

1. Pursuant to references (a), you are hereby appointed as the Contracting Officer's Representative (COR) for:

Contract N00600-94-C-0389, with Information Systems and Network Corporation

2. As COR, your duties include functioning as the technical representative of the Contracting Officer in the administration of the contract described above; providing technical direction and guidance as necessary with respect to the specification or statement of work; and monitoring the performance of work under the contract. You are to perform your duties in accordance with references (a) and (b) and the contract administration plan, and any amplifying instructions provided herein or provided in writing by the Contracting Officer at a later date.

3. In accomplishing you duties as a COR you are cautioned to carefully review and comply with reference (c) to ensure that the contract does not become a personal services contract through your actions or the actions of other Government personnel who may assist you in the performance of your duties.

4. You are responsible for bringing to the attention of the Contracting Officer, Ordering Officer (if the contract provides for issuance of delivery order), and the functional code for whom the work is being performed, any significant deficiencies with respect to contractor performance or other actions which might jeopardize contract performance.

5. You are responsible for providing prompt notification to the contracting officer if for any reason it becomes necessary to terminate your appointment as COR.

6. You are not authorized, either by this letter, or by references (a) or (b), to take any action, either directly or indirectly, that could result in a change in the cost/price, quantity, quality, place of performance, delivery schedule, or any other terms or conditions of the contract (or delivery order), or to direct the accomplishment of effort which would exceed the scope of

the basic contract (or delivery order). You may be held personally liable for any unauthorized acts. Whenever there is the potential that discussions may impact any of the areas described above, contact the Contracting Officer for guidance. You must be especially cautious when providing an interpretation of specifications. The understanding reached, or the technical direction given, must be formalized in writing, and copies provided to the Contracting Officer. The contractor shall be notified that if the contractor is of the opinion that the COR's interpretation is erroneous, the contractor shall notify the Contracting Officer in writing of the position.

7. Specific duties, in addition to those required by references (a) and (b) are as follows:

a. Controlling all government technical interface with the contractor and providing technical advice and clarifications of the specifications/statement of work;

b. Ensure that a copy of all Government technical correspondence is forwarded to the contracting officer for placement in the contract file.

c. Promptly furnishing the PCO with documentation/comment on any request for change, deviation or waiver (whether generated by the government or the contractor).

d. Determine causes when the contract is not progressing as expected and make recommendations to the contracting officer for corrective action.

e. If applicable, coordination of site preparation and installation to the extend specified in the contract as the governments's responsibility.

f. Quality assurance, inspection and acceptance of supplies, or services (if applicable).

g. If applicable, monitoring standard of performance testing or effectiveness level acceptance criteria.

h. Monitor contractor performance to ensure individual contractor employees are of the skill levels required and are actually performing at the levels charged against the contract during the performance period.

i. Monitor contractor performance to ensure that the labor hours charged against the contract are consistent and reasonable for the effort completed and that any travel charged was necessary and actually occurred.

j. Monitor Government Furnished Property. Ensure that property provided the contractor is authorized by the contract.

k. If applicable, monitoring of credits, such as downtime credits for maintenance if provided for in the contract, and making appropriate adjustments on contractor reimbursement.

l. Promptly reviewing the contractor's invoices for goods/services received and

accepted, to assure that they conform to the contract pricing. Improper invoices shall be returned immediately to the contractor. Proper correct invoices and/or DD250's, as applicable, shall be approved and forwarded to the paying office.

m. Complete the COR Report of Contractor's Performance in accordance with the schedule established in the contract administration plan for the contract.

n. Meeting at least quarterly with the PCO to review contract performance. This may be satisfied telephonically, depending on the circumstance.

o. Complying with NAVSUPINST 4200.27 "Proper Use of Contractor Personnel", NAVSUPINST 4205.3 and SECNAVINST 4205.5 "Contracting Officer's Technical Representative" and the Contracting Officer's COR Appointment Letter.

p. Submission of written report on contractor performance within 60 days of contract completion, but not less than annually. The report should address all aspects of contractor performance including cost effectiveness, quality and timeliness of the contractor.

q. Anticipating and submitting requests for follow-on contract requirements in sufficient time to allow for award prior to the expiration of this contract.

Roscoe W. Crawford

ROSCOE W. CRAWFORD
Contracting Officer

Jeffrey S. Bergdall — 10/13/94

* COR Signature, — Date

The COR shall retain one copy of this letter, signed by both parties, and shall return one copy to the contracting officer (and ordering officer) within 10 days of receipt for placement in the contract file.

* COR signature constitutes acceptance of the appointment and conditions thereof.

DISTRIBUTION SHEET | DOCUMENT NUMBER: N00600-9[illegible]-0389 P00002

CONTRACTOR (1 Copy):
Information Systems and Networks Corporation
10411 Motor City Drive
Bethesda, MD 20817

| | | |
|---|---|---|
| [X][5] Copies To DCMAO<br><br>S2101A<br>DCMAO Baltimore<br>200 Towsontown Blvd., West<br>Towson, MD 21204-5299 | [X][1] To:<br><br>Naval Computer and<br>Telecommunications Command<br>Code N622, Wes Rice<br>4401 Massachusetts Avenue, NW<br>Washington, DC 20394-5460 | [X][1] Copies To:<br><br>Space and Naval Warfare Systems<br>Cmd, Code PMW-172-22C,<br>Jeff Bergdahl<br>2451 Crystal Drive, Arlington,VA<br>22245-5200 |
| [X][1] Copies To DFAS<br><br>SC3910A<br>DFAS-Columbus Center<br>DFAS-CO/Capital Division<br>P.O. Box 182263<br>Columbus,OH 43218-2263 | [ ][ ] Copies To: | [ ][ ] Copies To: |
| [X][1] Copies To<br>Comptroller,<br><br>N68342<br><br>Navy Regional Finance<br>Center Washington, DC | NEGOTIATOR:<br>[ ][ ] Copies To PB2C | [ ][ ]Copies To: |
| | | |

P00001

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 OF 4 PAGES |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00001 | 04 AUGUST 1994 | N0003994RCDL300 | |

| 6. ISSUED BY CODE N00600 | 7. ADMINISTERED BY *(If other than Item 6)* CODE S2102A |
|---|---|
| NAVAL REGIONAL CONTRACTING CENTER<br>WASHINGTON NAVY YARD, BLDG 200-4TH FLOOR<br>WASHINGTON, DC 20374-2004 | DCMAO Baltimore<br>200 Towsontown Blvd., West<br>Towson, MD 21204-5299 |

8. NAME AND ADDRESS OF CONTRACTOR *(No., street county, State and ZIP Code)*

INFORMATION SYSTEMS AND NETWORKS CORPORATION
10411 MOTOR CITY DRIVE
BETHESDA, MD 20817

CODE 8U179 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.
N00600-94-C-0389

10B. DATED *(SEE ITEM 13)*
15 JULY 1994

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| XX | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor X is not, ☐ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

THE SUBJECT CONTRACT IS HEREBY MODIFIED AS FOLLOWS:

1. DD Form 254 (Pages 2 through 4 of this modification) is incorporated into subject contract.
2. Contract clause FAR 52.232-16 PROGRESS PAYMENTS is deleted and replaced with FAR 52.232-16 PROGRESS PAYMENTS Alternate I (AUG 1987).
3. All other terms and conditions remain unchanged.
4. Refer questions regarding this action to Michele Held, (202) 433-5391.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or Print)* | |
|---|---|---|---|
| | | WILLIAM J. THOREEN | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _______ *(Signature of person authorized to sign)* | | BY William J. Thoreen *(Signature of Contracting Officer)* | AUG 04 1994 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

# DEPARTMENT OF DEFENSE

## CONTRACT SECURITY CLASSIFICATION SPECIFICATION

*(The requirements of the DoD Industrial Security Manual apply to all security aspects of this effort.)*

**1. CLEARANCE AND SAFEGUARDING**

a. FACILITY CLEARANCE REQUIRED: TOP SECRET

b. LEVEL OF SAFEGUARDING REQUIRED: SECRET

**2. THIS SPECIFICATION IS FOR:** *(X and complete as applicable)*

| | | |
|---|---|---|
| X | a. PRIME CONTRACT NUMBER<br>N00600-94-C-0389 | |
| | b. SUBCONTRACT NUMBER | |
| | c. SOLICITATION OR OTHER NUMBER | Due Date *(YYMMDD)* |

**3. THIS SPECIFICATION IS:** *(X and complete as applicable)*

| | | | |
|---|---|---|---|
| X | a. ORIGINAL *(Complete date in all cases)* | | Date *(YYMMDD)*<br>940801 |
| | b. REVISED *(Supersedes all previous specs)* | Revision No. | Date *(YYMMDD)* |
| | c. FINAL *(Complete Item 5 in all cases)* | | Date *(YYMMDD)* |

**4. IS THIS A FOLLOW-ON CONTRACT?** [ ] YES [X] NO. If Yes, complete the following:

Classified material received or generated under ____________ *(Preceding Contract Number)* is transferred to this follow-on contract.

**5. IS THIS A FINAL DD FORM 254?** [ ] YES [X] NO. If Yes, complete the following:

In response to the contractor's request dated __________, retention of the identified classified material is authorized for the period of ____________

**6. CONTRACTOR** *(Include Commercial and Government Entity (CAGE) Code)*

| a. NAME, ADDRESS, AND ZIP CODE | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| INFORMATION SYSTEMS AND NETWORKS CORPORATION<br>10411 MOTOR CITY DRIVE<br>BETHESDA, MD 20817 | 8U179 | DEFENSE INVESTIGATIVE SERVICE, DIRECTOR<br>OF INDUSTRIAL SECURITY<br>2461 EISENHOWER AVENUE<br>ALEXANDRIA, VA 22331-1000 |

**7. SUBCONTRACTOR**

| a. NAME, ADDRESS, AND ZIP CODE | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| | | |

**8. ACTUAL PERFORMANCE**

| a. NAME, ADDRESS, AND ZIP CODE | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| INFORMATION SYSTEMS AND NETWORKS CORPORATION<br>10411 MOTOR CITY DRIVE<br>BETHESDA, MD 20817<br><br>SEE BLOCK 13. | 8U179 | DEFENSE INVESTIGATIVE SERVICE, DIRECTOR<br>OF INDUSTRIAL SECURITY<br>2461 EISENHOWER AVE<br>ALEXANDRIA, VA 22331-1000 |

**9. GENERAL IDENTIFICATION OF THIS PROCUREMENT**

SEVEN TURNKEY AUTOMATED TECHNICAL CONTROL SYSTEMS

| 10. THIS CONTRACT WILL REQUIRE ACCESS TO: | YES | NO |
|---|---|---|
| a. COMMUNICATIONS SECURITY (COMSEC) INFORMATION | X | |
| b. RESTRICTED DATA | | X |
| c. CRITICAL NUCLEAR WEAPON DESIGN INFORMATION | | X |
| d. FORMERLY RESTRICTED DATA | | X |
| e. INTELLIGENCE INFORMATION: | | |
| (1) Sensitive Compartmented Information (SCI) | | X |
| (2) Non SCI | | X |
| f. SPECIAL ACCESS INFORMATION | | X |
| g. NATO INFORMATION | | X |
| h. FOREIGN GOVERNMENT INFORMATION | | X |
| i. LIMITED DISSEMINATION INFORMATION | | X |
| j. FOR OFFICIAL USE ONLY INFORMATION | | X |
| k. OTHER *(Specify)* | | X |

| 11. IN PERFORMING THIS CONTRACT, THE CONTRACTOR WILL: | YES | NO |
|---|---|---|
| a. HAVE ACCESS TO CLASSIFIES INFORMATION ONLY AT ANOTHER ONTRACTORS FACILITY OR A GOVERNMENT ACTIVITY | | X |
| b. RECEIVE CLASSIFIED DOCUMENTS ONLY | | X |
| c. RECEIVE AND GENERATE CLASSIFIED INFORMATION | X | |
| d. FABRICATE, MODIFY, OR STORE CLASSIFIED HARDWARE | | X |
| e. PERFORM SERVICES ONLY | | X |
| f. HAVE ACCESS TO US CLASSIFIED INFORMATION OUTSIDE THE US, PUERTO RICO, U.S. POSSESSIONS AND TRUST TERRITORIES | X | |
| g. BE AUTHORIZED TO US CLASSIFIED INFORMATION OF DEFENSE TECH INFORMATION CENTER (DTIC) OR OTHER SECONDARY DISTRIBUTION CENTER | | X |
| h. REQUIRE A COMSEC ACCOUNT | | X |
| i. HAVE TEMPEST REQUIREMENTS | | X |
| j. HAVE TEMPEST REQUIREMENTS | | X |
| k. BE AUTHORIZED TO USE THE DEFENSE COURIER SERVICE | | X |
| l. OTHER *(Specify)*<br>COMMERCIAL OFF-THE-SHELF NDI SYSTEM REQUIRES ACCESS TO TS SPACES FOR INSTALLATION. | X | |

12. PUBLIC RELEASE. Any information (*classified or unclassified*) pertaining to this contract shall not be released for public dissemination except as provided by the Industrial Security Manual or unless it has been approved for public release by appropriate U.S. Government authority. Proposed public releases shall be submitted for approval prior to release

[ ] Direct [XXX] Through *(Specify)*:

SPAWAR CONTRACTING OFFICER FOR SECURITY MATTERS, SPAWAR 10-1.

to the Directorate for Freedom of Information and Security Review, Office of the Assistant Secretary of Defense (Public Affairs)* for review.
* In the case of non-DoD User Agencies, requests for disclosure shall be submitted to that agency.

13. SECURITY GUIDANCE. The security classification guidance needed for this classified effort is identified below. If any difficulty is encountered in applying this guidance or if any other contributing factor indicates a need for changes in this guidance, the contractor is authorized and encouraged to provide recommended changes; to challenge the guidance or the classification assigned to any information or material furnished or generated under this contract; and to submit any questions for interpretation of this guidance to the official identified below. Pending final decision, the information involved shall be handled and protected at the highest level of classification assigned or recommended. *(Fill in as appropriate for the classified effort. Attach, or forward under separate correspondence, any document/guides/extracts referenced herein. Add additional pages as needed to provide complete guidance.)*

Item 11c: Any classified information generated in performance of this contract shall be classified according to the markings shown on the source material.

Item 11f: Overseas performance will be at Yokosuka, Japan; Sigonella, Sicily; London, England.

Item 8: Other locations:

Location (1) NTCC HAMPTON ROADS, Hampton Roads, VA

Location (2) NTCC CAMP SMITH, Honolulu, HI

Location (3) NTCC PEARL HARBOR, Makalapa, HI

Location (4) NCTS JAPAN, Yokosuka, Japan

Location (5) NCTS SICILY, Sigonella, Sicily

Location (6) NCTS PUERTO RICO, Roosevelt Roads, PR

Location (7) NCTS LONDON, London, England

14. ADDITIONAL SECURITY REQUIREMENTS. Requirements, in addition to ISM requirements, are established for this contract. *(If Yes, identify the pertinent contractual clauses in the document itself, or provide an appropriate statement which identifies the additional requirements. Provide a copy of the requirements to the cognizant security office. Use item 13 if additional space is needed.)* [ ] Yes [X] No

15. INSPECTIONS. Elements of this contract are outside the inspection responsibility of the cognizant security office. *(If Yes, explain and identify specific areas or elements carved out and the activity responsible for inspections. Use Item 13 if additional space is needed.)* [ ] Yes [X] No

16. CERTIFICATION AND SIGNATURE. Security requirements stated herein are complete and adequate for safeguarding the classified information to be released or generated under this classified effort. All questions shall be referred to the official named below.

| a. TYPED NAME OF CERTIFYING OFFICIAL | b. TITLE | c. TELEPHONE *(Include Area Code)* |
|---|---|---|
| Rosalyn F. Smith | Industrial Security Officer | (703) 607-2702 |

d. ADDRESS *(Include Zip Code)*

Naval Supply Systems Command
Washington, DC 20376-5000

e. SIGNATURE

SEE ATTACHED

17. REQUIRED DISTRIBUTION

- [X] a. CONTRACTOR
- [ ] b. SUBCONTRACTOR
- [ ] c. COGNIZANT SECURITY OFFICE FOR PRIME AND SUBCONTRACTOR
- [ ] d. U.S. ACTIVITY RESPONSIBLE FOR OVERSEAS SECURITY ADMINISTRATION
- [ ] e. ADMINISTRATIVE CONTRACTING OFFICER
- [ ] f. OTHERS AS NECESSARY

**12. PUBLIC RELEASE.** Any information (classified or unclassified) pertaining to this contract shall not be released for public dissemination except as provided by the Industrial Security Manual or unless it has been approved for public release by appropriate U.S. Government authority. Proposed public releases shall be submitted for approval prior to release

☐ Direct ☒ Through (Specify):

SPAWAR CONTRACTING OFFICER FOR SECURITY MATTERS, SPAWAR 10-1.

to the Directorate for Freedom of Information and Security Review, Office of the Assistant Secretary of Defense (Public Affairs)* for review.

* In the case of non-DoD User Agencies, requests for disclosure shall be submitted to that agency.

**13. SECURITY GUIDANCE.** The security classification guidance needed for this classified effort is identified below. If any difficulty is encountered in applying this guidance or if any other contributing factor indicates a need for changes in this guidance, the contractor is authorized and encouraged to provide recommended changes; to challenge the guidance or the classification assigned to any information or material furnished or generated under this contract; and to submit any questions for interpretation of this guidance to the official identified below. Pending final decision, the information involved shall be handled and protected at the highest level of classification assigned or recommended. *(Fill in as appropriate for the classified effort. Attach, or forward under separate correspondence, any documents/guides/extracts referenced herein. Add additional pages as needed to provide complete guidance.)*

Item 11c: Any classified information generated in performance of this contract shall be classified according to the markings shown on the source material.

Item 11f: Overseas performance will be at Yokosuka, Japan; Sigonella, Sicily; London, England.

Item 8: Other locations:

Location (1) NTCC HAMPTON ROADS, Hampton Roads, VA

Location (2) NTCC CAMP SMITH, Honolulu, HI

Location (3) NTCC PEARL HARBOR, Makalapa, HI

Location (4) NCTS JAPAN, Yokosuka, Japan

Location (5) NCTS SICILY, Sigonella, Sicily

Location (6) NCTS PUERTO RICO, Roosevelt Roads, PR

Location (7) NCTS LONDON, London, England

**14. ADDITIONAL SECURITY REQUIREMENTS.** Requirements, in addition to ISM requirements, are established for this contract. *(If Yes, identify the pertinent contractual clauses in the document itself, or provide an appropriate statement which identifies the additional requirements. Provide a copy of the requirements to the cognizant security office. Use Item 13 if additional space is needed.)* ☐ Yes ☒ No

**15. INSPECTIONS.** Elements of this contract are outside the inspection responsibility of the cognizant security office. *(If Yes, explain and identify specific areas or elements carved out and the activity responsible for inspections. Use Item 13 if additional space is needed.)* ☐ Yes ☒ No

**16. CERTIFICATION AND SIGNATURE.** Security requirements stated herein are complete and adequate for safeguarding the classified information to be released or generated under this classified effort. All questions shall be referred to the official named below.

| a. TYPED NAME OF CERTIFYING OFFICIAL | b. TITLE | c. TELEPHONE (Include Area Code) |
|---|---|---|
| Rosalyn F. Smith | Industrial Security Officer | (703) 607-2702 |

d. ADDRESS (Include Zip Code)

Naval Supply Systems Command
Washington, DC 20376-5000

e. SIGNATURE

**17. REQUIRED DISTRIBUTION**

☒ a. CONTRACTOR
☐ b. SUBCONTRACTOR
☐ c. COGNIZANT SECURITY OFFICE FOR PRIME AND SUBCONTRACTOR
☐ d. U.S. ACTIVITY RESPONSIBLE FOR OVERSEAS SECURITY ADMINISTRATION
☐ e. ADMINISTRATIVE CONTRACTING OFFICER
☐ f. OTHERS AS NECESSARY

# CONTRACT MODIFICATION INDEX

CONTRACTOR: INFORMATION SYSTEMS AND NETWORKS CORP.

CONTRACT NUMBER: N00600-94-R-0389

| Mod # | Date | Neg. | TYPE / PURPOSE OF MODIFICATION (SA, CO, ADM.) | PRICE CHANGE | CUMULATIVE VALUE |
|---|---|---|---|---|---|
| P00001 | 8/4/94 | PD1R | DD254 | -0- | 4,416,645.54 |
| P00002 | 10/19/94 | PB2C | COTR assignment | Ø | 4,416,645.54 |
| P00003 | 3/14/96 | PB2C | Termination Mod | -0 | 4,416,645.54 |

DLA FORM 1611
MAR 79

REPLACES ALL SIMILAR PURPOSE LOCAL FORMS WHICH MAY BE USED UNTIL EXHAUSTED

PAGE OF PAGE(S)

☆ U.S. Government Printing Office: 1964-706-007/3357 2-1