# Contract

SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▸ DO-A7 | 1 | PAGES

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| N00600-94-C-0389 | N00600-93-R-2790 | [ ] SEALED BID (IFB) [XX] NEGOTIATED (RFP) | JUN 22, 1993 | N00039-94-RC-DL300 |

7. ISSUED BY CODE N00600
Naval Regional Contracting Center
Washington Navy Yard, Bldg 200, 901 M street SE,
Washington, D.C. 20374-5014

8. ADMINISTERED BY (If other than Item 7)
SEE BLOCK 24

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid " and "bidder"

**SOLICITATION**

9. Sealed offers in origional and One (1) copies for furnishing the supplies or services in the schedule will be received at the place specified in item 8, or if handcarried, in the depository located in The Bid Room, Naval Regional Contracting Center, Washington Navy Yard, Bldg 200, 901 M Street SE., Washington DC 20374-5014 until 2:00 PM EASTERN local time (Hour) AUGUST 31, 1993. (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provosion No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation

10. FOR INFORMATION CALL: ▸ A. NAME: WILLIAM THOREEN | B. TELEPHONE NO. (202) 433-5389 NO COLLECT CALLS

11. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I-THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 94 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III-LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 8 | X | J | LIST OF ATTACHMENTS | 119 |
| X | D | PACKAGING AND MARKING | 71 | | | PART IV-REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPRANCE | 73 | | K | REPRESENTATIONS, CERTIFICATES AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMAMCE | 78 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 83 | | L | INSTRS., COND., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | 93 | | M | EVALUATION FACTORS FOR AWARD | |


**OFFER (Must be fully completed by offeror)**

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT ▸ (See Section I, Clause52.232-8 ▸ | 10 CALENDAR DAYS % | 20 CALENDER DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of ammendments to the SOLICITATION for offerors and related documents numbered and dated:

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| 0001 | 8/19/93 | 0004 | 10/5/93 |
| 0002 | 9/13/93 | 0005 | 10/13/93 |
| 0003 | 10/1/93 | 0006 | 10/27/93 |

15A. NAME AND ADDRESS OF OFFEROR CODE 8U179 FACILITY
INFORMATION SYSTEMS & NETWORKS CORP.
10411 MOTOR CITY DRIVE, BETHESDA, MD 20817

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER
ROMA MALKANI, PRESIDENT

15B. TELEPHONE NO.(INCLUDE AREA CODE)
(301) 469-0400

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

17. SIGNATURE Roma Malkani

18. OFFER DATE 11/1/93

**AWARD (To be completed by Government)**

19. ACCEPTED AS TO ITEMS NUMBERED 0001 through 0003

20. AMOUNT $4416645.54

21. ACCOUNTING AND APPROPRIATION DATA SEE CLAUSE G.12

22. AUTHORITY FOR USING OTHER THAN FULL AND COMPETATION ( ) 10 U.S.C. 2304(c)( ) or ( ) 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN ITEM (4 copies unless otherwise specified) ▸ SEE CLAUSE G.20

24. ADMINISTRATED BY (If other than Item 7) CODE S2102A
DCMAO Baltimore
200 Towsontown Blvd., West
Towson, MD 21204-5299

25. PAYMENT WILL BE MADE BY CODE S3910A
DFAS-Columbus Center
DFAS-CO/Capitol Division, PO Box 182263
Columbus, OH 43218-2263

26. NAME OF CONTRACTING OFFICER (Type or print)
ROSCOE W. CRAWFORD

27. UNITED STATES OF AMERICA
BY Roscoe W. Crawford
(Signature of Contracting Officer)

28. AWARD DATE 15 JUL 1994

IMPORTANT-Award will be made on this form, or on Standard Form 26, or by other authorized offical written notice

NSN 7540-01-152-8064 COMPUTER GENERATED STANDARD FORM 33 (REV.4-85) Prescribed by GSA

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED N00600–94–C–0389 | PAGE 2 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT I | | | | |
| 0001 | TURNKEY AUTOMATED TECHNICAL CONTROL SYSTEM (ATC) | | | | |
| 0001AA | TURNKEY ATC INSTALLED AND ACCEPTED AT NTCC HAMPTON ROADS | 1 | EA | $2,341,219.73 | $2,341,219.73 |
| 0001AB | TURNKEY ATC INSTALLED AND ACCEPTED AT NTCC CAMP SMITH | 1 | EA | $793,683.90 | $793,683.90 |
| 0001AC | TURNKEY ATC INSTALLED AND ACCEPTED AT NTCC MAKALAPA | 1 | EA | $933,860.16 | $933,860.16 |
| 0002 | FORMAL CLASSROOM TRAINING | | | | |
| 0002AA | FORMAL CLASSROOM TRAINING FOR NTCC HAMPTON ROADS | 1 | LOT | $3,141.49 | $3,141.49 |
| 0002AB | FORMAL CLASSROOM TRAINING FOR NTCC CAMP SMITH | 1 | LOT | $3,141.49 | $3,141.49 |
| 0002AC | FORMAL CLASSROOM TRAINING FOR NTCC MAKALAPA | 1 | LOT | $3,141.49 | $3,141.49 |
| 0003 | CONTRACT DATA REQUIREMENTS FOR CLINS 0001 AND 0002. SEE ATTACHMENT 6 (EXHIBITS A–R) | 1 | LOT | $338,457.28 | $338,457.28 |
| | TOTAL FOR LOT I | | | | $4,416,645.54 |
| | LOT II – OPTION I PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0004 | TURNKEY ATC INSTALLED AND ACCEPTED AT NCTS JAPAN | 1 | EA | $866,886.23 | $866,886.23 |
| 0005 | FORMAL CLASSROOM TRAINING FOR NCTS JAPAN | 1 | LOT | $3,141.49 | $3,141.49 |
| 0006 | CONTRACT DATA REQUIREMENTS FOR CLINS 0004 AND 0005. SEE ATTACHMENT 6 (EXHIBITS AI–AZ) | 1 | LOT | $78,984.26 | $78,984.26 |
| | TOTAL FOR LOT II | | | | $949,011.98 |

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED<br>N00600-94-C-0389 | PAGE<br>3 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT III – OPTION II<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0007 | TURNKEY ATC INSTALLED AND ACCEPTED AT<br>NCTS SICILY | 1 | EA | $876,957.68 | $876,957.68 |
| 0008 | FORMAL CLASSROOM TRAINING FOR<br>NCTS SICILY | 1 | LOT | $3,141.49 | $3,141.49 |
| 0009 | CONTRACT DATA REQUIREMENTS FOR CLINS<br>0007 AND 0008<br>SEE ATTACHMENT 6 (EXHIBITS AI–AZ) | 1 | LOT | $78,984.26 | $78,984.26 |
| | TOTAL FOR LOT III | | | | $959,083.43 |
| | LOT IV – OPTION III<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0010 | TURNKEY ATC INSTALLED AND ACCEPTED AT<br>NCTS PUERTO RICO | 1 | EA | $724,477.20 | $724,477.20 |
| 0011 | FORMAL CLASSROOM TRAINING FOR<br>NCTS PUERTO RICO | 1 | LOT | $3,141.49 | $3,141.49 |
| 0012 | CONTRACT DATA REQUIREMENTS FOR CLINS<br>0010 AND 0011<br>SEE ATTACHMENT 6 (EXHIBITS AI–AZ) | 1 | LOT | $61,700.78 | $61,700.78 |
| | TOTAL FOR LOT IV | | | | $789,319.47 |
| | LOT V – OPTION IV<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0013 | TURNKEY ATC INSTALLED AND ACCEPTED AT<br>NCTS LONDON | 1 | EA | $1,067,293.77 | $1,067,293.77 |
| 0014 | FORMAL CLASSROOM TRAINING FOR<br>NCTS LONDON | 1 | LOT | $3,141.49 | $3,141.49 |
| 0015 | CONTRACT DATA REQUIREMENTS FOR CLINS<br>0013 AND 0014<br>SEE ATTACHMENT 6 (EXHIBITS AI–AZ) | 1 | LOT | $100,398.76 | $100,398.76 |
| | TOTAL FOR LOT V | | | | $1,170,834.02 |

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED N00600-94-C-0389 | PAGE 4 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT VI – OPTION V<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0016 | MAINTENANCE OF THE ATC LOCATED AT NTCC HAMPTON ROADS | 12 | MO | $5,856.56 | $70,278.72 |
| 0017 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC HAMPTON ROADS | 1 | LOT | NTE | $2,000.00 |
| 0018 | MAINTENANCE OF THE ATC LOCATED AT NCTS JAPAN | 12 | MO | $5,856.56 | $70,278.72 |
| 0019 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS JAPAN | 1 | LOT | NTE | $2,000.00 |
| 0020 | MAINTENANCE OF THE ATC LOCATED AT NTCC MAKALAPA | 12 | MO | $5,856.55 | $70,278.60 |
| 0021 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC MAKALAPA | 1 | LOT | NTE | $2,000.00 |
| 0022 | MAINTENANCE OF THE ATC LOCATED AT NTCC CAMP SMITH | 12 | MO | $5,856.56 | $70,278.72 |
| 0023 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC CAMP SMITH | 1 | LOT | NTE | $2,000.00 |
| 0024 | MAINTENANCE OF THE ATC LOCATED AT NCTS SICILY | 12 | MO | $5,856.56 | $70,278.72 |
| 0025 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS SICILY | 1 | LOT | NTE | $2,000.00 |
| 0026 | MAINTENANCE OF THE ATC LOCATED AT NCTS PUERTO RICO | 12 | MO | $5,856.56 | $70,278.72 |
| 0027 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS PUERTO RICO | 1 | LOT | NTE | $2,000.00 |
| 0028 | MAINTENANCE OF THE ATC LOCATED AT NCTS LONDON | 12 | MO | $5,856.56 | $70,278.72 |
| 0029 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS LONDON | 1 | LOT | NTE | $2,000.00 |
| 0030 | ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15 | 1 | LOT | $99,980.06 | $99,980.06 |
| | TOTAL FOR LOT VI | | | | $605,930.98 |

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED<br>N00600-94-C-0389 | PAGE<br>5 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT VII – OPTION VI<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0031 | MAINTENANCE OF THE ATC LOCATED AT NTCC HAMPTON ROADS | 12 | MO | $5,856.56 | $70,278.72 |
| 0032 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC HAMPTON ROADS | 1 | LOT | NTE | $2,000.00 |
| 0033 | MAINTENANCE OF THE ATC LOCATED AT NCTS JAPAN | 12 | MO | $5,856.56 | $70,278.72 |
| 0034 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS JAPAN | 1 | LOT | NTE | $2,000.00 |
| 0035 | MAINTENANCE OF THE ATC LOCATED AT NTCC MAKALAPA | 12 | MO | $5,856.56 | $70,278.72 |
| 0036 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC MAKALAPA | 1 | LOT | NTE | $2,000.00 |
| 0037 | MAINTENANCE OF THE ATC LOCATED AT NTCC CAMP SMITH | 12 | MO | $5,856.56 | $70,278.72 |
| 0038 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC CAMP SMITH | 1 | LOT | NTE | $2,000.00 |
| 0039 | MAINTENANCE OF THE ATC LOCATED AT NCTS SICILY | 12 | MO | $5,856.56 | $70,278.72 |
| 0040 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS SICILY | 1 | LOT | NTE | $2,000.00 |
| 0041 | MAINTENANCE OF THE ATC LOCATED AT NCTS PUERTO RICO | 12 | MO | $5,856.56 | $70,278.72 |
| 0042 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS PUERTO RICO | 1 | LOT | NTE | $2,000.00 |
| 0043 | MAINTENANCE OF THE ATC LOCATED AT NCTS LONDON | 12 | MO | $5,856.56 | $70,278.72 |
| 0044 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS LONDON | 1 | LOT | NTE | $2,000.00 |
| 0045 | ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15 | 1 | LOT | $99,980.06 | $99,980.06 |
| | TOTAL FOR LOT VII | | | | $605,931.10 |

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED N00600-94-C-0389 | PAGE 6 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT VIII – OPTION IX<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0046 | MAINTENANCE OF THE ATC LOCATED AT NTCC HAMPTON ROADS | 12 | MO | $5,856.56 | $70,278.72 |
| 0047 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC HAMPTON ROADS | 1 | LOT | NTE | $2,000.00 |
| 0048 | MAINTENANCE OF THE ATC LOCATED AT NCTS JAPAN | 12 | MO | $5,856.56 | $70,278.72 |
| 0049 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS JAPAN | 1 | LOT | NTE | $2,000.00 |
| 0050 | MAINTENANCE OF THE ATC LOCATED AT NTCC MAKALAPA | 12 | MO | $5,856.56 | $70,278.72 |
| 0051 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC MAKALAPA | 1 | LOT | NTE | $2,000.00 |
| 0052 | MAINTENANCE OF THE ATC LOCATED AT NTCC CAMP SMITH | 12 | MO | $5,856.56 | $70,278.72 |
| 0053 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC CAMP SMITH | 1 | LOT | NTE | $2,000.00 |
| 0054 | MAINTENANCE OF THE ATC LOCATED AT NCTS SICILY | 12 | MO | $5,856.56 | $70,278.72 |
| 0055 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS SICILY | 1 | LOT | NTE | $2,000.00 |
| 0056 | MAINTENANCE OF THE ATC LOCATED AT NCTS PUERTO RICO | 12 | MO | $5,856.56 | $70,278.72 |
| 0057 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS PUERTO RICO | 1 | LOT | NTE | $2,000.00 |
| 0058 | MAINTENANCE OF THE ATC LOCATED AT NCTS LONDON | 12 | MO | $5,856.56 | $70,278.72 |
| 0059 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS LONDON | 1 | LOT | NTE | $2,000.00 |
| 0060 | ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15 | 1 | LOT | $99,980.06 | $99,980.06 |
| | TOTAL FOR LOT VIII | | | | $605,931.10 |

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED<br>N00600-94-C-0389 | PAGE<br>7 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT IX – OPTION X<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0061 | MAINTENANCE OF THE ATC LOCATED AT NTCC HAMPTON ROADS | 12 | MO | $5,856.56 | $70,278.72 |
| 0062 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC HAMPTON ROADS | 1 | LOT | NTE | $2,000.00 |
| 0063 | MAINTENANCE OF THE ATC LOCATED AT NCTS JAPAN | 12 | MO | $5,856.56 | $70,278.72 |
| 0064 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS JAPAN | 1 | LOT | NTE | $2,000.00 |
| 0065 | MAINTENANCE OF THE ATC LOCATED AT NTCC MAKALAPA | 12 | MO | $5,856.56 | $70,278.72 |
| 0066 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC MAKALAPA | 1 | LOT | NTE | $2,000.00 |
| 0067 | MAINTENANCE OF THE ATC LOCATED AT NTCC CAMP SMITH | 12 | MO | $5,856.56 | $70,278.72 |
| 0068 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC CAMP SMITH | 1 | LOT | NTE | $2,000.00 |
| 0069 | MAINTENANCE OF THE ATC LOCATED AT NCTS SICILY | 12 | MO | $5,856.56 | $70,278.72 |
| 0070 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS SICILY | 1 | LOT | NTE | $2,000.00 |
| 0071 | MAINTENANCE OF THE ATC LOCATED AT NCTS PUERTO RICO | 12 | MO | $5,856.56 | $70,278.72 |
| 0072 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS PUERTO RICO | 1 | LOT | NTE | $2,000.00 |
| 0073 | MAINTENANCE OF THE ATC LOCATED AT NCTS LONDON | 12 | MO | $5,856.56 | $70,278.72 |
| 0074 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS LONDON | 1 | LOT | NTE | $2,000.00 |
| 0075 | ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15 | 1 | LOT | $99,980.06 | $99,980.06 |
| | TOTAL FOR LOT IX | | | | $605,931.10 |

STANDARD FORM 36 (REV 10–83) COMPUTER GENERATED

SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT

STATEMENT OF WORK

**SECTION 1 - SCOPE**

1.1 INTRODUCTION

The United States Navy operates and maintains numerous multi-vendor Technical Control Facilities (TCFs) which provide tactical and strategic communications support for the fleet and other DOD components. Current technical control operations, such as network monitoring, patching, and testing of circuits and trunks for network reconfiguration require constant operator intervention with manually operated test equipment and patch cords.

The objective of this Statement of Work (SOW) is to seek a solution to this manpower intensive operation by upgrading all manual technical control facilities with Automated Technical Controls (ATCs). This SOW outlines the desired objectives of the project and associated technical, systems integration, and implementation requirements.

1.2 CONTRACTOR CONTACT WITH NAVY SITES

Prospective contractors shall not have direct contact with any Navy site with regards to this acquisition. All questions or Requests for Assistance will be directed to Naval Regional Contracting Center (NRCC) for resolution.

1.3 SCOPE OF WORK

This SOW defines communications service requirements and is not intended to be a design specification. This SOW, in conjunction with the ATC Functional Specification, establishes the requirements for the provision of an ATC to replace the manual technical control facilities in the Naval shore communications stations. The ATC shall automate the major functional areas in the technical control facilities of Naval Telecommunications Center (NTCC) Hampton Roads, Naval Computer and Telecommunications Station (NCTS) Sicily, NCTS Puerto Rico, NCTS Japan, NCTS London, NTCC Pearl Harbor and NTCC Camp Smith. These functional areas include service establishment and restoration, system performance assessment, fault isolation, coordination of operations, report generation and recordkeeping. The ATC contract shall be the primary vehicle for engineering, installation, training, operation, and maintenance services for these seven sites.

1.4 GEOGRAPHIC SCOPE

Automated Technical Control facilities, operational, and maintenance services shall be required for systems at each of the following Commander, Naval Computer and Telecommunications Command (COMNAVCOMTELCOM) facilities under the ATC contract:

a. NTCC Camp Smith

b. NTCC Hampton Roads

c. NCTS Sicily

d. NCTS Puerto Rico

e. NCTS Japan

f. NCTS London

g. NTCC Pearl Harbor

1.5 LIVE TEST DEMONSTRATION REQUIREMENTS

Each technically compliant offeror shall provide the Government a Live Test Demonstration (LTD) prior to contract award. This LTD shall be held in the continental United States (CONUS) in a fully functional and operational Automated Technical Control site. The offeror's LTD shall consist of the equipments proposed for the offeror's ATC solution and shall demonstrate that the system and its operation are compliant with Government's requirements as stated in the Functional Specification. Bidders will be asked to certify that they have a minimum of two (2) operational ATC sites in CONUS representing the design proposed. The LTD shall be conducted at one of these two operational sites.

**SECTION 2 - APPLICABLE DOCUMENTS**

2.1 MILITARY STANDARDS

MIL-STD-973 Configuration Management

2.2 OTHER

AUTOMATED TECHNICAL CONTROL (ATC), FUNCTIONAL CHARACTERISTIC SPECIFICATION dated 1 November 1992

**SECTION 3 - REQUIREMENTS**

3.1 GENERAL

The Contractor shall provide all material, labor, and services to engineer, provide, install, test, provide operational assistance for seven ATC turnkey facilities at NTCC Camp Smith, NTCC Hampton Roads, NCTS Sicily, NCTS Puerto Rico, NCTS Japan, NCTS London, and NTCC Pearl Harbor. The Contractor shall identify and develop life-cycle maintenance on the ATC and its peripheral equipment in accordance with this SOW. The Contractor shall operate the ATC, 24 hours per day, during the 30-day Acceptance period and during this time, provide in-depth training to Government personnel. This training shall include a minimum of 50% hands-on training. Following the formal Acceptance by the Government, the Government will operate and maintain the ATC with support of one (1) on-site Contractor representative. Government maintenance includes replacement of defective modules down to the Lowest Replaceable Unit (LRU) for emergent requirements and routine preventive maintenance. The Contractor shall certify that he shall provide parts support, repair, maintenance, and replacement of defective modules for the fifteen (15) year life of the system to the extent and for so long as the Government contracts for such support. The Contractor shall provide one (1) maintenance person who will remain on-site for a period of one (1) year from time of formal acceptance. The responsibilities of the Contractor include, but are not limited to: further training of Government personnel, maintenance of the ATC equipment, and assisting in operating the ATC. The Contractor shall respond within a maximum 2 hour timeframe (after notification) to assist the Government with ATC system problems outside the Government's capabilities. The Contractor must have a Program Liaison Office within 2 hours of Washington, D.C.. The contract will have options to continue contractor operations and maintenance support beyond the one year after acceptance. The Government, without penalty, may cancel this on-site support with 30 days written notice to the Contractor. Throughout this SOW, "provide" refers to <u>each</u> ATC facility.

3.2 HARDWARE

The contractor shall develop, implement, operate, maintain, and support an Electronic Cross-connect Switch (ECS) and subsystems. Hardware elements of this system may include, but are not necessarily limited to, the following: