3.2.1 Switch Sizing

The ECS shall allow for easy expansion in modular increments to accommodate evolutionary growth anticipated to be 30% or more. The ECS Matrix must be sized to accommodate a 30% or more increase in port count above current communication baseline requirements. Circuits identified will be a combination of DC loop, analog, and digital. Requirements for specific sizing of each candidate technical control are contained in the Site Specific Appendices to this specification.

3.2.2 State of the Art

The Contractor shall provide commercially available, field-proven equipment, components, and parts. The equipment shall use state-of-the-art, solid state technology of currently designed communications systems and equipment. To be considered field-proven, the equipment shall have been operated successfully for a minimum of twelve (12) months as a fully integrated system carrying real (not simulated) traffic in either a commercial or military application. Equipment operated in a lab environment, or operated to further its design, or to validate or test its design, is not acceptable.

3.2.3 Work Stations

The Contractor shall provide Network Management System (NMS) work stations, each identical in function and capable of controlling all ECS and NMS functions, and any stand-alone administrative functions as identified in the Functional Specification.

3.2.4 Test Equipment (Automated)

The Contractor shall provide all test equipment, technical literature, and other items necessary to test, maintain, and repair the ATC system in accordance with the contractor proposed Logistics and Maintenance Plan.

3.2.5 Spare Parts

The Contractor shall be responsible for furnishing all spare parts and equipment required in performance of the contract. The term "spare parts" includes all assemblies, subassemblies, components, parts, repair kits, and raw materials required or anticipated to be required as replacements of like items during installation, maintenance, repair, or overhaul of the ATC or any other equipment identified as part of the contract. Such spare parts shall be obtained by acquisition of

off-the-shelf contractor, subcontractor, or vendor items. The Contractor will provide complete spare parts support for the life of the contract. Storage space will be furnished by the Government. The Contractor shall provide the cabinet for the storage of on-site spare parts and the means by which to secure it. The contractor will provide a list of "Recommended" spare parts within the Contractor's technical proposal.

3.2.6 Cabling

The Contractor shall conduct a site survey to determine cabling requirements for equipment that will interface to the ATC switch.

3.3 SOFTWARE

3.3.1 Network Management Software

The NMS software shall provide administrative and status monitoring functions via any, or all, of the required user consoles. All administrative functions shall be done in a non-disruptive manner so as not to interfere with normal switch operations. These functions include service establishment and restoration, performance assessment, coordination, fault isolation, and reporting and recordkeeping as identified and expanded on in the ATC specification.

3.3.1.1 Alarms

The ECS and/or NMS shall be capable of error identification between interface connections and provide both audible and visual hardware alarms.

3.3.1.2 Network Database

The database shall be accessible by all workstations of the NMS. Status and event data generated by the switch shall automatically update the database.

3.4 ENGINEERING SUPPORT

3.4.1 Configuration Management (CM)

The Contractor shall maintain the responsibilities and procedures of configuration management as specified herein. The Contractor shall identify a single authority with responsibility for configuration management. That authority shall serve as the focal point within the Contractor's organization for all communications between the Government and the Contractor on all

configuration management related matters. The Contractor shall maintain a configuration management program in accordance with MIL-STD-973 to include, but not be limited to:

- Review of hardware and software change proposals in accordance with the guidelines of the approved CM Plan.

- Provide Engineering Change Proposals (ECPs) and related documents with checklists to the members of the ATC Configuration Control Board (CCB) for review.

- Track implementing actions and provide periodic status reports as required to the Government ATC Program Manager (PM).

- Maintain a complete library of the most current version of all technical documentation and system software.

- Update Product Baseline and maintain updated site configurations.

- Monitor all warranties as new equipment is added to the system.

- Provide monthly CM reports - similar to current program reports - in content and format as required by the PM.

3.4.2 Configuration Identification

The Contractor shall select Configuration Items (CIs) in accordance with MIL-STD-973, as reviewed and approved by the Government.

3.4.3 Baseline Control

The Contractor shall identify the configuration of the ATC system baseline and, once approved by the Government, maintain currency of those baselines and assure consistency between all of the documentation, hardware, software, and firmware data associated with the baseline.

3.4.4 Configuration Change Control

Designated baseline documents and configuration items shall be changed only as a result of an approved ECP, Request for Deviation, or Request for Waiver. The Contractor shall prepare all such changes in accordance with MIL-STD-973.

3.4.5 Logistics Support

The Contractor shall establish and maintain a logistics support program. As a minimum, the support program shall provide an adequate range and level of spares and support equipment to achieve operational availability, as defined in the ATC Functional Specification. The Contractor shall be sensitive to the fact that no two sites are identical in composition, mission requirements, nor equipment inventory. Additionally, the Contractor shall incorporate the projected future growth factor of 30% or more in the logistics support program.

The Contractor shall prepare and submit for approval a Logistics and Maintenance Plan. The logistics and maintenance concept upon which this plan shall be developed is that of Contractor-provided maintenance for the life of the equipment. This concept is further detailed in this SOW.

3.4.6 Operational Site Installation

The site facilities provided by the Government shall include the building, heating, ventilation, air conditioning, electrical power (breakers within the power panels), and lighting. The Contractor shall be responsible for assisting the Government in insuring that the facility meets the requirements of the ATC system equipment to be installed.

3.4.7 Contractor Site Technical Support

The Contractor shall include in the Installation Plan, a Site Preparation Manual for the ATC installation. Site planning shall address all required facility support which must be available to operate the ATC. Examples of topics to be addressed are: power, air conditioning, grounding, equipment maintenance clearances, data cable length limitations between equipment components, equipment locations, etc.

3.4.8 Site Installation, System Assembly, and Check-out

Before activation of the operational ATC, the Contractor shall:

- Prepare the facility and provide all materials and equipment necessary for system assembly, installation, and on-site check-out;

- Provide all special cross-connection ground wiring and power stabilization equipment required for the ATC equipment;

- Provide all materials and labor required to connect the ATC power center to the power feeder specified by the

Government and to connect the ATC power center to the individual ATC equipment components;

- Open, protect, and close all means of access to the Government facility during the installation of ATC equipment and sub-systems;

- Provide protection of exposed Government property and equipment at all times during the ATC system assembly, installation, and check-out;

3.4.9 Site Survey

The Contractor shall perform site surveys in conjunction with the Government, to gather information about site conditions such as available electrical power, air conditioning, space, equipment placement, etc., which will enable the Contractor to determine the specific communication equipment to satisfy the contract requirements. The Contractor shall also make recommendations to the Government on actions required to successfully install the equipment. The report shall show all tasks associated with the installation of Contractor equipment. This shall include equipment locations, power interconnects, conduits, cable trays or underdeck cabling runs, signal cables, grounds, and other information necessary for the successful completion of the proposed system. Upon completion of required site surveys and network configuration design efforts, the Contractor shall provide a written report, to the Government, outlining the Contractor recommendations for site preparation, the type and quantities of communication equipment required and an explanation of the proposed network configuration design that will satisfy the functional and operational requirement of the ATC. The final site survey report in conjunction with the proposed ATC Installation Plan shall also include detailed drawings of the proposed network configuration, equipment placement, rack elevations, and cabling. The report shall describe in detail the proposed installation schedule and describe tasks to be accomplished in order to install the ATC system. This report shall be reviewed by the Government and approved before any communication equipment is installed. Critical points which require Navy assistance shall be highlighted.

The site surveys shall be conducted in a manner which will not disrupt any existing Government functions or system. The site surveys shall be conducted and completed by contract award plus 30 days. Site surveys for the optional ATC sites will be conducted and completed by date of option exercise plus 30 days (in accordance with the option provisions contained herein).

3.5 MAINTENANCE

3.5.1 Contractor Maintenance

The Contractor shall provide the necessary services and facilities to accomplish repair, modifications, overhaul, and acceptance testing as required for all ATC end items, spares, and equipment included as part of the contract. The term "maintenance" includes, but is not limited to that effort required to perform day-to-day maintenance and repair of unserviceable equipment and spares, retest, calibration, corrosion control, preventive maintenance, and refurbishment actions required to maintain the equipment and items comprising the ATC system in an operational condition.

The Contractor shall provide on-site maintenance support five (5) days per week, eight (8) hours per day during the peak period of system usage at each site. At all other times, the Contractor shall provide on-call support, responding to notice for assistance within two (2) hours of notification.

3.6 LABOR

3.6.1 Management Approach

The Contractor shall establish and maintain a program management function to plan and control the execution of tasks required by this contract. The Contractor shall be responsible for the selection and effective management of subcontractors required in the performance of work. In all cases, the contractor shall serve as the focal point for resolution of all problems or questions concerning the **ATC** network. Within 30 days of contract award, the Contractor shall hold a post-award conference with **ATC** program management. This conference shall identify key Government and Contractor personnel and their responsibilities, preliminary **ATC** technical, logistical, and management approach, and potential problem areas.

All engineering, installation, training, operation, and maintenance services under this contract shall be performed by competent personnel, fully trained to perform the required functions identified herein in accordance with the best commercial practices without unnecessary delays or interference with Government functions. Primary engineering (i.e. Program Manager and Site Managers), training, operation and maintenance

personnel and on-site installation supervisors shall have completed applicable installation and maintenance training courses specified by the Original Equipment Manufacturer (OEM) or certified equivalent, and one year of actual hands-on experience applicable for equipment similar to that being installed and/or maintained.

The Contractor shall provide written evidence of a proper level of resources to perform engineering, installation, training, operation, and maintenance tasks under this contract to include ownership or licensing of spare parts, diagnostic and repair tools, documentation, and employed personnel.

The Contractor shall have adequate resources (equipment, labor, and dollars) to support the requirements of this contract. The support infrastructure shall be such as to meet the response time requirements of this contract.

The Contractor shall provide references, in addition to the two operational **ATC** sites, in written form of similar engineering, installation, training, and maintenance services performed by the contractor in the last five years.

The Contractor shall ensure that there will be no interruption of contract services due to labor disruptions.

The Contractor shall keep the Government completely apprised of all facets of the **ATC** program through periodic meetings. These meetings shall be held frequently enough to ensure current and comprehensive knowledge of program status is resident with key Government personnel. The contractor shall include the planned schedule for meetings and reviews in the Management Plan. The meetings shall be held at a site recommended by the Contractor and approved by the Government.

3.6.2 Program Manager (PM)

The Contractor PM shall develop procedures and policies related to the overall management of project activities. The PM is responsible for formulating, disseminating and implementing project management standards, developing requirements and making written recommendations for solving management, technical, and business problems by use of sound management principles and practices. Qualified individual shall possess excellent verbal and written communications skills and must be capable of liaison with program specialists and cognizant officials within NRCC, CNCTC, and SPAWAR. Individual shall be capable of understanding and responding to their concerns in a timely and effect manner. The PM must possess a Bachelor of Science degree in Management,

Engineering or Applied Physical Sciences. The PM must also possess at least eight (8) years of commercial and/or government telecommunications management experience, three (3) years of which must be with large-scale telecommunications projects. As an alternative the PM may possess an Associates Degree in Management, Engineering or Applied Physical sciences with at least twelve (12) years of commercial and/or government telecommunications management experience, three (3) years of which must be with large scale telecommunications projects. He/she must show experience in the following areas:

- Management of engineers, communications, and installation specialists involved in implementation, installation, and maintenance of communications systems/networks.

- Previous experience in the implementation and installation of automated technical control facilities.

The PM shall be responsible for total system implementation. The PM shall be easily accessible to the Acquisition Engineer, Government Program Manager, and the Contracting Officer.

3.6.3 On-Site Maintenance Technician

The On-Site Maintenance Technician is responsible for maintaining the systems installed under this contract. This individual must have at least one year experience in maintaining systems similar to those proposed/installed under this contract. In addition, this individual must possess at least two years experience maintaining telecommunication systems in an operational environment.

3.7 TRAINING

3.7.1 Formal Training

Operator, maintenance, and System Administrator training shall produce graduates with skills and abilities necessary to perform their respective functions. System Administrator training is considered critical and will require a comprehensive curriculum, separate from operator and maintenance and tailored toward a limited number of individuals.

3.7.2 On-the-Job Training (OJT) During Acceptance Period

In addition to formal classroom instruction, the Contractor shall provide OJT with the emphasis on in-depth, "hands-on," interactive training provided for those Government

personnel who have completed the formal classroom course of instruction. The Acceptance Period is considered to be an opportune time to familiarize Government maintenance and operator personnel with the myriad potential problems that could be encountered after acceptance.

3.7.3 Continuing On-the-Job Training

The On-Site Maintenance Technician shall continue to provide OJT to on-site Government operator and maintenance personnel during the period that he/she remains on site following formal acceptance. This period is contingent on the continuing requirement and the exercising of contract option years, both contingencies at the sole discretion of the Government.

3.7.4 Training Materials

A Course Outline and required training materials will be included as part of the Training Plan.

3.7.5 Scheduling and Location of Classes

The starting dates and location of the classes for the formal training courses shall be proposed by the Contractor as part of the Training Plan and coordinated and agreed upon by the Government.

The Contractor shall be sensitive to the requirement to schedule in-depth OJT sufficiently close to the completion of formal training to maximize the benefits of both training evolutions.

3.8 DOCUMENTATION

3.8.1 Software

The Contractor shall develop system user, operator, and maintenance manuals to ensure complete and comprehensive documentation is available.

3.8.2 Hardware

At a minimum, the Contractor shall provide four (4) copies for each site of all Operator, Maintenance, and Fault Isolation Manuals. In addition, one copy each will be provided to the Acquisition Engineer and the Government PM.

3.9 TEST, EVALUATION, AND CUTOVER

3.9.1 Testing Methodology

The Contractor shall be responsible for the development of a Cutover Plan and a System Test Plan. The Contractor shall be responsible for ensuring all ATC associated equipment is tested in accordance with the Test Plan and demonstrates that the equipment satisfies the system requirements of the Functional Specification. The Contractor shall be familiar with the contents and requirements of the **ATC** Test and Evaluation Master Plan (TEMP) when formulating the System Test Plan. All testing shall be performed by the Contractor and monitored by the Government and/or its representative(s). At a minimum, the Contractor shall perform the testing described below.

3.9.1.1 Acceptance Testing

The Contractor shall perform acceptance testing of all equipment components which they provide as the **ATC** solution. The testing shall certify that all components shall remain operational without failure for 30 contiguous 24-hour periods. If any components fail during this time period, testing will restart after corrections have been made.

3.9.1.2 System Test Plan

The System Test Plan shall clearly define those tests and procedures which shall be utilized to test and demonstrate that system performance satisfies the system requirements as stated in the **ATC** Functional Specification, to verify the integrity of the installation, and to meet the test requirements of the Acceptance Testing. Failure to meet the requirements of any portion of the Test Plan shall be deemed a failure of the test and it must be rescheduled after appropriate corrections have been made to resolve the cause of the failure. If, after installation or prior to Government acceptance, the Contractor and/or Government tests show the **ATC** communication equipment is not functioning properly, then the Contractor shall be responsible for isolating and resolving the problem.

AUTOMATED TECHNICAL CONTROL

(ATC)

FUNCTIONAL SPECIFICATION

EXECUTIVE SUMMARY

The program consists of one overriding goal: to develop an acquisition strategy that insures industry will bring their experience, design expertise, implementation capabilities, maintenance, operation, and warranty skills for the development of an Automated Technical Control (ATC) for Navy Technical Control Facility automation, thereby minimizing the risk to the Government and providing a warranted, turnkey facility, life-time maintained by the contractor.

It is the Government's intention that the design of this system will reduce the technical control workload through the reduction of manual tasks, thereby reducing the manpower required.

With this procurement, the Government will select the best Non-Developmental Item (NDI) Commercial, Off-the-Shelf (COTS) design that is capable of being customized to satisfy the designated requirements in accordance with the Statement-of-Work (SOW) and this Functional Specification, meets the 99.998 percent (or greater) availability functional criteria, and is judged to achieve the best combination of stated goals at the lowest total life-cycle cost. Vendors shall propose their solution on how to meet the requirements outlined in the SOW and to provide the best combination (based on trade-offs) of requirements for meeting technical, performance, and scheduled goals at the most reasonable cost.

Only vendors who have at least two systems now in operation that meet the requirements stated in Section 3 need apply. Vendors must be able to demonstrate current ATCs in operation and be capable of delivering the ATC system hardware, firmware, and software within six (6) months of contract award.

Qualifications of potential vendors are listed below:

- Design and manufacture system(s) currently in operation which meet the 99.998% (or greater) reliability goal

- Possess in-house hardware, software development, and support staff
- Manufacture automated system(s) within the continental United States
- Submit a depot-level, maintenance-support scheme
- Arrange for Government visit(s) to view working system(s)
- Demonstrate delivery capability within six months of contract award
- Provide up to two years on-site system maintenance
- Demonstrate on-site Administrator, operator, maintenance training performance
- Detail vendor's Government Open Systems Interconnection Profile (GOSIP) network management migration plan
- Provide Defense Industrial Security Clearance Office (DISCO) Facility Clearances and sufficient installation personnel currently cleared for Top Secret access at time of award.

This Functional Characteristic Specification identifies the performance, design, quality control, and operational requirements for the ATC. It consists of three sections. Section 1 provides a brief explanation and introduction to the ATC. Section 2 lists applicable standards and documents which govern technical control operation and installation. Section 3 provides a description of the ATC system requirements explaining all aspects of the concept. Site specific characteristic appendices are also included.

## 1.0 INTRODUCTION

### 1.1 Scope

This specification identifies the functional characteristics and minimum requirements of the Automated Technical Control (ATC).

1.1.1 Current Operations

Navy Technical Control Facilities (TCFs) are central telecommunications hubs for the Naval Telecommunications System (NTS), many Defense Information System Network (DISN) circuits, and other Government agencies' circuits. TCFs support resources for afloat and ashore users, both tactical and non-tactical. In order to accomplish this mission, a broad range of communications networks including microwave, satellite, fiber optics, HF, and other transmission media are employed. The TCFs are the focal points for the management of these networks including configuration, reconfiguration, trouble-shooting, circuit restoration, quality control, and reporting. Currently, patch panels are used to access the signals traversing these networks. These patch panels support the basic functions of patching (looping, sparing, etc.), testing and monitoring, and are configured so that signals going into and out of an equipment or system are electrically accessible at all points. See Figure 1-01 for a functional block diagram of a typical circuit configuration in an existing Navy TCF.

1.1.2 ATC System Goals

The ATC shall automate the major functional areas of a Navy shore-based technical control, i.e., service establishment and restoration, performance assessment, coordination, fault isolation, and reporting and recordkeeping utilizing a modular, computer-driven system currently available in NDI/COTS configurations. The ATC system shall:

- Automate real-time circuit, link, trunk performance monitoring and fault isolation
- Significantly reduce the time required to establish or change circuit configuration
- Eliminate the possibility of establishing circuits which violate communications security doctrine
- Reduce the possibility of human error associated with current patching techniques through programmed functions which prohibit illogical actions




FIGURE 1-01
TYPICAL CIRCUIT CONFIGURATION

FIGURE 1-01
TYPICAL CIRCUIT CONFIGURATION

- Through standardization, reduce site uniqueness and time required to station qualify technical control personnel
- Automate updating of equipment, multiplex (mux), and cable records
- Automate incident logging and report generation
- Automate updating Circuit Layout Record (CLR) cards
- Significantly reduce in-house wiring
- Permit remote site operational control
- Eliminate manual patch panels and intermediate distribution frames (IDFs).

1.1.3 Open Architecture

The ATC must support a variety of attached devices, networks, and protocols to meet both current and future connectivity requirements. The ATC system architecture shall support several protocol environments including asynchronous, synchronous, bisynchronous, and the GOSIP standards. It shall also support external interfaces and networks such as Ethernet.

**2.0 APPLICABLE DOCUMENTS**

2.1 Government Documents

2.1.1 Standards

The following standards are currently listed in the Department of Defense Index of Specification and Standards (DODISS). References to the various standards are specifically cited where applicable; however, reference of the standards in this section does not bind the vendor to all parts of the standard, but only to the extent specified herein.

MILITARY DOCUMENTS:

STANDARDS:

MIL-STD-188-100 Common Long Haul and Tactical Communications Systems Technical Standards

| | |
|---|---|
| MIL-STD-188-114A | Electrical Characteristics of Digital Interface Circuits |
| MIL-STD-188-124B | Grounding, Bonding and Shielding for Common Long Haul/Tactical Communication Systems including Ground Based Communications-Electronics Facilities and Equipments |
| MIL-STD-454M | Standard General Requirements for Electronic Equipment |
| MIL-STD-461C | Electromagnetic Emission and Susceptibility Requirements for the Control of Electromagnetic Interference |

HANDBOOKS:

| | |
|---|---|
| MIL-HDBK-232A | RED/BLACK Engineering - Installation Guidelines |
| MIL-HDBK-419 | Grounding, Bonding, and Shielding For Electronic Equipment and Facilities |

2.1.2 Other Government Publications

The following Government publications form a part of this Functional Characteristic Specification to the extent specified herein.

PUBLICATIONS:

NSA

| | |
|---|---|
| NACSIM 5100 | Compromising Emanations - Laboratory Test Standards - Electromagnetic |
| NACSIM 5203 | Guidelines for Facility Design and RED/BLACK Installation |

DCA

| | |
|---|---|
| DCAC 310-70-1 | DCS Technical Control (Vols I-III and Supplements) |

NAVY

| | |
|---|---|
| OPNAVINST 5239.1A | Department of the Navy Automatic Data Processing Security Program |

DOD

DOD 5200.28-STD Department of Defense Trusted Computer System Evaluation Criteria

2.1.3 Other Publications

CCITT

Rec. G.106 Concepts, Terms, and Definitions Related to Availability and Reliability Studies

Rec. G.821 Error Performance of a Digital Connection Forming Part of an Integrated Services Network

Rec. G.822 Controlled Slip Rate Objectives on a Digital Connection

Rec. G.824 The Control of Jitter and Wander Within Digital Networks Which are Based on the 1544 Kbps Hierarchy

**3.0 REQUIREMENTS**

3.1 System Description

The ATC shall consist of: an Electronic Cross-connect Switch (ECS), Network Management System (NMS), and all necessary ancillary items, equipment, sub-assemblies, connecting hardware, and cabling. A single point of failure is unacceptable. Redundancy of key elements shall be built into the system to maintain continuity of operations should a key component fail. These redundant, key elements shall come on-line automatically, immediately upon the failure of the primary element and with no loss of capabilities or data.

The ATC shall automate manual technical control functions such as service establishment and restoration, circuit and network performance assessment, coordination, fault-isolation, and reporting and recordkeeping necessary for effective control of circuits, trunks, equipment, transmission systems, and facilities. These functions are explained below.

The ATC shall be an interactive, real-time computer-based circuit-control and switching system designed to automate functions that are now performed manually in a Navy TCF. The ATC shall be modular in design to accommodate evolutionary growth. The ATC shall consist of NDI/COTS hardware, firmware, and customized NDI software maintained, operated, and warranted by the vendor to the extent defined in the Statement of Work (SOW).

3.1.1 Operational Goals

The operational goal of the ATC is to automate the five functional areas of a TCF, as delineated in DCAC 310-70-1, and as stated below.

3.1.1.1 Service Establishment and Restoration

Establishment of service is defined as the process of configuring necessary equipments within the network required to support the circuit, link, or trunk and establishing service for the user.

Restoration of service is the process of repairing or replacing faulty equipment or rerouting around disrupted segments.

3.1.1.2 Performance Assessment

Performance assessment, or quality control, involves the gathering and analysis of circuit-parameter data to determine the quality of communications service. Typical performance assessment actions are:

- in-service and out-of-service testing of analog and digital circuits
- measurement of transmission link parameter values for comparison with pre-defined parameters
- monitoring equipment and system alarms

3.1.1.3 Coordination

Coordination is the ability to establish, arrange, or organize troubleshooting and network fault isolation procedures with users and other appropriate facilities.

3.1.1.4 Fault Isolation

Fault isolation, or troubleshooting, is the process of testing and analyzing the resulting data to determine the specific location of a fault within a circuit, system, or link or trunk network. The basic purpose of fault isolation is to locate the source of a problem and to correct it in a timely manner.

3.1.1.5 Reporting and Recordkeeping

Reporting and recordkeeping are the procedures taken to advise interested parties of equipment, circuit, and system status and to maintain historical records as required. These procedures provide near-real-time and long-term historical information. Several logs and forms are required to record the information necessary to maintain a continuing knowledge of the status and condition of circuits, equipments, and facilities.

3.1.2 Architectural Goals

The Government intends to replace the manual patch panels, ancillary equipment, intermediate distribution frames (IDFs), and associated copper cabling currently installed in Navy TCFs. The Data Terminal Equipment (DTE), Data Communications Equipment (DCE), crypto devices, test equipment, and software packages currently in use shall be integrated into the ATC environment where technologically feasible.

3.1.3 Proposed Functional Block Diagram

Figure 3-01 is a functional block diagram depicting the ATC concept.