


FIGURE 3-01
PROPOSED FUNCTIONAL BLOCK DIAGRAM OF THE AUTOMATED TECHNICAL CONTROL (ATC)

3.2 System Characteristics

The ATC shall consist of: an Electronic Cross-connect Switch (ECS), Network Management System (NMS), and all necessary ancillary items, equipment, sub-assemblies, connecting hardware, and cabling. These components shall have the ability to implement all minimum-required functions described below.

3.2.1 Electronic Cross-Connect Switch (ECS) Requirements

3.2.1.1 General

The ATC ECS shall provide automated circuit access and route control. The ECS requirements are detailed in the following paragraphs.

3.2.1.2 Interface Requirements

The ATC ECS shall serve as the hub for circuits passing through or terminating at a shore-based Naval Computer and Telecommunications Station (NCTS). The ECS shall interface with various Command, Control, Computer, Communications, and Intelligence ($C^4I$) systems that are part of the NTS, DISN, and with commercial and military systems of other agencies and foreign governments. The ECS shall connect with, provide switching for, and have the ability to test and monitor each circuit. These circuits shall include 2-, 4-, and 6-wire 4 kHz voice circuits, and circuits operating from 50 baud direct current (DC) loop teletype to 2.048 Mbps Conference of European Postal and Telephone (CEPT) digital trunks. The ECS shall support common industry and military equipment/circuit interface standards to include:

Electronic Industries Association (EIA)

RS-232-D Interface between Data Terminal Equipment and Data Communication Equipment Employing Serial Binary Interchange.

RS-422-A Electrical Characteristics of Balanced Voltage Digital Interface Circuits.

RS-423-A Electrical Characteristics of Unbalanced Voltage Digital Interface Circuits.

RS-449 General Purpose 37 Position Interface for Data Terminal Equipment and Data Circuit Terminating Equipment Employing Serial-Binary Data Interchange.

RS-530 High Speed 25-Position Interface for Data Terminal Equipment and Data Circuit Terminating Equipment.

| | |
|---|---|
| V.35 | Data Transmission at 48,000 bps using 60-108 kHz Group Band Circuits. |
| X.21 | Interface between DTE and DCE Equipment for Synchronous Operation on Public Data Networks |
| X.400 | Message Handling - System Model - Service Elements. |
| FIPS PUB 446 | GOSIP |

Military Standards

| | |
|---|---|
| MIL-STD-188-100 | Common Long Haul and Tactical Communications System Technical Standards |
| MIL-STD-188-114A | Electrical Characteristics of Digital Interface Circuits |

3.2.1.2.1 Protocol Transparency

The ECS shall be transparent to all data formats and protocols contained within signals passing through the switch.

3.2.1.2.2 Special Interface Requirements

The ATC ECS shall interface with various Command, Control, Computer, Communications, and Intelligence (C4I) systems that are part of the Naval Telecommunications Systems (NTS). These systems utilize UHF SATCOM as its primary source for satellite interfaces from shore to ship. These systems, for simplistic terms to be categorized as Information Exchange Subsystems (IXS), are as follows:

(a) CUDIXS - Common User Digital Information Exchange Subsystem

- AN/UYK-20 to ON-143(V)4
- ON-143(V)3 to KG-36
- KG-36 to ON-143(V)4
- ON-143(V)4 to AN/WSC-3
- ON-143(V)4 to AN/WSC-5
- ON-143(V)4 to TD-1271(B)U

(b) CUDIXS II - Common User Digital Information Exchange Subsystem

- VME CHASSIS to ON-143(V)4
- VME CHASSIS to KG-84A
- KG-84A to AN/WSC-3
- KG-84A to AN/WSC-5
- KG-84A to TD-1271(B)U

(c) TACINTEL - Tactical Intelligence Information Exchange Subsystem

- LSI-9600 to LSI-9600
- LSI-9600 to AN/WSC-3
- LSI-9600 to AN/WSC-5
- LSI-9600 to TD-1271(B)U

(d) SSIXS - Satellite Submarine Information Exchange Subsystem

- ON-143(V)4 to LSI-4800
- LSI-4800 to LSI-4800
- LSI-4800 to AN/WSC-3

(e) TADIXS - Tactical Data Information Exchange Subsystem

- AN/UYK-44 to ON-143(V)6
- ON-143(V)6 to KG-84A
- ON-143(V)6 to LSI-9600
- LSI-9600 to DSD
- DSD to TD-1271(B)U
- TADIXS GATEWAY
- PROCESSOR to ON-143(V)6
- ON-143(V)6 to AN/WSC-3
- ON-143(V)6 to AN/WSC-5
- ON-143(V)6 to TD-1271(B)

(f) OCTIXS - Officer in Tactical Command Information Exchange Subsystem

- LSI-9600 to LSI-9600
- LSI-9600 to AN/WSC-3
- LSI-9600 to AN/WSC-5
- AN/UYK-44 to ON-143(V)6
- ON-143(V)6 to KG-84A
- KG-84A to ON-143(V)6
- ON-143(V)6 to LSI-9600
- LSI-9600 to DSD to TD-1271(B)U
- ON-143(V)6 to KG-36
- KG-36 to ON-143(V)6
- ON-143(V)6 to AN/WSC-3

- ON-143(V)6 to AN/WSC-5
- ON-143(V)6 to TD-1271(B)

The IXS interface employs MIL-STD-188-114A as its primary standard interface specification with the following exceptions:

(a) Transmit and Receive Clock delays (start/stop) up to 115ms.

(b) Control functions requiring ground contact closure circuits with a reference voltage from +6 VDC to 0 V.

(c) Lamp indicator circuits with a reference voltage of 28 VDC.

(d) Low Level Converter +/- 6 VDC (currently an external device interfacing transceivers).

3.2.1.3 Switch Sizing

The ECS shall allow for easy expansion in modular increments to accommodate evolutionary growth anticipated at 30% or more. Circuits identified will be a combination of DC loop, analog, and digital. Requirements for specific sizing of each candidate technical control are contained in the Site Specific Appendices to this specification.

3.2.1.4 Non-Blocking Architecture

The ECS shall utilize a non-blocking architecture. There shall be no distinction between inputs and outputs. Any port must be capable of interconnection with any other port, regardless of loading. Blocking of improper or illogical connections will be a function of the switch control software and network management software.

3.2.1.5 Connectivity Capability

The ECS shall support the following port connectivity modes:

(a) Standard (one DCE to one DTE)

(b) Broadcast (one port to many ports)

(c) "Null-Modem" (DCE to DCE or DTE to DTE)

(d) Loopback (loop toward signal source)

3.2.1.6 Redundant Capability

A single point of failure is unacceptable. Redundancy of key elements shall be built into the system to maintain continuity of operations should a key component fail. At a minimum, redundant key elements of the ECS shall include:

(a) Power supply

(b) All control logic

(c) Timing source

(d) Memory units

These redundant, key elements shall come on-line automatically, immediately upon the failure of the primary element and with no loss of capabilities or data. There shall be a visual, audible, and printed-report alarm at the control console. In addition, there shall be a visual indication at the equipment cabinet to alert maintenance personnel of the failure.

3.2.1.7 Power Loss Recovery

The ECS shall automatically return to the last configuration held prior to loss of power or reboot. The ECS shall maintain this ability for a minimum of eight (8) hours after a power failure.

3.2.1.8 Test and Monitor

The ECS shall provide intrusive and non-intrusive access for testing and monitoring circuits. The system shall be capable of testing circuits utilizing recognized and accepted industry and military standard test procedures, performed from designated test positions.

3.2.1.9 Performance Standards

There are three major categories of performance standards for digital systems. They are (1) error performance measurements; (2) jitter; and, (3) slip. Subparagraphs 3.2.1.9.1 through 3.2.1.9.3 identify the criteria on which these parameters are based.

3.2.1.9.1 Error Performance Measurements

Error measurement is the most important criteria on which a digital system is judged. Commercial error performance indicators include Bit Error Rate (BER), Errored Seconds (ES), Block Errors, and average BER. BER and ES are the most widely used indicators.

3.2.1.9.1.1 Bit Error Rate (BER)

The ATC ECS shall not exceed bit-error-rate performance objectives as set forth in CCITT Recommendation G.821, Paragraph 2, Table 1/G.821.

3.2.1.9.1.2 Errored Seconds (ES)

The ATC ECS shall not exceed ES performance objectives as set forth in CCITT Recommendation G.821, Paragraph 2, Table 1/G.821.

3.2.1.9.2 Jitter

The ATC ECS shall not exceed jitter and wander performance objectives as set forth in CCITT Recommendation G.824, Paragraph 4.2.

3.2.1.9.3 Slip

The ATC ECS shall not exceed slip performance objectives as set forth in CCITT Recommendation G.822, Paragraph 3, Table 1/G.822.

3.2.1.10 RED/BLACK Engineering Criteria

The ATC must satisfy the RED/BLACK installation requirements established in NACSIM 5203 and MIL-HDBK 232A.

3.2.1.11 TEMPEST Criteria

(Deleted in accordance with Amendment 1 Paragraph 3).

3.2.1.12 Timing and Synchronization

The ATC ECS shall incorporate an internal clock to synchronize switch operations. The switch shall be capable of being triggered by an external clock system, i.e., LORAN C, NAVSTAR Global Positioning System (GPS), or any other precision unit. The ATC ECS shall be capable of military and commercial connections (DCE/DCE, DCE/DTE, DTE/DTE, Null Modem); providing timing internally through any switch port(s) without loss of timing accuracy at the selected port rate (i.e. without use of

additional external port clock timing distribution equipment, cabling, or IDF).

3.2.1.13 Availability

The ATC ECS shall meet service availability standards set forth in CCITT Recommendations G.821, Annex A and G.106, Definition 2.6. Availability for the ATC ECS shall be 99.998 percent or greater.

3.3 Installation and Workmanship

The ECS installation shall conform to accepted industry standards for installation of electronic equipment, cabinets, and cabling. Workmanship shall conform to standards set forth in MIL-STD-454M and MIL-STD-188-124B. Vendor shall define intended installation technique criteria in proposal submission. Any specific Government requirements shall be negotiated.

3.3.1 Interchangeability

All "like" units, assemblies, subassemblies, and replacement parts of the ECS shall be physically, electrically, and functionally interchangeable.

3.3.2 Safety

The ATC ECS shall meet all Occupational Safety Health Administration (OSHA) and Original Equipment Manufacturer (OEM) standards, as well as applicable Government safety regulations.

3.4 Network Management System (NMS)

ATC network management requirements are defined in the following paragraphs.

3.4.1 System Description

The NMS is that portion of the ATC which will contain the hardware and software required to allow centralized control and monitoring of the network through software-definable commands.

3.4.1.1 Redundancy

A single point of failure is unacceptable. Redundancy of key elements shall be built into the system to maintain continuity of operations should a key component fail. These

redundant, key elements shall come on-line automatically upon the failure of the primary element and with no loss of capabilities or data.

3.4.2 NMS Applications

The NMS shall be the hub of the ATC and shall oversee and manage all system management and network restoration functions within the ATC. Such operations shall include, but are not limited to, the following:

(a) Alarm surveillance

(b) Real-time Network Status and Control

(c) Network Performance Monitoring

(d) Fault Isolation and Service Restoral

(e) Network/Equipment Operation and Administrative Recordkeeping

The NMS shall provide operator password protection, partition control, and access for remote workstations.

3.4.2.1 Interface with External NMS Programs

The vendor shall provide the Government with necessary interface data giving the Navy access to the system database in order to use the information to run existing external network management programs through the provided ATC NMS.

3.4.3 NMS Security

NMS security is discussed in the following paragraphs.

3.4.3.1 Authorized Access

A comprehensive security system based on user ID and password shall be provided. The system shall include multiple levels of security to prevent unauthorized access to the system. Statistics on operator access shall be maintained in the form of ID, time, date, and duration of use.

3.4.3.2 Databases

The NMS shall include databases which shall support all required functions of the ATC as listed in Appendix I, and shall contain, at a minimum, the following:

- An Alarm and Performance Database that shall contain the capability to log and store alarms corresponding to identified faults and their diagnostic results.

- A Trouble Database that shall contain the pertinent referred trouble reports and trouble ticket administrative data.

- An Equipment Database that shall contain equipment configuration data, parameter settings, maintenance status, testing thresholds, hardware configurations, and appropriate administrative data.

3.4.3.2.1 Load/Update Capability

The NMS workstation shall have the capacity for initial loading and subsequent reloading of the NMS database. The NMS workstation shall also have a near-real-time update capability when operating on-line.

3.4.3.2.2 Minimum Required Capabilities

The NMS shall provide a menu-driven, user-friendly, command interpreter, including the following features for each workstation:

(a) Command prompts and menus

(b) Plain English text error messages

(c) No requirement for operator to memorize codes or complex commands

(d) An on-line, context-sensitive HELP command to display usage and meaning of available commands

(e) The ability to bypass the menu and provide the use of shorthand commands.

3.4.3.3 System Control

The NMS shall keep operators apprised of all current system operating conditions, enabling him/her to react to changing circuit conditions, dynamic, user requirements, natural

or manmade transmission path interruptions, and equipment failures.

3.4.3.3.1 System Control Functions

For the NMS to successfully accomplish the system control requirements, it shall provide certain control functions discussed in the following paragraphs. Additionally, the NMS shall automatically disseminate announcements of events to all concerned operators and record the event in the appropriate system database log.

3.4.3.3.2 System Administrator/Operator Capability

Operators shall be able to invoke commands allowing the controller to implement several commands with a single command (macros). The ability to exercise these control capabilities shall be restricted and locally administered by the system administrator with a modifiable password hierarchy program that may limit individual operators to specific capabilities.

3.4.3.3.3 Surveillance Functions

The NMS shall monitor the operational status of the ATC, providing operators with the ability to select circuits and equipment to be monitored.

The surveillance function shall result in the collection of circuit, system, and equipment status data that will allow the ATC operator to perform those control and circuit management functions previously discussed in paragraphs 3.1.1.1 through 3.1.1.5. Data requirements for the ATC are driven by:

(a) The operational responsibility to maintain circuit continuity

(b) The need to assign alternate route paths to circuits

(c) The requirement to flag high priority circuits and systems for management purposes

A database detailing the configuration and inter-relationships between all circuits entering or exiting the ATC shall be maintained in the NMS. Equipment configuration and operational status data must be collected to provide operators:

(a) An indication that there is an existing or impending problem with the network

(b) The information to intelligently implement manual override procedures or modify programmed configurations

3.4.3.3.4 Service Restoration Information

To effectively restore and/or reroute critical circuits and trunks, NMS operators must possess current, accurate knowledge of the configuration and operational status of all in-house circuits and equipment. In addition to the logical trunk, circuit, or link outage indications, NMS operators shall be provided detailed information about any outage. For example, the system shall provide, at a minimum, the following:

(a) The location of the circuit, link, or trunk fault

(b) The time of a circuit, link, or trunk fault

(c) The user and restoration priority (RP) of the faulty service

(d) The reason the circuit, link, or trunk is down

(e) The status of equipment available for restoring service

(f) The status of station level efforts to reroute circuits, links, and trunks

All information concerning an outage shall be displayed on a single screen to facilitate operator comprehension and reaction.

3.4.4 Alarms

3.4.4.1 Alarm and On-Occurrence Data

The requirement for ATC alarm data is driven by the requirement to remain aware of the operational condition of the network and to ensure service to users. The NMS shall continuously monitor the operational status of the network at all times. Current connected equipment status information shall be available upon request. When a change of status is recognized in the network, the status change should be reflected in real-time with a new entry in the NMS system operations database. All alarms must be acknowledged before they can be removed from the alarm display screen.

3.4.4.2 Port Alarm Monitoring

The NMS shall generate notification to the operator if any of the following circuit fault conditions occur:

(a) Any fault that affects the status of a connected port

(b) The loss of a locally-defined threshold of the ECS's connectivity capability

The NMS shall have the ability to monitor, store, and display external alarm sources that indicate failures or Hazardous Conditions (HAZCONs). Failures could be events such as commercial power failures, transmission path failures, etc. HAZCONs include, but are not limited to the following:

- The failure of any combination of primary, backup, or spare hardware where failure of another like component would cause a reportable outage (e.g., primary or auxiliary AC power source failure, Central Processing Unit (CPU) failures, external timing source, main memory failures) and failure of environmental equipment where rapid restoration is necessary for ATC operations to continue (e.g., heating or air conditioning system failures).

3.4.4.3 Alarm Prioritization

Each alarm shall be assigned a level of criticality. There shall be a minimum of two definable levels of station alarms, appropriately color coded, for which the operator shall respond to. These are:

(a) Level 1: Alarm of a station-defined major condition requiring immediate acknowledgement or corrective action. This alarm indicator shall be color coded RED. An example of a major (RED) alarm might be:

- Loss of one of two memories
- Loss of one of two power supplies
- Loss of a transmission path
- Loss of station timing source
- Loss of the commercial power source.

(b) Level 2: Alarm of a station-defined minor condition requiring expeditious handling, but not to the degree of a major alarm. This alarm indicator shall be color coded AMBER. An example of a minor (AMBER) alarm might be:

- Individual circuit exceeding pre-determined thresholds
- Group pilot alarms
- Housekeeping alarms

The operator shall be made aware of Level 1 alarms first. If two alarms occur simultaneously, or an alarm occurs during another, the operator shall be clearly apprised of the level of each alarm. If the operator needs to leave the alarm screen (e.g., to go to a trouble-shooting menu), then other alarms of lesser priority should be queued, but additional Level 1 alarms must be displayed immediately. The data that the operator was working with before the alarm shall also be saved for later retrieval.

3.4.4.4 Alarm Selection and Display

The NMS shall provide flexibility, through password controls, in selecting which alarms and status indications (visual and audible) will be presented to the operator and what priority will be assigned to each incoming message type.

3.4.5 Operations and Maintenance

This section describes ATC requirements for the following Operations and Maintenance (O&M) functions:

(a) Operations Support

(b) Maintenance

(c) Trouble Ticket Processing

3.4.5.1 Operations Support

The following type of operations support shall be required:

(a) The NMS shall have the capability, under local control, to input new or modified ATC ECS routing information. This capability is intended to support the development and maintenance of accurate configuration records for the ATC.

(b) The NMS shall have application software to assign ATC resources based on circuit requirements. Examples of the functions performed by this software are:

(1) Assign line or circuit identifiers with a minimum of 16 alpha-numeric characters and flag special circuits. The flags will indicate conditions such as Special Interest circuits, Commercial Carrier circuits, G and H Route circuits, 55-1 reportable circuits, etc. The flag field shall be a minimum of two alpha-numeric characters

(2) Assign cable and pair, multiplex channel, etc., designators with a minimum of a 16 alpha-numeric character location identification numbers

(3) Assign equipment designators with a minimum of 16 alpha-numeric characters

(4) Assign a local service order alpha-numeric identifier.

(c) The NMS shall provide the capability to update the database with new, service-oriented configuration data in advance of actual system changes. The NMS shall be capable of flagging this data as pending (i.e., not yet operational), and then change its status to operational when a completion notice is received.

(d) The NMS shall possess the capability to query the database for pending service orders. These queries should allow the selection of other parameters such as projected date of activation and service features.

3.4.5.2 Maintenance

The NMS shall support both Corrective and Preventive Maintenance (PM) functions. The NMS should also be capable of creating and modifying trouble tickets and other maintenance records utilizing the databases described in paragraph 3.4.3.2. Examples of currently-used Navy forms are included in Appendix H. These forms are intended to be informative only, and do not bind the vendor to their use. However, if vendor generated forms are

used, the format must retain the informational integrity of the data required on the provided Navy forms.

3.4.5.2.1 Corrective Maintenance

Corrective maintenance activities include the identification, isolation, and analysis of network and user service problems; correction of the problems; verification that the corrective actions have restored service to the appropriate levels; and logging of activities for maintenance records and trend analysis. NMS support of these functions shall be user-friendly.

3.4.5.2.2 Preventive Maintenance (PM)

The NMS shall support PM of the ATC in order to prevent non-critical equipment faults from degrading into critical faults. The NMS shall provide the following capabilities:

(a) Allow the operator to schedule PM downtime

(b) Store preventive maintenance test and service guidelines

(c) Maintain records of preventive maintenance actions and test results in a database with the ability to interface with external systems

(d) Generate follow-up maintenance work orders

3.4.5.2.3 Trouble Ticket Processing

The NMS shall provide trouble ticket processing support. The NMS shall provide, as a minimum, the following capabilities:

(a) Create and modify trouble tickets that provide the circuit and/or system involved, the date and time of the fault, the reported fault, space to record agencies coordinated with, and space to record remarks and other information related to the outage. An example of a currently used trouble ticket is included in Appendix H.

(b) Close-out trouble tickets

(c) Generate trouble ticket status reports as required

(d) Maintain on-line, all trouble tickets for the past thirty days

(e) Query trouble ticket files by time period, port, operator, etc

(f) Store completed trouble tickets in an historical data file

3.4.6 Administration

The NMS shall support the planning, report generating, data collecting, and general record keeping functions that are necessary to provide user services and fulfill circuit reporting requirements. Planning and report generating activities require large amounts of accurate, easily accessible data. Data collecting and record keeping activities required for planning, report generating, system control, and O&M functions are discussed in the following paragraphs.

3.4.6.1 Record Keeping

The following sections describe "files" and "records" of various data that shall be kept by the NMS databases. These files and records represent data that should be kept but does not mandate the specific database structure required to record keeping data:

(a) Record keeping is a "global" function in that it encompasses all pertinent data stored. This ranges from volatile data, such as alarms, to relatively non-volatile data like equipment inventories and operating procedures. All data shall be available for access, interrogation, or file transfer to any NMS workstation, subject to security and procedural constraints.

(b) The NMS shall maintain configuration control for all equipment, circuits, trunks, lines, etc., utilized to support efficient and reliable circuit switching. The NMS shall contain a complete set of data for the network elements under its control.

3.4.6.1.1 General Inventory

The NMS shall be capable of maintaining a general equipment inventory by type, number on hand, and status.

3.4.6.1.2 Unassigned Equipment Inventory

The NMS shall provide information of spare switch ports and interface equipment. The operator shall be able to call up a screen showing him/her what spare equipment and transmission assets he/she has to work with, including, but not limited to, name, type, service, location, and quantity.

3.4.6.1.3 Switch Configuration Files

Information in these files shall include all port configurations for the ECS.

3.4.6.1.4 Circuit Records

The NMS should contain information related to each circuit. This should include the name and location of the users, type of service, restoration priority, and any special requirements of subscribers. The circuit record shall contain, as a minimum, information required on the Circuit Layout Record (CLR) Card found in Appendix H.

3.4.6.1.5 ECS Maintenance Records

The NMS shall store records of all ECS maintenance activities. These records shall be accessible as both active maintenance and historical maintenance files.

3.4.6.1.5.1 Active Maintenance Files

The active maintenance file shall contain information concerning ECS hardware and software service problems for which the maintenance activities have not been completed. The initiation of the appropriate command to transfer the individual records in the active maintenance file should only be switched upon completion of the action which clears the equipment fault and returns the equipment for service.

3.4.6.1.5.2 Historical Maintenance Files

The historical maintenance file shall include complete historical data for all completed maintenance activities in an off-line, permanent storage database.

3.4.6.1.6 General Historical Records

The NMS shall provide the capability to store, archive, and retrieve data from alarm logs, trouble reports, repair reports, O&M data, inventory control, etc.

3.4.6.2 Report Generation

Reports shall be available through simple operator initiated commands. The NMS shall be capable of storing, displaying, editing, and printing reports. Reports that are printed out must fit on 8 1/2" X 11" or 14 1/2" X 11" size paper. These reports shall provide near-real-time and long-term historical status information on communications facilities, links, trunks, circuits, and equipment to assist management personnel in maintaining required records. Examples of such reports are listed below and are not all-inclusive.

- Listing all circuits for a location
- Listing all circuits flagged as Special Interest
- Listing all trouble tickets for a given date or period between two given dates
- Listing all trouble tickets for a given circuit
- Listing all open trouble tickets
- Listing all commercial carrier trouble tickets.

The primary purpose of ATC is to support real-time operations. Therefore, non-real-time administrative report processing shall not interfere with real-time processing.

3.4.6.3 Event Reporting

Event reports detail the results of all ATC system operations. The event report should provide the operator with a chronological list of events to include operator log-on/log-off, time, date, commands, configuration changes, subsystem failures, port alarms, and any other pertinent information necessary to support overall network management. The NMS event database shall be able to produce a report via the system event logging printer and shall be available to the operator via the control console.

3.4.7 Dedicated Functions

The NMS shall have the capability to support a dedicated edit/word processing function for extended report generation.

3.4.7.1 Training Mode

The NMS shall allow the operator to have a training mode that simulates administration, operating, and maintenance functions.

3.4.8 NMS Workstation Characteristics

3.4.8.1 RED/BLACK Engineering Criteria

The ATC must satisfy the RED/BLACK installation requirements established in NACSIM 5203 and MIL-HDBK 232A.

3.4.8.2 TEMPEST Criteria

(Deleted in accordance with Amendment 1 Paragraph 3).

3.4.8.3 Human Engineering

Human engineering criteria and principles shall be in accordance with MIL-STD 454M, Requirement 62.

3.4.8.4 Network Status Display

The NMS workstation shall be equipped with a color graphics monitor so that the current network alarm or alert status can be determined by color at a glance.

3.4.8.5 Display and Control Concepts

The NMS shall provide the capability to display the functional status of the ATC at each workstation. The status shall include all circuits, equipment, and current alarms. Displays shall be "user friendly" with a minimum of two means of access:

(a) Pre-defined structured (menu driven)

(b) Direct (an expert code to bypass the menu and provide the use of shorthand commands)

The NMS shall have a windowing capability that allows dynamic selection, placement, and sizing of various windows and displays.

3.4.8.6 Modularity and Flexibility

The NMS design shall facilitate future display modification, particularly as the various NMS subsystems grow, as

new subsystems are added, as technology refreshments dictate, as mission requirements demand, and as new displays are defined through NMS usage.

3.4.8.7 Multi-Tasking Sessions

Each NMS workstation shall be capable of supporting simultaneous sessions to perform all NMS system requirements.

3.4.9 NMS Workstation Communications

The NMS workstation shall have the capability to communicate with other workstations associated with the ATC.

3.5 Quality Factors

3.5.1 Availability

The demonstrated availability of the ATC shall be 99.998 percent or greater.

3.5.2 Reliability

The ATC shall meet the reliability standards set forth in CCITT Recommendation G.106, Paragraph 2.5 and shall function continuously 24 hours per day. ATC reliability is defined in terms of critical system failure. A critical system failure is defined as those failures which deny user access to information, computations, reports generation, or other functions that could adversely affect mission accomplishment. The following specific failures are applicable:

(a) A loss at any one time of 5% or more of system ports

(b) A loss of the system controller

(c) A failure of the system due to software

(d) A failure of a workstation

(e) A loss of internal system clock

(f) A loss of internal system power.

3.5.3 ATC Interoperability

The ATC shall be interoperable with a variety of DTE, DCE, crypto devices, and test equipments. Specific equipment and

corresponding interface requirements for candidate sites are found in Appendices A through G.

3.5.4 ATC System Recovery

Following an ATC system failure, one of the two following types of system restarts shall be provided. A "cold" start shall be required when all queues and temporary files are empty and all initializing data must be re-entered. The time required to perform a "cold" start shall not exceed five minutes. A "warm" start shall be required when an error has occurred which has caused minimal system degradation. The time required to perform a "warm" start shall not exceed five minutes.

3.5.5 ATC Diagnostic Tests

Diagnostic and Built-in-Test (BIT) programs shall provide isolation to a Lowest Replaceable Unit (LRU). Test programs shall be available prior to program loading and during operations to verify system malfunctions or to check the operational status of a specific system component or program.

3.5.6 Safety

The ATC shall comply with the Occupational Safety and Health Administration (OSHA) and Navy Occupational Safety and Health (NOSH) safety requirements established by the Government for industry.

3.6 Logistics

3.6.1 Maintenance Support

The vendor shall provide maintenance support for the life of the contract for all system hardware, firmware, and software.

3.6.1.1 Technology Refreshment

The design of the ATC NMS shall permit incorporation of future technology refreshments, as they occur. Updates to equipment hardware, firmware, and software shall be made available for implementation throughout the ATC life cycle and shall be installed at the option of the Government. Examples of