expected future technological advances include, but are not limited to:

(a) Expert systems using artificial intelligence

(b) Integrated Services Digital Network (ISDN)

3.6.1.2 Technical Support

On-site technical support shall be available in accordance with the SOW.

3.7 Personnel

Navy and civilian personnel in a wide range of fields shall be able to operate the ATC with minimal on-site training.

3.8 Training and Training Plan

In accordance with the SOW, the vendor shall prepare a comprehensive training plan to include the preparation, support, and implementation of the training program. It shall provide for scheduling, development, and management of training activities. The vendor shall propose the most efficient and practical personnel training methods for the ATC operation.

3.8.1 Software Maintenance Training

The vendor shall provide a software maintenance course. This course shall enhance instruction provided by the system software documentation and shall include hardware features affecting operating system functions. The vendor shall provide the following items:

(a) Training Courses/Curriculum Outline

(b) Instruction/Lesson Guides

(c) Student's Training Course Guide

(d) Measurement of Student Achievement Test.

3.8.2 Operator Training

The vendor shall provide a training course which will instruct ATC operators in use of the ATC. The course shall consist of both formal training and OJT in hardware and software system concepts, use of the system manual to aid in problem solving, and in hardware use and functional configuration.

The training, to be conducted during the installation/acceptance testing phase, shall provide personnel with a working knowledge of the ATC system that will allow them to maintain reliable communications. The vendor shall provide the following training items:

(a) Training Course/Curriculum Outline

(b) Instructor Lesson Guides

(c) Student's Training Course Guide

(d) Measurement of Student Achievement Test

Formal operator training shall consist of, at a minimum:

(a) Overview of system operations

(b) System start-up/shut-down procedures

(c) System log-on/log-off procedures

(d) Network Management System (NMS) operations

(e) Creation and management of operator-defined files and reports

(f) Alarm monitoring and response

(g) System/circuit monitoring and testing procedures

3.8.3 Government Review and Comments

Draft and preliminary training materials shall be available for review by Government personnel. The Government shall review materials for both technical and editorial completeness and forward the comments to the Contractor for the next submission.

3.9 Documentation

3.9.1 Software Documentation

3.9.1.1 Vendor Developed Software

The vendor shall provide the Government a copy of the source code in hardcopy and machine readable form for the

software and firmware used in the ATC. The source code must be provided to the Government for the purpose of computer security inspection and verification.

3.9.1.2 Vendor Purchased Software - Copyrights Available

The vendor shall provide the Government a copy of the source code in hardcopy and machine readable form for all purchased software and firmware used in the ATC to which the vendor has the rights. This source code must be given to the Government for purposes of computer security inspection and verification.

3.9.1.3 Vendor Purchased Software - Copyrights Not Available

For those software/firmware packages for which the vendor can not obtain the copyrights to the source code, the vendor shall arrange to have those copyrights passed directly to the Government from the software vendor. The Government reserves the rights to use the source code for security inspection and verification.

3.9.1.4 Software Manuals

The vendor shall provide the Government the necessary documentation for maintenance and use of the software/firmware specified by this document. This includes, at a minimum, four sets per site of the following manuals:

(a) Operator Manual(s)

(b) Maintenance Manual(s)

3.9.2 Systems Administration

The vendor shall provide systems-level documentation necessary to utilize all the features of the proposed ATC system equipment, firmware, and software. This shall include, but not be limited to:

(a) A complete description of ATC system functions and documentation

(b) Audit trails

(c) Security features

(d) Local equipment preventive maintenance procedures

(e) Local equipment actions that can be performed by an operator

(f) Start-up of the system

(g) Recovery from any system failure(s)

(h) Data backup procedures

(i) System backup procedures.

3.9.3 Diagnostics Guide

The vendor shall provide a diagnostics trouble-shooting guide.

3.9.4 Technical Manuals and Publications

A minimum of four sets per site of all technical manuals prepared specifically for the ATC, and any commercial equipment manuals involving the ATC shall be provided.

3.10 Hardware Documentation

Hardware documentation shall provide technical data on the ATC system components. For the duration of the contract, documentation for future changes to equipment shall be provided as they occur (minimum of four sets per site).

3.11 Licenses and Permits

The ATC system hardware, firmware, and software must be in current production. The vendor shall be responsible for obtaining all requisite and necessary licenses and permits for complying with any or all applicable National and/or municipal laws, codes, and regulations of the geographical area(s) in which the equipment will be installed in connection with the performance of the contract.

When the vendor firm is offering equipment that is manufactured entirely or in part from assemblies produced by another contractor, or is manufacturing the equipment under license, this shall be stated in the bid. Details of the original designer/manufacturer and contractual relationship with the bidder shall be provided so the precise origin of the hardware, firmware, and software can be established.

3.12 Modifications

The vendor shall be entirely responsible for all modifications found necessary to correct unsatisfactory operation of the ATC within the terms of the contract, including the supply of all modification kits, special test equipment and tools required to implement and test modifications, and the update of handbooks and drawings. All modifications subsequent to ATC equipment acceptance shall be fully documented and include:

(a) Modification number

(b) List of materials required and those rendered surplus following the modification

(c) Detailed modification instructions, and modification verification test procedures

(d) Appropriate instructions to correct documentation delivered within the terms of the contract.

**OTHER INFORMATION:**

Additional information as well as specifications for each site are located in Section J as follows:

| | |
|---|---|
| APPENDIX (A) | NTCC HAMPTON ROADS |
| APPENDIX (B) | NCTS JAPAN |
| APPENDIX (C) | NTCC MAKALAPA |
| APPENDIX (D) | NTCC CAMP SMITH |
| APPENDIX (E) | NCTS SICILY |
| APPENDIX (F) | NCTS PUERTO RICO |
| APPENDIX (G) | NCTS LONDON |
| APPENDIX (H) | EXAMPLES OF CURRENTLY USED TCF FORMS |
| APPENDIX (I) | ATC NMS FUNCTIONAL REQUIREMENTS |
| APPENDIX (J) | LIST OF ACRONYMS AND ABBREVIATIONS |

Note: Site specific tables reflect actual equipments, circuit counts, land line counts, but do not reflect actual port counts required to be cutover to the ATC. All multiplexers will be wired to their maximum capability with the exception of Integrated Digital Network Exchange (IDNX) and TIMEPLEX multiplexers.

## C.1 SCOPE OF CONTRACT

(a) The Naval Regional Contracting Center is procuring turnkey Automated Technical Control systems for the Space and Naval Warfare Systems Command.

(b) The Contractor shall furnish, as required, the hardware/software/systems/maintenance and other Contractor support services required for the support of all items under this contract. Such equipment, software, maintenance, and other Contractor support services shall be supplied in conformance with the terms and conditions of this contract.

## C.3 FEDERAL INFORMATION PROCESSING STANDARDS (FIPS)

(a) The standards identified as an Attachment to this solicitation (Attachment 2) apply to this acquisition. FIPS Publications themselves may be obtained from the National Institute of Standards and Technology (NIST), Department of Commerce, Washington, D.C.

(b) Terminology for specifying standards can be found in the Federal ADP and Telecommunications Standards Index, which may be obtained from the Superintendent of Documents, Government Printing Office, Washington, D.C. 20402.

## C.6 USED EQUIPMENT

When used/refurbished equipment is proposed, equipment must be identified as such and be warranted the same as new equipment.

## C.7 REFURBISHED EQUIPMENT, SUP 5252.239-9412 (JAN 1992)

Refurbished or remanufactured equipment may be offered. If refurbished or remanufactured equipment is proposed, it shall be completely renovated, thoroughly inspected, repaired as necessary, and subject to the same product performance specifications and testing for serviceability prescribed by the manufacturer for newly manufactured equipment. All such refurbished or remanufactured equipment shall be so identified and must be warranted as new.

## C.8 CERTIFICATE OF MAINTAINABILITY

(a) At such time as the services of the contractor are terminated, expire contractually or are otherwise not extended, the contractor shall within five (5) working days, issue a "Certificate

of Maintainability" for all equipment maintained by the Contractor under this contract.

(b) The certificate shall state that preventive maintenance in accordance with the specifications of the original equipment manufacturer (OEM) has been performed and that the equipment is performing in accordance with the OEM's specifications such that the OEM (or the OEM's successor in interest) commits that it would assume maintenance of the equipment without any one-time charges (including but not limited to repair or inspection charges) if such maintenance were assumed effective the day after the contractor's performance ceases. The contractor is responsible for bearing all costs associated with obtaining such certification and at no separate charge to the Government.

(c) Should the contractor fail to issue the required Certificate of Maintainability in accordance with this clause, or should any equipment fail to perform in accordance with the certification, the contractor shall be liable to the Government for any reasonable costs incurred by the Government in bringing the equipment up to maintainable level(s).

## C.9 INTERCHANGEABILITY OF PARTS IS REQUIRED

All replacement/spare parts shall be guaranteed to be equal in all respects (including performance, interchangeability, durability and quality), to parts specified for use by the Original Equipment Manufacturer (OEM).

## C.10 REPLACEMENT PARTS AVAILABILITY, SUP 5252.239-9403 (JAN 1992)

The Contractor guarantees that replacement parts for each machine in this contract will be available for a minimum of 15 years from the date of this contract. Subsequent to this period, if parts are not available from the Contractor, it shall, if requested by the government, furnish data to enable the government to have such parts manufactured elsewhere.

## C.11 OPERATING SOFTWARE, SUP 5252.239-9402 (JAN 1992)

The operating software required to make use of equipment acquired under this contract shall be provided, and supported, by the Contractor. Operating software refers to those routines that interface directly with hardware peripheral devices, the computer operations, and applications and utility programs.

## C.12 SOFTWARE

(a) Software Furnished. The Contractor shall furnish the software listed in Sections B and/or C as well as all supporting evaluated optional features proposed by the Contractor and accepted by the Government. The Contractor shall support such software, including any Contractor-sponsored modification(s) or revision(s) thereof, at no additional cost to the Government for the duration of this contract, including any renewals and extensions thereof. The software support provided shall, at a minimum, consist of error correction, and providing Contractor-sponsored (and Government-accepted) modifications, improvements and revisions.

(b) Software Modifications and Revisions. The Government shall be provided with full documentation of all Contractor changes and/or modification to the software provided to meet the Government's requirements. The software is listed in Section B of this contract. In the event there are new software releases, the Government may elect to accept any later version(s) of the software and, if accepted, software support shall be provided at no additional cost to the Government for the duration of this contract, including any renewals and extensions thereof (any additional equipment required to accommodate such later version(s) will be provided at the Government's expense). In the event the Government elects to not accept later version(s) of the software, the Contractor shall continue to correct any latent defects in the software supplied under this contract. However, the Contractor's obligation to correct latent defects shall be limited to those services necessary to permit the government to process the workload identified in the contract.

## C.13 MANUALS AND PUBLICATIONS

(a) General. The Contractor shall furnish, in accordance with Schedule B and the DD Form(s) 1423, user manuals and publications for all Contractor software and equipment provided under this contract, if any.

(b) Other Manuals. In addition to the above specified agency documentation requirements, the offeror may include in its proposal any other manuals and program descriptions which it would consider helpful to the user.

(c) Updated Versions. The Contractor shall notify the Government as soon as updated versions of the above documentation items become available. The Government will specify its requirements, if any, for such updates in numbers not to exceed the initial requirements

stated above. Requirements for such updates shall be satisfied promptly.

## C.14 SUPPLIES

Rental and maintenance charges do not include consumable operational supplies, e.g., paper, tape, carbon. Supplies used by the Government shall conform to the equipment Contractor's technical specifications or equivalent.

## C.15 TRAINING

(a) Schedule for Training. The Contractor shall provide training in accordance with the schedule below. All instructors shall be experienced in the fields for which they are providing training and should gear the training to the Contractor's specific equipment, and not to basic concepts. The Contractor shall provide the students/attenders with all necessary and appropriate materials, manuals and course outlines necessary to accomplish the Government's training goals in accordance with Functional Specification paragraphs 3.8 through 3.8.3.

| Type of Training | Location of Training | Maximum Number Students* | Course Dates | Duration of Course |
|---|---|---|---|---|
| Operator Training | On-Station and on the Job Training | 15 persons per site | TBN | TBN |
| Maintenance Training | " | 15 persons per site | TBN | TBN |
| Software Training | " | 15 persons per site | TBN | TBN |

TBN=To be negotiated

*Training will be conducted at individual sites. Training for Lots II through V will be based on the above (with a maximum of 10 students per site) and will be in accordance with option provisions contained herein. Training in Lots VI through IX will include the above classes with a maximum of 8 students per class per site and will be in accordance with option provisions contained herein.

(b) Review and Approval. The training course curriculum shall be subject to the Government's approval prior to award. The training schedule and number of people to be trained may vary, subject to the Government's requirements. In no event shall the maximum number of students be greater than that indicated above. Scheduling and duration of courses will be subject to mutual agreement between the contractor and government.

(c) In the event the Government intends to reschedule course date(s), the Government shall provide the Contractor with at least thirty (30) days' written notice. Any change in the course scheduling shall not be cause for the Government's incurrence of additional costs, nor be the subject of a claim unless the thirty day notification is not given by the Government.

**C.18 SUBSTITUTION OR ADDITION OF PERSONNEL, SUP 5252.237-9400 (JAN 1992)**

(a) The offeror agrees to assign to the contract those persons whose resumes, personnel data forms or personnel qualification statements were submitted as required by Section L to fill the requirements of the contract. No substitution or addition of personnel shall be made except in accordance with this clause.

(b) The Offeror agrees that:

[ ] during the contract performance period
[X] during the first 180 days of the contract period

no personnel substitutions will be permitted unless such substitutions are necessitated by an individual's sudden illness, death or termination of employment. In any of these events, the Contractor shall promptly notify the Contracting Officer and provide the information required by paragraph (d) herein.

(c) If personnel for whatever reason become unavailable for work under the contract for a continuous period exceeding thirty (30) working days, or are expected to devote substantially less effort to the work than indicated in the proposal, the Contractor shall propose a substitution of such person(nel), in accordance with paragraph (d) herein.

(d) All proposed substitutions shall be submitted, in writing, to the Contracting Officer at least fifteen (15) days (thirty (30) days if a security clearance must be obtained) prior to the proposed substitution. Each request shall provide a detailed explanation of the circumstances necessitating the proposed substitution(s) and any other information required by the

Contracting Officer to approve or disapprove the proposed substitution(s). All proposed substitutions (no matter when proposed during the performance period) must have qualifications equal to or greater than the qualifications of the person(s) to be replaced.

(e) In the event a requirement to increase the specified level of effort for a designated labor category, but not the overall level of effort of the contract occurs, the Contractor shall submit to the Contracting Officer a written request for approval to add personnel to the designated labor category. The information required is the same as that required in paragraph (d) herein. The additional personnel shall have qualifications greater than or equal to at least one (1) if the individuals proposed for the designated labor category.

(f) The Contracting Officer shall evaluate requests for substitution and addition of personnel and promptly notify the Offeror, in writing, of whether the request is approved or disapproved.

(g) If the Contracting Officer determines that suitable and timely replacement of personnel who have been reassigned, terminated, or have otherwise become unavailable to perform under the contract is not reasonably forthcoming or that the resultant reduction of productive effort would impair the successful completion of the contract or the delivery order, the contract may be terminated by the Contracting Officer for default or for the convenience of the government, as appropriate. Alternatively, at the Contracting Officer's discretion, if the Contracting Officer finds the Contractor to be at fault for the condition, s/he may equitably adjust (downward) the contract price or fixed fee to compensate the government for any delay, loss or damage as a result of the Contractor's action.

## C.19 PERSONNEL QUALIFICATIONS (MINIMUM), SUP 5252.237-9401 (JAN 1992)

(a) Personnel assigned to or utilized by the Contractor in the performance of this contract shall, at a minimum, meet the experience, education, or other background requirements set forth below and shall be fully capable of performing in an efficient, reliable and professional manner. If the offeror does not identify the labor categories listed below by the same specific title, then a cross-referencing list should be provided in the offeror's proposal identifying the difference.

(b) The government will review resumes of Contractor personnel to be assigned, and if personnel not currently in the employ of the Contractor, a written agreement from the potential employee to work shall be presented as part of the technical proposal.

(c) If the Contractong Officer questions the qualifications or competence of any person performing under the contract, the burden of proof to sustain that the person is qualified as prescribed herein shall be upon the Contractor.

(d) The Contractor must have the personnel, organization, and administrative control necessary to ensure that the services performed meet all requirements specified in the Contract. The work history of each Contractor employee shall contain experience directly related to the tasks and functions to be assigned. The Contracting Officer reserves the right to determine whether a given work history contains necessary and sufficiently detailed related experience to reasonably ensure the ability for effective and efficient performance.

| LABOR CATEGORY | MINIMUM REQUIREMENTS |
|---|---|
| Program Manager | Ref: SOW 3.6.2 |
| On-Site Maintenance Technician | Ref: SOW 3.6.1 and 3.6.3 |
| Installation Supervisor | Ref: SOW 3.6.1 |
| Training Personnel | Ref: SOW 3.6.1 |

## C.20 MAINTENANCE

(a) Responsibilities of the Contractor. When ordered, the Contractor shall provide maintenance (labor and parts) at the prices shown in Section B of contract, and shall keep the equipment in good operating condition. The system (or machine) shall be considered to be in good operating condition when it operates within the permissible consecutive and non-consecutive hours specified in the contract. Maintenance service shall not include electrical work external to the equipment, the furnishing of supplies, nor adding or removing accessories, attachments, or other devices. It shall not include repair of damage resulting from accident, transportation between Government sites, neglect, misuse, failure of electrical power or air-conditioning or humidity control, or cause other than ordinary use. All parts, including those required for maintenance outside the Principal Period of Maintenance (PPM), if applicable, are included in the fixed monthly charge.

(b) Responsibilities of the Government.

(1) Government personnel shall not perform maintenance or attempt repairs to

equipment while such equipment is under the purview of this contract unless agreed to by the Contractor.

(2) Subject to security regulations, the Government shall permit access to the equipment which is to be maintained.

(3) The Government shall provide adequate storage space for spare parts and adequate working space (including heat, light, ventilation, electric current and outlets) and telephones (for local calls only) for the use of maintenance personnel. These facilities shall be within the reasonable distance of the equipment to be serviced and shall be provided at no charge to the Contractor.

(4) The Government shall provide time for Contractor-sponsored modifications within a reasonable time after being notified by the Contractor that a modification is ready to be made. The time required to make the modification shall be outside the normal preventive maintenance hours.

(5) The Government shall maintain site requirements in accordance with the equipment environmental specifications furnished by the Contractor, if any.

## C.21 ON-SITE MAINTENANCE

(a) On-site maintenance is defined as that method of providing Federal Information Processing (FIP) equipment maintenance in which the Contractor stations personnel permanently at the Government's location(s). On-site preventive maintenance shall be performed in accordance with the Contractor-proposed (and Government-approved) maintenance plan(s) during the Principle Period of Performance (PPM) as stipulated in paragraph (c) and in accordance with the fixed monthly charges shown in Section B of this contract. In the event equipment under this contract requires remedial maintenance during the PPM, regardless of how many times the equipment requires said maintenance, the government may require the Contractor to respond and have the equipment functioning within the timeframes listed within this contract. Remedial maintenance is defined as determining why FIP equipment is malfunctioning, and effecting either repair or replacement of said malfunctioning equipment. For the purposes of this contract, Contractor response under On-Site maintenance is 15 minutes.

(b) In addition to providing on-site preventive and remedial maintenance services during the stated PPM, remedial maintenance services shall be provided Outside the Principal Period of

Maintenance (OPPM) when ordered by the Government. A response time of two (2) hours is required for this per-call remedial maintenance. Hourly per-call rates shall be in accordance with Attachment 3 (Table B-6) of this contract.

(c) The PPM for this contract is 7:00 A.M. to 4:00 P.M. Monday through Friday. This period includes one (1) hour for lunch.

## C.24 PREVENTIVE MAINTENANCE

(a) Preventive maintenance shall be performed during the Principle Period of Maintenance as specified within this contract and in accordance with the Contractor's proposed (and Government-approved) preventive maintenance plan(s). The Contractor shall identify the frequency and duration of the preventive maintenance required for the equipment listed in Section B in its proposal (see Section L).

(b) If a mutually agreeable preventive maintenance plan cannot be established between the Government and the Contractor, the Government reserves the right to specify the hours and days during which preventive maintenance shall take place (within the PPM).

## C.25 NON-CHARGEABLE MAINTENANCE ITEMS

There shall be no additional charges for:

(a) Replacement parts, unless such parts are required due to the fault or negligence of the Government;

(b) Preventive maintenance, regardless of when performed;

(c) Remedial maintenance which was requested during the PPM specified in the contract, regardless of when the maintenance is performed;

(d) Time spent by maintenance personnel after arrival at the site awaiting the arrival of additional maintenance personnel and/or delivery of parts, etc., after a service call has commenced;

(e) Remedial maintenance required on any machine (including periods which would otherwise be OPPM) when the scheduled preventive maintenance for that machine

preceding the malfunction had not been performed unless preventive maintenance was omitted at the Government's request or the Contractor was denied access to the equipment;

(f) Remedial maintenance required within a 48-hour period due to a recurrence of the same malfunction (including periods during what would otherwise be OPPM);

(g) Chargeable time spent for repair;

(h) Description(s) of malfunction(s).

**C.26 MAINTENANCE OF INSTALLED SYSTEM CONFIGURATION, SUP 5252.239-9401 (JAN 1992)**

The equipment contained in Section B is subject to change as a result of upgrades, deletions or substitutions of equipment, or through requirements for additional hardware due to resource expansion. To provide for these changes in maintenance during the life of the contract, this contract contains provisions for the addition and deletion of equipment which, in the aggregate, may increase the contract value for each base or option period by up to 25% of the contract value for that period. Clause SUP 5252.239-9404, System Configuration: FIP Maintenance Contracts, provides terms and conditions relative to this clause.

**C.27 SYSTEM CONFIGURATION: FIP MAINTENANCE CONTRACTS, SUP 5252.239-9404 (JAN 1992)**

The government reserves the right, throughout the performance period, to substitute items of equipment contained in Section B without price revision. Maintenance of the substitute equipment shall be performed at the same price set forth in Section B for comparable equipment.

(b) The government reserves the right to delete equipment at any time during the period of performance. The government may unilaterally reduce the price of the contract based on the prices set forth in Section B for the deleted equipment.

(c) The government reserves the right to require maintenance on additional equipment whether or not comparable items are already priced in the contract. however, the contract's

value for the base period and each option period may not be increased by more than 25% to provide for maintenance of additional equipment.

(d) Maintenance of an additional item of equipment that is comparable to an existing contract line item shall be performed at the price established for the existing line item. When there is no existing line item comparable to the additional item of equipment, a price shall be negotiated and agreed upon between the government and Contractor, and a bilateral modification shall be executed to incorporate the change.

## C.28 ALTERATIONS AND ATTACHMENTS, SUP 5252.239-9413 (JAN 1992)

(a) Government Alterations. Upon 30 days written notice, the Government may make alterations or install attachments to the Contractor's equipment, provided that such action will not create a safety hazard. The Government shall assume full liability for any damages and/or degradation in equipment performance attributable directly to such alteration or attachment.

(b) Removal of Alterations or Attachments. Before discontinuance of rental, the Government shall remove alterations or attachments which are not the property of the Contractor, and the equipment shall be restored to the prior configuration at Government expense.

(c) Maintenance Charges. If alterations made by the Government increase the cost of maintenance, mutually agreeable arrangements for additional maintenance under this contract, as applicable, shall be made for each installation.

(d) Reprogramming. Any reprogramming agreed to by the Contractor which is required to accommodate additions attachments shall be accomplished at the Government's expense.

## C.29 USE OF HARDWARE AND/OR SOFTWARE MONITORS

(a) The Contractor shall permit inclusion or attachment of such devices as the Government may choose for the purpose of examining or measuring the activity within the computer system.

(b) Devices such as hardware monitors (which may require physical connection to the computer system), or software monitors (which may require portions of the computer

system's control software to be displaced) are specifically included in this category.

(c) The Contractor may not prohibit the installation of such devices unless the particular device will cause significant or permanent damage to the computer system. The Contractor shall assist the Government in identifying and locating device connections when requested by the Government if the Contractor provides such service to other customers. Cost for this service, if any, is stated in Section B of this contract.

(d) Hardware and software monitors fall within the purview of the Alterations and Attachments clause, if this clause is included herein.

## C.31 SPECIAL PROVISIONS FOR MAINTENANCE OF GOVERNMENT-OWNED ADPE

(a) General. The maintenance prices listed in this contract include the cost of labor and parts and such other expenses necessary to keep the equipment in good operating condition.

(b) Maintenance Coverage

(1) The Contractor shall honor orders for maintenance under any of the maintenance options set forth in Sections B and C for periods of one (1) year or less at the prices shown in Section B. All equipment which is a part of the system delivered under this contract, if this contract calls for equipment delivery, shall be covered by the same maintenance provisions.

(2) The effective date of maintenance services, the type and model number(s) of the equipment and applicable charges shall be specified on the order (or contract).

(3) The effective date of maintenance services shall not be prior to the expiration of the warranty period, if any.

(4) Discontinuance Notice. When discontinuing maintenance pursuant to this clause, the Government will give the Contractor 30 days' prior written notice of its intent to discontinue maintenance services, or a shorter notice when agreed to by the Contractor. However, no discontinuance notice is required if the Government elects not to exercise an option.

(c) Responsibilities of Contractor

(1) Only new standard parts, or parts equal in performance to new parts, shall be used in making repairs. Parts which have been replaced shall become the property of the Contractor.

(2) Should the Government make alterations or install attachments which affect the maintenance of this equipment, the continuation of maintenance service on this equipment shall be subject to mutual agreement. Should the alterations or attachments increase the maintenance costs to the Contractor, additional maintenance charges shall be made on an individual installation basis. If such alterations or attachments create a safety hazard, the Contractor may discontinue maintenance service on the hazardous equipment. In addition, should such be the cause of malfunction or downtime, such downtime shall not be creditable against the Contractor under clause G.15, Government Downtime Credits.

(d) Contractor-sponsored alterations or attachments to equipment shall be made with the consent of the Government. Appropriate modification of the contract shall be negotiated for each such alteration which either enhances the value of the system to the Government or decreases the overall maintenance costs.

(e) Movement of Equipment

(1) In the event the system(s) being maintained under the terms and conditions of this contract is/are moved to another location within the same geographical service area, as designated by the Contractor, the terms and conditions of this contract shall continue to apply. If the system(s) must be moved outside the Contractor's designated service area, then the continued applicability of this contract shall be subject to mutual agreement.

(2) The Government shall give at least thirty (30) days written notice to the Contractor of its intention to move the equipment, except in emergencies.

(3) Maintenance charges shall be suspended on the day dismantling of the equipment in preparation for shipment is begun. Maintenance charges shall be reinstated on the day the equipment is reassembled. In the event the Contractor performs said functions, the Government shall be charged for disassembly and reassembly at the applicable OPPM rates shown in Table B-6.

(4) Shipment to the new installation(s) shall be at the Government's expense by military or commercial carrier(s) or, at the Government's option, provide the

Contractor with an authorization to ship by commercial carrier, in which case the Government shall be invoiced for transportation, rigging and drayage costs.

## C.32 REPORTING REQUIREMENTS

The contractor shall furnish a signed malfunction report to the COTR upon completion of each maintenance call. The report shall include as a minimum, the following:

(a) Contract Number
(b) Contractor's Name
(c) Date and time notified
(d) Date and time of arrival
(e) Type and description of machine
(f) Chargeable time spent for repair (for OPPM calls)
(g) Description of malfunction

## C.34 DATA ITEMS (NOT-SEPARATELY PRICED (NSP))

The Contractor shall furnish the Data identified in Section B as "Not Separately Priced (NSP)" in accordance with the DD Form(s) 1423, Attachment 6 of Section J.

## SECTION D - PACKAGING AND MARKING

### D.1 PACKAGING

(a) The supplies shall be packaged in accordance with commercial practices and in a manner that will afford protection against corrosion, deterioration and physical damage during direct shipment.

(b) The supplies shall be packed in a manner conforming to the requirements of Uniform Freight Classification for rail shipment; National Motor Freight Classification for truck shipment; Parcel Post Regulations; and the regulations of other carriers as applicable to the mode of transportation employed.

### D.4 PROHIBITED PACKING MATERIALS

The use of asbestos, excelsior, newspaper or shredded paper (all types including waxed paper, computer paper and similar hygroscopic or non-neutral material) is prohibited. In addition, loose-fill polystyrene is prohibited for shipboard use.

### D.6 MARKINGS OF WARRANTED ITEMS, (NAVSUP)(JAN 1992)

(a) Each item covered by a warranty shall be stamped or marked in accordance with MIL-STD-129, "Marking for Shipment and Storage". Where this is impracticable, written notice shall be attached to, or furnished with, the warranted item.

(b) Markings will state

(1) existence and substance of warranty;
(2) its duration;
(3) whom to notify if supplies are found to be defective;
(4) manufacturer (or entity) providing the warranty; and
(5) an indication whether attempted on-site repair by government personnel shall void the warranty.