## D.7 LABELING OF ASBESTOS MATERIALS

(a) Hazardous Chemicals and Materials. All unit and intermediate-pack chemicals and materials (including aerosol propellants) shall have affixed thereto the applicable warning labels in accordance with applicable laws, statutes, regulations, or ordinances. Such laws include the Federal Food, Drug, and Cosmetic Act and similar state and municipal legislation, the Federal Insecticide, Fungicide, and Rodenticide Act. In addition, interior-, unit- and intermediate packs including unit containers that serve as shipping containers such as palls and drums shall be marked with the applicable precautionary information in accordance with the American National Standard for Labeling of Hazardous Industrial Chemicals (ANSI Z129.1-1976).

(b) Specific Hazards: Asbestos unit- and intermediate packs, including containers that serve as shipping containers of asbestos and products containing asbestos shall be marked:

> "Caution, Contains Asbestos Fibers. Avoid Creating Dust. Breathing Asbestos Dust May Cause Serious Bodily Harm."

in accordance with the OSHA Compliance Label for Asbestos.

## D.8 PACKING AND UNPACKING

The Contractor shall furnish such labor as may be necessary for packing, unpacking, placement and installation of equipment. Said packing, unpacking, placement and installation of equipment shall be furnished by the Contractor without additional charge to the Government.

## SECTION E - INSPECTION AND ACCEPTANCE

**E.1 CONTRACT CLAUSES INCORPORATED BY REFERENCE**

**I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES**
**II. DOD FAR SUPPLEMENT (48 CFR CHAPTER 2) CLAUSES**

| | | |
|---|---|---|
| **52.246-2** | **INSPECTION OF SUPPLIES -- FIXED PRICE** | **JUL 1985** |
| **52.246-4** | **INSPECTION OF SERVICES -- FIXED PRICE** | **APR 1984** |
| **52.246-16** | **RESPONSIBILITY FOR SUPPLIES** | **APR 1984** |

**E.2 STANDARD OF PERFORMANCE AND ACCEPTANCE OF EQUIPMENT (ADP SYSTEMS)**

(a) General. This provision establishes a standard of performance which must be met before any equipment listed in Section B is accepted by the Government. This provision also pertains to replacement and substitute machines, and machines which are added or field modified (modification of a machine from one model to another) after a successful performance period.

(b) Performance Period. The performance period shall begin on the installation date (unless delayed in accordance with E.2(b)(3) herein) and shall end when the equipment has met the standard of performance for a period of thirty (30) consecutive days by operating in conformance with the Contractor's technical specifications and functional descriptions, or as quoted in the Contractor's proposal, which must satisfy the requirements of Section C, at an effectiveness level of 99.998% or more.

(1) Continuance of Performance Period. If the equipment does not meet the standard of performance during the initial 30 consecutive days, the performance period shall continue on a day-by-day basis until the standard of performance is met for a total of 30 consecutive days.

(2) Failure to Meet Standard of Performance. If the equipment fails to meet the standard of performance after 90 calendar days from the installation date or start of the performance period, whichever is later, the Government may at Its option request a replacement or terminate the contract and request the immediate removal of the equipment and the restoration of the site to pre-installation condition.

(3) Delay of Start of Performance Period. If necessary, the Government may delay the start of the performance period, but such a delay shall not exceed 30 consecutive days; therefore, the performance period must start not later than the 31st day after the installation date. Should the Government delay the start of the performance period, rental charges, or maintenance charges as applicable, shall accrue for that period of time between the installation date and the start of the performance period and shall be paid only upon completion of the successful performance period.

(c) Effectiveness Level Computations.

(1) General. The effectiveness level for a system is computed by dividing the operational use time by the sum of the operational use time plus system failure downtime.

(2) Changes in Equipment. The effectiveness level for machines added, field-modified, or substituted, or for a replacement machine is a percentage figure determined by dividing the operational use time of the machine by the sum of that time plus downtime resulting from equipment failure of the machine being tested.

(d) Operational Use Time.

(1) For System. Operational use time for performance testing for a system is the accumulated time during which the Central Processing Unit is in actual operation, including any intervals of time between the start and stop of the processing of the programs.

(2) For Equipment. Operational use time for performance testing for a machine added, field-modified, or substituted, or for a replacement machine, is defined as the accumulated time during which the machine is in actual use.

(3) Minimum Use Time. During the performance period for a system/machine, a minimum of 100 hours of operational use time with scheduled productive or simulated work will be required as a basis for computing the effectiveness level. However, in computing the effectiveness level, the actual number of operational use hours shall be used when that number exceeds the minimum of 100 hours. Added machines, field-modified machines, and substitute machines are subject to the 100 hour minimum use time requirement. However, the Government shall accept such machine(s) without the addition of simulated work solely to achieve the minimum of 100 hours use time, provided the average effectiveness for the 30 day acceptance period is equal to or better

than the level specified in E.2(b) herein.

(4) Measure of Operational Use Time. Operational use time and downtime shall be measured in hours and whole minutes.

(e) Downtime.

(1) System Failure Downtime. System failure downtime is that period of time during which the scheduled productive workload, or simulated workload, being used for acceptance testing cannot be continued on the system due to machine(s) failure. If simulated workload is being used for acceptance testing, it must be consistent with the data processing requirements set forth elsewhere in this contract.

(2) Start of Downtime. Downtime for each incident shall start from the time the Government contacts the Contractor's designated representative at the prearranged contact point until the system(s) or machine(s) is returned to the Government in proper operating condition, exclusive of actual travel time required by the Contractor's maintenance personnel but not in excess of one hour on each day such services were requested. However, at the request of the Contractor, the Government shall make available not only the failed equipment, but also those machines which the Contractor must use to accomplish such repairs. The Contractor shall provide an answering service or other continuous telephone coverage to permit the Government to make such contact.

(3) Equipment Use During System Downtime. During a period of system failure downtime, the Government may use operable equipment when such action does not interfere with maintenance of the inoperable equipment. The entire system will be considered down during such periods of use. Whenever the operable equipment is not released to the Contractor upon request, all such usage periods shall be considered system operational use time in computing the effectiveness level.

(4) Machine Failure Downtime. Machine failure downtime for a machine added, field-modified, or substituted, or for a replacement machine after the system has completed a successful performance period is that period of time when such machine is inoperable due to its failure.

(f) Daily Records. The Government shall maintain appropriate daily records to satisfy the requirements of paragraph E.2(b) herein and shall notify the Contractor in writing of the date of successful completion of the performance period.

(g) Remote Devices. For remote devices the standard of performance shall be determined in accordance with paragraph E.2(d)(3) herein. A remote device is defined as any Contractor-supplied device which is connected to the Central Processing Unit by way of data transmission lines rather than Contractor-supplied direct cable connection. The effectiveness level for equipment supplied by the Contractor shall be computed in accordance with paragraph E.2(d)(2) herein and shall exclude downtime attributable to related equipment, cables, transmission lines, wires, etc. not supplied by the Contractor.

(h) Date of Acceptance. The Government shall not accept equipment and shall not pay charges until after the standard of performance is met. The date of acceptance shall be the first day following the completion of the successful performance period.

## E.3 GUARANTEED RERUN OF THE BENCHMARK TEST

(a) Agreement. The Contractor agrees to rerun the benchmark test and/or operational capability demonstration set forth in the solicitation document on the initial proposed ADP system and any proposed augmentations installed under this contract, provided a separate preaward benchmark test was required for the augmented configuration. This rerun shall be completed prior to the start of the acceptance test period.

(b) Required Performance. If the initial installation includes all of the hardware and software used by the Contractor to perform the preaward benchmark test, the time to perform the benchmark rerun(s) shall not exceed the maximum benchmark time(s) specified for the preaward benchmark test for that configuration. If the initial hardware/software configuration installed at the Government's site must be augmented under the terms of the contract, the benchmark rerun(s) shall not exceed the maximum benchmark time(s) specified for the preaward benchmark test for the specific augmented configuration involved.

(c) Files, Data, and Procedures. The benchmark program files, input data, and processing procedures must be the same as those used in the original timed benchmark test. The Contractor agrees to retain all necessary files, programs, and information used in the original benchmark test for the guaranteed rerun benchmark test.

(d) Additional Hardware and Software. If the required performance is not attained on rerun of the benchmark tests, through no fault of the Government, the Contractor shall provide whatever hardware and/or software is necessary to meet the specified benchmark test time(s). Such additional hardware and/or software shall be provided at no cost to the Government for the duration of the system life specified in the solicitation.

(e) Waiver of Test. The Government reserves the right to waive the requirement for Benchmark and Operational Capability Tests if technical compliance can be adequately determined through review of technical proposals.

**E.7 INSPECTION AND ACCEPTANCE (DESTINATION), (NRCC WASH)(OCT 1992)**

(a) Final inspection and acceptance of the supplies to be furnished hereunder shall be made at destination by the COTR.

(b) The COTR shall execute acceptance on the applicable inspection and receiving report (DD Form 250, and forward to the paying office cited on the award page of the contract. One executed copy of the final DD Form 250 shall be forwarded to the contract administration office cited in the contract.

## SECTION F - DELIVERIES OR PERFORMANCE

### F.1 CONTRACT CLAUSES INCORPORATED BY REFERENCE

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CONTRACT CLAUSES

II. DOD FAR SUPPLEMENT (48 CFR CHAPTER 2) CLAUSES

| | | |
|---|---|---|
| 52.212-10 | DELIVERY OF EXCESS QUANTITIES OF $100 OR LESS | SEP 1989 |
| 52.212-13 | STOP-WORK ORDER | AUG 1989 |
| 52.212-15 | GOVERNMENT DELAY OF WORK | APR 1984 |
| 52.247-34 | F.O.B. DESTINATION | DEC 1991 |
| 52.247-54 | DIVERSION OF SHIPMENT UNDER F.O.B. DESTINATION CONTRACTS | MAR 1989 |

### F.2 DELIVERY REQUIREMENTS AND OPTIONS

(a) The Government reserves the right to delay the installation by up to 30 days, at no additional cost to the Government, provided that:

(1) The Contractor shall receive written notice from the Contracting Officer 30 days prior to the scheduled installation date.

(2) Any installation delays beyond 30 days shall be mutually agreed to by the Contractor and the Government.

(b) If the equipment is certified to be ready for use prior to the installation date, the Government, at its option, may elect to use the equipment and change the installation date accordingly. In this event, the contract shall be so amended by the Government.

(c) The Government agrees to have the site prepared in accordance with the Contractor's written site specifications by thirty (30) days prior to the scheduled installation date, unless a shorter period of time is agreed to in writing.

(d) The Government shall provide the Contractor with access to the site for the purpose of installing the equipment prior to the scheduled installation date. The Contractor shall specify

in writing the time required to install the equipment.

**F.3 DELIVERY OF DATA**

The place and time of delivery of data shall be as specified on the DD Form 1423 (Contract Data Requirements List) which is an exhibit to this contract, unless delivery is deferred at the Government's option by written order of the Contracting Officer.

Exhibits A through R apply to Lot I of the contract. Exhibits AI through AZ are required for each optional ATC site (in accordance with option provisions contained herein).

## F.7 TIME AND PLACE OF DELIVERY -- F.O.B. DESTINATION

The contractor shall furnish the items hereunder at the following locations and within the following timeframes and without additional expense to the Government.

| CLIN | DESTINATION | QTY/ UNIT | DELIVERY SCHEDULE PERIOD OF PERFORMANCE |
|---|---|---|---|
| 0001AA | NTCC HAMPTON ROADS | 1/EA | 12 MONTHS AFTER CONTRACT AWARD |
| 0001AB | NTCC CAMP SMITH | 1/EA | 09 MONTHS AFTER CONTRACT AWARD |
| 0001AC | NTCC MAKALAPA | 1/EA | 10 MONTHS AFTER CONTRACT AWARD |
| 0002AA | NTCC HAMPTON ROADS | 1/LT | IN ACCORDANCE WITH CLAUSE C.15 |
| 0002AB | NTCC CAMP SMITH | 1/LT | IN ACCORDANCE WITH CLAUSE C.15 |
| 0002AC | NTCC MAKALAPA | 1/LT | IN ACCORDANCE WITH CLAUSE C.15 |
| 0003 | SEE CLAUSE F.3 | 1/LT | SEE CLAUSE F.3 |
| 0004* | NCTS JAPAN | 1/EA | 9 MONTHS AFTER OPTION EXERCISE |
| 0005* | NCTS JAPAN | 1/LT | IN ACCORDANCE WITH CLAUSE C.15 |
| 0006* | SEE CLAUSE F.3 | 1/LT | SEE CLAUSE F.3 |
| 0007* | NCTS SICILY | 1/EA | 9 MONTHS AFTER OPTION EXERCISE |
| 0008* | NTCS SICILY | 1/LT | IN ACCORDANCE WITH CLAUSE C.15 |
| 0009* | SEE CLAUSE F.3 | 1/LT | SEE CLAUSE F.3 |
| 0010* | NCTS PUERTO RICO | 1/EA | 9 MONTHS AFTER OPTION EXERCISE |
| 0011* | NCTS PUERTO RICO | 1/LT | IN ACCORDANCE WITH CLAUSE C.15 |
| 0012* | SEE CLAUSE F.3 | 1/LT | SEE CLAUSE F.3 |

| CLIN | DESTINATION | QTY/ UNIT | DELIVERY SCHEDULE PERIOD OF PERFORMANCE |
|---|---|---|---|
| 0013* | NCTS LONDON | 1/EA | 9 MONTHS AFTER OPTION EXERCISE |
| 0014* | NCTS LONDON | 1/LT | IN ACCORDANCE WITH CLAUSE C.15 |
| 0015* | SEE CLAUSE F.3 | 1/LT | SEE CLAUSE F.3 |
| 0016- THROUGH 0030* | AS SPECIFIED IN SECT B | N/A | 01 OCT 1994 THROUGH 30 SEPT 1995 |
| 0031- THROUGH 0045* | AS SPECIFIED IN SECT B | N/A | 01 OCT 1995 THROUGH 30 SEPT 1996 |
| 0046- THROUGH 0060* | AS SPECIFIED IN SCET B | N/A | 01 OCT 1996 THROUGH 30 SEPT 1997 |
| 0061- THROUGH 0075* | AS SPECIFIED IN SECT B | N/A | 01 OCT 1997 THROUGH 30 SEPT 1998 |

*IN ACCORDANCE WITH OPTION PROVISIONS CONTAINED HEREIN.

**F.16 NO WAIVER OF DELIVERY SCHEDULE**

None of the following shall be regarded as an extension, waiver, or abandonment of the delivery schedule or a waiver of the Government's right to terminate for default:

(a) Delay by the Government in terminating for default;

(b) Acceptance of delinquent deliveries; and

(c) Acceptance or approval of samples submitted either after default in delivery or in sufficient time for the contractor to meet the delivery schedule. Any assistance rendered to the contractor on this contract or acceptance by the Government of delinquent goods or services hereunder will be solely for the purpose of mitigating damages and is not to be construed as an intention on the part of the Government to condone any delinquency, nor as a waiver of any rights the Government may have under subject contract.

## SECTION G - CONTRACT ADMINISTRATION DATA

### G.1 POINT-OF-CONTACT

The point-of-contact regarding this document is William Thoreen, who can be reached at 202-433-5389.

### G.2 AUTHORIZED CHANGES ONLY BY THE CONTRACTING OFFICER, SUP 5252.243-9000 (JAN 1992)

(a) Except as specified in paragraph (b) herein, no order, statement, or conduct of Government personnel who visit the Contractor's facilities, or in any other manner communicate with Contractor personnel during the performance of this contract, shall constitute a change under the "Changes" clause of this contract.

(b) The Contractor shall not comply with any order, direction, or request of Government personnel unless issued in writing and signed by the Contracting Officer, or pursuant to specific authority otherwise included in this contract.

(c) The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract and, notwithstanding provisions contained elsewhere in this contract, said authority remains solely with the Contracting Officer. In the event the Contractor effects any change (s) at the direction of any person other than the Contracting Officer, that change shall be considered to have been made without authority and no adjustment in price shall be made in the contract (or Delivery Order) to cover any increase in charges incurred as a result thereof. The name and address of the Principle Contracting Officer (PCO) is:

ROSCOE W. CRAWFORD
NAVAL REGIONAL CONTRACTING CENTER
BLDG 200, 901 M ST
WASHINGTON NAVY YARD
WASHINGTON, DC 20374-5014

**G.4 DESIGNATION OF COTR, (NRCC WASH)(OCT 1992)**

(a) (1) The Contracting Officer's Technical Representative (COTR) for this contract is:

| | |
|---|---|
| NAME: | MR. PERCY TOLBERT |
| MAIL ADDRESS: | Space and Naval Warfare Systems Command<br>Code PMW-152-21F<br>2451 Crystal Drive<br>Arlington, VA 22245-5200 |

TELEPHONE NUMBER: (703) 602-8332 Ext. 548

(2) The above-named individual is hereby delegated as the authorized COTR for this contract/order. As such, this individual is responsible for monitoring, progressing and overall technical surveillance of services to be performed under this contract/order and should be contacted regarding questions or problems of a technical nature. In no event will any understanding or agreement, modification, change order, or other matter deviating from the terms of the basic contract between the contractor and any person other than the Procuring Contracting Officer (PCO) or the Administering Contracting Officer (ACO) be effective or binding upon the Government.

(3) When, in the opinion of the contractor, the COTR requests effort outside the existing scope of the contract, the contractor will promptly notify the PCO in writing.

(4) No action will be taken by the contractor under such technical instruction unless the PCO or ACO has issued a contractual change.

(b) List of duties to be performed by COTR in the administration of Contract:

(1) Serve as the point-of-contact through which the contractor can relay questions or problems of a technical nature to the contracting Officer.

(2) Monitor services being performed to ensure the contractor uses personnel meeting the requisite qualifications cited in the contract/order and require contractor's justification when using categories of personnel that are not in proportion to approved estimates.

(3) Review and evaluate contractor's estimates to furnish comments and recommendations to the PCO or ACO as appropriate.

(4) Alert the ACO, as appropriate, to any potential problems which may affect cost or performance schedules. Determine if percentage of work performed reasonably corresponds to the percentage of funds expended.

(5) Ensure that a copy of trip reports of Government personnel visiting contractor's plant, and a copy of all pertinent Government technical correspondence is retained in the COTR contract file.

(6) Review and certify invoices in accordance with invoicing instructions of the contract. Maintain a file with copies of these documents.

(7) Determine causative factors for any slippage in the performance schedule and report to the PCO or ACO making recommendations for corrective action to eliminate the cause of the slippage. In addition, the contractor's performance should be monitored to ensure that corrective action is being taken.

(8) Furnish the PCO with any requests for change, deviation, or waiver (whether generated by Government personnel or contractor personnel), including all supporting paperwork in connection with such change, deviation, or waiver.

(9) Be responsible for the inspection and acceptance of the services performed. Ensure compliance with the clause at FAR 52.246-5 or -6 which provide the Government the right to require the contractor to perform the services again, in conformance with the contract requirements, without payment of additional profit/fee.

(10) Submit to the PCO (with a copy to the ACO), a written evaluation of

(A) the performance of the contractor and

(B) a statement as to the uses made of any deliverables furnished by the contractor.

This report shall be made within 60 days of contract completion or annually on the anniversary date for contracts which include options. The written performance should address the cost effectiveness, quality, and timeliness of contractor performance.

## G.6 SECURITY COGNIZANCE

The highest level of security required under this contract is Top Secret as designated on the DD Form 254, Attachment 8 to this contract. Responsibility for security requirements under this contract is assigned to Director Industrial Security, Defense Investigative Service, Capital Region.

## G.7 COST ACCOUNTING STANDARDS ADMINISTRATION

A copy of this contract has been furnished to the cognizant Contract Administration Office for administration of the Cost Accounting Standards provisions contained herein.

## G.8 AUTHORITY FOR DEOBLIGATION OF UNEXPENDED AND EXCESS DOLLAR BALANCES

The Administrative Contracting Officer (ACO) is authorized to execute contract modifications deobligating unexpended Navy dollar balances considered excess to known contract requirements.

## G.9 ADDITIONAL FUNCTIONS ASSIGNED

In addition to the Contract Administration functions authorized by FAR 42.302, the Administrative Contracting Officer (ACO) is authorized to perform the following administrative functions as checked below:

[X] Negotiate, or negotiate and execute, supplemental agreements issued under the Changes clause.

NOTE: Prior to completion of negotiations and issuance of the supplemental agreement, any delivery schedule change shall be coordinated with the Principle Contracting Officer (PCO).

[X] Negotiate, or negotiate and execute, supplemental agreements changing contract delivery schedules.

[X] Negotiate, or negotiate and execute, supplemental agreements providing for the deobligation of unexpended dollar balances excess to known contract requirements.

[ ] Negotiate changes to interim billing prices.

[X] Issue amended shipping instructions and, when necessary, negotiate and execute supplemental agreements incorporating contractor proposals resulting from the amended shipping instructions.

## G.10 NOTE TO PAYING OFFICE: ADDRESS OF PAYEE

The Contractor shall identify the address to which payments shall be made, if different from that identified on the SF26. Payments are to be mailed to the following address:

____________________________________________________

____________________________________________________

____________________________________________________

## G.12 APPROPRIATION DATA

Accounting and Appropriation Data for this contract is as follows:

| ACRN | ACCOUNTING AND APPROPRIATION DATA | DOLLARS OBLIGATED |
|---|---|---|
| AA | 1741810 52D6 000 EA152 0 068342 2D 000000 D60010000000 | $4,416,645.54 |

## G.14 EXTENDED MAINTENANCE FUNDING

(a) This contract specifies a not-to-exceed amount for per-call maintenance services (labor and travel) outside the Principal Period of Maintenance (OPPM). The Government may unilaterally modify the contract to increase the not-to-exceed amount for these services. However, the Contractor is not obligated to perform, and the Government is not obligated to pay for, services in excess of the dollars specified in Section B.

(b) However, the Contractor is not obligated to perform, and the Government is not obligated to pay, for services that will cause the total maximum value of the contract to be exceeded.

(c) Charges for per-call services shall be invoiced separately and on a calendar month basis

listing the date(s) performed, the service(s) performed, the number of hours, and the reasons for the services.

## G.15 GOVERNMENT DOWNTIME CREDIT

The amount of creditable hours (for failure to arrive within the response time designated in Clause C.21 ("On-Site Maintenance") shall be accumulated for the month and adjusted to the nearest hour. The amount of credit for each hour in excess of the specified response time shall be computed at the applicable OPPM rate specified in the Schedule. The total credit during any month shall not exceed the Total Monthly Maintenance Charge.

## G.16 CALCULATION OF DOWNTIME CREDIT

(a) Definition. System downtime is that period of time when the system is inoperative and no scheduled workload can be accomplished due to a malfunction in the Contractor-supplied/maintained equipment or operating software or the system is inoperative and no scheduled workload can be accomplished because the system is released to the Contractor for remedial services.

(b) Period of Downtime. Downtime shall commence at the time of the actual contact (or bona-fide attempt as defined in the glossary) with the Contractor's maintenance representative at the designated point of contact or with the Contractor's answering service or other continuous telephone coverage provided to permit the Government to make such contact. Downtime shall end when the system and/or machine is returned to the Government in operable condition, including operating software regeneration, if required, ready to perform the scheduled workload. The Contractor shall not be responsible for input of lost workload data.

(c) Maintenance Credit for System Downtime. If the system remains inoperative and cannot perform the scheduled workload due to an equipment or operating software malfunction through no fault or negligence of the Government for a period of 5 consecutive minutes, or more than 10 non-consecutive minutes during a twenty-four (24) hour period, the Contractor shall grant a credit to the Government for each minute of downtime in the amount of one-half (1/2) of one percent of the Total Monthly Charges due under this contract, as defined in Section J, Attachment 1, Glossary. However, no credit shall be due the Government for operating software malfunctions when

(1) the malfunction is not attributable solely to the Contractor-supplied/maintained software, and/or

(2) the Government has made any additions or alterations or otherwise modified the operating software.

The credit for system downtime shall be computed to the nearest half or whole minute. No credit shall accrue to the Government during those periods when the Contractor is denied access to the equipment and the amount of credit granted shall not exceed 1/30th of the Total Monthly Charges for any calendar day.

(d) Maintenance Credit for Equipment Downtime. If a machine remains unusable due to an equipment and/or operating software malfunction through no fault or negligence of the Government, for a period of _2_ consecutive hours or more than _4_ non-consecutive hours during a twenty four (24) hour period, the Contractor shall grant a credit to the Government for each hour of downtime in the amount of one-half (1/2) of one percent of Total Monthly Charges due under this contract, as defined in Section J, Attachment J.1, Glossary, plus similar credits for any other machine(s) supplied under this contract not usable as a result of the malfunction. No credit shall accrue to the Government during those periods when the Contractor is denied access to the equipment and the amount of credit granted under this paragraph for each machine shall not exceed 1/30th of the Total Monthly Charge for the machine for any calendar day. Credit for equipment or software malfunctions shall be computed to the nearest half or whole hour. However, no credit shall be due the Government for operating software or equipment malfunctions when

(1) the malfunction is not attributed solely to the Contractor supplied/maintained software or equipment and/or

(2) the Government has made any additions or alterations or otherwise modified the operating software or equipment.

During a period of downtime, the Government may use operable equipment when such action does not interfere with remedial maintenance. The credit provisions of this paragraph do not apply when paragraph (c) herein is invoked.

(e) Purchased System and/or Equipment. For purchased system/equipment, maintenance downtime credits apply only during the period in which the Contractor has maintenance responsibility.

**G.18 SUBMISSION OF INVOICES IN CONTRACTS FOR ACQUISITION OF FEDERAL INFORMATION PROCESSING (FIP) RESOURCES INCLUDING LEASE, MAINTENANCE, RENTAL AND/OR SUPPORT SERVICES, SUP 5252.232-9003 (JUN 1992)**

(a) The Contractor shall submit original DD-250s with _3_ copies to the address identified on the solicitation/contract award form (SF33 - Block 23), for certification prior to payment.

(b) In addition to the information identified in the clause entitled "Prompt Payment" herein, in, DD-250s shall include the following information:

(1) Contract Line Item Number (CLIN):
(2) Contract Subline Item Number (SLIN), if applicable;
(3) Accounting Classification Reference Number (ACRN);
(4) Payment terms;
(5) Name and serial number of equipment provided or serviced;
(6) Total charges and, if applicable, the Prompt Payment discount.

(c) The Contractor shall submit DD-205s for basic monthly charges in the month following the month for which the charges accrue and not more than on a monthly basis. Payment for rental or services of less than one month's duration shall be prorated at 1/30th of the basic monthly charges for each calendar day.

(d) If maintenance credits apply, the procedures indicated below are applicable:

[ X ] The Government will request, in writing, that the applicable credits for the month be applied against other charges, The request will list the following information:

Type and model number(s) of machine(s);
Date of Occurrence;
Period of downtime; and Credit due.

Invoices for remedial (on-call) maintenance will be accompanied by copies of the applicable malfunction reports regarding the on-call maintenance furnished.

[ ] The government will deduct the credits from the monthly invoice and inform the contractor in writing of the reason.

## G.20 INVOICING ADDRESS

Invoices shall be sent to the following address(es):

NAME: MR. PERCY TOLBERT
MAIL ADDRESS: Space and Naval Warfare Systems Command
Code PMW-152-21F
2451 Crystal Drive
Arlington, VA 22245-5200

TELEPHONE NUMBER: (703) 602-8332 Ext. 548

## G.23 SERVICE CONTRACT GUIDELINES

All Naval personnel involved in inspection or surveillance of Contractor services or liaison with contractor personnel shall conform to the guidelines for using contractor services set forth in the latest version to SECNAVINST 4200.27A.

## G.24 SUBCONTRACTING PLAN

The Contractor's subcontracting plan number *__________, dated ____________ is determined to be acceptable and is hereby incorporated as Attachment ____. A copy of the plan shall be provided to the ACO.

*Not required.

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

### H.2 ADVERTISING OF AWARD

The Contractor agrees not to refer to awards in commercial advertising in such a manner as to state or imply that the product or service provided is endorsed or preferred by the Federal Government or is considered by the Government to be superior to other products or services.

### H.4 POST-AWARD CONFERENCE, (NAVSUP)(JAN 1992)

(a) A post-award conference shall be conducted within 30 days after contract award with representatives of the Contractor, the cognizant Contract Administration Office, and the Contracting Officer at ________to be determined__________. The Contracting Officer, or designated representative, initiating the conference will designate, or act as, the chairperson. At the request of the Procuring Contracting Officer, conference arrangements will be made by the Contract Administration Office, including notification to the Contractor and the Contracting Officer.

(b) The requirement for a post-award conference shall in no event constitute grounds for excusable delay by the Contractor in performance of any provisions in the contract.

## SECTION I - CONTRACT CLAUSES

### I.1 CLAUSES INCORPORATED BY REFERENCE

**I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER I) CLAUSES**
**II. DOD FAR SUPPLEMENT (48 CFR CHAPTER 2) CLAUSES**

**CAUTION TO OFFERORS: THE OFFEROR IS CAUTIONED NOT TO DELETE CLAUSES FROM NOR ADD CLAUSES TO THE FOLLOWING CONTRACT CLAUSE LIST. SUCH AN ACTION MAY CAUSE THE OFFER TO BE REJECTED. NOTE THE AVAILABILITY OF TEXT OF CLAUSES: THE COMPLETE TEXT OF SPECIFIC CLAUSES IS CONTAINED IN TITLES 48 AND 41 OF THE CODE OF FEDERAL REGULATIONS (CFR) AND IS AVAILABLE AT MOST COMPLETE LAW LIBRARIES.**

| CLAUSE | TITLE | DATE |
|---|---|---|
| 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE | DEC 1991 |
| 52.202-1 | DEFINITIONS | APR 1984 |
| 52.203-1 | OFFICIALS NOT TO BENEFIT | APR 1984 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL 1985 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES | OCT 1988 |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | SEP 1990 |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | JAN 1990 |
| 252.203-7000 | STATUTORY PROHIBITIONS ON COMPENSATION TO FORMER DoD EMPLOYEES | DEC 1991 |
| 252.203-7001 | SPECIAL PROHIBITION ON EMPLOYMENT | DEC 1991 |
| 252.203-7002 | DISPLAY OF DoD HOTLINE POSTER | DEC 1991 |
| 52.204-2 | SECURITY REQUIREMENTS | APR 1984 |
| 252.204-7000 | DISCLOSURE OF INFORMATION | DEC 1991 |
| 252.204-7002 | PAYMENT FOR SUBLINE ITEMS NOT SEPARATELY PRICED | DEC 1991 |
| 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS | DEC 1991 |