| | | |
|---|---|---|
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | NOV 1992 |
| 52.210-5 | NEW MATERIAL | APR 1984 |
| 52.210-7 | USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY | APR 1984 |
| 52.212-8 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS | SEP 1990 |
| 52.215-1 | EXAMINATION OF RECORDS BY COMPTROLLER GENERAL | APR 1984 |
| 52.215-2 | AUDIT-NEGOTIATION | DEC 1989 |
| 52.215-22 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA | DEC 1991 |
| 52.215-24 | SUBCONTRACTOR COST OR PRICING DATA | DEC 1991 |
| 52.215-25 | SUBCONTRACTOR COST OR PRICING DATA - MODIFICATIONS | DEC 1991 |
| 52.215-26 | INTEGRITY OF UNIT PRICES | APR 1991 |
| 52.215-27 | TERMINATION OF DEFINED BENEFIT PENSION PLANS | SEP 1989 |
| 52.215-33 | ORDER OF PRECEDENCE | JAN 1986 |
| 52.215-39 | REVERSION OR ADJUSTMENT OF PLANS FOR POST-RETIREMENT BENEFITS OTHER THAN PENSIONS (PRB) | JUL 1991 |
| 252.215-7000 | PRICING ADJUSTMENTS | DEC 1991 |
| 252.215-7002 | COST ESTIMATING SYSTEM REQUIREMENTS | DEC 1991 |
| 252.215-7003 | INDUSTRIAL MODERNIZATION INCENTIVE PROGRAM (IMIP) PRODUCTIVITY SAVINGS REWARDS | DEC 1991 |
| 52.219-8 | UTILIZATION OF SMALL-BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS | FEB 1990 |
| 52.219-9 | SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN | JAN 1991 |
| 52.219-13 | UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES | AUG 1986 |
| 52.219-16 | LIQUIDATED DAMAGES-SMALL BUSINESS SUBCONTRACTING PLAN | AUG 1989 |

| | | |
|---|---|---|
| 252.219-7003 | SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (DoD CONTRACTS) | DEC 1991 |
| 252.219-7005 | INCENTIVE FOR SUBCONTRACTING WITH SMALL BUSINESSES, SMALL DISADVANTAGED BUSINESSES, HISTORICALLY BLACK COLLEGES AND UNIVERSITIES, AND MINORITY INSTITUTIONS | DEC 1991 |
| 52.220-3 | UTILIZATION OF LABOR-SURPLUS AREA CONCERNS | APR 1984 |
| 52.220-4 | LABOR SURPLUS AREA SUBCONTRACTING PROGRAM | APR 1984 |
| 52.222-18 | NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES | MAY 1992 |
| 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT | APR 1984 |
| 52.222-26 | EQUAL OPPORTUNITY | APR 1984 |
| 52.222-28 | EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS | APR 1984 |
| 52.222-35 | AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS | APR 1984 |
| 52.222-36 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS | APR 1984 |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA | JAN 1988 |
| 252.222-7000 | RESTRICTIONS ON EMPLOYMENT OF PERSONNEL | DEC 1991 |
| 52.223-2 | CLEAN AIR AND WATER | APR 1984 |
| 52.223-6 | DRUG-FREE WORKPLACE | JUL 1990 |
| 252.223-7004 | DRUG-FREE WORK FORCE | SEP 1988 |
| 52.225-10 | DUTY-FREE ENTRY | APR 1984 |
| 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | APR 1984 |
| 252.225-7001 | BUY-AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM | DEC 1991 |
| 252.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS | DEC 1991 |
| 252.225-7007 | TRADE AGREEMENTS ACT | DEC 1991 |
| 252.225-7009 | DUTY-FREE ENTRY - QUALIFYING COUNTRY END-PRODUCTS AND SUPPLIES | DEC 1991 |

| | | |
|---|---|---|
| **252.225-7010** | **DUTY-FREE ENTRY - ADDITIONAL PROVISIONS** | **DEC 1991** |
| **252.225-7012** | **PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES** | **DEC 1991** |
| **252.225-7031** | **SECONDARY ARAB BOYCOTT OF ISRAEL** | **JUN 1992** |
| **52.226-1** | **UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES** | **AUG 1991** |
| **52.227-1** | **AUTHORIZATION AND CONSENT** | **APR 1984** |
| **52.227-2** | **NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT** | **APR 1984** |
| **52.227-3** | **PATENT INDEMNITY** | **APR 1984** |
| **52.227-14** | **RIGHTS IN DATA - GENERAL** | **JUN 1987** |
| **252.227-7000** | **NON-ESTOPPEL** | **OCT 1966** |
| **252.227-7013** | **RIGHTS IN TECHNICAL DATA AND COMPUTER SOFTWARE** | **OCT 1988** |
| **252.227-7018** | **RESTRICTIVE MARKINGS ON TECHNICAL DATA** | **OCT 1988** |
| **252.227-7029** | **IDENTIFICATION OF TECHNICAL DATA** | **APR 1988** |
| **252.227-7030** | **TECHNICAL DATA - WITHHOLDING OF PAYMENTS** | **OCT 1988** |
| **252.227-7031** | **DATA REQUIREMENTS** | **OCT 1988** |
| **252.227-7036** | **CERTIFICATION OF TECHNICAL DATA CONFORMITY** | **MAY 1987** |
| **252.227-7037** | **VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA** | **APR 1988** |
| **52.228-5** | **INSURANCE - WORK ON A GOVERNMENT INSTALLATION** | **SEP 1989** |
| **52.229-3** | **FEDERAL, STATE AND LOCAL TAXES** | **JAN 1991** |
| **52.229-5** | **TAXES - CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO** | **APR 1984** |
| **52.230-2** | **COST ACCOUNTING STANDARDS** | **AUG 1992** |
| **52.230-3** | **DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES** | **AUG 1992** |
| **52.230-5** | **ADMINISTRATION OF COST ACCOUNTING STANDARDS** | **AUG 1992** |
| **252.231-7000** | **SUPPLEMENTAL COST PRINCIPLES** | **DEC 1991** |
| **52.232-1** | **PAYMENTS** | **APR 1984** |
| **52.232-8** | **DISCOUNTS FOR PROMPT PAYMENT** | **APR 1989** |
| **52.232-9** | **LIMITATION ON WITHHOLDING OF PAYMENTS** | **APR 1984** |
| **52.232-11** | **EXTRAS** | **APR 1984** |
| **52.232-16** | **PROGRESS PAYMENTS** | **JUL 1991** |
| **52.232-17** | **INTEREST** | **JAN 1991** |

| | | |
|---|---|---|
| 52.232-18 | AVAILABILITY OF FUNDS | APR 1984 |
| 52.232-23 | ASSIGNMENT OF CLAIMS | JAN 1986 |
| 52.232-25 | PROMPT PAYMENT | SEP 1992 |
| 252.232-7004 | DOD PROGRESS PAYMENT RATES | DEC 1991 |
| 252.232-7006 | REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD | AUG 1992 |
| 52.233-1 | DISPUTES | DEC 1991 |
| | Alternate I | DEC 1991 |
| 52.233-3 | PROTEST AFTER AWARD | AUG 1989 |
| 252.233-7000 | CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF | DEC 1991 |
| 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT AND VEGETATION | APR 1984 |
| 252.239-7000 | PROTECTION AGAINST COMPROMISING EMANATIONS | DEC 1991 |
| 52.242-13 | BANKRUPTCY | APR 1991 |
| 252.242-7000 | POSTAWARD CONFERENCE | DEC 1991 |
| 252.242-7004 | MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM | DEC 1991 |
| 52.243-1 | CHANGES - FIXED PRICE | AUG 1987 |
| 52.243-6 | CHANGE ORDER ACCOUNTING | APR 1984 |
| 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS | DEC 1991 |
| 52.244-1 | SUBCONTRACTS (FIXED-PRICE CONTRACTS) | APR 1991 |
| 52.245-2 | GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) | DEC 1989 |
| 52.245-19 | SPECIAL TEST EQUIPMENT | AUG 1988 |
| 52.246-23 | LIMITATION OF LIABILITY | |
| 52.246-24 | LIMITATION OF LIABILITY - HIGH-VALUE ITEMS | APR 1984 |
| | Alternate I | APR 1984 |
| 52.246-25 | LIMITATION OF LIABILITY - SERVICES | APR 1984 |
| 252.246-7000 | MATERIAL INSPECTION AND RECEIVING REPORT | DEC 1991 |
| 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA | DEC 1991 |
| 252.247-7024 | NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA | DEC 1991 |
| 52.248-1 | VALUE ENGINEERING | MAR 1989 |
| 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED PRICE) | APR 1984 |

| | | |
|---|---|---|
| **52.249-8** | **DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)** | **APR 1984** |
| **252.249-7001** | **NOTICE OF SUBSTANTIAL IMPACT ON EMPLOYMENT** | **DEC 1991** |
| **52.253-1** | **COMPUTER GENERATION OF FORMS BY THE PUBLIC** | **JAN 1991** |

## I.2 REQUIREMENT FOR PROCUREMENT INTEGRITY - MODIFICATION, FAR 52.203-9 (NOV 1990)

(a) Definitions. The definitions at FAR 3.104-4 are hereby incorporated in this clause.

(b) The Contractor agrees that it will execute the certification set forth in paragraph (c) of this clause when requested by the Contracting Officer in connection with the execution of any modification of this contract.

(c) Certification. As required in paragraph (b) of this clause, the officer or employee responsible for this offer shall execute the following certification:

CERTIFICATE OF PROCUREMENT INTEGRITY - MODIFICATION

(1) I, ________________________ [Name of certifier], am the officer or employee responsible for the preparation of this modification proposal and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certificate, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement N00600-9 - - (contract and modification number).

(2) As required by subsection 27(e)(1)(8) of the Act, I further certify that, to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of ________________________ [Name of offeror] who has participated personally and substantially in the preparation or submission of this proposal has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations (Continue on plain bond paper if necessary and label Certificate of Procurement Integrity (Continuation Sheet), ENTER NONE IF NONE EXISTS):

[Signature of the officer or employee responsible for the modification proposal and date]

[Typed Name of the officer or employee responsible for the modification proposal]

*Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(d) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer or bid may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the Contractor. If a Contractor decides to rely on a certification executed prior to the suspension of section 27, the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for a period of 6 years from the date a certifying employee's employment with the company ends or, for an agency, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(e) The certification required by paragraph (c) of this clause is a material representation of fact upon which reliance will be placed in executing this modification.

**I.3 CERTIFICATION OF COMMERCIAL PRICING FOR PARTS OR COMPONENTS, FAR 52.215-32 - Alternate I (JUL 1990)**

The requirements of this clause shall become operative only for any modification to this contract involving the furnishing of parts or components, as defined in paragraph (a) of this clause, if awarded as a result of other than full and open competition.

(a) Definitions.

"Lowest commercial price," as used in this clause, means the lowest price at which a sale was made to the general public of a particular part or component. The terms does not include a price at which a sale was made to -

(1) Any agency of the united States;

(2) Customers located outside the United States; or

(3) A subsidiary, affiliate, or parent business organization of the Contractor, or any other branch of the same business entity. "Part or component," as used in this clause, means any individual part, component, subassembly, assembly or subsystem integral to a major system, and other property which may be replaced during the life of the system, and includes spare parts and replenishment spare parts, but does not include packaging or labeling associated with shipment or identification of a part or component.

(b) Submission requirements. The Offeror/Contractor shall execute and submit to the Contracting Officer the following certificate with any offer/proposal as required by FAR 15.813-4 when requested by the Contracting Officer:

CERTIFICATE OF COMMERCIAL PRICING FOR PARTS OR COMPONENTS

(1) Unless justified in subparagraph (b)(2) of this clause, by submission this offer/proposal, the Offeror/Contractor certifies that, to the best of its knowledge and belief, the prices offered for those parts or components (whether or not separately identified) that the Contractor offers for sale are no higher than the lowest commercial price at which such items were sold to the public during the most recent regular monthly, quarterly, or other period for which sales data are reasonably available, provided that in no event shall this period be less than 1-month in duration.

(2) All parts or components for which prices offered are higher than the lowest commercial price referred to in subparagraph (b)(1) of this certificate are identified below (including the amounts by which such offered prices are higher) and a written justification for the differences is attached (list as necessary):

| Part or Component | Price Differences |
|---|---|
| _________None____________ | ____________________________ |
| _________________________ | ____________________________ |
| _________________________ | ____________________________ |
| _________________________ | ____________________________ |

Offer/Proposal Number ________________________________________________

Time period for sales data ______________________________
Firm ______________________________

Typed name and signature ______________________________

Title ______________________________

Date ______________________________

(c) Audit. The Contracting Officer or representatives of the Contracting Officer who are employees of the Government shall have the right to examine and audit all directly pertinent records of sales and related documents, including contract terms and conditions necessary to verify the validity of any certificate executed in accordance with paragraph (b) of this clause. The Contractor shall make those records, books, data, and documents available for examination, audit, or reproduction until 3 years after the date the certificate set forth in paragraph (b) of this clause is executed. Nothing contained in this clause shall require the submission of cost or pricing data not otherwise required by law or regulation.

(d) Price reduction. If any price, including profit or fee negotiated in connection with this contract, or any cost reimbursable under this contract, has increased because the certification paragraph (b)(1) of the certificate or the information provided as justification in subparagraph (b)(2) of the certificate was inaccurate, incomplete, or misleading, the price or cost shall be reduced accordingly and the contract shall be modified to reflect the reduction.

## I.8 OPTION FOR INCREASED QUANTITY - SEPARATELY PRICED LINE-ITEM (MAR 1989) FAR 52.217-7

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor 90 days before exercise. Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.*

*The Government reserves the right to exercise any of the following options at any time between date of contract award (plus applicable notice period) and 31 Jan 1996: Lot II - Option I, Lot III - Option II, Lot IV - Option III, and Lot V - Option IV,

## I.9 OPTION TO EXTEND THE TERM OF THE CONTRACT, (MAR 1989) FAR 52.217-9

(a) The Government may extend the term of this contract by written notice to the contractor within 30 days of contract expiration; provided that the Government shall give the Contractor preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.*

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision consideration.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.

*The Government reserves the right to decrease the quantity of a line item within the option based upon an ATC system not yet being ready for maintenance and training (i.e. installation and acceptance have not been completed).

## I.16 NOTICE OF EVALUATION PREFERENCE FOR SMALL DISADVANTAGED BUSINESS CONCERNS, DFARS 252.219-7006 (DEC 1991)

(Deleted in accordance with Amendment 1 Paragraph 5).

## I.17 PRIOR WRITTEN PERMISSION REQUIRED FOR SUBCONTRACTS

None of the services required by this contract shall be subcontracted to, nor performed by, persons other than the Contractor's employees without the prior written consent of the Procuring Contracting Officer (PCO).

**I.18 SUBCONTRACTING PLAN - INCORPORATED**

(Not applicable; ISN is a small business).

**I.21 PREFERENCE FOR LABOR - SURPLUS AREA CONCERNS, FAR 52.220-1 (APR 1984)**

(a) This acquisition is not a set-aside for labor-surplus area (LSA) concerns. However, the Offeror's status as such a concern may affect

(1) entitlement to award in case of tie offers;

(2) offer evaluation in accordance with the Buy American Act clause of this solicitation.

In order to determine whether the Offeror is entitled to a preference under (1) or (2) above, the Offeror must identify, below, the LSA in which the costs to be incurred on account of manufacturing or production (by the manufacturer or the first-tier subcontractors) amount to more than 50% of the contract price.

______Not Applicable__________ ______________________________

______________________________ ______________________________

(b) Failure to identify the locations as specified above will preclude consideration of the Offeror as an LSA concern. If the Offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the Offeror shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**I.22 EXEMPTION FROM APPLICATION OF SERVICE CONTRACT ACT PROVISIONS, (MAY 1989) FAR 52.222-48**

(a) The following certification shall be checked:

CERTIFICATION

The offeror certifies (X) does not certify ( ) that:

(i) The items of equipment to be serviced under this contract are commercial items which are used regularly for other than Government purposes, and are sold or traded by the Contractor in substantial quantities to the general public in the course of normal business operations;

(ii) The contract services are furnished at prices which are, or are based on, established catalog or market prices for the maintenance, calibration, and/or repair of certain ADP, scientific and medical, and/or office and business equipment. An "established catalog price" is a price included in a catalog, price list schedule, or other form that is regularly maintained by the manufacturer or the Contractor, is either published or otherwise available for inspection by customers, and states prices at which sales are currently, or were last, made to a significant number of buyers constituting the general public. An "established market price" is a current price, established in the usual course of trade between buyers and sellers free to bargain, which can be substantiated from sources independent of the manufacturer or Contractor; and

(iii) The Contractor utilizes the same compensation (wage and fringe benefits) plan for all service employees performing work under the contract as the Contractor uses for equivalent employees servicing the same equipment of commercial customers.

(b) If a negative certification is made and a Service Contract Act wage determination is not attached to the solicitation, the Contractor shall notify the Contracting Officer as soon as possible.

(c) Failure to execute the certification in paragraph (a) of this clause or to contact the Contracting Officer as required in paragraph (b) of this clause may render the bid or offer nonresponsive.

**I.23 SUPPLIES TO BE ACCORDED DUTY - FREE ENTRY, DFARS 252.225-7008 (DEC 1991)**

In accordance with paragraph (a) of the Duty-Free Entry clause and/or paragraph (b) of the Duty-Free Entry -- Qualifying Country End-Products and Supplies clause of this contract, the following supplies are accorded duty-free entry:

Not Applicable

**I.26 RIGHTS TO PROPOSAL DATA (TECHNICAL) FAR 52.227-23 (JUN 1987)**

Except for data contained on pages __________, it is agreed that as a condition of award of this contract, and notwithstanding the conditions of any notice appearing thereon, the government shall have unlimited rights (as defined in the "Rights in Data -- General" clause contained in this contract) in and to the technical data contained in the proposal dated __11/01/93__, upon which this contract is based.

**I.30 FIRMR APPLICABILITY, FIRMR 201-39.5202-1 (OCT 1990)**

This solicitation/contract requires the use or delivery of Federal Information Processing resources, but the Agency has determined that FIRMR Part 201-39 does not apply based on the exception set for in Section 201-39.101-3(b)(ii).

**I.32 PRIVACY OR SECURITY SAFEGUARDS, FIRMR 201-39.5202-5 (OCT 1990)**

(a) The details of any safeguards the Contractor may design or develop under this contract are the property of the Government and shall not be published or disclosed in any way without the consent of the Contracting Officer's express written consent.

(b) The details of any safeguards that may be revealed to the Contractor by the Government in the course of performance under this contract shall not be published or disclosed in any manner without the Contracting Officer's express written consent.

(c) The Government shall be accorded full, free, and uninhibited access to all installations, technical capabilities, operations, documentation, records, and databases for the purpose of carrying out a program of inspection to ensure continued efficacy and efficiency of safeguards against threats and hazards to data security, integrity and confidentiality.

(d) If new or unanticipated threats or hazards are discovered by either the Government or the Contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party. Mutual agreement shall then be reached

on changes or corrections to existing safeguards or institution of new safeguards, with final determination of appropriateness being made by the government. The government's liability is limited to an equitable adjustment of cost for such corrections, and the government shall not be liable for claims of loss of business, damage to reputation, or damages of any other kind arising from discovery of new or unanticipated threats or hazards, or any public or private disclosure thereof.

**I.33 WARRANTY EXCLUSION AND LIMITATION OF DAMAGES FIRMR 201-39.5202-6 (OCT 1990)**

Except as expressly set forth in writing in this agreement, and except for the warranty of merchantability, there are no warranties expressed or implied. In no event will the Contractor be liable to the Government for consequential damages as defined in the Uniform Commercial Code, Section 2-715, in effect in the District of Columbia as of January 1, 1983, i.e., consequential damages resulting from the seller's breach include --

(a) Any loss resulting from general or particular requirements and needs of which the seller at the time of contracting had reason to know and which could have been reasonably prevented by cover or otherwise; and

(b) Injury to person or property proximately resulting from any breach of warranty.

**I.34 REFURBISHED EQUIPMENT CERTIFICATION, SUP 5252.239-9406 (JAN 1992)**

All refurbished or remanufactured equipment supplied to the government must be accompanied by a "Certificate of Maintainability" from the applicable original equipment manufacturer. This certificate must indicate, at the minimum, the following:

(a) Model and serial number of the equipment certified;
(b) Expiration date, if any, of the certification;
(c) Release level of the equipment;
(d) Certification that the manufacturer will accept the equipment for maintenance.

This certification must be received prior to the government commencing evaluation against the acceptance criteria described in Section E. The Contractor shall have the responsibility for contacting the original equipment manufacturer and arranging for equipment certification, which is inclusive of any or all repair/refurbishment. All costs associated with equipment certification will be borne by the Contractor.

**I.35 ADDITIONAL TERMS AND CONDITIONS APPLICABLE TO PURCHASE OF FIP RESOURCES SYSTEMS LIFE CONTRACTS, SUP 5252.239-9409 (JAN 1992)**

(a) Warranty. The following warranty is in addition to the clause at FAR 52.246-18 (if incorporated into Section I), and shall not limit the right of the Government under that clause.

(1) Warranty Period. The Contractor shall furnish, at no cost to the Government, all maintenance (labor and parts), as specified in this contract, both during and outside the Principal Period of Maintenance, for a period of one (1) year beginning on the first day of the successful performance period.

(2) Replaced Parts. All replaced parts during the warranty period shall become the property of the Contractor.

(3) Cost of Movement. Prior to the expiration of the warranty period, whenever equipment is shipped for mechanical replacement purposes, the Contractor shall bear all costs, including but not limited to, costs of packing, transportation, rigging, drayage, and insurance.

(4) Fault of Government. The warranty shall not apply to maintenance required due to the fault or negligence of the Government.

(b) Title (Under Purchase). Title of each machine, including special features installed thereon, will pass to the government when the purchase price is paid.

(c) Purchase of Installed Rental Equipment. N/A. Installed rental equipment acquired under the provisions of paragraph N/A may be purchased at any time. The purchase allowance shall be in accordance with paragraph N/A. All applicable provisions of paragraphs N/A shall apply. Provided that the Contractor clearly demonstrates that the equipment is in good operating condition, the effective date of purchase shall be either

(1) The day following receipt by the Contractor of a funded contract amendment, or funded purchase order; or

(2) A later date if so specified in the order; or

(3) An earlier date when mutually agreed to, and a confirming order is received within thirty (30) day after the effective date of purchase.

## I.36 ADDITIONAL TERMS AND CONDITIONS APPLICABLE TO SOFTWARE ACQUISITION, SUP 5252.239-9410 (JAN 1992)

(a) Warranty. All software furnished pursuant to the terms and conditions of this contract shall be unconditionally guaranteed for a period of one (1) year beginning on the first day of acceptance.

(b) Title. Title to software systems acquired under this contract and any reproductions or versions thereof shall remain with the Contractor.

(c) Risk of Loss or Damage. The government shall be relieved from all risks of loss or damage to the software.

(d) Liability for Injury or Damage. The Contractor shall not be liable for any injury to government personnel or damage to government property arising from use of software provided by the Contractor unless such injury or damage is due to the fault or negligence of the Contractor.

## I.37 COMMITMENTS, WARRANTIES, AND REPRESENTATIONS, SUP 5252.239-9413 (JAN 1992)

Any written commitment by the Contractor within the scope of this contact shall be binding upon the Contractor. Failure of the Contractor to fulfill any such commitment shall render the Contractor liable for liquidated, or other such damages due to the government under the terms of this contract. For the purpose of this contract, a written commitment by the Contractor is limited to the proposals submitted by the Contractor, and to specific written modifications to the proposal. Written commitments by the Contractor are further defined as including

(1) any warranty or representation made by the Contractor in a proposal as to hardware or software performance; total systems performance; other physical, design, or functional characteristics of a machine, software package, or system, or installation date;

(2) any warranty or representation made by the Contractor concerning the characteristics or items described in paragraph (1) herein made in any publications, drawings, or specifications accompanying or referred to in a proposal; and

(3) any modification of or affirmation or representation as to the above which is made by the Contractor in or during the course of the Live Test Demonstration or negotiations,

whether or not incorporated into a formal amendment to the proposal in question.

**I.38 CONTRACTOR REPRESENTATION, SUP 5252.239-9415 (JAN 1992)**

Unless the Contractor expressly states otherwise in the Contractor's proposal, where functional requirements are expressly stated as part of the requirement of the solicitation, the Contractor, by responding, represents that, in its opinion, the system(s)/item(s) proposed is/are capable of meeting those requirements. However, once the system(s)/item(s) is/are accepted by the government, Contractor responsibility under this clause ceases. In the event of any inconsistency between the detailed specification and the functional specification contained in the solicitation, the former shall control.

**I.39 ACQUISITION OF ADPE BY THE CONTRACTOR FOR CONTRACT PERFORMANCE**

(a) This clause applies to Contractor-acquired ADPE, except for components as end-items delivered to the government, if the ADPE is for the account of the government, or if title will pass to the government. The Contractor shall comply with the provisions of DFARS 270.6 and receive ACO and PCO approval prior to acquiring ADPE required for the performance of the contract. If approved, the Contractor shall acquire ADPE on a competitive basis unless otherwise specifically approved. Acquisition shall not be made until funding is provided on the contract and the contract is modified to include specifics of the approval.

(b) Nothing herein shall be construed as permission to incur costs in excess of those obligated to the contract, nor does it authorize reimbursement to be made contrary to the payment provisions of the contract.

(c) The Contractor shall not:

(1) acquire ADPE under the contract which is unnecessary for execution of the contract;

(2) acquire ADPE or commercial software for Navy use; or

(3) place commercial software subcontracts for the account of the government under this contract prior to obtaining ACO approval, if required, under the "Subcontracts" clause of this contract.

(d) Under any circumstance, the Contractor shall acquire commercial software competitively to the maximum extent practicable.

(e) The Contractor shall comply with the Government Property clause of the contract and FAR Part 45.

(f) For Labor-Hour and Time-and-Materials contracts, the term contract as used in this clause is understood to mean Delivery Order. The term ADPE is defined in FAR 31.001.

**I.40 CERTIFICATION OF INDIRECT COSTS, (APR 1986) DFARS 252.242-7001**

(a) The Contractor shall --

(1) Certify any proposal to establish or modify billing rates or to establish final indirect-cost rates;

(2) Use the form set forth in paragraph (c) of this clause; and

(3) Have the certificate signed by an individual of the Contractor's organization at a level no lower than a vice president or chief financial officer of the business segment of the Contractor that submits the proposal.

(b) Failure to submit a signed certificate, as described in this clause, shall result in payment of indirect costs at rates unilaterally established by the Government.

(c) The certificate of indirect costs shall read as follows:

CERTIFICATE OF INDIRECT COSTS

This is to certify that to the best of my knowledge and belief:

1. I have reviewed the indirect-cost proposal submitted herewith.

2. All costs included in this proposal N00600-93-R-2790 dated 11/01/93 (identify, date) to establish billing or final indirect cost rates for length of contract (identify period covered by rate) are allowable in accordance with the requirements of contracts to which they apply and with the cost principles of the Department of Defense applicable to those contracts;

3. This proposal does not include any costs which are unallowable under applicable cost principles of the Department of Defense, such as (without limitation): advertising and

public relations costs, contributors and donations, entertainment costs, fines and penalties, lobbying costs, defense of fraud proceedings, and good will; and

4. All costs included in this proposal are properly allocable to Defense contracts on the basis of a beneficial or causal relationship between the expenses incurred and the contracts to which they are allocated in accordance with applicable acquisition regulations.

I declare under penalty of perjury that the foregoing is true and correct.

Firm: ______________________________
Signature: ____________________________
Name of Corporate Official: ________________
Title: ______________________________
Date of Execution: ______________________

**I.42 STANDARD COMMERCIAL WARRANTY, SUP 5252.246-9401 (JAN 1992)**

(a) The Offeror shall extend to the government the full coverage of any standard commercial warranty normally offered in a similar commercial sale, provide such warranty is available at no additional cost to the government. Acceptance of the Standard commercial warranty does not waive the government's rights with regard to other terms and conditions of this contract. In the event of a conflict, the terms and conditions of the contract shall take precedence over the standard commercial warranty. The standard commercial warranty period shall begin upon final acceptance of the applicable material and/or services listed in the Schedule.

(b) The Contractor shall provide a copy of its standard commercial warranty (if applicable) with its offer. The /warranty shall cover a period of __5 years__ [Offeror to insert number].

**I.43 LIABILITY, AUTOMOBILE AND WORKMAN'S COMPENSATION INSURANCE**

The following types of insurance are required in accordance with the clause entitled "INSURANCE - WORK ON A GOVERNMENT INSTALLATION" (FAR 52.228-5) and shall be maintained in the minimum amounts shown:

(a) Comprehensive General Liability: $200,000 per person and $500,000 per accident for bodily injury.

(b) Automobile Insurance: $200,000 per person and $500,000 per accident for bodily injury and $20,000 per accident for property damage.

(c) Standard Workmen's compensation and Employer's Liability Insurance (or, where maritime employment is involved, Longshoremen's and Harbor Worker's Compensation Insurance) in the minimum amount of $100,000.

## I.44 RISK OF LOSS OR DAMAGE

(a) Risk of Loss or Damage - Leased Equipment.

(1) The Government is relieved of all risk of loss or damage to the equipment during periods of transportation and installation, and during the entire time the equipment is in the possession of the Government, except for

(i) loss or damage caused by nuclear reaction, nuclear radiation, radioactive contamination, war, insurrection, civil strife, rebellion, weapons of war; or

(ii) negligence on the part of the Government or its agents, provided however, that the Government shall be relieved of the liability for such risks of loss or damage due to negligence if any commercial customer of the Contractor is relieved of such liability under like circumstances.

(2) If the Government is liable for loss or damage of a machine, the Contractor shall have the option to restore the machine to its previous condition, in which event the Government shall pay the Contractor to perform such restoration at the Contractor's then-current prices, terms and conditions.

(3) If the Contractor elects not to restore the machine, the Government may, at its own expense, restore the machine to its previous condition. If, however, the machine is lost or damaged beyond repair, the Government shall pay to the Contractor the same price for the machine as the Government would have paid had it purchased the machine on the day prior to the loss or damage under the provisions of this contract. This clause shall govern risk of loss or damage, notwithstanding any other provisions of this contract relating to title, payment, or ownership.

(b) Risk of Loss or Damage - Purchased Equipment

(1) The Government is relieved of all risk of loss or damage to the equipment, up to and including the day prior to the first day of a successful performance period, except for

(i) loss or damage caused by nuclear reaction, nuclear radiation, radioactive contamination, war, insurrection, civil strife, rebellion, weapons of war; or

(ii) negligence on the part of the Government or its agents, provided, however, that the Government shall be relieved of the liability for such risks of loss-or damage due to negligence if any commercial customer of the Contractor is relieved of such liability under like circumstances.

(2) If the Government is liable for loss or damage of a machine, the Contractor shall have the option to restore the machine to its previous condition, in which event the Government shall pay the Contractor to perform such restoration at the Contractor's then-current prices, terms and conditions. If the Contractor elects not to restore the machine, the Government may, at its own expense, restore the machine to its previous condition. If, however, the machine is lost or damaged beyond repair, the Government shall pay the Contractor the same price for the machine as the Government would have paid if it had purchased the machine on the day prior to the loss or damage under the provisions of this contract. This clause shall govern risk of loss or damage, notwithstanding any other provisions of this contract relating to title, payment, or ownership.

**I.45 PREPARATION OF VALUE ENGINEERING CHANGE PROPOSALS, DFARS 252.248-7000 (DEC 1991)**

Prepare Value Engineering change proposals, for submission pursuant to the value engineering clause of this contract, in the format prescribed by the version of MIL-STD-973 in effect on the date of contract award.

**I.46 CHANGE PROPOSALS**

(a) After contract award, the Government may solicit, and the Contractor is encouraged to independently propose, changes to the equipment, software specifications, or other requirements of this contract. These changes may be proposed to save money, to improve performance, to save energy, or to satisfy increased data processing requirements. However, if proposed