changes relating to improved performance are necessary to meet increased data processing requirements of the user, those requirements shall not exceed the contract requirements by more than 25%. If the proposed changes are acceptable to both parties, the Contractor shall submit a price proposal to the Government for evaluation. Those proposed changes that are acceptable to the Government will be processed as modifications to the contract.

(b) This clause applies only to those proposed changes identified by the Contractor under a proposal submitted pursuant to the provisions of this clause. At a minimum, the following information shall be submitted by the Contractor with each proposal:

(1) A description of the difference(s) between the existing contract requirement and the proposed change(s), and the comparative advantages and disadvantages of each;

(2) Itemized requirements of the contract which must be changed if the proposal is adopted, and the proposed revision to the contract for each such change;

(3) An estimate of the changes in performance and cost, if any, that will result from adoption of the proposal;

(4) An evaluation of the effects the proposed change would have on collateral costs to the Government, such as Government-furnished property costs, costs of related items, and costs of maintenance and operation; and

(5) A statement of the time by which the change order adopting the proposal must be issued so as to obtain the maximum benefits of the changes during the remainder of this contract. Also, any effect on the contract completion time or delivery schedule shall be identified.

(c) Change proposals submitted to the Contracting Officer shall be processed expeditiously. The Government shall not be liable for proposal preparation costs or any delay in acting upon any proposal submitted pursuant to this clause. The Contractor has the right to withdraw, in whole or in part, any change proposal not accepted by the Government within the period specified in the change proposal. The decision of the Contracting Officer as to the acceptance of any such proposal under this contract shall be final and shall not be subject to the "Disputes" clause of this contract.

(d) The Contracting Officer may accept any change proposal submitted pursuant to this clause by giving the Contractor written notice thereof. This written notice may be given by issuance of a modification to this contract. Unless and until a modification is executed to incorporate a

change proposal under this contract, the Contractor shall remain obligated to perform in accordance with the terms of the existing contract.

(e) If a change proposal submitted pursuant to this clause is accepted and applied to this contract, an equitable adjustment in the contract price and in any other affected provisions of this contract shall be made in accordance with this clause and other applicable clauses of this contract.

(f) The Contractor is requested to identify specifically any information contained in the change proposal which the Contractor considers confidential and/or proprietary. Identification of information as confidential and/or proprietary is for information purposes only shall not be binding on the Government to prevent disclosure of such information. Offerors are advised that such information may be subject to release upon request pursuant to the Freedom of Information Act (5 U.S.C. 552).

(g) Nothing in this clause shall be construed to authorize change proposals which are properly changes under the "Changes" clause or new work which require justification and approval in accordance with FAR Part 6. All matters should be coordinated with the Contracting Officer.

**I.49 CLAUSES INCORPORATED BY REFERENCE, FAR 52.252-2 (JUN 1988)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

**I.50 ALTERATIONS IN CONTRACT,
FAR 52.252-4 (APR 1984)**

Portions of this contract are altered as follows:

| | | | | |
|---|---|---|---|---|
| G.4 | G.6 | | G.12 | G.20 |
| G.24 | H.4 | I.18 | I.26 | |

**I.51 AUTHORIZED DEVIATIONS IN CLAUSES,
FAR 52.252-6 (APR 1984)**

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR

Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation of any Defense Federal Acquisition Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

## SECTION J - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

ATTACHMENTS:
1. Glossary (2 pages)
2.* Federal Information Processsing Standards (FIPS) Checklist (8 pages)
3.* Cost/Price Tables for Provision L.21. (6 pages)
4.* Certificate of Performance (1 page)
5.* Live Test Demonstration Evaluation Standards (15 pages)
6. DD Forms 1423 (Exhibits A through AZ)(36 pages)
7.* DD Forms 1664 (95 pages)
8.**DD Form 254 (2 pages)
9. Appendices to the Specification:
   - (A) - NTCC HAMPTON ROADS, (35 pages)
   - (B) - NCTS JAPAN (26 pages)
   - (C) - NTCC MAKALAPA (29 pages)
   - (D) - NTCC CAMP SMITH (23 pages)
   - (E) - NCTS SICILY (37 pages)
   - (F) - NCTS PUERTO RICO (23 pages)
   - (G) - NCTS LONDON (31 pages)
   - (H) - Examples of currently used TCF forms (10 pages)
   - *(I) - ATC NMC Functional Requirements (2 pages)
   - *(J) - List of Acronyms and Abbreviations (2 pages)
   - *(K) - Information Exchange Subsystems (IFS) Descriptions and Signal Flow diagrams(EE130-PL-OMI-020/W142-UHFSATCOM Manual)
10. Contract Administration Plan (2 pages)
11. *Amendments to the RFP (Note: all replacement pages and Pen & Ink changes identified in amendments have been inserted into award document.)

    *Amendment 0001, *Amendment 0002, *Amendment 0003
    *Amendment 0004, *Amendment 0005, *Amendment 0006
    *Amendment 0007, *Amendment 0008, *Amendment 0009
    *Amendment 0010, *Amendment 0011, *Amendment 0012
    *Amendment 0013

Solicitation sections K, L and M have been removed from award document for distribution purposes only.

* Deleted from award document for distribution purposes only.
**DD form 254 will be provided in a subsequent modification to the contract.

ISN proposal dated 11/1/93, revised proposal dated 2/15/94 and BAFO dated 5/18/94 are incorporated into award document by reference.

# Attach (1)

# ATTACHMENT I - GLOSSARY

The definitions and explanations set forth in this glossary are an integral part of the terms and conditions of this contract.

1. ALTERATION. An alteration is defined as any change to a machine which deviates from the physical, mechanical, or electrical machine design (including microcode), whether or not additional devices or parts are required.

2. ATTACHMENT. An attachment is defined as the mechanical, electrical, or electronic interconnection of equipment manufactured by other than the original equipment manufacturer of the machine or system.

3. BONA - FIDE ATTEMPT.

A Bona Fide Attempt is defined as the Government's attempt to contact the POC designated by the Contractor. If contact cannot be made within 30 minutes after continuous attempts (10 minutes intervals), the response time will start at the end of that time. If contact is made within 30 minutes, the response time will start at the time of contract. If the 30 minute time limit for contact has expired, the response time will begin and the Government will continue its attempt to make contact.

4 DATA PROCESSING EQUIPMENT SYSTEM AND/OR SUBSYSTEM. The total complement of individual machines and operating software furnished by the Contractor and acquired to operate as an integrated group.

5. EQUIPMENT. An all-inclusive term which refers either to individual machines or to the total complement of machines required to operate as an integrated group.

6. EQUIPMENT AND/OR OPERATING SOFTWARE FAILURE. A malfunction in the Contractor-supplied equipment and/or operating software, excluding all external factors, which prevents the accomplishment of a job.

7. EXTENDED MAINTENANCE PERIOD OPTION. Option to require maintenance service, during any extension of the Principal Period of Maintenance at a fixed price for such period, regardless of the number of calls requested during such period.

8. INSTALLATION DATE. The date by which the Contractor must have the ordered equipment ready for use by the Government.

9. MACHINE. An individual unit, including features installed thereon, of a data processing system, or subsystem, identified by a type and/or model number, such as a central processing unit, an additional memory module, a tape unit, a card reader, etc.

10. MECHANICAL REPLACEMENT. The replacement of one machine for another occasioned by the mechanical condition of the equipment being replaced.

11. OPERATIONAL USE TIME. The time during which equipment is in actual operation, exclusive of idle time, standby time or maintenance time due to Contractor caused machine failure; not synonymous with "power-on" time.

12. OPERATING SOFTWARE. Those routines that interface directly with hardware peripheral devices, the computer operations, applications, and utility programs.

13. PREVENTIVE MAINTENANCE. That maintenance performed by the Contractor which is designed to keep the equipment in proper operating condition. It is performed on a scheduled basis.

14. PRINCIPAL PERIOD OF MAINTENANCE. Any nine consecutive hours per day, including an official meal period not to exceed one hour per day, excluding holidays observed at the installation. (Unless a longer period is specifically set forth in the schedule.)

15. REMEDIAL MAINTENANCE. That maintenance performed by the Contractor which results from Contractor-supplied equipment or operating software failure. It is performed as required and therefore on an unscheduled basis.

16. SYSTEM'S LIFE.

"Systems or Items Life" means a forecast or projection of the period of time that begins with the installation of the systems or items and ends when the need for such systems or items has terminated. Systems or items life is established by the Government on the basis of requirements and is usually set forth in the solicitation. Systems or items life is not necessarily synonymous with the actual life of the systems or items.

17. TOTAL MONTHLY CHARGES.

(a) Rental. All monthly charges for the use (rental) of equipment and software and for maintenance thereof.
(b) Maintenance of Government-owned. All monthly charges for the maintenance of equipment and software supplied under this contract.

(c) The "total monthly charge" for any equipment acquisition plan wherein the Government acquires title to the equipment shall be the total charge per site for equipment, software and their monthly maintenance provided under this contract at each site, divided by the number of months in the System's Life stated in Section M. When requirements change, option quantities are exercised, or evaluated option features are ordered subsequent to award, the "total monthly charge" shall be recomputed as stated herein.

# Attach (6)

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | A | TDP ____ TM ____ OTHER MANAGEMENMT |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

**Data Item A001**

| Field | Value |
|---|---|
| 1. DATA ITEM NO. | A001 |
| 2. TITLE OF DATA ITEM | Management Plan |
| 3. SUBTITLE | |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-MGMT-80004 of 3 May 85 |
| 5. CONTRACT REFERENCE | S.O.W. 3.6.1 |
| 6. REQUIRING OFFICE | PMW 152 |
| 7. DD 250 REQ | LT |
| 8. APP CODE | |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ONE/R |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | 30 DAC |
| 13. DATE OF SUBSEQUENT SUBMISSION | 30 DARC |
| 17. PRICE | |
| 18. ESTIMATED TOTAL | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ------> | 4 | 4 | |

16. REMARKS

Government will review NLT 30 DAR.

Contractor shall include a program schedule showing the planned program execution as part of the Management Plan.

**Data Item A002**

| Field | Value |
|---|---|
| 1. DATA ITEM NO. | A002 |
| 2. TITLE OF DATA ITEM | Conference Agenda |
| 3. SUBTITLE | |
| 4. AUTHORITY (Date Acquisiton Document No.) | DI-A-7088 of 18 Feb 81 |
| 5. CONTRACT REFERENCE | S.O.W. 3.6.1 |
| 6. REQUIRING OFFICE | PMW 152 |
| 7. DD 250 REQ | LT |
| 8. APP CODE | |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | As required |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | 15 DP MTG |
| 13. DATE OF SUBSEQUENT SUBMISSION | At Meeting |
| 17. PRICE | |
| 18. ESTIMATED TOTAL | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ------> | | 3 | |

16. REMARKS

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: B
C. CATEGORY: TDP ____ TM ____ OTHER MANAGEMENMT
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

1. DATA ITEM NO.: A003
2. TITLE OF DATA ITEM: Conference Minutes
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-A-7089 of 18 Feb 81
5. CONTRACT REFERENCE: S.O.W. 3.6.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: As required
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: 15 DA MTG
13. DATE OF SUBSEQUENT SUBMISSION:
16. REMARKS:
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ——> | | 3 | |

1. DATA ITEM NO.: A004
2. TITLE OF DATA ITEM: Contractors Progress, Status, and Mgmt. Report
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-MGMT-80227 of 5 Sep 86
5. CONTRACT REFERENCE: S.O.W. 3.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: Monthly
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: See Block 16
16. REMARKS:
Block 12: Submit 15 days after first full month after contract award.
Block 13: Submit 15 days after the end of each reporting period.
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 3 | |
| NRCC | | 1 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ——> | | 5 | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |


Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | C | TDP ____ TM ____ OTHER INSTALL. ENGINEERING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| B001 | Site Survey Report | | |

| 4. AUTHORITY (Data Acquisiton Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-S-30601 of 1 Jul 77 | S.O.W. PARA 3.4.9 | PMW 152 | |

| 7. DD 250 REQ | 8. APP CODE | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 11. AS OF DATE | 12. DATE OF FIRST SUBMISSION | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|---|---|---|---|
| LT | | | ONE/R | | See Block 16 | 15 DARC |

16. REMARKS

Block 12: Draft report due 15 days after site visit. Government will review and comment 30 DAR.
*Block 2: Deliver separate reports for each site.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 4 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 5 | 5 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| B002 | Telecommunication System Installation Plan | | |

| 4. AUTHORITY (Data Acquisiton Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-MGMT-81118 of 19 Dec 90 | S.O.W. 3.4.7 | PMW 152 | |

| 7. DD 250 REQ | 8. APP CODE | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 11. AS OF DATE | 12. DATE OF FIRST SUBMISSION | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|---|---|---|---|
| LT | A | | ONE/R | | See Block 16 | 30 DARC |

16. REMARKS

Block 12: Draft due 3 months after contract award or option exercise. Government will review and comment or approve NLT 30 DAR.
Block 2: Deliver separate reports for each site.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 4 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 5 | 5 | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: D
C. CATEGORY: TDP TM OTHER CONFIGURATION MGMT.
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: C001
2. TITLE OF DATA ITEM: Configuration Management Plan
3. SUBTITLE:
4. AUTHORITY (Data Acquisiton Document No.): DI-CMAN-80858 of 20 Jun 89
5. CONTRACT REFERENCE: S.O.W. 3.4.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: AN
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: 90 DAC
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
16. REMARKS: Government will review and comment or approve NLT 60 DAR.
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 4 | |

---

1. DATA ITEM NO.: C002
2. TITLE OF DATA ITEM: Baseline Description Document
3. SUBTITLE: Product Baseline Description
4. AUTHORITY (Data Acquisiton Document No.): DI-CMAN-81121 of 1 Feb 91
5. CONTRACT REFERENCE: S.O.W. 3.4.3
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: DD
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
16. REMARKS:
Block 3: Contractor shall provide unique deliverable for each site.
Block 12: Submit 4 months after contract award. Government will review and provide any comments if required, NLT 30 DAR.
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 4 | |

---

G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE