*DD Form 1423-2: Contract [illegible]ta Requirements List (2 Data [illegible]ns)*

| CONTRACT DATA REQUIREMENTS LIST (2 Data Items) | *Form Approved* *OMB No. 0704-0188* |
|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | E | TDP ____ TM ____ OTHER CONFIGURATION MGMT |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| C003 | Engineering Change Proposal | | |

| 4. AUTHORITY (Data Acquisiton Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-CMAN-80639A of 17 Apr 92 | S.O.W. 3.4.1 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | As required | As required |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| A | | | As required |

16. REMARKS

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ———> | | 3 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| C004 | Request for Deviation | | |

| 4. AUTHORITY (Data Acquisiton Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-CMAN-80640A of 17 Apr 92 | S.O.W. 3.4.4 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | As required | As required |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| A | | | As Required |

16. REMARKS

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ———> | | 3 | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: F
C. CATEGORY: TDP TM OTHER CONFIGURATION MGMT
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

1. DATA ITEM NO.: C005
2. TITLE OF DATA ITEM: Request for Waiver
3. SUBTITLE:
4. AUTHORITY (Data Acquisiton Document No.): DI-CMAN-80641A of 17 Apr 92
5. CONTRACT REFERENCE: S.O.W. 3.4.4
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: As required
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: As required
13. DATE OF SUBSEQUENT SUBMISSION: As required
16. REMARKS:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ---------> | | 3 | |

1. DATA ITEM NO.:
2. TITLE OF DATA ITEM:
3. SUBTITLE:
4. AUTHORITY (Data Acquisiton Document No.):
5. CONTRACT REFERENCE:
6. REQUIRING OFFICE:
7. DD 250 REQ:
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY:
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION:
13. DATE OF SUBSEQUENT SUBMISSION:
16. REMARKS:

Intentionally left blank.

17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| 15. TOTAL ---------> | | | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: G
C. CATEGORY: TDP ____ TM ____ OTHER SOFTWARE
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: D001
2. TITLE OF DATA ITEM: Doc. of Commercially Available or Priv. Dev.
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-E-7141 of 18 Jan 85
5. CONTRACT REFERENCE: S.O.W. 3.3.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: 0 Time
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: 180 DAC
13. DATE OF SUBSEQUENT SUBMISSION: NONE
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ——> | | 3 | |

16. REMARKS

Block 4: Tailor DI-E-7141 as follows:
a. Change block 3.2 all after satisfactory to read "for its intended use. If approved..."
b. Delete block 7.1 in its entirety.
c. Delete from block 7.2 "as defined in DoD-STD-1467 (AR)."

Block 12: Government will review and comment NLT 30 DAR.

---

1. DATA ITEM NO.: D002
2. TITLE OF DATA ITEM: Computer System Operator's Manual
3. SUBTITLE: NMS Operator's Manual
4. AUTHORITY (Data Acquisition Document No.): DI-MCCR-80018A of 29 Feb 88
5. CONTRACT REFERENCE: S.O.W. 3.8.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: DD
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 5 | |

16. REMARKS

Block 12: Six (6) months ADC or option exercise.
Block 13: Government will review and comment or approve NLT 30 DAR.

---

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO. 0003 | B. EXHIBIT H | C. CATEGORY: TDP TM OTHER SOFTWARE |
| D. SYSTEM/ITEM AUTOMATED TECHNICAL CONTROL | E. CONTRACT/PR NO. N00600-94-C-0389 | F. CONTRACTOR |

| | | | |
|---|---|---|---|
| 1. DATA ITEM NO. D003 | 2. TITLE OF DATA ITEM Software User's Manual | 3. SUBTITLE | 17. PRICE GROUP |
| 4. AUTHORITY (Data Acquisition Document No.) DI-MCCR-80019A of 29 Feb 88 | 5. CONTRACT REFERENCE S.O.W. 3.8.1 | 6. REQUIRING OFFICE PMW 152 | 18. ESTIMATED TOTAL PRICE |
| 7. DD 250 REQ DD | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY AS REQ | 12. DATE OF FIRST SUBMISSION See Block 16 |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION 30 DARC |

16. REMARKS

Block 12: Six (6) months ADC or option exercise.
Block 13: Government will review and comment or approve NLT 30 DAR

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ---------> | 4 | 5 | |

| | | | |
|---|---|---|---|
| 1. DATA ITEM NO. D004 | 2. TITLE OF DATA ITEM Software Programmer's Manual | 3. SUBTITLE | 17. PRICE GROUP |
| 4. AUTHORITY (Data Acquisition Document No.) DI-MCCR-80021A of 29 Feb 88 | 5. CONTRACT REFERENCE S.O.W. 3.8.1 | 6. REQUIRING OFFICE PMW 152 | 18. ESTIMATED TOTAL PRICE |
| 7. DD 250 REQ LT | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY AS REQ | 12. DATE OF FIRST SUBMISSION See Block 16 |
| 8. APP CODE A | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION 30 DARC |

16. REMARKS

Block 12: Six (6) months ADC or option exercise. Government will review and comment or approve NLT 30 DAR.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ---------> | 4 | 5 | |

| | | | |
|---|---|---|---|
| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |

*DD Form 1423-2, JUN 90* *Previous editions are obsolete*



1059/183

**Attachment 6**

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: I
C. CATEGORY: TDP TM OTHER SOFTWARE
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: D005
2. TITLE OF DATA ITEM: Software Program Maintenance Manual
3. SUBTITLE:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:
4. AUTHORITY (Data Acquisiton Document No.): DI-MCCR-80317 of 12 Feb 87
5. CONTRACT REFERENCE: S.O.W. 3.8.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: AS REQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ---------> | 4 | 5 | |

16. REMARKS

Block 12: Six (6) months ADC or option exercise. Government will review and comment or approve NLT 30 DAR

---

1. DATA ITEM NO.: D006
2. TITLE OF DATA ITEM: Job Manual
3. SUBTITLE:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:
4. AUTHORITY (Data Acquisiton Document No.): DI-ILSS-80559 of 7 Apr 88
5. CONTRACT REFERENCE: S.O.W. 3.8
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: 0 Time
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| EACH SITE (7) | 7 | 28 | |
| 15. TOTAL ---------> | 11 | 33 | |

16. REMARKS

Block 12: Due upon completion of installation. Government will review and comment or approve NLT 45 DAR.
Tailor DI-ILSS-80559 as follows:
a. Add block 7.3: This DID is for the identification and procurement of the Technical Manual(s) required for CFE installed as part of this procurement. This information may be contained in one or several binders but shall include all information necessary to perform, but not limited to, the operational, maintenance and fault isolation functions of the system.

---

G. PREPARED BY:
H. DATE:
I. APPROVED BY:
J. DATE:

*DD Form 1423-2: Contract [illegible]ata Requirements List (2 Data [illegible]ms)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | J | TDP ____ TM ____ OTHER LOGISTICS |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| E001 | Integrated Support Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-ILSS-80395 of 3 Aug 87 8768 | S.O.W. 3.4.5 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | 90 DAC |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| AN | | | 30 DARC |

16. REMARKS

Government will review and comment or approve NLT 30 DAR.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 6 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 4 | 7 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| E002 | Maintenance Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-ILSS-80816 of 24 May 89 | S.O.W. 3.4.5 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | 150 DAC |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| AN | | | 30 DARC |

16. REMARKS

Government will review and comment or approve NLT 30 DAR.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 6 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 4 | 7 | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



1059/183

**Attachment 6**

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: K
C. CATEGORY: TDP TM OTHER LOGISTICS
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N0600-94-C-0389
F. CONTRACTOR:

1. DATA ITEM NO.: E003
2. TITLE OF DATA ITEM: Proposed Spare Parts List
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-80134A of 6 Nov 90
5. CONTRACT REFERENCE: S.O.W. 3.2.5
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: 0 Time
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | 0 | 0 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ---------> | 1 | 1 | |

16. REMARKS

Block 12: Six (6) months after contract award or option exercise.

1. DATA ITEM NO.: E004
2. TITLE OF DATA ITEM: Spare Parts Usage Report
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-80483 of 30 Oct 87
5. CONTRACT REFERENCE: S.O.W. 3.2.5
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: Quarterly
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: See Block 16
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ---------> | | 3 | |

16. REMARKS

Block 12: Submit 15 days after end of first quarter of operational status.
Block 13: Submit 15 days after end of each quarterly reporting period.
Block 2: Submit separate report for each site.

G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE



**Attachment 6**

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | L | TDP TM OTHER LOGISTICS |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N0600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| E005 | Failure Summary and Analysis Report | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-RELI-80255 of 17 Oct 86 8768 | S.O.W. 3.4.5 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | Quarterly | See Block 16 |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | See Block 16 |

16. REMARKS

Block 12: Submit 10 days after the first full quarter system operation.
Block 13: Submit the 10th of every quarter.
Block 2: Submit separate report for each site.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 3 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ------> | | 4 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| | | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| | | | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| | | | |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | |

16. REMARKS

Intentionally left blank.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ------> | | | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



**Attachment 6**

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: M
C. CATEGORY: TDP ____ TM ____ OTHER TRAINING
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: F001
2. TITLE OF DATA ITEM: Training Plan
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-80143 of 7 Apr 86 8768
5. CONTRACT REFERENCE: S.O.W. 3.7.1 - 3.7.5
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: AN
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: 4 Mos ADC
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
16. REMARKS: Block 13: Government will review and comment or approve NLT 30 DAR.
17. PRICE:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 4 | 4 | |

---

1. DATA ITEM NO.: F002
2. TITLE OF DATA ITEM: Lesson Plan
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-81095 of 5 Dec 91
5. CONTRACT REFERENCE: S.O.W. 3.7.1 - 3.7.5
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: AN
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: See Block 16
16. REMARKS: Block 12: Submit 90 days prior to start of first scheduled course.
Block 13: Government will review and comment or approve NLT 30 DAR. Revisions due NLT 30 DARC.
17. PRICE:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 4 | 4 | |

---

G. PREPARED BY:
H. DATE:
I. APPROVED BY:
J. DATE:



**Attachment 6**

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | N | TDP ___ TM ___ OTHER TRAINING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C0389 | |

**1. DATA ITEM NO.:** F003
**2. TITLE OF DATA ITEM:** Trainee Guide
**3. SUBTITLE:**
**4. AUTHORITY (Data Acquisition Document No.):** DI-ILSS-81100 of 5 Dec 90 8768
**5. CONTRACT REFERENCE:** S.O.W. 3.7.1 - 3.7.5
**6. REQUIRING OFFICE:** PMW 152
**7. DD 250 REQ:** LT
**8. APP CODE:** AN
**9. DIST STATEMENT REQUIRED:**
**10. FREQUENCY:** ONE/R
**11. AS OF DATE:**
**12. DATE OF FIRST SUBMISSION:** See Block 16
**13. DATE OF SUBSEQUENT SUBMISSION:** 30 DARC

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 4 | |

**16. REMARKS**

Block 12: Submit 90 days prior to start of first scheduled course.
Block 13: Government will review and comment or approve NLT 30 DAR. Revisions due NLT 30 DARC.
*Block 14: Provide one copy per student plus two master copies at each site.

**17. PRICE:**
**18. TOTAL:**

---

**1. DATA ITEM NO.:** F004
**2. TITLE OF DATA ITEM:** On-the-Job Training Handbook
**3. SUBTITLE:**
**4. AUTHORITY (Data Acquisition Document No.):** DI-ILSS-81101 of 5 Dec 90
**5. CONTRACT REFERENCE:** S.O.W. 3.7.2 - 3.7.3
**6. REQUIRING OFFICE:** PMW 152
**7. DD 250 REQ:** LT
**8. APP CODE:** A
**9. DIST STATEMENT REQUIRED:**
**10. FREQUENCY:** ONE/R
**11. AS OF DATE:**
**12. DATE OF FIRST SUBMISSION:** See Block 16
**13. DATE OF SUBSEQUENT SUBMISSION:** 30 DARC

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 4 | |

**16. REMARKS**

Government will review and comment or approve NLT 30 DAR.
Block 12: Six (6) months ADC or option exercise.
*Block 14: Provide one copy per student plus two master copies at each site.

**17. PRICE:**
**18. TOTAL:**

| G. PREPARED BY | H. DATE | L. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | O | TDP ____ TM ____ OTHER TESTING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G001 | Cutover Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| DI-MGMT-80355 of 7 May 87 | S.O.W. 3.9.1 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | | See Block 16 |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| A | | | 30 DARC |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 4 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 5 | 5 | |

16. REMARKS

Block 12: Draft due 4 months after contract. Government will review and comment within 30 days. Tailor DI-MGMT-80355 as follows:
a. Delete block 10 in its entirety.
b. Add the following:
10.1 The Cutover Plan will take into acccount all facets of the program and will consist of the following parts:
a. Concept
b. Schedule
c. Management
d. Site cutover operation sheets
e. Removal of replaced equipment and materials

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G001 | Cutover Plan (cont.) | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| | | | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| | | | |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ——> | | | |

16. REMARKS (Tailoring of DI-MGMT-80355 cont.)

f. Government participation requirements
Block 2: Submit separate plan for each site.
10.2 <u>Part 1 Concepts</u>: This part shall contain details of the cutover plan concept. It shall include information explaining the cutover impact on other parts of the system and impact of subsequent cutover in other parts of the system on this particular site. The concept should recognize a phased sequence of the cutover expressing the contractor's intent and general method of maintaining the system through a gradual series of transitions from the existing to the final configuration.
10.3 <u>Part II Schedule</u>: This part shall identify and describe link and circuit cutover schedule. This schedule shall be divided into four general "periods":

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



1059/183
Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | P | TDP ____ TM ____ OTHER TESTING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G001 | Cutover Plan (cont.) | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| | | | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE / b. COPIES (Draft, Final: Reg, Repr) |

16. REMARKS

(Tailoring of DI-MGMT-80355)
(1) Contractor installation phase
(2) Precutover phase which begins upon completion of the contractors installation phase and is completed when cutover begins (major activity during this phase shall be implementation testing), (3) Cutover phase during which the new system is placed into operational service, and (4) Postcutover phase which begins at the completion of and continues until normal operations and maintenance are underway.

10.4 Part III Management: This part shall identify and describe the management structure necessary for the orderly implementation of the cutover plan. It shall include military and contractor representatives: it shall provide for both area cutover management; it shall describe the chain

15. TOTAL ——>

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G001 | Cutover Plan (cont.) | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| | | | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE / b. COPIES (Draft, Final: Reg, Repr) |

16. REMARKS (Tailoring of DI-MGMT-80355)

of command and the authority and responsibility of each command element.

10.5 Part IV Site Cutover Operation Sheets (COS): This part shall be prepared as separate documents. The COS shall identify and schedule the cutover activities required just prior to cutover. The entries on them shall define all physical work to be performed at all locations. Work items shall be time-phased and the contractor and Government activity responsible for each item shall be shown. (1) Each sheet shall represent a work operation at a location where cutover activities must be performed. (2) The site COS shall be arranged into books on a per-site basis. (3) The plan shall include audio frequency and dc (TTY) circuit to be cutover at each site. (4) Approval of and changes to this part of the

15. TOTAL ——>

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



1059/183

**Attachment 6**

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0003
B. EXHIBIT: Q
C. CATEGORY: TDP ___ TM ___ OTHER TESTING
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: G001
2. TITLE OF DATA ITEM: Cutover Plan (cont.)
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.):
5. CONTRACT REFERENCE:
6. REQUIRING OFFICE:
7. DD 250 REQ:
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY:
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION:
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE:
18. TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ———> | | | |

16. REMARKS
(Tailoring of DI-MGMT-80355 continued)
cutover plan shall be coordinated with local military personnel at each site.
10.6 Part V Removal of Replaced Equipment and Materials: This part shall be included in the cutover plan only for those sites at which the contractor proposes to remove existing equipment. As such, this segment of the plan shall clearly specify the specific items of equipment to be removed, existing location, reasons for removal, and equipment disposition.
10.7 Part VII Government Participation: The cutover plan shall clearly delineate the extent and schedule of the Government participation required during the cutover phase. The cutover of items for which the Government has responsibility must be displayed in detail and the schedule for each activity specified.

---

1. DATA ITEM NO.: G002
2. TITLE OF DATA ITEM: System Test and Verification Plan
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-T-5422 of 21 Jul 77
5. CONTRACT REFERENCE: S.O.W. 3.9.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: AN
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
17. PRICE:
18. TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 4 | 4 | |

16. REMARKS
Block 4: Delete DID para 10.13
Block 12: Submit NLT 180 days prior to scheduled start.
Government will review and comment or approve NLT 30 DAR.
Block 2: Submit separate plan for each site.

G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0003 | R | TDP ___ TM ___ OTHER TESTING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-93-R-2790 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G003 | Test Procedure | Design Verification Test Procedures | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| DI-NDTI-80603 of 1 Jun 88 | S.O.W. 3.9.1.2 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | See Block 16 |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| AN | | | See Block 16 |

16. REMARKS

Block 12: Submit NLT 150 days prior to scheduled start of testing.
Block 13: Government will review and comment or approve NLT 30 DAR. Revisions due NLT 30 DARC.
Block 2: Submit separate procedures for each site.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 1 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ------> | | 2 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G004 | Test Report | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| DI-NDTI-80604 of 1 Jun 88 | S.O.W. 3.9 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | As required | 30 DATC |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | |

16. REMARKS

Block 10: Submit a separate report for each test conducted.
Block 2: Submit a separate report for each site's tests.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 1 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ------> | | 2 | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |