*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AI | TDP ___ TM ___ OTHER MANAGEMENMT |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| A001 | Management Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-MGMT-80004 of 3 May 85 | S.O.W. 3.6.1 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | 30 DAC |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | 30 DARC |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 4 | 4 | |

16. REMARKS

Government will review NLT 30 DAR.

Contractor shall include a program schedule showing the planned execution as part of the Management Plan.

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| A002 | Conference Agenda | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-A-7088 of 18 Feb 81 | S.O.W. 3.6.1 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | As required | 15 DP MTG |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | At Meeting |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ———> | | 3 | |

16. REMARKS

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



1059/183

Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0006, 0009, 0012, 0015
B. EXHIBIT: AJ
C. CATEGORY: TDP ____ TM ____ OTHER MANAGEMENMT
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

## Data Item A003

1. DATA ITEM NO.: A003
2. TITLE OF DATA ITEM: Conference Minutes
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-A-7089 of 18 Feb 81
5. CONTRACT REFERENCE: S.O.W. 3.6.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: As required
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: 15 DA MTG
13. DATE OF SUBSEQUENT SUBMISSION:
16. REMARKS:
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ——> | | 3 | |

## Data Item A004

1. DATA ITEM NO.: A004
2. TITLE OF DATA ITEM: Contractors Progress, Status, and Mgmt. Report
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-MGMT-80227 of 5 Sep 86
5. CONTRACT REFERENCE: S.O.W. 3.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: Monthly
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: See Block 16
16. REMARKS:
Block 12: Submit 15 days after first full month after contract award.
Block 13: Submit 15 days after the end of each reporting period.
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 3 | |
| NRCC | | 1 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ——> | | 5 | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |


Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

| CONTRACT DATA REQUIREMENTS LIST (2 Data Items) | *Form Approved* *OMB No. 0704-0188* |
|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AK | TDP ____ TM ____ OTHER INSTALL ENGINEERING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

## Data Item B001

| Field | Entry |
|---|---|
| 1. DATA ITEM NO. | B001 |
| 2. TITLE OF DATA ITEM | Site Survey Report |
| 3. SUBTITLE | |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-S-30601 of 1 Jul 77 |
| 5. CONTRACT REFERENCE | S.O.W. PARA 3.4.9 |
| 6. REQUIRING OFFICE | PMW 152 |
| 7. DD 250 REQ | LT |
| 8. APP CODE | |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ONE/R |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | See Block 16 |
| 13. DATE OF SUBSEQUENT SUBMISSION | 15 DARC |
| 17. PRICE | |
| 18. ESTIMATED TOTAL | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 4 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 5 | 5 | |

16. REMARKS

Block 12: Draft report due 15 days after site visit. Government will review and comment 30 DAR.
*Block 2: Deliver separate reports for each site.

## Data Item B002

| Field | Entry |
|---|---|
| 1. DATA ITEM NO. | B002 |
| 2. TITLE OF DATA ITEM | Telecommunication System Installation Plan |
| 3. SUBTITLE | |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-MGMT-81118 of 19 Dec 90 |
| 5. CONTRACT REFERENCE | S.O.W. 3.4.7 |
| 6. REQUIRING OFFICE | PMW 152 |
| 7. DD 250 REQ | LT |
| 8. APP CODE | A |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ONE/R |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | See Block 16 |
| 13. DATE OF SUBSEQUENT SUBMISSION | 30 DARC |
| 17. PRICE | |
| 18. ESTIMATED TOTAL | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 4 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 5 | 5 | |

16. REMARKS

Block 12: Draft due 3 months after contract award or option exercise. Government will review and comment or approve NLT 30 DAR.
Block 2: Deliver separate reports for each site.

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AL | TDP ____ TM ____ OTHER CONFIGURATION MGMT. |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

### Data Item 1

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| C001 | Configuration Management Plan | | |

| 4. AUTHORITY (Data Acquisiton Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-CMAN-80858 of 20 Jun 89 | S.O.W. 3.4.1 | PMW 152 | |

| 7. DD 250 REQ | 8. APP CODE | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 11. AS OF DATE | 12. DATE OF FIRST SUBMISSION | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|---|---|---|---|
| LT | AN | | ONE/R | | 90 DAC | 30 DARC |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 4 | 4 | |

16. REMARKS

Government will review and comment or approve NLT 60 DAR.

### Data Item 2

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| C002 | Baseline Description Document | Product Baseline Description | |

| 4. AUTHORITY (Data Acquisiton Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-CMAN-81121 of 1 Feb 91 | S.O.W. 3.4.3 | PMW 152 | |

| 7. DD 250 REQ | 8. APP CODE | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 11. AS OF DATE | 12. DATE OF FIRST SUBMISSION | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|---|---|---|---|
| DD | | | ONE/R | | See Block 16 | 30 DARC |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 4 | 4 | |

16. REMARKS

Block 3: Contractor shall provide unique deliverable for each site.
Block 12: Submit 4 months after contract award. Government will review and provide any comments if required, NLT 30 DAR.

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AM | TDP ___ TM ___ OTHER CONFIGURATION MGMT |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

## Data Item C003

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| C003 | Engineering Change Proposal | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-CMAN-80639A of 17 Apr 92 | S.O.W. 3.4.1 | PMW 152 |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | As required | As required |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| A | | | As required |

16. REMARKS

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL --------> | | 3 | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

## Data Item C004

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| C004 | Request for Deviation | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-CMAN-80640A of 17 Apr 92 | S.O.W. 3.4.4 | PMW 152 |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | As required | As required |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| A | | | As Required |

16. REMARKS

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL --------> | | 3 | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AN | TDP ____ TM ____ OTHER CONFIGURATION MGMT |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| C005 | Request for Waiver | | |

| 4. AUTHORITY (Data Acquisiton Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-CMAN-80641A of 17 Apr 92 | S.O.W. 3.4.4 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | As required | As required |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| A | | | As required |

16. REMARKS

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ——> | | 3 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| | | | |

| 4. AUTHORITY (Data Acquisiton Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| | | | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| | | | |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | |

16. REMARKS

Intentionally left blank.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ——> | | | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AO | TDP ____ TM ____ OTHER SOFTWARE |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| D001 | Doc. of Commercially Available or Priv. Dev. | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-E-7141 of 18 Jan 85 | S.O.W. 3.3.1 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | 0 Time | 180 DAC |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | NONE |

16. REMARKS

Block 4: Tailor DI-E-7141 as follows:
a. Change block 3.2 all after satisfactory to read "for its intended use. If approved..."
b. Delete block 7.1 in its entirety.
c. Delete from block 7.2 "as defined in DoD-STD-1467 (AR)."

Block 12: Government will review and comment NLT 30 DAR.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ------> | | 3 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| D002 | Computer System Operator's Manual | NMS Operator's Manual | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-MCCR-80018A of 29 Feb 88 | S.O.W. 3.8.1 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| DD | | ONE/R | See Block 16 |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | 30 DARC |

16. REMARKS

Block 12: Six (6) months ADC or option exercise.
Block 13: Government will review and comment or approve NLT 30 DAR.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ------> | 4 | 5 | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



1059/183
**Attachment 6**

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO. 0006, 0009, 0012, 0015 | B. EXHIBIT AP | C. CATEGORY: TDP ___ TM ___ OTHER SOFTWARE |
| D. SYSTEM/ITEM AUTOMATED TECHNICAL CONTROL | E. CONTRACT/PR NO. N00600-94-C-0389 | F. CONTRACTOR |

| | | |
|---|---|---|
| 1. DATA ITEM NO. D003 | 2. TITLE OF DATA ITEM Software User's Manual | 3. SUBTITLE |
| 4. AUTHORITY (Data Acquisiton Document No.) DI-MCCR-80019A of 29 Feb 88 | 5. CONTRACT REFERENCE S.O.W. 3.8.1 | 6. REQUIRING OFFICE PMW 152 |
| 7. DD 250 REQ DD | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY AS REQ |
| 8. APP CODE | | 11. AS OF DATE |
| 12. DATE OF FIRST SUBMISSION See Block 16 | 13. DATE OF SUBSEQUENT SUBMISSION 30 DARC | 17. PRICE / 18. ESTIMATED TOTAL |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 5 | |

16. REMARKS

Block 12: Six (6) months ADC or option exercise.
Block 13: Government will review and comment or approve NLT 30 DAR

| | | |
|---|---|---|
| 1. DATA ITEM NO. D004 | 2. TITLE OF DATA ITEM Software Programmer's Manual | 3. SUBTITLE |
| 4. AUTHORITY (Data Acquisiton Document No.) DI-MCCR-80021A of 29 Feb 88 | 5. CONTRACT REFERENCE S.O.W. 3.8.1 | 6. REQUIRING OFFICE PMW 152 |
| 7. DD 250 REQ LT | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY AS REQ |
| 8. APP CODE A | | 11. AS OF DATE |
| 12. DATE OF FIRST SUBMISSION See Block 16 | 13. DATE OF SUBSEQUENT SUBMISSION 30 DARC | 17. PRICE / 18. ESTIMATED TOTAL |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 5 | |

16. REMARKS

Block 12: Six (6) months ADC or option exercise. Government will review and comment or approve NLT 30 DAR.

| | | | |
|---|---|---|---|
| G. PREPARED BY | H. DATE | L. APPROVED BY | J. DATE |



Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0006, 0009, 0012, 0015
B. EXHIBIT: AQ
C. CATEGORY: TDP ____ TM ____ OTHER SOFTWARE
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: D005
2. TITLE OF DATA ITEM: Software Program Maintenance Manual
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-MCCR-80317 of 12 Feb 87
5. CONTRACT REFERENCE: S.O.W. 3.8.1
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: AS REQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
17. PRICE:
18. ESTIMATED TOTAL:

16. REMARKS

Block 12: Six (6) months ADC or option exercise. Government will review and comment or approve NLT 30 DAR

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 5 | |

---

1. DATA ITEM NO.: D006
2. TITLE OF DATA ITEM: Job Manual
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-80559 of 7 Apr 88
5. CONTRACT REFERENCE: S.O.W. 3.8
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: 0 Time
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
17. PRICE:
18. ESTIMATED TOTAL:

16. REMARKS

Block 12: Due upon completion of installation. Government will review and comment or approve NLT 45 DAR.
Tailor DI-ILSS-80559 as follows:
a. Add block 7.3: This DID is for the identification and procurement of the Technical Manual(s) required for CFE installed as part of this procurement. This information may be contained in one or several binders but shall include all information necessary to perform, but not limited to, the operational, maintenance and fault isolation functions of the system.

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 4 | |
| CNCTC N622 | 1 | 1 | |
| EACH SITE (7) | 7 | 28 | |
| 15. TOTAL ——> | 11 | 33 | |

---

G. PREPARED BY: | H. DATE: | I. APPROVED BY: | J. DATE:


Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AR | TDP ___ TM ___ OTHER LOGISTICS |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| E001 | Integrated Support Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-ILSS-80395 of 3 Aug 87 8768 | S.O.W. 3.4.5 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | 90 DAC |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| AN | | | 30 DARC |

16. REMARKS

Government will review and comment or approve NLT 30 DAR.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 6 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 7 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| E002 | Maintenance Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-ILSS-80816 of 24 May 89 | S.O.W. 3.4.5 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | 150 DAC |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| AN | | | 30 DARC |

16. REMARKS

Government will review and comment or approve NLT 30 DAR.

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 6 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 7 | |

| G. PREPARED BY | H. DATE | L. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0006, 0009, 0012, 0015
B. EXHIBIT: AS
C. CATEGORY: TDP ____ TM ____ OTHER LOGISTICS
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: E003
2. TITLE OF DATA ITEM: Proposed Spare Parts List
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-80134A of 6 Nov 90
5. CONTRACT REFERENCE: S.O.W. 3.2.5
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: 0 Time
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 0 | 0 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ———> | 1 | 1 | |

16. REMARKS

Block 12: Six (6) months after contract award or option exercise.

---

1. DATA ITEM NO.: E004
2. TITLE OF DATA ITEM: Spare Parts Usage Report
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-80483 of 30 Oct 87
5. CONTRACT REFERENCE: S.O.W. 3.2.5
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: Quarterly
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: See Block 16
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 2 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ———> | | 3 | |

16. REMARKS

Block 12: Submit 15 days after end of first quarter of operational status.
Block 13: Submit 15 days after end of each quarterly reporting period.
Block 2: Submit separate report for each site.

---

G. PREPARED BY:
H. DATE:
I. APPROVED BY:
J. DATE:

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0006, 0009, 0012, 0015
B. EXHIBIT: AT
C. CATEGORY: TDP ____ TM ____ OTHER LOGISTICS
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

1. DATA ITEM NO.: E005
2. TITLE OF DATA ITEM: Failure Summary and Analysis Report
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-RELI-80255 of 17 Oct 86 8768
5. CONTRACT REFERENCE: S.O.W. 3.4.5
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: Quarterly
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: See Block 16
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | | 3 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ——> | | 4 | |

16. REMARKS
Block 12: Submit 10 days after the first full quarter system operation.
Block 13: Submit the 10th of every quarter.
Block 2: Submit separate report for each site.

1. DATA ITEM NO.:
2. TITLE OF DATA ITEM:
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.):
5. CONTRACT REFERENCE:
6. REQUIRING OFFICE:
7. DD 250 REQ:
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY:
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION:
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE:
18. ESTIMATED TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ——> | | | |

16. REMARKS
Intentionally left blank.

G. PREPARED BY:
H. DATE:
I. APPROVED BY:
J. DATE:

*DD Form 1423-2, JUN 90* *Previous editions are obsolete* *Page 30 of 36 Pages*
1059/183
Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of those addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AU | TDP ____ TM ____ OTHER TRAINING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| F001 | Training Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-ILSS-80143 of 7 Apr 86 8768 | S.O.W. 3.7.1 - 3.7.5 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | 4 Mos ADC |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| AN | | | 30 DARC |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ---> | 4 | 4 | |

16. REMARKS

Block 13: Government will review and comment or approve NLT 30 DAR.

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| F002 | Lesson Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL |
|---|---|---|---|
| DI-ILSS-81095 of 5 Dec 91 | S.O.W. 3.7.1 - 3.7.5 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | See Block 16 |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| AN | | | See Block 16 |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ---> | 4 | 4 | |

16. REMARKS

Block 12: Submit 90 days prior to start of first scheduled course.
Block 13: Government will review and comment or approve NLT 30 DAR. Revisions due NLT 30 DARC.

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0006, 0009, 0012, 0015
B. EXHIBIT: AV
C. CATEGORY: TDP ____ TM ____ OTHER TRAINING
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: F003
2. TITLE OF DATA ITEM: Trainee Guide
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-81100 of 5 Dec 90 8768
5. CONTRACT REFERENCE: S.O.W. 3.7.1 - 3.7.5
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: AN
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
17. PRICE:
18. TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 4 | |

16. REMARKS

Block 12: Submit 90 days prior to start of first scheduled course.
Block 13: Government will review and comment or approve NLT 30 DAR. Revisions due NLT 30 DARC.
*Block 14: Provide one copy per student plus two master copies at each site.

---

1. DATA ITEM NO.: F004
2. TITLE OF DATA ITEM: On-the-Job Training Handbook
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-ILSS-81101 of 5 Dec 90
5. CONTRACT REFERENCE: S.O.W. 3.7.2 - 3.7.3
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: A
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: 30 DARC
17. PRICE:
18. TOTAL:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 4 | |

16. REMARKS

Government will review and comment or approve NLT 30 DAR.
Block 12: Six (6) months ADC or option exercise.
*Block 14: Provide one copy per student plus two master copies at each site.

---

G. PREPARED BY:
H. DATE:
I. APPROVED BY:
J. DATE:



Attachment 6