*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 0009, 0012, 0015 | AW | TDP ____ TM ____ OTHER TESTING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G001 | Cutover Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| DI-MGMT-80355 of 7 May 87 | S.O.W. 3.9.1 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | | See Block 16 |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| A | | | 30 DARC |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 4 | 4 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 5 | 5 | |

16. REMARKS

Block 12: Draft due 4 months after contract. Government will review and comment within 30 days. Tailor DI-MGMT-80355 as follows:

a. Delete block 10 in its entirety.
b. Add the following:

10.1 The Cutover Plan will take into acccount all facets of the program and will consist of the following parts:

a. Concept
b. Schedule
c. Management
d. Site cutover operation sheets
e. Removal of replaced equipment and materials

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G001 | Cutover Plan (cont.) | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| | | | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| | | | |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ——> | | | |

16. REMARKS (Tailoring of DI-MGMT-80355 cont.)

f. Government participation requirements

Block 2: Submit separate plan for each site.

10.2 <u>Part 1 Concepts</u>: This part shall contain details of the cutover plan concept. It shall include information explaining the cutover impact on other parts of the system and impact of subsequent cutover in other parts of the system on this particular site. The concept should recognize a phased sequence of the cutover expressing the contractor's intent and general method of maintaining the system through a gradual series of transitions from the existing to the final configuration.

10.3 <u>Part II Schedule</u>: This part shall identify and describe link and circuit cutover schedule. This schedule shall be divided into four general "periods":

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 0006, 0009, 0012, 0015
B. EXHIBIT: AX
C. CATEGORY: TDP ____ TM ____ OTHER TESTING
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR

1. DATA ITEM NO.: G001
2. TITLE OF DATA ITEM: Cutover Plan (cont.)
3. SUBTITLE
17. PRICE
4. AUTHORITY (Data Acquisition Document No.)
5. CONTRACT REFERENCE
6. REQUIRING OFFICE
18. TOTAL
7. DD 250 REQ
9. DIST STATEMENT REQUIRED
10. FREQUENCY
12. DATE OF FIRST SUBMISSION
14. DISTRIBUTION
8. APP CODE
11. AS OF DATE
13. DATE OF SUBSEQUENT SUBMISSION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ——> | | | |

16. REMARKS
(Tailoring of DI-MGMT-80355)
(1) Contractor installation phase
(2) Precutover phase which begins upon completion of the contractors installation phase and is completed when cutover begins (major activity during this phase shall be implementation testing), (3) Cutover phase during which the new system is placed into operational service, and (4) Postcutover phase which begins at the completion of and continues until normal operations and maintenance are underway.
10.4 Part III Management: This part shall identify and describe the management structure necessary for the orderly implementation of the cutover plan. It shall include military and contractor representatives: it shall provide for both area cutover management; it shall describe the chain

1. DATA ITEM NO.: G001
2. TITLE OF DATA ITEM: Cutover Plan (cont.)
3. SUBTITLE
17. PRICE
4. AUTHORITY (Data Acquisition Document No.)
5. CONTRACT REFERENCE
6. REQUIRING OFFICE
18. TOTAL
7. DD 250 REQ
9. DIST STATEMENT REQUIRED
10. FREQUENCY
12. DATE OF FIRST SUBMISSION
14. DISTRIBUTION
8. APP CODE
11. AS OF DATE
13. DATE OF SUBSEQUENT SUBMISSION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ——> | | | |

16. REMARKS (Tailoring of DI-MGMT-80355)
of command and the authority and responsibility of each command element.
10.5 Part IV Site Cutover Operation Sheets (COS): This part shall be prepared as separate documents. The COS shall identify and schedule the cutover activities required just prior to cutover. The entries on them shall define all physical work to be performed at all locations. Work items shall be time-phased and the contractor and Government activity responsible for each item shall be shown. (1) Each sheet shall represent a work operation at a location where cutover activities must be performed. (2) The site COS shall be arranged into books on a per-site basis. (3) The plan shall include audio frequency and dc (TTY) circuit to cutover at each site. (4) Approval of and changes to this part of the

G. PREPARED BY
H. DATE
I. APPROVED BY
J. DATE

# CONTRACT DATA REQUIREMENTS LIST
## (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering andd maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| 0006, 009, 0012, 0015 | AY | TDP TM OTHER TESTING |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| AUTOMATED TECHNICAL CONTROL | N00600-94-C-0389 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G001 | Cutover Plan (cont.) | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| | | | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| | | | |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| | | | |

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| 15. TOTAL ——> | | | |

16. REMARKS

(Tailoring of DI-MGMT-80355 continued)
cutover plan shall be coordinated with local military personnel at each site.
10.6 Part V Removal of Replaced Equipment and Materials: This part shall be included in the cutover plan only for those sites at which the contractor proposes to remove existing equipment. As such, this segment of the plan shall clearly specify the specific items of equipment to be removed, existing location, reasons for removal, and equipment disposition.
10.7 Part VII Government Participation: The cutover plan shall clearly delineate the extent and schedule of the Government participation required during the cutover phase. The cutover of items for which the Government has responsibility must be displayed in detail and the schedule for each activity specified.

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE |
|---|---|---|---|
| G002 | System Test and Verification Plan | | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. TOTAL |
|---|---|---|---|
| DI-T-5422 of 21 Jul 77 | S.O.W. 3.9.1 | PMW 152 | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| LT | | ONE/R | See Block 16 |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| AN | | | 30 DARC |

| 14. DISTRIBUTION a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repr |
|---|---|---|---|
| PMW 152-21F | 3 | 3 | |
| CNCTC N622 | 1 | 1 | |
| 15. TOTAL ——> | 4 | 4 | |

16. REMARKS

Block 4: Delete DID para 10.13
Block 12: Submit NLT 180 days prior to scheduled start.
Government will review and comment or approve NLT 30 DAR.
Block 2: Submit separate plan for each site.

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | | |



Attachment 6

*DD Form 1423-2: Contract Data Requirements List (2 Data Items)*

# CONTRACT DATA REQUIREMENTS LIST (2 Data Items)

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: *0006, 0009, 0012, 0015*
B. EXHIBIT: AZ
C. CATEGORY: TDP TM OTHER TESTING
D. SYSTEM/ITEM: AUTOMATED TECHNICAL CONTROL
E. CONTRACT/PR NO.: N00600-94-C-0389
F. CONTRACTOR:

---

1. DATA ITEM NO.: G003.
2. TITLE OF DATA ITEM: Test Procedure
3. SUBTITLE: Design Verification Test Procedures
17. PRICE:
18. TOTAL:
4. AUTHORITY (Data Acquisition Document No.): DI-NDTI-80603 of 1 Jun 88
5. CONTRACT REFERENCE: S.O.W. 3.9.1.2
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE: AN
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: *ONE/R*
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: See Block 16
13. DATE OF SUBSEQUENT SUBMISSION: See Block 16

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | | 1 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ------> | | 2 | |

16. REMARKS
Block 12: Submit NLT 150 days prior to scheduled start of testing.
Block 13: *Government will review and comment or approve NLT* 30 DAR. Revisions due NLT 30 DARC.
Block 2: Submit separate procedures for each site.

---

1. DATA ITEM NO.: *G004*
2. TITLE OF DATA ITEM: *Test Report*
3. SUBTITLE:
17. PRICE:
18. TOTAL:
4. AUTHORITY (Data Acquisition Document No.): DI-NDTI-80604 of 1 Jun 88
5. CONTRACT REFERENCE: S.O.W. 3.9
6. REQUIRING OFFICE: PMW 152
7. DD 250 REQ: LT
8. APP CODE:
9. DIST STATEMENT REQUIRED:
10. FREQUENCY: As required
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: 30 DATC
13. DATE OF SUBSEQUENT SUBMISSION:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| PMW 152-21F | | 1 | |
| CNCTC N622 | | 1 | |
| 15. TOTAL ------> | | 2 | |

16. REMARKS
Block 10: Submit a separate report for each test conducted.
**Block 2: Submit a separate report for each site's tests.**

---

G. PREPARED BY:
H. DATE:
I. APPROVED BY:
J. DATE:



Attachment 6

# Contract Attachments
# 9(a) through (10)

**Attach (9a)**

# APPENDIX A

## Naval Telecommunications Center Hampton Roads, Virginia

1.0 **Naval Telecommunications Center (NTCC) Hampton Roads, Virginia**

NTCC Hampton Roads is responsible for managing and operating those facilities necessary to provide telecommunications service for USCINCLANT, CINCLANTFLT, CINCWESTLANT, SACLANT, and other commands located in the CINCLANTFLT compound area. NTCC Hampton Roads is also responsible for all electronic maintenance in support of its mission and in support of various commands located in the CINCLANTFLT compound area. Additionally, NTCC is responsible for operation and maintenance of the Red Telephone Switching System (RTSS).

1.1 **NTTC Hampton Roads Building Location.**

NTCC Hampton Roads is located in Building NH-95 on the CINCLANTFLT compound and is depicted in Figure A-1-1.

1.2 **NTCC Hampton Roads Building Function Description.**

NTCC Hampton Roads communication spaces include the following functional areas which will be affected by ATC.

First Floor

1. Local Digital Message Exchange (LDMX)
2. Message Center
3. Technical Control Facility (TCF)
4. Communications Security Equipment (CSE)
5. Automated Secure Voice Communications (AUTOSEVCOM)



STEP-91-P-866
CHESAPEAKE BAY
WILLOUGHBY BAY
NAVAL STATION
NAVAL AIR STATION
ADMIRAL TAUSSIG BOULEVARD
HAMPTON BOULEVARD
INTERSTATE 64
INTERSTATE 564
NORFOLK HARBOR 45 FT CHANNEL
SEE INSET 'A'
HEADQUARTERS
CINCLANT
CINCLANTFLT
CINCWESTLANT
COMIBERLANT
SACLANT
FMFLANT
TERMINAL BOULEVARD
LITTLE CREEK ROAD
INSET 'A' LOCATION MAP
N
VICINITY MAP
ATLANTIC OCEAN
STEP BASELINE
NCTAMSLANT NTCC HAMPTON RDS
BLDG NH-95
VICINITY/LOCATION MAP & STATION PLOT PLAN
REVISION B
SHEET 1 OF 1 DATE JULY 91


Figure A-1-1

1.2.1 **Local Digital Message Exchange (LDMX).**

The LDMX consists of a dual UNIVAC 90/60 computer system and provides automated communications processing and routing of messages and AUTODIN interface for Remote Information Exchange Terminal (RIXT), Electronic Courier Circuit (ECC), and Personal Computer Message Terminal (PCMT), subscribers. NTCC Hampton Roads is responsible for the management and control of the UNIVAC 90/60 systems installed in the Message Center, their processors and peripheral equipment. The electronic equipment arrangement of the LDMX area is shown in Figure A-2-1.

1.2.2 **Message Center Area.**

The Message Center receives, processes and reproduces incoming and outgoing message traffic for NTCC Hampton Roads and all over-the-counter subscribers. The Message Center utilizes the LDMX and Optical Character Recognition Equipment (OCRE) in conjunction with the Naval Automated Message Reproduction and Distribution System (NAMRADS). Moreover, the Message Center maintains mandated message files, operates a Service Section for message correction and serves as a General Message Distribution Source. The electronic equipment of the Message Center is shown in Figure A-2-2.

1.2.3 **Technical Control Facility (TCF).**

The TCF contains the equipment for the technical coordination, supervision, quality control, communications service restoral and status reporting of all tactical and Defense Communication System (DCS) circuits. The TCF exercises technical


STEP-91-P-066
ALPS P2000G PRTR
PC ZENITH W/ALPS P2000G PRTR
TAPE FILES
COMPUTER-LINK TAPE CLEANER
RANDOHEX DISK CLEANER
AHU
TABLE
5017 CONT 1
5017 CONT 2
0604 CARD READER
DESK
LDMX (ROOM 44)
PWR CONT
I/O A CAB
XFR CAB
I/O B CAB
STORE CAB
PROCESSOR
5039 DISC DRIVE
8433 DISC DRIVE
TEMP/HMD INDICATOR
4014 SYSTEM CONSOLE
0786 PTR
90/60B
1810 KEY PUNCH
0716 CARD PUNCH
0579 CONT
1920 SCAN II
TAPE STORE
STORE ROOM
PWR PNL UPA
PWR PNL UPF
PWR PNL TPF
NH-95 KEY PLAN
GRAPHIC SCALE
STEP BASELINE
NCTAMSLANT NTCC HAMPTON RDS
ELECTRONIC EQUIPMENT ARRANGEMENT LDMX
REVISION D
SHEET 1 OF 1
DATE JULY 91

Figure A-2-1


STEP-91-P-066
SAFETY BOARD
XEROX LAZER C55
MSG TOWER
NAMRADS
NAMRADS CONSOLE
MESSAGE CENTER (ROOM 46)
AN/UGC-6
AHU
PCMT
PIR
SRT PTP
XEROX 1090
DESK
0760 HSP
0760 HSP
VDT
VDT SVC DESK
AT&T 5310
AT&T 5310 (LOG PRINTER)
SHELF SLOT BOXES
PRINTER GENICOM 3154
VDT (LDMX)
STU III
OSU
LCU OCRE
HLSP
CONTINGENCY CKTS
PCMT V/S
WOMEN'S HEAD
XEROX 5028
SHREDDER
TS ROOM
FILES
GEAR LOCKER
LOCKER
WINDOW
OUTGOING
PVR PMLS
CLF OFFICE AUTOMATIC SYSTEM (COAS)
TABLE
CRT W/KYSD
NH-95 KEY PLAN
STEP BASELINE
CTAMSLANT NTCC HAMPTON RDS
ELECTRONIC EQUIPMENT ARRANGEMENT MESSAGE CENTER
REVISION D
SHEET 1 OF 1 DATE JULY 91
85569

Figure A-2-2

direction and supervision over audio and digital transmission links, channels, circuits and interfacing equipment appearing in the TCF and connecting users. TCF also maintains liaison with NAVCOMMDET NORFOLK, Defense Information Systems Agency (DISA) reporting as well as liaison with adjacent TCFs, maintenance elements and users to ensure effective communications service. The electronic arrangement of the TCF is shown in Figure A-2-3.

**1.2.4 Communications Security Equipment (CSE).**

The CSE area contains all of the data encryption devices and multiplexers to support the NTCC Hampton Roads TCF function. The electronic arrangement is shown in Figure A-2-4.

**1.2.5 Automated Secure Voice Communications (AUTOSEVOCOM).**

The AUTOSEVOCOM area contains equipments for the Radio Telephone Switching Subsystem (RTSS), Advanced Narrowband Digital Voice Terminal (ANDVT), VINSON, and STU-II. AUTOSEVOCOM provides systematic routing and operator assisted service for secure voice narrow band communications in support of CINCLANT/CINCLANTFLT, and all subscribers to the NORFOLK operational area. The electronic equipment arrangement of the AUTOSEVOCOM area is shown in Figure A-2-5.

**1.2.6 High Altitude Electromagnetic Pulse (HEMP) Facility.**

The HEMP Facility consists of digital communications subsystem equipment, Low Speed Multiplex (LSTDM) equipment and critical crypto units in support of the TCF. The Electronic arrangement of the HEMP Facility is shown in Figure A-2-6.

**1.3 Miscellaneous Information.**


STEP-91-P-866
PANEL "LF"
PANEL "IP-3"
VENT
PANEL "IP-1"
PANEL "IP-2"
PANEL "MTP-3"
VENT
SINK
STU III
DESK
ROW D
TEST
ROW C
AUDIO P/P
ROW A
MOD 40
HCPP
TEST
HCPP
DCPP
ROW B
AUDIO P/P
HCPP
TEST
DCPP
VERTICAL CABLE TRAYS
ROW E
ROW F
SAT
TEST
SAT
-48 VDC
VSAT
AIDF
DC IDF
CV-2997
PANEL "LP-1"
TELOS DEMARK
ROW G
FCC -93
MUX
FCC-100
ROW H
MODEMS
HCPP
SB-3092
'VAVS'
AN/FCC-100
AN/FCC-98
DC RECTIFIER
AN/FCC-99
F/D MUX
FUTURE
CONTRACTOR EQUIP
N
NH-95 KEY PLAN
STEP PROJECTED BASELINE
NCTAMSLANT NTCC HAMPTON RDS BLDG NH-95
TECH CONTROL FACILITY
REVISION A
SHEET 1 OF 1
DATE JULY 91
F-2-3-1P

Figure A-2-3


STEP-91-P-866
FILTER
ROW U
DDN
DDN
KG-84
KG-84
VERSI MUX
CIDF
KG-81
BLANK
ON-143
ROW T
ROW V
KG-84
HGC-20
BLANK
KV-7
BLANK
ROW P
KG-34/84
DESK
STU III
SHREDDER
ROW N
CSE ROOM (A151)
ROW S
MULTIPLEXERS
DCPP
ROW R
FCC 100
MUX
CV-3092
AIR HANDLER CONTROL
GRAPHIC SCALE:
KEY PLAN NH-95
STEP BASELINE
ICTAMSLANT NTCC HAMPTON RDS
ELECTRONIC EQUIPMENT ARRANGEMENT
COMM SEC EQUIPMENT
REVISION D
SHEET 1 OF 1
DATE JULY 91
85564

Figure A-2-4


STEP-91-P-066
PWR PNL UPS NO.1
SAFETY BOARD
KYV-5
VSR1
ANDVT
ANDVT
STU-III (3)
LIGHTING PWR PNL
C02
RAMP DOWN
RFI FILTER BOXES
AUTOSEVOCOM (A125)
NOTE:
1. DUAL DIGITAL CONFERENCING UNIT AN/FTC-52 (C-10864) MOUNTED ON TOP OF CONSOLE.
SEVOCAT PTR
LOCKER
LOCKER
LOCKER
RED TELEPHONE SWITCH (RTSS)
BOOK CASE
EYE WASH
DESK
DESK
WINDOWS
C02
C02
500
501
502
SCP PATCH
SCP KG 84 (6)
SCP FCC 100
LOCKER
LOCKER
AN/USC-141
DIGITAL TAPE
PC
WALL MOUNTED SECURITY ALARM
BLK IDF
300
SAFE
WORKBENCH
LOCKER
POWER PANEL UPS NO.2
TECH POWER PANEL
GRAPHIC SCALES
NH-95 KEY PLAN
STEP BASELINE
NCTAMSLANT NTCC HAMPTON RDS
ELECTRONIC EQUIPMENT ARRANGEMENT AUTOSEVOCOM A125
REVISION D
SHEET 1 OF 1
DATE JULY 91

Figure A-2-5


STEP-91 P-866
HEMP SHIELDING
BLACK HCPP (6)
BLACK HCPP (6)
FOTE RACK
FUTURE
SB-3092 (4)
FUTURE
KG-84 (8)
KG-84 (2)
FUTURE
RED HCPP
RED F/O MUX
SI F/O MUX
SCP DCD CONSOLE
SCP RED BAYS
P/P
P/P
BLACK F/O MUX(S)
FCC-99 (1)
FCC-99 (2)
FCC-98 (2)
SCP BLACK BAY
FCC-100 (4)
TIMING RACK CDS-10
PRINTER (NTELS)
SCIS-SCIS RACKS
NMI TERM
VAVS CONTRACTOR EQUIP
AHU
AHU
PVR PANEL
PVR PANEL
NH-95 KEY PLAN
STEP PROJECTED BASELINE
NCTAMSLANT NTCC HAMPTON RDS
ELECTRONIC EQUIPMENT ARRANGEMENT HEMP FACILITY
REVISION 0
SHEET 1 OF 1
DATE JULY 91
F-4-2P

Figure A-2-6

(a) The following additional information is provided:

(1) Typical site connectivity, LDMX, Time Division Multiplex (TDM) Systems and proposed IDNX-90 signal diagrams are depicted in Figures A-3-1 - A-3-4.

(2) Typical diagrams and charts of the power distribution system are depicted in Figures A-3-5 - A-3-11. Diagrams of station ground will be made available during the detailed site survey as required.

(3) Equipment rack elevations will be provided as required.


STEP-91-P-866
KEYWEST
T-1 (SATELLITE)
GE AMERICOM
NAS BERMUDA
(VIA ANDREWS AFB)
T-1 (SATELLITE)
ALASCOM
VARIOUS
LOCATIONS
DIRECT
CMCL CIRCUITS
NCU CUTLER
VSAT (56KB)
GE AMERICOM
BLDG NH-139
DP-2048
FIBER OPTIC
BLDG NH-19
DP-2048
FIBER OPTIC
PATCH & TEST
SERVICE
NTE
NTE
NTE
NTE
BFC/NTE
BFC
A
B
C
D
E
F
3BBN15
FCC-99
F3850
BBB002
FOTE-III
2 MILES
CMCL L/L
3BBN15
FCC-99
SEE NORFOLK BFC
CONNECTIVITY
NTCC HAMPTON ROADS
BFC
NORFOLK
BFC
LEGEND
BFC- NAVY TECH CONTROL FACILITY
CMCL- COMMERCIAL
L/L- LAND LINE
M/W- MICROWAVE
NTE- NATO SATELLITE TERMINAL
VSAT- VERY SMALL APERATURE SATELLITE
STEP BASELINE
SITE
CONNECTIVITY
REVISION C
SHEET 1 OF 3
DATE JULY 91

Figure A-3-1


STEP-91-P-866
CDAS DEC 8700
CMD SUP ACT GENICOM 3000
SACLANT GENICOM 3000
NUCOPS GENICOM 3000
IDHS DCT 2000(PDP 11/70)
JOINT OPS CTR GENICOM 3000
BERMUDA 100 WPM TTY/GENICOM 3000
NAVSUPPFAC ANTIGUA 100 WPM TTY
NCL DET IANTN 100 WPM TTY
CINNAVSURFLANT PCMT GENICOM 3000
NAVCOMMDET NORFOLK 100 WPM TTY
UNIVAC 90/60
NTCC HAMPTON ROADS LDMX
ASC ANDREWS (SEC)
ASC ALBANY (PRI)
NTCC PORTSMOUTH RIXT
COMOCEANSYS LANT UYK-20/100WPM TTY
COMSUBLANT RIXT/100 WPM TTY(R)
CINCLANTFLT GATEGUARD
COMNFLANT RIXT
FACSFAC VACAPES RIXT
WWMCCS CND H/W 60/60
WWMCCS LANT DPS 8/70
NTCC MSG CTR OCRE(2)/NAMRADS/AT&T 5310
USIS INTEL 200 WPM TTY
LEGEND
ASC- AUTODIN SWITCHING CENTER
RIXT- REMOTE INFORMATION EXCHANGE TERMINAL
TTY- TELETYPE
DCT- DATA COMM TERMINALS
OCRE- OPTICAL CHARACTER RECOGNITION EQUIPMENT
NAMRADS- NAVY AUTOMATED MESSAGE REPRODUCTION & DISTRIBUTION SYSTEM
H/W- HONEYWELL
CDAS- CLF OFF AUTO SUPPORT
PCMT- PERSONAL COMPUTER MESSAGE TERMINAL
STEP BASELINE
NCTAMSLANT NTCC HAMPTON RDS
LDMX CONNECTIVITY
REVISION C
SHEET 1 OF 1 DATE JULY 91
85576

Figure A-3-2


STEP-91-P 066
NORFOLK BFC
BBB012 6H84
BBB013 6H9N
BBB014 6H91
BBB007 6H56
AN/FCC-100
AN/FCC-100 SPARE
NTCC HAMPTON ROADS BFC
BBB008 6J9D
BBB009 6H7S
BBB006 6H53
BBB010 6H7T
BBB011 6H7U
LEGEND:
BFC-NAVY TECH CONTROL FACILITY
STEP BASELINE
NCTAMSLANT NTCC HAMPTON RDS
FDM SYSTEMS
REVISION C
SHEET 1 OF 1
DATE JULY 91

Figure A-3-3


(6)
UNFRAMED
T1'S
STM-18
(3)
6.176
TA
HSSI
FT
BELVOIR
T3's OR SONET
DMN
DS3 RC-28D
(9) T1's
99
99
FO
NCD
6.176
(7) T1's
IDNX-90
T3's
HAMPTON
ROADS
OPTION 4

Figure A-3-4


NB/B4 11.5KV FEED
SA/B2 11.5KV FEED
SA/B1 11.5KV FEED
PRIMARY SWITCH GEAR
NH-94
GEN 1000KW
GEN 1000KW
GEN 1000KW
GEN 1000KW
MAIN BUSS
11.5KV FEED
11.5KV FEED
11.5KV FEED
11.5KV FEED
11.5KV FEED
11.5KV FEED
11.5KV FEED
"A/B" VAULT
"I/J" VAULT
HEMP UPPS
"C/D" VAULT
SHEET 6
"F" VAULT
"G/H" VAULT UPS NORTH
UPS 1
UPS 2
UPS 3
STBY
"E" VAULT
SHEET 5
SHEET 2 AND 3
SHEET 4
SHEET 7
NEW ADDITION
UPS 1 (WWMCCCS,FHLT,NTCC TCF, CSE,FIRE ALARMS,NH-36,CSA)
UPS 2 (NTCC MESSAGE CENTER,WIS)
UPS 3 (STANDBY)
HEMP UPS (HEMP ROOM)

Figure A-3-5


11.5 KV FEED
"C/D" VAULT
RM 1141
DOOR 19
1000KVA
11.5KV
120/208V
TECH
POWER
600A
BKR MEQ
PWR PNL
MEQ
(42 BKRS)
(0 SPARES)
*
MECH EQUIP
RM 041
DOOR 36
100A
BKR 5
PWR PNL
TP-A
(42 BKRS)
(36 SPARES)
MSG CTR
RM 46
100A
BKR 6
PWR PNL
TP-B
(42 BKRS)
(32 SPARES)
MSG CTR
RM 46
100A
BKR 3
PWR PNL
TP-D
(24 BKRS)
(24 SPARES)
TRFIC MGR
RM 37
225A
BKR 9
PWR PNL
TP-F
(42 BKRS)
(16 SPARES)
LDMX
RM 44
225A
BKR 7
PWR PNL
TP-G
(42 BKRS)
(19 SPARES)
MSG CTR
RM 46
* NOT LOCATED IN NTCC SPACES

Figure A-3-6