


* NOT LOCATED IN NTCC SPACES

Figure A-3-7


11.5 KV FEED
11.5 KV FEED
UPS POWER
"G/H" VAULT
RM 1149(DOOR 24)
1000KVA
11.5KV
120/208 V
UPS-1
320KW
192 BATT SYS
UPS-2
320KW
192 BATT SYS
UPS POWER DIST PANEL
TO SHEET 3
TO SHEET 4
CSE
RM A151
400A
BKR MTP2
PWR PNL MTP-2
(6 BKRS,2 SP)
CSE
RM A151
225A
BKR 2
PWR PNL TP-3
(24 BKRS,10 SP)
CSE
RM A151
400A
BKR 1
PWR PNL MTP-1
(6 BKRS,2 SP)
TCF
RM A141
225A
BKR 3
PWR PNL TP-8
(42 BKRS,18 SP)
ASVC
RM A125
225A
BKR 4
PWR PNL UP-1
(40 BKRS, 27 SP)
CSE
RM A151
225A
BKR 2
PWR PNL TP-6
(24 BKRS,10 SP)
ASVC
RM A125
100A
BKR 39
PWR PNL UP-2
(30 BKRS, 10 SP)

Figure A-3-8


UPS-1
POWER
FROM SHEET 2
TCF
RM A141
400A
BKR MTP3
PWR PNL MTP-3
(9 BKRS,3 SP)
TCF
RM A141
225A
BKR 1
PWR PNL TP-1
(42 BKRS, 7 SP)
TCF
RM A141
225A
BKR 2
PWR PNL TP-2
(42 BKRS,7 SP)
TCF
RM A141
225A
BKR 3
PWR PNL TP-3
(42 BKRS,20 SP)
CSE
RM A151
225A
BKR 4
PWR PNL TP 4A
(42 BKRS,15 SP)
CSE
RM A151
225A
BKR 5
PWR PNL TP 5A
(42 BKRS,21 SP)
TCF
RM A141
225A
BKR 6
PWR PNL LP 1
(30 BKRS,18 SP)

Figure A-3-9


UPS-2
POWER
FROM
SHEET 2
600A
BKR MUP
PWR PNL
MUP
(42 BKRS)
(0 SPARES)
*
MECH EQUIP
RM 041
DOOR 36
225A
BKR 14
225A
BKR 16
225A
BKR 15
225A
BKR 13
225A
BKR 10
PWR PNL
UPA
(42 BKRS)
(15 SPARES)
PWR PNL
UPB
(42 BKRS)
(37 SPARES)
PWR PNL
UPC
(42 BKRS)
(22 SPARES)
PWR PNL
UPD
(42 BKRS)
(36 SPARES)
PWR PNL
UPF
(42 BKRS)
(15 SPARES)
LDMX
RM 44
MSG CTR
RM 46
T/S RM
RM 46
TRFIC MGR
RM 37
LDMX
RM 44
* NOT LOCATED IN NTCC SPACES

Figure A-3-10


11.5 KV FEED
"I/J" VAULT
RM 020A
1000KVA
11.5KV
120/208V
HEMP
UPS
POWER
1000A
MAIN
800A
MAIN
PWR PNL DPUPS
E & A CELL
GENERATOR RM
RM 01
PWR PNL DP1
E & A CELL
GENERATOR RM
RM 01
400A
MAIN
800A
MAIN
PWR PNL
UFA126
HEMP ROOM
RM A126
PWR PNL
LFA126
HEMP ROOM
RM A126
NOT LOCATED IN NTCC SPACES

Figure A-3-11

1.4 **Station Equipment.**

Table A-1 depicts the number of DCS/NTS circuits and landlines that will either terminate or pass through the ATC. Table A-2 lists current equipment specifications by Equipment Nomenclature, Electrical and Physical technical information, Location, Non-Critical tech-load, Critical Load requirements and Quantity.

1.5 **Current Baseline.**

This compilation is the result of a site survey conducted 3 June 1993. The information contained in this Appendix may not be all inclusive and is subject to change.

**Table A-1**

I. NTCC Hampton Roads Tech Control Facility has responsibility for the following DCS/NTS trunks/circuits that either terminate or pass through the TCF. The circuits/trunks are sub-divided by number and baud speed.

| NUMBER | BAUD SPEED |
|---|---|
| 010 | 50 BAUD |
| 088 | 75 BAUD |
| 006 | 300 BAUD |
| 001 | 600 BAUD |
| 008 | 1200 BAUD |
| 118 | 2400 BAUD |
| 030 | 4800 BAUD |
| 052 | 9600 BAUD |
| 005 | 2.0 KB |
| 001 | 16 KB |
| 011 | 19.2 KB |
| 003 | 32 KB |
| 033 | 56 KB |
| 004 | 64 KB |
| 002 | 128 KB |
| 002 | 256 KB |
| 004 | 384 KB |
| 001 | 512 KB |
| 061 | 1.544 MB |
| 192 | 3 KHZ |
| **672** | **TOTAL** |

**Table A-1**

II. DCS/NTS and Landlines include eight (8) spare 3KHZ landlines that require connection to the ATC.

**Table A-2**

| EQUIPMENT | ELECTRICAL | PHYSICAL | LOC | NC TL | CL | QTY |
|---|---|---|---|---|---|---|
| AMP F/O P/P | F/O | ST CONN | TCF | | X | 1 |
| AN/FCC-98 | MIL-188-114 BAL/SYNC VF | TWINAX DB-25 18EA CANNON PLUG | TCF-20 HEMP-2 | | X | 22 |
| AN/FCC-99 | MIL-188-114 BAL/SYNC VF | TWINAX CANNON PLUG | TCF-6 HEMP-3 | | X | 9 |
| AN/FCC-100 LSTDM | MIL-188 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 19EA | TCF-28 CSE-2 HEMP-3 | | X | 33 |
| AN/FOTE-3 (VHRD) | RS-232 BAL | X2 BNC X2 F/O | HEMP-6 | | X | 6 |
| AN/USM-425(V)1 OSCILLOSCOPE | RS-232 BAL | BNC X 2 | TCF | | X | 3 |
| "BUTTERFLY" FAN-TAIL (BFC) BUSN | RS-232 BAL | DB-37 X 8 DB-25 X 8 | TCF | | X | 2 |
| CAS-1 LINE DRIVER | MIL-188 | DB25 X 12 TB X 12 | TCF | | X | 1 |
| CM101 DIGITAL MODEM | RS-232 BAL | DB-25 X 2 | TCF | | X | 1 |
| CM401 MULTIRATE MODEM | RS-232 BAL | DB-37 X 3 DB-9 X 1 | TCF | | X | 1 |
| CODEX SHARING UNIT | RS-232C UNBAL/SYNC | DB-25 X 7 | TCF | | X | 2 |
| CODEX 2000 NEST | UNBAL/SYNC VF | DB25 X 28 TB-AUDIO | TCF | | X | 3 |
| CODEX 2121 MODEM | RS-232C MIL-188C VF | DB-25 X 1 TB - (VF) | TCF | | X | 1 |
| CODEX 2132 MODEM | RS-232 BAL | DB-25 RJ | TCF | | X | 1 |

Table A-2

| | | | | | | |
|---|---|---|---|---|---|---|
| CODEX 2340 MODEM | RS-232 SYNC/ASYNC VF | DB-25 2EA | TCF | | X | 3 |
| CODEX 2340 NEST | RS-232C SYNC/ASYNC VF | DB25 X 30 TB | TCF | | X | 2 |
| CODEX 2510 MODEM | RS-232C SYNC/ASYNC ISOC VF | DB-25 X 2 RJ/TB | TCF | | X | 1 |
| CODEX 2640 MODEM | RS-232 VF | DB-25 X 5 | TCF | | X | 1 |
| CODEX 2680 MODEM | MIL-188C VF | DB-25 X 5 | TCF | | X | 1 |
| CODEX 3380 MODEM | MIL-188-114 VF | DB-25 X 4 RJ-9 X 3 | TCF | | X | 7 |
| COS/8 BLACK BOX | RS-232 VF | DB-25 X 9 | TCF | | X | 1 |
| CDS-10 VERSITRON | RS-232 BAL | DB-25 X 9 DB-9 X 2 | TCF | | X | 1 |
| CDS-20 VERSITRON | RS-232 BAL | DB25 X 14 | TCF | | X | 1 |
| CS 4100 MUX | RS-232 BAL | DB-37 X 1 DB-25 X 1 RJ | TCF | | X | 3 |
| DAC | MIL-188 UNBAL/SYNC | TB, 310 BANANA JACK | TCF | | X | 1 |
| "O" SCOPE (702) | RS-232 BAL | CANNON PLUG | TCF | | X | 1 |
| DIRECTLINE TELEPHONE | RJ | RJ | TCF | | X | 2 |
| DL551 VX DIGITAL LINK 5-1 CONTROLLER | RS-232 SYNC/ASYNC | DB-15 X 1 DB-9 X 1 | TCF | | X | 1 |
| DL551 VX EXTENDED T-1 CONVERTER & CSU | RS-232 | DB-15 X 1 DB-9 X 1 | TCF | | X | 3 |
| DL551 VX ESF ESU | RS-232 | DB-15 X 1 DB-9 X 1 RJ | TCF | | X | 1 |

Table A-2

| | | | | | | |
|---|---|---|---|---|---|---|
| DCP 3094 CSU/DSU | RS-232 | DB-25 X 1<br>DB-37 X 1<br>RJ | TCF | | X | 2 |
| ET1 MICRO | RS-232 | DB-25 X 2 | TCF | | X | 1 |
| IDNX-90 | RS-232<br>SYNC/ASYNC | DB-25<br>DB-37 | TCF | | X | 1 |
| HD-1 VERSITRON MODEM | BAL/SYNC | TB<br>DB-37 X 2 | TCF | | X | 2 |
| HD-10 VERSITRON | MIL-188<br>SYNC | DB-9 X 4 | TCF | | X | 1 |
| HP 3580 SPEC ANALYZER | VF | BNC<br>BANANA | TCF | | X | 1 |
| HP 8591A SPEC ANALYZER | RF | "N" | TCF | | X | 1 |
| L/CSU 100 TIME-PLEX LINK/CSU | RS-232 | DB-25 X 2<br>RJ | TCF | | X | 1 |
| LDPC-4 VERSITRON BUFFER | BAL/SYNC | DB-25 4EA | TCF | | X | 1 |
| LINK-24 TIMEPLEX | RS-232<br>SYNC/ASYNC | DB-25 X 2 | TCF | | X | 5 |
| LSI 2520 CODEX MODEM | RS-232C<br>UNBAL/SYNC<br>VF | DB-25 2EA<br>TB | TCF | | X | 1 |
| LSI 4800 CODEX MODEM | MIL-188-114<br>UNBAL/SYNC<br>VF | DB-25 6EA<br>TB-AUDIO<br>DB-15 X 1 | TCF | | X | 3 |
| LSI 9600 CODEX MODEM | MIL-188<br>UNBAL/SYNC<br>VF | DB-25 4EA<br>TB OR DB 25 AUDIO | TCF | | X | 18 |
| ME-400 METER | PLUS/MINUS 6V | TERM | TCF | | X | 8 |
| MODEL DE-1 GENERAL DATA COMM | MIL-188-114<br>UNBAL/SYNC<br>VF | DB-25 X 1<br>RJ | TCF | | X | 2 |
| MPC 2 CR INTL INC | RS-232C | DB-25 X 16 | TCF | | X | 2 |

Table A-2

| | | | | | | |
|---|---|---|---|---|---|---|
| ODS 219 RS-449 FIBER OPTIC | RS-449 FIBER OPTIC | DB-37 X 1 | TCF | | X | 3 |
| OMC-14 VERSITRON VMUX | RS-232 F/O | DB-9 X 2<br>DB-34 X 2<br>DB-37 X 1<br>DB-9 X 1<br>DB-25 X 2<br>DB-9 X 4<br>DB-9 X 4<br>DB-25 X 1<br>DB-9 X 1<br>DB-9 X 1 | TCF | | X | 5 |
| ONS 150 TYLINK OPEN NET SERVER | MIL-188 | DB-25 X 1<br>RJ | TCF | | X | 1 |
| OWS 150 TYLINK OPEN NET SERVER | MIL-188 | DB-25 X 1 | TCF | | X | 1 |
| RM24 RACAL-MILGO | RS-232 | DB-25 X 1 | TCF | | X | 1 |
| R42M DATA SET ADAPTER | RS-232 | DB-25 X 1<br>DB-15 X 1 | TCF | | X | 1 |
| T-324 PCM | VF | EIA-25 | TCF | | X | 5 |
| TELEPHONE GTE TANDON | RS-232 | DB-25 X 1<br>RJ | TCF | | X | 1 |
| TH-83A/FGC | MIL-188 UNBAL/ ASYNC/ISOC | TB | TCF-2<br>CSE-6 | | X | 8 |
| TS 2936 SIG ANALYZER | NOT CONNECTED, TEST SET | TB | TCF | | X | 3 |
| TSEC/KG-194 HNF-1 | MIL-188-114 | 194 HARDWARE CANNON | TCF | | X | 12 |
| V.24 BIS ZOOM MODEM | RS-232<br>VF | DB-25 X 1<br>RJ | TCF | | X | 1 |
| V.3225 VDS | RS-232C UNBAL ASYNC VF | DB-25 MODULAR JACK | TCF | | X | 3 |

**Table A-2**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNISYS CPU (U2 820 FDD) W/PTR/MON | MIL-188 RS-232C UNBAL/SYNC | DB-37 2EA | TCF | | X | 3 |
| UNIVERSAL TEST SYS | TEST SET N/A | DB-24 X 1 RJ | TCF | | X | 1 |
| UNIVERSAL DATA SYS MODEM NEST | RS-232 | DB-25 X 16 RF (B2) | TCF | | X | 1 |
| VHRD XMTR - L | F/O X 2 | BNC X 2 | TCF | | X | 13 |
| VHRD RCVR - L | F/O X 2 | BNC X 3 | TCF | | X | 11 |
| ZENITH CPU | RS-232 | DB-25 DB-37 | TCF | | X | 1 |
| 102 MICRO | RS-232 | DB-25 | TCF | | X | 2 |
| 1080 MAINSTREET DATA CONTROLLER | RS-232 | RJ X 8 | TCF | | X | 1 |
| 1800 DATAPHONE II | RS-232C UNBAL/SYNC | DB-25 2EA | TCF | | X | 3 |
| 1800B PENRIL | RS-232 | DB-25 (2) | TCF | | X | 3 |
| 1800S PENRIL | RS-232 VF | DB-25 (2) | TCF | | X | 1 |
| 2024A AT&T DATA PHONE II | 4W | DB-25 DIGITAL | TCF | | X | 2 |
| 2096 AT&T DATA PHONE II | RS-232 | DB-25 DB-37-3 | TCF | | X | 1 |
| 24 LSI ICC MODEM | RS-232C VF UNBAL/SYNC | DB-25 TB | TCF | | X | 2 |
| 24 LSI RACAL MILGO MODEM | RS-232C UNBAL/SYNC VF | DB-25 TB | TCF | | X | 1 |
| 2500 AT&T DATAPHONE II | RS-232C UNBAL/SYNC VF | DB-25 MODULAR JACK | TCF | | X | 2 |
| 3440 PARADYNE MODEM | RS-232C UNBAL/SYNC TO MIL-188 CONV | DB-25 RJ | TCF | | X | 7 |

Table A-2

| | | | | | | |
|---|---|---|---|---|---|---|
| 3480 PARADYNE MODEM | VF | TB | TCF | | X | 4 |
| 3551A TEST SET | N/A PORTABLE RACK MOUNTED | 600 56 BANANA G.E. PHONE | TCF | | X | 2 |
| 3624 MAINSTREET | RS-232C V.35/ SYNC/ASYNC | TELCO BLOCK V.35 | TCF | | X | 1 |
| 3901M COMM TEST SET | MIL-188 | TB | TCF | | X | 1 |
| 4019 VERILINK CSU | RS-449 | DB-15 X 1 WIREWRAP 1EA | TCF | | X | 2 |
| 4404 ICC MODEM | RS-232 | DB-25 RJ | TCF | | X | 7 |
| 56SP FLEXTIE | RS-232C RS-366 EIARS-449 | DB-25 DB-25 DB-37 | TCF | | X | 1 |

Table A-2

| | | | | | | |
|---|---|---|---|---|---|---|
| 6952 NETWORK INTERFACED MOD | RS232 V.24 | TB TO MOTHER BOARD | TCF | | X | 1 |
| -LC76 DATA ENCRYPTION SET | RS-232 | DB-25 TWINAX V8 | | | X | 1 |
| -SDM650 SAT MODEM | RS-232 | DB-09,DB-15 COAX BNC | | | X | 2 |
| -SNS651 BRIDGE MODEM | MIL-188 | DB-15 (4) COAX (3) | | | X | 1 |
| -ND4A CHNL BANK | MIL-188 | WIREWRAP | | | X | 1 |
| -6047 TERM REPEATER | MIL-188 | WIREWRAP | | | X | 1 |
| -4547A TRANSMISSION IMPAIRMENT TEST SET | TEST SET | 1EEE-488 | | | X | 1 |
| -MEASURE SET -551 VCC/U | RS-232 | | | | X | 1 |
| -4201 CYLINK MODEM | RS-232C | DB-25 X 2 DB-15 X 2 | | | X | 4 |
| ACC DESKSET INTERFACE | RS-232C | DB-15-4 DB-25-1 | CSE | | X | 2 |
| ACC SIMON CAB | RS-232C | 4 WIRE-WRAP | CSE | | X | 1 |
| ADC BLDCC-16-Z | RS-232C | DB-25 X 3 | CSE | | X | 1 |
| AN/USQ-64 | MIL-188 UNBAL/SYNC /ASYNC | CANNON PLUG | CSE | | X | 6 |
| ASC-4100 | RS-449 RS-232 | DB-47 X 2 DB-25 X 3 | CSE | | X | 1 |
| BBN COMM INTER | FIBER OPTIC V.42 | ST CONN RJ | CSE | | X | 2 |
| BLACK BOX CODE OPERATED MATRIX | RS-232 | DB-25 X 16 | CSE | | X | 1 |

Table A-2

| | | | | | | |
|---|---|---|---|---|---|---|
| C&P TELEPHONE | RS-232 | RJ X 1 | CSE | | X | 1 |
| CODEX SHARING DEVICE | RS-232C UNBAL/SYNC | DB-25 | CSE | | X | 1 |
| COMMANDER TL7 ITRON | RS-232 | DB-25 X 8 | CSE | | X | 2 |
| FIBERCOM WHISPER LAN DUAL PATCH & TRANSCEIVER | RS-232 F/O | DB-9 X 2<br>DB-15 X 4 | CSE | | X | 2 |
| FX1201 TWELVE PACK | RS-232 F/O | DB-15 X 4<br>DB-37 X 4 | CSE | | X | 2 |
| HOME CONTROL I/F X-10 | RS-232 | DIN X 1 | CSE | | X | 1 |
| MOTOROLA NES (NETWORK ENCRYPTION UNIT) | RS-232 | DB-37 X 4<br>DB-15 X 8 | CSE | | X | 1 |
| MT-800 MULTIPORT TRANSCEIVER UNIT (MAU) | MIL-188 | DB-15 X 9 | CSE | | X | 1 |
| OMC-14 VMUX | RS-232 F/O | DB-9 X 50<br>DB25 X 40<br>DB37 X 22 | CSE-14<br>HEMP-3 | | X | 17 |
| OMC-16 VMUX | RS-232 F/O | DB-9 X 52<br>DB25 X 32 | CSE | | X | 10 |
| ON-143(V)6 1G | MIL-188 SERIAL SYNC | CANNON PLUG | CSE | | X | 7 |
| ON-143(V)11 1G | MIL-188 SERIAL SYNC | CANNON PLUG | CSE | | X | 1 |
| RCA SECURE VOICE TELEPHONE | RS-232 | DB25 X 1<br>DB-37 X 1 | CSE | | X | 1 |
| SM8 TIMEPLEX MICROPLEXER | RS-232 | DB25 X 11 | CSE | | X | 1 |
| T/20 BBN COMMUNICATORS | RS-232 X.25 BAL | DB37 X 20 | CSE | | X | 2 |
| TIMEPLEX II M24 MICROPLEXER | RS-232 | DB25 X 28 | CSE | | X | 7 |
| TIMEPLEX III MICROPLEXER | RS-232 | DB25 X 25 | CSE | | X | 18 |

Table A-2

| | | | | | | |
|---|---|---|---|---|---|---|
| TSEC/KG-81 HNF-1 | RS-449 V.35 | KG81 CONN HARDWIRED | CSE | | X | 5 |
| TSEC/KG-83 | | NO INTERFACE | CSE | | X | 1 |
| TSEC/KG-84A | MIL-188 RS-232C SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA KG-84A CON- NECTORS HARDWIRED | CSE- 256 HEMP- 10 | | X | 266 |
| TSEC/KG-84C | MIL-188 RS-232C SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA KG-84C CON- NECTORS HARDWIRED | CSE | | X | 108 |
| TSEC/KG-96 | MIL-188 RS-232C SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA KG-94 CON- NECTORS HARDWIRED | CSE | | X | 1 |
| VT-420 DIGITAL MODEM | RS-232 | DB-25 | CSE | | X | 1 |
| WFT-12 FIBERCOM | | DB15 X 11 | CSE | | X | 1 |
| 3 COM COMMUNICATIONS SERVER | RS-232 | DB25 X 10 DB15 X 1 | CSE | | X | 1 |
| 3 COM NET BUILDER | RS-232 | DB-25 X 2 DB-15 X 2 | CSE | | X | 1 |
| 444-1 PULSE COM DATA CODE DETECTOR ASSY | RS-232 | DB-50 X 3 TB | CSE | | X | 2 |
| 800 CODEX MUX | RS-232 | DB-25 X 8 | CSE | | X | 3 |
| 980 CODEX MUX | MIL-188 UNBAL/SYNC | DB-25 5EA | CSE | | X | 8 |
| 2025 CODEX MODEM | RS-232 | DB-25-3 DB-9-1 | CSE | | X | 4 |
| 87830 MID ATLANTIC RFIC/DALC | RS-232 F/O | DB15 X 24 | HEMP | | X | 1 |

**Table A-2**

| | | | | | | |
|---|---|---|---|---|---|---|
| LDMX (128 PORTS EA SYS) | MIL-188 RS-232C UNBAL/SYNC | TB | LDMX | | X | 2 |
| ADC | MIL-188 | DB-25 X 3 | CSE | | X | 1 |
| RACAL-MILGO COMM LINK 7 | RS-232 | DB-25 | LDMX | | X | 4 |
| TIMEPLEXER LINK 2 T-1 MUX, (20 CHNLS) | MIL-188 RS-232C, RS-442, RS530, ASYNC/SYNC BAL/UNBAL | DB-37 | CSE | | X | 5 |

# Attach (9b)

# APPENDIX B

## NAVCOMTELSTA, Yokosuka, Japan

1.0 **Naval Computer Telecommunications Station, (NCTS) Yokosuka, Japan.**

NAVCOMTELSTA, (NCTS) Yokosuka is comprised of component activities located on the island of Honshu in Japan. The geographical locations of component activities; Naval Radio Station (Transmitter Facility) Building, Totsuka; Naval Radio Station (receiver Facility) Building 176, Kamiseya and Naval Radio Station (VLF Transmitter facility) Yosami are depicted in Figure B-1-1.

1.1 **NCTS Yokosuka Building Location.**

NCTS Yokosuka is headquartered in Building B-37 on the Naval Base in Yokosuka and is depicted in Figure B-1-2.

1.2 **NCTS Yokosuka Building Function Description.**

The NCTS Yokosuka headquarters building is a two story reinforced concrete structure which houses the following communication areas which will be affected by the ATC:

First Floor

1. Message Center

Second Floor

1. Technical Control Facility (TCF)
2. Communications Security Equipment (CSE)
3. High Command Net (HICOM)

1.2.1 **Message Center.**

The Message Center receives, processes and reproduces incoming and outgoing message traffic for NCTS Yokosuka and all


TOHOKU
CHUBU
KANTO
CHUGOKU
KINKI
SHIKOKU
KYUSHU
JAPAN
VICINITY MAP
TOKYO
TOKYO BAY
KAMIOEYA
TOTSUKA
YOKOSUKA
SAGAMI BAY
LOCATION MAP
VEHICLE GATE
MAIN GATE
B-27
SITE PLAN
BASELINE
NAVCOMMSTA YOKOSUKA
VICINITY/LOCATION MAP
AND SITE PLAN
SHEET 1 OF 1

Figure B-1-1


ET SHOP
TECH CONTROL DIVISION
ELECTRONICS MATERIAL OFFICE
MAINT OFFICE
TECH CONTROL OFFICE
TECH LIBRARY
COMM ADMIN
TRAINING ROOM
COMM OFFICER AND LPO
CMS OFFICE
TRAFFIC ADMIN
TRAFFIC OFFICER
TEST EQPT STORAGE
TEST EQUIP STORAGE
CLASSIFIED IOP
HICOM
SECOND FLOOR
WOMEN'S HEAD
MEN'S HEAD
LOCKER RM
SHOWER RM
WOMEN'S LOCKER AND CHANGE ROOM
LOUNGE
PRIMARY POWER RM
STO
AIR CONDITIONING RM
INCINERATOR SHED
TRAFFIC ANALYSIS/WIREROOM
MDF
BURN BAG STORAGE
MECH RM NO 1
TTY REPAIR OFFICE
CONFERENCE RM
TTY SHOP
CONT. OFFICE
3-M OFFICE
TRAINING RM
STORAGE
VAULT
REPRODUCTION RM
COMMUNICATIONS CENTER
FIRST FLOOR
BASELINE
B-37 YOKOSUKA
BUILDING LAYOUT

Figure B-1-2

over-the-counter subscribers. The Message Center function utilizes Automated Digital Network (AUTODIN), the Standard Remote Terminal (SRT) Optical Character Recognition Equipment (OCRE), Personal Computer Message Terminals (PCMTs) and (MARCEMP) equipment. Moreover, the Message Center maintains mandated message files, operates a service section for message correction and serves as a General Message Distribution source. The electronic equipment arrangement and equipment rack elevations of the Message Center are shown in figures B-2-1 - B-2-2.

1.2.2 **Technical Control Facility (TCF).**

The TCF provides for the technical coordination, supervision, quality control, communications service restoral and status reporting of all tactical and Defense Communication System (DCS) circuits. It exercises technical direction and supervision over audio and digital transmission links, super-groups, groups, channels, circuits and interfacing equipment appearing in the communications areas. The TCF also maintains liaison with the area Fleet Telecommunications Operations Center at Naval Computer Telecommunication Area Master Station (NCTAMS) Western Pacific, Guam, Defense Information System Agency (DISA), adjacent TCFs, maintenance elements and users to ensure effective communications service. The TCF houses the CSE area which includes all of the data encryption devices to support the NCTS Yokosuka TCF function. The TCF also houses the HICOM room which provides secure and non-secure voice equipment and patching facilities for NCTS Yokosuka and local commands. The electronic equipment arrangement and equipment rack elevations for TCF, CSE and HICOM


PANEL "EG"
PANEL "LE-2"
PANEL "LD"
PANEL "EH"
COPT CAB
PANEL "EJ-1"
JUNCTION BOX
MESSAGE CENTER
SRT SYSTEM
SUPVR DESK
TABLE
PTR
PC
AIR CON #2 50/60HZ 220VAC
PANEL "LE" 60HZ 120V
AIR CON #1 50/60HZ 220VAC
PANEL "EJ" 60HZ 120V
CONCRETE CURB
EMERGENCY EXIT
KEY PLAN BLDG B-37 FIRST FLOOR NTS
NAVCOMTELSTA JAPAN
MESSAGE CENTER
BUILDING B-37
FLOOR PLAN LAYOUT
GRAPHIC SCALE
1/2"=1'-0"
F 16912 38800 D

Figure B-2-1


ELEVATION "A-A"
ELEVATION "B-B"
MESSAGE CENTER
CABINET ELEVATIONS
ROW _ BAYS _ TO _
ROW _ BAYS _ TO _
GRAPHIC SCALE
1 1/2" = 1'-0"
F 16912 38800 D

Figure B-2-2

areas are shown in Figures B-2-3 and B-2-9.

1.3 **Miscellaneous Information.**

The following additional information is provided:

(1) Typical site connectivity and station signal flow diagrams are depicted in Figures B-3-1 - B-3-2.

(2) Typical diagrams and charts of the grounding system and a power summary are depicted in Figures B-3-3 - B-3-5.



TELEPHONE J.B.
UPS BYPASS SW
IPP
BTPP #4 (UPS)
BTPP #1
BTPP #2
BTPP #3
KEY PLAN
BLDG B-37
SECOND FLOOR
BLACK IDF
FILTER PANEL
LIGHTING PANEL "EE"
TECHNICAL CONTROL
RM 222
DESK
HICOM ROOM
RM. 221
ICS CONSOLE
PARKHILL CONSOLE
WINDOW
HICOM ROOM J.B.
FILTER
GRAPHIC SCALE
1/2"=1'-0"
RED IDF
RM. 220
ZENITH 386
MASTER STATION
NAVCOMTELSTA JAPAN
TECH CONTROL FACILITY
BUILDING B-37
FLOOR PLAN LAYOUT
F 16913 38800 D


Figure B-2-3


ELEVATION "A-A"
ELEVATION "B-B"
NOTES
1 HP-355D ATTENUATOR IS INSTALLED BEHIND THE R-1738/WR VLF/LF RECEIVER.
2 QUICK CONNECT PANELS (QCP'S) FOR THE CIDF IS MOUNTED BEHIND THIS DOOR. PLUGS FACE TO THE REAR; WIRE WRAP CROSSCONNECTS FACE THE FRONT OF THE CABINET
TECHNICAL CONTROL
CABINET ELEVATIONS
ROW 1 BAYS 3 TO 9
ROW 1 BAYS 13 TO 19
GRAPHIC SCALE
1 1/2" = 1'-0"
F 16912 38800 D

Figure B-2-4