
ELEVATION "C-C"
ELEVATION "D-D"
ELEVATION "E-E"
TECHNICAL CONTROL
CABINET ELEVATIONS
ROW 2 BAYS 1 TO 8
ROW 3 BAYS 1 TO 4
ROW 5 BAYS 1 TO 9
GRAPHIC SCALE
16912
38800

Figure B-2-5


ELEVATION "F-F"
ELEVATION "G-G"
GRAPHIC SCALE
TECHNICAL CONTROL
CABINET ELEVATIONS
ROW 5 BAYS 1 TO 9
ROW 5 BAYS 15 TO 21
F 16912
38800
D

Figure B-2-6


ELEVATION "H-H"
ELEVATION "J-J"
(ISABPS)
TECHNICAL CONTROL
CABINET ELEVATIONS
ROW 6 BAYS 1 TO 9
ROW 6 BAYS 12 TO 18
GRAPHIC SCALE
1 1/2" = 1'-0"
F 16912
38800
D

Figure B-2-7


ELEVATION "K-K"
ELEVATION "L-L"
(ISABPS)
TECHNICAL CONTROL
CABINET ELEVATIONS
ROW Z BAYS 1 TO 7
ROW Z BAYS 12 TO 20
GRAPHIC SCALE
1 1/2" = 1'-0"
F 16912 38800 D

Figure B-2-8


ELEVATION "M-M"
ELEVATION "N-N"
ELEVATION "O-O"
ELEVATION "P-P"
ELEVATION "Q-Q"
TECHNICAL CONTROL
CABINET ELEVATIONS
ROW B BAY 1
ROW B BAYS 12 TO 20
GRAPHIC SCALE
1 1/2" = 1'-0"
F 16912 38800 D

Figure B-2-9


B-37
NCSJ
YOKOSUKA
BASE CABLE
C-20
TELEX
YOKOSUKA
TO WESTPAC
SATELLITE
S2195
CP ZAMA
SYT (CPZ)
MSC-46
CP ZAMA
TCF
(ZAM)
BASE CABLE
M1288
77JM6A
3.5
ATSUGI
TCF
(ATS)
M1289
77JM6B
5.7
TOTSUKA
TCF
(TOT)
M1291
77JM6C
12.2
YOKOSUKA
TCF
(YSA)
FUCHU
AVC
(FCU)
L243P
644
MISAWA
TCF
(MSW)
S2227
MISAWA
SYT
MSC-46
77JRS3 CPZ
KAMISEYA
TCF
(KAM)
M1285
77JMOJ
19.4
NEGISHI
TCF
(NEG)
M1286
77JMDK
9.9
M1822
77JMF8
4.8
M1281
77JMFC
12.6
FCC98
S4M
BASELINE
B-37 YOKOSUKA
CONNECTIVITY DRAWING
SHEET 1 OF 1

Figure B-3-1


77BC28
6L9R
BN48
6L8Z
ATSUGI BFC
77BC29
6L9P
BN65
6L8R
MISAWA TOC
6L8Y
IWAKUNI BFC
77BC25
6L8W
BN47
6L8Y
SASEBO BFC
77BC63
6L8V
BN64
6L8U
77BC64
6L8T
TOTSUKA TXO
77BX02
6L21
77BX03
6L22
77BX21
6X21
77BX62
6W62
KAMISEYA RCW
77EX02
6L06
77EX04
6L29
77EX10
6K94
YOKOTA TCF
77DN17
6V8B
DN10
6V8C
77DN18
6V70
07FX01
6X1A
COMUSJAPAN O/C
77BX83
6K45
SAN MIGUEL BFC
YOKOSUKA BFC
BASELINE
B-37 YOKOSUKA
VFCT SYSTEMS
SHEET 1 OF 1

Figure B-3-2

Case 1:02-cv-00796-FMA Document 46-14 Filed 03/18/2005 Page 8 of 26






Figure B-3-3

POWER SUMMARY (EXISTING) – BLDG. B-37 – YOKOSUKA

| CLASS B (NON-TECHNICAL LOAD) | | CLASS C (NON CRITICAL TECHNICAL LOAD) | | CLASS D (CRITICAL TECHNICAL LOAD) | |
|---|---|---|---|---|---|
| CAPACITY: | | CAPACITY: | | CAPACITY: | |
| PANELS | CONNECTED LOAD | PANELS | CONNECTED LOAD | PANELS | CONNECTED LOAD |
| COMCEN LD | 6,800 | COMCEN LE-2 | 8,840 | | |
| CWO AREA LC | | HALLWAY LE-3 | | | |
| 1ST FLR HALL | | | | | |
| L-1 | 17,640 | E.M.O. PM-2 | | | |
| HALLWAY F-1 | | SEC OFF EQ | | | |
| OUT A/C LF | | TRAF OFF EN | | | |
| MECH RM P | 183,052 | COMTAC ED | | | |
| STRWY F-2 | 183,052 | ET SHOP EL | | | |
| STRWY ICM | | SUPLY OFF EM | | | |
| STRWY IC-1 | | TST EQP 2A-A1 | | | |
| STRWY IA-M | | LCKR RM ES | | | |
| LOUNGE L | | COMCEN EI | | | |
| LKR RM IB-1 | | OUT LHTS LA | | | |
| 2ND FLR LM-1 | | COMLCPO X | | | |
| OUTSIDE IB2 | | TRNG RM T | | | |
| | | AUTOCOM Y | | | |
| | | SEC OFF 2A-C | | | |
| | | REPRO RM EG | | | |
| | | COMCEN EH | 17,800 | | |
| | | COMCEN EJ | 1,000 | | |
| | | COMCEN EJ-1 | 7,500 | | |
| | | COMCEN EK | 1,900 | | |
| | | TECH TPP-1 | 5,560 | | |
| | | TECH TPP-2 | 13,000 | | |
| | | TECH TPP-3 | 6,800 | | |
| SUBTOTAL (KW) (This sheet) | | SUBTOTAL (KW) (This sheet) | | SUBTOTAL (KW) (This sheet) | |
| SUBTOTAL (KW) (Previous sheets) | | SUBTOTAL (KW) (Previous sheets) | | SUBTOTAL (KW) (Previous sheets) | |
| TOTAL LOAD (KW) | | TOTAL LOAD (KW) | | TOTAL LOAD (KW) | |
| CAPACITY AVAIL (25%XCAP)(KW) | | CAPACITY AVAIL (25%XCAP)(KW) | | CAPACITY AVAIL (25%XCAP)(KW) | |
| EXCESS CAPACITY | | EXCESS CAPACITY | | EXCESS CAPACITY | |

BASELINE

B-37 YOKOSUKA
POWER SUMMARY

SHEET 1 OF 2

Figure B-3-4

| POWER SUMMARY (EXISTING) – BLDG. B-37 – YOKOSUKA | | | | | |
|---|---|---|---|---|---|
| CLASS B (NON-TECHNICAL LOAD) | | CLASS C (NON CRITICAL TECHNICAL LOAD) | | CLASS D (CRITICAL TECHNICAL LOAD) | |
| CAPACITY: | | CAPACITY: | | CAPACITY: | |
| PANELS | CONNECTED LOAD | PANELS | CONNECTED LOAD | PANELS | CONNECTED LOAD |
| | | TECH TPP-4 | 600 | | |
| | | TECH TPP-5 | 5,100 | | |
| | | AUTOCOM ER | 1,600 | | |
| SUBTOTAL (KW) (This sheet) | | SUBTOTAL (KW) (This sheet) | | SUBTOTAL (KW) (This sheet) | |
| SUBTOTAL (KW) (Previous sheets) | | SUBTOTAL (KW) (Previous sheets) | | SUBTOTAL (KW) (Previous sheets) | |
| TOTAL LOAD (KW) | | TOTAL LOAD (KW) | | TOTAL LOAD (KW) | |
| CAPACITY AVAIL (25%XCAP)(KW) | | CAPACITY AVAIL (25%XCAP)(KW) | | CAPACITY AVAIL (25%XCAP)(KW) | |
| EXCESS CAPACITY | | EXCESS CAPACITY | | EXCESS CAPACITY | |

BASELINE

B-37 YOKOSUKA
POWER SUMMARY

SHEET 2 OF 2

Figure B-3-5

1.4 **Station Equipment.**

Table B-1 depicts the number of DCS/NTS circuits that will either terminate or pass through the ATC. A list of DCS/NTS landlines will be made available as required. Table B-2 lists current equipment specifications by Equipment Nomenclature, Electrical and Physical technical information, Location, Non-Critical tech-load, Critical Load requirements and Quantity.

1.5 **Current Baseline.**

This compilation is the result of a site survey conducted 19 April 1993. The information contained in this Appendix may not be all inclusive and are subject to change.

**TABLE B-1**

I. NCTS Yokosuka Tech Control Facility has responsibility for the following trunks/circuits that either terminate or pass through the TCF. The circuits/trunks are sub-divided by number and baud speed.

| NUMBER | BAUD SPEED |
|---|---|
| 010 | 50 BAUD |
| 065 | 75 BAUD |
| 003 | 300 BAUD |
| 004 | 600 BAUD |
| 024 | 1200 BAUD |
| 013 | 2400 BAUD |
| 021 | 4800 BAUD |
| 041 | 9600 BAUD |
| 001 | 14.2 KB |
| 008 | 56 KB |
| 039 | 3 KHZ |
| **233** | **TOTAL** |

II. DCS/NTS landlines (including in-house landlines) that traverse Building B-37:

| NUMBER | LOCATION |
|---|---|
| 331 | CABLES 4C, CABLE 5 AND CABLE 6 |

**Table B-2**

| EQUIPMENT | ELECTRICAL | PHYSICAL | LOC | NC TL | CL | QTY |
|---|---|---|---|---|---|---|
| ADTECH 5060A SPKR AMP | VF | N/A | TCF | X | | 3 |
| AM-3729 | VF | TB | TCF | X | | 2 |
| AN/FCC-66 TERMINAL TELEGRAPH | MIL-188 UNBAL/BAL ASYNC/SYNC ISOC | TB | TCF | X | | 5 |
| AN/FCC-67 TERMINAL TELEGRAPH | MIL-188 UNBAL/BAL ASYNC/SYNC ISOC | TB | TCF | X | | 1 |
| AN/FCC-100 LSTDM | MIL-188 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 19EA | TCF | X | | 31 |
| AN/SSR-1A SATELLITE RECEIVING SET | MIL-188 UNBAL/ISOC UNBAL/SYNC | CANNON PLUG | TCF | X | | 1 |
| BR-6029C | MIL-188 UNBAL/SYNC VF | MS-CONN | TCF | X | | 6 |
| CODEX 2500 MODEM NEST 16 CARDS - 2510 CARD | MIL-188 UNBAL/SYNC VF 16 CHNL | DB-25 TB RJ | TCF | X | | 3 |
| CODEX 2520 MODEM | MIL-188 UNBAL/ ASYNC VF | DB-25 TB | TCF | X | | 2 |
| CODEX 2540 MODEM | MIL-188-114 UNBAL/ ASYNC VF | DB-25 TB | TCF | X | | 1 |
| CVAN SHELF (HAWTELCO EQPT) | VF | TB | TCF | X | | 1 |
| DA-7 C.R. INTL CONV/PARADYNE 3440 | RS-232C UNBAL/ ASYNC TO MIL-188 CONV | DB-25 | TCF | X | | 1 |

Table B-2

| | | | | | | |
|---|---|---|---|---|---|---|
| DIGITECH 2002-08 TEST SET | 50BPS-75BPS UNBAL ASYNC | TB | TCF | X | | 2 |
| DDN | BAL/UNBAL/ SYNC VF | DB-37 TB | TCF | X | | 1 |
| HALCYON 520B3 TEST SET | VF | TB | TCF | X | | 1 |
| HF ANDVT/KYV-5 SECURE VOICE | VF | TB | TCF | X | | 7 |
| GILTRONICS 7701 PORT EXPANDER | (PASS-THRU SWITCHER) | DB-25 | TCF | X | | 1 |
| GRIM MA96 ALARM PANEL | DC | TB | TCF | X | | 12 |
| HI/LOW CONVERTER BLACK BOX MODEL 232/CL-3 | RS-232 UNBAL/ ASYNC | DB-25 | TCF | X | | 2 |
| LINE CONTROL ALARM | DC | TB | TCF | X | | 2 |
| MCU-8 ANT MATRIX CONTROLLER | RS-232C UNBAL/ ASYNC | DB-25 | TCF | X | | 1 |
| MD-1061(V)/USC | MIL-188 UNBAL/SYNC VF | CANNON PLUG | TCF | X | | 1 |
| MOTOROLA UDS V.3225 MODEM | RS-232C UNBAL/ ASYNC VF | DB-25 RJ | TCF | X | | 1 |
| OTAM ZENITH INTEQ 386T | RS0232C UNBAL/ ASYNC | DB-0 PIN | TCF | X | | 1 |
| PARADYNE 3440 | MIL-188 UNBAL/SYNC VF | DB-25 FJ-11 | TCF | X | | 1 |
| PARADYNE MP-96 | MIL-188 UNBAL/SYNC VF 4 CHAN | DB-25 TB | TCF | X | | 20 |

Table B-2

| | | | | | | |
|---|---|---|---|---|---|---|
| RAD ASM-10 MODEM | RS-232C UNBAL/SYNC VF | DB-25 TB | TCF | X | | 1 |
| R-2368 RCVR | VF/DC/RF | CANNON PLUG | TCF | X | | 1 |
| RF-5254C HF MODEM | MIL-188 UNBAL/SYNC VF | 15 PIN 37 PIN | TCF | X | | 1 |
| RCS COMPUTER/PRINTER ZENITH ZWR8/ALPS 2000 | RS-232C UNBAL/ ASYNC | 9 PIN | TCF | X | | 1 |
| STATION LOG ZENITH ZT-386 | RS-232C UNBAL/ ASYNC | DB-9 | TCF | X | | 1 |
| TELLABS 4001C LINE AMPLIFIERS | VF | WIRE WRAP | TCF | X | | 132 |
| TELLABS 4041 AMP/DELAY EQUALIZER | VF | WIRE WRAP | TCF | X | | 11 |
| TELLABS 4445 4 WIRE/4 WAY BRIDGE | VF | WIRE WRAP | TCF | X | | 11 |
| TELLABS 6048 SIGNALING UNIT | VF | WIRE WRAP | TCF | X | | 11 |
| TSEC/KG-84A | MIL-188-114 RS-232 SYNC/ASYNC /ISOC BAL/UNBAL | FPA | TCF | X | | 48 |
| TSEC/KG-84C | MIL-188-114 RS-232 SYNC/ASYNC /ISOC BAL/UNBAL | FPA | TCF | X | | 24 |
| TSEC/KWR-46 CRYPTO RCVR | MIL-188 UNBAL/ISOC /SYNC /ASYNC | CANNON PLUG | TCF | X | | 8 |
| TSEC/KWT-46 CRYPTO XMTR | MIL-188 UNBAL/ISOC /SYNC /ASYNC | CANNON PLUG | TCF | X | | 2 |

Table B-2

| | | | | | | |
|---|---|---|---|---|---|---|
| TH/83A/FGC HUB | MIL-188 UNBAL/ ASYNC/ISOC | TB | TCF | X | | 6 |
| UNISYS DESKTOP III ORDERWIRE | RS-232C UNBAL/ ASYNC 8 CHAN | DB-25 | TCF | X | | 4 |
| UNISYS DESKTOP III ORDERWIRE (YOSAMI) | RS-232C UNBAL/ ASYNC | DB-25 | TCF | X | | 1 |
| TSEC/KY-75 | MIL-188-114 VF | MS CONN | HICOM | X | | 1 |
| MARCEMP | RS-232C, MIL-188, UNBAL, SYNC/ASYNC | DB-37 14EA | MSGCEN | X | | 1 |
| SRT LINE CONTROL UNIT | MIL-188 UNBAL/SYNC | TB | MSGCEN | X | | 2 |

Table B-2

| | | | | | | |
|---|---|---|---|---|---|---|
| VERDIN SUITE AN/URC-62 | MIL-188-114C | DB-25 | TCF | X | | 2 |
| KG-84 | MIL-188-114, RS-232C,SYNC/ ASYNC, ISOC BAL/UNBAL | FPA | TCF | X | | 9 |
| KWR-46 | MIL-188C UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | TCF | X | | 2 |
| KWT-46 | MIL-188C UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | TCF | X | | 5 |
| KG-34-104 | MIL-188 UNBAL/BAL | TB | TCF | X | | 3 |
| UYK-20X(V) DATA PROCESSING SETS | MIL-188-114A UNBAL | SPERRY CONNECTOR | TCF | X | | 2 |
| UYK-83/A KEYBOARD/DISPLAY/ PRINTER UNITS | MIL-188 UNBAL | DB-25 | TCF | X | | 4 |
| WRR-7 RCVR | MIL-188 UNBAL | 105L-3P | TCF | X | | 2 |
| URT-30 XMTR | MIL-188 UNBAL | 105L-3P | TCF | X | | 2 |
| PARADYNE 3440 MODEM (HCR) | MIL-188-114A UNBAL | 105L-3P | TCF | X | | 4 |
| MD-5062/UGC MODEM (LDR) | MIL-188 UNBAL | BAYONET | TCF | X | | 7 |
| R-1738/WR RCVR | MIL-188 UNBAL | CIRCULAR (CANNON) | TCF | X | | 2 |

# Attach (9c)

# APPENDIX C

**Naval Telecommunications Center, Pearl Harbor, Makalapa, Hawaii**

**1.0 <u>Naval Telecommunications Center (NTCC) Pearl Harbor Makalapa, Hawaii.</u>**

NTCC Pearl Harbor is a component of Naval Computer Telecommunication Area Master Station (NCTAMS) Eastern Pacific, Wahiawa, Honolulu, Hawaii, located on the island of Oahu. The general vicinity, site and building locations for NTCC Pearl Harbor are shown Figure C-1-1. NTCC Pearl Harbor is responsible for managing and operating those facilities necessary to provide telecommunications service for CINCPACFLT and other commands located in the Makalapa and Pearl Harbor areas.

**1.1 <u>NTCC Pearl Harbor Building Locations.</u>**

NTCC Pearl Harbor is located adjacent to the CINCPACFLT headquarters in Building 250 and across the street in Building 352. All of the communication spaces are located in the basement level of Building 250 with the exception of the Patch and Test Facility, HAWS User Distribution Facility and the new ATC (future) which are located in Building 352 (fourth floor). These communication spaces are depicted in Figures C-1-2 and C-1-3.

**1.2 <u>NTCC Pearl Harbor Building Function Description.</u>**

NTCC Pearl Harbor communication spaces include the following functional areas which will be affected by ATC.

Basement Floor of Building 250

1. Patch and Test Facility (PTF)
2. Local Digital Message Exchange (LDMX)


STREAM
NAVAL STATION
P-293
CINCPACFLT
NTCC PH
BLDG 250
HAWS UDF
BLDG 352
PRIVATE PROPERTY
HALAWA
DRIVE
MAKALAPA
CRATER
ULUWA ROAD
MAKALAPA HOUSING AREA
(PWC)
BETTI PLACE
KAMEHAMEHA
HIGHWAY
TENNIS COURTS
FACILITY MAKALAPA
BERM
ROAD
VICINITY MAP
NTCC PEARL HARBOR SITE PLAN
BASELINE
NTCC PEARL HARBOR
SITE PLAN

Figure C-1-1




NTCC PEARL HARBOR
BLDG. 250 BASEMENT LAYOUT

| BASELINE |
| --- |
| CINCPACFLT<br>BUILDING 250 (BASEMENT)<br>LAYOUT |
| |

Figure C-1-2


VAULT RM 454
NTCC PEARL HARBOR RM 451
P/O 4TH FLOOR, BLDG 352
SCALE: 1/8" = 1'-0"
GRAPHIC SCALE
5 4 3 2 1 0 5 10 15
FUTURE ANCC TEST EQPT AND TERMINALS
ROOM 457
DESK
DESK
CPAC EQUIPMENT ROOM RM 456
P/O HAROLDE RM 444
NTCC PEARL HARBOR GENSER TECH CONTROL RM 460
NTCC PEARL HARBOR
GENSER TECH CONTROL
EQUIPMENT LAYOUT PLAN
31591
37077
A

Figure C-1-3

3. Message Center

Fourth Floor of Building 352

1. Hawaiian Area Wideband System (HAWS) User Distribution Facility (UDF)

2. Patch and Test Facility (PTF)

1.2.1 **Building 250 Patch and Test Facility (PTF).**

The PTF functions as the interface between the transmission elements and provides technical coordination, technical supervision of transmission media and equipment, quality control, communications service restoral and status reporting of all Defense Communication System (DCS) circuits to NCTAMS EASTPAC and to the users. The PTF consists of classified and unclassified patching and terminating facilities, voice, orderwires, and communications security equipment. The PTF also houses LSTDM, line driver and modem equipment to process communications and command and control circuits to various sites on and off island. The electronic equipment arrangement for PTF is shown in Figures C-2-1.

1.2.2 **Building 250 Local Digital Message Exchange (LDMX).**

The LDMX consists of a dual UNIVAC 90/60 computer system and provides automated communications processing and routing of incoming and outgoing messages. LDMX also serves as an interface to the Automated Digital Network (AUTODIN), Remote Information Exchange Terminal (RIXT), Electronic Courier Circuit (ECC), and Personal Computer Message Terminal (PCMT) subscribers. The electronic equipment arrangement of the LDMX area is shown in


IDF/ PTCH
M/C PTCH
MOD BAY
B1
B3
ROW 2
B1
CIDF
M/C PTCH
DC PTCH
KG-84A
FCC-100
(4)
(2)
B6
ROW 1
LIGHTING PANEL
PATCH & TEST FACILITY
BTPP1 (NO-BREAK)
ERTPP-5
GRAPHIC SCALE
PATCH AND TEST FACILITY FLOOR PLAN (1 of 2)
BASELINE
PATCH AND TEST FACILITY FLOOR PLAN, EQPT LIST & POWER/HEAT DISSIPATION DATA
SHT 1 of 2

Figure C-2-1

Figure C-2-2.

1.2.3 **Building 250 Message Center.**

The Message Center serves as a center for over-the-counter receipt of outgoing and pickup of incoming messages for local commands and activities. The Message Center utilizes the LDMX and Optical Character Recognition Equipment (OCRE) and a Personal Computer Message Terminal (PCMT) in conjunction with the Naval Automated Message Reproduction and Distribution System (NAMRADS). The electronic equipment of the Message Center is shown in Figure C-2-3.

1.2.4 **Building 352 Hawaiian Area Wideband System (HAWS) User Distribution Facility (UDF).**

The UDF provides access to the Defense Communications System (DCS) backbone connectivity system known as the HAWS Digital Pipeline Network (DPN) interconnecting the NTCC to MDC Pearl Harbor and NTCC Camp Smith through a fully digital bulk encrypted service. Existing landlines, line drivers and multiplexers provide connectivity between Buildings 250 and 352. The electronic equipment arrangement and equipment rack elevations is depicted in Figures C-2-4 - C-2-15.

1.3 **Miscellaneous Information.**

(a) The following additional information is provided:

(1) Typical site connectivity and station signal flow diagrams will be provided as required.

(2) Typical diagrams and charts of the grounding system and power distribution system will be


DATA BASE OFFICE
LDMX ROOM
LDMX ROOM FLOOR PLAN (1 of 2)
BASELINE
LDMX ROOM FLOOR PLAN, EQPT LIST & POWER/HEAT DISSIPATION DATA
SHT 1 of 2

Figure C-2-2