


MESSAGE CENTER FLOOR PLAN (1 OF 2)

BASELINE
MSG CTR FLOOR PLAN,
EQPT LIST & POWER/HEAT
DISSIPATION DATA
SHT 1 of 2

Figure C-2-3


VAULT
RM 434
EQUIPMENT ROOM
RM 434
P/O 4TH FLOOR, BLDG 352
SCALE: 3/8" = 1'-0"
GRAPHIC SCALE
NTCC PH CENSER TECH CONTROL
EQUIPMENT LAYOUT PLAN
F 31591
36962
A

Figure C-2-4


"A" BLANK
"D" BLANK
"B" BLANK
KG-84A
FIXED PLAN ADAPTER
"C" BLANK
BLOWER
SERVICE OUTLET PNL
CABINET BASE
RED/BLACK ISOLATOR
ROW 2 BAYS 23 TO 28
CABINET ELEVATION
F 31591
36962
A

Figure C-2-5


ROW 2 BAYS 29 TO 36
CABINET ELEVATION
F31591
36962
A
"D" BLANK
"B" BLANK
"C" BLANK
"A" BLANK
KG-84A
FIXED PLANT ADAPTER
MULTICHANNEL PATCH
BLOWER
SERVICE OUTLET PNL
CABINET BASE

Figure C-2-6


ROW 2 BAYS 38 TO 41
CABINET ELEVATION
F 31591
36962
C
AN/TCC-100
LSTDM
CODEX 880
"A" BLANK
"B" BLANK
"C" BLANK
BLOWER
AC POWER OUTLET
CABINET BASE
SHELF HGT
STAND-UP TTY
KYBD HGT
SIT-DOWN TTY
KYBD HGT

Figure C-2-7

N00600-94-C-0389




Figure C-2-8

NAVAL REGIONAL CONTRACTING CENTER


ROW 3 BAY 36
BAY 35
BAY 34
BAY 33
BAY 32
BAY 31
ROW 3 BAY 30
CIDF
GS M/C PTCH #4
GS M/C PTCH #3
GS M/C PTCH #2
MULTICKT PATCH
AC OUTLET
O-SCOPE SWITCH PANEL
M/C SWITCH MODULE (780, 785)
ADTECH 8100/718 ASYNC TO SYNC CONV
SHELF HOT
STAND-UP TTY KYBD HOT
SIT-DOWN TTY KYBD HOT
ROW 3 BAYS 30 TO 36
CABINET ELEVATION
F 31591 36962 A

Figure C-2-9




Figure C-2-10




Figure C-2-11



Case 1:02-cv-00796-FMA Document 46-15 Filed 03/18/2005 Page 9 of 26


ROW 7 BAYS 1 TO 8
ROW 7 BAYS 9 TO 11
CABINET ELEVATION
F 31591
36962
A

Figure C-2-12


"A" BLANK
"D" BLANK
"B" BLANK
FIXED PLANT ADAPTER
BLOWER
SERVICE OUTLET PNL
CABINET BASE
WOOD FOUNDATION
ROW 1 BAYS 23 TO 25
CABINET ELEVATION
F
31591
36962
A

Figure C-2-13


"A" BLANK
"D" BLANK
"C" BLANK
"B" BLANK
CABINET BASE
"E" BLANK
AN/USQ-84(V)8
AN/USQ-84(V)7
KG-84A
FIXED PLANT ADAPTER
"F" BLANK
WOOD FOUNDATION
ROW 1 BAYS 33 AND 34
CABINET ELEVATION
31591
A

Figure C-2-14




Figure C-2-15

provided as required.

**1.4 Station Equipment.**

Table C-1 depicts the number of DCS/NTS circuits and landlines that will either terminate or pass through the ATC. Table C-2 lists current equipment specifications by Equipment Nomenclature, Electrical and Physical technical information, Location, Non-Critical tech-load and Critical Load requirements and Quantity.

**1.5 Current Baseline.**

This compilation is the result of a site survey conducted in May 1993. The information contained in this list Appendix may not be all inclusive and is subject to change.

**Table C-1**

I. NTCC Pearl Harbor PTF Building 352 has responsibility for the following DCS/NTS trunks/circuits that either terminate or pass through the PTF:

| NUMBER | BAUD SPEED |
|---|---|
| 007 | 50 BAUD |
| 015 | 75 BAUD |
| 003 | 300 BAUD |
| 001 | 600 BAUD |
| 012 | 1200 BAUD |
| 082 | 2400 BAUD |
| 025 | 4800 BAUD |
| 001 | 7200 BAUD |
| 045 | 9600 BAUD |
| 001 | 14.4 KB |
| 002 | 16 KB |
| 005 | 19.2 KB |
| 001 | 32 KB |
| 005 | 50 KB |
| 029 | 56 KB |
| 001 | 128 KB |
| 023 | 1.544 MB |
| 002 | 2.048 MB |
| **260** | **TOTAL** |

II. DCS/NTS and Landlines (including in-house Landlines) that traverse Building 352:

**NUMBER** **LOCATION**

**Table C-1**

| | |
|---|---|
| 056 | Commercial |
| 100 | Building 250 |
| 096/FIBER | In-house to SPINTCOMM |
| 052 | In-House TO SPINTCOM |
| 1080 | WWMCCS/WINCS |
| 156 | BUILDING 352 ROOM 101 |
| 52 | BUILDING 352 ROOM 314 |
| 130 | CTF 12 |
| 312 | COMMAND CENTER |
| **2034** | **TOTAL** |

Table C-2

| EQUIPMENT | ELECTRICAL | PHYSICAL | LOC | NC TL | CL | QTY |
|---|---|---|---|---|---|---|
| ACXR COMPANY MOD 2441 | | DB-25 TB | TCF | | X | 2 |
| ADC FIBERMATE RDLCC-16 (HSCM-78, HSCM-100) | MIL-188 RS-422A BAL | DB-25 SMA | TCF | | X | 4 |
| ADC FIBER DISTRIBUTION PANEL | | | TCF | | X | 1 |
| ADTECH 5060A DUAL AMPLIFIER | VF | N/A | TCF | | X | 1 |
| ADTECH 8100/716 ASYNC TO SYNC CONVERTER | ASYNC/SYNC | DB-25 | TCF | | X | 1 |
| ANDVT TASS/KYV-5 | MIL-188-114 | TB | TCF | | X | 1 |
| AN/FCC-98 | MIL-188-114 BAL/SYNC VF | TWINAX DB-25 18EA CANNON PLUG | TCF | | X | 10 |
| AN/FCC-99 | MIL-188 BAL/SYNC VF | TWINAX CANNON PLUG | TCF | | X | 2 |
| AN/FCC-100 (V) LSTDM MULTIPLEXER SET | MIL-188 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 19EA | TCF | | X | 21 |
| AN/USQ-64(V)7 | MIL-188 UNBAL/SYNC /ASYNC | CANNON PLUG | TCF | | X | 1 |
| AN/USQ-64(V)8 PHASE III | MIL-188 UNBAL/SYNC /ASYNC | CANNON PLUG | TCF | | X | 1 |
| AT&T 5310T PRINTER | MIL-188 EIA BAL/UNBAL | DB-37 | TCF | | X | 2 |
| AVANTI 2200 | EIA/MIL-188-114 VF | DB-50 TB | TCF | | X | 1 |

Table C-2

| | | | | | | |
|---|---|---|---|---|---|---|
| AVANTI 2300 | EIA RS-449/422 VF | DB-37 DB-9 | TCF | | X | 7 |
| AYDIN MONITOR SYSTEMS MULTIPLEXER | MIL-188-114 | DB-50 TB | TCF | | X | 2 |
| AYDIN 604M | MIL-188 RS232 BAL/UNBAL SYNC/ASYNC | TWINAX DB-25 | TCF | | X | 3 |
| BBN COMM T/20 ROUTER EQUIP (INCLUDES INTFC CONVERTERS/MODEMS | FIBER OPTIC V.42 | ST CONN RJ | TCF | | X | 2 |
| BLACK BOX CSU/DSU (56KB) | RS-232 V.35 | DB-25 RJ | TCF | | X | 1 |
| CODEX MODEM NEST | | | TCF | | X | 2 |
| CODEX 1B P/N 6315G01 SYNC/ASYNC | MIL-188-114 | DB-25 | TCF | | X | 2 |
| CODEX 880 DATA MULTIPLEXER | MIL-188-114 SYNC | DB-25 | TCF | | X | 2 |
| CODEX 980 | MIL-188 UNBAL/SYNC | DB-25 | TCF | | X | 16 |
| CODEX 2340 MODEM | RS-232C ASYNC/SYNC VF | DB-25 2EA TB | TCF | | X | 2 |
| CODEX 2510 MODEM | RS-232C SYNC/ASYNC ISOC VF | DB-25 RJ/TB | TCF | | X | 1 |
| CODEX 2540 MODEM | RS-232C UNBAL/SYNC VF | DB-25 TB | TCF | | X | 3 |
| DIGITECH 2002-08 | 50BPX-75BPS UNBAL ASYNC | TB | TCF | | X | 1 |
| DUAL SPKR PANEL (2EA PER PANEL) | VF | TB | TCF | | X | 2 |

Table C-2

| | | | | | | |
|---|---|---|---|---|---|---|
| DP-2048 MULTIPLEXER | MIL-188-114 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 | TCF | | X | 2 |
| DS-2400 | MIL-188 VF | DB-25 TB | TCF | | X | 3 |
| EAZY 422-V.35 | RS-422 V.35 | DB-37 V.35 CONN | TCF | | X | 1 |
| GANDALF LDS309 | MIL-188 VF | DB-25 TB | TCF | | X | 1 |
| GENERAL DATACOMM DC-3 MODEM/DATA SET ADAPTER | MIL-188-114 VF | DB-25 TB | TCF | | X | 1 |
| GENERAL DATACOM FOUR-PAK DFP-3 MODEM | RS-232 VF | DB-25 | TCF | | X | 1 |
| GENERAL DATA COMM 500C/UXR | RS-232/530 V.35 | DB-25 V.35 CONN | TCF | | X | 1 |
| HALCYON 520B3 UNIVERSAL TEST SYSTEM | VF | TB | TCF | | X | 1 |
| HP 3551A TRANSMISSION TEST SET | VF | TB | TCF | | X | 1 |
| HP 3780A, PATTERN GENERATOR | MIL-188-114 BAL/SYNC | TWINAX | TCF | | X | 1 |
| HP 4951C PROTOCOL ANALYZER | | | TCF | | X | 1 |
| IC 422 - 232 CONVERTER | RS-422 RS-232 | DB37 DB-25 | TCF | | X | 2 |
| ICC 2200/24 MODEM | RS-232C UNBAL/SYNC VF | DB-25 TB | TCF | | X | 3 |
| KENTROX T-SERV/7790-L5 | | DB-15 TB | TCF | | X | 2 |
| KG-194 | MIL-188-114 | | TCF | | X | 4 |

Table C-2

| | | | | | | |
|---|---|---|---|---|---|---|
| LSI 4800 CODEX MODEM | MIL-188-114 UNBAL/SYNC VF | DB-25 4EA TB-AUDIO | TCF | | X | 1 |
| LSI 9600 CODEX MODEM | MIL-188-114 UNBAL/SYNC VF | DB-25 TB | TCF | | X | 28 |
| ME-400 (METER TEST SET) | | | TCF | | X | 2 |
| NEC DSP 9600RIII MODEM/DATA SET ADAPTER | MIL-188-114 VF | | TCF | | X | 1 |
| ODS 110 FIBER OPTIC MODEM | RS-232 ASYNC FIBER OPTIC | DB-25 ST | TCF | | X | 1 |
| ODS 229 RS-449 FIBER OPTIC MODEM | RS-449 FIBER OPTIC | DB-37 ST CONN | TCF | | X | 6 |
| PARADYNE 3480 MODEM | MIL-188-114 VF | DB-25 RF | TCF | | X | 5 |
| SIMON SWITCH NODE | | | TCF | | X | 2 |
| SYNTECH ASYNC MODEM | MIL-188-114 | DB-25 DB-15 | TCF | | X | 2 |
| TCC CIPHER | MIL-188-114 BAUDOT | DB-25 | TCF | | X | 4 |
| TD-1408 MULTIPLEXER | MIL-188-114 BAL/SYNC | TWINAX | TCF | | X | 2 |
| TD-5400 (FIBER OPTIC MUX TO RL-3) | | | TCF | | X | 2 |
| TELLABS 4419C DATA STATION TERMINATION | VF | TB | TCF | | X | 3 |
| TEKTRON IX 2336 OSCILLOSCOPE | VF | | TCF | | X | 1 |

Table C-2

| | | | | | | |
|---|---|---|---|---|---|---|
| TELLABS 836921B ECHO CHANCELLOR W/PADS | VF | 50-PIN RIBBON CONN | TCF | | X | 48 |
| TSEC/KG-81 | MIL-188-114 BAL/SYNC | FPA | TCF | | X | 7 |
| TSEC/KG-84A | MIL-188 RS-232 SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA | CSE | | X | 102 |
| TSEC/KG-84C | MIL-188 RS-232 SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA | CSE | | X | 24 |
| UDS MOTOROLA 201 BC/AS | | DB-25 RJ | TCF | | X | 1 |
| UNISYS DESKTOP III (NOW) (4 PORTS PER SYS) | MIL-188 RS-232C UNBAL /ASYNC | DB-25 | TCF | | X | 1 |
| VERSITRON CD/RC-32 (CD-6T, CR-6T) | MIL-188-114 RS-232 UNBAL/BAL | DB-25 | TCF | | X | 4 |
| VERSITRON LDPC-4 | BAL/SYNC | DB-25 | TCF | | X | 1 |
| WESTERN ELECTRIC 201C MODEM/DATA SET ADAPTER/CH INTFC | MIL-188-114 VF | DB-25 TB | TCF | | X | 1 |
| WESTERN ELECTRIC 209 MODEM/DATA SET ADAPTER/CH INTFC | MIL-188 VF | DB-25 TB | TCF | | X | 1 |
| ZENITH 150 (25VB) | RS-232C UNBAL ASYNC | DB-9 | TCF | | X | 1 |
| ZENITH STATION LOG | RS-232C UNBAL ASYNC | DB-25 | TCF | | X | 1 |

# Attach (9d)

## APPENDIX D

**Naval Telecommunications Center, Camp Smith , Honolulu, Hawaii**

**1.0 Naval Telecommunications Center (NTCC) Camp Smith Honolulu, Hawaii.**

NTCC Camp Smith is a component of Naval Computer Telecommunication Area Master Station (NCTAMS) Eastern Pacific, Wahiawa, Honolulu, Hawaii, located on the island of Oahu. The general vicinity, site and building outline for NTCC Camp Smith is shown Figure D-1-1. NTCC Camp Smith is responsible for managing and operating those facilities necessary to provide telecommunications service for USCINCPAC and other commands located in the USCINCPAC compound.

**1.1 NTCC Camp Smith Building Location.**

NTCC Camp Smith is located in the USCINCPAC headquarters Building 4. The Communication spaces are located in the basement level and third floor of Building 4. The Automated Technical Control (ATC) will be located on the third floor in Room 379 which is depicted in Figure D-1-2.

**1.2 NTCC Camp Smith Building Function Description.**

NTCC Camp Smith communication spaces include the functional areas which will be affected by ATC.

Basement Floor

1. Local Digital Message Exchange (LDMX)
2. Message Center

Third Floor

1. Hawaiian Area Wideband System (HAWS) User




NTCC CAMP SMITH BLDG 4 SITE PLAN

| BASELINE |
| --- |
| NTCC CAMP SMITH SITE PLAN |

Figure D-1-1



ROOM 379
BLACK TECH CONTROL AREA
RED TECH CONTROL AREA
ENTRANCE
LCPO LPO OFFICE
TECH CONTROL DIVISION OFFICE
FIRE EXIT
LOCKERS (3)
FCC-98
FCC-99
KG-84
AN/GSC-40
MODEMS
CV-3034
SPARE
CDF
MISC EQPT
NTCC CAMP SMITH FLOOR PLAN.
ROOM 379
NTCC CAMP SMITH FACILITY LAYOUT
GRAPHIC SCALE


Figure D-1-2

Distribution Facility (UDF)

2. Patch and Test Facility (PTF)

1.2.1 **Local Digital Message Exchange (LDMX).**

The LDMX consists of a dual UNIVAC 90/60 computer system and provides automated communications processing and routing of incoming and outgoing messages. The LDMX also serves as an interface to the Automated Digital Network (AUTODIN), Remote Information Exchange Terminal (RIXT), Electronic Courier Circuit (ECC), and Personal Computer Message Terminal (PCMT) subscribers. The electronic equipment arrangement of the LDMX area is shown in Figure D-2-1.

1.2.2 **Message Center.**

The Message Center serves as a center for over-the-counter receipt of outgoing and pickup of incoming messages for local commands and activities. Message Handling and distribution is enhanced with the use of the LDMX and Optical Character Recognition Equipment (OCRE) and a Personal Computer Message Terminal (PCMT) in conjunction with the Naval Automated Message Reproduction and Distribution System (NAMRADS). The electronic equipment of the Message Center is shown in Figure D-2-2.

1.2.3 **Hawaiian Area Wideband System (HAWS) User Distribution Facility (UDF).**

The UDF provides access to the Defense Communications System (DCS) backbone connectivity system known as the HAWS Digital Pipeline Network (DPN) interconnecting the NTCC to NTCC Pearl Harbor, Makalapa; Hickam AFB; Pearl Harbor and NCTAMS