
UP
AHU
CARD VERIFIER
8433 DISK
5039 DISK CONTROL
RACAL MILGO MODEM
ALPS P2000G PRINTER
TABLE
ZENITH 248
I/O "B"
I/O "A"
POWER CONT.
MSG CTR RM
3024 PROC
STOR-AGE
0604 PUNCH
8716 READER
CON-SOLE
PTR
LDMX ROOM
UNISCOPE 100
APC
1839 SCAN
8576 MCC
MCS
PATCH PANEL
DATA PTR
0863 TAPE
3017 TAPE CU
DATA BASE
UNIVAC MAINTENANCE
TABLE
KEY PLAN BLDG 4 NTS
BLDG 4 BASEMENT
THE PROJECT
GRAPHIC SCALE
5
10
15
20
LDMX ROOM FLOOR PLAN (1 of 2)
BASELINE
LDMX ROOM FLOOR PLAN,
EQPT LIST & POWER/
HEAT DISSIPATION DATA

Figure D-2-1


MESSAGE PICK-UP
COUNTER
WINDOW
T/S CONTROL ROOM
RAMP UP
TRAFFIC ANALYSIS OFFICE
MSG CTR OFFICE
NAVTASC OFFICE
FILE ROOM
MESSAGE CENTER ROOM
PRINTER
SORTER
KODAK 225
MEN'S HEAD
WOMEN'S HEAD
LOUNGE
LDMX LPO
STEP UP
VDT
AHU
LCU
THIS PROJECT
BLDG. 4 BASEMENT
MESSAGE CENTER ROOM FLOOR PLAN (1 of 2)
BASELINE
MESSAGE CENTER ROOM FLOOR PLAN, EQPT LIST & POWER/HEAT DISSIPATION DATA

Figure D-2-2

EASTPAC at Wahiawa through a fully digital bulk encrypted service. Existing landlines, linedrivers and LSTDM and modem equipment, process Personal Computers Message Terminals (PCMTs) and command and control circuits to various sites on and off island. The electronic equipment arrangement and equipment rack elevations are depicted in Figures D-2-3 and D-2-4.

1.2.4 **Patch and Test Facility (PTF).**

The PTF functions as the interface between the transmission elements and provides technical coordination, technical supervision of transmission media and equipment, quality control, communications service restoral and status reporting of all Defense Communication System (DCS) circuits to NCTAMS EASTPAC and to the users. The PTF consists of classified and unclassified patching and terminating facilities, voice and Navy Orderwires (NOW), and Communications Security Equipment (CSE). PTF also houses LSTDM, line drivers and modem equipment to process communications and command and control circuits to various sites on and off island. This facility is imbedded in the UDF. The electronic equipment arrangement and equipment rack elevations for the PTF are shown in Figure D-2-5 - D-2-11.

1.3 **Miscellaneous Information.**

(a) The following additional information is provided:

(1) Typical site connectivity and station signal flow diagrams will be provided as required.

(2) Typical diagrams and charts of the grounding system and power distribution system will be




HAWS UDF/BLACK PTF/RED PTF FLOOR PLAN (1 OF 3)

| BASELINE |
| --- |
| HAWS UDF/BLACK PTF/RED PTF FLOOR PLAN, EQPT LIST & POWER/HEAT DISSIPATION DATA |

Figure D-2-3


NTCC CAMP SMITH
BUILDING 4
BLACK TECH CONTROL BAYS
CABINET ELEVATION
F 31591
37072
CDF
AC OUTLET
FOUNDATION
BLANK
POWER SUPPLY

Figure D-2-4


NTCC CAMP SMITH
BUILDING 4
BLACK TECH CONTROL BAYS
CABINET ELEVATION
F31591
37072

Figure D-2-5


NICC CAMP SMITH
BUILDING 4
BLACK MISC/EQPT BAYS
CABINET ELEVATION
F 31591
37072

Figure D-2-6


NICC CAMP SMITH
BUILDING 4
NAVIS EQPT BAYS
CABINET ELEVATION
F 31591
37072

Figure D-2-7


NICC CAMP SMITH
BUILDING 4
RED TECH CONTROL BAYS
CABINET ELEVATION
F 31591
37072

Figure D-2-8


NTCC CAMP SMITH
BUILDING 4
MISC RED EQPT BAYS
CABINET ELEVATION
31591
37072
AC OUTLET
BAY
BLANK

Figure D-2-9


NTCC CAMP SMITH
BUILDING 4
CRYPTO BAYS
CABINET ELEVATION
F 31591
37072
BLANK
FTS
AC OUTLET
FOUNDATION

Figure D-2-10


AN/GSC-40
AC OUTLET
FOUNDATION
SHELF HGT
STAND-UP TTY
KYBD HGT
SIT-DOWN TTY
KYBD HGT
NTCC CAMP SMITH
BUILDING 4
AN/GSC-40 BAYS
CABINET ELEVATION
F 31591
37072

Figure D-2-11

provided as required.

1.4 **Station Equipment.**

Table D-1 depicts the number of DCS/NTS circuits and landlines that will either terminate or pass through the ATC. Table D-2 lists current equipment specifications by Equipment Nomenclature, Electrical and Physical technical information, Location, Non-Critical tech-load, and Critical Load requirements and Quantity.

1.5 **Current Baseline.**

This compilation is the result of a site survey conducted in May 1993. The information contained in this Appendix may not be all inclusive and is subject to change.

**TABLE D-1**

I. NTCC Camp Smith has responsibility for the following DCS/NTS trunks/circuits that either terminate or pass through the PTF.

| NUMBER | BAUD SPEED |
|---|---|
| 012 | 75 BAUD |
| 005 | 300 BAUD |
| 002 | 1200 BAUD |
| 042 | 2400 BAUD |
| 014 | 4800 BAUD |
| 030 | 9600 BAUD |
| 005 | 50 KB |
| 024 | 56 KB |
| 018 | 1.544 MB |
| 045 | 3 KHZ |
| **197** | **TOTAL** |

II. DCS/NTS and Landlines (including in-house Landlines) that traverse Building 4.

| NUMBER/TYPE | LOCATION |
|---|---|
| 152 | Commercial |
| 013 | Building 20 |
| 013 | In-house to Room 403 |
| 026 | In-house cable to Red Switch |
| 156 | In-house cable to Command Center |
| 013 | In-house cable to Room 104 |
| 026 | In-house Cable to HEMP Room (TCF), Red |
| 052 | In-house Cable to HEMP Room (TCF), Black |

TABLE D-1

| | |
|---|---|
| 451 | TOTAL |

Table D-2

| EQUIPMENT | ELECTRICAL | PHYSICAL | LOC | NC TL | CL | QTY |
|---|---|---|---|---|---|---|
| ADC FIBERMATE RDLCC-16 (HSCM-78, HSCM-100) | MIL-188-114 RS-422A BAL | DB-25 | TCF | | X | 2 |
| AN/FCC-98 | MIL-188-114 BAL/SYNC VF | TWINAX DB-25 18EA CANNON PLUG | TCF | | X | 14 |
| AN/FCC-99 | MIL-188 BAL/SYNC | TWINAX CANNON PLUG | TCF | | X | 7 |
| AN/FCC-100 (V) LSTDM MULTIPLEXER SET | MIL-188 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 19EA | TCF | | X | 7 |
| AN/TH-83 | MIL-188 UNBAL/ ASYNC/ISOC | TB | TCF | | X | 3 |
| AN/USQ-64(V)7 | MIL-188 UNBAL/SYNC /ASYNC | CANNON PLUG | TCF | | X | 1 |
| AN/USQ-64(V)8 PHASE III | MIL-188 UNBAL/SYNC /ASYNC | CANNON PLUG | TCF | | X | 1 |
| AT&T DATAPHONE 2024A | | DB-25 25P RIBBON | TCF | | X | 3 |
| AYDIN 604M | MIL-188, RS-232, BAL/UNBAL, SYNC/ASYNC | DB-25 TWINAX | TCF | | X | 2 |
| CASE/DATATEL DCP 3080 | VF UNBAL/SYNC | DB-25 TB | TCF | | X | 1 |
| CODEX 980 | MIL-188 UNBAL/SYNC | DB-25 | TCF | | X | 9 |
| CODEX 2340 MODEM | RS-232C ASYNC/SYNC VF | DB-25 2EA TB | TCF | | X | 3 |

Table D-2

| | | | | | | |
|---|---|---|---|---|---|---|
| CODEX 2520 MODEM | RS-232 UNBAL/SYNC VF | DB-25 RJ/TB | TCF | | X | 1 |
| CODEX 2540 MODEM | RS-232C UNBAL/SYNC VF | DB-25 TB | TCF | | X | 2 |
| CV-3034A/G ANALOG-DIGITAL CONVERTER | VF, PCM BAL/SYNC | BANANA PLUG TWINAX | TCF | | X | 4 |
| DIGITECH 2002-08 | 50BPX-75BPS UNBAL ASYNC | TB | TCF | | X | 2 |
| DUAL SPKR PANEL (2EA PER PANEL) | VF | N/A | TCF | | X | 2 |
| DP-2048 MULTIPLEXER | MIL-188-114 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 | TCF | | X | 8 |
| FIBERPLEX MODEL RMC-3101 | RS-232 MIL-188 | DB-25 | TCF | | X | 1 |
| HALCYON 520B3 UNIVERSAL TEST SYSTEM | VF | TB | TCF | | X | 1 |
| HALCYON 802A DATA LINK MONITOR | RS-232 ASYNC/SYNC VF CURRENT LOOP | DB-25 TWINAX | TCF | | X | 1 |
| HP 3551A TRANSMISSION TEST SET | VF | TB | TCF | | X | 1 |
| HP 3581 WAVE ANALYZER | BAL/UNBAL | BANANA PLUG | TCF | | X | 1 |
| HUGHES RS-232 MUX, HFLA 232/8 | FIBER OPTIC RS-232 | SMA DB-25 | TCF | | X | 1 |
| ICC 2200/24 MODEM | RS-232C UNBAL/SYNC VF | DB-25 TB | TCF | | X | 6 |
| IDS-1310 TDM-MODEM TEST SET | RS-232 MIL-188 | DB-25 | TCF | | X | 1 |

Table D-2

| | | | | | | |
|---|---|---|---|---|---|---|
| IDS-2010 DATA TEST SET PRINTER | | DB-25 | TCF | | X | 1 |
| KGD-34B/TSEC | MIL-188 | TB | TCF | | X | 4 |
| KGD-35/TSEC | MIL-188 UNBAL/SYNC | TB | TCF | | X | 1 |
| LSI 9600 CODEX MODEM | MIL-188 UNBAL/SYNC VF | DB-25 TB | TCF | | X | 9 |
| MK-1135 POLAR-NEUTRAL CONVERTER | | TB | TCF | | X | 2 |
| RACAL-MILGO OMNI-MODE 96 | RS-232 VF | DB-25 6 PIN | TCF | | X | 1 |
| RELISYS STATION | | DB-25 | TCF | | X | 1 |
| TELLABS 4041 EQUALIZER | VF | TB | TCF | | X | 10 |
| TELLABS 4411A DATA STATION TERMINATION | VF | TB | TCF | | X | 1 |
| TI SILENT 700 DATA TERMINAL | | DB-25 | TCF | | X | 1 |
| TSEC/KG-81 | MIL-188-114 BAL/SYNC | TB | TCF | | X | 9 |
| TSEC/KG-84A | MIL-188 RS-232 SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA | CSE | | X | 80 |
| TSEC/KG-84C | MIL-188 RS-232 SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA | CSE | | X | 2 |
| UDS MOTOROLA D56/CR INTL MODEL DA-11 | RS-232 VF | DB-25 RJ | TCF | | X | 7 |
| UNISYS DESKTOP III (NOW) (4 PORTS PER SYS) | MIL-188-RS-232C UNBAL /ASYNC | DB-25 | TCF | | X | 2 |

**Table D-2**

| | | | | | | |
|---|---|---|---|---|---|---|
| VIASYN MOD 816 COMPUPRO MODEL 816 | | DB-25 | TCF | | X | 1 |
| WESCOMM 401-00 LINE AMP | VF | TB | TCF | | X | 20 |
| WESTERN ELECTRIC 201C MODEM/DATA SET ADAPTER/CH INTFC | MIL-188-114<br>VF | DB-25<br>TB | TCF | | X | 2 |
| WESCOMM 412-00/1TT-TLC-4835 PAD, 4-WIRE | VF | TB | TCF | | X | 17 |

# Attach (9e)

**APPENDIX E**

**NAVCOMTELSTA Sicily**

1.0 **Naval Computer Telecommunications Station, Sigonella, Sicily.**

NAVCOMTELSTA, (NCTS) Sicily is comprised of component activities located in Sicily and Souda Bay, Crete. The locations of component activities, Main Communications (MAINCOMM) Center (building 585), Antisubmarine Communications (ASCOMM) Center (building 400) in the Antisubmarine Warfare Operations Center (ASWOC) on Naval Air Station II (NASII), Sigonella, and the Transmitter Site at Niscemi, south of Sigonella, Sicily are depicted in Figures E-1-1, E-1-2 and E-1-3. NCTS Sicily is responsible for the management, operation and maintenance of those facilities, equipments, and systems necessary to provide telecommunication support for U.S. and other North Atlantic Treaty Organization (NATO) Naval and Air Forces operating in the Mediterranean Sea and surrounding areas; and to the World-Wide Defense Communications System (DCS). Additionally, NCTS Sicily provides maintenance service for a number of communications related installations.

1.1 **NCTS Sicily Building 585 Location.**

NCTS Sicily is a tenant command of Naval Air Station Sigonella, Sicily and is located near the city of Catania on the east coast of the island of Sicily, just off the tip of the "toe" of the Italian mainland. NCTS Sicily operates facilities consisting of the Administrative headquarters and Main Communications


STEP-91-P-065
AUSTRIA
FRANCE
MILANO
GENOA
VENICE
YUGOSLAVIA
CORSICA
FLORENCE
ADRIATIC SEA
SARDINIA
ROME
NAPLES
PALERMO
SICILY
MESSINA
MT ETNA
REGGIO
CATANIA
NAVCOMMSTA SICILY
MEDITERRANEAN SEA
STEP BASELINE
NAVCOMMSTA SICILY SIGONELLA
GEOGRAPHICAL VICINITY MAP
REVISION A
SHEET 1 OF 1 DATE JULY 91

Figure E-I-1


CATANIA
NAS I
A19
A18
NAS III
192
288
SIGONELLA
417
PALAGONIA
385
GULF OF
CATANIA
114
LENTINI
NAS II
NAVCOMMSTA SICILY
MAIN COMM
ASCOMM, BASE OPS,
CCC, PATRON, TELO
FRANCOFONTE
194
CALTAGIRONE
GRAMMICHELE
COMMERCIAL
MICROWAVE
TOWER
NISCEMI
(1089 FT)
VIZZINI
124
MT. LAURO
(3235 FT.)
NATO
COMMUNICATIONS
SITE
NAS IV
NEW
XMTR SITE
193
AUGUSTA
AUGUSTA
BAY
PALERMO
SICILY
MESSINA
MT. ETNA
CATANIA
NAVCOMTELSTA
SICILY
SITE MAP
THIS DRAWING IS FOR PLANNING PURPOSES ONLY
FINAL CONFIGURATION SUBJECT TO CHANGE/
APPROVAL PRIOR TO IMPLEMENTATION
NAVCOMTELSTA
SIGONELLA, SICILY
VICINITY AND
SITE MAP
FIG 1 1 SHEET 1 OF 1

Figure E-1-2


MAIN GATE
DSN TELOS
AIR TERMINAL
VP
NEX
VR
N
WEAPONS CONTROL CENTER BLDG. 445
ASWOC/ASCOMM BLDG. 404
BASE OPS BLDG. 2
MAIN RUNWAY
MAIN COMMUNICATIONS CENTER BLDG. 585
N
SITE PLAN
THIS DRAWING IS FOR PLANNING PURPOSES ONLY FINAL CONFIGURATION SUBJECT TO CHANGE/ APPROVAL PRIOR TO IMPLEMENTATION
NAVCOMTELSTA
SIGONELLA, SICILY
VICINITY AND SITE MAP
FIG 1-2 SHEET 1 OF 1

Figure E-1-3

Center in Building 585, depicted in Figure E-1-4.

**1.1.2 NCTS Sicily Building 585 Function Description.**

The NCTS Sicily headquarters building 585 is a one story reinforced concrete structure which houses the following communications functional areas which will be affected by the Automated Technical Control (ATC):

First Floor

1. Technical Control Facility (TCF)
2. Fleet Center (FLTCEN)
3. Message Center
4. Satellite Communications (SATCOM) earth terminal
5. TROPO

**1.2.1 Technical Control Facility (TCF).**

The TCF is responsible for the technical coordination, supervision, quality control, communications service restoral and status reporting of all tactical and Defense Communication System (DCS) circuits. The TCF exercises technical direction and supervision over audio and digital transmission links, super-groups, groups, channels, circuits and interfacing equipment located in the TCF, SATCOM earth terminal, ASCOMM, and the remote transmitter site. The TCF also maintains liaison with the area Fleet Telecommunications Operations Center at Naval Computer Telecommunication Area Master Station (NCTAMS) Mediterranean, Naples, Italy, Defense Information System Agency (DISA), adjacent TCFs, maintenance elements and users to ensure effective communications service. Within the TCF is a variety of terminal


STEP-91-P-865
STEP BASELINE
NAVCOMMSTA SICILY BLDG 505 SIGONELLA
MAIN COMMUNICATION
BUILDING OUTLINE
FIGURE 2-5
REVISION C
DATE JULY 91
KEY PLAN
NTS
N
ADMINISTRATION OFFICE 101
103
VAULT 138
COMMANDING OFFICER 106
CONFERENCE ROOM 111
COMM OFFICER 112
CAREER OFFICER 114
FLEET RELAY 125
SHIELDED ENCLOSURE 123
TROPO 122
FM SHOP 127
TTY REPAIR 129
TEST EQPT REPAIR 130
TECH CONTROL 131
DCSS 132
UPS 136
BATTERY 134
SATCOM OFFICER
GENERATOR ROOM 138
MEN'S HEAD 116
WOMEN'S HEAD 119
JANITOR ROOM 115
MAIN ENTRANCE
SUPPLY VAN
MAINTENANCE VAN
OPERATIONS VAN
TRANSMITTER VAN
ANTENNA PAD
REGENCY NET
STORAGE
140

Figure E-1-4