equipment such as: Voice Frequency Communications Terminal (VFCT) equipment (AN/FCC-66 & 67); Low Speed Time Division Multiplexers (LSTDM) (AN/FCC-100) and associated modems; high speed channel packing modems; line conditioning equipment; UHF navigation beacons; and UHF and VHF air/ground transceivers in support of the NAS Sigonella Air Operations Department. TCF also houses all High Frequency (HF) receivers, Navy Standard Teletype equipment, IDNX-90, TIMEPLEX LINK II and the Communications Security Equipment (CSE) area. CSE includes the patch and test facility classified (RED) and unclassified (BLACK), and the Radio Wireline Interface (RWI) for all secure voice circuits. The electronic equipment arrangement for TCF area is shown in Figure E-2-1 and partial equipment rack elevations are shown in Figures E-2-2 - E-2-4.

1.2.2 Fleet Center (FLTCEN).

The FLTCEN area provides for HF ship/shore/ship terminations, and HF DCS entry terminations. In the on-call Ship/Shore (S/S) area, HF receivers, NST-A equipment (Personal computer (PC)), provide the primary interface between fleet units and the AUTODIN system. The electronic equipment arrangement of the FLTCEN is shown in Figure E-2-5.

1.2.3 Message Center.

The Message Center receives incoming and outgoing message traffic for NCTS Sicily and all over-the-counter subscribers on a Remote information Exchange System (RIXT) homed to the Naval Communications Processing and Routing System


TECH CONTROL OFFICE
AIR HANDLER UNIT
AIR HANDLER UNIT
AIR HANDLER UNIT
METEOR BURST
DCSS ROOM ROOM 132
EMERGENCY LIGHTING
TECH CONTROL
CLASSIFIED COMPUTER O/W
RECEIVERS/CONVERTERS
TEST EQUIPMENT REPAIR
PASSAGEWAY
TEST EQUIP CART
CRYPTO/MODEM
POWER DIST
SATELLITE NETWORK MONITORING RACK
NAVCOMMTELSTA BLDG 505 SIGONELLA
TECH CONTROL & DCSS EQUIPMENT ARRANGEMENT

Figure E-2-1




Figure E-2-2



Case 1:02-cv-00796-FMA Document 46-17 Filed 03/18/2005 Page 3 of 30


"D" PANEL
SPEAKER
TRUNK
WOOD FOUNDATION
ELEVATION "B-B"
ELEVATION "C-C"
GRAPHIC SCALE
NAVCOMTELSTA BLDG 585
TECH CONTROL

Figure E-2-3


DS3 PATCH PANEL NO. 1
DS3 PATCH PANEL NO. 2
4" X 4" WOOD FOUNDATION
ELEVATION "D-D"
GRAPHIC SCALE
3/4" = 1'-0"
NAVCOMTELSTA BLDG. 585 SIGONELLA, SICILY

Figure E-2-4


STEP-91-P-065
MESSAGE CENTER
BURN BAG STORAGE
VAULT
A/C CONTROLS
OFFICE
FLEET RELAY
TRIPO
PASSAGEWAY
STORE-ROOM
200 PAIR CABLEHEAD
EMPTY BOX
UP
PP-2
PP-3
TPP-4
TPP-5
TPP-6
N
KEY PLAN NTS
GRAPHIC SCALE
STEP BASELINE
NAVCOMMSTA SICILY SIGONELLA BLDG 585
FLEET RELAY EQUIPMENT ARRANGEMENT
REVISION C
SHEET 1 OF 1
DATE JULY 91

Figure E-2-5

(NAVCOMPARS) at NCTAMS MED, and a Standard Remote Terminal (SRT) Automatic Switching Center Coltano, Italy, to serve primarily as a data pattern terminal. Moreover, the Message Center maintains mandated message files, operates a service section for message correction and serves as a General Message Distribution Source. The electronic equipment of the Message Center is shown in Figure E-2-6.

1.2.4 **Satellite Communications (SATCOM) Area.**

The SATCOM consists of a vanized AN/GSC-39 Defense Satellite Communications System (DSCS) Super High Frequency (SHF) earth terminal. The AN/GSC-39 provides satellite paths for both DCS and Navy tactical circuits. The DCSS room in Building 585 contains multiplexer/demultiplexer and associated equipment to support the vanized DSCS SHF satellite terminal. The operations and transmitter vans are adjacent to the DCSS room and are accessed though a connecting passageway. The operations van contains up-converters, down-converters, and the communications console controls and monitors the AN/GSC-39(V)2 system. The transmitter van contains two transmitters that provide output power to the antenna. The supply and maintenance vans are located in close proximity to the functional vans, and are accessed via exterior walkways. The Electronic equipment arrangement for the SATCOM area is shown in Figure E-2-7.

1.2.5 **TROPO.**

The Tropo area contains the wideband multiplexing (Lenkurt 46A3-SC) modulation and Radio Frequency (RF)


STEP-91-P-065
FIRE ALARM CONTROL
TPP-1
PP-1
TPP-3
SHOP
SHOP
HTU'S
HSLP
HSLP
HSLP
SRT CONSOLE (LCU)
USU
USU
RIXT CONSOLE (LCU)
HSLP
FLEET RELAY
N
EMER LIGHT
EMER LIGHT
AUTODIN/ MESSAGE CENTER ROOM 102 (RAISED COMPUTER FLOOR)
KODAK EKTA-COPIER #2
KODAK EKTA-COPIER #1
MESSAGE PICK-UP WINDOW
KEY PLAN HTS
UP
GRAPHIC SCALE:
5'4'3'2'1'0
5'
10'
STEP BASELINE
NAVCOMMSTA SICILY BLDG 505 SIGONELLA
AUTODIN/MESSAGE CENTER
EQUIPMENT ARRANGEMENT
REVISION C
SHEET 1 OF 1
DATE JULY 91

Figure E-2-6



PASSAGE-WAY TO VANS
TECH CONTROL
EMER LIGHT
DCSS ROOM ROOM 132
AIR HANDLER
PASSAGE-WAY
VERTICAL CABLE DUCT
REEFER
KEY PLAN
GRAPHIC SCALE
5'4 3'2 1' 0 5' 10'
STEP BASELINE
SATCOM DCSS ROOM EQUIPMENT ARRANGEMENT


Figure E-2-7

transmission equipment for the Sigonella/Reggio Tropo path for off-island connectivity. Digital Radio and Multiplexer Acquisition (DRAMA) microwave equipment is located in this area for transmitter site connectivity. The electronic equipment arrangement of the Tropo area is shown in Figure E-2-8.

1.3 **Miscellaneous Information.**

(a) The following additional information is provided:

(1) Typical site connectivity including IDNX, VFCT/LSTDM multiplexing schemes, and audio plans is depicted in Figures E-3-1 - E-3-9.

(2) Typical diagrams and charts of the grounding system and power distribution system are depicted in Figures E-3-10 - E-3-12.

(3) Equipment rack elevations will be provided as required.


STEP-91-P-865
SHIELDED ENCLOSURE ROOM 123
EMER LIGHT
2305
2304
2304 2304
2304
2304
EMER LIGHT
TPP-7
FILTERS
COMPRESSOR
TELOS CABLES
2500
2503
2509
FRC-114
HYDRID
FRC-114
2501
CV-3090
OZ-45C
PORT T/E CART
2501
CV-3090
EMER LIGHT
CO2
TPP-8
PP-5A
ELECT CENTER
DRAMA
FCC-99 KG-81
FRC-173
FCC-98
FCC-98
FREQ STD
IDF
O/V
EMER LIGHT
DRAMA RECT
15
1 2 3 4 5 6 7
DEHYDRATOR
PASSAGEWAY
N
KEY PLAN NTS
GRAPHIC SCALE
0 5' 10'
STEP BASELINE
NAVCOMMSTA SICILY BLDG 505 SIGONELLA
TROPO
EQUIPMENT ARRANGEMENT
REVISION C
SHEET 1 OF 1
DATE JULY 91

Figure E-2-8


STEP-91-P-865
ON-BASE LANDLINES
TRANSMITTER SITE (N)
VR-24
BASE OPERATIONS (N)
CCC (N)
ASCOMM (N)
PATRON
SUPPLY/ ADP
SEB NAS I
NIS NAS II
MAIN COMM BLDG 505 TECH CONTROL (N)
VHF/FM
HT LAURO (NATO)
VHF/FM
PACHINO TARGET RANGE (N)
LEGEND:
(AF) AIR FORCE
(N) NAVY
(NATO) NORTH ATLANTIC TREATY ORGANIZATION
SSBN12
FCC-99
10 MI
AN/FRC-173
DIGITAL
DRAMA
NAS III (N)
46A3-SC
H0187
AN/FRC-129
CALTAGRONE (AF)
H0186
AN/FRC-129
COMISO (AF)
COMMERCIAL TELEPHONE COMPANY (LEASED CABLE)
LEASED CABLE (POSSIBLY DISCONNECTED)
46A3-SC
64 MI D0190
AN/FRC-114
REGGIO (AF)
202 MI D0189
AN/FRC-97
HT VERGINE (AF)
28 MI H0191
AN/FRC-159(V)
HT CAMALDOLI (N)
3 MI H0193
AN/FRC-159(V)
NAPLES (N)
35.4 MI H0153
AN/FRC-162 (V)
DSCS-3
55BS04
AN/GSC-39
LAGO DI PATRIA (N)
15.9 MI H0152
AN/FRC-162(V)
HT EPOMEO (NATO)
15.4 MI H0151
AN/FRC-162(V)
LEASED CABLE
VJPP/VGVL
LEASED CABLE
TELO (N)
COMMERCIAL TELEPHONE COMPANY (LEASED CABLE)
AIR TERMINAL & DL 'A'
STEP BASELINE
NAVCOMMSTA SICILY BLDG 505 SIGONELLA
MICROWAVE/ LANDLINE CONNECTIVITY
REVISION C
SHEET 1 OF 1
DATE JULY 91

Figure E-3-1


MT. LAURO
NAS IV
CALTAGERONE
SIGONELLA (NAS II)
SGA (N)
NAS III
SIGONELLA (TELO)
SGN (N)
US GOVT
TO ADMAHO, SAN VITO
SIGONELLA
SAN VITO
SNV (AF)
SATCOM BLDG
INTERCONNECT CABLE
TO COLTANO CML
TO SIGONELLA
(FUTURE)
DSCS EAST ATLANTIC SATELLITE
DSCS SATELLITE GROUND TERMINAL
THIS DRAWING IS FOR PLANNING PURPOSES ONLY FINAL CONFIGURATION SUBJECT TO CHANGE/ APPROVAL PRIOR TO IMPLEMENTATION
NAVCOMTELSTA
SIGONELLA, SICILY
SIGONELLA
DSIR/IDNX
MULTIPLEXER PLAN
SHEET 1 OF 1

Figure E-3-2


STEP-91-P-865
TRANSMITTER SITE (N)
55BN15
FCC-100
MAIN COMM BLDG 585 TECH CONTROL (N)
BASE OPERATIONS (N)
55BX30
FCC-100
ANT
DCS HF ENTRY
50MY03
VFCT
ASCOMM (N)
55BX22
FCC-100
TROPO
NAPLES (N)
55BNAG
MP 9600
55BCGA
FCC-100
55BCAH
FCC-100
LEGEND:
(N) NAVY
STEP BASELINE
NAVCOMMSTA SICILY BLDG 585 SIGONELLA
VFCT/LSTDM SYSTEMS
REVISION C
SHEET 1 OF 1
DATE JULY 91

Figure E-3-3



ASCOMM
NISCEMI
BASE OPS
NAS II
SIGONELLA TECH CONTROL
STATION DEMARCATION POINT
UNIVERSAL SYNCHRONOUS DATA UNIT CARDS
IDNX 90 NODE 136
TELEPHONE SWITCH ROOM
IDNX 90 NODE 145
HDSL
1-1 SPAN
U.S. GOVERNMENT
TIMEPLEX
NOTE(S):
1. NEW EQUIPMENT, NEEDS USD CARD AND PORT ASSIGNMENT
NAVCOMTELSTA
SIGONELLA, SICILY
SHEET 1 OF 1


Figure E-3-4


P/O IDNX 90 NODE 136
UNIVERSAL SYNCHRONOUS DATA CKT CARDS
TIMEPLEX II
SYNCHRONOUS DATA CKT CARD
NOTES 1 & 2
128 Kbps
THIS DRAWING IS FOR PLANNING PURPOSES ONLY FINAL CONFIGURATION SUBJECT TO CHANGE/ APPROVAL PRIOR TO IMPLEMENTATION
NAVCOMTELSTA
SIGONELLA, SICILY
SIGONELLA MULTIPLEXER PLAN
SHEET 1 OF 4

Figure E-3-5


UNIVERSAL SYNCHRONOUS DATA CKT CARDS
P/O IDNX 90 NODE 136
NAVCOMTELSTA
SIGONELLA, SICILY
SIGONELLA
MULTIPLEXER PLAN
SHEET 2 OF 4

Figure E-3-6


UNIVERSAL SYNCHRONOUS DATA CKT CARDS
P/O IDNX 90 NODE 138
NOTE(S):
1. NEW EQUIPMENT. NEEDS USD CARD AND PORT ASSIGNMENT.
2. REQUIRE BALANCED/UNBALANCED CONVERTER AT COMPTROLLER OFFICE/MAS 8.
3. REQUIRE LSTDM INSTALLATION AT NODE 149 FOR CIRCUIT BREAKOUT IN DIGITAL FORMAT.
THIS DRAWING IS FOR PLANNING PURPOSES ONLY FINAL CONFIGURATION SUBJECT TO CHANGE/ APPROVAL PRIOR TO IMPLEMENTATION
NAVCOMTELSTA BLDG. 585 SIGONELLA, SICILY
SIGONELLA MULTIPLEXER PLAN
SHEET 3 OF 4

Figure E-3-7


NAS II BFC
OUTLYING SITES
NISCEMI
BASE OPS
ASCOMM
FCC
100
P/O
LEASED
CONNECTIVITY
THIS DRAWING IS FOR PLANNING PURPOSES ONLY
FINAL CONFIGURATION SUBJECT TO CHANGE/
APPROVAL PRIOR TO IMPLEMENTATION
NAVCOMTELSTA
SIGONELLA, SICILY
SIGONELLA
MULTIPLEXER PLAN
SHEET 4 OF 4

Figure E-3-8


ADNX 48
ADNX 48
ADNX 48
ADNX 48
ECHO CANCELLER
PRIMARY RATE CARDS
P/O IDNX 90 NODE 138

Figure E-3-9


STEP-91-P-065
PERIMETER FENCE GROUNDED BETWEEN A-A AND A-A (CONTINUOUS BELOW GRADE CONDUCTOR WITH GROUND ROD EVERY FIFTH FENCE POST & CONNECTED TO CONDUCTOR)
N
GROUND GRID
6.0m (TYPICAL)
ONE STORY ADDITION
ORIGINAL BLDG 505
70mm² CABLE
ONE STORY ADDITION
ONE STORY ADDITION
GROUND POST (6.0 M MAX SPACING)
SATCOMM ANTENNA FOUNDATION
EXOTHERMIC WELDED GROUND POST
SUBSTATION PAD
NOTE:
1. CABLE SIZE SPECIFIED BY CROSS-SECTIONAL AREA
STEP BASELINE
NAVCOMMSTA SICILY BLDG 505 SIGONELLA
MAIN COMM GROUNDING SYSTEM
REVISION B
SHEET 1 OF 1 DATE JULY 91

Figure E-3-10


STEP-91-P-065
GENERATORS
G-1
G-2
G-3
GENERATOR SWITCHBOARD GSB
1600A G-1
1600A G-2
1600A G-3
4000A GENERATOR MASTER
OUTDOOR LOW VOLTAGE SUBSTATION
DISCONNECT SWITCH
FUSIBLE AIR SWITCH 3 PHASE 20KV 400A (3) 100A FUSES
3 PHASE 400A (3) 43A FUSES
TRANSFORMER 1000KVA 208Y/120V 3 PHASE 4V 50Hz
20KV 50Hz 3PH FROM UTILITY SUBSTATION
MAIN SWITCHBOARD MSB
4000A NON-TECHNICAL MASTER
4000A TECHNICAL MASTER
4000A TIE
NON-TECH BUSS
TECH BUSS
SPARE
CHILLER NO.1
CHILLER NO.2
FIRE ALARM SWITCH 30/20A 2 PHASE
STEP BASELINE
NAVCOMMSTA SICILY SIGONELLA
MAIN COMMUNICATION CENTER POWER DISTRIBUTION SYSTEM
REVISION B
SHEET 1 OF 2 DATE JULY 91

Figure E-3-11


STEP-91-P-865
PANEL ESB-1
ROOM 128
NON-TECH BUSS
UPS-1
BYPASS INPUT
UPS-2
BYPASS INPUT
PANEL ESB-2
ROOM 128
TECH BUSS
TPP-9
ROOM 131
PANEL USB
PANEL HDP
ROOM 131
PANEL CDP
DCSS ROOM
SPARE
STEP BASELINE
NAVCOMMSTA SICILY SIGONELLA
MAIN COMMUNICATION CENTER POWER DISTRIBUTION SYSTEM
REVISION C
SHEET 2 OF 2
DATE JULY 91

Figure E-3-12

1.4 <u>Station Equipment.</u>

Table E-1 depicts the number of DCS/NTS circuits and landlines that will either terminate or pass through the Automated Technical Control (ATC). Table E-2 lists current equipment specifications by Equipment Nomenclature, Electrical and Physical technical information, Location, Non-Critical tech-load, Critical Load requirements and Quantity. Non-Critical tech-load and Critical Load requirements for individual equipment will be provided as required.

1.5 <u>Current Baseline.</u>

This compilation is the result of a site survey conducted 19 May 1993. The information in this Appendix may not be all inclusive and is subject to change.

**TABLE E-1**

I. NCTS Sicily Tech Control Facility has responsibility for the following DCS/NTS trunks/circuits that either terminate or pass through the TCF. The circuits/trunks are sub-divided by number and baud speed.

a.

| NUMBER | BAUD SPEED |
|---|---|
| 039 | 75 BAUD |
| 006 | 50 BAUD |
| 008 | 300 BAUD |
| 019 | 1200 BAUD |
| 004 | 2400 BAUD |
| 025 | 4800 BAUD |
| 016 | 9600 BAUD |
| 006 | 16 KB |
| 003 | 19.2 KB |
| 005 | 64 KB |
| 004 | 128 KB |
| 008 | 1.544 MB |
| **143** | **TOTAL** |

II. DCS/NTS and Landlines (including in-house Landlines) that traverse Building 585.

| NUMBER/TYPE | LOCATION |
|---|---|
| 001/FAX | |
| 084/ANALOG | VARIOUS |
| 025/ANALOG | NATO |
| **110/ANALOG** | **TOTAL** |

TABLE E-2

| EQUIPMENT | ELECTRICAL | PHYSICAL | LOC | NC TL | CL | QTY |
|---|---|---|---|---|---|---|
| AN/FCC-66 VFCT | MIL-188C UNBAL/ISOC VF | TB | TCF | X | | 3 |
| AN/FCC-67 VFCT | MIL-188C UNBAL/ISOC VF | TB | TCF | X | | 2 |
| AN/FCC-98 | MIL-188-114 BAL/SYNC VF | TWINAX DB-25 18EA CANNON PLUG | TCF | X | | 3 |
| AN/FCC-100 LSTDM | MIL-188 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 19EA | TCF | | X | 25 |
| AN/FRQ-26 (HFAARS) (FUTURE) | | | TCF | | | 1 |
| AN/FTA TELEPHONE TERMINAL | VF 2W/4W W/DC SIG-NALLING | TB 50 PIN TELCO CONN | TCF | X | | 3 |
| AYDIN 60RM DATA TRANSMISSION SET | MIL-188-114 | DB-25 | TCF | X | | 1 |
| AN/SSR-1A SATELLITE RCVR | MIL-188C UNBAL/ISOC UNBAL/SYNC | CANNON PLUG | TCF | X | | 1 |
| CODEX 2340 MODEM | RS-232C VF | DB-25 2EA TB | TCF | X | | 4 |
| CODEX 2520 MODEM | RS-232C UNBAL/SYNC SYNC | DB-25 2EA TB | TCF | X | | 4 |
| CODEX LSI 4800 MODEM | MIL-188-114 UNBAL/SYNC SYNC | DB-25 4EA TB-AUDIO | TCF | X | | 3 |
| CODEX LSI 9600 MODEM | MIL-188-114 UNBAL/SYNC VF | DB-25 4EA TB OR DB-25 AUDIO | TCF | X | | 1 |

TABLE E-2

| | | | | | | |
|---|---|---|---|---|---|---|
| CODEX MX2400/V.26 DATA MODEM | RS-232C UNBAL/SYNC VF | DB-25 TB-AUDIO | TCF | X | | 2 |
| CU-1138 REMOTE VOICE SET | VF(2) | TB | TCF | X | | 2 |
| CV-2460/SGC TELEGRAPH SIGNAL CONVERTER | MIL-188C UNBAL/ISOC VF | TB | TCF | X | | 3 |
| DIGITECH 2002-08 | MIL 188-114 UNBAL/ ASYNC | TB | TCF | X | | 4 |
| DLPA-2 DUAL SPKR AMPLIFIER | VF(2 EA) | TB | TCF | X | | 5 |
| HEKIMIAN 3901M COMM TEST SET | VF | TB BANANA 310 JACK | TCF | X | | 1 |
| HP 3551A TRANSMISSION TEST SET | VF | TB | TCF | X | | 1 |
| HP 3577A NETWORK ANALYZER | MIL-188-114 | TWINAX | TCF | X | | 1 |
| HP 3780A PATTERN GEN/ERROR DETECTOR | MIL-188-114 | TWINAX | TCF | X | | 1 |
| HP 8640B SIG GEN | | TWINAX | TCF | X | | 1 |
| GAIMS MODEL SLPA-2 AUDIO SPKR | 3KHZ | TB | TCF | X | | 8 |
| IDS 8580 DATA TEST SET | MIL-188-114 | DB-25 | TCF | X | | 1 |
| IDNX-90 (4 AUDIO AGGREGATES, 8 DATA AGGREGATES) | RS-232 RS-449 V.35 | DB-25 | SATCOM | | X | 1 |
| KY 668/GRT FSK KEYER | MIL-188C | TB | TCF | X | | 2 |
| MD-900 MODEM (FUTURE) | | | TCF | | | 8 |

TABLE E-2

| | | | | | | |
|---|---|---|---|---|---|---|
| MD-1061 DIGITAL DATA MODEM | MIL-188 UNBAL/SYNC VF | CANNON PLUG | TCF | X | | 1 |
| MD-1142 (BR6029C) HF TIME DIVISION MULTIPLEX | UNBAL/SYNC /ASYNC VF | CANNON PLUG | TCF | X | | 4 |
| MD-1159 PARADYNE MODEM 96 | MIL-188-114 UNBAL/SYNC VF | DB-25 4EA TB-AUDIO | TCF | | X | 10 |
| MESSAGE DISTRIBUTION TERMINAL (10 PORTS EA SYS) (FUTURE) | MIL-188 RS-232 | DB-25 | MSGCEN | | | 3 |
| NOW (UNISYS CPU) ORDERWIRES 4 PORTS EA SYS | MIL-188-114 RS-232C UNBAL/ ASYNC | DB-37 2EA | TCF-05 MSGCEN -2 SATCOM -1 | X | | 8 |
| OTAM (OFF-THE-AIR-MONITORS) EA SYS CAPABLE OF 16 CHNLS | MIL-188 UNBAL/ASYN C | DB-37 | TCF | X | | 2 |
| RT-1107A/ AN/WSC-3A(V) TRANSCEIVER (FUTURE FOR SHORE DAMA SUITE) | MIL-188, UNBAL/SYNC VF | CANNON PLUG | TCF | | | 1 |
| R-2174P (RACAL6790/GM) RADIO RCVR | VF(2EA) | TB | TCF | X | | 2 |
| R-2368/URR RCVR | VF(2EA) | CANNON PLUG | TCF | X | | 37 |
| RCS (UNISYS CPU) REMOTE CONTROL SYSTEM | RS-232C UNBAL/ ASYNC | DB-25 | TCF | X | | 1 |
| RCS INTERFACE ADAPTER REMOTE CONTROL SYSTEM | MIL-188 | DB-25 | TCF | X | | 1 |

**TABLE E-2**

| | | | | | | |
|---|---|---|---|---|---|---|
| RF-5254C HARRIS HF MODEM | MIL-188 UNBAL/SYNC VF | 15 PIN 37 PIN | TCF | X | | 4 |
| RT-1107/ AN/WSC-3(V) SATELLITE XCVR | MIL-188-114 UNBAL/SYNC VF | CANNON PLUG | TCF | X | | 2 |
| TACTERM (2 ANDVT/KYV-5 EA SYS) | MIL-188-114 VF | FPA | TCF | X | | 2 |
| TEKTRONIX 2246 OSCILLOSCOPE | 50 OHM DC 5V RMS | BNC | TCF | X | | 2 |
| TEKTRONIX 2335 OSCILLOSCOPE | 50 OHM DC 5V RMS | BNC | TCF | X | | 1 |
| TH-83A/FGC TELEGRAPH HUBBING REPEATER (1 IN & 20 CHNLS OUT) | MIL-188 UNBAL/ ASYNC/ISOC | TB | TCF-1 CSE-2 | X | | 3 |
| TIMEPLEX LINK 2 | RS449/ V.35 SYNC/ASYNC VF | DB-25 | TCF | X | | 1 |
| TSEC/KG-84A | MIL-188-114 RS-232C SYNC/ASYNC ISOC BAL/UNBAL | FPA | TCF | X | | 20 |
| TSEC/KG-84C | MIL-188-114 RS-232C SYNC/ASYNC ISOC BAL/UNBAL | FPA | TCF | X | | 65 |
| TSEC/KWR-46 | MIL-188C UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | TCF | X | | 6 |
| TSEC/KWT-46 | MIL-188C UNBAL/ISOC | CANNON PLUG | TCF | X | | 5 |

TABLE E-2

| | | | | | | |
|---|---|---|---|---|---|---|
| V.3225 VDS MODEM (MOTOROLA) | RS-232C UNBAL ASYNC VF | DB-25 MODULAR JACK | TCF | X | | 4 |
| WESCOM UMLA-5 | VF | TB | TCF | X | | 10 |
| RCS (REMOTE CONTROL SYSTEM) HELIX HOUSE (4 PORTS EA SYS) (19.2KB) | RS-232 | DB-25 | TCF | X | | 1 |
| RCF (REMOTE CONTROL SYSTEM) LF MATRIX (4 PORTS EA SYS) (9600 BAUD) | RS-232 | DB-25 | TCF | X | | 1 |
| BIU (BUS INTERFACE UNIT) | MIL-188 UNBAL/SYNC | TB (2 CHNLS SND/RCV EA) | FLTCEN | X | | 10 |
| MARCEMPT (16 SND/RCV CHNLS EACH SYS) | RS-232 | | FLTCEN | | X | 2 |
| PCMT (PERSONAL COMPUTER MSG TERM) | RS-232 | DB-25 | MSGCEN | | X | 3 |
| USQ-122 (HFDS) (FUTURE | MIL-188-110A, MIL-188-114A, SYNC/ASYNC BAL/UNBAL | | TCF | | | 1 |