TABLE E-2

| | | | | | | |
|---|---|---|---|---|---|---|
| VERDIN SUITE | MIL-188-114C | DB-25 | TCF | | X | 2 |
| KG-84 | MIL-188-114,RS-232C,SYNC/ASYNC, ISOC, BAL/UNBAL | FPA | TCF | | X | 9 |
| KWR-46 | MIL-188C UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | TCF | | X | 2 |
| KWT-46 | MIL-188C UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | TCF | | X | 5 |
| KG-34-104 | MIL-188 UNBAL/BAL | TB | TCF | | X | 3 |
| UYK-20X(V) DATA PROCESSING SETS | MIL-188-114A, UNBAL | SPERRY CONNECTOR | TCF | | X | 2 |
| UYK-83/A KEYBOARD/DISPLAY/PRINTER UNITS | MIL-188 UNBAL | DB-25 | TCF | | X | 4 |
| WRR-7 RCVR | MIL-188 UNBAL | 105L-3P | TCF | | X | 2 |
| URT-30 XMTR | MIL-188 UNBAL | 105L-3P | TCF | | X | 2 |
| PARADYNE 3440 MODEM (HCR) | MIL-188-114A, UNBAL | 105L-30 | TCF | | X | 4 |
| MD-5062/UGC MODEM (LDR) | MIL-188-114A | BAYONET | TCF | | X | 7 |
| R-1738/WR RCVR | MIL-188 UNBAL | CIRCULAR (CANNON) | TCF | | X | 2 |

# Attach (9f)

# APPENDIX F

## NAVCOMTELSTA, Roosevelt Roads, Puerto Rico

1.0 **Naval Computer Telecommunications Station, Roosevelt Roads, Puerto Rico.**

NAVCOMTELSTA, (NCTS) Puerto Rico is located on the island of Puerto Rico and is comprised of six sites: NAVCOMTELSTA, Building 1817, Naval Station Roosevelt Roads; NRTF, Building 501, Fort Allen; NRRF Building 600, Salinas; NRTF Building 2901, Aguada; NRTF, Building 3001, Isabela, and NRRF, Building 189, Sabana Seca which are depicted in Figures F-1-1 and F-1-2. NCTS Puerto Rico is responsible for the management, operation and maintenance of those facilities systems and equipment necessary to provide telecommunications support for Naval Activities in the Southern Command Area. NAVCOMTELSTA is also responsible for the administrative control of the Anti-Submarine Warfare communications (ASCOMM) facility and provides communications connectivity and support to that facility.

1.1 **NCTS Puerto Rico Building Location.**

NCTS Puerto Rico is headquartered at the Naval Station, Building 1817, Roosevelt Roads. The communication spaces are located on the first and second floors, and are depicted in Figures F-1-3 and F-1-4

1.2 **NCTS Puerto Rico Building Function Description.**

NCTS Puerto Rico communication spaces include the following functional areas which will be affected by ATC:

First Floor



NRTF ISABELA
NRRF SABANA SECA
ATLANTIC OCEAN
ARECIBO
AGUADILLA
SAN JUAN
MANATI
SAN SEBASTION
RINCON
NRTF AGUADA
FAJARDO
UTUADO
OROCOVIS
MAYAGÜEZ
NAVCOMTELSTA ROOSEVELT ROADS
PONCE
GUAYAMA
ENSENADA
NRFT FT. ALLEN (MYSTIC STAR)
NRRF SALINAS (MYSTIC STAR)
CARIBBEAN SEA
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
VICINITY MAP
DWG NO
SHEET
DATE


Figure F-1-1


NAVCOMTELSTA
BUILDING 1817
NAVCOMTELSTA, PR
ROOSEVELT ROADS
NRFT FT ALLEN
BUILDING 501
MAIN GATE
FORT ALLEN
NRTF
FT. ALLEN (MYSTIC STAR)
STEP BASELINE
NAVCOMTELSTA, PUERTO RICO
NCTS, BUILDING 1817
ROOSEVELT ROAD
NRTF, BUILDING 501, FT
SITE PLANS
DWG
SHEET
DATE

Figure F-1-2



CLASSIFIED DESI
LDMX ROOM 123A
MESSAGE CENTER 123
AMP OFFICE B 122
AMP OFFICE A 122A
GENERATOR ROOM 125
MECHANICAL ROOM 128
STORAGE
NAVTASC
MAIL RM 124
OFFICE
UPS BATTERY ROOM 126
EQUIPMENT ROOM 127
CABLE RM 129
SAFETY OFF 116
SECURITY OFFICE 117
ADMIN OFFICER 118
ADMIN OFFICE 119
LDMX OFFICE
CO OFFICE 113
SECRETARY 112
XO OFFICE 111
COMM OFFICER 110
CMD MCPO 109
CONF ROOM 108
WOMEN
MEN
MEN
LOUNGE AREA 104
VAULT 103
STAIRS
TRAINING ROOM 130
FACILITIES/DRAFTING OFFICE 131
GUARD ROOM
MAIN ENTRANCE
GRAPHIC SCALE
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
BUILDING LAYOUT
FIRST FLOOR
DWG NO
SHEET
DATE


Figure F-1-3


FIRST FLOOR LOWER ROOF
CLASSIFIED DESTRUCTION
COMSEC EQUIPMENT
ILLEGI SUPPORT CENTER 202/203
HOIST ROOM
ELECTRONICS SHOP 204
CRYPTO OFFICE 203A
IDF ROOM 206
CORRIDOR
DISA LPO
EMO DIV OFF 201
TECHNICAL CONTROL OFFICE 215
VFCT/MICROWAVE/SATCOM 207
CAL LAB 211
MEN
WOMEN
MECHANICAL ROOM 208
EMO OFFICE 212
BTRY ROOM 209
CORRIDOR
CC&T 210
READY SPARE LOCKER
AIS 210A
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
BUILDING LAYOUT
SECOND FLOOR
DWG NO
SHEET
DATE

Figure F-1-4

1. Local Digital Message Exchange (LDMX) Room

2. Message Center

Second Floor

1. Fleet Support Center

2. COMSEC Equipment (CSE)

3. VFCT/MICROWAVE/Satellite Communications (SATCOM)

**1.2.1 Local Digital Message Exchange (LDMX) Room.**

The LDMX consists of a dual homed SPERRY computer system and provides automated communications processing and routing of messages destined for the Automated Digital Network (AUTODIN), Remote Information Exchange Terminal (RIXT) sites and Electronic Courier Circuits (ECC). The LDMX is scheduled to be replaced with three Message Distribution Terminals (MDTs) by June 1993. The MDTs will be homed with ASC Fort Detrick, Camp Lejeune's LDMX and the NAVCOMPARS at NCTAMS LANT Norfolk, VA. The MDT equipment will be installed in the Message Center and Fleet Support Area. The electronic equipment arrangement of the the LDMX room and MDTs is not shown.

**1.2.2 Message Center**

The Message Center receives, processes and reproduces incoming and outgoing message traffic for NCTS Puerto Rico and all over-the-counter subscribers at the Naval Station and Naval Air Station. The electronic equipment of the Message Center/Relay areas is shown in Figure F-2-1.

**1.2.3 Fleet Support Area**

The Fleet Support Center (FSO) provides the interface


MESSAGE CENTER
ROOM 123
AMP OFFICE B
AMP OFFICE A
ROOM 122
NAVTASC
ROOM 121
POST OFFICE
ROOM 124
FACILITY ENG
KEY PLAN
LEGEND:
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
EQUIPMENT ARRANGEMENT
MESSAGE CENTER, POST OFFICE,
ROOMS 123 AND 124
DWG NO.
SHEET
DATE

Figure F-2-1

between ships and the shore station. The FSO area maintains and operates various ship-to-shore point-to-point High Frequency (HF) terminations, monitors Fleet Broadcasts, keys Fleet Broadcast when directed by higher authority, maintains and operates various Allied circuits and various ECCs, and operates the Command Video Display Terminal (CVDT). The Technical Control Facility, located within the FSO, functions as the interface between the transmission elements. TCF area provides technical direction, coordination, supervision of transmission media and equipment, quality control, service restoral and status reporting of all tactical and Defense Communication System (DCS) circuits. TCF consists of patching facilities, test equipment and Navy Orderwires (NOWS). The TCF area also maintains liaison with the area Fleet Telecommunications Operations Center at Naval Computer Telecommunication Area Master Station (NCTAMS) Atlantic, Norfolk, Virginia, Defense Information System Agency (DISA), adjacent TCFs, maintenance elements and users to ensure effective communications service. The COMSEC Equipment (CSE) area, also located within the FSO area, houses all of the communications security equipment, patch and test facility classified (RED) and unclassified (BLACK). The electronic equipment arrangement for TCF/CSE areas is shown in Figures F-2-2 and F-2-3.

1.2.4 <u>VFCT and Microwave.</u>

The VFCT and Microwave room provides connectivity with NRRF Sabana Seca, NRTF Isabela, and NRTF Fort Allen. These areas contain numerous Voice Frequency Terminals (VFCT) which


FLEET SUPPORT CENTER
ROOM 202/203
CORRIDOR
CWO
DISA/LPO
OFFICE
EMO DIVISION OFFICE
201
TECH CONTROL OFFICE
215
TECH CONTROL SUPERVISOR
KEY PLAN
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
EQUIPMENT ARRANGEMENT
FLEET SUPPORT CENTER
ROOMS 202/203
DWG NO
SHEET
DATE
LEGEND:

Figure F-2-2


ROOM 204
COMSEC
SHREDDER
WORKBENCH
CURTAIN
LOCKERS
SHELVES
FLEET SUPPORT CENTER
ROOMS 202/203
FLEET SUPPORT
OFFICE 203A
IDP
ROOM 206
FLOOR PLAN
SECOND FLOOR
KEY PLAN
LEGEND:
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
EQUIPMENT ARRANGEMENT
FLEET SUPPORT CENTER
ROOMS 202/203
DWG NO
SHEET
DATE

Figure F-2-3

provide required channelization for Microwave and connectivity with outlying sites, and full-period terminations of fleet units. It also houses satellite equipment for communications with Cape Canaveral which is operated and maintained by a commercial satellite company. The electronic equipment arrangement for VFCT Microwave areas is shown in Figure F-2-4.

1.3 **Miscellaneous Information.**

(a) The following additional information is provided:

(1) Typical site connectivity for the Message Distribution Terminals MDTs) is depicted in Figure F-3-1.

(2) Typical diagrams and charts of the grounding system and power distribution system are depicted in Figures F-3-2 - F-3-5.

(3) Equipment rack elevations will be provided as required.

1.4 **Station Equipment.**

Table F-1 depicts the number of DCS/NTS circuits and landlines that will either terminate or pass through the ATC. Table F-2 lists current equipment specifications by Equipment Nomenclature, Electrical and Physical technical information, Non-Critical tech-load, Critical Load requirements and Quantity.

1.5 **Current Baseline.**

This compilation is the result of a site survey conducted 26 May 1993. The information contained in this Appendix may not be all inclusive and is subject to change.


ET SHOP
204
VFCI/MICROWAVE/SATCOM
ROOM 207
IDF ROOM
206
CORRIDOR
JANITOR
MEN'S HEAD
KEY PLAN
LEGEND:
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
EQUIPMENT ARRANGEMENT
VFCI/MICROWAVE/SATCOM
ROOM 207

Figure F-2-4

# NCTS PUERTO RICO CONNECTIVITY

20 June 1993




Figure F-3-1



CLASSIFIED DEST
LDMX ROOM 123A
MESSAGE CENTER 123
GENERATOR ROOM 125
MECHANICAL ROOM 128
AMP OFFICE B 122
AMP OFFICE A 122A
STORAGE
NAVTASC
MAIL RM 124
OFFICE
UPS BATTERY ROOM 126
EQUIPMENT ROOM 127
CABLE RM 129
SAFETY OFF 116
SECURITY OFFICE 117
ADMIN OFFICE 118
ADMIN OFFICE 119
LDMX OFFICE
SECRETARY 112
CO OFFICE 113
XO OFFICE 111
COMM OFFICER 110
CMD MCPO 109
CONF ROOM 108
WOMEN
MEN
MEN
VAULT 103
STAIRS
TRAINING ROOM 130
FACILITIES/DRAFTING OFFICE 131
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
STATION GROUND SYSTEM
SHEET
DWG NO
DATE


Figure F-3-2


CLASSIFIED DESTRUCTION
COMSEC EQUIPMENT
HOIST ROOM
ELEC SHOP 204
VFCT/MICROWAVE/ SATCOM 207
MECHANICAL ROOM 208
GND WIRES UP FROM FIRST FLOOR
CRYPTO OFFICE 205
IDF ROOM 206
JAN CL 213A
MEN
EMO OFFICE
FLEET SUPPORT CENTER 202/203
CORRIDOR
LPO OFFICE
EMO DIV OFFICE 201
CAL LAB 211
BTRY ROOM 209
CORRIDOR
FIRST FLOOR LOWER ROOF
TECHNICAL CONTROL OFFICE 215
GC&I 210
READY SPARE LOCKER
AIS 210A
STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
STATION GROUND SYSTEM
GRAPHIC SCALE
DWG NO
SHEET
DATE

Figure F-3-3


STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
POWER DISTRIBUTION SYSTEM
DWG NO
SHEET
DATE
GENERATOR NO 1
GENERATOR NO 1 CONTROL PANEL
GENERATOR NO 2
GENERATOR NO 2 CONTROL PANEL
GENERATOR SPEED CONTROL
GENERATOR VOLTAGE CONTROL
GROUND BUS
ELECTRICAL INTERLOCK (TYP)
DP-1
DP-2
MCC-1
MCC-2
UPS SYSTEM POWER SUPPLY
LP-1
LP-2
LP-2A
LP-3
LP-4
CPP-1
CPP-2
CPP-3
CPP-8
CPP-17
CPP-18
CPP-19
CPP-20
ROOM 125
ROOM 127
PSCW
CHILLER NO 1
CHILLER NO 2
CHILLER NO 3

Figure F-3-4


STEP BASELINE
NAVCOMTELSTA PUERTO RICO
BUILDING 1817
ROOSEVELT ROADS
POWER DISTRIBUTION SYSTEM
DWG NO
SHEET
DATE

Figure F-3-5

**Table F-1**

I. NCTS Puerto Rico has responsibility for the following DCS/NTS trunks/circuits that either terminate or pass through the TCF. The circuits/trunks are sub-divided by number and baud speed in each sub-paragraph.

| NUMBER | BAUD SPEED |
|---|---|
| 002 | 50 BAUD |
| 143 | 75 BAUD |
| 010 | 300 BAUD |
| 002 | 600 BAUD |
| 001 | 1200 BAUD |
| 003 | 2400 BAUD |
| 009 | 4800 BAUD |
| 005 | 9600 BAUD |
| 003 | 19.2 KB |
| 004 | 56 KB |
| 005 | 1.544 MB (Timplex Link 2/NAVNET) |
| **187** | **TOTAL** |

II. DCS/NTS and Landlines (including in-house Landlines) that traverse Building 1817.

| NUMBER/TYPE | LOCATION |
|---|---|
| 152 | Puerto Rico Area Wide Band System (PRAWS) |
| 200 | NCTS/RADS TELEX |
| 050 | NCTS/AFWTF |
| 100 | NCTS/AIR OPS |
| 072 | COMMERCIAL SATELLITE |

**Table F-1**

| | |
|---|---|
| 574 | **TOTAL** |

Table F-2

| EQUIPMENT | ELECTRICAL | PHYSICAL | LOC | NC TL | CL | QTY |
|---|---|---|---|---|---|---|
| AN/FCC-66 VFCT | MIL-188C UNBAL/ISOC VF | TB | TCF | X | | 4 |
| AN/FCC-67 | MIL-188C UNBAL/ISOC VF | TB | TCF | X | | 2 |
| AN/FCC-100 LSTDM | MIL-188 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 19EA | TCF | X | | 28 |
| AN/SSR-1 | MIL-188C UNBAL/ISOC UNBAL/SYNC | CANNON PLUG | TCF | X | | 1 |
| AN/URR-74(V)2 | VF | COAX/TB | TCF | X | | 2 |
| AN/USM-425(V)1 OSCILLOSCOPE | | BNC | TCF | X | | 2 |
| BR-6028 HF MODEM | UNBAL/SYNC /ASYNC VF | CANNON PLUG | TCF | X | | 1 |
| BR-6029 HF MODEM | UNBAL/SYNC /ASYNC VF | CANNON PLUG | TCF | X | | 4 |
| CODEX 2520 MODEM | RS-232C UNBAL/SYNC VF | DB-25 2EA TB | TCF | | X | 4 |
| CODEX 2340 MODEM | RS-232C SYNC/ASYNC VF | DB-25 2EA TB | TCF | | X | 1 |
| CV-483C/URA-17 | MIL-188 UNBAL/ISOC VF | TB | TCF | X | | 2 |
| CV-2460/SGC | MIL-188 UNBAL/ISOC VF | TB | TCF | X | | 5 |
| DIGITECH 2002 | MIL-188-114 DB-25 | DB-25 | TCF | | X | 4 |
| DLPA SPKRS DUAL (2EA PER SYS) | VF | TB | TCF | X | | 6 |

Table F-2

| | | | | | | |
|---|---|---|---|---|---|---|
| HALCYON 520B3 | VF | TB | TCF | X | | 2 |
| HARRIS 5254C | MIL-188 UNBAL/SYNC VF | 15 PIN 37 PIN | TCF | X | | 2 |
| HP 3551A TEST SET | VF | TB | TCF | X | | 1 |
| HP 4935A | RS-232 | TB | TCF | X | | 1 |
| MODEL 202T GENERAL DATA COMM | RS-232 VF | DB-25 | TCF | | X | 1 |
| NOW (ORDERWIRES 4 PORTS EA SYS) | MIL-188-114 RS-232C UNBAL/ ASYNC | DB-37 2EA | TCF | | X | 6 |
| PARADYNE 3480 MODEM | RS-232 | VF | TCF | | X | 1 |
| PARADYNE 9600 MODEM | RS-232C UNBAL/SYNC VF | DB-25 4EA MODULAR JACK | TCF | | X | 4 |
| PHOENIX 5500A | RS-232 VF | DB-25 | TCF | | X | 1 |
| RACAL-MILGO OMNI MODE 96 MODEM | RS-232 VF | DB-25 TB | TCF | | X | 1 |
| RACAL-MILGO 1200 MARK II MODEM | RS-232 VF | DB-25 TB | TCF | | X | 1 |
| RA-6790/GM R-2174A(P)/URR | VF(2EA) | COAX TB | TCF | X | | 2 |
| MARCEMP (4X24) | RS-232C MIL-188 UNBAL/SYNC /ASYNC | DB-37 14EA | FSO | | X | 2 |
| TH-83A/FGC (FFN 20 PORTS) | MIL-188 UNBAL/ ASYNC/ISOC | TB | TCF-2 CSE-2 | X | | 4 |
| ANDVT/KYV-5 | MIL-188-114 VF | BTU CANNON PLUG | CSE | | X | 4 |
| TSEC/KG-84A | MIL-188 RS-232C SYNC/ASYNC /ISOC BAL/UNBAL | FPA | CSE | | X | 36 |

Table F-2

| | | | | | | |
|---|---|---|---|---|---|---|
| TSEC/KG-84C | MIL-188 RS-232C SNC/ASYNC /ISOC BAL/UNBAL | FPA | CSE | | X | 30 |
| TSEC/KWR-46 | MIL-188 UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | CSE | | X | 6 |
| TSEC/KWT-46 | MIL-188 UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | CSE | | X | 4 |
| TSEC/KY-75A | MIL-188-114, VF | MS CONN | CSE | | X | 2 |
| NAVNET | MIL-188, RS-232 | DB-25 | TBD | | X | 2 |
| MD-674 | MIL-188 | DB-25 | TCF | X | | 3 |
| MDT | MIL-188, RS-232 | DB-25 | FSO-03 MSGCEN -02 | | X | 5 |
| RED PHONE (SVPA) | BAL/UNBAL SYNC/VF | TB | TCF | | X | 3 |
| TELEPHONE EXTENSION | RJ-11 | | TCF | | X | 1 |
| USQ-122 (VME) HIGH FREQUENCY DATA SYSTEM (HFDS) | MIL-188 | | TCF | | X | 1 |

Table F-2

| | | | | | | |
|---|---|---|---|---|---|---|
| VERDIN SUITE | MIL-188-114C | DB-25 | TCF | X | | 2 |
| KG-84 | MIL-188-114, RS-232C,SYNC/ ASYNC, ISOC BAL/UNBAL | FPA | TCF | X | | 9 |
| KWR-46 | MIL-188C UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | TCF | X | | 2 |
| KWT-46 | MIL-188C UNBAL/ISOC ASYNC/SYNC | CANNON PLUG | TCF | X | | 5 |
| KG-34-104 | MIL-188 UNBAL/BAL | TB | TCF | X | | 3 |
| UYK-20X(V) DATA PROCESSING SETS | MIL-188-114A UNBAL | SPERRY CONNECTOR | TCF | X | | 2 |
| UYK-83/A KEYBOARD/DISPLAY/ PRINTER UNITS | MIL-188 UNBAL | DB-25 | TCF | X | | 4 |
| WRR-7 RCVR | MIL-188 UNBAL | 105L-3P | TCF | X | | 2 |
| URT-30 XMTR | MIL-188 UNBAL | 105L-3P | TCF | X | | 2 |
| PARADYNE 3440 MODEM (HCR) | MIL-188-114A UNBAL | 105L-3P | TCF | X | | 4 |
| MD-5062/UGC MODEM (LDR) | MIL-188 UNBAL | BAYONET | TCF | X | | 7 |
| R-1738/WR RCVR | MIL-188 UNBAL | CIRCULAR (CANNON) | TCF | X | | 2 |

# Attach (9g)

## APPENDIX G

## NAVCOMTELSTA, LONDON, ENGLAND

1.0 **Naval Computer Telecommunications Station, London, England**

NAVCOMTELSTA, (NCTS) London is comprised of component activities located in England and Scotland which are depicted in Figures G-1-1, G-1-2 and G-1-3. NCTS London is responsible for operating the Local Digital Message Exchange Site (LDMX), a satellite communications (SATCOM) facility, Naval Telecommunication Centers (NTCC) at U.S. Naval Weapons Facility, St. Mawgan, England; and Eastcote, England. NTCC Eastcote is slated to close during the July/August 1993 time frame. Area coordination of NCTS London is a responsibility of commander, U.S. Naval Activities, United Kingdom (COMNAVACTS UK). Authoritative direction and control of the tactical telecommunication functions performed by NCTS London in direct support of the operating forces in the European area has been delegated to Commander-in-Chief U.S. Naval Forces, Europe (CINCUSNAVEUR) by CNO.

1.1 **NCTS LONDON Building Location.**

NCTS London is headquartered in the CINCUSNAVEUR headquarters building at 7 North Audley Street, London, England. The communication spaces are located in the basement, on the second, third, fourth and seventh floors and are depicted in Figure G-1-4.

1.2 **CINCUSNAVEUR Building Function Description.**

NCTS London communication spaces include the following


STEP-91-P-863
N
SCOTLAND
NSGA EDZELL
NORTH SEA
RAF
MACHRIHANISH
NORTH
IRELAND
IRISH
SEA
IRELAND
ENGLAND
NCU LONDON 51°30' 42.3' N
00°09' 03.2' W
WALES
BRAWDY
RAF
ST HAWGAN
ENGLISH CHANNEL
STEP BASELINE
NCU LONDON
GEOGRAPHICAL
LOCATION
REVISION 11
DATE APRIL 91

Figure G-1-1


STEP-91-P-863
NTCC EASTCOTE
APPROX 15 MILES
NORTH CIRCULAR ROAD
A400
WESTERN AVENUE
CINCUSNAVEUR HEADQUARTERS AREA
N
M4
HEATHROW AIRPORT
THAMES
A316
A24
RIVER
GREATER LONDON
STEP BASELINE
NAVCOMMU LONDON
AREA MAP
REVISION B
SHEET 1 OF 1
DATE APRIL 91
BS361/DP

Figure G-1-2


STEP-91-P-863
N
2 PROVIDENCE COURT
PROVIDENCE COURT
LEE'S PLACE
NORTH AUDLEY STREET
CINCUSNAVEUR HQ BLDG (7N AUDLEY ST)
ENTRANCE
GROSVENOR SQUARE
UPPER BROOK STREET
U.S. EMBASSY BUILDING
CENTRAL LONDON
STEP BASELINE
NAVCOMMU LONDON
SITE PLAN
REVISION A
SHEET 1 OF 1
DATE APRIL 91

Figure G-1-3



SEVENTH FLOOR
SIXTH FLOOR
FIFTH FLOOR
FOURTH FLOOR
THIRD FLOOR
SECOND FLOOR
FIRST FLOOR
GROUND FLOOR
BASEMENT
CINCUSNAVEUR
COMNAVACTS
SPECIAL SERVICES
PERSUPPACT/
PERSUPPDET
PHOTO LAB
OGC
JAG
POLICE STA
N-39
N-1
N-5
015
FOCCEUR
MSG CTR
RELAY
N-44
NAVCOMMU
TECH
CONTROL
CSC
PATCH & TEST
NAVELEX
N-2
SPINT
COMM
N-31
N-36
FLAG DECK
LRC
PRINT SHOP
NORTH AUDLEY ST
PROVIDENCE CT
DENTAL
CLINIC
POST
OFFICE
NX
BANK AND
CR UN
GATE
HSE
FLEET INSP
FLEET MA
CHIEF
PAD
PVD
OFFICER'S
MESS
OPEN
GROSVENOR SQ
PVD
SHOPS
NAVY EXCHANGE
ENLISTED MESS
(OPEN)
TRNG RM
LIBRARY
PVD STOR
TELEPHONE
EXCHANGE
LEGEND:
VOID SPACE
NOT TO SCALE
STEP BASELINE
NAVCOMMU LONDON
BUILDING LAYOUT
REVISION 0
SHEET 1 OF 1
DATE APRIL 91


Figure G-1-4

functional areas which will be affected by the Automated Technical Control (ATC). The CINCUSNAVEUR headquarters building is a seven story reinforced concrete structure which houses the following NCTS London communication areas:

Basement Floor

1. Telephone Switch

Second Floor

1. Local Digital Message Exchange Terminal (LDMX)

Third Floor

1. Technical Control Facility (TCF)
2. Crypto Security Equipment Room (CSE)

Fourth Floor

1. Message Center/Relay

Seventh Floor

1. SATCOM
2. Microwave (M/W) room

1.2.1 **Local Digital Message Exchange Terminal (LDMX).**

The LDMX consists of a dual UNIVAC 90/60 computer system and provides automated communications processing and routing of messages and Automated Digital Network (AUTODIN) interface for Remote Information Exchange Terminal (RIXT), Electronic Courier Circuit (ECC), and Personal Computer Message Terminal (PCMTs) subscribers. The LDMX also contains the Worldwide Military Command and Control System (WWMCCS) Honeywell 716 computer system and associated equipment. The LDMX area is responsible for the management and control of automated systems the installed UNIVAC 90/60 AND Honeywell 716 systems and