peripheral equipment. The electronic equipment arrangement of the LDMX area is shown in Figure G.2.1.

1.2.2 **Technical Control Facility (TCF)/Communications Security Equipment (CSE).**

The TCF/CSE area provides for the technical coordination, supervision, quality control, communications service restoral and status reporting of all tactical and Defense Communication System (DCS) circuits. The TCF exercises technical direction and supervision over audio and digital transmission links, super-groups, groups, channels, circuits and interfacing equipment appearing in the communications areas. The TCF also maintains liaison with the area Fleet Telecommunications Operations Center at Naval Computer Telecommunication Area Master Station (NCTAMS) Mediterranean, Naples, Italy, Defense Information System Agency (DISA), adjacent TCFs, maintenance elements and users to ensure effective communications service. CSE includes the patch and test facility classified (RED) and unclassified (BLACK). Installation of two (2) TACTICAL TERMINALS (AVDVTs) and a VINSON SECURE RADIO TERMINAL (VSRT) is planned for the CSE area in FY93. The electronic equipment arrangement for the TCF/CSE areas is shown in Figures G-2-2 and G-2-3.

1.2.4 **Message Center/Relay.**

The Message Center/Relay area receives, processes and reproduces incoming and outgoing message traffic for NCTS London and all over-the-counter subscribers and provides relay service for the submarine broadcast. The Message Center function utilizes the LDMX, the Standard Remote Terminal (SRT) Optical


STEP-91-P-063
P/P's
RTP160 (1)
2AC1 (2)
2LP1 (3)
110VOLT (4)
2 X CO2
EMER TOTAL
SHUT OFF
SWITCH
A/C
SWITCH
P/P
3H82
P/P
2H82
CO2 REEL
CO2 REEL
H D/V
2 APC
H D/V
PRINTER
P/P
2ND1
LOCKERS
CHILL-
WATER
6 TON
CHILLWATER
A/H
6 TON
DISC
DRIVE
4753
DISK DRIVE 8433
1710
CARD
PUNCH
SCAN
II
1920
8579 COM.
8579 CONT
CARD
RDR
0716
CONSOLE
4014
4014
PTR
TAPE
STORE
CONT
UNIT
5039
(2)
CONT
UNIT
5039
(1)
CONT
UNIT
5039
(3)
CONT
UNIT
5039
(4)
CONT
LINK
SHELF
CONTROL
PANEL
PWR
CONT
CAB
3024
I/O
A
1916
XFR
CAB
I/O
B
3024
2034
PROCESSOR
7035
STORE
CAB
GLYCOL
A/H
5 TON
HSC
2467
CY
597
HCPP
CY
597
8606
APC
CSRF
DESK
STORAGE
ASR
33
VVHCCS
COMPUTER
COPIER
HSP
0768
CART
RDR
0604
TAPE
CONT
5017
TAPE
DRIVE
0862
TAPE
STORAGE
PROCESSOR
3024
LOCKER
BOOK SHELF
KEY PLAN
SECOND FLOOR
GRAPHIC SCALE
1'0 3' 6' 9' 12'
STEP BASELINE
NAVCOMMU LONDON
ELECTRONIC EQUIPMENT
ARRANGEMENT
LDMX ROOM
REVISION D
SHEET 1 OF 1 DATE APRIL 91

Figure G-2-1


STEP-91-P-863
STEP BASELINE
NAVCOMMU LONDON
ELECTRONIC EQUIPMENT ARRANGEMENT TCF/CSE
REVISION D
SHEET 1 OF 2 DATE APRIL 91
KEY PLAN
OFFICE
AIR SHAFT
EXISTING RAMP
AIR HANDLER #312
AIR HANDLER #313
SAFETY BOARD
EMERGENCY DESTRUCTION EQUIPMENT
OPTICAL ISO
CO2
MODEMS
STU-III
POWER PANEL
EMER TOTAL SHUT OFF SWITCH
CO2 EMER CUT-OFF BUTTONS
POWER BUTTON
MULTI-CIRCUIT P/P
AUDIO P/P
GRAPHIC SCALE
1/4" = 1'-0"

Figure G-2-2


STEP-91-P-863
AIR HANDLER 317
CIDF
306 305 304 303 302 301
IDF
BLK DCPP
OATS
BLK MCPP
207 206 205 204 203 202 201
980 MUX
OATS
RED
MULTI-CKT P/P
CIDF
CIDF
PP-6521
LDMX P/P
OATS
RED DCPP
101 102 103 104 105 106 107 108 109 110 111 112 113
3TP550 PWR PNL
3TP450 PWR PNL
TH-83A
SAFETY BOARD
POWER SUPPLY
EMERGENCY CUTOFF SWITCH
STEP
MAIN ENTRY
UNDERFLOOR SMOKE DETECTOR
& WATER DETECTION METERS
GENSER PATCH & TEST
KEY PLAN
THIRD FLOOR
N.T.S.
N
GRAPHIC SCALE
5' 4' 3' 2' 1' 0 5' 10'
STEP BASELINE
NAVCOMMU LONDON
TECH CONTROL AND
GENSER PATCH & TEST
EQPT ARR
REVISION D
DATE APRIL 91
A-E-252

Figure G-2-3

Character Recognition Equipment (OCRE),Personal Computer Message Terminal (PCMTs) and Message Distribution Terminals. Moreover, the Message Center maintains mandated message files, operates a service section for message correction and serves as a General Message Distribution Source. The electronic equipment of the Message Center/Relay areas is shown in Figure G-2-4.

1.2.5 **Satellite Communications (SATCOM) Area.**

The SATCOM area contains the ultra-high frequency (UHF) AN/GSC-40B and AN/WSC-3 satellite transceivers and the Demand Assigned Multiple Access (DAMA) equipment in support of NCTS London function. The Electronic equipment arrangement for the SATCOM area is shown in Figure G-2-5.

1.2.6 **Microwave (M/W) Room.**

The M/W area contains the AN/FRC-173 (DRAMA) microwave radio and associated multiplex equipment and modems that provide DCS connectivity for NCTS London function. The electronic equipment arrangement of the M/W area is shown in Figure G-2-6.

1.2.7 **Telephone Room.**

The Telephone room houses the SL100 PABX equipment that provides telephone services for NCTS London and all activities of the CINCUSNAVEUR Headquarters facility. The electronic equipment arrangement of the Telephone Room is shown in Figure G-2-7.

1.3 **Miscellaneous Information.**

(a) The following additional information is provided:

(1) Typical site connectivity and station signal

N00600-94-C-0389

NAVAL REGIONAL CONTRACTING CENTER




Figure G-2-4



ATTACHMENT 9


STEP-91-P-863
7TP-450
7TP160
7TMLV50
7TP-350
AIR COND NO.701
AIR COND NO.702
AIR COND NO.703
EQUIP SHELF
AN/URC-101
AN/FTA-28
DUAL DAMA
AN/GSC-40B
A1
5
4
3
2
1
TO ADMIN
IDF
AN/WSC-3 (4)
WSC-3
TVR
7C3
OE-82 DIPLEXER RF PRE-AMP
US902 DIPLEXER
BOOK CASE
EMER EXIT
GRAPHIC SCALE
0 1' 2' 3' 4' 5'
KEY PLAN 7TH FLOOR
STEP BASELINE
NAVCOMMU LONDON
ELECTRONICS EQUIPMENT ARRANGEMENT SATCOM
REVISION D
SHEET 1 OF 1 DATE APRIL 91

Figure G-2-5


STEP-91-P-063
240V/2000BTU
A/C
240V/2000BTU
A/C
(A)
BATTERIES
RECT
RECT
SAFE
LOCKER
LOCKER
LOCKER
LOCKER
LOCKER
LOCKER
BATTERY CHARGER EMER LIGHT
EMER LIGHT WALL MOUNT ABOVE
EYE WASH
P/P 7C2D1
SAFETY BOARD
VENT SHAFT
ROOM 7-C-1
N2 & GAUGES
EMER EXIT
EMO OFFICE
CO2
EMER LIGHT SWITCH
P/P 7TP2LV50
P/P 7NB1
FLAMMABLE STORAGE
HEAD
1 2 3 4 5 6
FCC-98 (1) STU-III
FCC-98 (2)
FCC-98 (2)
FCC-98 (1) FCC-99 (1)
P/P CRYPTO TEST
AN/ FRC-173
XFMR ON FLOOR
P/P 'D'
P/P 7TP-150
LIFT SHAFT
VARIOUS DISCONNECT SWITCHES ON WALL
SINKS
IDF
T&S
DCS VDV
MERCURY COMM SYSTEM
3 2 1
P/P 240/150
P/V
GRAPHIC SCALE
0 1' 2' 3' 4' 5'
KEY PLAN SEVENTH FLOOR
STEP BASELINE
NAVCOMMU LONDON
ELECTRONICS EQUIPMENT ARRANGEMENT M/W ROOM
REVISION D
SHEET 1 OF 1 DATE APRIL 91

Figure G-2-6


STEP-91-P-043
CABINET
CABINET
CABINET
VIRE FRAME
PF & FIRE ALARM PANEL
KEY PLAN
BASEMENT
N
GRAPHIC SCALE
STEP BASELINE
NAVCOMMU LONDON
ELECTRONIC EQUIPMENT
ARRANGEMENT
TELEPHONE SWITCH ROOM
REVISION C
SHEET 1 OF 1 DATE APRIL 91

Figure G-2-7

flow diagrams are depicted in Figures G-3-1 - G-3-3.

(2) Typical diagrams and charts of the grounding system and power distribution system are depicted in Figures G-3-4 - G-3-7.

(3) Equipment rack elevations will be provided as required.


STEP-91-P-0G3
HILLINGDON COMPLEX
BFH
BOTLEY HILL
AAS (AF)
BLDG 1 RM 3
LC-4(K)
HO099 27 MI.
HO831 18 MI.
AN/FRC-173(V)10
LDN
LONDON
BFC (N)
AN/FCC-99
AN/FCC-98 03
AN/FCC-98 05
AN/FCC-98 04
AN/FCC-98 06
AN/FCC-98 (Q/V) 02
6E9Y
33FN01 (HIVYCOMB)
34FN02 (SCH)
33ENA4 (HIN)
3FN02 (CHV)
332V02 6F70 (12 CHAN) HIN
332V01 6F69 (12 CHAN) HAM
BLDG 7 N. AUDLEY RM 346
COML TELEPAK
TO HARTLESHAM HEATH
GON
GOONHILLY
IBP (CML)
350VA1
350VA2
357001 TO LISBON LINK LO30R
357002 TO BALBOA LINK LO30S
48KHZ CML TELPAKS
TO NORTHERN UK
CBV
COLD BLOW
TCF (AF)
156LP
96DP
5 33JHK2 HIN
4 33JHK1 HIN
3 SPARE
LC-4A/K
HO900 16 MI.
C/L BLDG 1 RM1
6 WIRE TERM
PADS PROVIDED BY NATO
33DR01 24 CHNL
19GA 30FT
COLD BLOW LANE MAIDSTONE
TO DUNKIRK
NTT (F)
MAIDSTONE
CCI
BLDG 1 RM 3
TO BT
MT FLORENTINE 3
AVIANY 2
BANN 1
MT FLORENTINE A
TO FRANCE
LAMMERSDORF 5
LAMMERSDORF 4
SHAPE 3
SHAPE 1
TO BELGIUM
4 LAMMERSDORF
2 HORMOND HILL
BLDG 1 RM 2
XMT=-8.0
RCV=+6.0
STEP BASELINE
NAVCOMMU LONDON
SITE CONNECTIVITY
REVISION C
SHEET 10
DATE APRIL 91

Figure G-3-1


STEP-91-P-063
LEGEND
ASC - AUTODIN SWITCHING CENTER
CNE - CINCUSNAVEUR
CDO - COMMAND DUTY OFFICER
CTR - CENTER
H/V - HONEYWELL
JOSIC - JOINT OCEANOGRAPHIC SURVEILLANCE INFORMATION CENTER
LDMX - LIMITED DISTRIBUTION MESSAGE EXCHANGE
LCU - LINE CONTROL UNIT
MSLP - MEDIUM SPEED LINE PRINTER
NCU - NAVAL COMMUNICATIONS UNIT
OBU - OSIS BASELINE UPGRADE
OCRE - OPTICAL CHARACTER RECOGNITION EQUIPMENT
PTR - PAPER TAPE READER
PTP - PAPER TAPE PUNCH
PRTR - PRINTER
RIXT - REMOTE INFORMATION EXCHANGE TERMINAL
SMDD - STORAGE MODULE DISC DRIVE
TTY - TELETYPE
90/60 UNIVAC LDMX
LONDON
NCU
ASC PIRMASENS
MSG CTR OCRE LCU PRTR
NCS ROTA RIXT
NCS KEF RIXT
CAPO RIXT
NAPLES RIXT
NAS SIGONELLA RIXT
CASTONE RIXT
AGNANO RIXT
ASC CROUGHTON
RELAY (TTY)
MSG CTR RIXT
HIGH PRECEDENCE
MSG TRAFFIC
CNE/CDO PRTR
JOSIC
UK
STEP BASELINE
LDMX CONNECTIVITY
REVISION B
SHEET 1 OF 1
DATE APRIL 91

Figure G-3-2


STEP-91-P-063
CROUGHTON
CROUGHTON
6E7A
6E97
CROUGHTON TCF
6F4P
AN/FCC-100 (LSTDM)
NAPLES BFC
53BC01/6E7A
AN/FCC-100 (LSTDM)
EASTCOTE RIXT
33EC01/6D2R (16 CHAN)
AN/FCC-100 (LSTDM)
AL 1.33EC01/0C01
VIA CROUGHTON 33JL03
KG-84
ASC CROUGHTON
DUCC 9HZV 1.2Kb (SWING RIXT)
AN/FCC-67 (VFCT)
43FX01/6E94
VAIHINGEN TCG
NTCC MACHRIHANISH PCMT
6F9Y
AN/FCC-100 (LSTDM)
AN/FCC-100 (LSTDM)
34FC01
PIRMASENS TCF
34FCAA
PIRMASENS
NCU LONDON
BFC
LEGEND
ASC-AUTODIN SWITCHING CENTER
BFC-NAVY TECH CONTROL
TCF-AIR FORCE TECH CONTROL
TCG-ARMY TECH CONTROL
RIXT-REMOTE INFORMATION EXCHANGE TERMINAL
STEP BASELINE
NAVCOMMU LONDON
VFCT/TDM SYSTEMS
REVISION D
SHEET 1 OF 3
DATE APRIL 91

Figure G-3-3


STEP-91-P-8G3
7TH DECK
2ND DECK
3RD DECK
BASEMENT
RAISED DECK
STEP BASELINE
GROUNDING DETAILS
REVISION A
SHEET 1 OF 1
DATE APRIL 91

Figure G-3-4




Figure G-3-5


STEP-91-P-863
COMMERCIAL FEED
6.6KV 6.6KV
GENERATOR ROOM
750 KVA EACH
G
G
G
7N AUDLEY
LED XFMR SUB STATION
2 PROVIDENCE COURT
500 KVA
500 KVA
415/240V 3-PHASE
415/240V 3-PHASE
6.6KV
COMMERCIAL FEED
GEN CONT
LV ROOM
600A
ACB1
ACB2
ACB3
800A
2000A
BUS-BAR TRUNKING
4 X 1 CORE 400MM XLPE/PVC CABLES
ELECTRICAL-MECH INTERLOCK
800A 4P ACB
800A TP&N BUS BAR
PRIORITY BOARD #1
PRIORITY BOARD #2
PRIORITY BOARD #3
(CHILLER FOR AIR HANDLERS)
CHG OVER BOARD #1
CHG OVER BD #2
(POWER SOURCE FOR NCU LONDON)
EMERGENCY POWER (UPS) FEEDS 60Hz ROOM (4-55 KVA CONVERTERS) FOR NCU LONDON
STEP BASELINE
NAVCOMMU LONDON
POWER DISTRIBUTION SYSTEM
REVISION: C
SHEET 1 OF 2
DATE APRIL 91

Figure G-3-6


STEP-91-P-863
NCU POWER PANELS
2ND FLOOR
2NB1 100A 415/240V 36 BKRS (6 SPARE) LDHX
2NB2 40A 415/240V 36 BKRS (16 SPARE) LDHX
3NB2 100A 415/240V 36 BKRS (23 SPARE) LDHX
2TP160 100A 208/120V 48 BKRS (31 SPARE) LDHX
2AC1 125A 415/240V 24 BKRS (6 SPARE) LDHX
2LP1(LEFT) 100A 415/240V 36 BKRS (6 SPARE) LDHX
2LP1(RIGHT) 100A 415/240V 12 BRKRS (3 SPARE) LDHX
4TH FLOOR
4LP1 100A 415/240V 36 BKRS (8 SPARE) HSG CTR
4LP1A 63A 208/110V 36 BKRS (12 SPARE) HSG CTR
DB4TP1-50 100A 415/240V 48 BKRS (34 SPARE) HSG CTR
DB4TP160-60 63A 208/120V 48 BKRS (33 SPARE) HSG CTR
DB4TTP2-50 63A 208/120V 48 BKRS (44 SPARE) HSG CTR
DB4TP260 63A 208/120V 48 BKRS (25 SPARE) HSG CTR
4TP3-50 63A 208/120V 48 BRKRS (45 SPARE) HSG CTR
3RD FLOOR
3AC1 60A 240V 24 BKRS (12 SPARE) TCF
3NB1 100A 120V 24 BKRS (12 SPARE) TCF
3PP2 100A 208/120V 12 BKRS (11 SPARE) TTY
3TP150 100A 120V 48 BRKRS (42 SPARE) TCF
3TP250 100A 120V 48 BRKRS (35 SPARE) TCF
TTP350 100A 208/120V 48 BRKRS (31 SPARE) TCF
3TP450 100A 120V 36 BRKRS (26 SPARE) TCF
3TP550 100A 120V 36 BRKRS (17 SPARE) TCF
3TP560 63A 120V 48 BRKRS (19 SPARE) TCF
TTY1 100A 115V 6 BRKRS (4 SPARE)
TTY2 100A 240V 6 BRKRS (4 SPARE)
BASEMENT
NPL DISTR 100A 415/240V 24 BRKRS (10 SPARE) TELCO RM
BASEMENT
SL-100 EO 100A 415/240V 12 BKRS (2 SPARE) TELCO SV
7TH FLOOR
PNL 'D' 100A 415/240V 12 BKRS (1 SPARE) H/V
PNL 'H' 100A 240V 12 BKRS (9 SPARE) EHO OFFICE
7C2D1 30A 415/240V 12 BKRS (8 SPARE) BATT ROOM
7NB1 100A 208/120V 12 BKRS (7 SPARE) H/V
7TP2LV50 100A 208/120V 12 BKRS (3 SPARE) H/V
7TP1LV50 200A 415/240V 12 BKRS (6 SPARE) SATCOM (AN/GSC-40)
7TP150 100A 415/240V 24 BKRS (3 SPARE) H/V
7TP350 50A 415/240V 9 BKRS (5 SPARE) SATCOM
7TP450 100A 415/240V 24 BKRS (6 SPARE) SATCOM
7TP160 100A 208/120V 12 BKRS (1 SPARE) SATCOM
7TB1 20A 208/120V 6 BKRS (2 SPARE) H/V
7TB2 30A 415/240V 6 BKRS (2 SPARE) H/V
7TP150 50A 120/208V 18 BRKRS (7 SPARE) CAL LAB
7110150 50A 120/208V 9 BRKRS (4 SPARE) CAL LAB
NOTE: ✱ DENOTES UPS POWER SOURCE (160 KV/250KVA SYSTEM)
STEP BASELINE
NAVCOMMU LONDON
POWER DISTRIBUTION SYSTEM
REVISION D
SHEET 2 OF 2 DATE APRIL 91

Figure G-3-7

1.4 **Station Equipment.**

Table G-1 depicts the number of DCS/NTS circuits and landlines that will either terminate or pass through the ATC. Table G-2 lists current equipment specifications by Equipment Nomenclature, Electrical and Physical technical information, Location, Non-Critical tech-load, Critical Load requirements and Quantity. Non-Critical tech-load, and Critical Load requirements for individual equipment will be provided during the detailed site survey as required.

1.5 **Current Baseline.**

This compilation is the result of a site survey conducted 15 April 1993. The information contained in this Appendix may not be all inclusive and is subject to change.

**TABLE G-1**

I. NCTS London Tech Control Facility has responsibility for the following DCS/NTS trunks/circuits that either terminate or pass through the TCF. The circuits/trunks are sub-divided by number and baud speed in each sub-paragraph.

a.

| NUMBER | BAUD SPEED |
|---|---|
| 003 | 50 BAUD |
| 022 | 75 BAUD |
| 002 | 300 BAUD |
| 003 | 600 BAUD |
| 011 | 1200 BAUD |
| 013 | 2400 BAUD |
| 008 | 4800 BAUD |
| 028 | 9600 BAUD |
| 001 | 32 KB |
| 005 | 56 KB |
| 010 | 64 KB |
| 002 | 19.2 KB |
| 001 | 192 KB |
| 001 | 512 KB |
| 007 | 1.544 MB |
| 031 | 3 KHZ |
| **193** | **TOTAL** |

II. DCS/NTS and Landlines (including in-house Landlines) that traverse the TCF.

| NUMBER/TYPE | LOCATION |
|---|---|
| 049 | COMMERCIAL |

TABLE G-1

| | |
|---|---|
| 049 | TOTAL |

**Table G-2**

| EQUIPMENT | ELECTRICAL | PHYSICAL | LOC | NC TL | CL | QTY |
|---|---|---|---|---|---|---|
| AN/FCC-100 LSTDM | MIL-188 UNBAL/BAL ASYNC/SYNC /ISOC | DB-25 19EA | TCF-19 CSE-2 | X | | 21 |
| AN/FTA-28 | VF 2W/4W W/DC CONTROL LINES | TB | TCF | X | | 3 |
| AN/USM-465 OSCILLOSCOPE | 50 OHM | BNC | TCF | X | | 2 |
| AYDYN-DDN-NAC | RS-232 | | TCF | X | | 2 |
| CODEX 2645 MODEM | MIL-188-114 VF | DB-25 | TCF | X | | 2 |
| CODEX LSI 48I | RS-232 VF | DB-25 TB | TCF | X | | 4 |
| CODEX LSI 96/V.29 | RS-232(4) VF | DB-25(4) | TCF | X | | 7 |
| CODEX LSI 2345 MODEM | RS-232C UNBAL/SYNC VF | DB-25 4EA TB | TCF | X | | 2 |
| LSI 4800 CODEX MODEM | MIL-188-114 UNBAL/SYNC VF | DB-25 4EA TB-AUDIO | TCF | X | | 3 |
| LSI 9600 CODEX MODEM | MIL-188 UNBAL/SYNC VF | DB-25 4EA TB OR DB-25 AUDIO | TCF | X | | 16 |
| CODEX MX2400 V.26 | RS-232C UNBAL/SYNC | DB-25 TB-AUDIO | TCF | X | | 2 |
| CODEX SHARING DEVICE | RS-232C UNBAL/SYNC | DB-25 6EA | TCF | X | | 1 |
| CV-2997A(V)/FGC CONVERTER DIGITAL DATA LEVEL | MIL-188 | TB | TCF | X | | 2 |
| DA-1 MODEM | MIL-188-114 | DB-25 | TCF | X | | 2 |

Table G-2

| | | | | | | |
|---|---|---|---|---|---|---|
| DIGITECH 2002-08 GEN-ANALYZER | MIL-188-114 | DB-25 | TCF | X | | 3 |
| DLPA-2 DUAL SPKR PANEL | VF 2EA | TB | TCF | X | | 5 |
| GEN DATA MODEM 321 | RS-232 VF | DB-25 | TCF | X | | 2 |
| HALCYON UNIVERSAL TEST SET 520B3 | VF | BANANA 310 JACK | TCF | X | | 1 |
| HEKIMAN LABS 3901 TEST SYS | VF | BANANA 310 JACK TB | TCF | X | | 1 |
| HP-3551A TRANSMISSION TEST SET | VF | TB | TCF-1 M/W-1 | X | | 1 |
| IDNX-90 (FUTURE) | RS-232/RS-449 V.35 | DB-25 | TCF | | | 1 |
| IDS-1320/TDM MODEM TEST SET | RS-232 VF | DB-25 | TCF | X | | 1 |
| KILOSTREAM MODEM (BRITISH TELCO) | MIL-188-114 VF | TB | TCF | X | | 2 |
| NOW (EACH SYS CAPABLE OF 4 PORTS) | MIL-188-114 RS-232C UNBAL/ ASYNC | DB-37 2EA | TCF-1 MSGCEN -2 | X | | 3 |
| PAMI CRYPTO BY-PASS | | | TCF | X | | 1 |
| PARADYNE 2400 MODEM | MIL-188-114 VF | DB-25 | TCF | X | | 1 |
| PARADYNE 3480 | RS-232 VF | DB-25 | TCF | X | | 3 |
| PARADYNE 9600 | RS-232C UNBAL/SYNC VF | DB-25 4EA MODULAR JACK | TCF | X | | 5 |
| PHOENIX 5500A | MIL-188, RS-232, BAL, SYNC/ASYNC | | TCF | X | | 2 |

Table G-2

| | | | | | | |
|---|---|---|---|---|---|---|
| RACAL-MILGO MPS 9601 MODEM | RS-232(4) VF | DB-25(4) TB | TCF | X | | 1 |
| RACAL-MILGO OMNI-MODE 96 MODEM | RS-232 VF | DB-25(4) TB | TCF | X | | 9 |
| TD-1389 MUX/DEMUX SATURN | MIL-188-114 UNBAL/BAL SYNC/ISOC | CANNON PLUG | TCF | X | | 2 |
| TIMEPLEX (FUTURE) | RS-232 RS-449 V.35 | DB-25 | TCF | | | 1 |
| TH-73 | MIL-188C | TB | TCF | | | 4 |
| TH-83/FGC | MIL-188 UNBAL/ ASYNC/ISOC | TB | TCF | X | | 3 |
| 3901M COMM TEST SET | MIL-188-114 VF | TB | TCF | X | | 1 |
| 980 CODEX MUX | MIL-188 UNBAL/SYNC | DB-25 5EA | TCF-2 CSE-7 | X | | 9 |
| ANDVT/KYV-5 | VF MIL-188-114 | BTU CANNON PLUG | CSE | X | | 13 |
| ASI-III BLACKBOX CONVERTER | RS-232 RS-232C MIL-188-114 SYNC | DB-25 2EA | CSE | X | | 3 |
| INTERVIEW 40B DATA ANALYZER | RS-232 | TB | CSE | X | | 1 |
| TACTERM (2 ANDVT'S/KYV5'S EA SYS) | VF(2EA) MIL-188-114(2) | DB-25 TB | CSE | | | 2 |
| TSEC/KG-84A | MIL-188 RS-232C SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA | CSE | | X | 62 |

Table G-2

| | | | | | | |
|---|---|---|---|---|---|---|
| TSEC/KG-84C | MIL-188 RS-232C SYNC/ASYNC /ISOC/BAL/ UNBAL | FPA | CSE | | X | 8 |
| VINSON SHORE RADIO SYS (VSRS) (KY-58 2 PER SYS) | MIL-188 (M-HOP) | CANNON PLUG | CSE | | | 3 |
| LDMX (256 PORTS EA SYS) | MIL-188 RS-232C UNBAL/SYNC | TB | LDMX | | X | 2 |
| RACAL-MILGO COMM LINK 7 | RS-232 | DB-25 | LDMX | X | | 4 |
| BIU | MIL-188 | DB-25 | MSGCEN | X | | 1 |
| MARCEMP | RS-232C MIL-188 UNBAL/SYNC /ASYNC | DB-37 14EA | MSGCEN | X | | 1 |
| MMS (15 SUBS PROJECTED) | MIL-188-114 | DB-25 | MSGCEN | | X | 1 |
| MESSAGE DISTRIBUTION TERMINAL (MDT) | MIL-188-114 | TB | MSGCEN | X | | 1 |
| AN/FCC-98 | MIL-188-114 BAL/SYNC VF | TWINAX DB-25 18EA CANNON PLUG | M/W | | X | 6 |
| AN/FCC-99 | MIL-188-114 BAL/SYNC VF | TWINAX CANNON PLUG | M/W | | X | 1 |
| AN/GSC-24 | RS-449 BAL/SYNC | DB-25 | M/W | | X | 2 |
| HP3586C SELECTIVE LEVEL METER | N/A | TB | M/W | | | 1 |
| MERCURY COMM CONSOLE (22 CHNLS,600BAUD-512KB, 3KHZ, 2.048MB COMLE) | RS-232/ RS-449 | DB-25 | M/W | X | | 1 |

**Table G-2**

| | | | | | | |
|---|---|---|---|---|---|---|
| AN/GRR-24 RADIO RCVR | VF(2) | TB | SATCOM | X | | 1 |
| CV-3941/FSC CONVERTER | MIL-188 GND/OPEN | DB-25 4EA | SATCOM | X | | 2 |
| OW-101 FSC SATCOM TERM GROUP (DAMA) (2 TD1271 PER RACK) | MIL-188 BAL/SYNC/ ISOC | CANNON PLUG | SATCOM | X | | 2 |
| RT-1107A(Y) AN/WSC-3A(V) TRANSCEIVER | MIL-188 UNBAL/SYNC VF | CANNON PLUG | SATCOM | X | | 12 |
| ON-143(V)6 1G | MIL-188 SERIAL SYNC | CANNON PLUG | CSE | X | | 3 |
| TSEC/KG-81 | MIL-188-114 BAL/SYNC | TB | SATCOM | | X | 2 |

# Attach (9h)

## APPENDIX H

### Examples of Technical Control Forms

The forms included in this Appendix are examples of forms listed in DCA Circulares and NTS instructions that are currently used in Navy Technical Control Facilities. They do not bind a vendor to an established format, and are only intended to show the types of information required by higher authority.

| DD FORM 1441, 1 JAN 65 | CIRCUIT DATA | | | |
|---|---|---|---|---|
| CCSD | LANDLINE/CHAN NO | TERMINALS | CONTROL FACILITIES | NCS RP |
| TERM STATION | OPERATING AGENCY | USER TERM EQUIPMENT | USER CONTACT | |
| TERM STATION | OPERATING AGENCY | USER TERM EQUIPMENT | USER CONTACT | |
| TYPE CIRCUIT | USE | CCO (SCCO) | MODULATION RATE | CRYPTO SERVICE |
| ACTIVATION AUTHORITY | DATE AND TIME INSTALLED | CKT MODIFICATIONS(Continue on reverse side) | | |
| | | AUTHORITY | DATE AND TIME COMPLETED | |
| DEACTIVATION AUTHORITY | DATE AND TIME CEASED | | | |
| CONDITIONING EQUIPMENT | REMARKS | | | |
| PAD | | | | |
| REPEAT COILS | | | | |
| LINE AMPLIFIER | | | | |
| DELAY EQUALIZER | | | | |
| AMPLITUDE EQUALIZER | | | | |
| REGENERATIVE REPEATER (TTY) | | | | |
| 4 WAY 4 WIRE BRIDGE | | | | |
| 4 WAY TERMINAL SET | | | | |
| ECHO SUPPRESSOR | | | | |
| OTHER | | | | |
| CCSD | LANDLINE/CHAN NO | TERMINALS | CONTROL FACILITIES | NCS RP |

Figure H-1.

Circuit Data (DD Form 1441)

## OUTAGE AND RESTORATION RECORD

| 1. REPORTABLE | Yes | No |
|---|---|---|
| a. DISA | | |
| b. DECCO | | |

2. TICKET NUMBER

| 3. FACILITY | | 4. FACILITY/LINK/TRUNK ID | 5. CHNL NBR | 6. CCSD/CSA | 7. TSP | 8. TIME OUT | 9. TIME IN | 10. RFO | 11. COORDINATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a. SND | b. RCV | | | | | DATE TIME GROUP | DATE TIME GROUP | | a. FAC | b. OUT | c. IN |
| | | | | | | | | | USER | | |
| | | | | | | | | | TCF | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| | | |
|---|---|---|
| 12. REPORTED TROUBLE | | |
| 13. EQUIPMENT NOMENCLATURE | 14. WORK ORDER NUMBER | 15. MAINTENANCE START |
| 16. EQUIPMENT ID | 17. MAINTENANCE ACTIVITY | 18. MAINTENANCE END |
| 19. HAZARDOUS CONDITION *(X one)* ☐ YES ☐ NO | 20. ETR | 21. INITIALS |
| 22. CORRECTIVE ACTION | | |

| 23. CIRCUIT REROUTED | 24. PATCH UP | 25. PATCH DOWN | 26. CIRCUIT PRE-EMPTED | 27. REROUTE REMARKS *(Outage Remarks on reverse)* |
|---|---|---|---|---|
| CCSD/CSA | DATE TIME GROUP | DATE TIME GROUP | CCSD/CSA | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

28. SUPERVISOR'S REVIEW

DD Form 1443, MAY 92

*Replaces DD Form 1445, 1 Aug 63, and DD Form 1698, 1 Jan 69, and DD Form 1443, 1 Jan 69, which are obsolete.*

Figure H-2.

Outage and Restoration Record (DD-1443) (Front)

**29. OUTAGE REMARKS**

| a. DATE TIME GROUP | b. INITIALS | c. REMARKS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**LEGEND** *(Explanation of Acronyms)*

| | | | | | |
|---|---|---|---|---|---|
| DISA | - Defense Information Systems Agency | CHNL NBR | - Channel Number | RFO | - Reason for Outage |
| DECCO | - Defense Commercial Communications Office | CCSD | - Command Communications Service Designator | FAC | - Facilities |
| SND | - Send | CSA | - Communications Service Authorization | ETR | - Estimated Time of Return |
| RCV | - Receive | TSP | - Telecommunications Service Priority | TCF | - Technical Control Facility |

DD Form 1443 (Back), MAY 92

Figure H-3.

Outage and Restoration Record (DD-1443) (Reverse)