## CIRCUIT PARAMETER TEST DATA - ANALOG

| 1. CCSD | 2. TYPE TEST | 3. PARAMETER CODE | 4. TIME START *(DTG)* | 5. TIME FINISH *(DTG)* |
|---|---|---|---|---|
| | | | | |

| 6. RECEIVE STATION/INITIALS | 7. TRANSMIT STATION/INITIALS |
|---|---|
| | |

| TEST | SPECIFICATIONS | | RECEIVE | | TRANSMIT | |
|---|---|---|---|---|---|---|
| | | | INITIAL | ADJUSTED | INITIAL | ADJUSTED |
| 8. TEST TONE LEVEL | 1004 Hz -10 dBm0 | ± dB | dB | dB | dB | dB |
| 9. C-MSG NOISE | ANALOG C3 / CT MILES | dBrnC0 | dBrnC0 | dBrnC0 | dBrnC0 | dBrnC0 |
| 10. C-NOTCH NOISE | 1004 Hz | dBrnC0 | dBrnC0 | dBrnC0 | dBrnC0 | dBrnC0 |
| 11. SIG/NOISE RATIO | 1004 Hz | dB | dB | dB | dB | dB |
| 12. IMPULSE NOISE | REF LEVEL dBrnC0 | ≤ 15 COUNTS IN 15 MINS | | | | |
| 13. ENVELOPE DELAY | SPECTRUM | REL DELAY | REL DELAY | REL DELAY | REL DELAY | REL DELAY |
| | - Hz | usecs | | | | |
| | - Hz | usecs | | | | |
| | - Hz | usecs | | | | |
| | - Hz | usecs | | | | |
| 14. FREQUENCY RESPONSE | SPECTRUM | - / + | - / + | - / + | - / + | - / + |
| | - Hz | | | | | |
| | - Hz | | | | | |
| | - Hz | | | | | |
| 15. NET LOSS VARIATION | 1004 Hz | ± dB IN 15 MINS | dB | dB | dB | dB |
| 16. CHANGE IN FREQ | 1004 Hz | Hz | Hz | Hz | Hz | Hz |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

17. REMARKS

1. TTL. NOISE, IMP NOISE, ENV DLY, FREQ RESP WILL BE ACCOMPLISHED IN THAT ORDER, THEN OTHER TESTS.
2. EXCEPTIONS WILL BE CIRCLED IN RED.
3. FREQ RESP: + IS MORE LOSS - IS LESS LOSS.

18. SIGNATURE OF TESTER

DD Form 1697, FEB 89 *Previous editions are obsolete.* 107 023

Figure H-4.

Circuit Parameter Test Data - Analog (DD-1697) (Front)

| FREQUENCY (KHZ) | FREQUENCY RESPONSE | | | | ENVELOPE DELAY | | | |
|---|---|---|---|---|---|---|---|---|
| | RECEIVE | | SEND | | RECEIVE | | SEND | |
| | RECEIVED LEVEL | RELATIVE TO 1 KHZ | RECEIVED LEVEL | RELATIVE TO 1 KHZ | MEASURED DELAY | RELATIVE TO REF | MEASURED DELAY | RELATIVE TO REF |
| 03 | | | | | | | | |
| 04 | | | | | | | | |
| 05 | | | | | | | | |
| 06 | | | | | | | | |
| 07 | | | | | | | | |
| 08 | | | | | | | | |
| 09 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |

DD Form 1697 Reverse, FEB 89




Figure H-5.

Circuit Parameter Test Data - Analog (DD Form 1697) (Reverse)

## CIRCUIT PARAMETER TEST DATA - DIGITAL

| | | | |
|---|---|---|---|
| 1. CCSD | 2. TYPE TEST | 3. TIME START (DTG) | 4. TIME FINISH (DTG) |
| 5. PARAMETER CODE | 6. DATA RATE | 7. TYPE INTERFACE | 8. TYPE SYNC |
| 9. TYPE SIGNAL | 10. TEST PATTERN | 11. BLOCK SIZE | |
| 12. RECEIVE STATION/INITIALS | | 13. TRANSMIT STATION/INITIALS | |

| TEST | SPECIFICATIONS | | ERROR DATA | RECEIVE | TRANSMIT |
|---|---|---|---|---|---|
| 14. BIT ERROR RATE | Mins | 1 X 10 ⁻ | Total Errors | | |
| | | | Error Rate | | |
| 15. % ERROR FREE SECONDS | Mins | % | Errored Seconds | | |
| | | | % EFS | | |
| 16. % BLOCK ERROR | Mins | % | Errored Blocks | | |
| | | | % Block Error | | |
| 17. TELEGRAPH DISTORTION | Total Peak | 20% | Receive % | Transmit % | |
| | Bias | 5% | Receive % | Transmit % | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

18. REMARKS ☐ PASS ☐ FAIL

| | |
|---|---|
| PERFORM ALL TESTS SIMULTANEOUSLY WHENEVER POSSIBLE. | 19. SIGNATURE OF TESTER |

DD Form 1697-1, SEP 90

Figure H-6.

Circuit Parameter Test - Digital (DD Form 1697-1)

PAGE

| MASTER STATION LOG | FACILITY | DATE | TIME PERIOD FROM | TIME PERIOD TO |
|---|---|---|---|---|
| | | | | |

| CHANNEL OR CIRCUIT | ZULU TIME | OP INIT | ACTION/EVENT |
|---|---|---|---|
| | | | |

DD FORM 1 SEP 70 1753 REPLACES AF FORM [illegible], NOV [illegible] AND DCA FORM [illegible] JUL [illegible], WHICH WILL BE USED UNTIL SUPPLY IS EXHAUSTED.

Figure H-7.

Master Station Log (DD Form 1753)

**NTS AS-OCCURRING SITREP**

1. As-occurring SITREPs are shore reports used within the NTS to provide real-time reporting of outages/problems or changes as well as inclement weather conditions which threaten to impair area communications. SITREPS are submitted in the following format:

SITREP____(1)____/____(2)____/
(NUMBER) (TIME OF FILE)

____(3)____/____(4)____/____(5)____/____(6)____/
(STATION) (SUBJECT) (OUT TIME) (IN TIME)

RFO____(7)____/RMKS____(8)____//

2. The spaces between the slash marks are called "data fields" or "fields". The words below the data fields and the numbers in parentheses are for information purposes here and are not to be transmitted. All other words are to be transmitted as well as the slash marks. The numbers in each of the data fields correspond to specific instructions below. <u>There is no limit per se to the number of characters in each field, but common abbreviations should be used whenever possible.</u> All times are ZULU. If a specific field is not applicable, enter "NA" in that space.

3. SITREP Data Field instructions:

(1) Enter the word "SITREP" followed by the SITREP number. SITREPs

will be numbered starting with 001 on the first day of each month. Amplifying SITREPs will be designated by a letter suffix on the SITREP number, e.g., "SITREP 001A". The final SITREP in a series will be designated as such, e.g., "SITREP 001 through 999. (2) Enter the complete ZULU Date Time Group for the time of file of the SITREP.

(3) Enter the affected communication facility.

(4) Enter the subject of the SITREP. Usually the subject will be equipment nomenclature or system involved. In other cases, the subject might be a fire, weather or some other significant incident.

(5) Enter actual time of occurrence of the equipment or system failure,d or beginning time of the incident.

(6) Enter the actual "up" time of the equipment or system described. If the system is not restored to service, or if this data field is not applicable, enter "NA".

(7) Enter the letters "RFO" (Reason for Outage) followed by a complete, yet brief, reason for outage, including specifics for operator errors, using common abbreviations and acronyms. If an RFO is not applicable, enter "NA".

(8) Enter the abbreviation "RMKS" followed by brief amplifying information about the subject.

4. SITREP examples:

STEL DE NNI

BT

SITREP 121/151530Z DEC 92/

NCTAMS MED/FSC-III CUDIXS/151500Z/

RFO: STEADY CARRIER/RMKS CUDIXS FSC-III CHNL 9. TWO FLT ADVISORIES TRANSMITTED, CAT I/II TFC FOR SPECIAL SIDS ALTROUTED TO MMCC BCST, CAT III/IV TFC PLACED ON HOLD//

BT

STEL DE NPN

BT

SITREP 133FINAL/151730Z DEC 92/

NCTAMS WESTPAC/FSC-II CUDIXS/151500Z/151615Z/

RFO: PERSONNEL ERROR, IN-CORRECT SWITCH POSITION IN ON-143 AFTER COMPLETION OF PMS/RMKS CAT I/II TRF FOR SPECIAL SIDS ALTROUTED TO GMCC BCST, *CAT III/IV TFC PLACED ON HOLD DURING OUTAGE//*

BT

STEL DE NAM

BT

SITREP 085A/151800Z DEC 92/

NCTAMS LANT/HURRICANE COND 2/151748Z/NA/

RFO: NA/RMKS NCTAMS LANT IN COND 2 DUE TO PROXIMITY OF HURRICANE ANDREW, EXPECT TO ENTER COND 1 AT 160100Z, AMP INFO TO FOL//

BT

**Attach (9k)**

# APPENDIX K

5-2.2.5.7 CLCU ON-143(V)7/USQ.

a. Terminal Composition. The CLCU terminal components and their use are tabulated in Table 5-7.

Table 5-7. CLCU Terminal Composition

| Component | Use |
|---|---|
| CLCU operating program (in firmware) | Provides computer instructions. |
| Computer/interconnect group (ON-143(V)7/USQ) | Regulates flow across the ship satellite terminal. Provides satellite link control, automatic crypto synchronization, and store and forward of incoming and outgoing message data. |
| Teletype (Model 28 KSR) | Provides man/machine interface for the terminal. |
| Medium speed teleprinter (TT-624(V)/UG) | In backup mode, prints incoming messages. |
| Perforated tape reader/punch (RD-397(V)/U) | In backup mode, inputs and outputs messages. |

b. Functional Overview. The CLCU provides NAVMACS-like CUDIXS net membership to CVN MPDS and LHA CDPS equipped ships. CLCU equipped ships will normally be CUDIXS special subscribers. The CLCU maintains message number continuity and provides system reports/logs.

(1) Normal Operation. Once activated, control of the CLCU is maintained via MPDS or CDPS. (The control teletype is used only to place the CLCU in backup mode and to print a log.) The CLCU passes message data to and from MPDS or CDPS.

(2) Backup Mode Operation. The control teletype is the active control device. Messages are output to the teleprinter and/or perforated tape punch; message input is from the perforated tape reader.

5-2.3 TACTICAL INTELLIGENCE (TACINTEL) SUBSYSTEM. (See FO-23.) The TACINTEL subsystem provides Special Intelligence communications. It is essentially a computerized message processing system that makes it possible to transmit and receive message traffic via satellite in a controlled environment. The link control protocol for TACINTEL is similar to that of CUDIXS/NAVMACS. The TACINTEL transition to DAMA will be on an ocean area basis with all ships operating on a DAMA satellite channel. Fallback operation will be on a non-DAMA satellite channel. A non-DAMA TACINTEL net occupies 1 25-kHz satellite channel. A DAMA TACINTEL net will be multiplexed with other subsystems onto 1 25-kHz satellite channel.

5-2.3.1 Shore User Terminal. The shore user terminal is the AN/USQ-64(V)6 and its interconnect group. Terminal redundancy allows the shore station to operate more than one TACINTEL net in its ocean area, provide backup or take overflow from an adjacent ocean area, or provide backup for its own equipment in case of failure.

5-2.3.1.1 Interconnect Group. The TACINTEL interconnect group is comprised of an ON-143(V)4/USQ and a TSEC/KG-36 (or TSEC/KG-35) cryptographic key generator. The IG regulates the flow of the cryptographically protected data signal across the satellite terminal. The ON-143(V)4/USQ deals with TACINTEL link timing in either a DAMA or non-DAMA environment. The IG passes encrypted data to and from the satellite terminal radio group in non-DAMA operation and to and from the DAMA group in DAMA operation. It passes decrypted/unencrypted (plain text) data and control signals to and from the TACINTEL processor.

5-2.3.1.2 TACINTEL AN/USQ-64(V)6.

a. Terminal Composition. The shore TACINTEL terminal components and their use are tabulated in Table 5-8.

Table 5-8. TACINTEL Shore Terminal Composition

| Component | Use |
|---|---|
| TACINTEL operating program | Provides computer instructions. |
| Computer (AN/UYK-20(V)) | Executes the operating program. |
| Magnetic disk recorder/reproducer with four single-platter disk cartridge drives (AN/USH-23(V)) | Holds messages and loads the TACINTEL operating program and utilities. |
| Reel-to-reel magnetic tape recorder with two drives (AN/USH-22(V)) | Loads operating program (if required); shared among TACINTEL suites. |
| Perforated tape reader/punch (RD-397(V)/U) | Inputs and outputs messages (if required). |
| Video display terminal (IP-1187A/USQ-64) | Provides man/machine interface for the terminal. |
| Medium speed teleprinter (TT-624(V)/UG) | Prints system management information and (if required) messages. |
| Switching or patching equipment | Reconfigures terminal equipment. |

b. Functional Overview. TACINTEL message processing functions are classified. For a detailed functional overview, refer to the AN/USQ-64(V)6 system manual listed in Table 1-19.

5-2.3.2 Shore Satellite Terminal. The TACINTEL shore satellite terminal is some configuration of the AN/WSC-5(V) or AN/WSC-3.

5-2.3.2.1 DAMA Group. The functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U time division multiplexes the TACINTEL signal into a composite signal and demultiplexes a composite signal into separate signals. The composite signal may contain multiple discrete signals. This equipment also PSK modulates/demodulates an IF signal. A multiplexed, modulated IF is passed to and from the radio group. The demodulated, demultiplexed signals are passed along their respective routes; in TACINTEL, the signal goes to the user terminal interconnect group.

5-2.3.2.2 Radio Group. The radio group is either the AN/WSC-3 (or DAMA modified AN/WSC-3) or the AN/WSC-5(V).

a. AN/WSC-3. The AN/WSC-3 UHF transceiver may be configured as non-DAMA, DAMA with one radio or DAMA with two radios. The radio must be modified for DAMA operation. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex; one radio transmits and the other receives, even though the end result is a half duplex application. In non-DAMA operation the radio receives digital data input from the user terminal and modulates the signal. In DAMA operation the radio receives a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

b. AN/WSC-5(V). This UHF transceiver may be the same used for other subsystems. One of the eight channels supported is a TACINTEL network, DAMA or non-DAMA. Non-DAMA TACINTEL requires an OM-43A/USC. The modem PSK modulates outgoing signals received from the user terminal and passes an IF signal to the radio. For incoming signals the modem PSK demodulates the IF signal and passes digital data to the interconnect group. In DAMA operation PSK modulating/demodulating as well as multiplexing/demultiplexing is performed by the DAMA group and an IF signal is passed between the DAMA group and the radio. The radio converts the transmit IF to RF and the receive RF to IF; amplifies the signal power to appropriate transmit or receive levels; and passes RF signals to and from the antenna group.

5-2.3.2.3 Antenna Group. With the AN/WSC-5(V), the antenna group is the hybrid AN/WSC-5(V) antenna, its combiner group, preamplifier-splitter and diplexer. The combiner group combines up to eight transmit UHF signals. The preamplifier-splitter amplifies and separates the receive UHF signals onto separate lines. Coupling/decoupling by the diplexer makes possible simultaneous transmission and reception of signals on the same antenna transmission line. With the AN/WSC-3, the antenna group may be a HR9NP, Andrew series, TACO H-084 or TACO H-124 tailored to the site. These antennas provide the function of radiating and/or capturing uplink/downlink signals.

5-2.3.3 Satellite. The UHF uplink signal is received, amplified, frequency translated and radiated as the downlink. The downlink is offset 41 MHz lower than the uplink frequency on FLTSATCOM/LEASAT satellites and 53.2 MHz on GAP-FILLER. Satellite channels are designated for TACINTEL use and for DAMA or non-DAMA operation by policy and designations could change on short notice.

5-2.3.4 Ship Satellite Terminal. The TACINTEL ship satellite terminal is either a DAMA or non-DAMA terminal depending on the physical installation. DAMA suites can fall back to non-DAMA operation. The TACINTEL network operates half duplex; however, the DAMA suite radio configuration may be full duplex.

5-2.3.4.1 Antenna Group. The antenna group is the OE-82B/WSC-1(V) or OE-82C/WSC-1(V). It consists of an antenna control unit, RF switching unit, amplifier-filter(s) and one or two co-operating antennas on the ship superstructure. The antenna group combines or separates the transmit and receive signals and provides signal gain with a preamplifier and by the inherent design. The ship's gyro provides signals to the control unit for azimuth tracking once the antenna(s) are initially pointed at the satellite (elevation is controlled manually). The antenna(s) are installed so that at any time, a view of the satellite is unobstructed by the ship superstructure. The antenna group may also be used for other UHF SATCOM applications.

5-2.3.4.2 Radio Group. The shipboard radio group is some version of the AN/WSC-3. The radio must be modified for DAMA operation. The radio group may be configured as non-DAMA, DAMA with one radio, or DAMA with two radios. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex; one radio transmits and the other receives, even though the end result is a half duplex application. In non- DAMA operation the radio receives digital data from the user terminal and modulates the signal. In DAMA operation the radio receives a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

5-2.3.4.3 DAMA Group. The functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U can operate with a half or full duplex radio configuration. A half duplex configuration allows for operation of a maximum of three circuits (due to transmit/receive time slot contention), a full duplex up to four. The shipboard DAMA group performs the same functions as the shore DAMA group. It PSK demodulates and time division demultiplexes an IF signal received from the radio group and passes the separate digital signals along their respective routes. It time division multiplexes and PSK modulates digital data signals received from user terminals and passes a composite IF signal to the radio group.

5-2.3.5 Ship User Terminal. The ship user terminal is the AN/USQ-64(V)5 and its interconnect group.

5-2.3.5.1 Interconnect Group. The TACINTEL interconnect group is an ON-143(V)4/USQ and a TSEC/KG-36 cryptographic key generator. Like ashore, the IG regulates the signal flow of the cryptographically protected data signal across the satellite terminal. The IG passes encrypted data to and from the radio group in non-DAMA operation and to and from the DAMA group in DAMA operation. It passes decrypted/unencrypted (plain text) data and control signals to and from the TACINTEL processor. As ashore, the ON-143(V)4/USQ deals with link timing in a non-DAMA or DAMA environment.

5-2.3.5.2 TACINTEL AN/USQ-64(V)5.

a. Terminal Composition. The ship TACINTEL user (subscriber) terminal components and their use are tabulated in Table 5-9.

Table 5-9. TACINTEL Ship Terminal Composition

| Component | Use |
|---|---|
| TACINTEL operating program | Provides computer instructions. |
| Computer (AN/UYK-20(V)) | Executes the operating program. |
| Magnetic disk unit (RD-433/SSH) | Stores and loads the operating program(s) and stores short term, on-line message data. |
| Cartridge magnetic tape recorder/ reproducer (AN/USH-26(V)) | Stores initialization data, alternate route messages and long term, off-line message data. |
| Keyboard video data terminal (AN/USQ-69(V)) | Provides man/machine interface for terminal control. Provides the capability to compose and edit messages; display incoming messages; retrieve messages from storage; and enter outgoing messages for transmission. |
| Perforated tape reader/punch (RD-397(V)/U) | Inputs messages for transmission and outputs messages as specified; backs up the magnetic tape reader for program loading. |
| Medium speed teleprinter (TT-624(V)/UG) | Prints messages, logs, reports and statistics. |
| Four teleprinters (Model 28 RO) (Two are considered "external circuits") | Provides local and remote output of messages, broadcast monitor and reports. Backs up the TT-624(V)/UG. |
| Two teletypes (Model 28 ASR) (One is considered an "external circuit") | Provides local and remote input and output of messages, broadcast headings and logs. Backs up the RD-397(V)/U and the TT-624(V)/UG. |

b. Functional Overview. The TACINTEL user terminal provides NAVMACS-like functions to those ships with Special Intelligence communication requirements. Unlike NAVMACS, TACINTEL also permits direct communications among net members. TACINTEL interfaces up to two fleet broadcast channels and provides for local and remote message input and output. TACINTEL maintains message number continuity and provides system reports and logs. A more specific functional description can be found in the TACINTEL AN/USQ-64(V)5 system manual listed in Table 1-19.

5-2.4 FLEET SATELLITE NARROWBAND SECURE VOICE (FLTSAT NBSV) SUBSYSTEM. (See FO-24.) Primarily, FLTSAT NBSV enables, via satellite relay, the transmission of ship-to-ship, ship-to-shore and shore-to-ship secure voice communication. Secondarily, it provides ship-to-shore and shore-to-ship secure voice communications beyond the immediate area of the NAVCAMS/NAVCOMMSTA by means of an Automatic Secure Voice Communication System (AUTOSEVOCOM) extension. FLTSAT NBSV transmits and/or receives secure voice communications via a half duplex, push-to-talk satellite link. FLTSAT NBSV employs digitized voice at 2,400 bps. FLTSAT NBSV has dedicated 25-kHz satellite channels on the GAPFILLER and FLTSATCOM satellites. Dedicated DAMA time slots are planned for future operation on FLTSATCOM and LEASAT satellites. The FLTSAT NBSV transition to DAMA will be on a per ship basis. During FLTSAT NBSV transition to DAMA, both DAMA and non-DAMA equipped ships will be able to communicate in a "merged net." Merged net operation is accomplished using a digital sharing device (DSD) in the shore satellite terminal.

5-2.4.1 Shore User Terminal. Each NAVCAMS, NAVCOMMSTA Stockton and some other stations with special needs have FLTSAT NBSV terminals installed. Installations consist of interconnect group(s), CV-3333/U audio-digital converter(s) and a secure voice switching console or patching equipment. These facilities allow various users and the command structure, from the National Command Authority down, to have direct voice communications with ships at sea.

5-2.4.1.1 Interconnect Group. The FLTSAT NBSV interconnect group is comprised of an ON-143(V)4/USQ or ON-143(V)6/USQ and a TSEC/KG-34, 35 or 36 cryptographic key generator. The IG regulates the flow of the cryptographically protected data signal across the satellite terminal. The ON-143(V)4/USQ and ON-143(V)6/USQ deal with FLTSAT NBSV link timing in a DAMA or non-DAMA environment. In non-DAMA operation, the IG passes encrypted data to and from the radio group. In merged net operation it passes encrypted data to and from the DSD and in strict DAMA operation directly to and from the DAMA group. It passes decrypted/unencrypted data and control signals to and from a CV-3333/U audio-digital converter. The ON-143(V)4/USQ and ON-143(V)6/USQ also provide audio-signaling such as dial tone, busy tone and push-to-talk (PTT) tone.

5-2.4.1.2 Audio-Digital Converter. The CV-3333/U is an audio-digital converter also referred to as a vocoder or voice digitizer. This unit converts analog (voice) to a digital data stream and a digital data stream to analog (voice). The CV-3333/U operates at 2,400 bps and is classed narrowband. The CV-3333/U interfaces with the shore satellite terminal via an interconnect group. When interfacing AUTOSEVOCOM the TSEC/HY-2 channel vocoder or TSEC/KY-3 pulse code modulator redigitizes voice over narrowband or wideband AUTOSEVOCOM, respectively.

5-2.4.1.3 Shore Secure Voice Distribution. The secure voice control console and the secure voice operator are central to voice interconnections. The secure voice console has the capability to control up to four FLTSAT NBSV satellite channels simultaneously. If a channel is idle, ship-to-ship voice communications are possible without going through the secure voice operator. Many ships, however, will not monitor/guard all channels continuously. To establish another FLTSAT NBSV communications link, the ship will normally contact the secure voice operator (via FLTSAT NBSV or CUDIXS/NAVMACS) and request connection with a ship or station. The secure voice operator will

then notify the intended recipient (via FLTSAT NBSV, AUTOSEVOCOM or CUDIXS/NAVMACS) to arrange a suitable time and channel for communications between the two parties.

5-2.4.2 Shore Satellite Terminal. The FLTSAT NBSV shore satellite terminal is some configuration of the AN/WSC-5(V) or AN/WSC-3. A special DSD will be installed at designated terminals to allow merged net operation during transition to DAMA.

5-2.4.2.1 DAMA Group. The functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U time division multiplexes the FLTSAT NBSV signal into a composite signal and demultiplexes a composite signal into separate signals. The composite signal may contain multiple discrete signals. This equipment also PSK modulates/demodulates an IF signal. A multiplexed, modulated IF is passed to and from the radio group. The demodulated, demultiplexed signals are passed along their respective routes; in FLTSAT NBSV, the signal goes to the user terminal interconnect group.

5-2.4.2.2 Radio Group. The radio group is either the AN/WSC-3 (or DAMA modified AN/WSC-3) or the AN/WSC-5(V).

a. AN/WSC-3. The AN/WSC-3 UHF transceiver may be configured as non-DAMA, DAMA with one radio or DAMA with two radios. The radio must be modified for DAMA operation. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex; one radio transmits and the other receives, even though the end result is a half duplex application. In non-DAMA operation the radio receives digital data input from the user terminal and modulates the signal. In DAMA operation the radio receives a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

b. AN/WSC-5(V). This UHF transceiver may be the same used for other subsystems. One of the eight channels supported is a FLTSAT NBSV network, DAMA or non-DAMA. Non-DAMA FLTSAT NBSV requires an OM-43A/USC. The modem PSK modulates outgoing signals received from the user terminal and passes an IF signal to the radio. For incoming signals the modem PSK demodulates the IF signal and passes digital data to the interconnect group. In DAMA operation PSK modulating/demodulating as well as multiplexing/demultiplexing is performed by the DAMA group and an IF signal is passed between the DAMA group and the radio. The radio converts the transmit IF to RF and the receive RF to IF; amplifies the signal power to appropriate transmit or receive levels; and passes RF signals to and from the antenna group.

5-2.4.2.3 Antenna Group. With the AN/WSC-5(V), the antenna group is the hybrid AN/WSC-5(V) antenna, its combiner group, preamplifier-splitter and diplexer. The combiner group combines up to eight transmit UHF signals. The preamplifier-splitter amplifies and separates the receive UHF signals onto separate lines. Coupling/decoupling by the diplexer makes possible simultaneous transmission and reception of signals on the same antenna transmission line. With the AN/WSC-3, the antenna group may be a HR9NP, Andrew series, TACO H-084 or TACO H-124 tailored to the site. These antennas provide the function of radiating and/or capturing uplink/downlink signals.

5-2.4.3 Satellite. The UHF uplink signal is received, amplified, frequency translated and radiated as the downlink. The downlink is offset 41 MHz lower than the uplink frequency on FLTSATCOM/LEASAT satellites and 53.2 MHz on GAP-FILLER. Satellite channels are designated for FLTSAT NBSV use and for DAMA or non-DAMA operation by policy and designations could change on short notice.

5-2.4.4 Ship Satellite Terminal. The FLTSAT NBSV ship satellite terminal is either a DAMA or non-DAMA terminal depending on the physical installation. DAMA suites can fall back to non-DAMA operation. FLTSAT NBSV operates half duplex; however, the DAMA suite radio configuration may be full duplex. Small ships that have only one radio may have to time share their radio assets with other subsystems.

5-2.4.4.1 Antenna Group. The antenna group is the OE-82B/WSC-1(V) or OE-82C/WSC-1(V). It consists of an antenna control unit, RF switching unit, amplifier-filter(s) and one or two co-operating antennas on the ship super-structure. The antenna group combines or separates the transmit and receive signals and provides signal gain with a preamplifier and by the inherent design. The ship's gyro provides signals to the control unit for azimuth tracking once the antenna(s) are initially pointed at the satellite (elevation is controlled manually). The antenna(s) are installed so that at any time, a view of the satellite is unobstructed by the ship superstructure. The antenna group may also be used for other UHF SATCOM applications.

5-2.4.4.2 Radio Group. The shipboard radio group is some version of the AN/WSC-3. The radio must be modified for DAMA operation. The radio group may be configured as non-DAMA, DAMA with one radio, or DAMA with two radios. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex even though the end application is half duplex. In non-DAMA operation the radio receives digital data from the user terminal and modulates the signal. In DAMA operation the radio receives a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

5-2.4.4.3 DAMA Group. The functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U can operate with either a half duplex or full duplex radio configuration. A half duplex configuration allows for operation of a maximum of three circuits (due to transmit/receive time slot contention), a full duplex up to four. The shipboard DAMA group performs the same functions as the shore DAMA group. It PSK demodulates and time division demultiplexes an IF signal received from the radio group and passes the separate signals along their respective routes. It multiplexes and PSK modulates a digital data signal received from the user terminal and passes a composite IF signal to the radio group.

5-2.4.5 Ship User Terminal. Nearly all ships in the Navy have FLTSAT NBSV installed. The suite consists of an interconnect group, a CV-3333/U audio-digital converter, remote handsets and patching or switching equipment for routing the secure audio signals throughout the ship.

5-2.4.5.1 Interconnect Group. The shipboard interconnect group for FLTSAT NBSV is an ON-143(V)4/USQ, ON-143(V)6/USQ or ON-143(V)9/USQ and a TSEC/KG-36

cryptographic key generator. Like ashore, the IG regulates the flow of the cryptographically protected data signal across the satellite terminal. The IG passes encrypted data to and from the radio group in non-DAMA operation and to and from the DAMA group in DAMA operation. It passes unencrypted/decrypted data and control signals to and from a CV-3333/U audio-digital converter. These interconnect group equipments will deal with link timing in a DAMA or non-DAMA environment and also provide signaling, such as dial tone, busy tone and PTT tone.

5-2.4.5.2 Audio-Digital Converter. The CV-3333/U audio-digital converter, also referred to as a vocoder or voice digitizer, converts analog (voice) to a digital data stream and converts a digital data steam to analog (voice). The CV-3333/U provides voice digitizing at 2,400 bps. It interfaces with the interconnect group on one side and a secure telephone on the other.

5-2.4.5.3 Ship Secure Voice Distribution. Decrypted audio signals may be distributed via a C-7594/U remote switching control or a single audio system (SAS). These patching/switching equipments provide for remote input/output to the FLTSAT NBSV subsystem.

5-2.5 OFFICER IN TACTICAL COMMAND INFORMATION EXCHANGE SUBSYSTEM (OTCIXS). (See FO-25.) OTCIXS provides a two-way satellite link to support over-the-horizon (OTH) communication for battle group command and control and tactical targeting. OTCIXS handles both teletypewriter record traffic and tactical data processor (TDP) formatted data. The transmissions are automatically controlled and timeshared on the same OTCIXS satellite channel. The teletypewriter is used to pass tactical command and control information; and the TDP capability is used to exchange surveillance and targeting information primarily among ships and submarines within a battle group. Since more than one battle group may be operating on the same OTCIXS channel, information could be passed between battle groups. Until the Tactical Data Information Exchange Subsystem (TADIXS) is implemented on a separate satellite channel (see paragraph 5-2.6), OTCIXS will handle TADIXS and OTCIXS functions. Two types of shore sites will participate in OTCIXS: Fleet Ocean Surveillance Information Centers (FOSICs) or Facilities (FOSIFs) and Submarine Operation Authority (SUBOPAUTH) Shore Targeting Terminals (STTs). The FOSICs/FOSIFs will have a receive-only capability. They receive surveillance information from afloat TDP systems for track generation and correlation purposes. The STTs will have a two-way teletypewriter capability for coordination with the battle group. OTCIXS will support the following TADIXS shore sites: FOSICs/FOSIFs, STTs, and Mission Planning Centers (MPCs). These shore sites will broadcast TDP OTH-targeting (OTH-T) data (TADIXS data) over OTCIXS to battle group TDP systems. On each of the 4 FLTSATCOM and/or LEASAT satellites, 1 25-kHz satellite channel has been allocated for OTC mode transmissions. DAMA implementation of OTCIXS is currently under review. Among the SATCOM subsystems, this subsystem is unique in that the equipment provides three different modes of operation:

a. OTC Mode. The link control design enables teletype message transmissions or data-link communications.

b. Secure Voice Mode. All OTCIXS installations have the facility to select one of two FLTSAT NBSV channels. Only one channel may be selected at a given time.

c. SSIXS Mode. Surface ships and shore stations having OTCIXS installations will not normally have the Submarine Satellite Information Exchange Subsystem (SSIXS) mode available for use.

5-2.5.1 Shore User Terminal. The shore user terminal is the AN/USQ-64(V)7, which includes its ON-143(V)6/USQ interconnect group, and a TSEC/KG-36 cryptographic key generator or TSEC/KG-84 general purpose encryption equipment. The OTCIXS interconnect group provides automatic crypto synchronization, store and forward of data and control of the OTCIXS satellite link. The C-11430/USQ control-indicator may be mounted on the ON-143(V)6/USQ front panel but is normally remotely mounted.

a. Terminal Composition. The OTCIXS AN/USQ-64(V)7 shore terminal components and their use are tabulated in Table 5-10.

Table 5-10. OTCIXS Terminal Composition

| Component | Use |
|---|---|
| OTCIXS operating program (in firmware) | Provides computer instructions. |
| Computer/interconnect group (ON-143(V)6/USQ, including C-11430/USQ control-indicator) | Regulates flow across the shore satellite terminal; provides satellite link control, automatic crypto synchronization, and store and forward of incoming and outgoing teletype and TDP traffic. |
| Various teletype equipment (Model 28 or equivalent) | Inputs and outputs messages. |
| Various TDP systems (P/O TADIXS) | Provides automated tactical data processing. |
| Audio-digital converter (CV-3333/U, P/O FLTSAT NBSV) | Provides for operation in a FLTSAT NBSV network. |

b. Functional Overview. This functional overview applies to the OTC mode only. Secure voice mode is the same as that discussed in paragraph 5-2.4; SSIXS mode is not used by surface units.

(1) Network Timing. Network operation is based on a time cycle which varies in length. Crucial to successful network operation is the time synchronization of all net member terminals. Net subscribers are organized into up to 10 groups of up to 9 members each but with a maximum net membership of 60 simultaneous subscribers. The current net operating speed is 2,400 bps.

(2) Network Control. Any subscriber has the capability to operate as a Net Control Station. The NCS controls the net and provides subscriber access to the net. Network control is initiated by the NCS transmitting a net control block which contains the network operating mode and precedence level. Time is provided in the cycle for subscriber access requests; these time periods are designated Priority Request Time Slots (PRTS) and General Access Time Slots (GATS). PRTS are used to request transmission of flash message traffic and GATS are used to request transmission of immediate message traffic.

(3) Network Operation. The link control discipline has three modes of operation: idle, teletypewriter, and data link. In each of these modes the net control block, the subscriber access time periods and subscriber transmission time periods will be embedded within the net cycle. With the OTCIXS idle, the subscriber that is first to transmit a net request (PRTS or GATS) will be automatically designated by the NCS to transmit its data. This data is transmitted three times; the sequence consists of a net control block transmission and the subscriber data transmission. Each of the three identical transmissions received are checked for accuracy and a composite message is formed by selecting the most accurate of each transmission received. OTCIXS does not employ ARQ. Also, a net-control query is not transmitted by the NCS to determine if the subscribers have data to transmit. As a result, a network subscriber can receive traffic while in EMCON status.

5-2.5.2 Shore Satellite Terminal. The OTCIXS shore satellite terminal is some configuration of the AN/WSC-5(V) or AN/WSC-3. Shore terminals may employ a DSD to allow two or more shore sites to share a common transceiver.

5-2.5.2.1 DAMA Group. If used, the functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U time division multiplexes the OTCIXS signal into a composite signal and demultiplexes a composite signal into separate signals. The composite signal may contain multiple discrete signals. This equipment also PSK modulates/demodulates an IF signal. A multiplexed, modulated IF is passed to and from the radio group. The demodulated, demultiplexed signals are passed along their respective routes; in OTCIXS, the signal goes to the user terminal interconnect group.

5-2.5.2.2 Radio Group. The radio group is either the AN/WSC-3 (or DAMA modified AN/WSC-3) or the AN/WSC-5(V).

a. AN/WSC-3. The AN/WSC-3 UHF transceiver may be configured as non-DAMA, DAMA with one radio or DAMA with two radios. The radio must be modified for DAMA operation. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex; one radio transmits and the other receives, even though the end result is a half duplex application. In non-DAMA operation the radio receives digital data input from the user terminal and modulates the signal. In DAMA operation the radio receives a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF