signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

b. AN/WSC-5(V). This UHF transceiver may be the same used for other subsystems. One of the eight channels supported is an OTCIXS network, DAMA or non-DAMA. Non-DAMA OTCIXS requires an OM-43A/USC. The modem PSK modulates outgoing signals received from the user terminal and passes an IF signal to the radio. For incoming signals the modem PSK demodulates the IF signal and passes digital data to the interconnect group. In DAMA operation PSK modulating/demodulating as well as multiplexing/demultiplexing is performed by the DAMA group and an IF signal is passed between the DAMA group and the radio. The radio converts the transmit IF to RF and the receive RF to IF; amplifies the signal power to appropriate transmit or receive levels; and passes RF signals to and from the antenna group.

5-2.5.2.3 Antenna Group. With the AN/WSC-5(V), the antenna group is the hybrid AN/WSC-5(V) antenna, its combiner group, preamplifier-splitter and diplexer. The combiner group combines up to eight transmit UHF signals. The preamplifier-splitter amplifies and separates the receive UHF signals onto separate lines. Coupling/decoupling by the diplexer makes possible simultaneous transmission and reception of signals on the same antenna transmission line. With the AN/WSC-3, the antenna group may be a HR9NP, Andrew series, TACO H-084 or TACO H-124 tailored to the site. These antennas provide the function of radiating and/or capturing uplink/downlink signals.

5-2.5.3 Satellite. The UHF uplink signal is received, amplified, frequency translated and radiated as the downlink. The downlink is offset 41 MHz lower than the uplink frequency on FLTSATCOM/LEASAT satellites and 53.2 MHz on GAPFILLER. Satellite channels are designated for OTCIXS use and for DAMA or non-DAMA operation by policy and designations could change on short notice.

5-2.5.4 Ship Satellite Terminal. The OTCIXS ship satellite terminal is either a DAMA or non-DAMA terminal depending on the physical installation. DAMA suites can fall back to non-DAMA operation. The OTCIXS network operates half duplex; however, the DAMA suite radio configuration may be full duplex.

5-2.5.4.1 Antenna Group. The antenna group is the OE-82B/WSC-1(V) or OE-82C/WSC-1(V). It consists of an antenna control unit, RF switching unit, amplifier-filter(s) and one or two co-operating antennas on the ship superstructure. The antenna group combines or separates the transmit and receive signals and provides signal gain with a preamplifier and by the inherent design. The ship's gyro provides signals to the control unit for azimuth tracking once the antenna(s) are initially pointed at the satellite (elevation is controlled manually). The antenna(s) are installed so that at any time, a view of the satellite is unobstructed by the ship superstructure. The antenna group may also be used for other UHF SATCOM applications.

5-2.5.4.2 Radio Group. The shipboard radio group is some version of the AN/WSC-3. The radio must be modified for DAMA operation. The radio group may be configured as non-DAMA, DAMA with one radio, or DAMA with two radios. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex even though the end application is half duplex. In non-DAMA operation the radio receives digital data from the user terminal and modulates the signal. In DAMA operation the radio receives

a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

5-2.5.4.3 DAMA Group. The planned functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U can operate with either a half duplex or full duplex radio configuration. A half duplex configuration allows for operation of a maximum of three circuits (due to transmit/receive time slot contention), a full duplex up to four. The shipboard DAMA group performs the same functions as the shore DAMA group. It PSK demodulates and time division demultiplexes an IF signal received from the radio group and passes the separate signals along their respective routes. It multiplexes and PSK modulates a digital data signal received from the user terminal interconnect group and passes an IF signal to the radio group.

5-2.5.5 Ship User Terminal. The OTCIXS ship user terminal is the AN/USQ-64 (V)7, which includes its ON-143(V)6/USQ interconnect group, and a TSEC/KG-36 cryptographic key generator or TSEC/KG-84 general purpose encryption equipment. The OTCIXS interconnect group provides automatic crypto synchronization, store and forward of data and control of the OTCIXS satellite link. The C-11430/USQ control-indicator may be mounted on the ON-143(V)6/USQ front panel but is normally remotely mounted. Functionally, the ship user terminal is the same as the shore user terminal which is tabulated in Table 5-10.

5-2.6 TACTICAL DATA INFORMATION EXCHANGE SUBSYSTEM (TADIXS). (See FO-26.) All references to TADIXS in this manual address TADIXS A. TADIXS provides the capability to broadcast OTH-T data from shore sites to shipboard TDP systems in support of cruise missile operations. Implementation of TADIXS is being accomplished in four phases. In Phase I, a developmental communications system was used for satellite link testing of emerging TDP systems. In Phase II, OTCIXS replaced the developmental system and supported both OTCIXS and TADIXS functions. In Phase III, TADIXS is established as a dedicated link, apart from OTCIXS. In Phase IV, sophisticated gateways will be installed ashore to provide enhanced data routing and broadcast capabilities for TADIXS. Shipboard TADIXS terminals operate receive only and handle only TDP formatted data. Shore-to-ship, ship-to-ship and ship-to-shore teletype formatted TADIXS messages and shipboard TADIXS transmissions take place via OTCIXS. DAMA implementation of TADIXS is under review. A non-DAMA TADIXS net will occupy 1 25-kHz satellite channel. A DAMA TADIXS net will be multiplexed with other systems onto 1 25-kHz satellite channel.

5-2.6.1 Shore User Terminal. The TADIXS shore user terminal is the AN/USQ-64(V)8, which includes its own ON-143(V)6/USQ interconnect group, and a TSEC/KG-84 general purpose encryption equipment. The TADIXS interconnect group provides automatic crypto synchronization, store and forward of TDP data and control of the TADIXS satellite link.

a. Terminal Configuration. There are two types of shore configurations: broadcast sites and gateway sites. Broadcast sites interface with a peripheral TDP capable of both transmitting and receiving OTH-T messages. The TDP systems ashore create, generate and process OTH-T data, display processed data and pass data to and from a TADIXS interconnect group. The TADIXS IG for

the broadcast site also interfaces with an OTCIXS IG this allows OTH-T messages and data acknowledgements to be received from afloat subscribers over the OTCIXS network. Gateway sites provide an interface between two adjacent satellite coverage areas. Each gateway site is a subscriber in its own TADIXS net and an adjacent area TADIXS net; the two subscriber interconnect groups interface each other. A message addressed to a member of the adjacent area TADIXS net may be passed from one IG to the interfaced IG and then be transmitted directly on that net. Gateway sites permit worldwide exchange of messages using TADIXS. The C-11430/USQ control-indicator is normally mounted near the TDP operator's console to facilitate the entry of guard list parameters and to monitor the TADIXS link and ON-143(V)6/USQ status.

b. Functional Overview. Network operation is governed by the TADIXS interconnect group.

(1) Network Timing. The network operates on a query/response net polling scheme. The current net operating speed is 2,400 bps.

(2) Network Control. One shore subscriber in the net must be set as the Net Control Station. The net control function allocates link time to network participants as part of the net control discipline. The NCS sequentially polls each active net transmitter. Subscribers with data to transmit must wait their turn in the polling cycle and may transmit only after being polled. Time is periodically allocated to allow inactive subscribers to request they be added to the polling list (i.e., become active). Subscribers that do not respond to the poll after a specified number of tries will be removed from the polling list (i.e., become inactive).

(3) Network Operation. TADIXS network subscribers consist of a combination of shore broadcast and gateway sites, capable of both transmitting and receiving, and afloat platforms, capable of receiving only. When broadcast data is transmitted the sending subscriber is immediately polled again for redundant transmission(s). Messages sent over the TADIXS link are currently limited in addressees to up to two subscriber identification number (SIDs) (although TADIXS will accept up to five). Receptions are screened for only those messages that are addressed to the subscriber's own unique three-digit SID and any other SID that may have been entered in the guard list. Each transmission received is checked for accuracy using the redundant transmission(s); a composite message is formed by selecting the best elements of each transmission received. The data is then passed to the connected TDP.

5-2.6.2 Shore Satellite Terminal. The TADIXS shore satellite terminal is some configuration of the AN/WSC-5(V) or AN/WSC-3. Shore terminals may employ a DSD to allow two or more shore sites to share a common transceiver.

5-2.6.2.1 DAMA Group. If used, the functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U time division multiplexes the TADIXS signal into

a composite signal and demultiplexes a composite signal into separate signals. The composite signal may contain multiple discrete signals. This equipment also PSK modulates/demodulates an IF signal. A multiplexed, modulated IF is passed to and from the radio group. The demodulated, demultiplexed signals are passed along their respective routes; in TADIXS, the signal goes to the user terminal interconnect group.

5-2.6.2.2 Radio Group. The radio group is either the AN/WSC-3 (or DAMA modified AN/WSC-3) or the AN/WSC-5(V).

a. AN/WSC-3. The AN/WSC-3 UHF transceiver may be configured as non-DAMA, DAMA with one radio or DAMA with two radios. The radio must be modified for DAMA operation. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex; one radio transmits and the other receives, even though the end result is a half duplex application. In non-DAMA operation the radio receives digital data from the user terminal and modulates the signal. In DAMA operation the radio receives a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

b. AN/WSC-5(V). This UHF transceiver may be the same used for other subsystems. One of the eight channels supported is a TADIXS network, DAMA or non-DAMA. Non-DAMA TADIXS requires an OM-43A/USC. The modem PSK modulates outgoing signals received from the user terminal and passes an IF signal to the radio. For incoming signals the modem PSK demodulates the IF signal and passes digital data to the interconnect group. In DAMA operation PSK modulating/demodulating as well as multiplexing/demultiplexing is performed by the DAMA group and an IF signal is passed between the DAMA group and the radio. The radio converts the transmit IF to RF and the receive RF to IF; amplifies the signal power to appropriate transmit or receive levels; and passes RF signals to and from the antenna group.

5-2.6.2.3 Antenna Group. With the AN/WSC-5(V), the antenna group is the hybrid AN/WSC-5(V) antenna, its combiner group, preamplifier-splitter and diplexer. The combiner group combines up to eight transmit UHF signals. The preamplifier-splitter amplifies and separates the receive UHF signals onto separate lines. Coupling/decoupling by the diplexer makes possible simultaneous transmission and reception of signals on the same antenna transmission line. With the AN/WSC-3, the antenna group may be a HR9NP, Andrew series, TACO H-084 or TACO H-124 tailored to the site. These antennas provide the function of radiating and/or capturing uplink/downlink signals.

5-2.6.3 Satellite. The UHF uplink signal is received, amplified, frequency translated and radiated as the downlink. The downlink is offset 41 MHz lower than the uplink frequency on FLTSATCOM/LEASAT satellites and 53.2 MHz on GAP-FILLER. Satellite channels are designated for TADIXS use and for DAMA or non-DAMA operation by policy and designations could change on short notice.

5-2.6.4 Ship Satellite Terminal. The TADIXS ship satellite terminal is either a DAMA or non-DAMA terminal depending on the physical installation. DAMA suites can fall back to non-DAMA operation. The ship satellite terminal operates receive only.

5-2.6.4.1 Antenna Group. The antenna group is the OE-82B/WSC-1(V) or OE-82C/WSC-1(V). It consists of an antenna control unit, RF switching unit, amplifier-filter(s) and one or two co-operating antennas on the ship super-structure. The antenna group separates the receive signal and provides signal gain with a preamplifier and by the inherent design. The ship's gyro provides signals to the control unit for azimuth tracking once the antenna(s) are initially pointed at the satellite (elevation is controlled manually). The antenna(s) are installed so that at any time, a view of the satellite is un-obstructed by the ship superstructure. The antenna group may also be used for other UHF SATCOM applications.

5-2.6.4.2 Radio Group. The shipboard radio group is some version of the AN/WSC-3. The radio must be modified for DAMA operation. The radio group may be configured as non-DAMA, DAMA with one radio or DAMA with two radios. Even though shipboard TADIXS operates receive only, a transmitter is still required to send DAMA ranging signals. In practice the other subsystems multiplexed with TADIXS use the transmitter also. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex even though the end application is half duplex. The signal re-ceived from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

5-2.6.4.3 DAMA Group. The planned functional DAMA group is the TD-1271B/U multiplexer. The DAMA group receives an IF signal from the DAMA modified AN/WSC-3, demodulates and demultiplexes the DAMA signal and passes the separated digital signal to the user terminal.

5-2.6.5 Ship User Terminal. The TADIXS ship user terminal is the AN/USQ-64 (V)8, which includes its ON-143(V)6/USQ interconnect group, and a TSEC/KG-84 general purpose encryption equipment. The TADIXS IG provides automatic crypto synchronization, store and forward of TDP data and control of the TADIXS sat-ellite link. It also routes data between the TDP and OTCIXS IG for ship-to-ship and ship-to-shore data exchange over the OTCIXS link. The TDP systems aboard ship process OTH-T data received from TADIXS, display processed data, pass data to and from OTCIXS and, in some cases, pass data to a weapon system. The C-11430/USQ control-indicator may be mounted on the ON-143(V)6/USQ front panel but is normally remotely mounted near the TDP operator's console.

5-2.7 SUBMARINE SATELLITE INFORMATION EXCHANGE SUBSYSTEM (SSIXS). (See FO-27.) The SSIXS network provides a means for the transmission of message traffic from submarine-to-shore and shore-to-submarine. In addition, via the shore terminals, submarine-to-submarine capability exists. The subsystem is designed to provide a high-speed digital data communications link. DAMA im-plementation of SSIXS is currently under review; approved submarine equipment is not yet available.

5-2.7.1 Shore User Terminal. The shore user terminal is the AN/USQ-64(V)1 and its interconnect group. Submarine Operational Control Centers (OPCONCENs) have at least one SSIXS terminal installed. Equipment redundancy is provided to limit the impact of equipment failures.

5-2.7.1.1 Interconnect Group. The SSIXS interconnect group is comprised of an ON-143(V)4/USQ and a TSEC/KG-36 (or TSEC/KG-35) cryptographic key gener-ator. The IG regulates the flow of the cryptographically protected data signal across the satellite terminal. The ON-143(V)4/USQ can deal with SSIXS

link timing in either a DAMA or non-DAMA environment. The IG passes encrypted data to and from the satellite terminal radio group in non-DAMA operation and to and from the DAMA group in DAMA operation. It passes decrypted/unencrypted (plain text) data and control signals to and from the SSIXS processor.

5-2.7.1.2 SSIXS AN/USQ-64(V)1.

a. Terminal Composition. The shore SSIXS terminal components and their use are tabulated in Table 5-11.

Table 5-11. SSIXS Shore Terminal Composition

| Component | Use |
|---|---|
| SSIXS operating program | Provides computer instructions. |
| Computer (AN/UYK-20(V)) | Executes the operating program. |
| Magnetic disk recorder/reproducer with four single-platter disk cartridge drives (AN/USH-23(V)) | Holds messages and loads the SSIXS operating program and utilities. |
| Reel-to-reel magnetic tape recorder with two drives (AN/USH-22(V)) | Loads operating program (if required); shared among SSIXS suites. |
| Perforated tape reader/punch (RD-397(V)/U) | Inputs and outputs messages (if required). |
| Video display terminal (IP-1187A/USQ-64) | Provides man/machine interface for the terminal. |
| Medium speed teleprinter (TT-624(V)/UG) | Prints system management information and (if required) messages. |
| Switching or patching equipment | Reconfigures terminal equipment. |

b. Functional Overview. Data handled by the subsystem can be messages to or from the OPCONCEN message center, Emergency Action Messages (EAMs), a limited number of subscriber-to-subscriber messages, or operator-to-operator control messages. SSIXS maintains and reports message accountability information.

(1) Network Timing. Network timing is based on real time with a predetermined schedule. A shore terminal will support up to 120 subscribers divided into up to 4 groups. A typical schedule may divide an hour into four segments of broadcast and query/response. The net currently operates at 2,400 bps.

(2) Network Control. The net operates as a free net but on a predetermined schedule. The shore terminal broadcasts data to a group during specified time periods. Group

subscribers may transmit data when the broadcast is completed. During the random-access query/response period, (automated) net discipline controls the net; the link must be idle for six seconds before a subscriber can access the net.

(3) Network Operation. Shore broadcasts can be scheduled (group), operator requested (special), or subscriber requested (response). At the beginning of a schedule, a group broadcast message is prepared by the shore system and transmitted as the first message of the broadcast. This message lists all messages to be transmitted by subscriber priority and message precedence under each subscriber; a "No Traffic" notice is listed for those with no traffic. Subscriber operators will know from this summary message if any traffic in that broadcast is intended for them. A subscriber temporarily stores messages of concern in a buffer in the terminal computer. The shore terminal counts characters transmitted to each subscriber during a broadcast; if the count shows the subscriber buffer to be full, a "More to Come" message is the final message sent to that subscriber in the scheduled period. Any overflow traffic is transmitted immediately after the scheduled broadcast. If there is more traffic than allotted time, a notice is sent and the remaining traffic is handled as overflow. If there is more time than traffic, extra time is filled by padding. When the broadcast is finished the net is available for query/response. Subscribers may randomly enter the net, send acknowledgments for messages received, send messages, or request other actions (such as FLTSAT NBSV service). Except if the query contains certain codes, any time a subscriber queries, the shore terminal automatically sends all unacknowledged traffic for that subscriber. The shore terminal automatically acknowledges messages received from a subscriber. Under control of the shore operator, a limited number of messages may be sent between subscribers (via the shore broadcast).

5-2.7.2 Shore Satellite Terminal. The SSIXS shore satellite terminal is some configuration of the AN/WSC-5(V) or AN/WSC-3.

5-2.7.2.1 DAMA Group. If used, the functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U time division multiplexes the SSIXS signal into a composite signal and demultiplexes a composite signal into separate signals. The composite signal may contain multiple discrete signals. This equipment also PSK modulates/demodulates an IF signal. A multiplexed, modulated IF is passed to and from the radio group. The demodulated, demultiplexed signals are passed along their respective routes; in SSIXS, the signal goes to the user terminal interconnect group.

5-2.7.2.2 Radio Group. The radio group is either the AN/WSC-3 (or DAMA modified AN/WSC-3) or the AN/WSC-5(V).

a. AN/WSC-3. The AN/WSC-3 UHF transceiver may be configured as non-DAMA, DAMA with one radio or DAMA with two radios. The radio must be modified for DAMA operation. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex; one radio transmits and the other receives, even though the end result is a half duplex application. In non-DAMA operation the radio receives digital data from the user terminal and modulates the signal. In DAMA operation the radio receives a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal.

b. AN/WSC-5(V). This UHF transceiver may be the same used for other subsystems. One of the eight channels supported is a SSIXS network, DAMA or non-DAMA. Non-DAMA SSIXS requires an OM-43A/USC. The modem PSK modulates outgoing signals received from the user terminal and passes an IF signal to the radio. For incoming signals the modem PSK demodulates the IF signal and passes digital data to the interconnect group. In DAMA operation PSK modulating/demodulating as well as multiplexing/demultiplexing is performed by the DAMA group and an IF signal is passed between the DAMA group and the radio. The radio converts the transmit IF to RF and the receive RF to IF; amplifies the signal power to appropriate transmit or receive levels; and passes RF signals to and from the antenna group.

5-2.7.2.3 Antenna Group. With the AN/WSC-5(V), the antenna group is the hybrid AN/WSC-5(V) antenna, its combiner group, preamplifier-splitter and diplexer. The combiner group combines up to eight transmit UHF signals. The preamplifier-splitter amplifies and separates the receive UHF signals onto separate lines. Coupling/decoupling by the diplexer makes possible simultaneous transmission and reception of signals on the same antenna transmission line. With the AN/WSC-3, the antenna group may be a HR9NP, Andrew series, TACO H-084 or TACO H-124 tailored to the site. These antennas provide the function of radiating and/or capturing uplink/downlink signals.

5-2.7.3 Satellite. The UHF uplink signal is received, amplified, frequency translated and radiated as the downlink. The downlink is offset 41 MHz lower than the uplink frequency on FLTSATCOM/LEASAT satellites and 53.2 MHz on GAP-FILLER. Satellite channels are designated for SSIXS use and for DAMA or non-DAMA operation by policy and designations could change on short notice.

5-2.7.4 Submarine Satellite Terminal. The SSIXS submarine satellite terminal is currently a non-DAMA terminal. SSIXS operates half duplex. Submarines time share their radio assets with other subsystems.

5-2.7.4.1 Antenna Group. The antenna group is either the OE-158/BRQ, BRA-34 or OE-207/BRQ. It consists of an antenna control unit, amplifier-filter switch assembly and the antenna mounted on the submarine retractable mast. The antenna group combines or separates the transmit and receive signals and provides signal gain with a preamplifier and by the inherent design. The submarine must surface to transmit or receive UHF SATCOM signals. The antenna group may also be used for other UHF SATCOM applications.

5-2.7.4.2 Radio Group. The submarine radio group is some non-DAMA version of the AN/WSC-3. The radio must be modified for DAMA implementation. The radio

receives digital data input from the user terminal and modulates the signal. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF, demodulated and passed as digital data to the user terminal.

5-2.7.4.3 DAMA Group. The design and production of a functional DAMA group for submarine installation is currently under review.

5-2.7.5 Submarine User Terminal. The submarine user terminal is the AN/USQ-64(V)3. The SSIXS microprocessor and interconnect group are contained in the same hardware unit.

5-2.7.5.1 Interconnect Group. The SSIXS interconnect group may be either an ON-143(V)5/USQ or an ON-143(V)6/USQ and a TSEC/KG-36 cryptographic key generator. The ON-143(V)5/USQ has the capability for SSIXS or FLTSAT NBSV operation; the ON-143(V)6/USQ has the capability for SSIXS, FLTSAT NBSV or OTCIXS operation. The IG regulates the flow of the cryptographically protected data signal across the satellite terminal. The IG passes encrypted data to and from the satellite terminal radio group. It passes decrypted/unencrypted data and control signals to and from teletype equipment or the CV-3333/U audio-digital converter.

5-2.7.5.2 SSIXS AN/USQ-64(V)3.

a. Terminal Composition. The SSIXS AN/USQ-64(V)3 submarine terminal components and their use are tabulated in Table 5-12.

Table 5-12. SSIXS Submarine Terminal Composition

| Component | Use |
|---|---|
| SSIXS operating program (in firmware) | Provides computer instructions. |
| Computer/interconnect group (ON-143(V)5/USQ or ON-143(V)6/USQ, including C-11430/USQ control-indicator) | Regulates flow across the satellite terminal; provides satellite link control, automatic crypto synchronization, and store and forward of incoming and outgoing message traffic. |
| Teletype (Model 28 KSR) | Provides man/machine interface for the terminal; inputs and outputs messages; prints system reports. |
| Perforated tape reader (Model 28 TD) | Inputs outgoing messages. |
| Keyboard tape punch (Model 28 Typing RPF) | Backs up the KSR; used to prepare outgoing messages on perforated tape. |
| Audio-digital converter (CV-3333/U, P/O FLTSAT NBSV) | Provides for operation in a FLTSAT NBSV network. |

b. Functional Overview. The submarine terminal operator must know the SSIXS net schedule. Most message handling actions take place at specific operator command rather than automatically. As a SSIXS subscriber, the submarine terminal receives broadcast messages, automatically screens for those addressed and ignores the rest. The operator will also know from the summary message whether a broadcast has any traffic for his submarine. The terminal can send messages to the OPCONCEN message center, a limited number of messages to other subscribers (if permitted) or operator-to-operator one-line control or request messages. The subscriber terminal uses a buffer in the computer to temporarily store incoming or outgoing messages. When the buffer is full, desired data must be printed before more data can be entered. If no additional data is to be entered (either send or receive), then the submarine may submerge and the operator can print the data later. Following the scheduled and overflow broadcast (if any), a subscriber with data to send may randomly enter the net (make a query) after the link has been idle six seconds and transmit its traffic or other message. If the shore acknowledgment for message traffic is not received within 10 seconds, traffic is automatically sent a second time (if the net is idle). Unless certain codes are in the submarine's query, the shore terminal automatically transmits any unacknowledged traffic (or a "No Traffic" notice) to that subscriber following its query.

5-2.8 SINGLE CHANNEL TELETYPE (SC TTY) SUBSYSTEM. (See FO-28.) The SC TTY network provides a means for 75-baud teletype messages to be transmitted ship-to-shore or ship-to-ship. This low speed network backs up the ship-to-shore function of the CUDIXS/NAVMACS and TACINTEL networks. During SC TTY transition to DAMA, both DAMA and non-DAMA equipped ships will be able to communicate in a "merged net." Merged net operation is accomplished using a DSD in the shore satellite terminal. The SC TTY operating concept is half duplex, "listen" before transmit.

5-2.8.1 Shore User Terminal. The shore user terminal is a TSEC/KW-7 cryptographic device and a Model 28 (or equivalent) teletype configuration which may vary but will include a reperforator. On the net, the terminal operator receives messages for relay and sends message acknowledgements and net control information. This terminal normally operates in the torn tape mode where an operator provides a physical interface to other systems such as NAVCOMPARS. The teletype terminal normally has a C-11330/WSC-5(V) control-indicator mounted nearby. The terminal will also have either a KWX-8/TSEC remote phasing device or a C-8657(P)/UG teletype transmitter control (automatic phaser) for the TSEC/KW-7.

5-2.8.2 Shore Satellite Terminal. The satellite terminal for SC TTY is some configuration of the AN/WSC-5(V). A special DSD will be installed to allow merged net operation during transition to DAMA.

5-2.8.2.1 DAMA Group. The functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U time division multiplexes the SC TTY signal into a composite signal and demultiplexes a composite signal into separate signals. The composite signal may contain multiple discrete signals. This equipment also PSK modulates/demodulates an IF signal. A multiplexed, modulated IF is passed to and from the radio group. The demodulated, demultiplexed signals are passed along their respective routes; in SC TTY, the signal goes to the user terminal cryptographic equipment.

5-2.8.2.2 Radio Group. The radio group is comprised of the AN/WSC-5(V) UHF transceiver, an OM-43A/USC PSK modem (in non-DAMA operation) and a C-11330/WSC-5(V) control-indicator. This transceiver can support communications on up to 8 separate 25-kHz channels. In non-DAMA operation the modem receives encrypted digital data from the user terminal and PSK modulates; or, in DAMA operation, a multiplexed, PSK modulated signal is provided by the DAMA group. In either case, an IF signal is passed to the radio where it is up-converted to UHF and passed to the antenna group. The radio receives a UHF signal from the antenna group, down-converts, passes an IF signal to the modem or the DAMA group where it is demodulated (and if DAMA, demultiplexed) and passed to the user terminal as encrypted digital data. The C-11330/WSC-5(V) provides remote transmitter keying as well as signal acquired and transmit indicate lights.

5-2.8.2.3 Antenna Group. The antenna group is the hybrid AN/WSC-5(V) antenna, its combiner group, preamplifier-splitter and diplexer. The combiner group combines up to eight transmit UHF signals. The preamplifier-splitter amplifies and separates the receive UHF signals onto separate lines. Coupling/decoupling by the diplexer makes possible simultaneous transmission and reception of signals on the same antenna transmission line.

5-2.8.3 Satellite. The UHF uplink signal is received, amplified, frequency translated and radiated as the downlink. The downlink is offset 41 MHz lower than the uplink frequency on FLTSATCOM/LEASAT satellites and 53.2 MHz on GAP-FILLER. Satellite channels are designated for SC TTY use and for DAMA or non-DAMA operation by policy and designations could change on short notice.

5-2.8.4 Ship Satellite Terminal. The SC TTY satellite terminal is either a DAMA or non-DAMA terminal depending on the physical installation. DAMA suites can fall back to non-DAMA operation. The shipboard SC TTY terminal configuration is normally half duplex.

5-2.8.4.1 Antenna Group. The antenna group is the OE-82B/WSC-1(V) or OE-82C/WSC-1(V). It consists of an antenna control unit, RF switching unit, amplifier-filter(s) and one or two co-operating antennas on the ship superstructure. The antenna group combines or separates the transmit and receive signals and provides signal gain with a preamplifier and by inherent design. The ship's gyro provides signals to the control unit for azimuth tracking once the antenna(s) are initially pointed at the satellite (elevation is controlled manually). The antenna(s) are installed so that at any time, a view of the satellite is unobstructed by the ship superstructure. The antenna group may also be used for other UHF SATCOM applications.

5-2.8.4.2 Radio Group. The shipboard radio group is some version of the AN/WSC-3. The radio must be modified for DAMA operation. The radio group may be configured as non-DAMA, DAMA with one radio, or DAMA with two radios. The TD-1271B/U may operate half duplex (one radio) only with the AN/WSC-3A. With two radios, the TD-1271B/U operates full duplex even though the end application is half duplex. In non-DAMA operation the radio receives digital data from the user terminal and modulates the signal. In DAMA operation the radio receives a multiplexed/modulated composite IF signal from the DAMA group. The radio amplifies the signal and passes an up-converted UHF signal to the antenna. Conversely, the signal received from the antenna is amplified, down-converted to an IF and passed to the DAMA group or demodulated and passed as digital data to the user terminal. The radio uses a remote C-9899/WSC-3 control-indicator that provides the operator remote keying and indicator functions.

5-2.8.4.3 DAMA Group. The functional DAMA group is the TD-1271B/U multiplexer. The TD-1271B/U can operate with either a half duplex or full duplex radio configuration. A half duplex configuration allows for operation of a maximum of three circuits (due to transmit/receive time slot contention), a full duplex up to four. The shipboard DAMA group performs the same functions as the shore DAMA group. It PSK demodulates and time division demultiplexes an IF signal received from the radio group and passes the separate signals along their respective routes. It multiplexes and PSK modulates a digital data signal received from the user terminal cryptographic equipment and passes an IF signal to the radio group.

5-2.8.5 Ship User Terminal. Like the terminal ashore, the shipboard SC TTY terminal is a TSEC/KW-7 cryptographic device and some configuration of Model 28 (or equivalent) teletype which may vary but will include a transmitter-distributor. The C-9899/WSC-3 control-indicator is normally mounted near the teletype terminal as is a KWX-8/TSEC remote phasing unit for the TSEC/KW-7. The shipboard operator keys the transmitter using the C-9899/WSC-3, transmits messages on the net via the transmitter-distributor (and may make inquiries via the keyboard), and unkeys the transmitter when finished. Acknowledgements and net control information are received on a teleprinter.

5-3 DETAILED FUNCTIONAL DESCRIPTION, SHORE SATELLITE TERMINALS. This section contains detailed level discussions of satellite terminal functions covering the major control signals and signal data flow. In this section, the discussions are limited to functional equipment interfaces and do not reflect actual equipment interconnections (i.e., patch panels, junction boxes, equipment racks, etc.). For actual equipment interconnections, refer to Chapter 9, INSTALLATION.

5-3.1 AN/WSC-5(V) SHORE SATELLITE TERMINAL. The satellite terminal performs the functions of transmitting signals to, and receiving signals from, a GAPFILLER, FLTSATCOM or LEASAT satellite. The transmit and receive functions described in the following subparagraphs discuss specific equipment interfaces required to perform these functions. Table 5-13 lists all the signals discussed below; FO-37 diagrams signal flow.

5-3.1.1 J-4116/WSC-5(V) Baseband Interface Unit (BIU) Baseband Functions. Up to five data channels may be input to the BIU. The interface signals between user terminal equipment and one channel of the BIU are discussed below. Actual application of these interface signals will differ with the connected user terminal equipment. Refer to section 5-4 for user terminal interfaces to the BIU.

a. BASEBAND KEYLINE. BASEBAND KEYLINE is a control signal from the user terminal to the BIU; it is used by the BIU to generate KEYLINE (see paragraph 5-3.1.3a). The signal levels of BASEBAND KEYLINE may be ground in transmit, open when not, or +6 VDC in transmit and -6 VDC when not. If a line modem or DSD is part of the user terminal, BASEBAND KEYLINE must be ±6 VDC.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal provided to the BIU in HDR and HDR XMIT/LDR RCV operation; it is used by the user terminal to clock XMT DATA out. The signal levels of XMT CLOCK are ±6 VDC. XMT CLOCK may be provided by a station clock, modem or user terminal.

Table 5-13. Signal Data Description: AN/WSC-5(V) Shore Satellite Terminal (Reference FO-37)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| BIU/User Terminal | BASEBAND KEYLINE | +6 VDC in transmit -6 VDC when not or Ground in transmit Open when not* | ON-143(V)/USQ J1 or C-11330/WSC-5(V) J1 | J-4116/WSC-5(V) J6 | 5-3.1.1.a. |
| | XMT CLOCK (EXT) | ±6 VDC 75 to 9600 Hz** | ON-143(V)/USQ J1 or Station Clock | J-4116/WSC-5(V) J7 | 5-3.1.1.b. |
| | XMT CLOCK (INT) | ±6 VDC 75 to 9600 Hz** | J-4116/WSC-5(V) J7 | ON-143(V)/USQ J1 | 5-3.1.1.b. |
| | XMT DATA | ±6 VDC 75 to 9600 bps** | ON-143(V)/USQ J1 or TSEC/KW-7 (via KWX-11/TSEC J2) | J-4116/WSC-5(V) J7 | 5-3.1.1.c. |
| | RCV CLOCK | ±6 VDC 75 to 9600 Hz** | J-4116/WSC-5(V) J7 | ON-143(V)/USQ J1 | 5-3.1.1.d. |
| | RCV DATA | ±6 VDC 75 to 9600 bps** | J-4116/WSC-5(V) J7 | ON-143(V)/USQ J1 | 5-3.1.1.e. |
| | OUTPUT DATA TRANSFER | Ground in receive Open when not* | J-4116/WSC-5(V) J6 | ON-143(V)/USQ J1 or C-11330/WSC-5(V) J1 (DATA SIG ACQ IND = OUTPUT DATA TRANSFER) | 5-3.1.1.f. |
| | OUTPUT DATA TRANSFER LL | +6 VDC in receive -6 VDC when not | J-4116/WSC-5(V) J6 | ON-143(V)/USQ J1 or DSD J1 (DATA MODE CHANNEL BUSY = OUTPUT DATA TRANSFER LL) | 5-3.1.1.g |

See footnotes at the end of the table

Table 5-13. Signal Data Description: AN/WSC-5(V) Shore Satellite Terminal - CONT
(Reference FO-37)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| BIU/User Terminal - continued | MODEM READY | Ground in transmit<br>Open when not* | J-4116/WSC-5(V) J6 | ON-143(V)/USQ J1<br>or<br>C-11330/WSC-5(V) J1<br>(GROUND IN TRANS-MIT = MODEM READY) | 5-3.1.1.h. |
| | MODEM READY LL | +6 VDC in transmit<br>-6 VDC when not | J-4116/WSC-5(V) J6 | DSD J1 (TX ACK = MODEM READY LL) | 5-3.1.1.i. |
| | RCV TTY DATA | ±6 VDC 75 bps** | J-4116/WSC-5(V) J8 | TSEC/KW-7 (via KWX-11/TSEC J1) | 5-3.1.1.j. |
| BIU/Modem | TRANSMIT BIT TIMING# | ±6 VDC 75 to 9600 bps** | MD-905A/USC P2<br>or<br>J-4116/WSC-5(V) J1-J5 | J-4116/WSC-5(V) J1-J5<br>or<br>MD-905A/USC P2 | 5-3.1.2.a |
| | DATA INPUT | ±6 VDC 75 to 9600 bps** | J-4116/WSC-5(V) J1-J5 | MD-905A/USC P2 | 5-3.1.2.b. |
| | RECEIVE BIT TIMING | ±6 VDC 75 to 9600 bps** | MD-905A/USC P2 | J-4116/WSC-5(V) J1-J5 | 5-3.1.2.c. |
| | DATA OUTPUT | ±6 VDC 75 to 9600 bps** | MD-905A/USC P2 | J-4116/WSC-5(V) J1-J5 | 5-3.1.2.d. |
| | MODEM READY LL | +6 VDC in transmit<br>-6 VDC when not | MD-905A/USC P2 | J-4116/WSC-5(V) J1-J5 | 5-3.1.2.e. |
| | SIGNAL ACQUIRED | +6 VDC in receive<br>-6 VDC when not | MD-905A/USC P2 | J-4116/WSC-5(V) J1-J5 | 5-3.1.2.f. |
| BIU/Transceiver | KEYLINE | Ground in transmit<br>Open when not* | J-4116/WSC-5(V) J1-J5 | C-8202A/WSC-1(V) J1 | 5-3.1.3.a. |
| Transceiver/Modem | TRANSMIT OUTPUT KEY | Ground in transmit<br>Open when not* | C-8202A/WSC-1(V) J1 | MD-905A/USC P2 | 5-3.1.3.b. |

See footnotes at the end of the table

Table 5-13. Signal Data Description: AN/WSC-5(V) Shore Satellite Terminal - CONT
(Reference FO-37)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Transceiver/User Terminal | REMOTE DATA KEY | +12 VDC in transmit<br>0 VDC when not | Transmitter Transfer Switchboard | C-9184/WSC-1A(V) J1 | 5-3.1.3.c. |
| | HEADPHONE AUDIO OUT | 0 dBm (nominal) | C-9184/WSC-1A(V) J1 | Receiver Transfer Switchboard | 5-3.1.3.d. |
| | MIC AUDIO IN | 0 dBm (nominal) | Transmitter Transfer Switchboard | C-9184/WSC-1A(V) J1 | 5-3.1.3.e. |
| | REMOTE DATA IN | 0 dBm (nominal) | Transmitter Transfer Switchboard | CV-3067/WSC-5(V) J14 | 5-3.1.3.f. |
| | REMOTE DATA OUT | 0 dBm (nominal) | R-1842/WSC-5(V) J1 | Receiver Transfer Switchboard | 5-3.1.3.g. |
| Modem/Transceiver | 70 MHz RCV | -123 to -53 dBm | SB-4123/WSC-5(V) | MD-905A/USC P1<br>or<br>TD-1271B/U J2 | 5-3.1.4.a. |
| | 70 MHz XMT | 0 dBm (±1 dBm) | MD-905A/USC J1<br>or<br>TD-1271B/U J5 | SB-4123/WSC-5(V) | 5-3.1.4.b. |
| Transceiver/Antenna | XMT RF | 292.000 to 312.000 MHz<br>100 watts (maximum) | SB-3835/WSC-5(V) | AM-6601/WSC-5(V) | 5-3.1.5.a. |
| | RCV RF | 248.500 to 270.100 MHz | AM-6601/WSC-5(V) | SB-3835/WSC-5(V) | 5-3.1.5.b. |

*Some voltage is present when open.

**According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

#Timing may either be provided by or supplied to the user terminal.

c. XMT DATA. TRANSMIT DATA is a black digital data stream that is clocked out of the user terminal to the BIU in HDR, HDR XMIT/LDR RCV and LDR operation. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal from the BIU in HDR operation; it is used by the user terminal to clock RCV DATA in. The signal levels of RCV CLOCK are ±6 VDC.

e. RCV DATA. RECEIVE DATA is a black digital data stream that is clocked out of the BIU to the user terminal in HDR and LDR operation. The signal levels of RCV DATA are ±6 VDC.

f. OUTPUT DATA TRANSFER. OUTPUT DATA TRANSFER is a status signal generated in the BIU from OUTPUT DATA TRANSFER LL. The signal levels of OUTPUT DATA TRANSFER are ground when present and open when not. User terminal equipment may interpret this signal as DATA SIG ACQ IND.

g. OUTPUT DATA TRANSFER LL. OUTPUT DATA TRANSFER LOW LEVEL is a status signal from the modem to the BIU. The signal levels of OUTPUT DATA TRANSFER LL are +6 VDC when present -6 VDC when not. This signal is used by the BIU to generate OUTPUT DATA TRANSFER and, when at -6 VDC, it causes the BIU to place a steady mark (+6 VDC) on the RCV TTY DATA signal lines. The signal is output from the modem as SIGNAL ACQUIRED. It is used to indicate to the user terminal the presence of RCV DATA and RCV CLOCK. User terminal equipment may interpret this signal as DATA MODE CHANNEL BUSY.

h. MODEM READY. MODEM READY is a status signal generated in the BIU from MODEM READY LL. The signal levels of MODEM READY are ground when active and open when idle. User terminal equipment may interpret this signal as GROUND IN TRANSMIT.

i. MODEM READY LL. MODEM READY LOW LEVEL is a status signal from the modem through the BIU. It is used to indicate to the user terminal that the modem is ready to accept XMT DATA. The signal levels of MODEM READY LL are +6 VDC when active and -6 VDC when idle. User terminal equipment may interpret this signal as TRANSMIT ACKNOWLEDGE or TX ACK.

j. RCV TTY DATA. RECEIVE TELETYPE DATA is a black digital data stream from the BIU in HDR XMIT/LDR REC and LDR operation to TTY equipment. The signal levels of RCV TTY DATA are ±6 VDC. When OUTPUT DATA TRANSFER LL is -6 VDC, RCV TTY DATA will be at +6 VDC.

5-3.1.2 OM-43A/USC Modem Baseband Functions. The interface signals between the BIU and the modem are discussed below.

a. TRANSMIT BIT TIMING. TRANSMIT BIT TIMING is a black clock signal either provided to or supplied from the modem; it is interpreted by the BIU as XMT CLOCK. The signal levels of TRANSMIT BIT TIMING are ±6 VDC.

b. DATA INPUT. DATA INPUT is a black digital data stream from the BIU to the modem. The signal levels of DATA INPUT are ±6 VDC.

c. RECEIVE BIT TIMING. RECEIVE BIT TIMING is a black clock signal from the modem to the BIU; it is used by the BIU to generate RCV CLOCK. The signal levels of RECEIVE BIT TIMING are ±6 VDC.