d. DATA OUTPUT. DATA OUTPUT is a black digital data stream from the modem to the BIU. The signal levels of DATA OUTPUT are ±6 VDC.

e. MODEM READY LL. MODEM READY LOW LEVEL is a status signal from the modem to the BIU; it indicates that the modem has completed preamble and is ready to accept DATA INPUT. The signal levels of MODEM READY LL are +6 VDC when active and -6 VDC when not.

f. SIGNAL ACQUIRED. SIGNAL ACQUIRED is a status signal from the modem to the BIU; it indicates that the modem has acquired data. The signal levels of SIGNAL ACQUIRED are +6 VDC when active and -6 VDC when idle. The BIU interprets this signal as OUTPUT DATA TRANSFER LL.

5-3.1.3 AN/WSC-5(V) Transceiver Baseband Functions. The interface signals to/from the transceiver are discussed below.

a. KEYLINE. KEYLINE is a control signal from the BIU to the transceiver; it is used by the transceiver to generate various keyline functions (i.e. TRANSMIT OUTPUT KEY). The signal levels of KEYLINE are ground in transmit and open when not.

b. TRANSMIT OUTPUT KEY. TRANSMIT OUTPUT KEY is a control signal from the transceiver to the modem; it is used by the modem to place it in the transmit mode. The signal levels of TRANSMIT OUTPUT KEY are ground when enabled and open when not.

c. REMOTE DATA KEY. REMOTE DATA KEY is a control signal from user terminal equipment to the transceiver; it is used by the transceiver to generate various keyline functions in the FM mode of operation. The signal levels of REMOTE DATA KEY are +12 VDC when active and 0 VDC when inactive.

d. HEADPHONE AUDIO OUT. HEADPHONE AUDIO OUT is an audio signal output from the transceiver in the FM mode of operation. The signal level of HEADPHONE AUDIO OUT is 0 dBm (nominal).

e. MIC AUDIO IN. MICROPHONE AUDIO IN is an audio signal input to the transceiver in the FM mode of operation. The signal level of MIC AUDIO IN is 0 dBm (nominal).

f. REMOTE DATA IN. REMOTE DATA IN is a multiplexed tone package signal from frequency division multiplexing (FDM) equipment to the transceiver. The signal level of REMOTE DATA IN is 0 dBm (nominal).

g. REMOTE DATA OUT. REMOTE DATA OUT is a multiplexed tone package from the transceiver to FDM equipment. The signal level of REMOTE DATA OUT is 0 dBm (nominal).

5-3.1.4 AN/WSC-5(V) Transceiver Intermediate Frequency Functions. The interface signals between the modem (OM-43A/USC or TD-1271B/U) and the transceiver are discussed below.

a. 70 MHZ RCV. 70 MHZ RECEIVE is a modulated IF signal from the transceiver. The signal level of 70 MHZ RCV is -123 to -53 dBm.

b. 70 MHZ XMT. 70 MHZ TRANSMIT is a modulated IF signal from the modem. The signal level of 70 MHZ XMT is 0 (±1) dBm.

5-3.1.5 AN/WSC-5(V) Transceiver Radio Frequency Functions. The interface signals between the transceiver and the antenna are discussed below.

a. XMT RF. TRANSMIT RADIO FREQUENCY is a modulated RF signal within the frequency range of 292 to 312 MHz. The signal level of XMT RF is 100 watts when a single modem position is transmitting and 13.5 watts per modem position with all positions transmitting.

b. RCV RF. RECEIVE RADIO FREQUENCY is a modulated RF signal within the frequency range of 248.5 to 270.1 MHz.

5-3.1.6. AN/WSC-5(V) Satellite Terminal PSK Non-DAMA Mode Functional Signal Flow. Signal flow through the AN/WSC-5(V) satellite terminal in the PSK non-DAMA mode of operation is discussed in the following subparagraphs.

a. Transmit Signal Flow. Transmit signal flow through the AN/WSC-5(V) satellite terminal is as follows:

(1) Transmit operation is initiated by the user terminal providing BASEBAND KEYLINE or by setting the BIU front panel KEY ON/OFF switch to ON.

(2) The BIU provides KEYLINE to the C-8202A/WSC-1(V) which generates various key functions for use in the transceiver. The C-8202A/WSC-1(V) provides TRANSMIT OUTPUT KEY to the MD-905A/USC.

(3) The MD-905A/USC generates a modem preamble and MODEM READY LL. The BIU uses MODEM READY LL to generate MODEM READY and routes both MODEM READY LL and MODEM READY to the user terminal.

(4) The BIU routes TRANSMIT BIT TIMING from the MD-905A/USC to the user terminal as XMT CLOCK in HDR and HDR/LDR operation. (XMT CLOCK may be used to clock XMT DATA into the modem.) XMT DATA from the user terminal is routed through the BIU to the MD-905A/USC as DATA INPUT.

(5) The MD-905A/USC PSK modulates and up-converts DATA INPUT to 70 MHZ XMT. 70 MHZ XMT is routed through the SB-4123/WSC-5(V) to the CV-3067/WSC-5(V) where it is up-converted to the transmit RF frequency.

(6) The RF signal is passed to the AM-6600/WSC-5(V) which amplifies the signal to transmit power levels.

(7) The power amplified RF signal is routed through the SB-3835/WSC-5(V) to the TD-1097/WSC-5(V) which combines the RF signal with up to three other RF signals.

(8) The resulting XMT RF is routed back through the SB-3835/WSC-5(V) to the AM-6601/WSC-5(V).

(9) The AM-6601/WSC-5(V) couples XMT RF to the AN/WSC-5(V) SATCOM antenna transmission line for transmission to the satellite.

b. Receive Signal Flow. Receive signal flow through the AN/WSC-5(V) satellite terminal is as follows:

(1) The AM-6601/WSC-5(V) isolates RCV RF from the AN/WSC-5(V) SATCOM antenna transmission line and provides amplification to the received signal.

(2) The amplified RCV RF is routed through the SB-3835/WSC-5(V) where the signal is amplified and split into eight separate RCV RF signals. One signal is routed to each R-1842/WSC-5(V) and one to each CV-3068/WSC-5(V).

(3) For modem positions 1 and 4 the R-1842/WSC-5(V) down-converts RCV RF to 70 MHZ RCV and routes the signal to the SB-4123/WSC-5(V). For modem positions other than 1 and 4, the CV-3068/WSC-5(V) splits the RCV RF into 3 separate signals, down-converts each to 70 MHZ RCV and routes the signals to the SB-4123/WSC-5(V).

(4) The signal 70 MHZ RCV is routed through the SB-4123/WSC-5(V) to the MD-905A/USC. The MD-905A/USC down-converts and demodulates the 70 MHZ RCV and outputs DATA OUTPUT, RECEIVE BIT TIMING and SIGNAL ACQUIRED to the BIU.

(5) The BIU uses SIGNAL ACQUIRED to generate OUTPUT DATA TRANSFER LL and OUTPUT DATA TRANSFER and routes both signals to the user terminal.

(6) The BIU routes RECEIVE BIT TIMING from the MD-905A/USC to the user terminal as RCV CLOCK. (RCV CLOCK may be used to clock DATA OUTPUT into the user terminal.) DATA OUTPUT from the MD-905A/USC is routed through the BIU to the user terminal as RCV DATA.

(7) If operating LDR (teletype) or HDR XMIT/LDR RCV, DATA OUTPUT is routed through the BIU to the user terminal as RCV TTY DATA. When no more signal is received, OUTPUT DATA TRANSFER LL causes the BIU to generate a steady mark (+6 VDC) on the RCV TTY DATA signal line.

5-3.1.7 AN/WSC-5(V) Satellite Terminal FM Non-DAMA Mode Functional Signal Flow. FM mode may be either FM voice or FM data operation and is only possible on modem positions 1 and 4. Signal flow through the AN/WSC-5(V) satellite terminal in FM non-DAMA mode of operation is discussed in the following subparagraphs.

a. Transmit Signal Flow. Transmit signal flow through the AN/WSC-5(V) satellite terminal is as follows:

(1) Transmit operation is initiated by the user terminal providing REMOTE DATA KEY or by setting the key switch to ON. This generates various key functions for use in the transceiver.

(2) In FM data operation, REMOTE DATA IN from the station transmitter transfer switchboard is sent to an equalization network. In FM voice operation, MIC AUDIO INPUT is routed to the C-9184/WSC-1A where it is impedance matched and gain controlled to generate HEADPHONE AUDIO back to the station receiver transfer switchboard.

(3) The equalized tone package (REMOTE DATA IN) or the impedance matched audio signal (MIC AUDIO INPUT) is routed to the CV-3067/WSC-5(V) which frequency modulates and up-converts the signal to the transmit RF frequency.

(4) The transmit RF signal is sent to the AM-6600/WSC-5(V) which amplifies the signal to transmit power levels.

(5) The power amplified RF signal is routed through the SB-3835/WSC-5(V) to the TD-1097/WSC-5(V) which combines the RF signal with up to three other RF signals.

(6) The resulting XMT RF is routed back through the SB-3835/WSC-5(V) to the AM-6601/WSC-5(V).

(7) The AM-6601/WSC-5(V) couples XMT RF to the AN/WSC-5(V) SATCOM antenna transmission line for transmission to the satellite.

b. Receive Signal Flow. Receive signal flow through the AN/WSC-5(V) satellite terminal is as follows:

(1) The AM-6601/WSC-5(V) isolates RCV RF from the AN/WSC-5(V) SATCOM antenna transmission line and provides amplification to the received signal.

(2) The amplified RCV RF is routed through the SB-3835/WSC-5(V) where the signal is amplified and split into eight separate RCV RF signals. One signal is routed to each R-1842/WSC-5(V) and one to each CV-3068/WSC-5(V).

(3) For modem positions one and four the R-1842/WSC-5(V) down-converts and demodulates RCV RF to REMOTE DATA OUT or HEADPHONE AUDIO OUT.

(4) REMOTE DATA OUT is routed to the station receiver transfer switchboard. HEADPHONE AUDIO OUT is routed to the station receiver transfer switchboard via the C-9184/WSC-5(V) where it is impedance matched and gain controlled to output levels.

5-3.1.8 AN/WSC-5(V) Satellite Terminal DAMA Mode Functional Signal Flow. Signal flow through the AN/WSC-5(V) satellite terminal in the DAMA mode of operation is discussed in the following subparagraphs.

a. Transmit Signal Flow. Transmit signal flow through the AN/WSC-5(V) satellite terminal is as follows:

(1) Transmit operation is initiated by setting the BIU front panel KEY ON/OFF switch to ON.

(2) The BIU provides KEYLINE to the C-8202A/WSC-1(V) which generates various key functions for use in the transceiver.

(3) 70 MHZ XMT is routed from the TD-1271B/U through the SB-4123/WSC-5(V) to the CV-3067/WSC-5(V) where it is up-converted to the transmit RF frequency.

(4) The RF signal is passed to the AM-6600/WSC-5(V) which amplifies the signal to transmit power levels.

(5) The power amplified RF signal is routed through the SB-3835/WSC-5(V) to the TD-1097/WSC-5(V) which combines the RF signal with up to three other RF signals.

(6) The resulting XMT RF is routed back through the SB-3835/WSC-5(V) to the AM-6601/WSC-5(V).

(7) The AM-6601/WSC-5(V) couples XMT RF to the AN/WSC-5(V) SATCOM antenna transmission line for transmission to the satellite.

b. Receive Signal Flow. Receive signal flow through the AN/WSC-5(V) satellite terminal is as follows:

(1) The AM-6601/WSC-5(V) isolates RCV RF from the AN/WSC-5(V) SATCOM antenna transmission line and provides amplification to the received signal.

(2) The amplified RCV RF is routed through the SB-3835/WSC-5(V) where the signal is amplified and split into eight separate RCV RF signals. One signal is routed to each R-1842/WSC-5(V) and one to each CV-3068/WSC-5(V).

(3) For modem positions 1 and 4, the R-1842/WSC-5(V) down-converts RCV RF to 70 MHZ RCV and routes the signal to the SB-4123/WSC-5(V). For modem positions other than 1 and 4, the CV-3068/WSC-5(V) splits the RCV RF into 3 separate signals, down-converts each to 70 MHZ RCV and routes the signals to the SB-4123/WSC-5(V).

(4) 70 MHZ RCV OUTPUT is routed through the SB-4123/WSC-5(V) to the TD-1271B/U.

5-3.2 AN/WSC-3(V) SHORE SATELLITE TERMINAL. The satellite terminal performs the functions of transmitting signals to, and receiving signals from, a GAPFILLER, FLTSATCOM or LEASAT satellite. The transmit and receive functions described in the following subparagraphs discuss specific equipment interfaces required to perform these functions. Table 5-14 lists all the signals discussed below; FO-41 diagrams signal flow.

5-3.2.1 RT-1107/WSC-3 Transceiver Baseband Functions. The interface signals between the user terminal and the RT-1107/WSC-3 transceiver are discussed below. Actual application of these interface signals will differ with the connected user terminal equipment. Refer to section 5-4 for user terminal interfaces to the RT-1107/WSC-3.

Table 5-14. Signal Data Description: AN/WSC-3(V) Shore Satellite Terminal
(Reference FO-41)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Transceiver/ User Terminal | DATA KEYLINE | Ground in transmit Open when not* | ON-143(V)/USQ J1 or C-9899/WSC-3 J1 | RT-1107/WSC-3 J2 | 5-3.2.1.a. |
| | XMT BIT TIMING | ±6 VDC 75 to 9600 Hz** | RT-1107/WSC-3 J2 or ON-143(V)/USQ J1 | ON-143(V)/USQ J1 or RT-1107/WSC-3 J2 | 5-3.2.1.b. |
| | XMT LL DATA | ±6 VDC 75 to 9600 bps** | ON-143(V)/USQ J1 or TSEC/KW-7 (via KWX-11/TSEC J1) | RT-1107/WSC-3 J2 (PSK/FSK DATA IN = XMT LL DATA) | 5-3.2.1.c. |
| | RCV BIT TIMING | ±6 VDC 75 to 9600 Hz** | RT-1107/WSC-3 J2 | ON-143(V)/USQ J1 | 5-3.2.1.d. |
| | RCV LL DATA | ±6 VDC 75 to 9600 bps** | RT-1107/WSC-3 J2 (PSK/FSK DATA OUT = RCV LL DATA) | ON-143(V)/USQ J1 or TSEC/KW-7 (via KWX-11/TSEC J2) | 5-3.2.1.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive -6 VDC when not | RT-1107/WSC-3 J2 | ON-143(V)/USQ J1 | 5-3.2.1.f. |
| | DATA SIG ACQ IND | Ground in receive Open when not* | RT-1107/WSC-3 J3 | ON-143(V)/USQ J1 or C-9899/WSC-3 J1 | 5-3.2.1.g. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not* | RT-1107/WSC-3 J2 | ON-143(V)/USQ J1 or C-9899/WSC-3 J1 | 5-3.2.1.h. |
| | XMT WB VOICE | 12 V peak-to-peak 25-kHz bandwidth | TSEC/KY-75 J2 or TSEC/KY-58 J1 | RT-1107/WSC-3 J2 | 5-3.2.1.i |
| | RCV WB VOICE | 12 V peak-to-peak 25-kHz bandwidth# | RT-1107/WSC-3 J2 | TSEC/KY-75 J2 or TSEC/KY-58 J1 | 5-3.2.1.j |

See footnotes at the end of the table

Table 5-14. Signal Data Description: AN/WSC-3(V) Shore Satellite Terminal - CONT
(Reference FO-41)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Transceiver/ User Terminal - continued | PTT KEYLINE | Ground in transmit Open when not* | TSEC/KY-75 J2 or TSEC/KY-58 J1 | RT-1107/WSC-3 J3 | 5-3.2.1.k |
| Transceiver/ Antenna | XMT RF | 225.000 to 399.975 MHz 100 watts maximum | RT-1107/WSC-3 J8 | SATCOM Antenna | 5-3.2.2.a. |
| | RCV RF | 225.00 to 399.975 MHz | SATCOM Antenna | RT-1107/WSC-3 J9 | 5-3.2.2.b. |

*Some voltage is present when open.

**According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

#Audio signal level (dB) varies with different versions of the AN/WSC-3.

a. DATA KEYLINE. DATA KEYLINE is provided by the user terminal and used by the transceiver to place it in transmit. The signal is at ground in transmit and open when not in transmit. The RT-1107/WSC-3 outputs a +2 VDC bias voltage when this signal is open.

b. XMT BIT TIMING. TRANSMIT BIT TIMING is a black clock signal that is generated by the transceiver and used by the user terminal to clock XMT LL DATA out. The signal levels of XMT BIT TIMING are ±6 VDC.

c. XMT LL DATA. TRANSMIT LOW LEVEL DATA is a black (encrypted) digital data stream that is clocked out of the user terminal on the low-to-high transition of XMT BIT TIMING. The signal levels of XMT LL DATA are ±6 VDC.

d. RCV BIT TIMING. RECEIVE BIT TIMING is a black clock signal that is generated by the transceiver and used by the user terminal to clock RCV LL DATA in. The signal levels of RCV BIT TIMING are ±6 VDC.

e. RCV LL DATA. RECEIVE LOW LEVEL DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV BIT TIMING. The signal levels of RCV LL DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating RCV LL DATA and RCV BIT TIMING. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive (signal acquired) and -6 VDC when idle.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the transceiver and used by the user terminal to turn on the receive indicate lamp. DATA SIG ACQ IND is at ground when a signal with data present is being received and open when idle.

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the transceiver and used by the user terminal to turn on the transmit indicate lamp. GROUND IN TRANSMIT is at ground in transmit and open when idle.

i. XMT WB VOICE. TRANSMIT WIDEBAND VOICE is a secure voice input with a 25-kHz bandwidth at 12 V peak-to-peak.

i. RCV WB VOICE. RECEIVE WIDEBAND VOICE is a secure voice output with a 25-kHz bandwidth at 0.5 V peak-to-peak.

j. PTT KEYLINE. PUSH-TO-TALK KEYLINE is provided by the user terminal and used by the transceiver to place it in transmit. The signal is at ground in transmit and open when not in transmit. The RT-1107/WSC-3 outputs a +12 VDC bias voltage when this signal is open.

5-3.2.2 RT-1107/WSC-3 Transceiver Radio Frequency Functions. The interface signals between the RT-1107/WSC-3 and the antenna group are discussed below.

a. XMT RF. TRANSMIT RF is a modulated RF signal within the frequency range of 225.000 to 399.975 MHz. The transmitter power output is 100 watts (maximum).

b. RCV RF. RECEIVE RF is a modulated RF signal within the frequency range of 225.000 to 399.975 MHz.

5-3.2.3 Antenna Group Functions. The antenna directs/radiates RF power to a satellite and receives/captures RF signals radiated from a satellite. To accomplish this function the antenna must be in view of the satellite (not blocked) and must be pointed/focused at the satellite. The antenna group may also incorporate a diplexer to couple/isolate XMT RF and RCV RF to the antenna transmission line.

5-3.3 AN/SSR-1 AND AN/SSR-1A SHORE SATELLITE TERMINAL. The AN/SSR-1 or AN/SSR-1A terminal performs the functions of receiving downlink signals relayed by a GAPFILLER, FLTSATCOM or LEASAT satellite, down-converting, demodulating, demultiplexing and providing 16 75-baud teletype outputs. Ashore, this terminal provides the capability of receiving the FLTSATBCST signal for off-the-air monitoring and rekeying. Table 5-15 lists all the signals discussed below; FO-45 diagrams signal flow.

5-3.3.1 Antenna Functions. The RF signal received by the antenna was transmitted by a shore station and relayed by a satellite. The frequency of the received carrier is in the range of 248.85 to 258.85 MHz, and the signal level ranges from background noise to -97 dBm maximum. From the antenna, the received signal is coupled through a coaxial cable to an AM-6534/SSR-1 amplifier-converter.

5-3.3.2 AM-6534/SSR-1 Amplifier-Converter Functions. The AM-6534/SSR-1 functions include filtering, RF signal amplification, frequency down-converting, IF signal amplification and switching of the input signal (test mode only). The RF input from the antenna is filtered to preserve the system noise figure and suppress out-of-band interference. The AM-6534/SSR-1 receives a local oscillator (LO) signal and +20 VDC operating power from the MD-900/SSR-1 combiner-demodulator. These signals are coupled to the AM-6534/SSR-1 via a twinaxial cable. The LO signal is -23 dBm at the AM-6534/SSR-1 input. The LO signal is mixed with the received RF to derive an IF signal (approximately 19.95 MHz). This signal is coupled to the MD-900/SSR-1 also through the twinaxial cable. The +12 VDC relay power is present only when the NORM-OFF-RLY switch (inside the MD-900/SSR-1) is set to RLY. This +12 VDC is coupled to the AM-6534/SSR-1 also via the twinaxial cable. This voltage is used to energize a relay that disconnects the antenna from the AM-6534/SSR-1 RF input and terminates its input with a 50-ohm load. With the other three channels turned off, the gain of the amplifier-filter modules in the MD-900/SSR-1 can be set without the influence of a signal.

5-3.3.3 MD-900/SSR-1 Combiner-Demodulator Functions. The MD-900/SSR-1 provides 2 functions: it supplies the LO signal and +20 VDC power for operation of each AM-6534/SSR-1 and it provides +12 VDC relay voltage in the test mode. The incoming IF signal is coupled through the same twinaxial cable that couples the outgoing LO signal and +20 VDC power. The frequency of this IF signal is 19.95 MHz nominal and the signal level is -54 dBm maximum. Noise components and unwanted frequencies are removed by a narrowband filter. The signal demodulation depends on the setting of the DEMOD MODE switch (FM or PSK). For FM, the demodulated signal is a 300 to 3,400-Hz tone package at a level which is adjustable from -25 to +10 dBm. For PSK, the demodulated signal is a 1,200-bps data stream at a signal level of 1 volt peak-to-peak minimum. The demodulated FM or PSK signal may be monitored at the OUTPUT MONITOR

EE130-PL-OMI-020/W142-UHFSATCOM

Table 5-15. Signal Data Description: AN/SSR-1 and AN/SSR-1A Shore Satellite Terminal (Reference FO-45)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Antenna/Amplifier-Converter | RF Output | 248.85 to 258.85 MHz<br>-132 dBm to -97 dBm | SATCOM Antenna | AM-6534/SSR-1 J1 | 5-3.3.1 |
| Amplifier-Converter/ Combiner-Demodulator | AM-6534/SSR-1 IF | 19.95 MHz (nominal)<br>-108 dBm to -54 dBm | AM-6534/SSR-1 J2 | MD-900/SSR-1 J2, J3, J4 or J5 | 5-3.3.2 |
| | MD-900/SSR-1 Relay Power | +12 VDC | MD-900/SSR-1 J2, J3, J4 or J5 | AM-6534/SSR-1 J2 | 5-3.3.2 |
| | MD-900/SSR-1 LO | 229 to 239 MHz<br>-23 dBm (minimum) | MD-900/SSR-1 J2, J3, J4 or J5 | AM-6534/SSR-1 J2 | 5-3.3.2 |
| | MD-900/SSR-1 DC Power | +20 VDC | MD-900/SSR-1 J2, J3, J4 or J5 | AM-6534/SSR-1 J2 | 5-3.3.2 |
| Combiner-Demodulator/ Demultiplexer | MD-900/SSR-1 Serial Data | 1200 bps serial data<br>1 V peak-to-peak (minimum) | MD-900/SSR-1 J6 | TD-1063/SSR-1 J4 | 5-3.3.3 |
| | MD-900/SSR-1 Audio Tone Package | 300 to 3400 Hz<br>-25 dBm to +10 dBm | MD-900/SSR-1 J7 | HF Transmitter or VFCT Multiplexer | 5-3.3.3 |
| Demultiplexer/User Terminal Equipment | TD-1063/SSR-1 Baseband Outputs CHANNEL 1-16 | 75 baud TTY keying<br>Short/open circuit | TD-1063/SSR-1 J2 and J3 | VFCT Multiplexer or Crypto/Teletype Equipment | 5-3.3.4 |
| | TD-1063A/SSR-1 Baseband Outputs CHANNEL 1-16 | ±6 VDC 75 baud TTY<br>or<br>75 baud TTY keying<br>Short/open circuit | TD-1063A/SSR-1 J2 and J3 | VFCT Multiplexer or Crypto/Teletype Equipment | 5-3.3.4 |

jack on the front panel by means of a headset. For FM, the tone package is output to HF transmitter equipment for rekey. For PSK, the 1,200-bps data stream is output to the TD-1063/SSR-1 or TD-1063A/SSR-1 demultiplexer.

5-3.3.4 TD-1063/SSR-1 and TD-1063A/SSR-1 Demultiplexer Functions. The TD-1063/SSR-1 and the TD-1063A/SSR-1 perform the same function and only differ in their outputs. This discussion applies to both unless otherwise indicated. During operation in the FM mode the TD-1063/SSR-1 is not used. In the PSK mode the TD-1063/SSR-1 processes the 1,200-bps data stream, supplied by the MD-900/SSR-1, to derive 15 data output channels. The 16th channel contains a repetitive synchronization pattern that is also available for quality control monitoring by teletype or test equipment. The TD-1063/SSR-1 is capable of keying 20 to 120-milliampere, neutral telegraph loops. The TD-1063A/SSR-1 can drive low level ±6 VDC interfaces (with replacement of the TTY switch driver modules) as well as key high level telegraph loops. These interfaces are discussed in section 5-4.

5-3.3.5 AN/SSR-1 and AN/SSR-1A DAMA Operations. With the implementation of DAMA in the Navy UHF SATCOM System, the AN/SSR-1 and AN/SSR-1A terminal will be provided with an additional mode of operation. In this FLTSATBCST fallback mode, the DAMA multiplexer outputs a 1,200-bps data stream which is patched directly to the TD-1063/SSR-1 or TD-1063A/SSR-1, bypassing the MD-900/SSR-1. An added testing capability not presently found on the AN/SSR-1 and AN/SSR-1A terminal allows for the monitoring of the 1,200-bps data stream from the MD-900/SSR-1 or TD-1271B/U via a monitor panel. This monitoring will aid in troubleshooting and confidence testing the AN/SSR-1 or AN/SSR-1A terminal.

5-3.4 OK-481(V)2/FSC AND OW-101/FSC DAMA SHORE SATELLITE TERMINALS. The OK-481(V)2/FSC and OW-101/FSC provide the physical interfaces between user terminal equipment, receiver/transmitter equipment, and the TD-1271B/U multiplexer(s). The OK-481(V)2/FSC interfaces with the AN/WSC-5(V) satellite communications set. The OW-101/FSC interfaces with the AN/WSC-3(V) satellite communications set. The following subparagraphs discuss the TD-1271B/U and its specific interfaces. Table 5-16 lists all the signals discussed below. FO-48 diagrams signal flow in the OK-481(V)2/FSC DAMA satellite terminal. FO-52 and FO-53 diagram signal flow in the OW-101/FSC DAMA satellite terminal half and full duplex radio configurations, respectively.

5-3.4.1 TD-1271B/U Multiplexer. The TD-1271B/U performs the functions of combining up to 4 baseband digital data streams into 1 time division multiplexed serial data stream, PSK modulating a 70-MHz IF carrier and providing this IF to the radio group for transmission to a satellite. The TD-1271B/U also receives a 70-MHz IF modulated carrier from the radio group, downconverts, demodulates, demultiplexes and provides up to 4 digital data stream outputs to baseband equipment. The TD-1271B/U accomplishes these functions using time division multiple access (TDMA) technology. The primary TDMA mode for Navy operations of the TD-1271B/U is the TDMA-1 mode. TDMA-1 provides 1,696 unique frame formats to accommodate various user data rates, receiver sensitivity and the radio frequency interference (RFI) environment. There are two additional TDMA modes (TDMA-2 and TDMA-3). These two modes of operation are designed for aircraft use and have wide guard times between bursts to allow for platform motion and operation without ranging. These 2 modes only allow 75-baud user data rates. Two non-TDMA modes use the TD-1271B/U as a standard modem with no multiplexing on the channel. (The non-TDMA modes will

Table 5-16. Signal Data Description: OK-481(V)2/FSC and OW-101/FSC DAMA Shore Satellite Terminals
(Reference FO-48, FO-52 and FO-53)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| DAMA Multiplexer/ User Terminal | DATA SLOT TIME MARK | ±6 VDC*, 5-msec pulse to −6 VDC generated every 1.386 seconds | TD-1271B/U A46J1-J4 | ON-143(V)9/USQ J1 | 5-3.4.1.2.a. |
| | XMIT REQ | +6 VDC when transmit requested<br>-6 VDC when not | ON-143(V)/USQ J1<br>or<br>C-11330/WSC-5(V) J1 (DATA KEYLINE = XMIT REQ) | TD-1271B/U A46J1-J4 | 5-3.4.1.2.b. |
| | GND LEVEL KEY | Ground potential when transmit requested<br>Open when not# | ON-143(V)/USQ J1<br>or<br>C-9899/WSC-3 J1 (DATA KEYLINE = GND LEVEL KEY) | TD-1271B/U A46J1-J4 | 5-3.4.1.2.c. |
| | OUTPUT CLOCK B | ±5 VDC* | TD-1271B/U A46J1-J4 | ON-143(V)/USQ J1 (XMT CLOCK = OUTPUT CLOCK B) | 5-3.4.1.2.d. |
| | INPUT CLOCK | ±6 VDC** | Station Clock<br>or<br>ON-143(V)/USQ J1 (XMT CLOCK = INPUT CLOCK) | TD-1271B/U A46J1-J4 | 5-3.4.1.2.e. |
| | SERIAL INPUT DATA | ±6 VDC** | ON-143(V)/USQ J1 (XMT DATA = SERIAL INPUT DATA)<br>or<br>TSEC/KW-7 (via KWX-11/TSEC J2) (E-D SIGNAL INPUT - SERIAL INPUT DATA) | TD-1271B/U A46J1-J4 | 5-3.4.1.2.f. |

See footnotes at the end of the table

Table 5-16. Signal Data Description: OK-481(V)2/FSC and OW-101/FSC DAMA Shore Satellite Terminals - CONT (Reference FO-48, FO-52 and FO-53)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| DAMA Multiplexer/ User Terminal - continued | OUTPUT CLOCK A | ±5 VDC* | TD-1271B/U A46J1-J4 | ON-143(V)/USQ J1 (RCV CLOCK = OUTPUT CLOCK A) | 5-3.4.1.2.g. |
| | OUTPUT DATA | ±5 VDC* | TD-1271B/U A46J1-J4 | ON-143(V)/USQ J1 (RCV DATA = OUTPUT DATA) or TSEC/KW-7 (via KWX-11/TSEC J1) (C-K SIGNAL OUTPUT = OUTPUT DATA) | 5-3.4.1.2.h. |
| | TX ACK | +6 VDC when ready to accept SERIAL INPUT DATA -6 VDC when not* | TD-1271B/U A46J1-J4 | ON-143(V)/USQ J1 or DSD J2 | 5-3.4.1.2.i. |
| | TX ACK LAMP | Ground potential when ready to accept SERIAL INPUT DATA Open when not# | TD-1271B/U A46J1-J4 | ON-143(V)/USQ J1 or C-11330/WSC-5(V) J1 (GROUND IN TRANSMIT = TX ACK LAMP) | 5-3.4.1.2.j. |
| | SIG ACQ | +6 VDC when a burst is received that contains data for the connected I/O port -6 VDC when not | TD-1271B/U A46J1-J4 | ON-143(V)/USQ J1 or DSD J2 (DATA MODE CHANNEL BUSY = SIG ACQ) | 5-3.4.1.2.k. |
| | SIG ACQ LAMP | Ground potential when a burst is received that contains data for the connected I/O port Open when not# | TD-1271B/U A46J1-J4 | ON-143(V)/USQ J1 or C-11330/WSC-5(V) J1 (DATA SIG ACQ IND = SIG ACQ LAMP) | 5-3.4.1.2.l. |
| | LOOPBACK | +6 VDC when in LOOPBACK mode -6 VDC when not* | ON-143(V)9/USQ J1 | TD-1271B/U A46J1-J4 | 5-3.4.1.2.m. |

See footnotes at the end of the table

Table 5-16. Signal Data Description: OK-481(V)2/FSC and OW-101/FSC DAMA Shore Satellite Terminals - CONT
(Reference FO-48, FO-52 and FO-53)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| DAMA Multiplexer/ Remote Request Interfaces | RRU TX | ±5 VDC* | TD-1271B/U A46A2J1-J4 | (TBD) | 5-3.4.1.3.a. |
| | RRU RX | ±6 VDC** | (TBD) | TD-1271B/U A46A2J1-J4 | 5-3.4.1.3.b. |
| | RRU $\overline{CTS}$ | -6 VDC when RRI is connected<br>0 VDC when not | (TBD) | TD-1271B/U A46A2J1-J4 | 5-3.4.1.3.c. |
| DAMA Multiplexer/ Timing Bus | SYNC IN | Timing bus output | SB-4179/FSC | TD-1271B/U A46J7 | 5-3.4.1.5 |
| | SYNC OUT | Timing bus input | TD-1271B/U A46J8 | SB-4179/FSC | 5-3.4.1.5 |
| DAMA Multiplexer/ Transceiver## | 70 MHz IF XMT | Phase shift keyed IF centered at 70 MHz, 0 dBm ±1 dBm | TD-1271B/U J5 | RT-1107/WSC-3 J5 (EXT MODEM IN = 70 MHz IF XMT) or SB-4123/WSC-5(V) | 5-3.4.1.6.a. |
| | 70 MHz IF RCV | Phase shift keyed IF centered at 70 MHz, -108 dBm to -53 dBm (nominally -85 dBm to -108 dBm from RT-1107A/WSC-3) | RT-1107/WSC-3 J6 (EXT MODEM OUT = 70 MHz IF RCV) or SB-4123/WSC-5(V) | TD-1271B/U J2 | 5-3.4.1.6.b. |
| | GND KEY R/T | Ground potential when in transmit<br>Open when not# | TD-1271B/U A46J6 | RT-1107/WSC-3 J2 (DATA KEYLINE = GND KEY R/T) | 5-3.4.1.7.a. |
| | PRESET CHANNEL SELECT | 5-wire code + return unbalanced* | TD-1271B/U A46J6 | RT-1107/WSC-3 J3 | 5-3.4.1.7.b. |

See footnotes at the end of the table

Table 5-16. Signal Data Description: OK-481(V)2/FSC and OW-101/FSC DAMA Shore Satellite Terminals - CONT
(Reference FO-48, FO-52 and FO-53)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| DAMA Multiplexer/ Transceiver## - continued | RCV PRESET CHANNEL SELECT | 5-wire code + return unbalanced* | TD-1271B/U A46J6 | RT-1107/WSC-3 J3 | 5-3.4.1.7.b. |
| | REMOTE INTERLOCK | Ground potential | TD-1271B/U A46J6 | RT-1107/WSC-3 J3 | 5-3.4.1.7.c. |

*According to MIL-STD-188-114, Military Standard, Electrical Characteristics of Digital Interface Circuits, 24 March 1976.

**According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

#Some voltage is present when open.

##An RT-1107A/WSC-3 must be used for a half duplex radio configuration. For a full duplex radio configuration, any DAMA modified RT-1107/WSC-3 can be used as the transmitter and any RT-1107/WSC-3 as the receiver.




Figure 5-1. TDMA Frame Format Structures

not operate with present baseband equipment; no control functions are provided.) The non-TDMA modes operate at 2,400 or 16,000 bps. The TDMA frame format structures are shown in Figure 5-1.

5-3.4.1.1 TDMA-1 Frame Format Structure. The TDMA-1 frame format structure provides choices of input data rates of 75, 300, 600, 1,200, 2,400, 4,800 and 16,000 bps and output burst rates of 9,600, 19,200 and 32,000 symbols per second (sps) using either 1/2 or 3/4 rate convolutional coding. Symbols are constructed in the error control circuitry from the input data bits. The 1/2 rate coding, used in higher noise environments, produces 2 symbols for 1 input data bit while the 3/4 rate coding, used in lower noise environments, produces 4 symbols for 3 input data bits. The 9,600 and 19,200-sps burst rates use bi-phase shift key (BPSK) modulation while the 32,000-sps burst rate uses differentially encoded quadra-phase shift key (DEQPSK) modulation. The TDMA-1 frame interval is 1.386 seconds and is divided into 7 time slots that are discussed below.

a. Data Time Slots. There are three data time slot segments: A, B and C. Each of these may be assigned one of many different formats which, when coupled with each other, provide 1,696 unique frame formats for communications.

b. Orderwire Time Slots. There are two orderwire time slots. The Channel Control Orderwire (CCOW) is the time slot for the transmission of system timing and control information from the channel controller to subscriber units. It provides the subscriber units with information such as system timing and configuration of a particular satellite RF channel. This transmission occurs at the beginning of each frame. The Return Channel Control Orderwire (RCCOW) is used by the subscriber unit operator to provide information to the channel controller. Transmissions on the CCOW are received by all subscriber units; transmissions on the RCCOW are received only by the channel controller. When implemented, the TSEC/KGV-11 electronic key generator will cryptographically protect the CCOW and RCCOW.

c. Link Test Time Slot. This slot is used to conduct a link test to determine system link performance. The link test time slot is a buffer which protects the CCOW during half duplex receiver/transmitter (R/T) operation. It prevents baseband slot transmission from occurring simultaneously with reception of the CCOW data. This interference between time slots is referred to as contention. It occurs only for a terminal which is operating half duplex and does not effect any other terminal.

d. Ranging Time Slot. In order to transmit user data, each unit must first acquire range lock. The ranging time slot provides a time period in each odd frame which is sequentially used by each unit in a coverage area to establish transmit synchronization. This allows the guard time between time slots to be minimized. All time slots have at least 875 microseconds of unmodulated carrier time to accommodate transmit RF power turn-on plus synthesizer frequency settling. A minimum of 1.2 milliseconds of guard time between adjacent bursts is provided for satellite range variations during periods of no ranging activity, except after CCOW transmission in which case the guard time is 820 microseconds. After range lock has been acquired, periodic ranging is automatically performed; the time between rangings may not exceed 95 minutes.

5-3.4.1.2 TD-1271B/U Multiplexer Input/Output (I/O) Port Interface. The TD-1271B/U has four I/O ports. Given below are the interface signals for one I/O port. The interface signals used will differ according to which user terminal is connected to the I/O port; this discussion is applicable to all interfaced user terminals. Refer to section 5-4 for user terminal interfaces to the TD-1271B/U.

a. DATA SLOT TIME MARK. DATA SLOT TIME MARK is a low level, unbalanced output that is active only when the associated I/O port is assigned to a DAMA time slot. The signal is generated for each DAMA slot once each DAMA frame (1.386 seconds). Normally at +6 VDC, DATA SLOT TIME MARK is a 5 millisecond pulse to -6 VDC with the transition back to +6 VDC coincident with GND KEY R/T going to ground (if there is data to transmit). This signal indicates to baseband equipment when the DAMA frame transmit time occurs for the I/O port. The signal is used in the ON-143(V)9/USQ to synchronize the timing of data transmissions.

b. XMIT REQ. TRANSMIT REQUEST is a balanced or unbalanced input with signal levels of ±6 VDC. At +6 VDC, this input will indicate to the TD-1271B/U that baseband equipment is ready to output digital data; -6 VDC indicates baseband equipment is idle. XMIT REQ must remain at -6 VDC for a minimum of 7 milliseconds before rekeying. Baseband equipment interprets this signal or GND LEVEL KEY (see below) as DATA KEYLINE.

c. GND LEVEL KEY. GROUND LEVEL KEY is a ground/open input. Ground potential at this input will indicate to the TD-1271B/U that baseband equipment is ready to output digital data; an open input indicates baseband equipment is idle. GND LEVEL KEY must remain open for a minimum of seven milliseconds before rekeying. When open, approximately +4 VDC from the TD-1271B/U is present. Baseband equipment interprets this signal or XMIT REQ (see above) as DATA KEYLINE.

d. OUTPUT CLOCK B. OUTPUT CLOCK B is a low level, balanced or unbalanced output generated by the TD-1271B/U. Either this signal or INPUT CLOCK (see below) is used by baseband equipment to clock SERIAL INPUT DATA into the TD-1271B/U. The signal levels of OUTPUT CLOCK B are ±5 VDC. Baseband equipment interprets this signal as XMT CLOCK.

e. INPUT CLOCK. INPUT CLOCK is a low level, balanced or unbalanced input generated by the IG or station clock. Either this signal or OUTPUT CLOCK B (see above) is used by baseband equipment to clock SERIAL INPUT DATA into the TD-1271B/U. The signal levels of INPUT CLOCK are ±6 VDC. Baseband equipment interprets this signal as XMT CLOCK.

f. SERIAL INPUT DATA. SERIAL INPUT DATA is a low level, balanced or unbalanced input. The signal levels of SERIAL INPUT DATA are ±6 VDC. Baseband equipment interprets this signal as XMT DATA.

g. OUTPUT CLOCK A. OUTPUT CLOCK A is a low level, balanced or unbalanced output. The signal is used by baseband equipment to clock OUTPUT DATA from the TD-1271B/U into baseband equipment. The signal levels of OUTPUT CLOCK A are ±5 VDC. Baseband equipment interprets this signal as RCV CLOCK.

h. OUTPUT DATA. OUTPUT DATA is a low level, balanced or unbalanced output. The signal levels of OUTPUT DATA are ±5 VDC. Baseband equipment interprets this signal as RCV DATA.

i. TX ACK. TRANSMIT ACKNOWLEDGE is a low level, balanced or unbalanced output. A signal level of +6 VDC indicates that the TD-1271B/U is ready to accept data for transmission. A signal level of -6 VDC indicates the TD-1271B/U is idle. The signal will switch from -6 VDC to +6 VDC within 5 milliseconds after the TD-1271B/U receives GND LEVEL KEY or XMIT REQ.

j. TX ACK LAMP. TRANSMIT ACKNOWLEDGE LAMP is a ground/open output. This status signal is used by baseband equipment to turn on the transmit indicate lamp. Ground potential indicates that the TD-1271B/U is ready to accept data for transmission; an open indicates the TD-1271B/U is idle. When open, TX ACK LAMP will be at +6 VDC from the TD-1271B/U via the transmit indicate lamp in the user terminal. Baseband equipment interprets this signal as GROUND IN TRANSMIT.

k. SIG ACQ. SIGNAL ACQUIRED is a low level, unbalanced output. A signal level of +6 VDC indicates to baseband equipment that a burst is being received that contains data for the I/O port assigned a time slot. A signal level of -6 VDC indicates the TD-1271B/U I/O port is idle. The signal will switch from -6 VDC to +6 VDC approximately 1 millisecond before the first data bit is transferred from the I/O port and will switch back to -6 VDC after the last data bit has been transferred to baseband equipment. Baseband equipment may interpret this signal as DATA MODE CHANNEL BUSY.

l. SIG ACQ LAMP. SIGNAL ACQUIRED LAMP is a ground/open output. This status signal is used by baseband equipment to turn on the receive indicate lamp. Ground potential indicates that a burst is being received that contains data for the I/O port assigned a time slot; an open indicates the TD-1271B/U I/O port is idle. When open, SIG ACQ LAMP will be at +6 VDC from the TD-1271B/U via the lamp in the user terminal. Baseband equipment interprets this signal as DATA SIG ACQ IND.

m. LOOPBACK. LOOPBACK is a balanced or unbalanced input with signal levels of ±6 VDC. When LOOPBACK is +6 VDC:

(1) SERIAL INPUT DATA is routed to OUTPUT DATA,

(2) TX ACK is forced to +6 VDC,

(3) SIG ACQ is forced to +6 VDC,

(4) OUTPUT CLOCK A is taken from INPUT CLOCK if TD-1271B/U is strapped for external clock. If strapped for internal clock, OUTPUT CLOCK A is recovered from SERIAL INPUT DATA,

(5) OUTPUT CLOCK B is unchanged.

This signal can be used with an external computer (ON-143(V)9/USQ) to test the integrity of the interface to the I/O port without an actual assignment of a DAMA time slot.

5-3.4.1.3 TD-1271B/U Multiplexer Remote Request Interface (RRI) Port. The TD-1271B/U has four RRI ports which correspond to the four I/O ports. Given below are the interface signals for one RRI port. This discussion applies to all four RRI ports. The application of the RRI function is under review.

a. RRU TX. REMOTE REQUEST UNIT TRANSMIT is a low level balanced or unbalanced output. This signal outputs serial status and data stream to baseband equipment.

b. RRU RX. REMOTE REQUEST UNIT RECEIVE is a low level balanced or unbalanced input. This signal inputs serial status and data stream from baseband equipment to the TD-1271B/U.

c. RRU $\overline{\text{CTS}}$. REMOTE REQUEST UNIT CLEAR TO SEND (NOT) is an unbalanced TTL compatible -6 VDC input. This signal indicates to the TD-1271B/U that baseband equipment is connected to the RRI port.

5-3.4.1.4 TD-1271B/U Multiplexer Teletype (TTY) Interface. The TD-1271B/U may be strapped to operate with either a 20 or 60-milliampere current loop. This capability is not used ashore and the TTY I/O connector (J5) is not wired to the baseband patch panel.

5-3.4.1.5 TD-1271B/U Multiplexer Synchronization (SYNC) Interface. The TD-1271B/U may be patched to either provide or accept synchronization timing to or from other TD-1271B/Us at the station. The synchronization timing of all TD-1271B/Us at the station are interconnected via the SYNC IN and SYNC OUT connectors. The source of system timing is the unit designated by front panel keyboard entry as the system timing generator (STG).

5-3.4.1.6 TD-1271B/U Multiplexer Intermediate Frequency Interface. Given below are the IF interface signals.

a. 70 MHz IF XMT. 70 MHz IF TRANSMIT is a phase shift key modulated IF output to the transceiver. The signal level is 0 ($\pm$1) dBm.

b. 70 MHz IF RCV. 70 MHz IF RECEIVE is a phase shift key modulated IF input from the transceiver. The signal level is -108 to -53 dBm, (nominally -108 to -85 dBm).

5-3.4.1.7 TD-1271B/U Multiplexer Receiver/Transmitter Interface. This interface is not used when operating with the AN/WSC-5(V). However, the interface is provided on the OK-481(V)2/FSC for interconnection of the RT-1107/WSC-3 associated with the AN/FSQ-131 satellite signal analyzer. The RT-1107/WSC-3 will be modified to operate with the TD-1271B/U (see paragraph 5-3.4.2). The TD-1271B/U can operate in a full duplex radio configuration. However, the RT-1107/WSC-3 transceiver is half duplex; to operate full duplex, two RT-1107/WSC-3 transceivers must be used. Full duplex operation provides unrestricted access to all time slots in the DAMA frame; up to four baseband user terminals can be supported. Half duplex operation limits the number of DAMA time slots in which the station can transmit and receive data; a maximum of three baseband user terminals can be supported (due to transmit/receive time slot contention). FO-52 and FO-53 diagram signal flow of the OW-101/FSC DAMA satellite terminal half and full duplex configurations, respectively. Given below are the interface signals required for these configurations.