a. GND KEY R/T. GROUND KEY RECEIVER/TRANSMITTER is a ground/open output. Ground potential at this output commands the transceiver to transmit. When open, the transceiver outputs a +2 VDC bias voltage. The transceiver interprets this signal as DATA KEYLINE.

b. PRESET CHANNEL SELECT. PRESET CHANNEL SELECT is a low level, MIL-STD-188-114 unbalanced output. These signals are provided on a six-wire (five signal, one return) command circuit. The PRESET CHANNEL SELECT circuit provides digital command signals to the transceiver to select the desired preset operating radio frequency. The TD-1271B/U provides two sets of PRESET CHANNEL SELECT signals: XMT and RCV.

(1) In a half duplex configuration only the XMT set is used. The TD-1271B/U supplies XMT PRESET CHANNEL SELECT signals that cause the transceiver to transmit on the desired preset frequency when the key signal supplied by the TD-1271B/U indicates transmit. When the key signal changes to receive the transceiver automatically changes to the proper receive frequency (assuming its frequency offset function is properly set).

(2) In a full duplex configuration the XMT PRESET CHANNEL SELECT signals are connected to the transceiver which is the transmitter. The RCV PRESET CHANNEL SELECT signals are connected to the transceiver which is the receiver. The key signal from the TD-1271B/U is connected to the transmitter with the receiver remaining in the receive mode. The two sets of control lines independently command the transmitter and receiver to change to the desired preset frequency. The preset channels on the transceiver are manually set to the required frequencies.

c. REMOTE INTERLOCK. REMOTE INTERLOCK is a ground output to the transceiver which enables the PRESET CHANNEL SELECT circuits.

5-3.4.2 RT-1107/WSC-3 Transceiver Modifications. The implementation of DAMA into the Navy UHF SATCOM System imposes new requirements on the performance of the RT-1107/WSC-3 transceiver. Specifically, it must be capable of changing frequency and stabilizing on a new frequency (within 50 Hz) in less than 800 microseconds. The non-DAMA RT-1107/WSC-3 requires 40 milliseconds ±10 milliseconds to change and stabilize. A modification developed for the RT-1107/WSC-3 achieves the faster response time. When this modification is installed the RT-1107/WSC-3 becomes the RT-1107A/WSC-3 or, more commonly, the AN/WSC-3A. Presently, the modification only affects the standard SATCOM set (B serial numbers). An interim DAMA modification (IDM) is available for the AN/WSC-3(V)2 and AN/WSC-3(V)3. The IDM provides improved transmission response time but not rapid frequency switching. A modified transceiver (AN/WSC-3A) must be used in the half duplex radio configuration. In the full duplex radio configuration any SATCOM AN/WSC-3(V) can be used for the receiver; however, an AN/WSC-3A or AN/WSC-3A(V) must be used for the transmitter.

5-3.4.3 TD-1271B/U Multiplexer I/O Port Data Transfer. The transfer of data to and from baseband equipment is discussed below.

5-3.4.3.1 Data Transfer Baseband Equipment to TD-1271B/U. The transfer of data from baseband equipment to the TD-1271B/U I/O port is initiated by GND LEVEL KEY or XMIT REQ. The sequence of events is discussed below.

a. The TD-1271B/U interprets GND LEVEL KEY (or XMIT REQ) as a transmit request and will respond with a TX ACK signal and a TX ACK LAMP status signal within five milliseconds. If the baseband equipment employs an ON-143(V)/USQ (e.g., CUDIXS, FLTSAT NBSV), coincident with the generation of GND LEVEL KEY (or XMIT REQ), the IG will begin its transmit sequencing as described in paragraph 5-4.2.1.4. If the baseband equipment is the TSEC/KW-7, the operator must activate the C-8657(P)/UG teletype transmitter control (autophaser) or press the phase button on the KWX-8/TSEC or TSEC/KW-7 which causes the TSEC/KW-7 to output a synchronization (sync) signal.

b. After the TD-1271B/U outputs the TX ACK LAMP signal, it will accept the crypto sync signal (from the TSEC/KG-36 or the TSEC/KW-7) and clock SERIAL INPUT DATA with OUTPUT CLOCK B (or INPUT CLOCK). The TD-1271B/U processes them for output during the next burst time slot assigned to the I/O port.

5-3.4.3.2 Data Transfer TD-1271B/U to Baseband Equipment. The transfer of data from the TD-1271B/U I/O port to the baseband equipment is initiated and controlled by the TD-1271B/U. The sequence of events when a burst is received that contains data in a time slot assigned to the I/O port is discussed below.

a. SIG ACQ goes from -6 VDC to +6 VDC.

b. The TD-1271B/U outputs a SIG ACQ LAMP signal that may turn on a receive indicator in the connected baseband equipment.

c. The TD-1271B/U initiates its own internal processing which includes convolutional decoding, error detection/correction and conversion from the burst rate to the I/O port data rate. The TD-1271B/U clocks OUTPUT DATA to baseband equipment with OUTPUT CLOCK A.

5-4 DETAILED FUNCTIONAL DESCRIPTION, SHORE USER TERMINAL EQUIPMENT INTERFACES. This section discusses user terminal equipment interfaces with the satellite terminal at the detailed level. These discussions cover major control signals and data flow. There is a table listing all signals and a figure diagramming interface signals for each user terminal equipment that interfaces with the satellite terminal.

5-4.1 FLTSATBCST USER TERMINAL EQUIPMENT INTERFACES. The FLTSATBCST user terminal interfaces are discussed in the following subparagraphs. Table 5-17 lists the signals that are discussed below; FO-57 diagrams interface signal flow.

5-4.1.1 Broadcast Control Stations (BCS). In normal operation at the BCS, the FLTSATBCST user terminals (i.e., Broadcast Keying Stations (BKS)) interface to the satellite terminal via the TD-1150/USC time division multiplexer. In fallback operation, the interface can be via the AN/FCC-67 (or equivalent) VFCT multiplexer.

EE130-PL-OMI-020/W142-UHFSATCOM

1Table 5-17. Signal Data Description: FLTSATBCST User Terminal Equipment Interfaces
(Reference FO-57)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| BROADCAST CONTROL STATION | | | | | |
| Crypto/Multiplexer | CHANNEL 1-15 IN | ±6 VDC, 75 baud, balanced 600 ohms | TSEC/KG-14 J5, TSEC/KWT-37 J2 or TSEC/KWT-46 (via MT-4841/HNF-1 J2) | TD-1150/USC J11 | 5-4.1.1.1 |
| Multiplexer/ Transceiver | OUTPUT DATA | ±6 VDC, 1200 bps | TD-1150/USC J9 | AN/FSC-79 or J-4116/WSC-5(V) J7 (XMT DATA = OUTPUT DATA) | 5-4.1.1.1 |
| | OUTPUT CLOCK | ±6 VDC, 1200 Hz | TD-1150/USC J10 | AN/FSC-79 or J-4116/WSC-5(V) J7 (XMT CLOCK = OUTPUT CLOCK) | 5-4.1.1.1 |
| Crypto/VFCT | CHANNEL 1-16 IN | ±6 VDC, 75 baud, balanced 600 ohms | TSEC/KG-14 J5, TSEC/KWT-37 J2 or TSEC/KWT-46 (via MT-4841/HNF-1 J2) | AN/FCC-67 (or equivalent) | 5-4.1.1.2 |
| VFCT/Transceiver | AUDIO TONE PACKAGE | 300-3500 Hz tone package 0 dBm (nominal) | AN/FCC-67 (or equivalent) | CV-3067/WSC-5(V) J14 (REMOTE DATA IN = AUDIO TONE PACKAGE) | 5-4.1.1.2 |
| HF REKEY STATION | | | | | |
| VFCT/Demultiplexer | CHANNEL 1-16 OUT | ±6 VDC, 75 baud, balanced 600 ohms | TD-1063A/SSR-1 J2 or J3 | VFCT | 5-4.1.2.1 |
| HF Transmitter/ Combiner-Demodulator | AUDIO TONE PACKAGE | 300-3500 Hz tone package -25 dBm to +10 dBm | MD-900/SSR-1 J7 | HF Transmitter Equipment | 5-4.1.2.2 |

5-4.1.1.1 TD-1150/USC Functional Interface Description. The TD-1150/USC receives up to 15 channels of 75-baud data from the BKSs (e.g., NAVCOMPARS, STREAMLINER and other sources) via cryptographic equipment. The TD-1150/USC generates a 16th channel containing a sync word (RYs) that may be monitored by teletype or test equipment. The 16 channels are time division multiplexed and output to the AN/FSC-79(V), AN/WSC-5(V) or TD-1271B/U for transmission. The signal is a 1,200-bps data stream at ±6 VDC. The TD-1150/USC also outputs a 1,200-Hz clock signal that may be used to clock the data stream into the satellite terminal.

5-4.1.1.2 AN/FCC-67 (or Equivalent) Functional Interface Description. In this fallback mode, the AN/FCC-67 receives up to 15 channels of 75-baud data from the BKSs (e.g., NAVCOMPARS, STREAMLINER and other sources) via cryptographic equipment. These 15 encrypted channels are frequency division multiplexed and output to the AN/WSC-5(V) for transmission; this is the same signal concurrently (and primarily) used for HF FLTBCST. The signal is a 300 to 3,500-Hz tone package with a level of 0 dBm (nominal). The AN/WSC-5(V) interprets this signal as REMOTE DATA IN.

5-4.1.2 HF Rekey Stations. At HF Rekey Stations, the FLTSATBCST user terminal (i.e., the HF transmission system) interfaces to the AN/SSR-1 or AN/SSR-1A satellite signal receiving set.

5-4.1.2.1 TD-1063/SSR-1 or TD-1063A/SSR-1 Functional Interface Description. The TD-1063/SSR-1 or TD-1063A/SSR-1 demultiplexer provides 15 parallel information data output channels at 75 baud. These 15 channels are output on 2 separate jacks (J2 and J3) with the output on J3 providing a 16th channel containing a sync word (RYs) that may be monitored on teletype or test equipment. The 16 channel outputs are capable of keying 20 to 120 milliampere neutral telegraph loops or, with the replacement of modules, the TD-1063A/SSR-1 can drive low level interfaces at ±6 VDC. The outputs are patchable to appropriate multiplexer equipment. The signals out of the TD-1063/SSR-1 and the TD-1063A/SSR-1 for a high level interface are a short (less than 150 ohms) for a mark and an open (over 100 kohms) for a space. The signals out of the TD-1063A/SSR-1 for a low level interface are +6 VDC (mark) and -6 VDC (space).

5-4.1.2.2 MD-900/SSR-1 Functional Interface Description. The MD-900/SSR-1 combiner-demodulator operates in two modes: FM and PSK. When operating in the PSK mode, a 1,200-bps data stream is output to the TD-1063/SSR-1 or the TD-1063A/SSR-1 for demultiplexing. When operating in the FM mode, the MD-900/SSR-1 outputs a 300 to 3,500-Hz tone package to HF transmitter equipment. The signal level of the tone package is -25 to +10 dBm into 600 ohms at 10-kHz peak deviation.

5-4.2 CUDIXS USER TERMINAL EQUIPMENT INTERFACES. The CUDIXS user terminal interfaces to the satellite terminal via either the ON-143(V)4/USQ or ON-143(V)9/USQ. The following subparagraphs discuss the signals required for the interfaces through the ON-143(V)4/USQ and ON-143(V)9/USQ.

5-4.2.1 ON-143(V)4/USQ CUDIXS User Terminal Equipment Interfaces. The CUDIXS processor interfaces with the satellite terminal via the ON-143(V)4/USQ. The following subparagraphs discuss the signals required for this interface. Table 5-18 lists the signals that are discussed below; FO-59 diagrams interface signal flow.

Table 5-18. Signal Data Description: ON-143(V)4/USQ CUDIXS User Terminal Equipment Interfaces (Reference FO-59)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Processor/IG | LINK ENABLE | +6 VDC in transmit<br>-6 VDC when not | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.2.1.1.a. |
| | END RECEIVE | +6 VDC in receive<br>-6 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.2.1.1.b. |
| | XMT CLOCK | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.2.1.1.c. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.2.1.1.d. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.2.1.1.e. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.2.1.1.f. |
| | ALARM INDICATE | +6 VDC when crypto faulted<br>0 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.2.1.1.g. |
| | MIAR | 0 VDC, 10-msec pulse in reset<br>+6 VDC when not | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.2.1.1.h. |
| | CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.2.1.1.i. |
| IG/Crypto (Red) | PREP | 0 VDC in transmit<br>+6 VDC when not | ON-143(V)4/USQ J15 | TSEC/KG-35,36<br>TB 3-4 | 5-4.2.1.2.a. |
| | GATED CLOCK<br>(XMT & RCV modes) | ±6 VDC* | TSEC/KG-35,36<br>TB 4-1 | ON-143(V)4/USQ J16 | 5-4.2.1.2.b.<br>5-4.2.1.2.c. |
| | XMT DATA | ±6 VDC* | ON-143(V)4/USQ J16 | TSEC/KG-35,36<br>TB 4-5 | 5-4.2.1.2.d. |

See footnotes at the end of the table

EE130-PL-OMI-020/W142-UHFSATCOM

Table 5-18. Signal Data Description: ON-143(V)4/USQ CUDIXS User Terminal Equipment Interfaces - CONT
(Reference FO-59)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Crypto (Red) - continued | RCV DATA | ±6 VDC* | TSEC/KG-35,36 TB 4-9 | ON-143(V)4/USQ J16 | 5-4.2.1.2.e. |
| | ALARM INDICATE | +6 VDC alarm indication 0 VDC when not | TSEC/KG-35,36 TB 3-10 | ON-143(V)4/USQ J15 | 5-4.2.1.2.f. |
| | MIAR | 0 VDC, 10-msec pulse in reset +6 VDC when not | ON-143(V)4/USQ J15 | TSEC/KG-35,36 TB 3-8 | 5-4.2.1.2.g. |
| IG/Crypto (Black) | XMT/RCV CLOCK | ±6 VDC* | ON-143(V)4/USQ J9 | TSEC/KG-35,36 TB 1-1 | 5-4.2.1.2.h. |
| | XMT DATA | ±6 VDC in transmit* +6 VDC when not | TSEC/KG-35,36 TB 1-9 | ON-143(V)4/USQ J9 | 5-4.2.1.2.i. |
| | RCV DATA | ±6 VDC in receive* +6 VDC when not | ON-143(V)4/USQ J9 | TSEC/KG-35,36 TB 1-5 | 5-4.2.1.2.j. |
| IG/Transceiver (Non-DAMA) | DATA KEYLINE | +6 VDC in transmit -6 VDC when not | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J6 (BASEBAND KEYLINE = DATA KEYLINE) | 5-4.2.1.3.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | Station Clock or J-4116/WSC-5(V) J7 | ON-143(V)4/USQ J1 | 5-4.2.1.3.b. |
| | XMT CLOCK (INT) | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J7 | 5-4.2.1.3.b. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J7 | 5-4.2.1.3.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | J-4116/WSC-5(V) J7 | ON-143(V)4/USQ J1 | 5-4.2.1.3.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | J-4116/WSC-5(V) J7 | ON-143(V)4/USQ J1 | 5-4.2.1.3.e. |

See footnotes at the end of the table

Table 5-18. Signal Data Description: ON-143(V)4/USQ CUDIXS User Terminal Equipment Interfaces - CONT (Reference FO-59)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) - continued | DATA MODE CHANNEL BUSY | +6 VDC in receive -6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER LL = DATA MODE CHANNEL BUSY) | ON-143(V)4/USQ J1 | 5-4.2.1.3.f. |
| | DATA SIG ACQ IND | Ground in receive Open when not** | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER = DATA SIG ACQ IND) | ON-143(V)4/USQ J1 | 5-4.2.1.3.g. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not** | J-4116/WSC-5(V) J6 (MODEM READY = GROUND IN TRANSMIT) | ON-143(V)4/USQ J1 | 5-4.2.1.3.h. |

*According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

**Some voltage is present when open.

5-4.2.1.1 AN/UYK-20(V) to ON-143(V)4/USQ Functional Interface Description. The AN/UYK-20(V) interfaces with the ON-143(V)4/USQ via a serial, synchronous I/O channel (channel 13). The interface signals are discussed below.

a. LINK ENABLE. LINK ENABLE is provided by the processor and is used by the IG to initiate transmit sequencing. The signal is +6 VDC in transmit and -6 VDC when not in transmit.

b. END RECEIVE. END RECEIVE is provided by the IG and used by the processor to determine when valid RCV DATA and RCV CLOCK are present. The low-to-high transition of this signal occurs when the IG enables RCV CLOCK to the processor. The high-to-low transition occurs when RCV CLOCK is disabled or DATA MODE CHANNEL BUSY is low. The high-to-low transition generates an END RECEIVE interrupt to the processor. The signal levels of END RECEIVE are ±6 VDC.

c. XMT CLOCK. TRANSMIT CLOCK is gated on by the IG after the 115 millisecond and the 835 bit delay (at the clock rate) following a LINK ENABLE signal. The delay allows transmitter turn-on, frequency stabilization and the crypto synchronization sequence. The signal levels of XMT CLOCK are ±6 VDC.

d. XMT DATA. TRANSMIT DATA is shifted out of the processor on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV CLOCK. RECEIVE CLOCK is gated on by the IG in phase with the first data bit output from the IG. The signal levels of RCV CLOCK are ±6 VDC.

f. RCV DATA. RECEIVE DATA is shifted out of the IG on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

g. ALARM INDICATE. ALARM INDICATE is generated by the crypto and routed through the IG to the processor. This signal generates a fault interrupt in the processor; it requires the processor to disable LINK ENABLE, if active, or to abort received message, if in receive. A voltage level of +6 VDC indicates a crypto fault and 0 VDC indicates this line is inactive.

h. MIAR. MESSAGE INDICATE ALARM RESET is generated in the processor and routed through the IG to the crypto. MIAR is a 10-millisecond pulse that resets the crypto in response to ALARM INDICATE or to a program determined loss of synchronization. A voltage level of 0 VDC resets the crypto and +6 VDC indicates this line is inactive.

i. CHANNEL BUSY. CHANNEL BUSY is generated in the transceiver and routed through the IG to the processor. The low-to-high transition of this signal indicates that the transceiver has acquired an RF signal. The high-to-low transition indicates loss of an acquired RF signal. The signal levels of CHANNEL BUSY are ±6 VDC.

5-4.2.1.2 ON-143(V)4/USQ to TSEC/KG-36 (or TSEC/KG-35) Functional Interface Description. The interface signals between the IG and the crypto are discussed below.

a. PREP. PREP is generated by the IG and applied to the crypto. PREP is a red control signal that is used by the crypto to place it in transmit state. The signal is 0 VDC in transmit and approximately +6 VDC when not in transmit.

b. GATED CLOCK (TRANSMIT MODE). This function applies when the IG is in transmit. GATED CLOCK is a red signal gated by the crypto; it clocks XMT DATA into the crypto on the low-to-high transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

c. GATED CLOCK (RECEIVE MODE). This function applies when the IG is in receive. GATED CLOCK is a red signal gated by the crypto; it clocks RCV DATA out of the crypto on the high-to-low transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

d. XMT DATA (RED). TRANSMIT DATA is a red (unencrypted) digital data stream; it is clocked into the crypto by GATED CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV DATA (RED). RECEIVE DATA is a red (decrypted) digital data stream; it is clocked out of the crypto by GATED CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. ALARM INDICATE. ALARM INDICATE is generated by the crypto and applied to the IG. ALARM INDICATE is a red status signal that indicates the crypto is in an alarm state. The crypto does not output (black) XMT DATA when it is in the alarm state. To come out of the alarm state, the crypto must be commanded by MIAR to reset its alarm. A signal level of +6 VDC indicates that the crypto is in an alarm state; 0 VDC indicates that the crypto is not in an alarm state.

g. MIAR. MESSAGE INDICATE ALARM RESET is a red control signal that is gated by the IG and applied to the crypto. MIAR is a 10-millisecond pulse that resets the crypto. The reset condition of this signal is 0 VDC and the normal state is +6 VDC.

h. XMT/RCV CLOCK. TRANSMIT/RECEIVE CLOCK is a black clock signal that is generated in the IG. If an external clock is selected XMT/RCV CLOCK is phase locked to XMT CLOCK in transmit and RCV CLOCK in receive. The signal levels of XMT/RCV CLOCK are ±6 VDC.

i. XMT DATA (BLACK). TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the crypto by the low-to-high transition of XMT/RCV CLOCK. The signal levels of XMT DATA are ±6 VDC. XMT DATA is +6 VDC when the crypto is not in transmit.

j. RCV DATA (BLACK). RECEIVE DATA is a black (encrypted) digital data stream that is clocked into the crypto by the high-to-low transition of XMT/RCV CLOCK. The signal levels of RCV DATA are ±6 VDC. RCV DATA is +6 VDC when the crypto is not in receive.

5-4.2.1.3 ON-143(V)4/USQ to AN/WSC-5(V) Functional Interface Description. The interface signals between the IG and the transceiver are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the transceiver to place it in transmit. The signal is +6 VDC in transmit and -6 VDC when not in transmit. This signal is input to the transceiver as BASEBAND KEYLINE.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that is normally provided by the station clock, but can be provided by the transceiver or IG. It is used by the IG to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±6 VDC.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±6 VDC.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the transceiver as OUTPUT DATA TRANSFER LL.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the transceiver; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is at ground in receive and open when idle. When open, +6 VDC is present (via the receive indicator lamp). This signal is output from the transceiver as OUTPUT DATA TRANSFER.

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the transceiver; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is at ground in transmit and open when idle. When open, +6 VDC is present (via the transmit indicator lamp). This signal is output from the transceiver as MODEM READY.

5-4.2.1.4 Transmit Sequence. The transmission of information through the ON-143(V)4/USQ is initiated by the AN/UYK-20(V) providing LINK ENABLE to the IG. This initiates the sequence of events discussed below. (Refer to Figure 5-2.)

a. The IG, upon sensing LINK ENABLE from the AN/UYK-20(V), provides DATA KEYLINE to the transceiver and XMT/RCV CLOCK to the crypto (provided DATA MODE CHANNEL BUSY is idle).

b. The IG then initiates an internal 115-millisecond time delay. This delay allows for transmitter turn-on and stabilization (40, ±10 milliseconds) and, concurrently, the following crypto preparation sequence:

(1) At 89 milliseconds into the 115-millisecond delay, the IG removes XMT/RCV CLOCK from the crypto,

(2) At 6.6 milliseconds after crypto clock removal, the IG provides PREP to the crypto,

(3) Approximately 20 milliseconds after the PREP command, the IG restores XMT/RCV CLOCK to the crypto.

c. Crypto clock restoration enables the crypto to output 841 bits for receive crypto synchronization.

d. After 834 bits have been counted by the crypto, it restores GATED CLOCK to the IG.

e. Upon receiving GATED CLOCK, the AN/UYK-20(V) outputs eight residue bits, then valid data (XMT DATA). The residue bits are ignored by the crypto.

f. XMT DATA is routed through the crypto and black IG interface to the satellite terminal.

5-4.2.1.5 Receive Sequence. The reception of signals relayed by the satellite causes a structured sequence that ensures valid data is output to the AN/UYK-20(V). The sequence of events is discussed below. (Refer to Figure 5-3.)

a. The transceiver demodulates a signal into RCV DATA. The transceiver provides a DATA MODE CHANNEL BUSY signal to the IG; the IG passes CHANNEL BUSY to the AN/UYK-20(V).

b. At the same time, the IG provides XMT/RCV CLOCK to the crypto and RCV DATA is clocked into the crypto. The crypto removes GATED CLOCK from the IG until it receives 841 bits of preamble.

c. The crypto, having received 841 bits of preamble, restores GATED CLOCK to the IG.

d. The IG waits three clock periods, provides RCV CLOCK and clocks valid data (RCV DATA) into the AN/UYK-20(V).

e. When no more signal is received, the transceiver removes DATA MODE CHANNEL BUSY. The IG passes END RECEIVE to the AN/UYK-20(V).

f. The terminal is now free to stay in receive or go into transmit.

5-4.2.2 ON-143(V)9/USQ CUDIXS User Terminal Equipment Interfaces. The CUDIXS processor interfaces with the satellite terminal via the ON-143(V)9/USQ. The following subparagraphs discuss the signals required for this interface. Table 5-19 lists the signals that are discussed below; FO-61 diagrams interface signal flow.

5-4.2.2.1 AN/UYK-20(V) to ON-143(V)9/USQ Functional Interface Description. The AN/UYK-20(V) interfaces with the ON-143(V)9/USQ via a NTDS slow (-15 VDC, 0 VDC) parallel I/O channel. During the transition to DAMA, the AN/UYK-20(V)




* DATA KEYLINE may also be ground in transmit, open when not depending on the transceiver used.

Figure 5-2. Transmit Sequence




Figure 5-3. Receive Sequence

Table 5-19. Signal Data Description: ON-143(V)9/USQ CUDIXS User Terminal Equipment Interfaces (Reference FO-61)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Processor/IG | EFR | 0 VDC when set<br>-15 VDC when not | ON-143(V)9/USQ J10 | AN/UYK-20(V)* | 5-4.2.2.1.a. |
| | EFA | 0 VDC when set<br>-15 VDC when not | AN/UYK-20(V)* | ON-143(V)9/USQ J10 | 5-4.2.2.1.b. |
| | ODR | 0 VDC when set<br>-15 VDC when not | ON-143(V)9/USQ J10 | AN/UYK-20(V)* | 5-4.2.2.1.c. |
| | ODA | 0 VDC when set<br>-15 VDC when not | AN/UYK-20(V)* | ON-143(V)9/USQ J10 | 5-4.2.2.1.d. |
| | OD | 16 data lines<br>-15 VDC = 0<br>0 VDC = 1 | AN/UYK-20(V)* | ON-143(V)9/USQ J10 | 5-4.2.2.1.e. |
| | EIR | 0 VDC when set<br>-15 VDC when not | ON-143(V)9/USQ J11 | AN/UYK-20(V)* | 5-4.2.2.1.f. |
| | EIE | 0 VDC when set<br>-15 VDC when not | AN/UYK-20(V)* | ON-143(V)9/USQ J11 | 5-4.2.2.1.g. |
| | IDR | 0 VDC when set<br>-15 VDC when not | ON-143(V)9/USQ J11 | AN/UYK-20(V)* | 5-4.2.2.1.h. |
| | IDA | 0 VDC when set<br>-15 VDC when not | AN/UYK-20(V)* | ON-143(V)9/USQ J11 | 5-4.2.2.1.i. |
| | ID | 16 data lines<br>-15 VDC = 0<br>0 VDC = 1 | ON-143(V)9/USQ J11 | AN/UYK-20(V)* | 5-4.2.2.1.j. |
| IG/Crypto (Red) | PREP | 0 VDC in transmit<br>+6 VDC when not | ON-143(V)9/USQ J15 | TSEC/KG-35,36<br>TB 3-4 | 5-4.2.2.2.a. |
| | GATED CLOCK<br>(XMT & RCV modes) | ±6 VDC** | TSEC/KG-35,36<br>TB 4-1 | ON-143(V)9/USQ J16 | 5-4.2.2.2.b.<br>5-4.2.2.2.c. |

See footnotes at the end of the table

Table 5-19. Signal Data Description: ON-143(V)9/USQ CUDIXS User Terminal Equipment Interfaces - CONT
(Reference FO-61)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Crypto (Red) - continued | XMT DATA | ±6 VDC** | ON-143(V)9/USQ J16 | TSEC/KG-35,36 TB 4-5 | 5-4.2.2.2.d. |
| | RCV DATA | ±6 VDC** | TSEC/KG-35,36 TB 4-9 | ON-143(V)9/USQ J16 | 5-4.2.2.2.e. |
| | ALARM INDICATE | +6 VDC alarm indication<br>0 VDC when not | TSEC/KG-35,36 TB 3-10 | ON-143(V)9/USQ J15 | 5-4.2.2.2.f. |
| | MIAR | 0 VDC, 10-msec pulse in reset<br>+6 VDC when not | ON-143(V)9/USQ J15 | TSEC/KG-35,36 TB 3-8 | 5-4.2.2.2.g. |
| IG/Crypto (Black) | XMT/RCV CLOCK | ±6 VDC** | ON-143(V)9/USQ J9 | TSEC/KG-35,36 TB 1-1 | 5-4.2.2.2.h. |
| | XMT DATA | ±6 VDC in transmit**<br>+6 VDC when not | TSEC/KG-35,36 TB 1-9 | ON-143(V)9/USQ J9 | 5-4.2.2.2.i. |
| | RCV DATA | ±6 VDC in receive**<br>+6 VDC when not | ON-143(V)9/USQ J9 | TSEC/KG-35,36 TB 1-5 | 5-4.2.2.2.j. |
| IG/DAMA Multiplexer | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not | ON-143(V)9/USQ J1 | TD-1271B/U A46J1-J4 (XMIT REQ = DATA KEYLINE) | 5-4.2.2.3.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz** (normally 2400 Hz) | Station Clock or TD-1271B/U A46J1-J4 (OUTPUT CLOCK B = XMT CLOCK) | ON-143(V)9/USQ J1 | 5-4.2.2.3.b. |
| | XMT CLOCK (INT) | ±5 VDC 1200 to 9600 Hz# (normally 2400 Hz) | ON-143(V)9/USQ J1 | TD-1271B/U A46J1-J4 (INPUT CLOCK = XMT CLOCK) | 5-4.2.2.3.b. |

See footnotes at the end of the table

Table 5-19. Signal Data Description: ON-143(V)9/USQ CUDIXS User Terminal Equipment Interfaces - CONT
(Reference FO-61)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/DAMA Multiplexer - continued | XMT DATA | ±6 VDC 1200 to 9600 bps** (normally 2400 bps) | ON-143(V)9/USQ J1 | TD-1271B/U A46J1-J4 (SERIAL INPUT DATA = XMT DATA) | 5-4.2.2.3.c. |
| | RCV CLOCK | ±5 VDC 1200 to 9600 Hz# (normally 2400 Hz) | TD-1271B/U A46J1-J4 (OUTPUT CLOCK A = RCV CLOCK) | ON-143(V)9/USQ J1 | 5-4.2.2.3.d. |
| | RCV DATA | ±5 VDC 1200 to 9600 bps# (normally 2400 bps) | TD-1271B/U A46J1-J4 (OUTPUT DATA = RCV DATA) | ON-143(V)9/USQ J1 | 5-4.2.2.3.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive -6 VDC when not | TD-1271B/U A46J1-J4 (SIG ACQ = DATA MODE CHANNEL BUSY) | ON-143(V)9/USQ J1 | 5-4.2.2.3.f. |
| | DATA SIG ACQ IND | Ground in receive Open when not## | TD-1271B/U A46J1-J4 (SIG ACQ LAMP = DATA SIG ACQ IND) | ON-143(V)9/USQ J1 | 5-4.2.2.3.g. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not## | TD-1271B/U A46J1-J4 (TX ACK LAMP = GROUND IN TRANSMIT) | ON-143(V)9/USQ J1 | 5-4.2.2.3.h. |
| | DATA SLOT TIME MARK | ±6 VDC#, 5-msec pulse to -6 VDC generated every 1.386 seconds | TD-1271B/U A46J1-J4 | ON-143(V)9/USQ J1 | 5-4.2.2.3.i. |
| IG/Transceiver (Non-DAMA) | DATA KEYLINE | +6 VDC in transmit -6 VDC when not | ON-143(V)9/USQ J1 | J-4116/WSC-5(V) J6 (BASEBAND KEYLINE = DATA KEYLINE) | 5-4.2.2.4.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz** (normally 2400 Hz) | Station Clock or J-4116/WSC-5(V) J7 | ON-143(V)9/USQ J1 | 5-4.2.2.4.b. |
| | XMT CLOCK (INT) | ±6 VDC 1200 to 9600 Hz** (normally 2400 Hz) | ON-143(V)9/USQ J1 | J-4116/WSC-5(V) J7 | 5-4.2.2.4.b. |

See footnotes at the end of the table

Table 5-19. Signal Data Description: ON-143(V)9/USQ CUDIXS User Terminal Equipment Interfaces - CONT (Reference FO-61)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) - continued | XMT DATA | ±6 VDC 1200 to 9600 bps** (normally 2400 bps) | ON-143(V)9/USQ J1 | J-4116/WSC-5(V) J7 | 5-4.2.2.4.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz** (normally 2400 Hz) | J-4116/WSC-5(V) J7 | ON-143(V)9/USQ J1 | 5-4.2.2.4.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps** (normally 2400 bps) | J-4116/WSC-5(V) J7 | ON-143(V)9/USQ J1 | 5-4.2.2.4.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive -6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER LL = DATA MODE CHANNEL BUSY) | ON-143(V)9/USQ J1 | 5-4.2.2.4.f. |
| | DATA SIG ACQ IND | Ground in receive Open when open## | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER = DATA SIG ACQ IND) | ON-143(V)9/USQ J1 | 5-4.2.2.4.g. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not## | J-4116/WSC-5(V) J6 (MODEM READY = GROUND IN TRANSMIT) | ON-143(V)9/USQ J1 | 5-4.2.2.4.h. |

*During the transition to DAMA, CUDIXS will interface with two ON-143(V)9/USQ's, one for DAMA operation and one for non-DAMA operation. The non-DAMA ON-143(V)9/USQ interfaces to the AN/UYK-20(V) on I/O channel 3 (INPUT J28 and OUTPUT J32 ) and the DAMA ON-143(V)9/USQ interfaces on I/O channel 7 (INPUT J20 and OUTPUT J19).

**According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

#According to MIL-STD-188-114, Military Standard, Electrical Characteristics of Digital Interface Circuits, 24 March 1976.

##Some voltage is present when open.

will interface with two ON-143(V)9/USQ's, one for non-DAMA operation and one for DAMA operation. The non-DAMA ON-143(V)9/USQ interfaces to the AN/UYK-20(V) on channel 3 and the DAMA ON-143(V)9/USQ interfaces on channel 7. Actual data exchange is controlled by user system software. The interface signals are discussed below.

a. EFR. EXTERNAL FUNCTION REQUEST is output by the IG. When set (0 VDC) it indicates that the IG is ready to accept a function word from the processor.

b. EFA. EXTERNAL FUNCTION ACKNOWLEDGE is output by the processor. When set (0 VDC) it indicates that the processor has placed a function word on the processor OUTPUT DATA (OD) lines.

c. ODR. OUTPUT DATA REQUEST is output by the IG. When set (0 VDC) it indicates that the IG is ready to accept a data word from the processor.

d. ODA. OUTPUT DATA ACKNOWLEDGE is output by the processor. When set (0 VDC) it indicates that the processor has placed a data word on the processor OD lines.

e. OD. OUTPUT DATA is output from the processor on 16 data lines.

f. EIR. EXTERNAL INTERRUPT REQUEST is output by the IG. When set (0 VDC) it indicates that the IG has placed an interrupt word on the processor INPUT DATA (ID) lines.

g. EIE. EXTERNAL INTERRUPT ENABLE is output by the processor. When set (0 VDC) it indicates that the processor is ready to accept an interrupt word from the IG.

h. IDR. INPUT DATA REQUEST is output by the IG. When set (0 VDC) it indicates that the IG has placed a data word on the processor ID lines.

i. IDA. INPUT DATA ACKNOWLEDGE is output by the processor. When set (0 VDC) it indicates that the processor has sampled the data word on the processor ID lines.

j. ID. INPUT DATA is output from the IG on 16 data lines.

5-4.2.2.2 ON-143(V)9/USQ to TSEC/KG-36 (or TSEC/KG-35) Functional Interface Description. The interface signals between the IG and the crypto are discussed below.

a. PREP. PREP is generated by the IG and applied to the crypto. PREP is a red control signal that is used by the crypto to place it in transmit state. The signal is 0 VDC in transmit and approximately +6 VDC when not in transmit.

b. GATED CLOCK (TRANSMIT MODE). This function applies when the IG is in transmit. GATED CLOCK is a red signal gated by the crypto that clocks XMT DATA into the crypto on the low-to-high transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

c. GATED CLOCK (RECEIVE MODE). This function applies when the IG is in receive. GATED CLOCK is a red signal gated by the crypto that clocks RCV DATA out of the crypto on the high-to-low transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

d. XMT DATA (RED). TRANSMIT DATA is a red (unencrypted) digital data stream that is clocked into the crypto by GATED CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV DATA (RED). RECEIVE DATA is a red (decrypted) digital data stream that is clocked out of the crypto by GATED CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. ALARM INDICATE. ALARM INDICATE is generated by the crypto and applied to the IG. ALARM INDICATE is a red status signal that indicates the crypto is in an alarm state. The crypto does not output (black) XMT DATA when it is in the alarm state. To come out of the alarm state, the crypto must be commanded by MIAR to reset its alarm. A signal level of +6 VDC indicates that the crypto is in an alarm state; 0 VDC indicates that the crypto is not in an alarm state.

g. MIAR. MESSAGE INDICATE ALARM RESET is a red control signal that is gated by the IG and applied to the crypto. MIAR is a 10-millisecond pulse that resets the crypto. The reset condition of this signal is 0 VDC and the normal state is +6 VDC.

h. XMT/RCV CLOCK. TRANSMIT/RECEIVE CLOCK is a black clock signal that is generated in the IG. If an external clock is selected XMT/RCV CLOCK is phase locked to XMT CLOCK in transmit and RCV CLOCK in receive. The signal levels of XMT/RCV CLOCK are ±6 VDC.

i. XMT DATA (BLACK). TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the crypto by the low-to-high transition of XMT/RCV CLOCK. The signal levels of XMT DATA are ±6 VDC. XMT DATA is +6 VDC when the crypto is not in transmit.

j. RCV DATA (BLACK). RECEIVE DATA is a black (encrypted) digital data stream that is clocked into the crypto by the high-to-low transition of XMT/RCV CLOCK. The signal levels of RCV DATA are ±6 VDC. RCV DATA is +6 VDC when the crypto is not in receive.

5-4.2.2.3 ON-143(V)9/USQ to TD-1271B/U Functional Interface Description. The interface signals between the IG and the multiplexer are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the multiplexer to key the I/O port. The signal is +6 VDC in transmit and -6 VDC when not in transmit. This signal is input to the multiplexer as XMIT REQ.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that is normally provided by the station clock, but it can be provided by the multiplexer or IG. It is used by the IG to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±5 VDC or ±6 VDC depending on the source. The signal is input to the multiplexer as INPUT CLOCK or output from the multiplexer as OUTPUT CLOCK B.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC. This signal is input to the multiplexer as SERIAL INPUT DATA.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the multiplexer; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±5 VDC. The signal is output from the multiplexer as OUTPUT CLOCK A.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data steam that is clocked out of the multiplexer on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±5 VDC. The signal is output from the multiplexer as OUTPUT DATA.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the multiplexer is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC when a burst is received with data present and -6 VDC when idle. The signal is output from the multiplexer as SIG ACQ.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the multiplexer; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is output from the multiplexer as SIG ACQ LAMP. The signal goes to a ground level when a burst with data present is received in the time slot associated with the I/O port; when no burst or burst with no data present is received, the signal remains open. When open, +6 VDC is present (via the receive indicator lamp).

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the multiplexer; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is output from the multiplexer as TX ACK LAMP. The signal goes to a ground level within five milliseconds after the receipt of DATA KEYLINE if the multiplexer is prepared to accept XMT DATA. The signal is open any time the multiplexer is not prepared to accept data and when DATA KEYLINE is open. When open, +6 VDC is present (via the transmit indicator lamp).

i. DATA SLOT TIME MARK. DATA SLOT TIME MARK is a black status signal that is generated in the multiplexer; it is used by the IG to synchronize the timing of data transmission. The signal is generated once each 1.386 seconds. Normally at +6 VDC, DATA SLOT TIME MARK is a 5-millisecond pulse to -6 VDC with the transition back to +6 VDC coincident with DATA KEYLINE going to ground (if there is data to transmit).

5-4.2.2.4 ON-143(V)9/USQ to AN/WSC-5(V) Functional Interface Description. The interface signals between the IG and the transceiver are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the transceiver to place it in transmit. The signal is +6 VDC in transmit and -6 VDC when not in transmit. This signal is input to the transceiver as BASEBAND KEYLINE.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that is normally provided by the station clock, but it can be provided by the transceiver