or IG. It is used by the IG to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±6 VDC.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±6 VDC.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the transceiver as OUTPUT DATA TRANSFER LL.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the transceiver and used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is at ground in receive and open when idle. When open, +6 VDC is present (via the receive indicator lamp). This signal is output from the transceiver as OUTPUT DATA TRANSFER.

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the transceiver and used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is at ground in transmit and open when idle. When open, +6 VDC is present (via the transmit indicator lamp). This signal is output from the transceiver as MODEM READY.

5-4.2.2.5 Transmit Sequence. The transmission of information through the ON-143(V)9/USQ is initiated by the IG providing DATA KEYLINE to the satellite terminal. This initiates the sequence of events discussed below. (Refer to Figure 5-2.)

a. The IG initiates an internal 115-millisecond time delay and the following crypto preparation sequence:

(1) At 89 milliseconds into the 115-millisecond delay, the IG removes XMT/RCV CLOCK from the crypto.

(2) At 6.6 milliseconds after crypto clock removal, the IG provides PREP to the crypto,

(3) Approximately 20 milliseconds after the PREP command, the IG restores XMT/RCV CLOCK to the crypto.

b. Crypto clock restoration enables the crypto to output 841 bits for receive crypto synchronization.

c. After 834 bits have been counted by the crypto, it restores GATED CLOCK to the IG.

d. Upon receiving GATED CLOCK, the IG outputs valid data (XMT DATA).

e. XMT DATA is routed through the crypto and black IG interface to the satellite terminal for transmission.

5-4.2.2.6 Receive Sequence. The reception of signals relayed by the satellite causes the ON-143(V)9/USQ to perform a structured sequence that ensures valid data is output to the user terminal equipment. The sequence of events is discussed below. (Refer to Figure 5-3.)

a. The satellite terminal demodulates a signal into RCV DATA and provides a DATA MODE CHANNEL BUSY signal to the IG.

b. The IG provides XMT/RCV CLOCK to the crypto and RCV DATA is clocked into the crypto. The crypto removes GATED CLOCK from the IG until it receives 841 bits of preamble.

c. The crypto, having received 841 bits of preamble, restores GATED CLOCK to the IG.

d. The IG waits three clock periods then valid data (RCV DATA) is clocked into the IG from the crypto.

e. When no more signal is received the satellite terminal removes DATA MODE CHANNEL BUSY.

f. The terminal is now free to stay in receive or go into transmit.

5-4.3 TACINTEL USER TERMINAL EQUIPMENT INTERFACES. The TACINTEL interface with the satellite terminal may be accomplished via line modems, a DSD or port sharing unit (PSU). The following subparagraphs discuss the signals required for this interface. If used, the interface signals between the ON-143(V)4/USQ and the line modems, DSD or PSU are the same as those between the ON-143(V)4/USQ and the AN/WSC-5(V), AN/WSC-3 or TD-1271B/U, unless otherwise noted. Table 5-20 lists the signals that are discussed below; FO-63 diagrams interface signal flow.

5-4.3.1 AN/UYK-20(V) to ON-143(V)4/USQ Functional Interface Description. The AN/UYK-20(V) interfaces to the ON-143(V)4/USQ via a serial, synchronous I/O channel (channel 13). The interface signals between the processor and the IG are discussed below.

a. LINK ENABLE. LINK ENABLE is provided by the processor and is used by the IG to initiate transmit sequencing. The signal is +6 VDC in transmit and -6 VDC when not in transmit.

b. END RECEIVE. END RECEIVE is provided by the IG and is used by the processor to determine when valid RCV DATA and RCV CLOCK are present. The low-to-high transition of this signal occurs when the IG enables RCV CLOCK to the processor. The high-to-low transition occurs when RCV CLOCK is disabled or DATA MODE CHANNEL BUSY is low. The high-to-low transition generates an END RECEIVE interrupt to the processor. The signal levels of END RECEIVE are ±6 VDC.

Table 5-20. Signal Data Description: TACINTEL User Terminal Equipment Interfaces
(Reference FO-63)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Processor/IG | LINK ENABLE | +6 VDC in transmit<br>-6 VDC when not | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.3.1.a. |
| | END RECEIVE | +6 VDC in receive<br>-6 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.3.1.b. |
| | XMT CLOCK | $\pm$6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.3.1.c. |
| | XMT DATA | $\pm$6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.3.1.d. |
| | RCV CLOCK | $\pm$6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.3.1.e. |
| | RCV DATA | $\pm$6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.3.1.f. |
| | ALARM INDICATE | +6 VDC when crypto faulted<br>0 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.3.1.g. |
| | MIAR | 0 VDC, 10-msec pulse in reset<br>+6 VDC when not | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.3.1.h. |
| | CHANNEL BUSY (Non-DAMA only) | +6 VDC in receive<br>-6 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.3.1.i. |
| IG/Crypto (Red) | PREP | 0 VDC in transmit<br>+6 VDC when not | ON-143(V)4/USQ J15 | TSEC/KG-35,36 TB 3-4 | 5-4.3.2.a. |
| | GATED CLOCK (XMT & RCV modes) | $\pm$6 VDC* | TSEC/KG-35,36 TB 4-1 | ON-143(V)4/USQ J16 | 5-4.3.2.b.<br>5-4.3.2.c. |
| | XMT DATA | $\pm$6 VDC* | ON-143(V)4/USQ J16 | TSEC/KG-35,36 TB 4-5 | 5-4.3.2.d. |

See footnotes at the end of the table

Table 5-20. Signal Data Description: TACINTEL User Terminal Equipment Interfaces - CONT
(Reference FO-63)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Crypto (Red) - continued | RCV DATA | ±6 VDC* | TSEC/KG-35,36 TB 4-9 | ON-143(V)4/USQ J16 | 5-4.3.2.e. |
| | ALARM INDICATE | +6 VDC alarm indication<br>0 VDC when not | TSEC/KG-35,36 TB 3-10 | ON-143(V)4/USQ J15 | 5-4.3.2.f. |
| | MIAR | 0 VDC, 10-msec pulse in reset<br>+6 VDC when not | ON-143(V)4/USQ J15 | TSEC/KG-35,36 TB 3-8 | 5-4.3.2.g. |
| IG/Crypto (Black) | XMT/RCV CLOCK | ±6 VDC* | ON-143(V)4/USQ J9 | TSEC/KG-35,36 TB 1-1 | 5-4.3.2.h. |
| | XMT DATA | ±6 VDC in transmit*<br>+6 VDC when not | TSEC/KG-35,36 TB 1-9 | ON-143(V)4/USQ J9 | 5-4.3.2.i. |
| | RCV DATA | ±6 VDC in receive*<br>+6 VDC when not | ON-143(V)4/USQ J9 | TSEC/KG-35,36 TB 1-5 | 5-4.3.2.j. |
| IG/Transceiver (Non-DAMA) | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not<br>or<br>Ground in transmit<br>Open when not# | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J6 (BASEBAND KEYLINE = DATA KEYLINE)<br>or<br>RT-1107/WSC-3 J2 | 5-4.3.3.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | Station Clock<br>or<br>J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (XMT BIT TIMING = XMT CLOCK) | ON-143(V)4/USQ J1 | 5-4.3.3.b. |
| | XMT CLOCK (INT) | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (XMT BIT TIMING = XMT CLOCK) | 5-4.3.3.b. |

See footnotes at the end of the table

Table 5-20. Signal Data Description: TACINTEL User Terminal Equipment Interfaces - CONT
(Reference FO-63)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) - continued | XMT DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (PSK/FSK DATA IN = XMT DATA) | 5-4.3.3.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (RCV BIT TIMING = RCV CLOCK) | ON-143(V)4/USQ J1 | 5-4.3.3.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (PSK/FSK DATA OUT = RCV DATA) | ON-143(V)4/USQ J1 | 5-4.3.3.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive -6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER LL = DATA MODE CHANNEL BUSY) or RT-1107/WSC-3 J2 | ON-143(V)4/USQ J1 | 5-4.3.3.f. |
| | DATA SIG ACQ IND | Ground in receive Open when not# | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER = DATA SIG ACQ IND) or RT-1107/WSC-3 J3 | ON-143(V)4/USQ J1 | 5-4.3.3.g. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not# | J-4116/WSC-5(V) J6 (MODEM READY = GROUND IN TRANSMIT) or RT-1107/WSC-3 J2 | ON-143(V)4/USQ J1 | 5-4.3.3.h. |

See footnotes at the end of the table

Table 5-20. Signal Data Description: TACINTEL User Terminal Equipment Interfaces - CONT
(Reference FO-63)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/DAMA Multiplexer | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not<br>or<br>Ground in transmit<br>Open when not# | ON-143(V)4/USQ J1 | TD-1271B/U A46J1-J4 (XMIT REQ/GND LEVEL KEY = DATA KEYLINE) | 5-4.3.4.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | Station Clock<br>or<br>TD-1271B/U A46J1-J4 (OUTPUT CLOCK B = XMT CLOCK) | ON-143(V)4/USQ J1 | 5-4.3.4.b. |
| | XMT CLOCK (INT) | ±5 VDC 1200 to 9600 Hz**<br>(normally 2400 Hz) | ON-143(V)4/USQ J1 | TD-1271B/U A46J1-J4 (INPUT CLOCK = XMT CLOCK) | 5-4.3.4.b. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | ON-143(V)4/USQ J1 | TD-1271B/U A46J1-J4 (SERIAL INPUT DATA = XMT DATA) | 5-4.3.4.c. |
| | RCV CLOCK | ±5 VDC 1200 to 9600 Hz**<br>(normally 2400 Hz) | TD-1271B/U A46J1-J4 (OUTPUT CLOCK A = RCV CLOCK) | ON-143(V)4/USQ J1 | 5-4.3.4.d. |
| | RCV DATA | ±5 VDC 1200 to 9600 bps**<br>(normally 2400 bps) | TD-1271B/U A46J1-J4 (OUTPUT DATA = RCV DATA) | ON-143(V)4/USQ J1 | 5-4.3.4.e. |
| | DATA MODE CHANNEL BUSY | Open## | | | 5-4.3.4.f. |
| | DATA SIG ACQ IND | Ground in receive<br>Open when not# | TD-1271B/U A46J1-J4 (SIG ACQ LAMP = DATA SIG ACQ IND) | ON-143(V)4/USQ J1 | 5-4.3.4.g. |

See footnotes at the end of the table

Table 5-20. Signal Data Description: TACINTEL User Terminal Equipment Interfaces - CONT (Reference FO-63)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/DAMA Multiplexer - continued | GROUND IN TRANSMIT | Ground in transmit Open when not# | TD-1271B/U A46J1-J4 (TX ACK LAMP = GROUND IN TRANSMIT) | ON-143(V)4/USQ J1 | 5-4.3.4.h. |

*According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

**According to MIL-STD-188-114, Military Standard, Electrical Characteristics of Digital Interface Circuits, 24 March 1976.

#Some voltage is present when open.

##This signal is not used in DAMA and a special patch cord opens the connection.

c. XMT CLOCK. TRANSMIT CLOCK is gated on by the IG after the 115 millisecond and the 835 bit delay (at the clock rate) following a LINK ENABLE signal. The delay allows transmitter turn-on, frequency stabilization and the crypto synchronization sequence. The signal levels of XMT CLOCK are ±6 VDC.

d. XMT DATA. TRANSMIT DATA is shifted out of the processor on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV CLOCK. RECEIVE CLOCK is gated on by the IG in phase with the first data bit output from the IG. The signal levels of RCV CLOCK are ±6 VDC.

f. RCV DATA. RECEIVE DATA is shifted out of the IG on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

g. ALARM INDICATE. ALARM INDICATE is generated by the crypto and routed through the IG to the processor. This signal generates a fault interrupt in the processor; it requires the processor to disable LINK ENABLE, if active, or to abort received message, if in receive. A voltage level of +6 VDC indicates a crypto fault and 0 VDC indicates this line is inactive.

h. MIAR. MESSAGE INDICATE ALARM RESET is generated in the processor and routed through the IG to the crypto. MIAR is a 10-millisecond pulse that resets the crypto in response to ALARM INDICATE or to a program determined loss of synchronization. A voltage level of 0 VDC resets the crypto and +6 VDC indicates this line is inactive.

i. CHANNEL BUSY. CHANNEL BUSY is generated in the transceiver and routed through the IG to the processor. The low-to-high transition of this signal indicates that the transceiver has acquired an RF signal. The high-to-low transition indicates loss of an acquired RF signal. This signal is used only in the non-DAMA mode of operation. The signal levels of CHANNEL BUSY are ±6 VDC.

5-4.3.2 ON-143(V)4/USQ to TSEC/KG-36 (or TSEC/KG-35) Functional Interface Description. The interface signals between the IG and the crypto are discussed below.

a. PREP. PREP is generated by the IG and applied to the crypto. PREP is a red control signal that is used by the crypto to place it in transmit state. The signal is 0 VDC in transmit and approximately +6 VDC when not in transmit.

b. GATED CLOCK (TRANSMIT MODE). This function applies when the IG is in transmit. GATED CLOCK is a red signal gated by the crypto; it clocks XMT DATA into the crypto on the low-to-high transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

c. GATED CLOCK (RECEIVE MODE). This function applies when the IG is in receive. GATED CLOCK is a red signal gated by the crypto; it clocks RCV DATA out of the crypto on the high-to-low transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

d. XMT DATA (RED). TRANSMIT DATA is a red (unencrypted) digital data stream; it is clocked into the crypto by GATED CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV DATA (RED). RECEIVE DATA is a red (decrypted) digital data stream; it is clocked out of the crypto by GATED CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. ALARM INDICATE. ALARM INDICATE is generated by the crypto and applied to the IG. ALARM INDICATE is a red status signal that indicates the crypto is in an alarm state. The crypto does not output (black) XMT DATA when it is in the alarm state. To come out of the alarm state, the crypto must be commanded by MIAR to reset its alarm. A signal level of +6 VDC indicates that the crypto is in an alarm state. A signal level of 0 VDC indicates that the crypto is not in an alarm state.

g. MIAR. MESSAGE INDICATE ALARM RESET is a red control signal that is gated by the IG and applied to the crypto. MIAR is a 10-millisecond pulse that resets the crypto. The reset condition of this signal is 0 VDC and the normal state is +6 VDC.

h. XMT/RCV CLOCK. TRANSMIT/RECEIVE CLOCK is a black clock signal that is generated in the IG. If an external clock is selected XMT/RCV CLOCK is phase locked to XMT CLOCK in transmit and RCV CLOCK in receive. The signal levels of XMT/RCV CLOCK are ±6 VDC.

i. XMT DATA (BLACK). TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the crypto by the low-to-high transition of XMT/RCV CLOCK. The signal levels of XMT DATA are ±6 VDC. XMT DATA is +6 VDC when the crypto is not in transmit.

j. RCV DATA (BLACK). RECEIVE DATA is a black (encrypted) digital data stream that is clocked into the crypto by the high-to-low transition of XMT/RCV CLOCK. The signal levels of RCV DATA are ±6 VDC. RCV DATA is +6 VDC when the crypto is not in receive.

5-4.3.3 ON-143(V)4/USQ to AN/WSC-5(V) or AN/WSC-3 Functional Interface Description. The interface signals between the IG and the transceiver are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the transceiver to place it in transmit. The signal may be +6 VDC in transmit, -6 VDC when not or ground in transmit, open when not. DATA KEYLINE must be ground in transmit, open when not when operating with the AN/WSC-3. This signal is input to the AN/WSC-5(V) transceiver as BASEBAND KEYLINE.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal may be provided by the station clock, transceiver or IG; it is used by the IG to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±6 VDC. This signal is input to the AN/WSC-3 transceiver as XMT BIT TIMING.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±6 VDC. This signal is output from the AN/WSC-3 transceiver as RCV BIT TIMING.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating valid RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER LL.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the transceiver; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is at ground in receive and open when idle. When open, +6 VDC is present (via the receive indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER.

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the transceiver; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is at ground in transmit and open when idle. When open, +6 VDC is present (via the transmit indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as MODEM READY.

5-4.3.4 ON-143(V)4/USQ to TD-1271B/U Functional Interface Description. The interface signals between the IG and the multiplexer are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the multiplexer to key the I/O port. For compatibility with various equipments, the signal may be +6 VDC in transmit, -6 VDC when not or ground in transmit, open when not. This signal is input to the multiplexer as XMIT REQ or GND LEVEL KEY.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that may be provided by the station clock, multiplexer or IG; it is used by the IG to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±5 VDC or ±6 VDC depending on the source. XMT CLOCK is input to the multiplexer as INPUT CLOCK or output from the multiplexer as OUTPUT CLOCK B.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC. This signal is input to the multiplexer as SERIAL INPUT DATA.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the multiplexer; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±5 VDC. This signal is output from the multiplexer as OUTPUT CLOCK A.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the multiplexer on the high-to-low transition of

RCV CLOCK. The signal levels of RCV DATA are ±5 VDC. This signal is output from the multiplexer as OUTPUT DATA.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY is used only in non-DAMA operation but could interfere with proper DAMA operation. A special patch cord opens the connection to prevent DATA MODE CHANNEL BUSY from interfacing with the TACINTEL processor.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the multiplexer; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is output from the multiplexer as SIG ACQ LAMP. The signal goes to a ground level when a burst with data present is received in the time slot associated with the I/O port; when no burst or burst with no data is received, the signal remains open. When open, +6 VDC is present (via the receive indicator lamp).

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the multiplexer; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is output from the multiplexer as TX ACK LAMP. The signal goes to a ground level within five milliseconds after the receipt of DATA KEYLINE if the multiplexer is prepared to accept XMT DATA. The signal is open any time the multiplexer is not prepared to accept data and when DATA KEYLINE is open. When open, +6 VDC is present (via the transmit indicator lamp).

5-4.3.5 Transmit Sequence. The transmission of information through the ON-143(V)4/USQ is initiated by the AN/UYK-20(V) providing LINK ENABLE to the IG. This initiates the sequence of events discussed below. (Refer to Figure 5-2).

a. The IG, upon sensing LINK ENABLE from the AN/UYK-20(V), provides DATA KEYLINE to the satellite terminal and XMT/RCV CLOCK to the crypto.

b. The IG then initiates an internal 115-millisecond time delay. This delay allows for transmitter turn-on and stabilization (40 ±10 milliseconds) and, concurrently, the following crypto preparation sequence:

(1) At 89 milliseconds into the 115-millisecond delay, the IG removes XMT/RCV CLOCK from the crypto,

(2) At 6.6 milliseconds after crypto clock removal, the IG provides PREP to the crypto,

(3) Approximately 20 milliseconds after the PREP command, the IG restores XMT/RCV CLOCK to the crypto.

c. Crypto clock restoration enables the crypto to output 841 bits for receive crypto synchronization.

d. After 834 bits have been counted by the crypto, it restores GATED CLOCK to the IG.

e. Upon receiving GATED CLOCK, the AN/UYK-20(V) outputs eight residue bits, then valid data (XMT DATA). The residue bits are ignored by the crypto.

f. XMT DATA is routed through the crypto and black IG interface to the satellite terminal.

5-4.3.6 Receive Sequence. The reception of signals relayed by the satellite causes a structured sequence that ensures valid data is output to the AN/UYK-20(V). The sequence of events is discussed below. (Refer to Figure 5-3.)

a. The satellite terminal demodulates a signal into RCV DATA. In non-DAMA operation only, the satellite terminal provides a DATA MODE CHANNEL BUSY signal to the IG; the IG passes CHANNEL BUSY to the AN/UYK-20(V).

b. At the same time, the IG provides XMT/RCV CLOCK to the crypto and RCV DATA is clocked into the crypto. The crypto removes GATED CLOCK from the IG until it receives 841 bits of preamble. In DAMA operation, the removal of GATED CLOCK causes the IG to generate a high-to-low transition of END RECEIVE to the AN/UYK-20(V). The AN/UYK-20(V) interprets this transition as "prepare to receive."

c. The crypto, having received 841 bits of preamble, restores GATED CLOCK to the IG.

d. The IG waits three clock periods, provides RCV CLOCK and clocks valid data (RCV DATA) into the AN/UYK-20(V).

e. When no more signal is received, the satellite terminal removes DATA MODE CHANNEL BUSY.

f. The terminal is now free to stay in receive or go into transmit.

5-4.4 FLTSAT NBSV USER TERMINAL EQUIPMENT INTERFACES. The FLTSAT NBSV vocoder (CV-3333/U) is an all digital, voice analyzer-data converter capable of 2,400 bps operation. Speech input is processed by the analyzer which transmits the analyzed speech information in a serial, non-return-to-zero (NRZ) bit stream. The vocoder interfaces with the satellite terminal via the ON-143(V)4/USQ or ON-143(V)6/USQ. The following discussion is applicable to these interfaces. Table 5-21 lists the signals that are discussed below; FO-65 diagrams interface signal flow.

5-4.4.1 CV-3333/U to ON-143(V)/USQ Functional Interface Description. The interface signals between the vocoder and the IG are discussed below.

a. PTT KEYLINE. PUSH-TO-TALK KEYLINE is generated within the vocoder; it is used by the IG to initiate transmit sequencing. The signal is +6 VDC in transmit and -6 VDC when not in transmit.

b. XMT FRAMES ONLY. TRANSMIT FRAMES ONLY is generated in the IG. This signal inhibits data bits and allows transmission of sync bits only. Following application of PTT KEYLINE, XMT FRAMES ONLY is +6 VDC for 200 milliseconds to begin each voice transmission and then returns to 0 VDC.

c. RCV INHIB. RECEIVER INHIBIT is generated in the IG and applied to the vocoder. This signal disables synthesized speech to audio outputs and enables remote control tone in. RCV INHIB is +6 VDC in the non-inhibit state and -6 VDC when inhibited.

Table 5-21. Signal Data Description: FLTSAT NBSV User Terminal Equipment Interfaces (Reference FO-65)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Vocoder/IG | PTT KEYLINE | +6 VDC in transmit<br>-6 VDC when not | CV-3333/U J5 | ON-143(V)/USQ J22 | 5-4.4.1.a. |
| | XMT FRAMES ONLY | +6 VDC for 200 msec following PTT KEYLINE<br>0 VDC when not | ON-143(V)/USQ J22 | CV-3333/U J5 | 5-4.4.1.b. |
| | RCV INHIB | +6 VDC non-inhibit (receive enable)<br>-6 VDC receiver inhibited | ON-143(V)/USQ J22 | CV-3333/U J5 | 5-4.4.1.c. |
| | SYNC SRCH INHIB | +6 VDC non-inhibit (sync enable)<br>-6 VDC sync inhibited | ON-143(V)/USQ J22 | CV-3333/U J5 | 5-4.4.1.d. |
| | XMT CLOCK | ±6 VDC 2400 Hz* | ON-143(V)/USQ J22 | CV-3333/U J5 | 5-4.4.1.e. |
| | XMT DATA | ±6 VDC 2400 bps* | CV-3333/U J5 | ON-143(V)/USQ J22 | 5-4.4.1.f. |
| | RCV CLOCK | ±6 VDC 2400 Hz* | ON-143(V)/USQ J22 | CV-3333/U J5 | 5-4.4.1.g. |
| | RCV DATA | ±6 VDC 2400 bps* | ON-143(V)/USQ J22 | CV-3333/U J5 | 5-4.4.1.h. |
| IG/Crypto (Red) | PREP | 0 VDC in transmit<br>+6 VDC when not | ON-143(V)/USQ J15 | TSEC/KG-35,36 TB 3-4<br>or<br>TSEC/KG-34 J4 | 5-4.4.2.a. |
| | GATED CLOCK (XMT & RCV modes) | ±6 VDC* | TSEC/KG-35,36 TB 4-1<br>or<br>TSEC/KG-34 TB 3-5 (XMT CLOCK = GATED CLOCK)<br>TSEC/KG-34 J3 (RCV CLOCK = GATED CLOCK) | ON-143(V)/USQ J16 | 5-4.4.2.b.<br>5-4.4.2.c. |

See footnotes at the end of the table

Table 5-21. Signal Data Description: FLTSAT NBSV User Terminal Equipment Interfaces - CONT
(Reference FO-65)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Crypto (Red) - continued | XMT DATA | ±6 VDC* | ON-143(V)/USQ J16 | TSEC/KG-35,36 TB 4-5 or TSEC/KG-34 J3 | 5-4.4.2.d. |
| | RCV DATA | ±6 VDC* | TSEC/KG-35,36 TB 4-9 or TSEC/KG-34 J3 | ON-143(V)/USQ J16 | 5-4.4.2.e. |
| | ALARM INDICATE | +6 VDC alarm indication 0 VDC when not | TSEC/KG-35,36 TB 3-10 or TSEC/KG-34 TB 4-1 | ON-143(V)/USQ J15 | 5-4.4.2.f. |
| | MIAR | 0 VDC, 10-msec pulse in reset +6 VDC when not | ON-143(V)/USQ J15 | TSEC/KG-35,36 TB 3-8 or TSEC/KG-34 TB 4-11 | 5-4.4.2.g. |
| IG/Crypto (Black) | XMT/RCV CLOCK | ±6 VDC* | ON-143(V)/USQ J9 | TSEC/KG-35,36 TB 1-1 or TSEC/KG-34 J1 (RCV CLOCK) TSEC/KG-34 TB 1-5 (XMT CLOCK) | 5-4.4.2.h. |
| | XMT DATA | ±6 VDC in transmit* +6 VDC when not | TSEC/KG-35,36 TB 1-9 or TSEC/KG-34 J1 | ON-143(V)/USQ J9 | 5-4.4.2.i. |
| | RCV DATA | ±6 VDC in receive* +6 VDC when not | ON-143(V)/USQ J9 | TSEC/KG-35,36 TB 1-5 or TSEC/KG-34 J1 | 5-4.4.2.j. |

See footnotes at the end of the table

Table 5-21. Signal Data Description: FLTSAT NBSV User Terminal Equipment Interfaces - CONT (Reference FO-65)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not<br>or<br>Ground in transmit<br>Open when not# | ON-143(V)/USQ J1 | J-4116/WSC-5(V) J6 (BASEBAND KEYLINE = DATA KEYLINE)<br>or<br>RT-1107/WSC-3 J2 | 5-4.4.3.1.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | Station Clock<br>or<br>J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (XMT BIT TIMING = XMT CLOCK) | ON-143(V)/USQ J1 | 5-4.4.3.1.b. |
| | XMT CLOCK (INT) | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | ON-143(V)/USQ J1 | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (XMT BIT TIMING = XMT CLOCK) | 5-4.4.3.1.b. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | ON-143(V)/USQ J1 | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (PSK/FSK DATA IN = XMT DATA) | 5-4.4.3.1.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (RCV BIT TIMING = RCV CLOCK) | ON-143(V)/USQ J1 | 5-4.4.3.1.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (PSK/FSK DATA OUT = RCV DATA) | ON-143(V)/USQ J1 | 5-4.4.3.1.e. |

See footnotes at the end of the table

Table 5-21. Signal Data Description: FLTSAT NBSV User Terminal Equipment Interfaces - CONT
(Reference FO-65)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) - continued | DATA MODE CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER LL = DATA MODE CHANNEL BUSY)<br>or<br>RT-1107/WSC-3 J2 | ON-143(V)/USQ J1 | 5-4.4.3.1.f. |
| | DATA SIG ACQ IND | Ground in receive<br>Open when not# | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER = DATA SIG ACQ IND)<br>or<br>RT-1107/WSC-3 J2 | ON-143(V)/USQ J1 | 5-4.4.3.1.g. |
| | GROUND IN TRANSMIT | Ground in transmit<br>Open when not# | J-4116/WSC-5(V) J6 (MODEM READY = GROUND IN TRANSMIT)<br>or<br>RT-1107/WSC-3 J2 | ON-143(V)/USQ J1 | 5-4.4.3.1.h. |
| IG/DAMA Multiplexer | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not<br>or<br>Ground in transmit<br>Open when not# | ON-143(V)/USQ J1 | TD-1271B/U A46J1-J4 (XMIT REQ/GND LEVEL KEY = DATA KEYLINE) | 5-4.4.4.1.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | Station Clock<br>or<br>TD-1271B/U A46J1-J4 (OUTPUT CLOCK B = XMT CLOCK) | ON-143(V)/USQ J1 | 5-4.4.4.1.b. |
| | XMT CLOCK (INT) | ±5 VDC 1200 to 9600 Hz** (normally 2400 Hz) | ON-143(V)/USQ J1 | TD-1271B/U A46J1-J4 (INPUT CLOCK = XMT CLOCK) | 5-4.4.4.1.b. |

See footnotes at the end of the table

Table 5-21. Signal Data Description: FLTSAT NBSV User Terminal Equipment Interfaces - CONT
(Reference FO-65)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/DAMA Multiplexer - continued | XMT DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | ON-143(V)/USQ J1 | TD-1271B/U A46J1-J4 (SERIAL INPUT DATA = XMT DATA) | 5-4.4.4.1.c. |
| | RCV CLOCK | ±5 VDC 1200 to 9600 Hz** (normally 2400 Hz) | TD-1271B/U A46J1-J4 (OUTPUT CLOCK A = RCV CLOCK) | ON-143(V)/USQ J1 | 5-4.4.4.1.d. |
| | RCV DATA | ±5 VDC 1200 to 9600 bps** (normally 2400 bps) | TD-1271B/U A46J1-J4 (OUTPUT DATA = RCV DATA) | ON-143(V)/USQ J1 | 5-4.4.4.1.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | TD-1271B/U A46J1-J4 (SIG ACQ = DATA MODE CHANNEL BUSY) | ON-143(V)/USQ J1 | 5-4.4.4.1.f. |
| | DATA SIG ACQ IND | Ground in receive<br>Open when not# | TD-1271B/U A46J1-J4 (SIG ACQ LAMP = DATA SIG ACQ IND) | ON-143(V)/USQ J1 | 5-4.4.4.1.g. |
| | GROUND IN TRANSMIT | Ground in transmit<br>Open when not# | TD-1271B/U A46J1-J4 (TX ACK LAMP = GROUND IN TRANSMIT) | ON-143(V)/USQ J1 | 5-4.4.4.1.h. |
| IG/DSD | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not | ON-143(V)/USQ J1 | DSD J4 via CV-3928/FSC | 5-4.4.5.1.a. |
| | XMT CLOCK | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | Station Clock | DSD J4 via CV-3928/FSC | 5-4.4.5.1.b. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | ON-143(V)/USQ J1 | DSD J4 via CV-3928/FSC | 5-4.4.5.1.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | DSD J4 | ON-143(V)/USQ J1 via CV-3928/FSC | 5-4.4.5.1.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | DSD J4 | ON-143(V)/USQ J1 via CV-3928/FSC | 5-4.4.5.1.e. |

See footnotes at the end of the table

Table 5-21. Signal Data Description: FLTSAT NBSV User Terminal Equipment Interfaces - CONT
(Reference FO-65)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/DSD - continued | DATA MODE CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | DSD J4 | ON-143(V)/USQ J1 via CV-3928/FSC | 5-4.4.5.1.i. |
| | DATA SIG ACQ IND | Ground in receive<br>Open when not#<br>(Derived from DATA MODE CHANNEL BUSY) | CV-3928/FSC J2,J4, J6,J8 or J10 | ON-143(V)/USQ J1 | 5-4.4.5.1.t. |
| | TX ACK | +6 VDC in transmit<br>-6 VDC when not | DSD J4 | CV-3928/FSC J1,J3, J5,J7 or J9 | 5-4.3.5.1.g. |
| | GROUND IN TRANSMIT | Ground in transmit<br>Open when not#<br>(Derived from TX ACK) | CV-3928/FSC J2,J4, J6,J8 or J10 | ON-143(V)/USQ J1 | 5-4.4.5.1.q. |
| DSD/Transceiver | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not | DSD J1 | J-4116/WSC-5(V) J6 (BASEBAND KEYLINE = DATA KEYLINE) | 5-4.4.5.2.a. |
| | XMT CLOCK | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | DSD J1 | J-4116/WSC-5(V) J7 | 5-4.4.5.2.b. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | DSD J1 | J-4116/WSC-5(V) J7 | 5-4.4.5.2.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | J-4116/WSC-5(V) J7 | DSD J1 | 5-4.4.5.2.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | J-4116/WSC-5(V) J7 | DSD J1 | 5-4.4.5.2.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER LL = DATA MODE CHANNEL BUSY) | DSD J1 | 5-4.4.5.2.f. |

See footnotes at the end of the table

Table 5-21. Signal Data Description: FLTSAT NBSV User Terminal Equipment Interfaces - CONT
(Reference FO-65)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| DSD/Transceiver - continued | TX ACK | +6 VDC in transmit<br>-6 VDC when not | J-4116/WSC-5(V) J6 (MODEM READY LL = TX ACK) | DSD J1 | 5-4.4.5.2.g. |
| DSD/DAMA Multiplexer | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not | DSD J2 | TD-1271B/U A46J1-J4 (XMIT REQ = DATA KEYLINE) | 5-4.4.5.3.a. |
| | XMT CLOCK | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | DSD J2 | TD-1271B/U A46J1-J4 (INPUT CLOCK = XMT CLOCK) | 5-4.4.5.3.b. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | DSD J2 | TD-1271B/U A46J1-J4 (SERIAL INPUT DATA = XMT DATA) | 5-4.4.5.3.c. |
| | RCV CLOCK | ±5 VDC 1200 to 9600 Hz** (normally 2400 Hz) | TD-1271B/U A46J1-J4 (OUTPUT CLOCK B = RCV CLOCK) | DSD J2 | 5-4.4.5.3.d. |
| | RCV DATA | ±5 VDC 1200 to 9600 bps** (normally 2400 bps) | TD-1271B/U A46J1-J4 (OUTPUT DATA = RCV DATA) | DSD J2 | 5-4.4.5.3.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | TD-1271B/U A46J1-J4 (SIG ACQ = DATA MODE CHANNEL BUSY) | DSD J2 | 5-4.4.5.3.f. |
| | TX ACK | +6 VDC in transmit<br>-6 VDC when not | TD-1271B/U A46J1-J4 | DSD J2 | 5-4.4.5.3.i. |

*According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

**According to MIL-STD-188-114, Military Standard, Electrical Characteristics of Digital Interface Circuits, 24 March 1976.

#Some voltage is present when open.

d. SYNC SRCH INHIB. SYNCHRONIZATION SEARCH INHIBIT, which may also be referred to as sync enable, is generated in the IG and applied to the vocoder. When SYNC SRCH INHIB is -6 VDC, sync search is inhibited (sync disabled). When SYNC SRCH INHIB is +6 VDC, sync search is non-inhibited (sync enabled).

e. XMT CLOCK. TRANSMIT CLOCK may be provided by the station clock or the IG and is applied to the vocoder. The signal is used to clock XMT DATA out of the vocoder. The signal levels of XMT CLOCK are ±6 VDC.

f. XMT DATA. TRANSMIT DATA is a red (unencrypted) digital data stream generated in the vocoder and applied to the IG for transmission. At the beginning of each transmission, for a duration of 200 milliseconds, the data stream contains sync bits only. The signal levels of XMT DATA are ±6 VDC.

g. RCV CLOCK. RECEIVE CLOCK is generated in the IG and applied to the vocoder. The signal is used to clock RCV DATA into the vocoder. The signal levels of RCV CLOCK are ±6 VDC.

h. RCV DATA. RECEIVE DATA is a red (decrypted) digital data stream clocked out of the IG into the vocoder by RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

5-4.4.2 ON-143(V)/USQ to TSEC/KG-36 (or TSEC/KG-34, TSEC/KG-35) Functional Interface Description. The interface signals between the IG and the crypto are discussed below.

a. PREP. PREP is generated by the IG and applied to the crypto. PREP is a red control signal that is used by the crypto to place it in a transmit state. The signal is 0 VDC in transmit and approximately +6 VDC when not in transmit.

b. GATED CLOCK (TRANSMIT MODE). This function applies when the IG is in transmit. GATED CLOCK is a red signal gated by the crypto; it clocks XMT DATA into the crypto on the low-to-high transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC. This signal is output from the TSEC/KG-34 as XMT CLOCK.

c. GATED CLOCK (RECEIVE MODE). This function applies when the IG is in receive. GATED CLOCK is a red signal gated by the crypto; it clocks RCV DATA out of the crypto on the high-to-low transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC. This signal is output from the TSEC/KG-34 as RCV CLOCK.

d. XMT DATA (RED). TRANSMIT DATA is a red (unencrypted) digital data stream; it is clocked into the crypto by GATED CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV DATA (RED). RECEIVE DATA is a red (decrypted) digital data stream; it is clocked out of the crypto by GATED CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. ALARM INDICATE. ALARM INDICATE is generated by the crypto and applied to the IG. ALARM INDICATE is a red status signal that indicates the

crypto is in an alarm state. The crypto does not output (black) XMT DATA when it is in the alarm state. To come out of the alarm state, the crypto must be commanded by MIAR to reset its alarm. A signal level of +6 VDC indicates that the crypto is in an alarm state. A signal level of 0 VDC indicates that the crypto is not in an alarm state.

g. MIAR. MESSAGE INDICATE ALARM RESET is a red control signal that is gated by the IG and applied to the crypto. MIAR is a 10-millisecond pulse that resets the crypto. The reset condition of this signal is 0 VDC and the normal state is +6 VDC.

h. XMT/RCV CLOCK. TRANSMIT/RECEIVE CLOCK is a black clock signal that is generated in the IG. If an external clock is selected, XMT/RCV CLOCK is phase locked to XMT CLOCK in transmit and RCV CLOCK in receive. The signal levels of XMT/RCV CLOCK are ±6 VDC. This signal is input to the TSEC/KG-34 as XMT CLOCK and RCV CLOCK.

i. XMT DATA (BLACK). TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the crypto by the low-to-high transition of XMT/RCV CLOCK. The signal levels of XMT DATA are ±6 VDC. XMT DATA is +6 VDC when the crypto is not in transmit.

j. RCV DATA (BLACK). RECEIVE DATA is a black (encrypted) digital data stream that is clocked into the crypto by the high-to-low transition of XMT/RCV CLOCK. The signal levels of RCV DATA are ±6 VDC. RCV DATA is +6 VDC when the crypto is not in receive.

5-4.4.3 Non-DAMA Functional Interface Description. The FLTSAT NBSV user terminal interfaces with the AN/WSC-5(V) or AN/WSC-3 satellite communications set in non-DAMA operation. The interface signals between the ON-143(V)/USQ and the transceiver are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the transceiver to place it in transmit. The signal may be +6 VDC in transmit, -6 VDC when not or ground in transmit, open when not. DATA KEYLINE must be ground in transmit, open when not when operating with the AN/WSC-3. This signal is input to the AN/WSC-5(V) transceiver as BASEBAND KEYLINE.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that may be provided by the station clock, transceiver or IG; it is used to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±6 VDC. This signal is input to the AN/WSC-3 transceiver as XMT BIT TIMING.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±6 VDC. This signal is output from the AN/WSC-3 transceiver as RCV BIT TIMING.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER LL.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the transceiver; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is at ground in receive and open when idle. When open, +6 VDC is present (via the receive indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER.

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the transceiver; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is at ground in transmit and open when idle. When open, +6 VDC is present (via the transmit indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as MODEM READY.

5-4.4.4 DAMA Functional Interface Description. The FLTSAT NBSV user terminal interfaces with the TD-1271B/U multiplexer in DAMA operation. The interface signals between the ON-143(V)/USQ and the multiplexer are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the multiplexer to key the I/O port. For compatibility with various equipments, the signal may be +6 VDC in transmit, -6 VDC when not or ground in transmit, open when not. This signal is input to the multiplexer as XMIT REQ or GND LEVEL KEY.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that may be provided by the station clock, multiplexer or IG; it is used to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±5 VDC or ±6 VDC depending on the source. This signal is input to the multiplexer as INPUT CLOCK or output from the multiplexer as OUTPUT CLOCK B.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC. This signal is input to the multiplexer as SERIAL INPUT DATA.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the multiplexer; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±5 VDC. This signal is output from the multiplexer as OUTPUT CLOCK A.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the multiplexer on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±5 VDC. This signal is output from the multiplexer as OUTPUT DATA.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the multiplexer is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC when a burst with data present is received and -6 VDC when idle. This signal is output from the multiplexer as SIG ACQ.