g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the multiplexer; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is output from the multiplexer as SIG ACQ LAMP. The signal goes to a ground level when a burst with data present is received in the time slot associated with the I/O port; when no burst or burst with no data present is received, the signal remains open. When open, +6 VDC is present (via the receive indicator lamp).

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the multiplexer; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is output from the multiplexer as TX ACK LAMP. The signal goes to a ground level within five milliseconds after the receipt of DATA KEYLINE if the multiplexer is prepared to accept XMT DATA. The signal is open any time the multiplexer is not prepared to accept data and when DATA KEYLINE is open. When open, +6 VDC is present (via the transmit indicator lamp).

5-4.4.5 Merged Net Functional Interface Description. The FLTSAT NBSV user terminal interfaces with the AN/WSC-5(V) and the TD-1271B/U via the digital sharing device (DSD) in merged net operation. These interfaces are discussed in the following subparagraphs.

5-4.4.5.1 ON-143(V)/USQ to DSD Functional Interface Description. The interface signals between the IG and the DSD (via the CV-3928/FSC level converter) are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the DSD to key the transceiver and multiplexer I/O port. The signal is +6 VDC in transmit and -6 VDC when not in transmit. It passes through the level converter unaffected.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that is provided by the station clock; it is used to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±6 VDC. It passes through the level converter unaffected.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC. It passes through the level converter unaffected.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver or multiplexer; it is used to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±6 VDC. It passes through the level converter unaffected.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked into the IG on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC. It passes through the level converter unaffected.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver or multiplexer is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the multiplexer as

SIG ACQ and from the transceiver as OUTPUT DATA TRANSFER LL. DATA MODE CHANNEL BUSY is passed through the DSD to the IG via the level converter. The signal is passed through the level converter and also converted to ground/open to provide a DATA SIG ACQ IND input to the IG. DATA SIG ACQ IND is used to turn on the receive indicator lamp.

g. TX ACK. TRANSMIT ACKNOWLEDGE indicates that the transceiver or multiplexer is ready to accept XMT DATA. TX ACK is a black control signal with signal levels of +6 VDC in transmit and -6 VDC when not in transmit. This signal is output from the transceiver as MODEM READY LL. TX ACK is passed through the DSD to a level converter. The signal levels are converted to ground/open to provide a GROUND IN TRANSMIT input to the IG. GROUND IN TRANSMIT is used to turn on the transmit indicator lamp.

5-4.4.5.2 DSD to AN/WSC-5(V) Functional Interface Description. The interface signals between the DSD and the transceiver are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the transceiver to place it in transmit. The signal is +6 VDC in transmit and -6 VDC when not in transmit. This signal is input to the transceiver as BASEBAND KEYLINE.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that may be provided by the station clock or the multiplexer; it is used to clock XMT DATA into the transceiver. The signal levels of XMT CLOCK are ±6 VDC.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked into the transceiver on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver; it is routed through the DSD to the IG. It is used by the IG to clock RCV DATA into the IG. RCV CLOCK is also routed through the DSD to the multiplexer as XMT CLOCK; it is used to clock XMT DATA into the multiplexer. The signal levels of RCV CLOCK are ±6 VDC.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV CLOCK. RCV DATA is routed through the DSD to the IG. It is also routed through the DSD to the multiplexer as XMT DATA. The signal levels of RCV DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the transceiver as OUTPUT DATA TRANSFER LL. DATA MODE CHANNEL BUSY is passed through the DSD to the IG. It is also passed to the multiplexer as DATA KEYLINE.

g. TX ACK. TRANSMIT ACKNOWLEDGE indicates that the transceiver is ready to accept XMT DATA. TX ACK is a black control signal with signal levels of +6 VDC in transmit and -6 VDC when not in transmit. This signal is output from the transceiver as MODEM READY LL.

5-4.4.5.3 DSD to TD-1271B/U Functional Interface Description. The interface signals between the DSD and the multiplexer are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the multiplexer to key the I/O port. The signal is +6 VDC in transmit and -6 VDC when not in transmit. This signal is input to the multiplexer as XMIT REQ.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that may be provided by the station clock or the transceiver; it is used to clock XMT DATA into the multiplexer. The signal levels of XMT CLOCK are ±6 VDC. This signal is input to the multiplexer as INPUT CLOCK.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked into the multiplexer on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC. This signal is input to the multiplexer as SERIAL INPUT DATA.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the multiplexer; it is routed through the DSD to the IG. It is used by the IG to clock RCV DATA into the IG. RCV CLOCK is also routed through the DSD to the transceiver as XMT CLOCK; it is used to clock XMT DATA into the transceiver. The signal levels of RCV CLOCK are ±5 VDC. This signal is output from the multiplexer as OUTPUT CLOCK A.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the multiplexer on the high-to-low transition of RCV CLOCK. RCV DATA is routed through the DSD to the IG. It is also routed through the DSD to the transceiver as XMT DATA. The signal levels of RCV DATA are ±5 VDC. This signal is output from the multiplexer as OUTPUT DATA.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the multiplexer is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. DATA MODE CHANNEL BUSY is routed through the DSD to the IG. It is also routed through the DSD to the transceiver as DATA KEYLINE. This signal is output from the multiplexer as SIG ACQ.

g. TX ACK. TRANSMIT ACKNOWLEDGE indicates that the multiplexer is ready to accept XMT DATA. TX ACK is a black control signal with signal levels of +6 VDC in transmit and -6 VDC when not in transmit.

5-4.4.6 Transmit Sequence. The transmission of information through the ON-143(V)/USQ is initiated by the CV-3333/U providing PTT KEYLINE to the IG. This initiates the sequence of events discussed below. (Refer to Figure 5-2.)

a. The IG, upon sensing PTT KEYLINE from the CV-3333/U, provides DATA KEYLINE to the satellite terminal and XMT/RCV CLOCK to the crypto (provided DATA MODE CHANNEL BUSY is idle).

b. The IG then initiates an internal 115-millisecond time delay. This delay allows for transmitter turn-on and stabilization (40 ±10 milliseconds) and, concurrently, the following crypto preparation sequence:

(1) At 89 milliseconds into the 115-millisecond delay, the IG removes XMT/RCV CLOCK from the crypto,

(2) At 6.6 milliseconds after crypto clock removal, the IG provides PREP to the crypto,

(3) Approximately 20 milliseconds after the PREP command, the IG restores XMT/RCV CLOCK to the crypto.

c. Crypto clock restoration enables the crypto to output 841 bits for receive crypto synchronization.

d. After 834 bits have been counted by the crypto, it passes GATED CLOCK to the IG.

e. Upon receiving XMT CLOCK, the CV-3333/U outputs 200 milliseconds of sync bits, then valid data (XMT DATA).

f. XMT DATA is routed through the crypto and black IG interface to the satellite terminal for transmission. In non-DAMA operation XMT DATA is routed to the AN/WSC-5(V) or AN/WSC-3, in DAMA operation to the TD-1271B/U and in merged net operation to both the AN/WSC-5(V) and TD-1271B/U via the DSD.

5-4.4.7 Receive Sequence. The reception of signals relayed by the satellite causes the ON-143(V)/USQ to perform a structured sequence that ensures valid data is output to the CV-3333/U. The sequence of events is discussed below. (Refer to Figure 5-3.)

a. The satellite terminal demodulates a signal into RCV DATA and supplies DATA MODE CHANNEL BUSY to the IG. In merged net operation, DATA MODE CHANNEL BUSY is routed, via the DSD, to the non-receiving satellite terminal as DATA KEYLINE placing the satellite terminal in the transmit mode. RCV DATA and RCV CLOCK from the receiving satellite terminal is routed to the transmitting satellite terminal as XMT DATA and XMT CLOCK.

b. At the same time, the IG provides XMT/RCV CLOCK to the crypto and RCV DATA is clocked into the crypto. The crypto removes GATED CLOCK from the IG until it receives 841 bits of preamble.

c. The crypto, having received 841 bits of preamble, restores GATED CLOCK to the IG.

d. The IG waits three clock periods, restores RCV CLOCK and clocks valid data (RCV DATA) into the CV-3333/U.

e. When no more signal is received, the satellite terminal removes DATA MODE CHANNEL BUSY.

f. The CV-3333/U is now free to stay in receive or to go into transmit.

5-4.5 OTCIXS USER TERMINAL EQUIPMENT INTERFACES. The microprocessor used to operate and control the OTCIXS subsystem is incorporated in the IG (ON-143 (V)6/USQ). The OTCIXS interface with the satellite terminal may be accomplished via line modems or a DSD. The following subparagraphs discuss the signals required for this interface. If used, the interface signals between the ON-143(V)6/USQ and the line modems or DSD are the same as those between the ON-143(V)6/USQ and the AN/WSC-5(V) or AN/WSC-3, unless otherwise noted. Table 5-22 lists the signals discussed below; FO-67 diagrams interface signal flow.

Table 5-22. Signal Data Description: OTCIXS User Terminal Equipment Interfaces
(Reference FO-67)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Teletype/IG | KEYBOARD DATA | $\pm 6$ VDC | AN/UGC-136BX J2 or Equivalent | ON-143(V)6/USQ J18 | 5-4.5.1.a. |
| | PRINTER DATA | $\pm 6$ VDC | ON-143(V)6/USQ J18 | AN/UGC-136BX J2 or Equivalent | 5-4.5.1.b. |
| TDP/TADIXS IG/ OTCIXS IG | TDP/TADIXS XMT DATA | $\pm 6$ VDC | Tactical Data Processor# or ON-143(V)6/USQ J22 (P/O TADIXS) | ON-143(V)6/USQ J17 | 5-4.5.2.a. |
| | TDP/TADIXS RCV DATA | $\pm 6$ VDC | ON-143(V)6/USQ J17 | Tactical Data Processor# or ON-143(V)6/USQ J22 (P/O TADIXS) | 5-4.5.2.b. |
| IG/Crypto (Red) | PREP | 0 VDC in transmit +6 VDC when not | ON-143(V)6/USQ J16 | TSEC/KG-35,36 TB 3-4 or TSEC/KG-84 J3 | 5-4.5.4.a. |
| | GATED CLOCK (XMT & RCV modes) | $\pm 6$ VDC* | TSEC/KG-35,36 TB 4-1 or TSEC/KG-84 J3 | ON-143(V)6/USQ J16 | 5-4.5.4.b.<br>5-4.5.4.c. |
| | XMT DATA | $\pm 6$ VDC* | ON-143(V)6/USQ J16 | TSEC/KG-35,36 TB 4-5 or TSEC/KG-84 J3 | 5-4.5.4.d. |
| | RCV DATA | $\pm 6$ VDC* | TSEC/KG-35,36 TB 4-9 or TSEC/KG-84 J3 | ON-143(V)6/USQ J16 | 5-4.5.4.e. |

See footnotes at the end of the table

Table 5-22. Signal Data Description: OTCIXS User Terminal Equipment Interfaces - CONT
(Reference FO-67)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Crypto (Red) - continued | ALARM INDICATE | +6 VDC alarm indication<br>0 VDC when not | TSEC/KG-35,36<br>TB 3-10<br>or<br>TSEC/KG-84 J3 | ON-143(V)6/USQ J16 | 5-4.5.4.f. |
| | MIAR | 0 VDC, 10-msec pulse in reset<br>+6 VDC when not | ON-143(V)6/USQ J16 | TSEC/KG-35,36<br>TB 3-8<br>or<br>TSEC/KG-84 J3 | 5-4.5.4.g. |
| IG/Crypto (Black) | XMT/RCV CLOCK | ±6 VDC* | ON-143(V)6/USQ J9 | TSEC/KG-35,36<br>TB 1-1<br>or<br>TSEC/KG-84 J2 | 5-4.5.4.h. |
| | XMT DATA | ±6 VDC in transmit*<br>+6 VDC when not | TSEC/KG-35,36<br>TB 1-9<br>or<br>TSEC/KG-84 J2 | ON-143(V)6/USQ J9 | 5-4.5.4.i. |
| | RCV DATA | ±6 VDC in receive*<br>+6 VDC when not | ON-143(V)6/USQ J9 | TSEC/KG-35,36<br>TB 1-5<br>or<br>TSEC/KG-84 J2 | 5-4.5.4.j. |
| IG/Transceiver (Non-DAMA) | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not<br>or<br>Ground in transmit<br>Open when not** | ON-143(V)6/USQ J1 | J-4116/WSC-5(V) J6<br>(BASEBAND KEYLINE<br>= DATA KEYLINE)<br>or<br>RT-1107/WSC-3 J2 | 5-4.5.5.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | Station Clock<br>or<br>J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2<br>(XMT BIT TIMING<br>= XMT CLOCK) | ON-143(V)6/USQ J1 | 5-4.5.5.b. |

---

See footnotes at the end of the table

Table 5-22. Signal Data Description: OTCIXS User Terminal Equipment Interfaces - CONT
(Reference FO-67)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) - continued | XMT CLOCK (INT) | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | ON-143(V)6/USQ J1 | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (XMT BIT TIMING = XMT CLOCK) | 5-4.5.5.b. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | ON-143(V)6/USQ J1 | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (PSK/FSK DATA IN = XMT DATA) | 5-4.5.5.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz* (normally 2400 Hz) | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (RCV BIT TIMING = RCV CLOCK) | ON-143(V)6/USQ J1 | 5-4.5.5.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps* (normally 2400 bps) | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (PSK/FSK DATA OUT = RCV DATA) | ON-143(V)6/USQ J1 | 5-4.5.5.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive -6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER LL = DATA MODE CHANNEL BUSY) or RT-1107/WSC-3 J2 | ON-143(V)6/USQ J1 | 5-4.5.5.f. |
| | DATA SIG ACQ IND | Ground in receive Open when not** | J-4116/WSC-5(V) J6 OUTPUT DATA TRANSFER = DATA SIG ACQ IND) or RT-1107/WSC-3 J3 | ON-143(V)6/USQ J1 | 5-4.5.5.g. |

See footnotes at the end of the table

Table 5-22. Signal Data Description: OTCIXS User Terminal Equipment Interfaces - CONT
(Reference FO-67)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) - continued | GROUND IN TRANSMIT | Ground in transmit Open when not** | J-4116/WSC-5(V) J6 (MODEM READY = GROUND IN TRANSMIT) or RT-1107/WSC-3 J2 | ON-143(V)6/USQ J1 | 5-4.5.5.h. |
| IG/DAMA Multiplexer | ****Not defined. | | | | |

*According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

**Some voltage is present when open.

#The Tactical Data Processor and its connectors are to be determined.

5-4.5.1 AN/UGC-136BX (or Equivalent) to ON-143(V)6/USQ Functional Interface Description. The following subparagraphs discuss the interface signals between the AN/UGC-136BX (or equivalent) and the ON-143(V)6/USQ. Interfaces are low level (±6 VDC).

a. KEYBOARD DATA. KEYBOARD DATA is generated by the teletype keyboard and applied to the IG. KEYBOARD DATA is a red signal with voltage levels of ±6 VDC.

b. PRINTER DATA. PRINTER DATA is generated by the IG and applied to the teletype equipment. PRINTER DATA is a red signal with voltage levels of ±6 VDC.

5-4.5.2 Tactical Data Processor or TADIXS ON-143(V)6/USQ to OTCIXS ON-143 (V)6/USQ Functional Interface Description. The interface signals between the TDP or TADIXS ON-143(V)6/USQ and the OTCIXS IG are discussed below.

a. TDP/TADIXS XMT DATA. TDP/TADIXS TRANSMIT DATA is a red signal with voltage levels of ±6 VDC. The signal originates at the TDP or TADIXS IG and contains all data, control and status information pertaining to the TDP.

b. TDP/TADIXS RCV DATA. TDP/TADIXS RECEIVE DATA is a red signal with voltage levels of ±6 VDC. The signal originates at the OTCIXS IG and contains all data, control and status information pertaining to the OTCIXS IG.

5-4.5.3 CV-3333/U to ON-143(V)6/USQ Functional Interface Description. Refer to paragraph 5-4.4.1 for interface description.

5-4.5.4 ON-143(V)6/USQ to TSEC/KG-36 (or TSEC/KG-35, TSEC/KG-84) Functional Interface Description. The interface signals between the IG and the crypto are discussed below.

a. PREP. PREP is generated by the IG and applied to the crypto. PREP is a red control signal that is used by the crypto to place it in a transmit state. The signal is 0 VDC in transmit and approximately +6 VDC when not in transmit.

b. GATED CLOCK (TRANSMIT MODE). This function applies when the IG is in transmit. GATED CLOCK is a red signal gated by the crypto; it clocks XMT DATA into the crypto on the low-to-high transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

c. GATED CLOCK (RECEIVE MODE). This function applies when the IG is in receive. GATED CLOCK is a red signal gated by the crypto; it clocks RCV DATA out of the crypto on the high-to-low transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

d. XMT DATA (RED). TRANSMIT DATA is a red (unencrypted) digital data stream; it is clocked into the crypto by GATED CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV DATA (RED). RECEIVE DATA is a red (decrypted) digital data stream; it is clocked out of the crypto by GATED CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. ALARM INDICATE. ALARM INDICATE is generated by the crypto and applied to the IG. ALARM INDICATE is a red status signal that indicates the crypto is in an alarm state. The crypto does not output (black) XMT DATA when it is in an alarm state. To come out of the alarm state, the crypto must be commanded by MIAR to reset its alarm. A signal level of +6 VDC indicates that the crypto is in an alarm state. A signal level of 0 VDC indicates that the crypto is not in an alarm state.

g. MIAR. MESSAGE INDICATE ALARM RESET is a red control signal; it is gated by the IG and applied to the crypto. MIAR is a 10-millisecond pulse that resets the crypto. The reset condition of this signal is 0 VDC and the normal state is +6 VDC.

h. XMT/RCV CLOCK. TRANSMIT/RECEIVE CLOCK is a black clock signal that is generated in the IG. If an external clock is selected, XMT/RCV CLOCK is phase locked to XMT CLOCK in transmit and RCV CLOCK in receive. The signal levels of XMT/RCV CLOCK are ±6 VDC.

i. XMT DATA (BLACK). TRANSMIT DATA is a black (encrypted) digital data stream; it is clocked out of the crypto by the low-to-high transition of XMT/RCV CLOCK. The signal levels of XMT DATA are ±6 VDC. XMT DATA is +6 VDC when the crypto is not in transmit.

j. RCV DATA (BLACK). RECEIVE DATA is a black (encrypted) digital data stream; it is clocked into the crypto by the high-to-low transition of XMT/RCV CLOCK. The signal levels of RCV DATA are ±6 VDC. RCV DATA is +6 VDC when the crypto is not in receive.

5-4.5.5 ON-143(V)6/USQ to AN/WSC-5(V) or AN/WSC-3 Functional Interface Description. The interface signals between the IG and the transceiver are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the transceiver to place it in transmit. The signal may be +6 VDC in transmit, -6 VDC when not, or ground in transmit and open when not. DATA KEYLINE must be ground in transmit, open when not when operating with the AN/WSC-3. This signal is input to the AN/WSC-5(V) transceiver as BASEBAND KEYLINE.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that may be provided by the station clock, transceiver or IG; it is used by the IG to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±6 VDC.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±6 VDC.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER LL.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the transceiver; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is at ground in receive and open when idle. When open, +6 VDC is present (via the receive indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER.

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the transceiver; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is at ground in transmit and open when idle. When open, +6 VDC is present (via the transmit indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as MODEM READY.

5-4.5.6 ON-143(V)6/USQ to TD-1271B/U Functional Interface Description.
**** Not defined.

5-4.5.7 Transmit Sequence. The transmission of information through the ON-143(V)6/USQ is initiated by the IG providing DATA KEYLINE to the satellite terminal. This initiates the sequence of events discussed below. (Refer to Figure 5-2.)

a. The IG initiates an internal 115-millisecond time delay. This delay allows for transmitter turn-on and stabilization (40 $\pm$10 milliseconds) and, concurrently, the following crypto preparation sequence:

(1) At 89 milliseconds into the 115-millisecond delay, the IG removes XMT/RCV CLOCK from the crypto,

(2) At 6.6 milliseconds after crypto clock removal, the IG provides PREP to the crypto,

(3) Approximately 20 milliseconds after the PREP command, the IG restores XMT/RCV CLOCK to the crypto.

b. Crypto clock restoration enables the crypto to output 841 bits for receive crypto synchronization.

c. After 834 bits have been counted by the crypto, it passes GATED CLOCK to the IG.

d. Upon receiving GATED CLOCK, the IG outputs valid data (XMT DATA).

e. XMT DATA is routed through the crypto and black IG interface to the satellite terminal for transmission.

5-4.5.8 Receive Sequence. The reception of signals relayed by the satellite causes the ON-143(V)6/USQ to perform a structured sequence that ensures

valid data is output to the user terminal equipment. The sequence of events is discussed below. (Refer to Figure 5-3.)

a. The satellite terminal demodulates a signal into RCV DATA and provides a DATA MODE CHANNEL BUSY signal to the IG.

b. The IG provides XMT/RCV CLOCK to the crypto and RCV DATA is clocked into the crypto. The crypto removes GATED CLOCK from the IG until it receives 841 bits of preamble.

c. The crypto, having received 841 bits of preamble, restores GATED CLOCK to the IG.

d. The IG waits three clock periods, restores GATED CLOCK and clocks valid data (RCV DATA) into the IG.

e. When no more signal is received, the satellite terminal removes DATA MODE CHANNEL BUSY.

f. The IG is now free to stay in receive or go into transmit.

5-4.6 TADIXS USER TERMINAL EQUIPMENT INTERFACES. The microprocessor used to operate and control the TADIXS subsystem is incorporated in the IG (ON-143 (V)6/USQ). The TADIXS interface with the satellite terminal may be accomplished via line modems or a DSD. The following subparagraphs discuss the signals required for this interface. If used, the interface signals between the ON-143(V)6/USQ and the line modems or DSD are the same as those between the ON-143(V)6/USQ and the AN/WSC-5(V) or AN/WSC-3, unless otherwise noted. Table 5-23 lists the signals discussed below; FO-69 diagrams interface signal flow.

5-4.6.1 <u>Tactical Data Processor to ON-143(V)6/USQ Functional Interface Description</u>. The interface signals between the TDP and the IG are discussed below.

a. <u>TDP XMT DATA</u>. TDP TRANSMIT DATA is a red signal with voltage levels of ±6 VDC. The signal originates at the TDP and contains all data, control and status information pertaining to the TDP.

b. <u>TDP RCV DATA</u>. TDP RECEIVE DATA is a red signal with voltage levels of ±6 VDC. The signal originates at the IG and contains all data, control and status information pertaining to the IG.

5-4.6.2 <u>OTCIXS ON-143(V)6/USQ to TADIXS ON-143(V)6/USQ Functional Interface Description</u>. The following subparagraphs discuss the interface signals between the OTCIXS ON-143(V)6/USQ and the TADIXS ON-143(V)6/USQ. This interface is required for TADIXS ship-to-shore TDP data exchange.

a. <u>TADIXS XMT DATA</u>. TADIXS TRANSMIT DATA is generated at the TADIXS IG and applied to the OTCIXS IG. TADIXS XMT DATA is a red signal with voltage levels of ±6 VDC.

b. <u>TADIXS RCV DATA</u>. TADIXS RECEIVE DATA is generated at the OTCIXS IG and applied to the TADIXS IG. TADIXS RCV DATA is a red signal with voltage levels of +6 VDC.

Table 5-23. Signal Data Description: TADIXS User Terminal Equipment Interfaces (Reference FO-69)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| TDP/IG | TDP XMT DATA | ±6 VDC | Tactical Data Processor# | ON-143(V)6/USQ J17 | 5-4.6.1.a. |
| | TDP RCV DATA | ±6 VDC | ON-143(V)6/USQ J17 | Tactical Data Processor# | 5-4.6.1.b. |
| OTCIXS IG/TADIXS IG | TADIXS XMT DATA | ±6 VDC | ON-143(V)6/USQ J22 (P/O TADIXS) | ON-143(V)6/USQ J17 (P/O OTCIXS) | 5-4.6.2.a. |
| | TADIXS RCV DATA | ±6 VDC | ON-143(V)6/USQ J17 (P/O OTCIXS) | ON-143(V)6/USQ J22 (P/O TADIXS) | 5-4.6.2.b. |
| IG/Crypto (Red) | PREP | 0 VDC in transmit<br>+6 VDC when not | ON-143(V)6/USQ J16 | TSEC/KG-84 J3 | 5-4.6.3.a. |
| | GATED CLOCK (XMT & RCV modes) | ±6 VDC* | TSEC/KG-84 J3 | ON-143(V)6/USQ J16 | 5-4.6.3.b.<br>5-4.6.3.c. |
| | XMT DATA | ±6 VDC* | ON-143(V)6/USQ J16 | TSEC/KG-84 J3 | 5-4.6.3.d. |
| | RCV DATA | ±6 VDC* | TSEC/KG-84 J3 | ON-143(V)6/USQ J16 | 5-4.6.3.e. |
| | ALARM INDICATE | +6 VDC alarm indication<br>0 VDC when not | TSEC/KG-84 J3 | ON-143(V)6/USQ J16 | 5-4.6.3.f. |
| | MIAR | 0 VDC, 10-msec pulse in reset<br>+6 VDC when not | ON-143(V)6/USQ J16 | TSEC/KG-84 J3 | 5-4.6.3.g |
| IG/Crypto (Black) | XMT/RCV CLOCK | ±6 VDC* | ON-143(V)6/USQ J9 | TSEC/KG-84 J2 | 5-4.6.3.h. |
| | XMT DATA | ±6 VDC in transmit*<br>+6 VDC when not | TSEC/KG-84 J2 | ON-143(V)6/USQ J9 | 5-4.6.3.i. |
| | RCV DATA | ±6 VDC in receive*<br>+6 VDC when not | ON-143(V)6/USQ J9 | TSEC/KG-84 J2 | 5-4.6.3.j. |

See footnotes at the end of the table

Table 5-23. Signal Data Description: TADIXS User Terminal Equipment Interfaces - CONT
(Reference FO-69)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not<br>or<br>Ground in transmit<br>Open when not** | ON-143(V)6/USQ J1 | J-4116/WSC-5(V) J6<br>(BASEBAND KEYLINE = DATA KEYLINE)<br>or<br>RT-1107/WSC-3 J2 | 5-4.6.4.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | Station Clock<br>or<br>J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2<br>(XMT BIT TIMING = XMT CLOCK) | ON-143(V)6/USQ J1 | 5-4.6.4.b. |
| | XMT CLOCK (INT) | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | ON-143(V)6/USQ J1 | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2<br>(XMT BIT TIMING = XMT CLOCK) | 5-4.6.4.b. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | ON-143(V)6/USQ J1 | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2<br>(PSK/FSK DATA IN = XMT DATA) | 5-4.6.4.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz*<br>(normally 2400 Hz) | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2<br>(RCV BIT TIMING = RCV CLOCK) | ON-143(V)6/USQ J1 | 5-4.6.4.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 2400 bps) | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2<br>(PSK/FSK DATA OUT = RCV DATA) | ON-143(V)6/USQ J1 | 5-4.6.4.e. |

See footnotes at the end of the table

Table 5-23. Signal Data Description: TADIXS User Terminal Equipment Interfaces - CONT
(Reference FO-69)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) - continued | DATA MODE CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER LL = DATA MODE CHANNEL BUSY)<br>or<br>RT-1107/WSC-3 J2 | ON-143(V)6/USQ J1 | 5-4.6.4.f. |
| | DATA SIG ACQ IND | Ground in receive<br>Open when not** | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER = DATA SIG ACQ IND)<br>or<br>RT-1107/WSC-3 J2 | ON-143(V)6/USQ J1 | 5-4.6.4.g. |
| | GROUND IN TRANSMIT | Ground in transmit<br>Open when not** | J-4116/WSC-5(V) J6 (MODEM READY = (GROUND IN TRANSMIT)<br>or<br>RT-1107/WSC-3 J2 | ON-143(V)6/USQ J1 | 5-4.6.4.h. |
| IG/DAMA Multiplexer | ****Not defined. | | | | |

*According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

**Some voltage is present when open.

#The Tactical Data Processor and its connectors are to be determined.

5-4.6.3 ON-143(V)6/USQ to TSEC/KG-84 Functional Interface Description. The interface signals between the IG and the crypto are discussed below.

a. PREP. PREP is generated by the IG and applied to the crypto. PREP is a red control signal that is used by the crypto to place it in a transmit state. The signal is 0 VDC in transmit and approximately +6 VDC when not in transmit.

b. GATED CLOCK (TRANSMIT MODE). This function applies when the IG is in transmit. GATED CLOCK is a red signal gated by the crypto; it clocks XMT DATA into the crypto on the low-to-high transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

c. GATED CLOCK (RECEIVE MODE). This function applies when the IG is in receive. GATED CLOCK is a red signal gated by the crypto; it clocks RCV DATA out of the crypto on the high-to-low transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

d. XMT DATA (RED). TRANSMIT DATA is a red (unencrypted) digital data stream; it is clocked into the crypto by GATED CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV DATA (RED). RECEIVE DATA is a red (decrypted) digital data stream; it is clocked out of the crypto by GATED CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. ALARM INDICATE. ALARM INDICATE is generated by the crypto and applied to the IG. ALARM INDICATE is a red status signal that indicates the crypto is in an alarm state. The crypto does not output (black) XMT DATA when it is in an alarm state. To come out of the alarm state, the crypto must be commanded by MIAR to reset its alarm. A signal level of +6 VDC indicates that the crypto is in an alarm state. A signal level of 0 VDC indicates that the crypto is not in an alarm state.

g. MIAR. MESSAGE INDICATE ALARM RESET is a red control signal; it is gated by the IG and applied to the crypto. MIAR is a 10-millisecond pulse that resets the crypto. The reset condition of this signal is 0 VDC and the normal state is +6 VDC.

h. XMT/RCV CLOCK. TRANSMIT/RECEIVE CLOCK is a black clock signal that is generated in the IG. If an external clock is selected, XMT/RCV CLOCK is phase locked to XMT CLOCK in transmit and RCV CLOCK in receive. The signal levels of XMT/RCV CLOCK are ±6 VDC.

i. XMT DATA (BLACK). TRANSMIT DATA is a black (encrypted) digital data stream; it is clocked out of the crypto by the low-to-high transition of XMT/RCV CLOCK. The signal levels of XMT DATA are ±6 VDC. XMT DATA is +6 VDC when the crypto is not in transmit.

j. RCV DATA (BLACK). RECEIVE DATA is a black (encrypted) digital data stream; it is clocked into the crypto by the high-to-low transition of XMT/RCV CLOCK. The signal levels of RCV DATA are ±6 VDC. RCV DATA is +6 VDC when the crypto is not in receive.

5-4.6.4 ON-143(V)6/USQ to AN/WSC-5(V) or AN/WSC-3 Functional Interface Description. The interface signals between the IG and the transceiver are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the transceiver to place it in transmit. The signal may be +6 VDC in transmit, -6 VDC when not or ground in transmit, open when not. DATA KEYLINE must be ground in transmit, open when not when operating with the AN/WSC-3. This signal is input to the AN/WSC-5(V) transceiver as BASEBAND KEYLINE.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that may be provided by the station clock, transceiver or IG; it is used by the IG to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±6 VDC.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±6 VDC.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER LL.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the transceiver; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is at ground in receive and open when idle. When open, +6 VDC is present (via the receive indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER.

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the transceiver; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is at ground in transmit and open when idle. When open, +6 VDC is present (via the transmit indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as MODEM READY.

5-4.6.5 ON-143(V)6/USQ to TD-1271B/U Functional Interface Description. **** Not defined.

5-4.6.6 Transmit Sequence. The transmission of information through the ON-143(V)6/USQ is initiated by the IG providing DATA KEYLINE to the satellite terminal. This initiates the sequence of events discussed below. (Refer to Figure 5-2.)

a. The IG initiates an internal 115-millisecond time delay. This delay allows for transmitter turn-on and stabilization (40 ±10 milliseconds) and, concurrently, the following crypto preparation sequence:

(1) At 89 milliseconds into the 115-millisecond delay, the IG removes XMT/RCV CLOCK from the crypto,

(2) At 6.6 milliseconds after crypto clock removal, the IG provides PREP to the crypto,

(3) Approximately 20 milliseconds after the PREP command, the IG restores XMT/RCV CLOCK to the crypto.

b. Crypto clock restoration enables the crypto to output 841 bits for receive crypto synchronization.

c. After 834 bits have been counted by the crypto, it passes GATED CLOCK to the IG.

d. Upon receiving GATED CLOCK, the IG outputs valid data (XMT DATA).

e. XMT DATA is routed through the crypto and black IG interface to the satellite terminal for transmission.

5-4.6.7 Receive Sequence. The reception of signals relayed by the satellite causes the ON-143(V)6/USQ to perform a structured sequence that ensures valid data is output to the user terminal equipment. The sequence of events is discussed below. (Refer to Figure 5-3.)

a. The satellite terminal demodulates a signal into RCV DATA and provides a DATA MODE CHANNEL BUSY signal to the IG.

b. The IG provides XMT/RCV CLOCK to the crypto and RCV DATA is clocked into the crypto. The crypto removes GATED CLOCK from the IG until it receives 841 bits of preamble.

c. The crypto, having received 841 bits of preamble, restores GATED CLOCK to the IG.

d. The IG waits three clock periods, restores GATED CLOCK and clocks valid data (RCV DATA) into the IG.

e. When no more signal is received, the satellite terminal removes DATA MODE CHANNEL BUSY.

f. The IG is now free to stay in receive or go into transmit.

5-4.7 SSIXS USER TERMINAL EQUIPMENT INTERFACES. The SSIXS interface with the satellite terminal may be accomplished via line modems or a PSU. The following subparagraphs discuss the signals required for this interface. If used, the interface signals between the ON-143(V)4/USQ and the line modems or PSU are the same as those between the ON-143(V)4/USQ and the AN/WSC-5(V) or AN/WSC-3, unless otherwise noted. Table 5-24 lists the signals that are discussed below; FO-71 diagrams interface signal flow.

Table 5-24. Signal Data Description: SSIXS User Terminal Equipment Interfaces
(Reference FO-71)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Processor/IG | LINK ENABLE | +6 VDC in transmit<br>-6 VDC when not | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.7.1.a. |
| | END RECEIVE | +6 VDC in receive<br>-6 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.7.1.b. |
| | XMT CLOCK | ±6 VDC 1200 to 9600 Hz*<br>(normally 4800 Hz) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.7.1.c. |
| | XMT DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 4800 bps) | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.7.1.d. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz*<br>(normally 4800 Hz) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.7.1.e. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps*<br>(normally 4800 bps) | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.7.1.f. |
| | ALARM INDICATE | +6 VDC when crypto faulted<br>0 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.7.1.g. |
| | MIAR | 0 VDC, 10-msec pulse in reset<br>+6 VDC when not | AN/UYK-20(V) J22 | ON-143(V)4/USQ J14 | 5-4.7.1.h. |
| | CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | ON-143(V)4/USQ J14 | AN/UYK-20(V) J22 | 5-4.7.1.i. |
| IG/Crypto (Red) | PREP | 0 VDC in transmit<br>+6 VDC when not | ON-143(V)4/USQ J15 | TSEC/KG-35,36<br>TB 3-4 | 5-4.7.2.a. |
| | GATED CLOCK<br>(XMT & RCV modes) | ±6 VDC* | TSEC/KG-35,36<br>TB 4-1 | ON-143(V)4/USQ J16 | 5-4.7.2.b.<br>5-4.7.2.c. |
| | XMT DATA | ±6 VDC* | ON-143(V)4/USQ J16 | TSEC/KG-35,36<br>TB 4-5 | 5-4.7.2.d. |

See footnotes at the end of the table

Table 5-24. Signal Data Description: SSIXS User Terminal Equipment Interfaces - CONT
(Reference FO-71)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Crypto (Red) - continued | RCV DATA | ±6 VDC* | TSEC/KG-35,36 TB 4-9 | ON-143(V)4/USQ J16 | 5-4.7.2.e. |
| | ALARM INDICATE | +6 VDC alarm indication<br>0 VDC when not | TSEC/KG-35,36 TB 3-10 | ON-143(V)4/USQ J15 | 5-4.7.2.f. |
| | MIAR | 0 VDC, 10-msec pulse in reset<br>+6 VDC when not | ON-143(V)4/USQ J15 | TSEC/KG-35,36 TB 3-8 | 5-4.7.2.g. |
| IG/Crypto (Black) | XMT/RCV CLOCK | ±6 VDC* | ON-143(V)4/USQ J9 | TSEC/KG-35,36 TB 1-1 | 5-4.7.2.h. |
| | XMT DATA | ±6 VDC in transmit*<br>+6 VDC when not | TSEC/KG-35,36 TB 1-9 | ON-143(V)4/USQ J9 | 5-4.7.2.i. |
| | RCV DATA | ±6 VDC in receive*<br>+6 VDC when not | ON-143(V)4/USQ J9 | TSEC/KG-35,36 TB 1-5 | 5-4.7.2.j. |
| IG/Transceiver (Non-DAMA) | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not<br>or<br>Ground in transmit<br>Open when not** | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J6 (BASEBAND KEYLINE = DATA KEYLINE)<br>or<br>RT-1107/WSC-3 J2 | 5-4.7.3.a. |
| | XMT CLOCK (EXT) | ±6 VDC 1200 to 9600 Hz* (normally 4800 Hz) | Station Clock<br>or<br>J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (XMT BIT TIMING = XMT CLOCK) | ON-143(V)4/USQ J1 | 5-4.7.3.b. |
| | XMT CLOCK (INT) | ±6 VDC 1200 to 9600 Hz* (normally 4800 Hz) | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J7<br>or<br>RT-1107/WSC-3 J2 (XMT BIT TIMING = XMT CLOCK) | 5-4.7.3.b. |

See footnotes at the end of the table

Table 5-24. Signal Data Description: SSIXS User Terminal Equipment Interfaces - CONT (Reference FO-71)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/Transceiver (Non-DAMA) - continued | XMT DATA | ±6 VDC 1200 to 9600 bps* (normally 4800 bps) | ON-143(V)4/USQ J1 | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (PSK/FSK DATA IN = XMT DATA) | 5-4.7.3.c. |
| | RCV CLOCK | ±6 VDC 1200 to 9600 Hz* (normally 4800 Hz) | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (RCV BIT TIMING = RCV CLOCK) | ON-143(V)4/USQ J1 | 5-4.7.3.d. |
| | RCV DATA | ±6 VDC 1200 to 9600 bps* (normally 4800 bps) | J-4116/WSC-5(V) J7 or RT-1107/WSC-3 J2 (PSK/FSK DATA OUT = RCV DATA) | ON-143(V)4/USQ J1 | 5-4.7.3.e. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive -6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER = DATA MODE CHANNEL BUSY) or RT-1107/WSC-3 J2 | ON-143(V)4/USQ J1 | 5-4.7.3.f. |
| | DATA SIG ACQ IND | Ground in receive Open when not** | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER = DATA SIG ACQ IND) or RT-1107/WSC-3 J3 | ON-143(V)4/USQ J1 | 5-4.7.3.g. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not** | J-4116/WSC-5(V) J6 (MODEM READY = GROUND IN TRANSMIT) or RT-1107/WSC-3 J2 | ON-143(V)4/USQ J1 | 5-4.7.3.h. |

See footnotes at the end of the table