Table 5-24. Signal Data Description: SSIXS User Terminal Equipment Interfaces - CONT
(Reference FO-71)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| IG/DAMA Multiplexer | ****Not defined. | | | | |

*According to MIL-STD-188C, Military Standard, Military Communication System Technical Standards, 24 November 1969.

**Some voltage is present when open.

5-4.7.1 AN/UYK-20(V) to ON-143(V)4/USQ Functional Interface Description. The SSIXS processor interfaces with the ON-143(V)4/USQ via a serial, synchronous I/O channel (channel 13). The following subparagraphs discuss the signals required for this interface. The interface signals between the processor and the IG are discussed below.

a. LINK ENABLE. LINK ENABLE is provided by the processor and is used by the IG to initiate transmit sequencing. The signal is +6 VDC in transmit and -6 VDC when not in transmit.

b. END RECEIVE. END RECEIVE is provided by the IG and is used by the processor to determine when valid RCV DATA and RCV CLOCK are present. The low-to-high transition of this signal occurs when the IG enables RCV CLOCK to the processor. The high-to-low transition occurs when RCV CLOCK is disabled or DATA MODE CHANNEL BUSY is low. The high-to-low transition generates an END RECEIVE interrupt to the processor. The signal levels of END RECEIVE are ±6 VDC.

c. XMT CLOCK. TRANSMIT CLOCK is gated on by the IG after the 115 millisecond and the 835 bit delay (at the clock rate) following a LINK ENABLE signal. The delay allows transmitter turn-on, frequency stabilization and the crypto synchronization sequence. The signal levels of XMT CLOCK are ±6 VDC.

d. XMT DATA. TRANSMIT DATA is shifted out of the processor on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV CLOCK. RECEIVE CLOCK is gated on by the IG in phase with the first data bit output from the IG. The signal levels of RCV CLOCK are ±6 VDC.

f. RCV DATA. RECEIVE DATA is shifted out of the IG on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

g. ALARM INDICATE. ALARM INDICATE is generated by the crypto and routed through the IG to the processor. This signal generates a fault interrupt in the processor; it requires the processor to disable LINK ENABLE, if active, or to abort received message, if in receive. A voltage level of +6 VDC indicates a crypto fault and 0 VDC indicates this line is inactive.

h. MIAR. MESSAGE INDICATE ALARM RESET is generated in the processor and routed through the IG to the crypto. MIAR is a 10-millisecond pulse that resets the crypto in response to ALARM INDICATE or to a program determined loss of synchronization. A voltage level of +6 VDC resets the crypto and 0 VDC indicates this line is inactive.

i. CHANNEL BUSY. CHANNEL BUSY is generated in the transceiver and routed through the IG to the processor. The low-to-high transition of this signal indicates that the transceiver has acquired an RF signal. The high-to-low transition indicates loss of an acquired RF signal. The signal levels of CHANNEL BUSY are ±6 VDC.

5-4.7.2 ON-143(V)4/USQ to TSEC/KG-36 (or TSEC/KG-35) Functional Interface Description. The interface signals between the IG and the crypto are discussed below.

a. PREP. PREP is generated by the IG and applied to the crypto. PREP is a red control signal that is used by the crypto to place it in transmit state. The signal is 0 VDC in transmit and approximately +6 VDC when not in transmit.

b. GATED CLOCK (TRANSMIT MODE). This function applies when the IG is in transmit. GATED CLOCK is a red signal gated by the crypto; it clocks XMT DATA into the crypto on the low-to-high transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

c. GATED CLOCK (RECEIVE MODE). This function applies when the IG is in receive. GATED CLOCK is a red signal gated by the crypto; it clocks RCV DATA out of the crypto on the high-to-low transition of GATED CLOCK. The signal levels of GATED CLOCK are ±6 VDC.

d. XMT DATA (RED). TRANSMIT DATA is a red (unencrypted) digital data stream; it is clocked into the crypto by GATED CLOCK. The signal levels of XMT DATA are ±6 VDC.

e. RCV DATA (RED). RECEIVE DATA is a red (decrypted) digital data stream; it is clocked out of the crypto by GATED CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. ALARM INDICATE. ALARM INDICATE is generated by the crypto and applied to the IG. ALARM INDICATE is a red status signal that indicates the crypto is in an alarm state. The crypto does not output (black) XMT DATA when it is in the alarm state. To come out of the alarm state, the crypto must be commanded by MIAR to reset its alarm. A signal level of +6 VDC indicates that the crypto is in an alarm state. A signal level of 0 VDC indicates that the crypto is not in an alarm state.

g. MIAR. MESSAGE INDICATE ALARM RESET is a red control signal that is gated by the IG and applied to the crypto. MIAR is a 10-millisecond pulse that resets the crypto. The reset condition of this signal is 0 VDC and the normal state is +6 VDC.

h. XMT/RCV CLOCK. TRANSMIT/RECEIVE CLOCK is a black clock signal that is generated in the IG. If an external clock is selected XMT/RCV CLOCK is phase locked to XMT BIT TIMING in transmit and RCV BIT TIMING in receive. The signal levels of XMT/RCV CLOCK are ±6 VDC.

i. XMT DATA (BLACK). TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the crypto by the low-to-high transition of XMT/RCV CLOCK. The signal levels of XMT DATA are ±6 VDC. XMT DATA is +6 VDC when the crypto is not in transmit.

j. RCV DATA (BLACK). RECEIVE DATA is a black (encrypted) digital data stream that is clocked into the crypto by the high-to-low transition of XMT/RCV CLOCK. The signal levels of RCV DATA are ±6 VDC. RCV DATA is +6 VDC when the crypto is not in receive.

5-4.7.3 ON-143(V)4/USQ to AN/WSC-5(V) or AN/WSC-3 Functional Interface Description. The interface signals between the IG and the transceiver are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the transceiver to place it in transmit. The signal may be ground in transmit, open when not or +6 VDC in transmit, -6 VDC when not. DATA KEYLINE must be ground in transmit, open when not when operating with the AN/WSC-3. This signal is input to the AN/WSC-5(V) transceiver as BASEBAND KEYLINE.

b. XMT CLOCK. TRANSMIT CLOCK is a black clock signal that may be provided by the station clock, transceiver or IG; it is used by the IG to clock XMT DATA out of the IG. The signal levels of XMT CLOCK are ±6 VDC. This signal is output from the AN/WSC-3 transceiver as XMT BIT TIMING.

c. XMT DATA. TRANSMIT DATA is a black (encrypted) digital data stream that is clocked out of the IG on the low-to-high transition of XMT CLOCK. The signal levels of XMT DATA are ±6 VDC.

d. RCV CLOCK. RECEIVE CLOCK is a black clock signal that is generated by the transceiver; it is used by the IG to clock RCV DATA into the IG. The signal levels of RCV CLOCK are ±6 VDC. This signal is output from the AN/WSC-3 transceiver as RCV BIT TIMING.

e. RCV DATA. RECEIVE DATA is a black (encrypted) digital data stream that is clocked out of the transceiver on the high-to-low transition of RCV CLOCK. The signal levels of RCV DATA are ±6 VDC.

f. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver is generating valid RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER LL.

g. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is a black status signal that is generated in the transceiver; it is used by the IG to turn on the receive indicator lamp. DATA SIG ACQ IND is at ground in receive and open when idle. When open, +6 VDC is present (via the receive indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as OUTPUT DATA TRANSFER.

h. GROUND IN TRANSMIT. GROUND IN TRANSMIT is a black status signal that is generated in the transceiver; it is used by the IG to turn on the transmit indicator lamp. GROUND IN TRANSMIT is at ground in transmit and open when idle. When open, +6 VDC is present (via the transmit indicator lamp). This signal is output from the AN/WSC-5(V) transceiver as MODEM READY.

5-4.7.4 ON-143(V)4/USQ to TD-1271B/U Functional Interface Description. ****Not defined.

5-4.7.5 Transmit Sequence. The transmission of information through the ON-143(V)4/USQ is initiated by the AN/UYK-20(V) providing LINK ENABLE to the IG. This initiates the sequence of events discussed below. (Refer to Figure 5-2.)

a. The IG, upon sensing LINK ENABLE from the AN/UYK-20(V), provides DATA KEYLINE to the satellite terminal and XMT/RCV CLOCK to the crypto.

b. The IG then initiates an internal 115-millisecond time delay. This delay allows for transmitter turn-on and stabilization (40 ±10 milliseconds) and, concurrently, the following crypto preparation sequence:

(1) At 89 milliseconds into the 115-millisecond delay, the IG removes XMT/RCV CLOCK from the crypto,

(2) At 6.6 milliseconds after crypto clock removal, the IG provides PREP to the crypto,

(3) Approximately 20 milliseconds after the PREP command, the IG restores XMT/RCV CLOCK to the crypto.

c. Crypto clock restoration enables the crypto to output 841 bits for receive crypto synchronization.

d. After 834 bits have been counted by the crypto, it restores GATED CLOCK to the IG.

e. Upon receiving GATED CLOCK, the AN/UYK-20(V) outputs 8 residue bits, then valid data (XMT DATA). The residue bits are ignored by the crypto.

f. XMT DATA is routed through the crypto and black IG interface to the satellite terminal.

5-4.7.6 Receive Sequence. The reception of signals relayed by the satellite causes a structured sequence that ensures valid data is output to the AN/UYK-20(V). The sequence of events is discussed below. (Refer to Figure 5-3.)

a. The satellite terminal demodulates a signal into RCV DATA. The satellite terminal provides a DATA MODE CHANNEL BUSY signal to the IG; the IG passes CHANNEL BUSY to the AN/UYK-20(V).

b. At the same time, the IG provides XMT/RCV CLOCK to the crypto and RCV DATA is clocked into the crypto. The crypto removes GATED CLOCK from the IG until it receives 841 bits of preamble.

c. The crypto, having received 841 bits of preamble, restores GATED CLOCK to the IG.

d. The IG waits three clock periods, provides RCV CLOCK and clocks valid data (RCV DATA) into the AN/UYK-20(V).

e. When no more signal is received, the satellite terminal removes DATA MODE CHANNEL BUSY. The IG passes END RECEIVE to the AN/UYK-20(V).

f. The terminal is now free to stay in receive or go into transmit.

5-4.8 SC TTY USER TERMINAL EQUIPMENT INTERFACES. The SC TTY subsystem provides 75-baud digital data links between designated users ashore and afloat. These links may be either termination (point-to-point) or netted circuits. The SC TTY subsystem uses the TSEC/KW-7 security device for encryption/decryption. The TSEC/KW-7 interfaces ashore are low level (±6 VDC). Table 5-25 lists the signals that are discussed below; FO-73 diagrams interface signal flow.

Table 5-25. Signal Data Description: SC TTY User Terminal Equipment Interfaces
(Reference FO-73)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Control-Indicator/ Transceiver (Non-DAMA) | DATA KEYLINE | +6 VDC in transmit -6 VDC when not | C-11330/WSC-5(V) J1 | J-4116/WSC-5(V) J6 (BASEBAND KEYLINE = DATA KEYLINE) | 5-4.8.1.a. |
| | DATA SIG ACQ IND | Ground in receive Open when not* | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER = DATA SIG ACQ IND) | C-11330/WSC-5(V) J1 | 5-4.8.1.d. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not* | J-4116/WSC-5(V) J6 (MODEM READY = GROUND IN TRANSMIT) | C-11330/WSC-5(V) J1 | 5-4.8.1.e. |
| Crypto/Transceiver (Non-DAMA) | E-D SIGNAL INPUT | 75 baud, ±6 VDC | TSEC/KW-7 (via KWX-11/TSEC J2) | J-4116/WSC-5(V) J7 (XMT DATA = E-D SIGNAL INPUT) | 5-4.8.1.b. |
| | C-K SIGNAL OUTPUT | 75 baud, ±6 VDC | J-4116/WSC-5(V) J8 (RCV TTY DATA = C-K SIGNAL OUTPUT) | TSEC/KW-7 (via KWX-11/TSEC J1) | 5-4.8.1.c. |
| Control-Indicator/ DAMA Multiplexer | DATA KEYLINE | +6 VDC in transmit -6 VDC when not | C-11330/WSC-5(V) J1 | TD-1271B/U A46J1-J4 (XMIT REQ = DATA KEYLINE) | 5-4.8.2.a. |
| | DATA SIG ACQ IND | Ground in receive Open when not* | TD-1271B/U A46J1-J4 (SIG ACQ LAMP = DATA SIG ACQ IND) | C-11330/WSC-5(V) J1 | 5-4.8.2.d. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not* | TD-1271B/U A46J1-J4 (TX ACK LAMP = GROUND IN TRANSMIT) | C-11330/WSC-5(V) J1 | 5-4.8.2.e. |
| Crypto/DAMA Multiplexer | E-D SIGNAL INPUT | 75 baud, ±6 VDC | TSEC/KW-7 (via KWX-11/TSEC J2) | TD-1271B/U A46J1-J4 (SERIAL INPUT DATA = E-D SIGNAL INPUT) | 5-4.8.2.b. |

---

See footnotes at the end of the table

Table 5-25. Signal Data Description: SC TTY User Terminal Equipment Interfaces - CONT (Reference FO-73)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| Crypto/DAMA Multiplexer - continued | C-K SIGNAL OUTPUT | 75 baud, ±6 VDC | TD-1271B/U A46J1-J4 (OUTPUT DATA = C-K SIGNAL OUTPUT) | TSEC/KW-7 (via KWX-11/TSEC J1) | 5-4.8.2.c. |
| Control-Indicator/DSD | DATA KEYLINE | +6 VDC in transmit -6 VDC when not | C-11330/WSC-5(V) J1 | DSD J4 via CV-3928/FSC | 5-4.8.3.a. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive -6 VDC when not | DSD J4 | CV-3928/FSC J1,J3, J5,J7 or J9 | 5-4.8.3.d. |
| | DATA SIG ACQ IND | Ground in receive Open when not* (Derived from DATA MODE CHANNEL BUSY) | CV-3928/FSC J2,J4, J6,J8 or J10 | C-11330/WSC-5(V) J1 | 5-4.8.3.d. |
| | TX ACK | +6 VDC in transmit -6 VDC when not | DSD J4 | CV-3928/FSC J1,J3, J5,J7 or J9 | 5-4.8.3.e. |
| | GROUND IN TRANSMIT | Ground in transmit Open when not* Derived from TX ACK) | CV-3928/FSC J2,J4, J6,J8 or J10 | C-11330/WSC-5(V) J1 | 5-4.8.3.e. |
| Crypto/DSD | E-D SIGNAL INPUT | 75 baud, ±6 VDC | TSEC/KW-7 (via KWX-11/TSEC J2) | DSD J4 via CV-3928/FSC (XMT DATA = E-D SIGNAL INPUT) | 5-4.8.3.b. |
| | C-K SIGNAL OUTPUT | 75 baud, ±6 VDC | DSD J4 (RCV DATA = C-K SIGNAL OUTPUT) | TSEC/KW-7 via CV-3928/FSC (via KWX-11/TSEC J1) | 5-4.8.3.c. |
| DSD/Transceiver | DATA KEYLINE | +6 VDC in transmit -6 VDC when not | DSD J1 | J-4116/WSC-5(V) J6 (BASEBAND KEYLINE = DATA KEYLINE) | 5-4.8.3.a. |

See footnotes at the end of the table

Table 5-25. Signal Data Description: SC TTY User Terminal Equipment Interfaces - CONT
(Reference FO-73)

| Interface | Signal ID | Signal characteristics | Signal origin | Signal termination | Reference |
|---|---|---|---|---|---|
| DSD/Transceiver - continued | DATA MODE CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | J-4116/WSC-5(V) J6 (OUTPUT DATA TRANSFER LL = DATA MODE CHANNEL BUSY) | DSD J1 | 5-4.8.3.d. |
| | TX ACK | +6 VDC in transmit<br>-6 VDC when not | J-4116/WSC-5(V) J6 (MODEM READY LL = TX ACK) | DSD J1 | 5-4.8.3.e. |
| | XMT DATA | 75 baud, ±6 VDC | DSD J1 | J-4116/WSC-5(V) J7 | 5-4.8.3.b. |
| | RCV DATA | 75 baud, ±6 VDC | J-4116/WSC-5(V) J8 (RCV TTY DATA = RCV DATA) | DSD J1 | 5-4.8.3.c. |
| DSD/DAMA Multiplexer | DATA KEYLINE | +6 VDC in transmit<br>-6 VDC when not | DSD J2 | TD-1271B/U A46J1-J4 (XMIT REQ = DATA KEYLINE) | 5-4.8.3.a. |
| | DATA MODE CHANNEL BUSY | +6 VDC in receive<br>-6 VDC when not | TD-1271B/U A46J1-J4 (SIG ACQ = DATA MODE CHANNEL BUSY) | DSD J2 | 5-4.9.3.d. |
| | TX ACK | +6 VDC in transmit<br>-6 VDC when not | TD-1271B/U A46J1-J4 | DSD J2 | 5-4.8.3.e. |
| | XMT DATA | 75 baud, ±6 VDC | DSD J2 | TD-1271B/U A46J1-J4 (SERIAL INPUT DATA = XMT DATA) | 5-4.8.3.b. |
| | RCV DATA | 75 baud, ±6 VDC | TD-1271B/U A46J1-J4 (OUTPUT DATA = RCV DATA) | DSD J2 | 5-4.8.3.c. |

*Some voltage is present when open.

5-4.8.1 Non-DAMA SC TTY Functional Interface Description. The interface signals between SC TTY equipment and the AN/WSC-5(V) are discussed below.

a. DATA KEYLINE. DATA KEYLINE is a control signal generated by the C-11330/WSC-5(V) control-indicator; it is used by the AN/WSC-5(V) to key the transmitter. The signal is +6 VDC in transmit and -6 VDC when not in transmit. This signal is input to the transceiver as BASEBAND KEYLINE.

b. E-D SIGNAL INPUT. ELECTROMAGNETIC-DRIVER SIGNAL INPUT is generated within the TSEC/KW-7 and applied to the AN/WSC-5(V). The signal is 75 baud at ±6 VDC. This signal is input to the transceiver as XMT DATA.

c. C-K SIGNAL OUTPUT. CONVERTER-KEYER SIGNAL OUTPUT is generated within the AN/WSC-5(V) and applied to the TSEC/KW-7. The signal is 75 baud at ±6 VDC. This signal is output from the transceiver as RCV TTY DATA. A steady mark is applied by the BIU when no signal is present.

d. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is generated by the AN/WSC-5(V); it is used by the C-11330/WSC-5(V) control-indicator to turn on the receive indicator lamp. The signal is ground in receive and open when not in receive. When open, +6 VDC is present (via the receive indicator lamp). This signal is output from the transceiver as OUTPUT DATA TRANSFER.

e. GROUND IN TRANSMIT. GROUND IN TRANSMIT is generated by the AN/WSC-5(V); it is used by the C-11330/WSC-5(V) control-indicator to turn on the transmit indicator lamp. The signal is ground in transmit and open when not in transmit. When open, +6 VDC is present (via the transmit indicator lamp). This signal is output from the transceiver as MODEM READY.

5-4.8.2 DAMA SC TTY Functional Interface Description. The interface signals between SC TTY equipment and the TD-1271B/U are discussed below.

a. DATA KEYLINE. DATA KEYLINE is a control signal generated by the C-11330/WSC-5(V) control-indicator; the signal is interpreted by the TD-1271B/U as XMIT REQ. The TD-1271B/U uses this signal to initiate transmission processing. The signal is +6 VDC in transmit and -6 VDC when not in transmit.

b. E-D SIGNAL INPUT. ELECTROMAGNETIC-DRIVER SIGNAL INPUT is generated within the TSEC/KW-7 and applied to the TD-1271B/U for transmission processing. The signal is interpreted by the TD-1271B/U as SERIAL INPUT DATA. The signal is 75 baud at ±6 VDC.

c. C-K SIGNAL OUTPUT. CONVERTER-KEYER SIGNAL OUTPUT is generated within the TD-1271B/U and applied to the TSEC/KW-7 for receive processing. The signal is output from the TD-1271B/U as OUTPUT DATA. The signal is 75 baud at ±5 VDC.

d. DATA SIG ACQ IND. DATA SIGNAL ACQUIRED INDICATE is generated by the TD-1271B/U; it is used by the C-11330/WSC-5(V) control-indicator to turn on the receive indicator lamp. The signal is output from the TD-1271B/U as SIG ACQ LAMP. The signal goes to a ground level when a burst with data present is received in the time slot associated with the I/O port. The signal remains at a ground level for no more than 152 bit times after the last data

bit has been output to the I/O port. When no burst or burst with no data is received the signal remains open. When open, +6 VDC is present (via the receive indicator lamp).

e. GROUND IN TRANSMIT. GROUND IN TRANSMIT is generated by the TD-1271B/U; it is used by the C-11330/WSC-5(V) control-indicator to turn on the transmit indicator lamp. The signal is output from the TD-1271B/U as TX ACK LAMP. The signal goes to a ground level within five milliseconds after the receipt of DATA KEYLINE if the TD-1271B/U is prepared to accept SERIAL INPUT DATA. The signal is open any time the TD-1271B/U is not prepared to accept data and when DATA KEYLINE is open. When open, +6 VDC is present (via the transmit indicator lamp).

5-4.8.3 Merged Net SC TTY Functional Interface Description. The interface signals between SC TTY equipment and the DSD (via the CV-3928/FSC level converter) are discussed below.

a. DATA KEYLINE. DATA KEYLINE is used by the DSD to key the transceiver and multiplexer I/O port. The multiplexer interprets this signal as XMIT REQ. The transceiver interprets this signal as BASEBAND KEYLINE. The signal is at +6 VDC in transmit and -6 VDC when not in transmit. It passes through the level converter unaffected.

b. E-D SIGNAL INPUT. ELECTROMAGNETIC-DRIVER SIGNAL INPUT is generated within the TSEC/KW-7 and applied to the DSD. From the DSD the signal is routed to both the AN/WSC-5(V) and TD-1271B/U for transmission processing. The signal is interpreted by the TD-1271B/U as SERIAL INPUT DATA and XMT DATA by the AN/WSC-5(V). The signal is 75 baud at ±6 VDC. It passes through the level converter unaffected.

c. C-K SIGNAL OUTPUT. CONVERTER-KEYER SIGNAL OUTPUT is generated within the TD-1271B/U or AN/WSC-5(V) and routed through the DSD to the TSEC/KW-7 for receive processing. The signal is also routed to the non-receiving satellite terminal (TD-1271B/U or AN/WSC-5(V)) as E-D SIGNAL INPUT. The signal is output from the TD-1271B/U as OUTPUT DATA and RCV TTY DATA from the AN/WSC-5(V). The signal is 75 baud at ±5 VDC. It passes through the level converter unaffected.

d. DATA MODE CHANNEL BUSY. DATA MODE CHANNEL BUSY indicates that the transceiver or multiplexer is generating RCV DATA and RCV CLOCK. DATA MODE CHANNEL BUSY is a black control signal with signal levels of +6 VDC in receive and -6 VDC when idle. This signal is output from the multiplexer as SIG ACQ and from the transceiver as OUTPUT DATA TRANSFER LL. DATA MODE CHANNEL BUSY is passed through the DSD to the non-receiving satellite terminal (TD-1271B/U or AN/WSC-5(V)) as DATA KEYLINE; it is also passed to a level converter. The signal levels are converted to ground/open to provide a DATA SIG ACQ IND input to the C-11330/WSC-5(V) control-indicator. DATA SIG ACQ IND is used to turn on the receive indicator lamp.

e. TX ACK. TRANSMIT ACKNOWLEDGE indicates that the transceiver or multiplexer is ready to accept XMT DATA. TX ACK a black control signal with signal levels of +6 VDC in transmit and -6 VDC when not in transmit. This signal is output from the transceiver as MODEM READY LL. TX ACK is

passed through the DSD to a level converter. The signal levels are converted to ground/open to provide a GROUND IN TRANSMIT input to the C-11330/WSC-5(V) control-indicator. GROUND IN TRANSMIT is used to turn on the transmit indicator lamp.

5-5 USER TERMINAL EQUIPMENT CONFIGURATIONS. This section provides block diagrams (FO-29 through FO-36) which illustrate the overall functional configuration of shore user terminals.




FO -22. CUDIXS/NAVMACS Functional Block Diagram

# CUDIXS/NAVMACS FUNCTIONAL BLOCK DIAGRAM NOTES

NOTES:

1. Ships will have either an ON-143(V)4/USQ, ON-143(V)7/USQ or ON-143(V)9/USQ; the (V)4 and (V)7 will operate non-DAMA only, the (V)9 will operate non-DAMA or DAMA.

2. Either DAMA or non-DAMA interface.

3. Shore may simultaneously operate the CUDIXS network on a DAMA and non-DAMA satellite channel; the ON-143(V)9/USQ must be used for DAMA operations.




NOTE:
1. Either DAMA or non-DAMA interface.

FO-23. TACINTEL Functional Block Diagram




NOTE:
1. Either DAMA or non-DAMA interface.
2. In TADIXS implementation phase II, interface is the Tactical Data Processor; phase III interface is the TADIXS ON-143(V)6/USQ.

FO -25. OTCIXS Functional Block Diagram




FO -26. TADIXS Functional Block Diagram

# TADIXS FUNCTIONAL BLOCK DIAGRAM NOTES

NOTES:

1. Either DAMA or non-DAMA interface.
2. Common Weapons Control System (CWCS) or Flag Data Display System (FDDS).
3. In TADIXS implementation phase III, each shore interface (OSIS, CSS, TDDS) will have its own ON-143(V)6/USQ. In phase IV, interface is direct to the TADIXS Gateway Processor.




FO -27. SSIXS Functional Block Diagram

# SSIXS FUNCTIONAL BLOCK DIAGRAM NOTES

NOTES:

1. Either DAMA or non-DAMA interface.
2. ON-143(V)6/USQ equipped units only.
3. Implementation of DAMA aboard submarines is under review. Equipment and interfaces are to be determined.




FO -30. CUDIXS Functional Block Diagram

# CUDIXS FUNCTIONAL BLOCK DIAGRAM NOTES

NOTES:

1. Functional configuration is applicable to suite A only. Functional configuration for suites B and C are as follows:

   Suite B:

   AN/UYK-20(V) J11 and J12 to SA-1704/UG J40,
   AN/UYK-20(V) J23 and J24 to SA-1704/UG J46.
   AN/UYK-20(V) J26 and J30 to SA-1704/UG J10,
   AN/UYK-20(V) J31 to SA-1704/UG J16,
   AN/UYK-20(V) J4 to SA-1704/UG J28,
   AN/UYK-20(V) J20 to SA-1704/UG J22,
   AN/UYK-20(V) J16 and J22 to SA-1704/UG J34,
   AN/UYK-20(V) J25 and J29 to SA-1704/UG J1.
   AN/USH-23(V) IN and OUT to SA-1704/UG J45.
   RD-397A/U J2 and J3 to SA-1704/UG J9.
   TT-624(V)/UG J2 to SA-1704/UG J15.
   IP-1187A/USQ-64 J1 to SA-1704/UG J27,
   ATT 201B to SA-1704/UG J21 and
   ON-143(V)4/USQ J13 and J14 to SA-1704/UG J33.

   Suite C:

   AN/UYK-20(V) J11 and J12 to SA-1704/UG J41.
   AN/UYK-20(V) J23 and J24 to SA-1704/UG J47.
   AN/UYK-20(V) J26 and J30 to SA-1704/UG J11.
   AN/UYK-20(V) J31 to SA-1704/UG J17,
   AN/UYK-20(V) J4 to SA-1704/UG J29,
   AN/UYK-20(V) J20 to SA-1704/UG J23,
   AN/UYK-20(V) J25 and J29 to SA-1704/UG J5,
   AN/USH-22(V) IN and OUT to SA-1704/UG J42,
   AN/USH-23(V) IN and OUT to SA-1704/UG J48,
   RD-397A/U J2 and J3 to SA-1704/UG J12,
   TT-624(V)/UG J2 to SA-1704/UG J18,
   IP-1187A/USQ-64 J1 to SA-1704/UG J30,
   ATT 201B to SA-1704/UG J24 and
   ON-143(V)4/USQ J13 and J14 to SA-1704/UG J36.

2. Stations will have either an ON-143(V)4/USQ or ON-143(V)9/USQ for CUDIXS. During the transition to DAMA, the station will operate two separate CUDIXS networks using two ON-143(V)9/USQ's. One ON-143(V)9/USQ for DAMA operation (I/O channel 7) and one ON-143(V)9/USQ for non-DAMA operation (I/O channel 3). The actual interface to the AN/UYK-20(V) is to be determined.

EE130-PL-OMI-020/W142-UHFSATCOM




FO - 31. TACINTEL Functional Configuration

# TACINTEL FUNCTIONAL BLOCK DIAGRAM NOTES

NOTE:

1. Functional configuration is applicable to suite A only. Functional configuration for suites B and C are as follows:

   Suite B:

   AN/UYK-20(V) J23 and J24 to SA-1704/UG J64,
   AN/UYK-20(V) J17 and J18 to SA-1704/UG J58,
   AN/UYK-20(V) J11 and J12 to SA-1704/UG J52,
   AN/UYK-20(V) J26 and J30 to SA-1704/UG J4,
   AN/UYK-20(V) J31 to SA-1704/UG J10,
   AN/UYK-20(V) J4 to SA-1704/UG J40,
   AN/UYK-20(V) J2 to SA-1704/UG J16,
   AN/UYK-20(V) J8 to SA-1704/UG J22,
   AN/UYK-20(V) J14 to SA-1704/UG J28,
   AN/UYK-20(V) J20 to SA-1704/UG J34,
   AN/UYK-20(V) J16 and J22 to SA-1704/UG J46,
   AN/USH-22(V) IN and OUT to SA-1704/UG J51,
   RD-397A/U J2 and J3 to SA-1704/UG J3,
   TT-624(V)/UG J2 to SA-1704/UG J9,
   IP-1187A/USQ-64 J1 to SA-1704/UG J39 and
   ON-143(V)4/USQ J13 and J14 to SA-1704/UG J45.

   Suite C:

   AN/UYK-20(V) J23 and J24 to SA-1704/UG J65,
   AN/UYK-20(V) J17 and J18 to SA-1704/UG J59,
   AN/UYK-20(V) J11 and J12 to SA-1704/UG J53,
   AN/UYK-20(V) J26 and J30 to SA-1704/UG J5,
   AN/UYK-20(V) J31 to SA-1704/UG J11,
   AN/UYK-20(V) J4 to SA-1704/UG J41,
   AN/UYK-20(V) J2 to SA-1704/UG J17,
   AN/UYK-20(V) J8 to SA-1704/UG J23,
   AN/UYK-20(V) J14 to SA-1704/UG J29,
   AN/UYK-20(V) J20 to SA-1704/UG J35,
   AN/UYK-20(V) J16 and J22 to SA-1704/UG J47,
   AN/USH-23(V) IN and OUT to SA-1704/UG J66,
   AN/USH-23(V) IN and OUT to SA-1704/UG J60,
   AN/USH-22(V) IN and OUT to SA-1704/UG J54,
   RD-397A/U J2 and J3 to SA-1704/UG J6,
   TT-624(V)/UG J2 to SA-1704/UG J12,
   IP-1187A/USQ-64 J1 to SA-1704/UG J42 and
   ON-143(V)4/USQ J13 and J14 to SA-1704/UG J48.




FO -31. TACINTEL Functional Block Diagram

# TACINTEL FUNCTIONAL BLOCK CONFIGURATION NOTES

NOTE:

1. Functional configuration is applicable to suite A only. Functional configuration for suites B and C are as follows:

   Suite B:

   AN/UYK-20(V) J23 and J24 to SA-1704/UG J64,
   AN/UYK-20(V) J17 and J18 to SA-1704/UG J58,
   AN/UYK-20(V) J11 and J12 to SA-1704/UG J52,
   AN/UYK-20(V) J26 and J30 to SA-1704/UG J4,
   AN/UYK-20(V) J31 to SA-1704/UG J10,
   AN/UYK-20(V) J4 to SA-1704/UG J40,
   AN/UYK-20(V) J2 to SA-1704/UG J16,
   AN/UYK-20(V) J8 to SA-1704/UG J22,
   AN/UYK-20(V) J14 to SA-1704/UG J28,
   AN/UYK-20(V) J20 to SA-1704/UG J34,
   AN/UYK-20(V) J16 and J22 to SA-1704/UG J46,
   AN/USH-22(V) IN and OUT to SA-1704/UG J51,
   RD-397A/U J2 and J3 to SA-1704/UG J3,
   TT-624(V)/UG J2 to SA-1704/UG J9,
   IP-1187A/USQ-64 J1 to SA-1704/UG J39 and
   ON-143(V)4/USQ J13 and J14 to SA-1704/UG J45.

   Suite C:

   AN/UYK-20(V) J23 and J24 to SA-1704/UG J65,
   AN/UYK-20(V) J17 and J18 to SA-1704/UG J59,
   AN/UYK-20(V) J11 and J12 to SA-1704/UG J53,
   AN/UYK-20(V) J26 and J30 to SA-1704/UG J5,
   AN/UYK-20(V) J31 to SA-1704/UG J11,
   AN/UYK-20(V) J4 to SA-1704/UG J41,
   AN/UYK-20(V) J2 to SA-1704/UG J17,
   AN/UYK-20(V) J8 to SA-1704/UG J23,
   AN/UYK-20(V) J14 to SA-1704/UG J29,
   AN/UYK-20(V) J20 to SA-1704/UG J35,
   AN/UYK-20(V) J16 and J22 to SA-1704/UG J47,
   AN/USH-23(V) IN and OUT to SA-1704/UG J66,
   AN/USH-23(V) IN and OUT to SA-1704/UG J60,
   AN/USH-22(V) IN and OUT to SA-1704/UG J54,
   RD-397A/U J2 and J3 to SA-1704/UG J6,
   TT-624(V)/UG J2 to SA-1704/UG J12,
   IP-1187A/USQ-64 J1 to SA-1704/UG J42 and
   ON-143(V)4/USQ J13 and J14 to SA-1704/UG J48.




*Terminal boards.

FO-33. OTCIXS Functional Configuration

NOTES:

1. Secure patch panel jack numbers are to be determined by the installing activity.
2. Tactical Data Processor jack numbers are to be determined by the installing activity.
3. Interim TDP connectivity to J17 is provided until TADIXS is implemented on a separate channel. Ultimately J17 will be interfaced to the TADIXS ON-143(V)6/USQ.
4. C-11430/USQ may be installed within the ON-143(V)6/USQ.




FO-34. TADIXS Functional Configuration

NOTES:

1. Tactical data processor jack numbers are to be determined by the installing activity.
2. Secure patch panel jack numbers are to be determined by the installing activity.
3. TADIXS broadcast sites interface an OTCIXS ON-143(V)6/USQ; TADIXS gateway sites interface a TADIXS ON-143(V)6/USQ.




FO -35. SSIXS Functional Configuration