# SSIXS FUNCTIONAL BLOCK CONFIGURATION NOTES

NOTE:

1. Functional configuration is applicable to suite A only. Functional configuration for suite B is as follows:

   Suite B:

   AN/UYK-20(V) J17 and J18 to SA-1704/UG J28,
   AN/UYK-20(V) J23 and J24 to SA-1704/UG J32,
   AN/UYK-20(V) J5 and J6 to SA-1704/UG J20,
   AN/UYK-20(V) J11 and J12 to SA-1704/UG J24,
   AN/UYK-20(V) J26 and J30 to SA-1704/UG J4,
   AN/UYK-20(V) J31 to SA-1704/UG J8,
   AN/UYK-20(V) J4 to SA-1704/UG J12,
   AN/UYK-20(V) J22 to SA-1704/UG J16,
   AN/UYK-20(V) J8 to Secure Junction Box,
   AN/UYK-20(V) J2 to Secure Junction Box,
   AN/UYK-20(V) J16 to Secure Junction Box,
   AN/UYK-20(V) J14 to Secure Junction Box,
   AN/UYK-20(V) J20 to Secure Junction Box,
   AN/USH-22(V) IN and OUT to SA-1704/UG J19,
   RD-397A/U J2 and J3 to SA-1704/UG J3,
   TT-624(V)/UG J2 to SA-1704/UG J7,
   IP-1187A/USQ-64 J1 to SA-1704/UG J11 and
   ON-143(V)4/USQ J13 and J14 to SA-1704/UG J15.




FO -37. AN/WSC-5(V) Satellite Terminal Signal Flow Diagram (Sheet 1 of 2)

# AN/WSC-5(V) SATELLITE TERMINAL SIGNAL FLOW DIAGRAM NOTES

NOTES:

1. XMT CLOCK/TRANSMIT BIT TIMING may either be provided by or supplied to the user terminal equipment.

2. The SB-4123/WSC-5(V) jack numbers are as follows:

SB-4123/WSC-5(V) No. 1

| Modem | MD-905A/USC | | OK-481(V)2/FSC | | AN/WSC-5(V) | |
|---|---|---|---|---|---|---|
| position | RCV | XMT | RCV | XMT | RCV | XMT |
| 1 | J218 | J206 | J216 | J204 | J217 | J205 |
| 2 | J221 | J209 | J219 | J207 | J220 | J208 |
| 3 | J224 | J212 | J222 | J210 | J223 | J211 |
| 7 | J227 | J215 | J225 | J213 | J226 | J214 |

SB-4124/WSC-5(V) No. 2

| Modem | MD-905A/USC | | OK-481(V)2/FSC | | AN/WSC-5(V) | |
|---|---|---|---|---|---|---|
| position | RCV | XMT | RCV | XMT | RCV | XMT |
| 4 | J218 | J206 | J216 | J204 | J217 | J205 |
| 5 | J221 | J209 | J219 | J207 | J220 | J208 |
| 6 | J224 | J212 | J222 | J210 | J223 | J211 |
| 8 | J227 | J215 | J225 | J213 | J226 | J214 |




FO -37. AN/WSC-5(V) Satellite Terminal Signal Flow Diagram (Sheet 2 of 2)

# AN/WSC-5(V) SATELLITE TERMINAL SIGNAL FLOW DIAGRAM NOTES

PIN OUTS: Refer to Table 5-13 for signal characteristics.

### J-4116/WSC-5(V) J7

| Pin | Function |
|---|---|
| Position No. 1 | |
| Z | XMT CLOCK |
| Y | XMT CLOCK RTN |
| V | XMT DATA |
| U | XMT DATA RTN |
| X | RCV CLOCK |
| W | RCV CLOCK RTN |
| T | RCV DATA |
| S | RCV DATA RTN |
| Position No. 2 | |
| h | XMT CLOCK |
| g | XMT CLOCK RTN |
| d | XMT DATA |
| c | XMT DATA RTN |
| f | RCV CLOCK |
| e | RCV CLOCK RTN |
| b | RCV DATA |
| a | RCV DATA RTN |
| Position No. 3 | |
| r | XMT CLOCK |
| q | XMT CLOCK RTN |
| m | XMT DATA |
| k | XMT DATA RTN |
| p | RCV CLOCK |
| n | RCV CLOCK RTN |
| j | RCV DATA |
| i | RCV DATA RTN |
| Position No. 4 | |
| z | XMT CLOCK |
| y | XMT CLOCK RTN |
| v | XMT DATA |
| u | XMT DATA RTN |
| x | RCV CLOCK |
| w | RCV CLOCK RTN |
| t | RCV DATA |
| s | RCV DATA RTN |

### J-4116/WSC-5(V) J8

| Pin | Function |
|---|---|
| Position No. 1 | |
| C | RCV TTY DATA |
| D | RCV TTY DATA RTN |
| Position No. 2 | |
| G | RCV TTY DATA |
| H | RCV TTY DATA RTN |
| Position No. 3 | |
| L | RCV TTY DATA |
| M | RCV TTY DATA RTN |
| Position No. 4 | |
| R | RCV TTY DATA |
| S | RCV TTY DATA RTN |

### J-4116/WSC-5 J6

| Pin | Function |
|---|---|
| Position No. 1 | |
| J | MODEM READY |
| R | MODEM READY LL |
| F | BASEBAND KEYLINE |
| L | OUTPUT DATA TRANSFER |
| N | OUTPUT DATA TRANSFER LL |
| Position No. 2 | |
| V | MODEM READY |
| b | MODEM READY LL |
| S | BASEBAND KEYLINE |
| X | OUTPUT DATA TRANSFER |
| Z | OUTPUT DATA TRANSFER LL |
| Position No. 3 | |
| f | MODEM READY |
| m | MODEM READY LL |
| c | BASEBAND KEYLINE |
| h | OUTPUT DATA TRANSFER |
| j | OUTPUT DATA TRANSFER LL |
| Position No. 4 | |
| r | MODEM READY |
| x | MODEM READY LL |
| n | BASEBAND KEYLINE |
| t | OUTPUT DATA TRANSFER |
| v | OUTPUT DATA TRANSFER LL |

### J-4116/WSC-5 J1 through J5

| Pin | Function |
|---|---|
| K | TRANSMIT BIT TIMING |
| L | TRANSMIT BIT TIMING RTN |
| T | DATA INPUT |
| S | DATA INPUT RTN |
| M | RECEIVE BIT TIMING |
| N | RECEIVE BIT TIMING RTN |
| P | DATA OUTPUT |
| R | DATA OUTPUT RTN |
| C | SIGNAL ACQUIRED |
| A | MODEM READY LL |
| G | KEYLINE |

### MD-905A/USC P2

| Pin | Function |
|---|---|
| 11 | TRANSMIT BIT TIMING |
| 21 | TRANSMIT BIT TIMING RTN |
| 44 | DATA INPUT |
| 9 | DATA INPUT RTN |
| 47 | RECEIVE BIT TIMING |
| 12 | RECEIVE BIT TIMING RTN |
| 24 | DATA OUTPUT |
| 37 | DATA OUTPUT RTN |
| 6 | SIGNAL ACQUIRED |
| 40 | SIGNAL ACQUIRED RTN |
| 38 | MODEM READY LL |
| 25 | MODEM READY LL RTN |

### C-8208A/WSC-1(V) J1

| Pin | Function |
|---|---|
| L | KEYLINE |
| X | TRANSMIT OUTPUT |

### C-9184/WSC-1A(V) J1

| Pin | Function |
|---|---|
| U | MIC AUDIO IN |
| V | MIC AUDIO IN RTN |
| S | HEADPHONE AUDIO OUT |
| T | HEADPHONE AUDIO OUT RTN |
| N | REMOTE DATA KEY |
| K | FM RCV AUDIO |
| L | FM RCV AUDIO RTN |
| Z | FM XMT AUDIO |
| a | FM XMT AUDIO RTN |

### CV-3068/WSC-5(V) No. 1 J2

| Pin | Function |
|---|---|
| 129 | 70 MHz RCV (Position 2) |
| 123 | 70 MHz RCV (Position 3) |
| 131 | 70 MHz RCV (Position 7) |
| 153 | RCV RF |

### CV-3068/WSC-5(V) No. 2 J2

| Pin | Function |
|---|---|
| 129 | 70 MHz RCV (Position 5) |
| 123 | 70 MHz RCV (Position 6) |
| 131 | 70 MHz RCV (Position 8) |
| 153 | RCV RF |

### R-1842/WSC-5(V) No. 1 J1

| Pin | Function |
|---|---|
| 129 | 70 MHz RCV (Position 1) |
| 153 | RCV RF |
| 9 | REMOTE DATA OUT |
| 11 | REMOTE DATA OUT RTN |
| 1 | FM RCV AUDIO |
| 3 | FM RCV AUDIO RTN |

### R-1842/WSC-5(V) No. 2 J1

| Pin | Function |
|---|---|
| 129 | 70 MHz RCV (Position 4) |
| 153 | RCV RF |
| 9 | REMOTE DATA OUT |
| 11 | REMOTE DATA OUT RTN |
| 1 | FM RCV AUDIO |
| 3 | FM RCV AUDIO RTN |

### CV-3067/WSC-5(V) No. 1 J14

| Pin | Function |
|---|---|
| 69 | 70 MHz XMT Position 1) |
| 5 | FM XMT AUDIO |
| 7 | FM XMT AUDIO RTN |
| 16 | REMOTE DATA IN |
| 77 | XMT RF |

### CV-3067/WSC-5(V) No. 2 J1

| Pin | Function |
|---|---|
| 69 | 70 MHz XMT Position 2) |
| 77 | XMT RF |

### CV-3067/WSC-5(V) No. 3 J1

| Pin | Function |
|---|---|
| 69 | 70 MHz XMT Position 3) |
| 77 | XMT RF |

### CV-3067/WSC-5(V) No. 4 J1

| Pin | Function |
|---|---|
| 69 | 70 MHz XMT Position 4) |
| 5 | FM XMT AUDIO |
| 7 | FM XMT AUDIO RTN |
| 16 | REMOTE DATA IN |
| 77 | XMT RF |

### CV-3067/WSC-5(V) No. 5 J1

| Pin | Function |
|---|---|
| 69 | 70 MHz XMT Position 5) |
| 77 | XMT RF |

### CV-3067/WSC-5(V) No. 6 J1

| Pin | Function |
|---|---|
| 69 | 70 MHz XMT Position 6) |
| 77 | XMT RF |

### CV-3067/WSC-5(V) No. 7 J1

| Pin | Function |
|---|---|
| 69 | 70 MHz XMT Position 7) |
| 77 | XMT RF |

### CV-3067/WSC-5(V) No. 8 J1

| Pin | Function |
|---|---|
| 69 | 70 MHz XMT Position 8) |
| 77 | XMT RF |




FO -41. AN/WSC-3 Satellite Terminal Signal Flow Diagram

# AN/WSC-3 SATELLITE TERMINAL SIGNAL FLOW DIAGRAM NOTES

NOTE:

1. XMT CLOCK may be supplied by the Station Clock.

2. If a single antenna connection is desired, connect the antenna to J9 (internal wiring must also be changed). If the SATCOM antenna group has a diplexer, connect J8 to the XMT RF jack and J9 to the RCV RF jack.

PIN OUTS: Refer to Table 5-14 for signal characteristics.

**RT-1107/WSC-3 J2**

| Pin | Function |
|---|---|
| 18 | GROUND IN TRANSMIT |
| 33 | DATA KEYLINE |
| 35 | DATA MODE CHANNEL BUSY |
| 38 | +28 VDC |
| 40 | RTN for 38 |
| 42 | XMT LL DATA |
| 43 | RTN for 42 |
| 45 | XMT WB VOICE |
| 46 | RTN for 45 |
| 51 | XMT HL DATA |
| 52 | RTN for 51 |
| 61 | REMOTE BITE STATUS |
| 62 | RTN for 61 |
| 64 | RCV WB VOICE |
| 65 | RTN for 64 |
| 67 | RCV LL DATA |
| 68 | RTN for 67 |
| 70 | XMT BIT TIMING |
| 71 | RTN for 70 |
| 73 | RCV HL DATA |
| 74 | RTN for 73 |
| 76 | RCV BIT TIMING |
| 77 | RTN for 76 |

**RT-1107/WSC-3 J3**

| Pin | Function |
|---|---|
| A | PRESET CHANNEL SELECT A |
| B | PRESET CHANNEL SELECT B |
| C | PRESET CHANNEL SELECT C |
| D | PRESET CHANNEL SELECT D |
| E | PRESET CHANNEL SELECT E |
| F | RTN for A through E |
| G | −12 VDC TO REMOTE |
| H | MODULATION MODE SELECT A |
| J | MODULATION MODE SELECT B |
| M | RTN for H through L |
| P | XMTR PLAIN/SECURE VOICE IN |
| T | PTT KEYLINE |
| V | REMOTE INTERLOCK |
| W | SATCOM MODE IND |
| X | RTN for W |
| Z | MAN FREQ SEL IND |
| c | CARRIER ON IND |
| i | +12 VDC TO REMOTE |
| j | RTN for i |
| m | RCVR PLAIN/SECURE VOICE OUT |
| n | RTN for m |
| q | DATA SIG ACQ IND |




NOTE:

1. The terms RRU (Remote Request Unit) and RRI (Remote Request Interface) are frequently interchanged.

PIN OUTS: Refer to Table 5-16 for signal characteristics.

TD-1271B/U A46J1 through A46J4

| Pin | Function |
|---|---|
| H | DATA SLOT TIME MARK |
| J | SIG ACQ |
| L | SIG ACQ LAMP |
| Z | OUTPUT DATA + |
| B | OUTPUT DATA – |
| V | OUTPUT CLOCK B + |
| A | OUTPUT CLOCK B – |
| U | OUTPUT CLOCK A + |
| S | OUTPUT CLOCK A – |
| N | TX ACK + |
| P | TX ACK – |
| E | TX ACK LAMP |
| i | GND LEVEL KEY |
| C | SERIAL INPUT DATA + |
| D | SERIAL INPUT DATA – |
| T | INPUT CLOCK + |
| f | INPUT CLOCK – |
| R | LOOPBACK + |
| X | LOOPBACK – |
| W | XMIT REQ + |
| M | XMIT REQ – |

TD-1271B/U A46J6

| Pin | Function |
|---|---|
| B | GROUND |
| D | GROUND |
| S | PRESET CHANNEL SELECT A |
| E | PRESET CHANNEL SELECT B |
| A | PRESET CHANNEL SELECT C |
| F | PRESET CHANNEL SELECT D |
| T | PRESET CHANNEL SELECT E |
| G | GROUND |
| U | RCV PRESET CHANNEL SELECT A |
| V | RCV PRESET CHANNEL SELECT B |
| X | RCV PRESET CHANNEL SELECT C |
| L | RCV PRESET CHANNEL SELECT D |
| J | RCV PRESET CHANNEL SELECT E |
| H | GND KEY RT |

TD-1271B/U A46A2J1 through A46A2J4

| Pin | Function |
|---|---|
| D | RRU TX + |
| F | RRU TX – |
| B | RRU RX + |
| C | RRU RX – |
| L | RRU CTS |

FO -48. OK-481(V)2/FSC DAMA Satellite Terminal Signal Flow Diagram




*Terminal Boards

NOTE:

1. For AN/WSC-3(V) non-DAMA interfaces, refer to FO-41.

FO -52. OW-101/FSC DAMA Satellite Terminal (Half Duplex Radio Configuration) Signal Flow Diagram

MX-10342/WSC TEST POINT DATA: Refer to Table 5-16 for Signal Characteristics.

**SB-4124/WSC Modules 1 through 6**

| Test Point | Signal |
|---|---|
| 1 | + 12 VDC TO REMOTE RTN |
| 2 | PRESET CHANNEL A |
| 3 | PRESET CHANNEL B |
| 4 | DATA KEYLINE |
| 5 | PRESET CHANNEL C |
| 6 | PRESET CHANNEL D |
| 7 | PRESET CHANNEL E |
| 8 | 600 OHM XMTR NB INPUT |
| 9 | CARRIER ON IND |
| 10 | PTT KEYLINE (GROUND) |
| 11 | PRESET CHANNEL A-E RTN |
| 12 | DATA SIG ACQ IND |
| 13 | MODULATION SEL MODE A-D RTN |
| 14 | 600 OHM RCVR NB OUTPUT |
| 15 | REMOTE INTERLOCK |
| 16 | 600 OHM XMTR NB INPUT RTN |
| 17 | SATCOM MODE IND |
| 18 | MNL FREQ SEL IND |
| 19 | 600 OHM RCVR NB OUTPUT RTN |
| 20 | + 12 VDC TO REMOTE |
| 21 | MODULATION SEL MODE A |
| 22 | MODULATION SEL MODE B |
| 23 | MODULATION SEL MODE C |
| 24 | MODULATION SEL MODE D |
| 25 | − 12 VDC TO REMOTE |

**SB-4124/WSC Modules 7 through 17**

| Test Point | Signal |
|---|---|
| 1 | CHASSIS GROUND |
| 2 | XMT DATA |
| 3 | RCV DATA |
| 4 | DATA KEYLINE |
| 5 | XMT ACK |
| 6 | not assigned |
| 7 | SIGNAL GROUND |
| 8 | DATA MODE CHANNEL BUSY |
| 9 | + 28 VDC |
| 10 | + 28 VDC RTN |
| 11 | LOOPBACK |
| 12 | DATA SIG ACQ IND |
| 13 | GROUND IN XMT |
| 14 | XMT DATA RTN |
| 15 | XMT CLOCK |
| 16 | XMT CLOCK (−) |
| 17 | RCV CLOCK |
| 18 | RCV CLOCK (−) |
| 19 | RCV DATA (−) |
| 20 | not assigned |
| 21 | DATA SLOT TIME MARK |
| 22 | XMT ACK (−) |
| 23 | REMOTE BITE STATUS RTN |
| 24 | REMOTE BITE STATUS |
| 25 | SHF CONTROL (DX) |

PIN OUTS: Refer to Table 5-16 for signal characteristics.

**TD-1271B/U A46J1 through A46J4**

| Pin | Function |
|---|---|
| H | DATA SLOT TIME MARK |
| J | SIG ACQ |
| L | SIG ACQ LAMP |
| Z | OUTPUT DATA + |
| B | OUTPUT DATA − |
| V | OUTPUT CLOCK B + |
| A | OUTPUT CLOCK B − |
| U | OUTPUT CLOCK A + |
| S | OUTPUT CLOCK A − |
| N | TX ACK + |
| P | TX ACK − |
| E | TX ACK LAMP |
| i | GND LEVEL KEY |
| C | SERIAL INPUT DATA + |
| D | SERIAL INPUT DATA − |
| T | INPUT CLOCK + |
| f | INPUT CLOCK − |
| R | LOOPBACK + |
| X | LOOPBACK − |
| W | XMIT REQ + |
| M | XMIT REQ |

**TD-1271B/U A46A2J1 through A46A2J4**

| Pin | Function |
|---|---|
| D | RRU TX + |
| F | RRU TX − |
| B | RRU RX + |
| C | RRU RX − |
| L | RRU CTS |

**TD-1271B/U A46J6**

| Pin | Function |
|---|---|
| B | GROUND |
| D | GROUND |
| S | PRESET CHANNEL SELECT A |
| E | PRESET CHANNEL SELECT B |
| A | PRESET CHANNEL SELECT C |
| F | PRESET CHANNEL SELECT D |
| T | PRESET CHANNEL SELECT E |
| G | GROUND |
| U | RCV PRESET CHANNEL SELECT A |
| V | RCV PRESET CHANNEL SELECT B |
| X | RCV PRESET CHANNEL SELECT C |
| L | RCV PRESET CHANNEL SELECT D |
| J | RCV PRESET CHANNEL SELECT E |
| H | GND KEY RT |

**LSI-96/V.29 J1 and J2**

| Pin | Function |
|---|---|
| 1 | Frame Ground |
| 2 | XMT DATA |
| 3 | RCV DATA |
| 4 | DATA KEYLINE |
| 5 | TX ACK |
| 7 | Signal Ground |
| 8 | DATA MODE CHANNEL BUSY |
| 15 | XMT CLOCK |
| 17 | RCV CLOCK |
| 24 | EXT CLOCK |

**CV-3941/FSC J2 and J3**

| Pin | Function |
|---|---|
| 1 | Frame Ground |
| 2 | XMT DATA |
| 3 | RCV DATA |
| 4 | DATA KEYLINE |
| 5 | TX ACK |
| 6 | XMT DATA RTN |
| 7 | Signal Ground |
| 8 | DATA MODE CHANNEL BUSY |
| 15 | XMT CLOCK |
| 17 | RCV CLOCK |
| 20 | DATA SLOT TIME MARK |

**LSI-96/V.29 J5**

| Pin | Function |
|---|---|
| 7 | XMT − |
| 8 | XMT + |
| 9 | RCV − |
| 10 | RCV + |

**CV-3941/FSC J4 and J5**

| Pin | Function |
|---|---|
| 1 | Frame Ground |
| 2 | XMT DATA |
| 3 | RCV DATA |
| 4 | DATA KEYLINE |
| 5 | TX ACK |
| 7 | Signal Ground |
| 8 | DATA MODE CHANNEL BUSY |
| 17 | RCV CLOCK |
| 24 | XMT CLOCK |

**OW-101/FSC DAMA SATELLITE TERMINAL (HALF DUPLEX RADIO CONFIGURATION) SIGNAL FLOW DIAGRAM NOTES**




*Terminal Boards

NOTE:

1. For AN/WSC-3(V) non-DAMA interfaces, refer to FO-41.

FO -53. OW-101/FSC DAMA Satellite Terminal (Full Duplex Radio Configuration) Signal Flow Diagram

MX-10342/WSC TEST POINT DATA: Refer to Table 5-16 for Signal Characteristics.

**SB-4124/WSC Modules 1 through 6**

| Test Point | Signal |
|---|---|
| 1 | + 12 VDC TO REMOTE RTN |
| 2 | PRESET CHANNEL A |
| 3 | PRESET CHANNEL B |
| 4 | DATA KEYLINE |
| 5 | PRESET CHANNEL C |
| 6 | PRESET CHANNEL D |
| 7 | PRESET CHANNEL E |
| 8 | 600 OHM XMTR NB INPUT |
| 9 | CARRIER ON IND |
| 10 | PTT KEYLINE (GROUND) |
| 11 | PRESET CHANNEL A-E RTN |
| 12 | DATA SIG ACQ IND |
| 13 | MODULATION SEL MODE A-D RTN |
| 14 | 600 OHM RCVR NB OUTPUT |
| 15 | REMOTE INTERLOCK |
| 16 | 600 OHM XMTR NB INPUT RTN |
| 17 | SATCOM MODE IND |
| 18 | MNL FREQ SEL IND |
| 19 | 600 OHM RCVR NB OUTPUT RTN |
| 20 | + 12 VDC TO REMOTE |
| 21 | MODULATION SEL MODE A |
| 22 | MODULATION SEL MODE B |
| 23 | MODULATION SEL MODE C |
| 24 | MODULATION SEL MODE D |
| 25 | − 12 VDC TO REMOTE |

**SB-4124/WSC Modules 7 through 17**

| Test Point | Signal |
|---|---|
| 1 | CHASSIS GROUND |
| 2 | XMT DATA |
| 3 | RCV DATA |
| 4 | DATA KEYLINE |
| 5 | XMT ACK |
| 6 | not assigned |
| 7 | SIGNAL GROUND |
| 8 | DATA MODE CHANNEL BUSY |
| 9 | + 28 VDC |
| 10 | + 28 VDC RTN |
| 11 | LOOPBACK |
| 12 | DATA SIG ACQ IND |
| 13 | GROUND IN XMT |
| 14 | XMT DATA RTN |
| 15 | XMT CLOCK |
| 16 | XMT CLOCK (−) |
| 17 | RCV CLOCK |
| 18 | RCV CLOCK (−) |
| 19 | RCV DATA (−) |
| 20 | not assigned |
| 21 | DATA SLOT TIME MARK |
| 22 | XMT ACK (−) |
| 23 | REMOTE BITE STATUS RTN |
| 24 | REMOTE BITE STATUS |
| 25 | SHF CONTROL (DX) |

PIN OUTS: Refer to Table 5-16 for signal characteristics.

**TD-1271B/U A46J1 through A46J4**

| Pin | Function |
|---|---|
| H | DATA SLOT TIME MARK |
| J | SIG ACQ |
| L | SIG ACQ LAMP |
| Z | OUTPUT DATA + |
| B | OUTPUT DATA − |
| V | OUTPUT CLOCK B + |
| A | OUTPUT CLOCK B − |
| U | OUTPUT CLOCK A + |
| S | OUTPUT CLOCK A − |
| N | TX ACK + |
| P | TX ACK − |
| E | TX ACK LAMP |
| i | GND LEVEL KEY |
| C | SERIAL INPUT DATA + |
| D | SERIAL INPUT DATA − |
| T | INPUT CLOCK + |
| f | INPUT CLOCK − |
| R | LOOPBACK + |
| X | LOOPBACK − |
| W | XMIT REQ + |
| M | XMIT REQ |

**TD-1271B/U A46A2J1 through A46A2J4**

| Pin | Function |
|---|---|
| D | RRU TX + |
| F | RRU TX − |
| [illegible] | RRU RX + |
| C | RRU RX − |
| L | RRU CTS |

**TD-1271B/U A46J6**

| Pin | Function |
|---|---|
| B | GROUND |
| D | GROUND |
| S | PRESET CHANNEL SELECT A |
| E | PRESET CHANNEL SELECT B |
| A | PRESET CHANNEL SELECT C |
| F | PRESET CHANNEL SELECT D |
| T | PRESET CHANNEL SELECT E |
| G | GROUND |
| U | RCV PRESET CHANNEL SELECT A |
| V | RCV PRESET CHANNEL SELECT B |
| X | RCV PRESET CHANNEL SELECT C |
| L | RCV PRESET CHANNEL SELECT D |
| J | RCV PRESET CHANNEL SELECT E |
| H | GND KEY RT |

**LSI-96/V.29 J1 and J2**

| Pin | Function |
|---|---|
| 1 | Frame Ground |
| 2 | XMT DATA |
| 3 | RCV DATA |
| 4 | DATA KEYLINE |
| 5 | TX ACK |
| 7 | Signal Ground |
| 8 | DATA MODE CHANNEL BUSY |
| 15 | XMT CLOCK |
| 17 | RCV CLOCK |
| 24 | EXT CLOCK |

**CV-3941/FSC J2 and J3**

| Pin | Function |
|---|---|
| 1 | Frame Ground |
| 2 | XMT DATA |
| 3 | RCV DATA |
| 4 | DATA KEYLINE |
| 5 | TX ACK |
| 6 | XMT DATA RTN |
| 7 | Signal Ground |
| 8 | DATA MODE CHANNEL BUSY |
| 15 | XMT CLOCK |
| 17 | RCV CLOCK |
| 20 | DATA SLOT TIME MARK |

**LSI-96/V.29 J5**

| Pin | Function |
|---|---|
| 7 | XMT − |
| 8 | XMT + |
| 9 | RCV − |
| 10 | RCV + |

**CV-3941/FSC J4 and J5**

| Pin | Function |
|---|---|
| 1 | Frame Ground |
| 2 | XMT DATA |
| 3 | RCV DATA |
| 4 | DATA KEYLINE |
| 5 | TX ACK |
| 7 | Signal Ground |
| 8 | DATA MODE CHANNEL BUSY |
| 17 | RCV CLOCK |
| 24 | XMT CLOCK |

**OW-101/FSC DAMA SATELLITE TERMINAL (FULL DUPLEX RADIO CONFIGURATION) SIGNAL FLOW DIAGRAM NOTES**




FO -59. ON-143(V)4/USQ CUDIXS User Terminal Interface Signal Flow Diagram

# ON-143(V)9/USQ CUSIXS USER TERMINAL INTERFACE SIGNAL FLOW DIAGRAM NOTES

NOTE:

1. XMT CLOCK may be supplied by the Station Clock.

PIN OUTS: Refer to Table 5-18 for signal characteristics.

**ON-143(V)4/USQ J1**

| Pin | Function |
|---|---|
| 5 | DATA KEYLINE |
| 6 | DATA KEYLINE RTN |
| 9 | DATA SIG ACQ IND |
| 18 | GROUND IN TRANSMIT |
| 35 | DATA MODE CHANNEL BUSY |
| 42 | XMT DATA |
| 43 | XMT DATA RTN |
| 67 | RCV DATA |
| 68 | RCV DATA RTN |
| 70 | XMT CLOCK |
| 71 | XMT CLOCK RTN |
| 76 | RCV CLOCK |
| 77 | RCV CLOCK RTN |

**ON-143(V)4/USQ J9**

| Pin | Function |
|---|---|
| T | XMT/RCV CLOCK |
| U | XMT/RCV CLOCK RTN |
| V | XMT DATA |
| W | XMT DATA RTN |
| X | RCV DATA |
| Y | RCV DATA RTN |

**ON-143(V)4/USQ J14**

| Pin | Function |
|---|---|
| J | XMT DATA |
| K | XMT DATA RTN |
| L | XMT CLOCK |
| M | XMT CLOCK RTN |
| N | RCV DATA |
| P | RCV DATA RTN |
| R | RCV CLOCK |
| S | RCV CLOCK RTN |
| T | LINK ENABLE |
| U | LINK ENABLE RTN |
| X | END RECEIVE |
| Y | END RECEIVE RTN |
| h | MIAR |
| i | MIAR RTN |
| j | ALARM INDICATE |
| k | ALARM INDICATE RTN |
| m | AUDIBLE ALARM ENABLE |
| n | AUDIBLE ALARM ENABLE RTN |
| v | CHANNEL BUSY |
| w | CHANNEL BUSY RTN |

**ON-143(V)4/USQ J15**

| Pin | Function |
|---|---|
| L | ALARM INDICATE |
| M | ALARM INDICATE RTN |
| N | MIAR |
| P | MIAR RTN |
| R | PREP |
| S | PREP RTN |

**ON-143(V)4/USQ J16**

| Pin | Function |
|---|---|
| G | XMT DATA |
| H | XMT DATA RTN |
| J | RCV DATA |
| K | RCV DATA RTN |
| R | GATED CLOCK |
| S | GATED CLOCK RTN |

**AN/UYK-20(V) J22**

| Pin | Function |
|---|---|
| A5 | XMT DATA |
| B5 | XMT CLOCK |
| B7 | RCV DATA |
| A7 | RCV CLOCK |
| G4 | LINK ENABLE |
| C12 | END RECEIVE |
| G2 | MIAR |
| D11 | ALARM INDICATE |
| H2 | AUDIBLE ALARM ENABLE |
| A6 | SIGNAL RTN |
| D12 | CHANNEL BUSY |

NOTES:

1. During the transition to DAMA, the CUDIXS processor will interface with two ON-143(V)9/USQs. One for DAMA (I/O channel 7) and one for non-DAMA (I/O channel 3).
2. The signal identifications are referenced to the AN/UYK-20(V).
3. XMT CLOCK may be provided by the Station Clock.




FO -61. ON-143(V)9/USQ CUDIXS User Terminal Interface Signal Flow Diagram

# ON-143(V)9/USQ CUDIXS USER TERMINAL INTERFACE SIGNAL FLOW DIAGRAM NOTES

PIN OUTS: Refer to Table 5-19 for signal characteristics.

**ON-143(V)9/USQ J1**

| Pin | Function |
|---|---|
| 5 | DATA KEYLINE |
| 6 | DATA KEYLINE RTN |
| 7 | DATA SLOT TIME MARK |
| 8 | DATA SLOT TIME MARK RTN |
| 9 | DATA SIG ACQ IND |
| 18 | GROUND IN TRANSMIT |
| 35 | DATA MODE CHANNEL BUSY |
| 42 | XMT DATA |
| 43 | XMT DATA RTN |
| 67 | RCV DATA |
| 68 | RCV DATA RTN |
| 70 | XMT CLOCK |
| 71 | XMT CLOCK RTN |
| 76 | RCV CLOCK |
| 77 | RCV CLOCK RTN |

**ON-143(V)9/USQ J9**

| Pin | Function |
|---|---|
| T | XMT/RCV CLOCK |
| U | XMT/RCV CLOCK RTN |
| V | XMT DATA |
| W | XMT DATA RTN |
| X | RCV DATA |
| Y | RCV DATA RTN |

**ON-143(V)9/USQ J15**

| Pin | Function |
|---|---|
| L | ALARM INDICATE |
| M | ALARM INDICATE RTN |
| N | MIAR |
| P | MIAR RTN |
| R | PREP |
| S | PREP RTN |

**ON-143(V)9/USQ J16**

| Pin | Function |
|---|---|
| G | XMT DATA |
| H | XMT DATA RTN |
| J | RCV DATA |
| K | RCV DATA RTN |
| R | GATED CLOCK |
| S | GATED CLOCK RTN |

**ON-143(V)9/USQ J10 (INPUT)**

| Pin | Function |
|---|---|
| H | EFR |
| J | EFR RTN |
| F | EFA |
| G | EFA RTN |
| B | ODA |
| C | ODA RTN |
| D | ODR |
| E | ODR RTN |
| K | OD0 |
| L | OD0 RTN |
| M | OD1 |
| N | OD1 RTN |
| P | OD2 |
| R | OD2 RTN |
| S | OD3 |
| T | OD3 RTN |
| U | OD4 |
| V | OD4 RTN |
| W | OD5 |
| X | OD5 RTN |
| Y | OD6 |
| Z | OD6 RTN |
| a | OD7 |
| b | OD7 RTN |
| c | OD8 |
| d | OD8 RTN |
| e | OD9 |
| f | OD9 RTN |
| g | OD10 |
| h | OD10 RTN |
| i | OD11 |
| j | OD11 RTN |
| k | OD12 |
| m | OD12 RTN |
| n | OD13 |
| p | OD13 RTN |
| q | OD14 |
| r | OD14 RTN |
| s | OD15 |
| t | OD15 RTN |

**ON-143(V)9/USQ J11 (OUTPUT)**

| Pin | Function |
|---|---|
| H | EIE |
| J | EIE RTN |
| F | EIR |
| G | EIR RTN |
| B | IDR |
| C | IDR RTN |
| D | IDA |
| E | IDA RTN |
| K | ID0 |
| L | ID0 RTN |
| M | ID1 |
| N | ID1 RTN |
| P | ID2 |
| R | ID2 RTN |
| S | ID3 |
| T | ID3 RTN |
| U | ID4 |
| V | ID4 RTN |
| W | ID5 |
| X | ID5 RTN |
| Y | ID6 |
| Z | ID6 RTN |
| a | ID7 |
| b | ID7 RTN |
| c | ID8 |
| d | ID8 RTN |
| e | ID9 |
| f | ID9 RTN |
| g | ID10 |
| h | ID10 RTN |
| i | ID11 |
| j | ID11 RTN |
| k | ID12 |
| m | ID12 RTN |
| n | ID13 |
| p | ID13 RTN |
| q | ID14 |
| r | ID14 RTN |
| s | ID15 |
| t | ID15 RTN |

**AN/UYK-20(V) (OUTPUT)**

| Pin | Function |
|---|---|
| B8 | EFR |
| A8 | EFR RTN |
| B7 | EFA |
| A7 | EFA RTN |
| B5 | ODA |
| A5 | ODA RTN |
| B6 | ODR |
| A6 | ODR RTN |
| D1 | OD0 |
| C1 | OD0 RTN |
| D2 | OD1 |
| C2 | OD1 RTN |
| D3 | OD2 |
| C3 | OD2 RTN |
| D4 | OD3 |
| C4 | OD3 RTN |
| D5 | OD4 |
| C5 | OD4 RTN |
| D6 | OD5 |
| C6 | OD5 RTN |
| D7 | OD6 |
| C7 | OD6 RTN |
| D8 | OD7 |
| C8 | OD7 RTN |
| D9 | OD8 |
| C9 | OD8 RTN |
| D10 | OD9 |
| C10 | OD9 RTN |
| D11 | OD10 |
| C11 | OD10 RTN |
| D12 | OD11 |
| C12 | OD11 RTN |
| G1 | OD12 |
| H1 | OD12 RTN |
| G2 | OD13 |
| H2 | OD13 RTN |
| G3 | OD14 |
| H3 | OD14 RTN |
| G4 | OD15 |
| H4 | OD15 RTN |

**AN/UYK-20(V) (INPUT)**

| Pin | Function |
|---|---|
| B8 | EIE |
| A8 | EIE RTN |
| B7 | EIR |
| A7 | EIR RTN |
| B5 | IDR |
| A5 | IDR RTN |
| B6 | IDA |
| A6 | IDA RTN |
| D1 | ID0 |
| C1 | ID0 RTN |
| D2 | ID1 |
| C2 | ID1 RTN |
| D3 | ID2 |
| C3 | ID2 RTN |
| D4 | ID3 |
| C4 | ID3 RTN |
| D5 | ID4 |
| C5 | ID4 RTN |
| D6 | ID5 |
| C6 | ID5 RTN |
| D7 | ID6 |
| C7 | ID6 RTN |
| D8 | ID7 |
| C8 | ID7 RTN |
| D9 | ID8 |
| C9 | ID8 RTN |
| D10 | ID9 |
| C10 | ID9 RTN |
| D11 | ID10 |
| D11 | ID10 RTN |
| D12 | ID11 |
| D12 | ID11 RTN |
| G1 | ID12 |
| H1 | ID12 RTN |
| G2 | ID13 |
| H2 | ID13 RTN |
| G3 | ID14 |
| H3 | ID14 RTN |
| G4 | ID15 |
| H4 | ID15 RTN |

**NAVAL REGIONAL CONTRACTING CENTER**

NOTES:

1. During the transition to DAMA, the CUDIXS processor will interface with two ON-143(V)9/USQs. One for DAMA (I/O channel 7) and one for non-DAMA (I/O channel 3).
2. The signal identifications are referenced to the AN/UYK-20(V).
3. XMT CLOCK may be provided by the Station Clock.




FO -63. TACINTEL User Interface Signal Flow Diagram

# TADIXS USER TERMINAL INTERFACE SIGNAL FLOW DIAGRAM NOTES

NOTE:

1. XMT CLOCK may be provided by or supplied to the ON-143(V)4/USQ.

PIN OUTS: Refer to Table 5-20 for signal characteristics.

**ON-143(V)4/USQ J1**

| Pin | Function |
|---|---|
| 5 | DATA KEYLINE |
| 6 | DATA KEYLINE |
| 9 | DATA SIG ACQ IND |
| 18 | GROUND IN TRANSMIT |
| 33 | DATA KEYLINE (GND/OPEN) |
| 35 | DATA MODE CHANNEL BUSY |
| 42 | XMT DATA |
| 43 | XMT DATA RTN |
| 67 | RCV DATA |
| 68 | RCV DATA RTN |
| 70 | XMT BIT CLOCK |
| 71 | XMT BIT CLOCK RTN |
| 76 | RCV BIT CLOCK |
| 77 | RCV BIT CLOCK RTN |

**ON-143(V)4/USQ J9**

| Pin | Function |
|---|---|
| T | XMT/RCV CLOCK |
| U | XMT/RCV CLOCK RTN |
| V | XMT DATA |
| W | XMT DATA RTN |
| X | RCV DATA |
| Y | RCV DATA RTN |

**ON-143(V)4/USQ J15**

| Pin | Function |
|---|---|
| L | ALARM INDICATE |
| M | ALARM INDICATE RTN |
| N | MIAR |
| P | MIAR RTN |
| R | PREP |
| S | PREP RTN |

**ON-143(V)4/USQ J16**

| Pin | Function |
|---|---|
| G | XMT DATA |
| H | XMT DATA RTN |
| J | RCV DATA |
| K | RCV DATA RTN |
| R | GATED CLOCK |
| S | GATED CLOCK RTN |

**AN/UYK-20(V) J22**

| Pin | Function |
|---|---|
| A5 | XMT DATA |
| B5 | XMT CLOCK |
| B7 | RCV DATA |
| A7 | RCV CLOCK |
| G4 | LINK ENABLE |
| C12 | END RECEIVE |
| G2 | MIAR |
| D11 | ALARM INDICATE |
| A6 | SIGNAL RTN |
| D12 | CHANNEL BUSY |

**ON-143(V)4/USQ J14**

| Pin | Function |
|---|---|
| J | XMT DATA |
| K | XMT DATA RTN |
| L | XMT CLOCK |
| M | XMT CLOCK RTN |
| N | RCV DATA |
| P | RCV DATA RTN |
| R | RCV CLOCK |
| S | RCV CLOCK RTN |
| T | LINK ENABLE |
| U | LINK ENABLE RTN |
| X | END RECEIVE |
| Y | END RECEIVE RTN |
| h | MIAR |
| i | MIAR RTN |
| j | ALARM INDICATE |
| k | ALARM INDICATE RTN |
| V | CHANNEL BUSY |
| W | CHANNEL BUSY RTN |




FO -67. OTCIXS User Terminal Interface Signal Flow Diagram

# OTCIXS USER TERMINAL INTERFACE SIGNAL FLOW DIAGRAM NOTES

NOTE:

1. Refer to FO-69 for TSEC/KG-84 interfaces.
2. XMT CLOCK may either be provided by or supplied to the ON-143(V)6/USQ.

PIN OUTS: Refer to Table 5-22 for signal characteristics.

**ON-143(V)6/USQ J1**

| Pin | Function |
|---|---|
| 5 | DATA KEYLINE |
| 6 | DATA KEYLINE RTN |
| 9 | DATA SIG ACQ IND |
| 18 | GROUND IN TRANSMIT |
| 33 | DATA KEYLINE (GND/OPEN) |
| 35 | DATA MODE CHANNEL BUSY |
| 42 | XMT DATA |
| 43 | XMT DATA RTN |
| 67 | RCV DATA |
| 68 | RCV DATA RTN |
| 70 | XMT CLOCK |
| 71 | XMT CLOCK RTN |
| 76 | RCV CLOCK |
| 77 | RCV CLOCK RTN |

**ON-143(V)6/USQ J9**

| Pin | Function |
|---|---|
| T | XMT/RCV CLOCK |
| U | XMT/RCV CLOCK RTN |
| V | XMT DATA |
| W | XMT DATA RTN |
| X | RCV DATA |
| Y | RCV DATA RTN |

**ON-143(V)6/USQ J22**

| Pin | Function |
|---|---|
| L | XMT DATA |
| M | XMT DATA RTN |
| N | XMT CLOCK |
| P | XMT CLOCK RTN |
| R | RCV DATA |
| S | RCV DATA RTN |
| T | RCV CLOCK |
| U | RCV CLOCK RTN |
| V | XMT FRAMES ONLY |
| W | XMT FRAMES ONLY RTN |
| Z | RCV INHIB |
| a | RCV INHIB RTN |
| J | PTT KEYLINE |
| K | PTT KEYLINE RTN |
| X | SYNC SEARCH INHIB |
| Y | SYNC SEARCH INHIB RTN |

**ON-143(V)6/USQ J16**

| Pin | Function |
|---|---|
| G | XMT DATA |
| H | XMT DATA RTN |
| J | RCV DATA |
| K | RCV DATA RTN |
| R | GATED CLOCK |
| S | GATED CLOCK RTN |
| D | ALARM INDICATE |
| M | ALARM INDICATE RTN |
| C | MIAR |
| N | MIAR RTN |
| L | PREP |
| P | PREP RTN |

**CV-3333/U J5**

| Pin | Function |
|---|---|
| A | XMT DATA |
| B | XMT DATA RTN |
| E | XMT CLOCK |
| F | XMT CLOCK RTN |
| G | RCV DATA |
| H | RCV DATA RTN |
| J | RCV CLOCK |
| K | RCV CLOCK RTN |
| a | XMT FRAMES ONLY |
| b | XMT FRAMES ONLY RTN |
| c | RCV INHIB |
| d | RCV INHIB RTN |
| g | PTT KEYLINE |
| h | PTT KEYLINE RTN |
| s | SYNC SEARCH INHIB |
| t | SYNC SEARCH INHIB RTN |

**ON-143(V)6/USQ J17**

| Pin | Function |
|---|---|
| C | TDP/TADIXS XMT DATA |
| D | TDP/TADIXS XMT DATA RTN |
| E | TDP/TADIXS RCV DATA |
| F | TDP/TADIXS RCV DATA RTN |




FO -69. TADIXS User Terminal Interface Signal Flow Diagram

# TACINTEL USER TERMINAL INTERFACE SIGNAL FLOW DIAGRAM NOTES

NOTE:

1. XMT CLOCK may either be provided by or supplied to the ON-143(V)6/USQ.

PIN OUTS: Refer to Table 5-23 for signal characteristics.

**ON-143(V)6/USQ J1**

| Pin | Function |
|---|---|
| 5 | DATA KEYLINE |
| 6 | DATA KEYLINE RTN |
| 9 | DATA SIG ACQ IND |
| 18 | GROUND IN TRANSMIT |
| 33 | DATA KEYLINE (GND/OPEN) |
| 35 | DATA MODE CHANNEL BUSY |
| 42 | XMT DATA |
| 43 | XMT DATA RTN |
| 67 | RCV DATA |
| 68 | RCV DATA RTN |
| 70 | XMT CLOCK |
| 71 | XMT CLOCK RTN |
| 76 | RCV CLOCK |
| 77 | RCV CLOCK RTN |

**ON-143(V)6/USQ J9**

| Pin | Function |
|---|---|
| T | XMT RCV CLOCK |
| U | XMT/RCV CLOCK RTN |
| V | XMT DATA |
| W | XMT DATA RTN |
| X | RCV DATA |
| Y | RCV DATA RTN |

**ON-143(V)6/USQ J17**

| Pin | Function |
|---|---|
| C | TDP XMT DATA |
| D | TDP XMT DATA RTN |
| E | TDP RCV DATA |
| F | TDP RCV DATA RTN |

**ON-143(V)6/USQ J16**

| Pin | Function |
|---|---|
| G | XMT DATA |
| H | XMT DATA RTN |
| J | RCV DATA |
| K | RCV DATA RTN |
| R | GATED CLOCK |
| S | GATED CLOCK RTN |
| D | ALARM INDICATE |
| M | ALARM INDICATE RTN |
| C | MIAR |
| N | MIAR RTN |
| L | PREP |
| P | PREP RTN |

**ON-143(V)6/USQ J22**

| Pin | Function |
|---|---|
| A | TADIXS XMT DATA |
| B | TADIXS XMT DATA RTN |
| G | TADIXS RCV DATA |
| H | TADIXS RCV DATA RTN |




FO - 71. SSIXS User Terminal Interface Signal Flow Diagram

# SSIXS USER TERMINAL INTERFACE SIGNAL FLOW DIAGRAM NOTES

NOTE:

1. XMT CLOCK may be either provided by or provided to the ON-143(V)4/USQ.

PIN OUTS: Refer to Table 5-24 for signal characteristics.

ON-143(V)4/USQ J1

| Pin | Function |
|---|---|
| 5 | DATA KEYLINE |
| 6 | DATA KEYLINE RTN |
| 9 | DATA SIG ACQ IND |
| 18 | GROUND IN TRANSMIT |
| 33 | DATA KEYLINE (GND/OPEN) |
| 35 | DATA MODE CHANNEL BUSY |
| 42 | XMT DATA |
| 43 | XMT DATA RTN |
| 67 | RCV DATA |
| 68 | RCV DATA RTN |
| 70 | XMT CLOCK |
| 71 | XMT CLOCK RTN |
| 76 | RCV CLOCK |
| 77 | RCV CLOCK RTN |

ON-143(V)4/USQ J9

| Pin | Function |
|---|---|
| T | XMT/RCV CLOCK |
| U | XMT/RCV CLOCK RTN |
| V | XMT DATA |
| W | XMT DATA RTN |
| X | RCV DATA |
| Y | RCV DATA RTN |

ON-143(V)4/USQ J14

| Pin | Function |
|---|---|
| J | XMT DATA |
| K | XMT DATA RTN |
| L | XMT CLOCK |
| M | XMT CLOCK RTN |
| N | RCV DATA |
| P | RCV DATA RTN |
| R | RCV CLOCK |
| S | RCV CLOCK RTN |
| T | LINK ENABLE |
| U | LINK ENABLE RTN |
| X | END RECEIVE |
| Y | END RECEIVE RTN |
| h | MIAR |
| i | MIAR RTN |
| j | ALARM INDICATE |
| k | ALARM INDICATE RTN |
| v | CHANNEL BUSY |
| w | CHANNEL BUSY RTN |

ON-143(V)4/USQ J15

| Pin | Function |
|---|---|
| L | ALARM INDICATE |
| M | ALARM INDICATE RTN |
| N | MIAR |
| P | MIAR RTN |
| R | PREP |
| S | PREP RTN |

ON-143(V)4/USQ J16

| Pin | Function |
|---|---|
| G | XMT DATA |
| H | XMT DATA RTN |
| J | RCV DATA |
| K | RCV DATA RTN |
| R | GATED CLOCK |
| S | GATED CLOCK RTN |

AN/UYK-20(V) J22

| Pin | Function |
|---|---|
| A5 | XMT DATA |
| B5 | XMT CLOCK |
| B7 | RCV DATA |
| A7 | RCV CLOCK |
| G4 | LINK ENABLE |
| C12 | END RECEIVE |
| G2 | MIAR |
| D11 | ALARM INDICATE |
| A6 | SIGNAL RTN |
| D12 | CHANNEL BUSY |




CONTROL LINES
A PROGRAM CONTROLLED ON OR OFF
B ON GENERATES CLASS III INTERRUPT
C OFF GENERATES CLASS III INTERRUPT
E STATUS TO I/O PROGRAM
H PROGRAM CONTROLLED ON OR OFF
I ON GENERATES CLASS III INTERRUPT
J PROGRAM CONTROLLED ON OR OFF

NOTE 1 MSG IND ALARM RESET
0V ALARM RESET
+6V NORMAL

NOTE 2 ALARM INDICATE
0V NO ALARM
+6V IMPLIES ALARM

NOTE 3 AUDIBLE ALARM
0V NO ALARM
+6V ALARM

CUDIXS NON-DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36

Page 1 of 4




NOTE 1 BOTH RED AND BLACK SIDE OF THE CRYPTO MUST BE PATCHED CONCURRENTLY

NOTE 2 PREP SIGNAL IS 0V OR +5 V

NOTE 3 MSG IND ALARM RESET
0V ALARM RESET
+6V NORMAL

NOTE 4 ALARM INDICATE
0V NO ALARM
+6V IMPLIES ALARM

CUDIXS NON-DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36

Page 2 of 4