


NOTE 1 BOTH RED AND BLACK SIDE OF THE CRYPTO MUST BE PATCHED CONCURRENTLY

CUDIXS NON-DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36

Page 3 of 4




NOTE 1 KEYLINE TO AN/WSC-5
+6V = NO KEYLINE
-6V = TRANSMIT

CUDIXS NON-DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36

Page 4 of 4




CONTROL LINES
A PROGRAM CONTROLLED ON OR OFF
B ON GENERATES CLASS III INTERRUPT
C OFF GENERATES CLASS III INTERRUPT
E STATUS TO I/O PROGRAM
H PROGRAM CONTROLLED ON OR OFF
I ON GENERATES CLASS III INTERRUPT
J PROGRAM CONTROLLED ON OR OFF

NOTE 1 MSG IND ALARM RESET
0V ALARM RESET
+6V NORMAL

NOTE 2 ALARM INDICATE
0V NO ALARM
+6V IMPLIES ALARM

NOTE 3 AUDIBLE ALARM
0V NO ALARM
+6V ALARM

CUDIXS DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36

Page 1 of 4




NOTE 1 BOTH RED AND BLACK SIDE OF THE CRYPTO MUST BE PATCHED CONCURRENTLY

NOTE 2 PREP SIGNAL IS 0V OR +5 V

NOTE 3 MSG IND ALARM RESET
0V ALARM RESET
+6V NORMAL

NOTE 4 ALARM INDICATE
0V NO ALARM
+6V IMPLIES ALARM

CUDIXS DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36

Page 2 of 4




NOTE 1 BOTH RED AND BLACK SIDE OF THE CRYPTO MUST BE PATCHED CONCURRENTLY

CUDIXS DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36




CUDIXS DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36

Page 4 of 4




NOTE 1 SIGNAL H
0V ALARM RESET
+6V NORMAL

NOTE 2 SIGNAL I
0V NORMAL
+6V IMPLIES ALARM

CONTROL LINES
- A PROGRAM CONTROLLED ON OR OFF
- B ON GENERATES CLASS III INTERRUPT
- C OFF GENERATES CLASS III INTERRUPT
- D PROGRAM CONTROLLED ON OR OFF
- E STATUS TO I/O PROGRAM
- H PROGRAM CONTROLLED ON OR OFF
- I ON GENERATES CLASS III INTERRUPT

CUDIXS NON-DAMA WITH KG-84A

Page 1 of 2




NOTE 1 KEYLINE TO AN/WSC-5
+6V = NO KEYLINE
-6V = TRANSMIT

CUDIXS NON-DAMA WITH KG-84A

Page 2 of 2




CONTROL LINES
- A PROGRAM CONTROLLED ON OR OFF
- B ON GENERATES CLASS III INTERRUPT
- C OFF GENERATES CLASS III INTERRUPT
- D PROGRAM CONTROLLED ON OR OFF
- E STATUS TO I/O PROGRAM
- H PROGRAM CONTROLLED ON OR OFF
- I ON GENERATES CLASS III INTERRUPT

CUDIXS DAMA WITH KG-84A

Page 1 of 2




CUDIXS DAMA WITH KG-84A

Page 2 of 2




NOTES:
1. CAN LEAD INTERNAL CLOCK BY 3 CLOCKS MAX, OR LAG BY 4 CLOCKS MAX.

TACINTEL NON-DAMA USING DPMUX-2048AT-32




NOTES:

1. OUTPUT IS TRUE (ON) APPROXIMATELY 1 MSEC BEFORE FIRST DATA BIT IS TRANSFERRED TO I/O PORT, AND GOES FALSE (OFF) AFTER LAST DATA BIT HAS BEEN TRANSFERRED TO MODEM.

2. MUST BE FALSE 7 MSEC BEFORE REKEYING.

3. MUX MUST BE STRAPPED FOR EXTERNAL CLOCK, AND THIS SIGNAL AND DATA PRESENT AT J4-C MUST CONFORM TO STANDARD ARRANGEMENT FOR DATA AND CLOCK, WITH FALLING EDGE OF CLOCK CORRESPONDING TO DATA MID-BIT TIME.

4. ACCURACY IS BETTER THAN $\pm 1 \times 10^{-8}$.

TACINTEL DAMA USING DPMUX-2048AT-32




NOTES:
1. Can lead internal clock by 3 clocks max, or lag by 4 clocks max.

TACINTEL NON-DAMA USING LSI-9600




NOTES:

1. CAN LEAD DB (INTERNAL) CLOCK BY 3 CLOCKS MAX, LAG BY 4 CLOCKS MAX.
2. OUTPUT IS TRUE (ON) APPROXIMATELY 1 MSEC BEFORE FIRST DATA BIT IS TRANSFERRED TO I/O PORT. GOES FALSE (OFF) AFTER LAST DATA BIT HAS BEEN TRANSFERRED TO MODEM.
3. MUST BE FALSE 7 MSEC BEFORE REKEYING.
4. GOES TRUE (ON) 5 MSEC AFTER MUX RECEIVES XMIT REQUEST.
5. MUX MUST BE STRAPPED FOR EXTERNAL CLOCK, AND THIS SIGNAL AND DATA PRESENT AT J4-C MUST CONFORM TO STANDARD ARRANGEMENT FOR DATA AND CLOCK, WITH FALLING EDGE OF CLOCK CORRESPONDING TO DATA MID-BIT TIME.

TACINTEL DAMA USING LSI-9600




NOTES:

1. OUTPUT IS TRUE (ON) APPROXIMATELY 1 MSEC BEFORE FIRST DATA BIT IS TRANSFERRED TO I/O PORT. GOES FALSE (OFF) AFTER LAST DATA BIT HAS BEEN TRANSFERRED TO MODEM.

2. MUST BE FALSE 7 MSEC BEFORE REKEYING.

3. MUX MUST BE STRAPPED FOR EXTERNAL CLOCK, AND THIS SIGNAL AND DATA PRESENT AT J4-C MUST CONFORM TO STANDARD ARRANGEMENT FOR DATA AND CLOCK, WITH FALLING EDGE OF CLOCK CORRESPONDING TO DATA MID-BIT TIME.

TACINTEL DAMA USING AN/FCC-100(V)1X




NOTES:

1. CAN LEAD INTERNAL CLOCK BE 3 CLOCKS MAX, OR LAG BY 4 CLOCKS MAX

SSIXS SHORE NON-DAMA USING LSI-4800




CUDIXS II NON-DAMA WITH ON-143(V)4/USQ AND TSEC/KG-36

**Attach (10)**

CONTRACT ADMINISTRATION PLAN
CONTRACT NO. N00600-94-C-0389

In order to expedite administration of this contract, the following delineation of duties is provided. The individual/position designated as having responsibility should be contacted for any questions, clarifications, or information regarding the functions assigned.

Procurement Integrity. All Government personnel involved in the administration of this contract, including developing statements of work and independent government estimates, and specifically including preparation of documents for any follow-on acquisition, must be aware of and comply with any prohibition resulting from Public Law 100-679, Section 6 of the Office of Federal Procurement Policy Act Amendments of 1988, on Procurement Integrity, as may be promulgated through the FAR and DFAR.

1. PROCURING CONTRACTING OFFICER (PCO) is responsible for:

a. All pre-award information, questions, data, solicitation and source selection.

b. Post-award conference

c. All post-award changes or interpretations regarding the scope, terms or conditions of the basic contract and delivery orders (unless technical clarifications/questions can be resolved by the COTR).

d. Monitoring of the COTR

e. Meeting at least quarterly with COTR to review contract performance (joint responsibility of the COTR). This may be satisfied telephonically, depending on the circumstances.

2. CONTRACT ADMINISTRATION OFFICE (CAO) is responsible for matters specified in FAR 42.302 and DFARS 242.302 except in those areas otherwise designated herein.

3. PAYING OFFICE is responsible for payment of approved proper invoices after acceptance is documented.

4. CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR) is responsible for:

a. Controlling all government technical interface with the contractor and providing technical advice and clarifications of the specifications/statement of work.

b. Providing copies of all government/contractor technical correspondence to the PCO.

c. Promptly furnishing the PCO with documentation/comment on any

request for change, deviation or waiver (whether generated by the government or the contractor).
d. Assuring that equipment is delivered on time/services are performed on time, and promptly notifying the PCO if any contractor delay in performance is experienced.

e. If applicable, coordination of site preparation and installation to the extent specified in the contract as the government's responsibility.

f. Quality assurance, inspection and acceptance of supplies, or services (if applicable).

g. If applicable, monitoring standard of performance testing or effectiveness level acceptance criteria.

h. If applicable, monitoring of credits, such as downtime credits for maintenance if provided for in the contract, and making appropriate adjustments on contractor reimbursement.

i. Promptly reviewing the contractor's invoices for services received and accepted, to assure that they conform to the contract pricing. Improper invoices shall be returned immediately to the contractor. Proper correct invoices and/or DD250's, as applicable, shall be approved and forwarded to the paying office.

j. Maintaining a COTR file of all correspondence with the PCO and contractor and copies of all invoices.

k. Meeting at least quarterly with the PCO to review contract performance. This may be satisfied telephonically, depending on the circumstance.

l. Complying with NAVSUPINST 4200.27 "Proper Use of Contractor Personnel", NAVSUPINST 4205.3 and SECNAVINST 4205.5 "Contracting Officer's Technical Representative" and the Contracting Officer's COTR Appointment Letter.

m. Submission of written report on contractor performance within 60 days of contract completion, but not less often than annually.

NAMES/ADDRESS/TELEPHONE NUMBERS OF COGNIZANT INDIVIDUAL/OFFICE

| | NAME | CODE | TELEPHONE |
|---|---|---|---|
| COTR | MR. PERCY TOLBERT | PMW-152-21F | (703) 602-8332 ext 548 |

| | CODE | TELEPHONE |
|---|---|---|
| PCO | MR. ROSCOE W. CRAWFORD | (202) 433-5387 |

PAYING OFFICE (refer to page one of the contract document)

CAO (refer to page one of the contract document)