SINGER & ASSOCIATES
*A Professional Corporation*

ATTORNEYS AT LAW
10411 MOTOR CITY DRIVE
SUITE 725
BETHESDA, MD 28017

TELEPHONE: (301) 469-0400
FASCIMILE: (301) 469-0403
EMAIL: NSINGER@ISNCORP.COM

VIRGINIA OFFICE
810A BULLS NECK ROAD
SUITE ONE
MCLEAN, VA 22102

March 10, 2004

**SETTLEMENT LETTER – NOT ADMISSABLE FOR ANY PURPOSE**

**VIA FEDX**

Brent N. McBurney, Esquire
Department of Justice
Commercial Litigation Branch
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005

Re: Information Systems & Networks Corporation v. The United States
Case No.02-796 (Judge Allegra)

Dear Mr. McBurney:

In our last telephone conversation some weeks ago, you indicated that the Government would be receptive to a settlement proposal from our client, Information Systems & Networks Corporation ("ISN"). In fact, the Status Report filed in late January, 2004 confirms the Government's willingness to engage in settlement negotiations. However, despite that representation, no offer has been made by the Government. With a Joint Status Report due March 31, 2004, we therefore believe it necessary to reiterate ISN's settlement position so that the Government will have it in hand prior to the next Joint Status Report. Accordingly, please be advised as follows:

There are three issues which require resolution to determine the appropriate payment to ISN on its claim.[1] The issues are as follows:

1. Direct labor;
2. An indirect rate increase;
3. Claimed profit

[1] These three issues exclude Contract Disputes Act interest on the final agreed upon settlement figure.

**EXHIBIT A**

SINGER & ASSOCIATES

*A Professional Corporation*



We will address each of these issues and ISN's settlement position regarding the same herein.

1. Direct Labor

ISN's direct labor claim in its Termination settlement Proposal ("TSP") was $604,657.00. When the TSP was audited by the Defense Contract Audit Agency ("DCAA"), the results of which were set forth in the DCAA Report of December 19, 1996 ("the Report"), DCAA increased the direct labor claim by $22,147.00 to $626,804.00. The increase was due to a reclassification of $22,332.00 of stop work labor from settlement costs to direct costs, the net effect being an upward adjustment to direct labor of $22,147.00. DCAA verified that this direct labor was actually incurred by ISN on the subject project. DCAA verified that the direct labor costs were reconciled with ISN's Jamis Job Cost Reports, employee timesheets, and were incurred prior to the termination notice. Accordingly, our client knows of no basis for which any of the direct labor should be reduced in any settlement. ISN's claim, therefore, is $626,804.00 on this issue.

2. Indirect Expenses

DCAA increased the indirect expenses by $17,079.00 due to the increase in direct labor. After verifying ISN's fringe benefits and overhead rates to the provisional billing rate utilized by ISN, DCAA increased the G&A expenses by $5,370.00 due to the increases in direct labor, fringe benefits and associated overhead expenses. Our client knows of no basis to reduce this increase in indirect rate expense. This claim therefore is $5,370.00 for this issue.

3. Profit

In the TSP, ISN claimed $443,396.00 of profit. The basis of this claimed cost was an agreed upon profit factor of 10% applied to all costs. The DCAA questioned the entire amount of claimed profit for three reasons: (i) ISN did not provide DCAA with any Estimate to Complete ("ETC") or Percentage of Completion; (ii) ISN significantly underbid the contract by approximately $900,000.00; and (iii) DCAA Audit Report No. 6221-96G17500001 disclose that ISN was in a loss position on the contract. DCAA admitted that a loss calculation was not applied since the Government had acknowledged that ISN was due some form of equitable adjustment on the contract due to various changes to the statement of work.

In fact, ISN did provide the Government with an ETC prior to the termination. The progress payment issued to ISN by the Government contained an ETC. In addition, the

SINGER & ASSOCIATES

*A Professional Corporation*



Government had in its possession numerous documents which demonstrated agreement between the parties on scope changes due to an Engineering Change Proposal ("ECP") which was approved and ratified by the Contracting Officer after technical approval from a Contracting Officer's representative. Thus, factor (i) used by DCAA was incorrect.

Regarding (ii), DCAA provides no explanation for the basis or conclusion that ISN significantly underbid the contract by approximately $900,000. In fact, there is no basis for this claim that ISN is aware of despite discovery on the issue. Finally, the DCAA report claiming that the contract was in a loss position, assumed arguendo, that the additional costs incurred on the ECP were not allowable. As a result, progress payments nos. 3,4 and 5 were higher than ISN had estimated at completion. In arriving at this conclusion DCAA did not take into account agreement on the ECP and the costs incurred as a result. Thus, this factor used by DCAA was not valid.

Since the claimed profit calculation is correct, ISN continues to remain entitled to all $443,396.00.

Accordingly, ISN's demand for settlement is $1,075,570.00 plus appropriate Contract Disputes Act interest.

Very sincerely yours,

Norman H. Singer, Esquire

# FedEx Express USA Airbill

FedEx Tracking Number 8334 7900 0502

Form I.D. No. 0215 SPH33 **Sender's Copy**

**1 From** *Please print and press hard.*

Date March 10,2004 Sender's FedEx Account Number 1026-9660-3

Sender's Name Norman H. Singer, Esq. Phone (301) 469-0400

Company INFORMATION SYSTEMS & NETWORKS

Address 10411 MOTOR CITY DR FL 7 Dept./Floor/Suite/Room

City BETHESDA State MD ZIP 20817

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. OPTIONAL

**3 To**

Recipient's Name Brent N. McBurney, Esq. Phone ( )

Company Dept. of Justice - Commercial Litigation Branch

Address 8th Floor
To "HOLD" at FedEx location, print FedEx address.

Address 1100 L Street, N.W. We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

City Washington State D.C. ZIP 20005

**Try online shipping at fedex.com**

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

**Questions? Visit our Web site at fedex.com**
or call 1.800.Go.FedEx® 800.463.3339.

0211671121

**4a Express Package Service** *Packages up to 150 lbs.* Delivery commitment may be later in some areas.

- [X] FedEx Priority Overnight — Next business morning
- [ ] FedEx Standard Overnight — Next business afternoon
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations
- [ ] FedEx 2Day — Second business day
- [ ] FedEx Express Saver — Third business day

FedEx Envelope rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** *Packages over 150 lbs.* Delivery commitment may be later in some areas.

- [ ] FedEx 1Day Freight* — Next business day
- [ ] FedEx 2Day Freight — Second business day
- [ ] FedEx 3Day Freight — Third business day

*Call for Confirmation:

**5 Packaging** *Declared value limit $500

- [X] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak
- [ ] Other

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

- [X] No
- [ ] Yes — As per attached Shipper's Declaration
- [ ] Yes — Shipper's Declaration not required
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

Total Packages Total Weight Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details.

FedEx Use Only

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

447

SRS • Rev. Date 10/01 • Part #157610S • ©1994–2001 FedEx • PRINTED IN U.S.A.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.

**FedEx Express** *USA Airbill*

FedEx Tracking Number 8334 7900 0502

Form I.D. No. 0215 SPH33

**Sender's Copy**

**1 From** *Please print and press hard.*

Date March 10,2004  Sender's FedEx Account Number 1026-9660-3

Sender's Name Norman H. Singer, Esq.  Phone (301) 469-0400

Company INFORMATION SYSTEMS & NETWORKS

Address 10411 MOTOR CITY DR FL 7  Dept./Floor/Suite/Room

City BETHESDA  State MD  ZIP 20817

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.  OPTIONAL

**3 To**

Recipient's Name Brent N. McBurney, Esq.  Phone (   )

Company Dept. of Justice - Commercial Litigation Branch

Address 8th Floor
To "HOLD" at FedEx location, print FedEx address.

Address 1100 L Street, N.W.  We cannot deliver to P.O. boxes or P.O. ZIP codes.

City Washington  State D.C.  ZIP 20005  Dept./Floor/Suite/Room

**Try online shipping at fedex.com**

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

**Questions? Visit our Web site at fedex.com**
or call 1.800.Go.FedEx® 800.463.3339.

0211671121

**4a Express Package Service** — *Packages up to 150 lbs.* Delivery commitment may be later in some areas.

- [X] FedEx Priority Overnight — Next business morning
- [ ] FedEx Standard Overnight — Next business afternoon
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations
- [ ] FedEx 2Day — Second business day
- [ ] FedEx Express Saver — Third business day

FedEx Envelope rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** — *Packages over 150 lbs.* Delivery commitment may be later in some areas.

- [ ] FedEx 1Day Freight* — Next business day
- [ ] FedEx 2Day Freight — Second business day
- [ ] FedEx 3Day Freight — Third business day

* Call for Confirmation:

**5 Packaging** — * Declared value limit $500

- [X] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak
- [ ] Other

**6 Special Handling** — Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

- [X] No
- [ ] Yes — As per attached Shipper's Declaration
- [ ] Yes — Shipper's Declaration not required
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No.  Exp. Date

Total Packages  Total Weight  Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details.

FedEx Use Only

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

447

SRS • Rev. Date 10/01 • Part #157610S • ©1994–2001 FedEx • PRINTED IN U.S.A.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE