# In The United States Court of Federal Claims

No. 02-796C

(Filed: August 5, 2005)

---

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On or before August 15, 2005, the parties shall file individual status reports, indicating whether plaintiff's proposed amendment, if granted, would result in an additional discovery period, and if so, what that discovery would entail.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge