**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 02-796C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S INDIVIDUAL STATUS REPORT**

Plaintiff, Information Systems & Networks Corporation ("plaintiff" or "ISN"), by its undersigned counsel, hereby respectfully submits its Individual Status Report ("Status Report"). Pursuant to the August 5, 2005 Order issued by this Court, ISN is required to file a Status Report indicating whether its proposed amendment, if granted, would result in an additional discovery period and, if so, is required to describe what that discovery would entail. Pursuant to the Order, ISN's Status Report states as follows:

The proposed amendment will not result in any additional discovery and in fact will reduce the amount of discovery required on ISN's damages. The amendment is intended to clarify and set forth in detail ISN's damage claim. It does not change any issues in the case and is in conformity with the DCAA Audit Reports on the claim.

Dated: August 8, 2005

Respectfully submitted,

_____________/s/_______________

NORMAN H. SINGER, ESQUIRE
Singer & Associates, P.C.
10411 Motor City Drive
7th Floor
Bethesda, Maryland 20817
(301) 469-0400 - Phone
(301) 469-0403 – Facsimile

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.