IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to grant an enlargement of time of seven days, to and including August 22, 2005 to file its status report regarding the necessity for additional discovery. As ordered by the Court on August 5, 2005, the status report is currently due on August 15, 2005. Counsel for plaintiff has informed counsel for the defendant that he does not oppose this request for an enlargement of time. No previous enlargements of time for this purpose have been requested or granted.

The enlargement of time is requested because the undersigned counsel for the Government was in trial in Greenville, South Carolina from August 8 through August 12, 2005. Immediately upon her return to the office on August 15, 2005, she attempted to contact the auditor employed by the Defense Contract Audit Agency who is most knowledgeable about the claims filed by the plaintiff. This auditor is not currently available, but it is anticipated that she will become available within the next 24 to 48 hours. Contact with the auditor is necessary to determine what information is already available and what additional information may be necessary to properly evaluate

plaintiff's claim. Accordingly, the Government requests that it be allowed an additional seven days to file its status report in order to assess whether additional discovery is necessary, and if so, to determine what discovery must be undertaken.

For the foregoing reasons, defendant respectfully requests the Court to grant an enlargement of time of seven days, to and including August 22, 2005, to file its reply its status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Phone:(202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant