IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated October 11, 2005, the parties respectfully submit this joint status report indicating how the remaining portions of this case should proceed.

The parties propose to conduct discovery as to the remaining claims in the contract. The parties propose that such discovery should be completed by May 30, 2006. Thereafter, the parties believe that this case may be resolved by dispositive motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Norman H. Singer
NORMAN H. SINGER
Singer & Associates, P.C.
10411 Motor City Drive
7th Floor
Bethesda, MD 20817
Phone: (301) 469-0400
Fax: (301) 469-0403

Attorney for Plaintiff

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20005
Phone:(202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant