# In The United States Court of Federal Claims

No. 02-796C

(Filed: October 28 2005)

---

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 24, 2005, the parties filed a joint status report proposing a completion date for discovery. Based on its review of that report, the court concludes:

(i) on or before May 30, 2006, discovery (fact and expert) shall be completed; and

(ii) on or before June 13, 2006, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge