IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF THE DISCOVERY PERIOD

The parties respectfully request the Court to grant an enlargement of time of 123 days, to and including September 30, 2006, for discovery in this case. The current discovery deadline is May 30, 2006. This is the parties' first request for enlargement of time for this purpose. The parties have conferred about the discovery that is required and agree that it can be completed within the time period requested.

The plaintiff requests that the discovery period be extended due to his unusually heavy work load. Although the undersigned is counsel of record, another attorney was responsible for developing this case. That attorney resigned from ISN in September 2005, and he has not been replaced. During that time, counsel for plaintiff was unable to conduct discovery in this case because of his workload. In addition, counsel for plaintiff has out-of-town obligations during the months of July and August, and he has no ability to have work done on this case during that period.

Similarly, counsel for the defendant has been unable to devote attention to this case due to her workload. In particular, in the six and one-half months since the discovery period began, counsel for the undersigned has, among other things, prepared and filed 23 briefs and has had six oral arguments.

For the foregoing reasons, the parties respectfully request the Court to grant their motion for an enlargement of the discovery period to September 30, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Norman H. Singer
NORMAN H. SINGER
Singer & Associates, P.C.
10411 Motor City Drive
7th Floor
Bethesda, MD 20817
Phone: (301) 469-0400
Fax: (301) 469-0403

Attorney for Plaintiff

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20005
Phone:(202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant