# In The United States Court of Federal Claims

No. 02-796C

(Filed: May 11, 2006)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 11, 2006, the parties filed a joint motion for an extension of time in which to complete discovery. The motion is hereby **GRANTED**. Accordingly:

(i) On or before October 2, 2006, discovery (fact and expert) shall be completed; and

(ii) On or before October 16, 2006, the parties shall file a joint status report indicating how this case should proceed.

Any further request for extending the discovery period will be disfavored by the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge