IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | No. 02-796C |
| | ) | (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF THE DISCOVERY DEADLINE

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully request this Court to enlarge by 120 days, to and including January 30, 2007, the deadline for discovery in this case. The current discovery deadline is October 2, 2006. This is the parties' second motion to enlarge the discovery deadline. The Court granted the parties' first motion, which requested a 125-day enlargement of the discovery deadline on May 11, 2006. The parties have discussed the remaining necessary discovery and believe that it can be completed within the time period requested.

This motion is necessary because the Government counsel formerly responsible for representing the United States in this case, Doris Finnerman, recently left the employment of the Department of Justice and consequently, a new government counsel was assigned to this case on September 19, 2006.[1] As a result defendant's new counsel needs additional time to become familiar with the case, contact counsel for the

[1] Defendant's new counsel, Anuj Vohra, is in the process of being admitted to practice before this Court. Because his admission is not yet complete, Mr. Vohra's name does not appear in the signature block below.

governmental agencies involved, assess the status of discovery, and prepare for any necessary depositions. Indeed, on September 14, 2006, plaintiff's counsel served defendant with notices of depositions of two former and two current Defense Contract Audit Agency ("DCAA") employees. The identified former employees have not yet been located, and the parties have not yet scheduled those depositions.

Granting the requested enlargement should not cause any material inconvenience, and will not affect any other court-ordered deadlines. Accordingly, the parties respectfully request that this Court enlarge, by 120 days, to and including January 30, 2007, the deadline for discovery in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Norman H. Singer
NORMAN H. SINGER
Singer & Associates, P.C.
10411 Motor City Drive
7th Floor
Bethesda, MD 20817
Phone: (301) 469-0400
Fax: (301) 469-0403

Attorney for Plaintiff

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 514-4325
Fax: (202) 307-0972

Attorneys for Defendant