# In The United States Court of Federal Claims

No. 02-796C

(Filed: September 27, 2006)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Initially, the parties were afforded nearly seven months to complete discovery in this matter, which was filed more than four years ago. On May 11, 2006, the court granted the parties an additional 125 days to complete discovery, which was to be completed on October 2, 2006. The order granting that motion specifically indicated that "[a]ny further request for extending the discovery period will be disfavored by the court." Despite this, on September 22, 2006, the parties filed yet another a joint motion for an extension of time in which to complete discovery, this time requesting 120 days. In the court's view, the reasons given for this latter motion do not remotely support the relief requested and certainly do not represent extraordinary circumstances. Yet, to allow for the completion of discovery, the motion is **GRANTED, IN PART, and DENIED, IN PART**. Accordingly:

(i) On or before November 3, 2006, discovery (fact and expert) shall be completed;

(ii) On or before November 17, 2006, the parties shall file a joint status report indicating how this case should proceed; and

(iii) No further enlargements of these deadlines will be granted under any circumstances, and, failure to complete discovery by the deadlines specified may lead to the imposition of appropriate sanctions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge