# In The United States Court of Federal Claims

No. 02-796C

(Filed: December 5, 2006)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic status conference that was originally scheduled for December 14, 2006, has been rescheduled for Monday, December 18, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge