# In The United States Court of Federal Claims

No. 02-796C

(Filed: December 13, 2006)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On December 13, 2006, plaintiff filed a motion for sanctions pursuant to Rules of the Court of Federal Claims (RCFC) 37 regarding its deposition of defendant's RCFC 30(b)(6) corporate designee. On or before Friday, December 15, 2006, at 5:00 p.m. (E.S.T.), defendant shall respond to this motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge