# DEFENDANT'S APPENDIX

# INDEX TO DEENDANT'S APPENDIX

**DOCUMENT** **PAGE(S)**

Notice of Deposition of 30(b)(6) witness from DCAA in
Information Systems & Network Corporation v. United States,
Fed. Cl. No. 02-796 (October 13, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

Summary prepared by Ellen E. Erdelsky for deposition in
Information Systems & Network Corporation v. United States,
Fed. Cl. No. 02-796 (undated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Excerpts from Deposition of Benjamin Monastero taken in
Information Systems & Network Corporation v. United States,
Fed. Cl. No. 02-796 (October 30, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-6

Excerpts from Deposition of Mark Stephan Moser taken in
Information Systems & Network Corporation v. United States,
Fed. Cl. No. 02-796 (October 30, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-8

Declaration of Ellen E. Erdelsky (December 15, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-11