IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant, | Case No. 1:02-cv-796<br>Judge Allegra |

**NOTICE OF ORAL DEPOSITON**

TO: Defense Contract Audit Agency ("DCAA")
c/o Anuj Vohra, Esq.
Commercial Litigation Branch, Civil Division
United States Department of Justice
8th Floor, 1100 L. Street, N.W.
Washington, D.C. 20530

Please take notice that plaintiff, Information Systems & Networks Corporation ("ISN"), by its undersigned counsel, will take the deposition of the Defense Contact Audit Agency ("DCAA"), an agency of the defendant, pursuant to RCFC 30 (b) (6) on Tuesday, October 31, 2006 at 10:00 a.m. at the offices of counsel for the defendant, 1100 L Street, N.W., Washington, D.C., before a person authorized to take the deposition pursuant to RCFC 28, and will continue from day to day until completed.

The defendant shall produce such persons who consent to testify on behalf of the DCAA regarding ISN's Contract No. N00600-94-C-0389 and the audits of ISN regarding such Contract and ISN's claims under such Contract.

Respectfully submitted,

NORMAN H. SINGER, ESQ.
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, MD 20817
(301) 469-0400
Counsel for Plaintiff

EXHIBIT
PENGAD 800-631-6989
Erdelski - 1
10/31/06

October 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Oral Deposition was sent via facsimile and mailed, first-class, postage prepaid this 13th day of October, 2006 to:

Anuj Vohra, Esq.
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

Norman H. Singer, Esq.