Summary for Deposition.doc

INFORMATION SYSTEMS & NETWORKS CORPORATION

**COFC 02-796C**

Note: There was an earlier COFC 98-178C in which one count was dismissed with prejudice, appealed and affirmed and is closed. The other four counts were dismissed without prejudice and make up this case.

**Contract N00600-94-C-0389 (FFP)**

Awarded Lot I 7/05/94 for $4,416,646

- To upgrade manual technical controls related to communications to automated technical controls (ATC).
- Turnkey ATC at three locations with formal classroom training for each and substantial contract data requirements related to all.
- Stop work issued 2/20/96
- Terminated for convenience 3/15/96

**Audits**

- Proposal – Nothing to indicate that DCAA did any audit of the proposal.
- 6221-95G17500.003, Audit of Progress Payment No. 2, dated 6/22/95. A projected loss identified. Contractor agreed with results.
- 6221-96G17500.001, Audit of Progress Payments No. 3, 4, and 5, dated 11/13/95. Projected losses identified. Contractor did not agree with results.
- 6311-97B17100.001, Audit of Termination Settlement Proposal, 12/19/96. Did not disclose and reserve comment.

**Other**

- No other audits were done. However, intermittently the Navy and DOJ attorneys contacted DCAA with questions, etc. I only became involved in 2004.

**Attorneys:**

1998-99: Michael D. Austin, DOJ
Dec 2003-Spring 05: Brent M. McBurney, DOJ and Paul W. Knoth, Navy
August 2005-July 2006: Dorie Finnerman, DOJ
September 2006: Anuj Vohra, DOJ

PENGAD 800-631-6989 EXHIBIT ERDELSKY-2 10/31/06