IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - X

INFORMATION SYSTEMS & :

NETWORKS CORPORATION, :

Plaintiff, :

Vs. : Case No.:

THE UNITED STATES, : 1:02-cv-796

Defendant. :

- - - - - - - - - - - - - - - - - - x

COPY

Monday, October 30, 2006

Washington, D.C.

Deposition of:

BENJAMIN MONASTERO,

the Witness, called for examination by counsel for the Plaintiff, pursuant to notice, commencing at 1:16 p.m., at the offices of U.S. Department of Justice, 1100 L Street, N.W., Washington, D.C., before Curtis R. Cloward, CSR, a Notary Public in and for the District of Columbia when were present on behalf of the respective parties:

A. You state that, quote:
"Profit is questioned in total. ISN could not support the proposed 10 percent profit factor with any Estimates to Complete."
A. Um-hum.
**Q. End quote.**
**Did you ask ISN for Estimates To Complete, you yourself?**
A. I don't recall. I really don't.
**Q. Do you recall ever seeing any Estimates To Complete regarding this contract?**
A. No, I don't recall.
**Q. You state, quote:**
**"Further, ISN acknowledged that they under bid this contract and were starting out in a loss from the beginning." End quote.**
**What was the basis of that statement?**
A. I don't recall. Had to be something in writing I -- but I don't recall.
**Q. Something in writing from somebody at**

**ISN?**

A. Had to be, yeah.

**Q. Why do you say it had to be in writing?**

A. Well, because to make that type of a statement -- I don't recall exactly.

**Q. In order for you to recite that acknowledgment --**

A. Um-hum.

**Q. -- would that statement have to come from someone with authority at ISN?**

MR. VOHRA: Objection to the use of the word "authority" to the extent it's a legal conclusion.

THE WITNESS: I don't know who it would have came from.

BY MR. SINGER:

**Q. Would it have made any difference to you if it had come from a secretary as opposed to a program manager of this particular program?**

A. I don't see why it -- it wouldn't be relevant coming from the secretary; I never dealt