IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - X

INFORMATION SYSTEMS & :
NETWORKS CORPORATION, :
Plaintiff, :
Vs. : Case No.:
THE UNITED STATES, : 1:02-cv-796
Defendant. :

- - - - - - - - - - - - - - x

COPY

Monday, October 30, 2006

Washington, D.C.

Deposition of:

MARK STEPHEN MOSER,

the Witness, called for examination by counsel for the Plaintiff, pursuant to notice, commencing at 10:10 a.m., at the offices of U.S. Department of Justice, 1100 L Street, N.W., Washington, D.C., before Curtis R. Cloward, CSR, a Notary Public in and for the District of Columbia when were present on behalf of the respective parties:

A. Um-hum.

Q. -- it says, quote: "Profit is questioned in total. ISN could not support the proposed 10 percent profit factor with any Estimates to Complete... Further, ISN acknowledged that we under bid this contract and were starting out in a loss from the beginning."

Now again, you don't have any recollection going back to 1996 of having reviewed that provision.

A. No, I don't.

Q. Okay, I want to show you --

MR. SINGER: Let me have this marked Moser Number 5.

(FAR 49.203 (a), marked for identification as Moser Exhibit No. 5.)

BY MR. SINGER:

Q. Mr. Moser, I want to call your attention to 49.203(a) under the FAR --