IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 02-796C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

**DECLARATION OF ELLEN E. ERDELSKY**

I, Ellen E. Erdelsky, declare as follows:

1. I am a technical specialist (auditor) with the Defense Contract Audit Agency ("DCAA"). I have a masters in accounting from Georgetown University, and am a licensed Certified Public Accountant in Maryland. I have been an auditor with DCAA since 1979.

2. I first became familiar with Information Systems & Networks Corporation ("ISN") contract no. N00600-94-C-0389 (the "Contract") and the audits of ISN regarding this contract and ISN's claims in December 2003. I did not participate in the audits. In December 2003, I carefully reviewed the audit reports and files cover to cover.

3. Between December 2003 and the present I have served as the principal auditor contact at Defense Contract Audit Agency ("DCAA") for the Department of Justice and the Department of the Navy regarding the details of DCAA's audits of ISN's Contract and claims. I have been repeatedly called upon to explain and answer questions regarding DCAA's audit of ISN's Contract and claims.

4. In connection with these explanations and answers, since December 2003 I have repeatedly been required to examine the audit files, the audit report, the Contract, and the termination settlement proposal, among other documents.

5. Prior to being notified that I would serve as a 30(b)(6) witness, on October 3, 2006, I was contacted by a new attorney with the Department of Justice, Anuj Vohra, to discuss DCAA's audit of ISN's Contract and claims. I recall examining the complaint, the audit files, and the audit reports in connection with these discussions.

6. On October 5, 2006, I was informed that I might be required to serve as a 30(b)(6) witness. I reviewed the notice and discussed my ability to testify to the topic areas with counsel for DCAA. When asked at the deposition about what I had done to specifically prepare for my deposition, I treated October 5, 2006 as the moment I began "preparation."

7. After reading the 30(b)(6) notice, I further prepared for my deposition by collecting all of the DCAA audit files and briefly looking at the audit files and reports. I also prepared a typed sheet of notes, to help refresh my recollection. I did not review the materials in more detail because I felt that my prior repeated examination of these files had prepared me to respond to the deposition notice.

8. At my deposition, I was repeatedly asked if I had "reviewed" a document. When I say that I "reviewed" a report or other documents or files, I usually mean I spent considerable time reading every word carefully and checking some of the backup. "Reviewed" does not mean to me that I simply "read" a document.

I declare under penalty of perjury that the foregoing is true and correct.

Ellen E. Erdelsky

Ellen E. Erdelsky

Executed this 15th day of December 2006 in Germantown, Maryland.