# In The United States Court of Federal Claims

No. 02-796C

(Filed: December 21, 2006)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 13, 2006, plaintiff filed a motion for sanctions pursuant to Rules of the Court of Federal Claims (RCFC) 37 regarding its deposition of defendant's RCFC 30(b)(6) corporate designee, to which defendant responded on December 15, 2006. On December 18, 2006, a telephonic status conference was conducted in this case. Participating in the conference were Norman H. Singer, on behalf of plaintiff, and Steven M. Mager, on behalf of defendant. Based on the discussions during the conference, it was agreed that:

1. On or before January 26, 2007, plaintiff shall redepose Ellen Erdowski, defendant's RCFC 30(b)(6) corporate designee, each party to bear its own expenses;

2. On or before February 23, 2007, defendant shall file its motion for summary judgment; and

3. Subsequent briefing shall follow in accordance with the timing provisions of the RCFC.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge