**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-796C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully requests that the Court enlarge the deadline to file defendant's motion for summary judgment by 21 calendar days, up to and including March 16, 2007, in the above captioned matter. The current deadline is February 23, 2007. This is the defendant's first request for an enlargement of this deadline. Counsel for the United States has contacted plaintiff's counsel, and they have agreed to this enlargement.

The additional time is required for Government counsel to adequately prepare and file the Government's motion for summary judgment. Government counsel is handling several other matters before this Court and the United States Court of Appeals for the Federal Circuit which have deadlines in late February and March 2007. Specifically, counsel has been assigned responsibility for a bid protest in McKing Consulting v. United States, No. 07-017 (Fed. Cl.), and our motion for judgment upon the administrative record is due on March 2, 2007, with a hearing to be held on March 15, 2007. Further, plaintiff recently filed a motion for leave to file amended complaint and a motion for discovery in this matter, which we intend to respond to early next week, in order to avoid any disruption of the briefing and hearing scheduling. In addition,

counsel has a response brief due on February 16, 2007, in Boyle v. Nicholson, No. 2007-7074 (Fed. Cir.), response brief on damages due on February 20, 2007, in Advanced Team Concepts v. United States, No. 03-2274 (Fed. Cl.), a response brief due on February 26, 2007, in Mueller v. United States Department of Agriculture, No. 2007-3086 (Fed. Cir.), and a response brief due on March 5, 2007, in Franzen v. Merit Systems Protection Board & Department of Justice, No. 2006-3362 (Fed. Cir.).

In addition, the parties are exploring any possible settlement opinions, and require additional time to determine if any settlement is likely in this case.

For these reasons, respondent-appellee respectfully requests that its motion for an enlargement of time be granted, and that the Court order that defendant's motion for summary judgment be due on or before March 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification United
8th Floor
1100 L Street, NW
Washington, D.C.
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.mager@usdoj.gov

February 16, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 16th day of February 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice