No. 02-796C
(Judge Allegra)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

APPENDIX OF EXHIBITS SUPPORTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRIAN M. SIMKIN
Assistant Director

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, Room 12074
Washington, D.C. 20530
Tele: (202) 307-0277
Steven.mager@usdoj.gov

March 16, 2007

Attorneys for Defendant

# INDEX TO APPENDIX

**DEFENDANT'S EXHIBITS** **PAGE(S)**

1. Extract from Contract No. N00600-99-C-0389. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-44

2. Extract from Subcontract Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45-58

3. Excerpts from Deposition of William Robertson, pp. 76-79 . . . . . . . . . . . . . . . . . . . 59-63

4. Letter from Lisa Murtha, to ISN, dated June 26, 1995 . . . . . . . . . . . . . . . . . . . . . . . . . . 64

5. Facsimile from Jeff Bergdahl to Roscoe Crawford, dated July 21, 1995 . . . . . . . . . 65-68

6. Memorandum from Daniel Tobin, dated August 23, 1995 . . . . . . . . . . . . . . . . . . . . . . . 69

7. ISN Progress Reports for September through December 1995 . . . . . . . . . . . . . . . . 70-84

8. Letter from Donald Tabasco to Roscoe Crawford, dated January 26, 1996. . . . . . . . 85-86

9. Memorandum from Jeff Bergdahl to ISN, dated August 31, 1995 . . . . . . . . . . . . . . . . . 87

10. Funding Document, dated August 29, 1995 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88

11. Funding Document, dated November 27, 1995. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89

12. Letter from Roscoe Crawford to ISN, dated February 20, 1996 . . . . . . . . . . . . . . . . . . . 90

13. Notice of Termination, dated March 15, 1996. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91-95

14. Termination Settlement Proposal, dated June 6, 1996 . . . . . . . . . . . . . . . . . . . . . . . 96-104

15. Letter from Thomas Parnon to ISN, dated December 29, 1999 . . . . . . . . . . . . . . . . . . . 105

16. Defense Contract Audit Agency, Audit Report No. 6311-97B17100001, dated December 19, 1996. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106-115

17. Defense Contract Audit Agency, Audit Report No. 6221-96G17500001, dated November 13, 1995. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116-123

**INDEX TO APPENDIX (continued)**

**<u>DEFENDANT'S EXHIBITS</u>:** **<u>PAGE(S)</u>**


18. Excerpts from Oral Argument and Status Conference, <u>Information Systems & Networks v. United States</u>, Fed. Cl. No. 98-178, dated October 3, 2001. . . . . . . . . . . . 124-128

19. Order of Judgment, <u>Information Systems & Networks v. United States</u>, Fed. Cir. No. 98-178, dated October 16, 2002 . . . . . . . . . . . . 129

20. Typed Meeting Notes, dated December 6, 1995 . . . . . . . . . . . . 130-131

21. Excerpts From Deposition of William Robertson, pp. 219-220 . . . . . . . . . . . . 132-134

22. Excerpts From Deposition of Roscoe Crawfrod, pp. 36, 66 . . . . . . . . . . . . 135-137

23. Excerpts From Deposition of Jeffrey Bergdahl, pp. 46, 101-106 . . . . . . . . . . . . 138-145

24. Opinion, <u>Information Systems & Networks v. United States</u>, Fed. Cl. No. 02-796, dated April 12, 2005 . . . . . . . . . . . . 146-152