The credit for system downtime shall be computed to the nearest half or whole minute. No credit shall accrue to the Government during those periods when the Contractor is denied access to the equipment and the amount of credit granted shall not exceed 1/30th of the Total Monthly Charges for any calendar day.

(d) Maintenance Credit for Equipment Downtime. If a machine remains unusable due to an equipment and/or operating software malfunction through no fault or negligence of the Government, for a period of _2_ consecutive hours or more than _4_ non-consecutive hours during a twenty four (24) hour period, the Contractor shall grant a credit to the Government for each hour of downtime in the amount of one-half (1/2) of one percent of Total Monthly Charges due under this contract, as defined in Section J, Attachment J.1, Glossary, plus similar credits for any other machine(s) supplied under this contract not usable as a result of the malfunction. No credit shall accrue to the Government during those periods when the Contractor is denied access to the equipment and the amount of credit granted under this paragraph for each machine shall not exceed 1/30th of the Total Monthly Charge for the machine for any calendar day. Credit for equipment or software malfunctions shall be computed to the nearest half or whole hour. However, no credit shall be due the Government for operating software or equipment malfunctions when

(1) the malfunction is not attributed solely to the Contractor supplied/maintained software or equipment and/or

(2) the Government has made any additions or alterations or otherwise modified the operating software or equipment.

During a period of downtime, the Government may use operable equipment when such action does not interfere with remedial maintenance. The credit provisions of this paragraph do not apply when paragraph (c) herein is invoked.

(e) Purchased System and/or Equipment. For purchased system/equipment, maintenance downtime credits apply only during the period in which the Contractor has maintenance responsibility.

G.18 SUBMISSION OF INVOICES IN CONTRACTS FOR ACQUISITION OF FEDERAL INFORMATION PROCESSING (FIP) RESOURCES INCLUDING LEASE, MAINTENANCE, RENTAL AND/OR SUPPORT SERVICES, SUP 5252.232-9003 (JUN 1992)

(a) The Contractor shall submit original DD-250s with 3 copies to the address identified on the solicitation/contract award form (SF33 - Block 23), for certification prior to payment.

(b) In addition to the information identified in the clause entitled "Prompt Payment" herein, in, DD-250s shall include the following information:

(1) Contract Line Item Number (CLIN):
(2) Contract Subline Item Number (SLIN), if applicable;
(3) Accounting Classification Reference Number (ACRN);
(4) Payment terms;
(5) Name and serial number of equipment provided or serviced;
(6) Total charges and, if applicable, the Prompt Payment discount.

(c) The Contractor shall submit DD-205s for basic monthly charges in the month following the month for which the charges accrue and not more than on a monthly basis. Payment for rental or services of less than one month's duration shall be prorated at 1/30th of the basic monthly charges for each calendar day.

(d) If maintenance credits apply, the procedures indicated below are applicable:

[ X ] The Government will request, in writing, that the applicable credits for the month be applied against other charges, The request will list the following information:

Type and model number(s) of machine(s);
Date of Occurrence;
Period of downtime; and Credit due.

Invoices for remedial (on-call) maintenance will be accompanied by copies of the applicable malfunction reports regarding the on-call maintenance furnished.

[ ] The government will deduct the credits from the monthly invoice and inform the contractor in writing of the reason.

## G.20 INVOICING ADDRESS

~~Invoices shall be sent to the following address(es):~~

NAME: MR. PERCY TOLBERT
MAIL ADDRESS: Space and Naval Warfare Systems Command
Code PMW-152-21F
2451 Crystal Drive
Arlington, VA 22245-5200

TELEPHONE NUMBER: (703) 602-8332 Ext. 548

## G.23 SERVICE CONTRACT GUIDELINES

All Naval personnel involved in inspection or surveillance of Contractor services or liaison with contractor personnel shall conform to the guidelines for using contractor services set forth in the latest version to SECNAVINST 4200.27A.

## G.24 SUBCONTRACTING PLAN

The Contractor's subcontracting plan number *__________, dated ____________ is determined to be acceptable and is hereby incorporated as Attachment ____. A copy of the plan shall be provided to the ACO.

*Not required.

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

### H.2 ADVERTISING OF AWARD

The Contractor agrees not to refer to awards in commercial advertising in such a manner as to state or imply that the product or service provided is endorsed or preferred by the Federal Government or is considered by the Government to be superior to other products or services.

### H.4 POST-AWARD CONFERENCE, (NAVSUP)(JAN 1992)

(a) A post-award conference shall be conducted within 30 days after contract award with representatives of the Contractor, the cognizant Contract Administration Office; and the Contracting Officer at ________to be determined__________. The Contracting Officer, or designated representative, initiating the conference will designate, or act as, the chairperson. At the request of the Procuring Contracting Officer, conference arrangements will be made by the Contract Administration Office, including notification to the Contractor and the Contracting Officer.

(b) The requirement for a post-award conference shall in no event constitute grounds for excusable delay by the Contractor in performance of any provisions in the contract.

## SECTION I - CONTRACT CLAUSES

### I.1 CLAUSES INCORPORATED BY REFERENCE

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER I) CLAUSES
II. DOD FAR SUPPLEMENT (48 CFR CHAPTER 2) CLAUSES

CAUTION TO OFFERORS: THE OFFEROR IS CAUTIONED NOT TO DELETE CLAUSES FROM NOR ADD CLAUSES TO THE FOLLOWING CONTRACT CLAUSE LIST. SUCH AN ACTION MAY CAUSE THE OFFER TO BE REJECTED. NOTE THE AVAILABILITY OF TEXT OF CLAUSES: THE COMPLETE TEXT OF SPECIFIC CLAUSES IS CONTAINED IN TITLES 48 AND 41 OF THE CODE OF FEDERAL REGULATIONS (CFR) AND IS AVAILABLE AT MOST COMPLETE LAW LIBRARIES.

| CLAUSE | TITLE | DATE |
|---|---|---|
| 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE | DEC 1991 |
| 52.202-1 | DEFINITIONS | APR 1984 |
| 52.203-1 | OFFICIALS NOT TO BENEFIT | APR 1984 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL 1985 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES | OCT 1988 |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | SEP 1990 |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | JAN 1990 |
| 252.203-7000 | STATUTORY PROHIBITIONS ON COMPENSATION TO FORMER DoD EMPLOYEES | DEC 1991 |
| 252.203-7001 | SPECIAL PROHIBITION ON EMPLOYMENT | DEC 1991 |
| 252.203-7002 | DISPLAY OF DoD HOTLINE POSTER | DEC 1991 |
| 52.204-2 | SECURITY REQUIREMENTS | APR 1984 |
| 252.204-7000 | DISCLOSURE OF INFORMATION | DEC 1991 |
| 252.204-7002 | PAYMENT FOR SUBLINE ITEMS NOT SEPARATELY PRICED | DEC 1991 |
| 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS | DEC 1991 |

| | | |
|---|---|---|
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | NOV 1992 |
| 52.210-5 | NEW MATERIAL | APR 1984 |
| 52.210-7 | USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY | APR 1984 |
| 52.212-8 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS | SEP 1990 |
| 52.215-1 | EXAMINATION OF RECORDS BY COMPTROLLER GENERAL | APR 1984 |
| 52.215-2 | AUDIT-NEGOTIATION | DEC 1989 |
| 52.215-22 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA | DEC 1991 |
| 52.215-24 | SUBCONTRACTOR COST OR PRICING DATA | DEC 1991 |
| 52.215-25 | SUBCONTRACTOR COST OR PRICING DATA - MODIFICATIONS | DEC 1991 |
| 52.215-26 | INTEGRITY OF UNIT PRICES | APR 1991 |
| 52.215-27 | TERMINATION OF DEFINED BENEFIT PENSION PLANS | SEP 1989 |
| 52.215-33 | ORDER OF PRECEDENCE | JAN 1986 |
| 52.215-39 | REVERSION OR ADJUSTMENT OF PLANS FOR POST-RETIREMENT BENEFITS OTHER THAN PENSIONS (PRB) | JUL 1991 |
| 252.215-7000 | PRICING ADJUSTMENTS | DEC 1991 |
| 252.215-7002 | COST ESTIMATING SYSTEM REQUIREMENTS | DEC 1991 |
| 252.215-7003 | INDUSTRIAL MODERNIZATION INCENTIVE PROGRAM (IMIP) PRODUCTIVITY SAVINGS REWARDS | DEC 1991 |
| 52.219-8 | UTILIZATION OF SMALL-BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS | FEB 1990 |
| 52.219-9 | SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN | JAN 1991 |
| 52.219-13 | UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES | AUG 1986 |
| 52.219-16 | LIQUIDATED DAMAGES-SMALL BUSINESS SUBCONTRACTING PLAN | AUG 1989 |

| | | |
|---|---|---|
| 252.219-7003 | SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (DoD CONTRACTS) | DEC 1991 |
| 252.219-7005 | INCENTIVE FOR SUBCONTRACTING WITH SMALL BUSINESSES, SMALL DISADVANTAGED BUSINESSES, HISTORICALLY BLACK COLLEGES AND UNIVERSITIES, AND MINORITY INSTITUTIONS | DEC 1991 |
| 52.220-3 | UTILIZATION OF LABOR-SURPLUS AREA CONCERNS | APR 1984 |
| 52.220-4 | LABOR SURPLUS AREA SUBCONTRACTING PROGRAM | APR 1984 |
| 52.222-18 | NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES | MAY 1992 |
| 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT | APR 1984 |
| 52.222-26 | EQUAL OPPORTUNITY | APR 1984 |
| 52.222-28 | EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS | APR 1984 |
| 52.222-35 | AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS | APR 1984 |
| 52.222-36 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS | APR 1984 |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA | JAN 1988 |
| 252.222-7000 | RESTRICTIONS ON EMPLOYMENT OF PERSONNEL | DEC 1991 |
| 52.223-2 | CLEAN AIR AND WATER | APR 1984 |
| 52.223-6 | DRUG-FREE WORKPLACE | JUL 1990 |
| 252.223-7004 | DRUG-FREE WORK FORCE | SEP 1988 |
| 52.225-10 | DUTY-FREE ENTRY | APR 1984 |
| 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | APR 1984 |
| 252.225-7001 | BUY-AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM | DEC 1991 |
| 252.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS | DEC 1991 |
| 252.225-7007 | TRADE AGREEMENTS ACT | DEC 1991 |
| 252.225-7009 | DUTY-FREE ENTRY - QUALIFYING COUNTRY END-PRODUCTS AND SUPPLIES | DEC 1991 |

| | | |
|---|---|---|
| 252.225-7010 | DUTY-FREE ENTRY - ADDITIONAL PROVISIONS | DEC 1991 |
| 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES | DEC 1991 |
| 252.225-7031 | SECONDARY ARAB BOYCOTT OF ISRAEL | JUN 1992 |
| 52.226-1 | UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES | AUG 1991 |
| 52.227-1 | AUTHORIZATION AND CONSENT | APR 1984 |
| 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | APR 1984 |
| 52.227-3 | PATENT INDEMNITY | APR 1984 |
| 52.227-14 | RIGHTS IN DATA - GENERAL | JUN 1987 |
| 252.227-7000 | NON-ESTOPPEL | OCT 1966 |
| 252.227-7013 | RIGHTS IN TECHNICAL DATA AND COMPUTER SOFTWARE | OCT 1988 |
| 252.227-7018 | RESTRICTIVE MARKINGS ON TECHNICAL DATA | OCT 1988 |
| 252.227-7029 | IDENTIFICATION OF TECHNICAL DATA | APR 1988 |
| 252.227-7030 | TECHNICAL DATA - WITHHOLDING OF PAYMENTS | OCT 1988 |
| 252.227-7031 | DATA REQUIREMENTS | OCT 1988 |
| 252.227-7036 | CERTIFICATION OF TECHNICAL DATA CONFORMITY | MAY 1987 |
| 252.227-7037 | VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA | APR 1988 |
| 52.228-5 | INSURANCE - WORK ON A GOVERNMENT INSTALLATION | SEP 1989 |
| 52.229-3 | FEDERAL, STATE AND LOCAL TAXES | JAN 1991 |
| 52.229-5 | TAXES - CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO | APR 1984 |
| 52.230-2 | COST ACCOUNTING STANDARDS | AUG 1992 |
| 52.230-3 | DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES | AUG 1992 |
| 52.230-5 | ADMINISTRATION OF COST ACCOUNTING STANDARDS | AUG 1992 |
| 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES | DEC 1991 |
| 52.232-1 | PAYMENTS | APR 1984 |
| 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT | APR 1989 |
| 52.232-9 | LIMITATION ON WITHHOLDING OF PAYMENTS | APR 1984 |
| 52.232-11 | EXTRAS | APR 1984 |
| 52.232-16 | PROGRESS PAYMENTS | JUL 1991 |
| 52.232-17 | INTEREST | JAN 1991 |

| | | |
|---|---|---|
| 52.232-18 | AVAILABILITY OF FUNDS | APR 1984 |
| 52.232-23 | ASSIGNMENT OF CLAIMS | JAN 1986 |
| 52.232-25 | PROMPT PAYMENT | SEP 1992 |
| 252.232-7004 | DOD PROGRESS PAYMENT RATES | DEC 1991 |
| 252.232-7006 | REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD | AUG 1992 |
| 52.233-1 | DISPUTES | DEC 1991 |
| | Alternate I | DEC 1991 |
| 52.233-3 | PROTEST AFTER AWARD | AUG 1989 |
| 252.233-7000 | CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF | DEC 1991 |
| 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT AND VEGETATION | APR 1984 |
| 252.239-7000 | PROTECTION AGAINST COMPROMISING EMANATIONS | DEC 1991 |
| 52.242-13 | BANKRUPTCY | APR 1991 |
| 252.242-7000 | POSTAWARD CONFERENCE | DEC 1991 |
| 252.242-7004 | MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM | DEC 1991 |
| 52.243-1 | CHANGES - FIXED PRICE | AUG 1987 |
| 52.243-6 | CHANGE ORDER ACCOUNTING | APR 1984 |
| 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS | DEC 1991 |
| 52.244-1 | SUBCONTRACTS (FIXED-PRICE CONTRACTS) | APR 1991 |
| 52.245-2 | GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) | DEC 1989 |
| 52.245-19 | SPECIAL TEST EQUIPMENT | AUG 1988 |
| 52.246-23 | LIMITATION OF LIABILITY | |
| 52.246-24 | LIMITATION OF LIABILITY - HIGH-VALUE ITEMS | APR 1984 |
| | Alternate I | APR 1984 |
| 52.246-25 | LIMITATION OF LIABILITY - SERVICES | APR 1984 |
| 252.246-7000 | MATERIAL INSPECTION AND RECEIVING REPORT | DEC 1991 |
| 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA | DEC 1991 |
| 252.247-7024 | NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA | DEC 1991 |
| 52.248-1 | VALUE ENGINEERING | MAR 1989 |
| 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED PRICE) | APR 1984 |

| | | |
|---|---|---|
| **52.249-8** | **DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)** | **APR 1984** |
| **252.249-7001** | **NOTICE OF SUBSTANTIAL IMPACT ON EMPLOYMENT** | **DEC 1991** |
| **52.253-1** | **COMPUTER GENERATION OF FORMS BY THE PUBLIC** | **JAN 1991** |