(b) Risk of Loss or Damage - Purchased Equipment

(1) The Government is relieved of all risk of loss or damage to the equipment, up to and including the day prior to the first day of a successful performance period, except for

(i) loss or damage caused by nuclear reaction, nuclear radiation, radioactive contamination, war, insurrection, civil strife, rebellion, weapons of war; or

(ii) negligence on the part of the Government or its agents, provided, however, that the Government shall be relieved of the liability for such risks of loss-or damage due to negligence if any commercial customer of the Contractor is relieved of such liability under like circumstances.

(2) If the Government is liable for loss or damage of a machine, the Contractor shall have the option to restore the machine to its previous condition, in which event the Government shall pay the Contractor to perform such restoration at the Contractor's then-current prices, terms and conditions. If the Contractor elects not to restore the machine, the Government may, at its own expense, restore the machine to its previous condition. If, however, the machine is lost or damaged beyond repair, the Government shall pay the Contractor the same price for the machine as the Government would have paid if it had purchased the machine on the day prior to the loss or damage under the provisions of this contract. This clause shall govern risk of loss or damage, notwithstanding any other provisions of this contract relating to title, payment, or ownership.

## I.45 PREPARATION OF VALUE ENGINEERING CHANGE PROPOSALS, DFARS 252.248-7000 (DEC 1991)

Prepare Value Engineering change proposals, for submission pursuant to the value engineering clause of this contract, in the format prescribed by the version of MIL-STD-973 in effect on the date of contract award.

## I.46 CHANGE PROPOSALS

(a) After contract award, the Government may solicit, and the Contractor is encouraged to independently propose, changes to the equipment, software specifications, or other requirements of this contract. These changes may be proposed to save money, to improve performance, to save energy, or to satisfy increased data processing requirements. However, if proposed

changes relating to improved performance are necessary to meet increased data processing requirements of the user, those requirements shall not exceed the contract requirements by more than 25%. If the proposed changes are acceptable to both parties, the Contractor shall submit a price proposal to the Government for evaluation. Those proposed changes that are acceptable to the Government will be processed as modifications to the contract.

(b) This clause applies only to those proposed changes identified by the Contractor under a proposal submitted pursuant to the provisions of this clause. At a minimum, the following information shall be submitted by the Contractor with each proposal:

(1) A description of the difference(s) between the existing contract requirement and the proposed change(s), and the comparative advantages and disadvantages of each;

(2) Itemized requirements of the contract which must be changed if the proposal is adopted, and the proposed revision to the contract for each such change;

(3) An estimate of the changes in performance and cost, if any, that will result from adoption of the proposal;

(4) An evaluation of the effects the proposed change would have on collateral costs to the Government, such as Government-furnished property costs, costs of related items, and costs of maintenance and operation; and

(5) A statement of the time by which the change order adopting the proposal must be issued so as to obtain the maximum benefits of the changes during the remainder of this contract. Also, any effect on the contract completion time or delivery schedule shall be identified.

(c) Change proposals submitted to the Contracting Officer shall be processed expeditiously. The Government shall not be liable for proposal preparation costs or any delay in acting upon any proposal submitted pursuant to this clause. The Contractor has the right to withdraw, in whole or in part, any change proposal not accepted by the Government within the period specified in the change proposal. The decision of the Contracting Officer as to the acceptance of any such proposal under this contract shall be final and shall not be subject to the "Disputes" clause of this contract.

(d) The Contracting Officer may accept any change proposal submitted pursuant to this clause by giving the Contractor written notice thereof. This written notice may be given by issuance of a modification to this contract. Unless and until a modification is executed to incorporate a

change proposal under this contract, the Contractor shall remain obligated to perform in accordance with the terms of the existing contract.

(e) If a change proposal submitted pursuant to this clause is accepted and applied to this contract, an equitable adjustment in the contract price and in any other affected provisions of this contract shall be made in accordance with this clause and other applicable clauses of this contract.

(f) The Contractor is requested to identify specifically any information contained in the change proposal which the Contractor considers confidential and/or proprietary. Identification of information as confidential and/or proprietary is for information purposes only shall not be binding on the Government to prevent disclosure of such information. Offerors are advised that such information may be subject to release upon request pursuant to the Freedom of Information Act (5 U.S.C. 552).

(g) Nothing in this clause shall be construed to authorize change proposals which are properly changes under the "Changes" clause or new work which require justification and approval in accordance with FAR Part 6. All matters should be coordinated with the Contracting Officer.

**I.49 CLAUSES INCORPORATED BY REFERENCE, FAR 52.252-2 (JUN 1988)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

**I.50 ALTERATIONS IN CONTRACT,
FAR 52.252-4 (APR 1984)**

Portions of this contract are altered as follows:

| | | | | |
|---|---|---|---|---|
| G.4 | G.6 | | G.12 | G.20 |
| G.24 | H.4 | I.18 | I.26 | |

**I.51 AUTHORIZED DEVIATIONS IN CLAUSES,
FAR 52.252-6 (APR 1984)**

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR

Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation of any Defense Federal Acquisition Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

**SUBCONTRACT AGREEMENT**
**No. 1319S**

BETWEEN

INFORMATION SYSTEMS AND NETWORKS CORPORATION (Prime)

AND

DATACOMM MANAGEMENT SCIENCES

This Agreement made as of this March 28, 1995 by and between Information Systems and Networks Corporation, a Maryland corporation, having its principal offices located at 10411 Motor City Drive, Bethesda, Maryland 20817 (hereinafter referred to as "ISN"), and Datacomm Management Sciences, a Delaware corporation (hereinafter referred to as "Subcontractor"), having its principal offices located at 25 Van Zant Street, East Norwalk, Connecticut.

WITNESSETH:

WHEREAS it is understood that (i) ISN has been awarded Contract No. N00600-94-C0389 as the prime contractor from NRCC, Washington Navy Yard, and (ii) ISN desires the Subcontractor to perform a certain portion of the contract and that the Subcontractor desires to so perform such work under the terms and conditions hereunder set forth; and (iii) this Subcontract is a firm-fixed-price type contract and that Subcontractor's prices for the supplies, software and services to be provided to ISN in the performance of this Subcontract are based on established catalog or market prices of its commercial off-the-shelf (COTS) items which are sold in substantial quantities to the general public.

NOW, THEREFORE, for and in consideration of the mutual covenants herein contained, the parties hereto mutually agree as follows:

1. Statement of Requirements

The Subcontractor shall complete the work when ordered and supply its NDI/COTS Electronic Cross-connect Switch (ECS) products, Network Management System Software (NMSS-8000) perpetual licenses, standard commercial installation, Maintenance, Operations and Database Administration manuals as specified in Appendix A, Statement of Work, which is incorporated and made a part of this Agreement and shall furnish all items when ordered as stated in paragraph 2, Supplies/Software, Services and Prices. Specific orders

will be issued by separate modification(s) to this subcontract agreement stating quantities and prices for each item.

2. <u>Supplies/Software, Services and Prices</u>

The prices for the supplies, software to be provided by the Subcontractor for Lots I through V in the prime contract are as specified in Appendix B-1 which is incorporated and made a part of this agreement.

The prices for supplies, software and services for additional items not presently shown in the prime contract are as specified in Appendix B-2, MTRX Itemized Price Schedule, which is incorporated and made part of this agreement.

3. <u>Option(s)</u>

ISN reserves the right to unilaterally exercise option(s) to purchase from the Subcontractor the items as shown in Appendix B-2 by written notice at any time within the period of performance at the prices specified.

4. <u>Performance</u>

The period of performance for this subcontract is from 1 February 1995 through to the duration of the prime contract. Specific delivery instructions will be included for each item ordered in subsequent modification(s) to this agreement. All items supplied by the Subcontractor in accordance with paragraph 1 of this Agreement are to be delivered F.O.B., East Norwalk, Connecticut to destination(s) specified by ISN or if not specified, to warehouse space at Subcontractor's premises, unless this Agreement is terminated sooner in accordance with paragraph 14. The Subcontractor agrees to provide such warehouse storage of any items "shipped in place" at no additional charge to ISN. Services, including training, supplied by the Subcontractor in accordance with paragraph 2 of this Agreement will be delivered F.O.B. at the place such services are performed and will be scheduled to meet dates mutually acceptable to ISN and the Subcontractor.

5. <u>Consideration and Payment</u>

ISN shall pay Subcontractor a firm fixed price for each item ordered for the supplies, software and services delivered in accordance with paragraphs 1 and 2 of this Agreement based on the prices as stated in Appendix B-1 or in Appendix B-2, MTRX Itemized Price Schedule, dated January 1, 1995 which is based on the authorized telecommunications schedule price



ISN
Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

list FSC or 58, Part VI, commercia lte ecommunications equipment, GS.. Contract No. GS00K93AGS049_ PS02 including any subsequent modifications. Processing of payment requests of subcontractor costs, only shall be based on the Department of the Navy, FISC Detachment, Washington Navy Yard, Washington, D.C. letter dated March 24, 1995, from the Contracting Officer, Mr. Roscoe Crawford. ISN shall submit separate invoice(s) for subcontractor's costs, for approval within (2) working days following receipt of subcontractor's invoice(s) for all items based upon acceptance by ISN and payment will be received by the subcontractor within five (5) calendar days after ISN receives payment from the Government.

Subcontractor's invoices shall be submitted in the format a specified in paragraph 9 of this Agreement and shall be dated no sooner than the date of delivery or provision of services. Delivery and invoicing of partial quantities of items supplied in accordance with paragraph 1 is allowed.

6. Configuration Baseline

The prices set forth in this agreement are based upon the production configuration baseline as stated in Appendix "A, Statement of Work. The Subcontractor shall maintain currency of those baselines and assure consistency between all of the documentation, hardware, software, and firmware data associated with the baseline.

Designated baseline documents and configuration items shall be changed only as a result of an approved ECP, Request for Deviation, or Request for Waiver.

7. Inspection and Acceptance

All supplies shall be subject to phase approvals and in-process inspection/test by ISN at the Subcontractor's facility to the extent practicable at all times during the period of performance and, in any event, prior to shipment.

Preliminary (conditional) acceptance of supplies and software shall be at the Subcontractor's facility upon satisfactory completion of quality assurance, test and inspection provisions of the Subcontractor, if same are not specified in the Subcontract, upon satisfactory completion of Subcontractor's standard final acceptance/test procedures.

Final inspection and acceptance by ISN of conforming supplies and software shall occur at the Subcontractor's plant in accordance with the inspection test and acceptance criteria of the Subcontractor.

Such inspection and acceptance shall be conducted within ten (10) business days following written or facsimile



Proprietary & Confidential Information

notification by Subcontractor that such supplies or software are available for ISN's inspection.

8. <u>Quality Assurance</u>

Subcontractor shall provide and maintain a documented quality assurance (QA) and inspection system, covering the supplies to be furnished hereunder, which satisfies the requirements of this Subcontract. Records of QA/inspection by the Subcontractor shall be kept complete and available to ISN during the performance of this Subcontract and for such longer period as may be specified elsewhere herein.

If requested by ISN, Subcontractor shall furnish copies of his latest quality assurance, inspection and test policies and procedures. ISN reserves the right to review such documentation/procedures to determine the adequacy of Subcontractor's quality assurance/test program. ISN's review and/or comments regarding Subcontractor's documentation shall in no way relieve Subcontractor of responsibility for full compliance with the Subcontract quality assurance requirements.

If ISN observes any failure(s) during final inspection and test of supplies manufactured or developed for ISN, Subcontractor shall correct or replace such failure(s) within ten (10) working days.

The supplies and software covered by this Subcontract may, at ISN's option, be subject to source inspection at final test for quality, identity, physical conformance, preservation, packaging, packing, and shipping container marking by ISN and/or the Government.

Each module furnished hereunder requires serialization. Subcontractor shall permanently identify each sub-system by part number, model number, serial number, revision level, etc. as necessary to insure positive identification of same. Inspection/test records shall list such identification, as necessary, of the item being inspected and/or tested. Subcontractor's serial number control system must insure that the same serial number is not used more than once.

Unless the requirements concerning quality assurance, inspection and test documentation to be supplied to ISN hereunder are specified elsewhere in this Subcontract, Subcontractor shall provide to ISN, with or prior to each shipment, a documentation package containing two (2) copies of each of the following:

a. Report of inspections, examinations and tests, as applicable or required, properly signed by authorized personnel of Subcontractor.



ISN
Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

b. Reports of any deviations, if applicable, from the Subcontract technical requirements, including quality assurance and inspection provisions, and copies of ISN's written approval for such deviations.

c. ISN reserves the right of its quality assurance personnel to visit Subcontractor's facilities, on a non-resident basis, for surveillance purposes, to assure/verify Subcontractor's conformance to the technical requirements for this Subcontract including quality assurance and test and inspection requirements. Such personnel shall be allowed full access to witness all operations/tests involved in the fulfillment of this Subcontract. Reasonable advance notice, in writing, shall be given to Subcontractor prior to any such visits.

d. Notwithstanding anything in this provision to the contrary, Subcontractor shall comply fully with the quality assurance, reliability and maintainability requirements of standard commercial practices.

9. <u>Subcontract Administration Data</u>

<u>Submissions of Invoices</u>

Subcontractor's invoices shall be submitted in triplicate addressed as follows:

ISN Corporation
10411 Motor City Drive
Bethesda, Maryland 20817

Attention: Accounts Payable
Reference: 1319
Additional copy: B. Robertson

Subcontractor's invoices shall contain the following information, as applicable: date of invoice, subcontract number (1319), subcontract line item numbers, description of supplies and software, sizes, quantities, unit prices, extended totals and payment terms.

10. <u>Preservation, Packaging and Packing/Marking and Shipping Information</u>

Preservation, Packaging and Packing

Unless otherwise specified herein, supplies shall be preserved, packaged and packed in accordance with best standard commercial practices for domestic shipment which shall be adequate to ensure against damage/deterioration during transit and storage pending usage.



ISN
Proprietary & Confidential [illegible]
Use, Publication [illegible] Restricted
[illegible]

Marking and Shipping Information

The Subcontractor shall be responsible for the method of shipment and delivery in a safe, intact and functioning condition of the required supplies.

Shipping Address: F.O.B. Point: E. Norwalk, Conn.
TBD

Mark each crate, container or package as follows:

Contract No.: N00600-94-C-0389
Item No. (as applicable)
Quantity (as applicable)
Supplied by: ISN Corporation
Upon Arrival Notify: TBD
Telephone No.: TBD

The Subcontractor shall be responsible for marking each crate, container and package with appropriate CAUTIONARY NOTICES to warn of improper handling in loading, unloading,s shipment and storage.

Packing Lists:

The Subcontractor shall provide with each crate, container and package, appropriate packing lists for identification of contents.

Shipping Notices:

Prior to shipment, Subcontractor shall advise ISN by telephone and follow up to Facsimile communication, notice of each shipment, stating items to be shipped, quantities, method of shipment, carrier, time of departure and estimated time of arrival.

Equipment Weight and Size Lists:

Subcontractor shall provide equipment shipping weights and sizes of all supplies to be furnished at least (5) days prior to the first shipment and, in addition, if applicable, shall provide a list of ISN required handling tools/equipment for unloading and positioning the material when received.

Transportation Charges:

In all cases where transportation charges are the responsibility of ISN, the Subcontractor shall prepay and invoice ISN such charges. In such cases, if requested to



Proprietary & Confidential Information
Publication or ... Restricted
to Recei...