substantiate shipping charges, the following or equivalent documentation shall be supplied to ISN:

common carrier; the Subcontractor agrees to furnish in support of his invoice, a copy of the signed commercial bill of lading indicating the carrier's receipt of the supplies covered by the invoice for transportation to the destination specified in the Subcontract;

parcel post; the Subcontractor agrees to furnish a certificate of mailing; and,

other than common carrier or parcel post; the Subcontractor agrees to furnish a receipted copy of the appropriate delivery document showing receipt at the destination specified in the subcontract.

Transmittal of Classified Data

In the event it becomes necessary to transmit classified matter by mail, the transmittal shall be made in accordance with the requirements of the Industrial Security Manual (DOD ~~5220.22-M). Outer containers shall not disclose the classification or the name of classified matter contained~~ within the envelope or package, even though the name itself may not be classified. Internal markings or internal packaging will clearly indicate the classification.

Prohibited Packing Materials

The use of asbestos, excelsior, newspaper or shredded paper (all types, including waxed paper, computer paper and similar hydroscopic or non-neutral material) is prohibited.

11. Liaison

The ISN's representative responsible for the technical administration of the work shall be B. Robertson or other individuals who may be designated in writing by ISN from time to time. All contact with Government personnel on the subcontract shall be through ISN personnel. Any direct contact initiated by the Government on Contract No. N00600-94-C-0389 shall be documented and reported to ISN.

12. Continuing Support

ISN has the right to purchase any spare parts, maintenance services and out-of-warranty or voided warranty repair/replacement services of defective modules for ECS hardware for the fifteen (15) year life of the system. Such support is stated in Section 4.0 of Appendix A, Statement of Work.



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted to Receiving Party

13. Warranty

The Subcontractor warrants MTRX equipment of its manufacture to be free from defects in material and workmanship for a period of five years from date of original shipment. The obligation under this warranty is limited to repair or replacement at factory (transportation prepaid) of defective articles or parts received within the warranty period. This warranty is exclusive of all other warranties; no claim other than a demand for repair or replacement shall be made by ISN. This warranty is void should equipment be exposed to electrical, mechanical or environmental hazards beyond its published specifications or intended use. Subcontractor warrants equipment not of its manufacture (i.e., personal computer systems, terminals, disk drives, printers, etc.) for a period of either 90 days or the original manufacturer's warranty, whichever is greater.

It is understood that ISN may request a transfer of all or any remaining warranty to the Government by providing written notice of such transfer to the Subcontractor. Such transfer of warranty will be approved by Subcontractor if received in writing stating all specific details.

14. Termination for Default

ISN may, by written notice, terminate the whole or any part of this subcontract for default in the following circumstances:

(A) If Subcontractor fails to deliver the products required by this subcontract within the time specified in paragraph 4 of the subcontract or any extension thereof granted by ISN in writing and Subcontractor does not cure such failure by the earlier of (i) ten (10) Business Days after receipt of notice from ISN or (ii) such date as the Government may specify to ISN in a notice given pursuant to the Prime Contract; or

(B) If Subcontractor materially breaches any of the covenants or terms and conditions set forth in this Contract or so fails to make progress as to endanger performance of this Contract in accordance with its terms, and in any of these circumstances, does not cure such breach or failure to ISN's reasonable satisfaction within a period of ten (10) business days after receipt of notice from ISN specifying such breach or failure, or within a longer period of time based upon the circumstances.

(C) In the event Subcontractor defaults on this subcontract, in whole or in part as stated above, ISN



ISN
Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

may procure, upon such terms and in such manner as ISN may deem appropriate, Products or Services similar to those so terminated; provided, however, that Subcontractor shall continue the performance of this Contract to the extent not terminated under the provisions of this clause.

(i) Except with respect to defaults of Subcontractor's vendors, Subcontractor shall not be liable for any excess costs if the failure to perform this Contract arises out of the causes beyond the control and without the fault or negligence of Subcontractor. Such causes may include, but are not restricted to, acts of God or the public enemy, acts of contractual capacity, fires, floods,epidemics, quarantine restrictions, strikes, freight embargoes, and unusually severe weather; but in every case the failure to perform must be beyond the control and without the fault or negligence of default of a vendor to Subcontractor and if such default arises out of causes beyond the control of Subcontractor, ~~Subcontractor shall not be liable for any excess costs or failure to perform, unless the supplies~~ or services to be furnished by the vendor or subcontractor were obtainable from other sources in sufficient time to permit Subcontractor to meet the delivery requirements regardless of whether such supplies or services are only available to Subcontractor at a higher price to Subcontractor. No cause shall constitute a basis for excusable delay unless Subcontractor has notified ISN in writing, of the existence of such cause promptly as practicable, but in no event longer than ten (10) business days, from the beginning thereof. In any event, subcontractor shall take reasonable actions to mitigate the effects of any excusable delay.

(ii) If, after notice of termination of this contract as provided herein, it is determined for any reason that Subcontractor was not in default under the provisions of these paragraphs, then the rights and obligations of the parties shall be the same as if the notice of termination had not been issued.

(D) The rights and remedies of ISN provided in these paragraphs shall not be exclusive and are in addition to other rights and remedies provided by law or equity or otherwise provided under this Subcontract.



ISN
Proprietary & Confidential Information
Publication or Disclosure Restricted
to Receiving Party

15. Key Personnel

The individual cited below is considered to be essential to the work being performed hereunder. Prior to diverting any listed individual to another project, the Subcontractor shall notify ISN, in writing, reasonably in advance of such diversion, and shall submit justification (including the name and resumes of proposed substitutions) in sufficient detail to permit evaluation of the impact of such substitutions on the program. No diversions shall be made by the Subcontractor without prior written concurrence of ISN.

| NAME | TITLE |
|---|---|
| James Corless | President |

16. Insurance

Subcontractor agrees and shall submit evidence to ISN before ~~beginning work that it has procured and will maintain such insurance as will protect it from claims under Workmen's~~ Compensation Act, claims for damages because of bodily injury including personal injury, sickness or disease, or death of any of its employees or of any person other than its employees, and from claims for damages because of injury to or destruction of property including loss of use resulting therefrom. Such insurance shall include Workmen's Compensation, Employer's Liability, Comprehensive General Liability (bodily injury and property damage) insurance with respect to performance under this contract and such other insurance as the Government may from time to time require with respect to performance under this subcontract.

Subcontractor shall, at its own expense, procure and maintain during the entire performance of the Agreement, insurance of at least the kinds and minimum amounts as follows:

(1) Comprehensive General Liability with a limit of not less than $500,000 for bodily injury per person and $500,000 per accident and with a limit of not less than $100,000 for property damage. Coverage shall include the following: premises and operations, independent contractors, products including completed operation, and contractual. There shall be no exclusion for the following: explosion, collapses, underground piping and wiring.



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

(2) Comprehensive Automobile Liability Insurance with a limit of not less than $500,000 for bodily injury per person and $500,000 per accident and with a limit of not less than $100,000 per accident for property damage. Coverage shall include the following: all owned, non-owned, hired and leased vehicles.

17. Indemnification

Subcontractor shall indemnify and hold harmless and defend ISN, its agents, servants, and employees from and against any claim, demand, or cause of action of every name or nature arising out of or through the acts or omissions of Subcontractor, its agent, servants, or employees in the performance of services under this Agreement.

ISN shall indemnify and hold harmless and defend Subcontractor, its agents, servants, and employees from and against any claim, demand, or cause of action of every name or nature arising out of or through the acts or omissions of ISN, its agent, servants, or employees in the performance of services under this Agreement.

18. Confidential Information

Confidential information shall mean all information disclosed to either party which relates to the other party's clients past, present, or future or to any research, development and business activities. Each party shall hold all such confidential information in trust and confidence and agrees that it will not, during or after the termination of this Agreement, disclose to any person, firm or corporation, nor use for its own business or benefit, any information obtained by it while in the execution of the terms and conditions of this Agreement and for (5) years, thereafter.

19. Records and Reports

The Subcontractor agrees to be bound by the Federal Acquisition Regulations regarding Examination of Records by Comptroller General, if applicable. These records must be maintained for a period of three (3) years from the completion of this subcontract.

20. Representation

Subcontractor represents that there is no conflict of interest with any other contractual relationship that would adversely impact its ability to perform the work required under this Agreement. In the event Subcontractor believes that there is presently any such conflict, or any such



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

conflict arises during the Agreement or extension thereof, it will advise ISN immediately.

21. Successors and Assigns

ISN and Subcontractor each binds itself, successors, executors, administrators and assigns to the other party of this Agreement and to the partners, successors, executors, administrators and assigns of such other party in respect to all covenants of this Agreement. Except as noted above, neither ISN nor Subcontractor shall assign, sublet or transfer its interest in this Agreement without the written consent of the other. Nothing herein shall be construed as creating any personal liability on the part of any officer or agent of any public body which may be a part thereto, nor shall it be construed as giving any rights or benefits hereunder to anyone other than ISN and Subcontractor.

22. Delegation of Duties

Subcontractor shall not delegate its duties under this Agreement without the written consent of ISN.

23. Compliance with Laws and Regulations

Subcontractor agrees at all times to comply with all applicable Federal, State and Local laws, rules and regulations.

24. Prime Contract Flow-Down Clauses and Provisions

The flow-down clauses and provisions of Prime Contract #N00600-94-C-0389 which are attached to this Agreement as Appendix C, are hereby incorporated and made a part of said Agreement with the same force and effect as if they were set forth in full. The Subcontractor acknowledges that he has in his possession or is otherwise familiar with all the clauses and provisions incorporated herein by reference and agrees to perform this subcontract in accordance with the provisions of such referenced clauses and the other provisions of this subcontract.

25. GSA Pricing

Subcontractor certifies that the prices contained in Appendix B-1 and B-2 are accurate, current and complete as of January 1, 1995 and further represents that the prices are the lowest charged by said Subcontractor to others for performing work or supplying material to identical specifications, similar quantities, delivery intervals and having the same conditions of sale.



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

Prices contained in Appendix B-2 will remain unchanged until September 30, 1995 and will be subject to possible increase thereafter but will not exceed prices listed on the most current GSA Schedule.

26. Disputes

If the Contracting Officer under the prime contract issues a decision affecting any decision, claim, or dispute with respect to this Subcontract, the decision shall be conclusive and binding on the Subcontractor. However, if the Contractor has the right of appeal from the Contracting Officer's decision, it will file an appeal under the Disputes clause of the prime contract upon receipt of the Subcontractor's written request in sufficient contract time to allow the timely filing of the appeal. The Contractor and Subcontractor shall cooperate reasonably with each other in connection with the appeal and shall pay their respective legal and other expenses.

The decision of the Board of Contract Appeals or court shall be final and conclusive on the Contractor and the ~~Subcontractor, and both parties agree to implement the decision provided, however, that the parties may invoke~~ available judicial remedies for review of the decision.

Pending determination of any dispute under this Subcontract, the Subcontractor agrees to perform the work in accordance with directives from the Contractor and shall not delay the progress or completion of the work.

27. Integration

This Agreement sets forth the entire and only Agreement between ISN and the Subcontractor relative to the subject matter hereof. Any representation, promise, or condition, whether oral or written, not incorporated herein shall not be binding upon either party. No waiver, modification, or amendment to the terms of this Agreement shall be effective unless made in writing and signed by the below signed individuals or their designated authorized representatives.

28. Conflict

If there is a conflict with the Subcontract Conditions, Statement of Work, and Prime Contract Clauses of Appendix C, the Prime Contract clauses shall govern. If there is a conflict with the Subcontract Conditions and the Statement of Work, the Statement of Work of Appendix A shall govern.

29. Employee Hiring



Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

Both ISN and the Subcontractor agree that during the term of this Agreement, neither party shall attempt to induce any employee to take employment with the other party.

30. Software License Agreement

Appendix D, Datacomm Management Sciences, Inc. End User Software License Agreement for Network Management System Software, NMSS 8000 is hereby made a part of this agreement.

This Agreement has been entered into and executed by officials duly authorized to bind their respective parties.

INFORMATION SYSTEMS AND NETWORKS CORPORATION

BY: Ezella Ucani

TITLE: President

DATE: Mar. 27, 1995

SUBCONTRACTOR:

BY: James Lorless

TITLE: President

DATE: Mar. 28, 1995

ISN
Proprietary & Confidential Information
Use, Publication or Disclosure Restricted
to Receiving Party

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORK CORPORATION, | ) | |
| Plaintiff, | ) | No.: 98-178C |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Deposition of:

WILLIAM ROBERTSON

a witness of lawful age, taken on behalf of the Defendant, pursuant to notice, in the offices of the Department of Justice, Room 12011, 1100 L Street, N.W., Washington, D.C. 20530, on Monday, October 25, 1999, at 10:15 a.m., before Sharon Bellamy, Notary Public in and for the District of Columbia, when were present:

APPEARANCES:

On behalf of Plaintiff:

JOHN M. CRAIG, Esquire
Singer & Associates, P.C.
1730 K Street, N.W.
Suite 304
Washington, D.C. 20006
(301) 469-0400

question on the table about the problems that existed when you took over the program, and would you please continue with that?

A Where were we?

MR. CRAIG: I don't know what the question, do you have a specific question?

MR. AUSTIN: The question was, what types of problems existed when you came on board as a program -- as the program manager, replacing Mr. Chapman.

THE WITNESS: At that point in time the initial CDRL -- the very heavily front-loaded CDRL delivery requirements, most of the initial deliveries had been rejected by the government.

BY MR. AUSTIN:

Q Okay, now, what is -- when you mean CDRL delivery, give us an example.

A Program Management Plan.

Q Okay. Program Management Plan is how you as the program manager was going to handle the project?

A Yes.

Q And that was -- your predecessor plan was rejected?

A Mm-hmm. Among other things, yes.

Q Okay.

A I believe.