Q What other things?

A I don't recall exactly what they were. Basically, there would have been a support plan, integrated logistics support plan, training plans. I mean, there were a lot of documents of that sort that were front-loaded basically on the schedule.

Your documentation, I'm sure, has a list of those, but those that had been delivered prior to the time I came on board were essentially either all held or had been sent back for rework.

Q So we're at the point, late October, early November, where you come on board.

What were some of the first things, what was the first thing that you did or you recall doing?

A --I was introduced. Probably either the day or the day after I came on board, I was introduced at a program meeting with the government as the new program manager.

Q Okay. And then what happened? And then what?

A I sat down with Bob Chapman, talked to him about where we were, what had happened, what his problems were, et cetera, and basically I decided that I needed him as my deputy, my technical deputy, and proceeded from there to try to get back on schedule.

The first thing I did was replace the temporaries with direct hires with the kind of equipment -- the kind of

experience that I wanted in my staff, as quickly as possible.

Q Okay, now, getting back to the temps, why were the temps hired as opposed to direct hires?

A They were available and it was a matter of expeditiously getting somebody on board who could start the documents.

The documentation delivery schedule was extremely ambitious.

Q And that's from the RFP?

A Yes.

Q Okay, now, was ISN aware that it was ambitious at the time they bid on it?

A I don't know. I wasn't there. I would say they should have been. The schedule for delivery should have been in the RFP, but I won't swear to that. I really didn't review the RFP very well.

Q When you came on board, you were aware that, according to the contract, ISN was supposed to have a completed system within 12 months at Hampton Roads?

A Mm-hmm.

Q And when you came on approximately, you said, six months, I think, after contract award?

A Yes.

Q Okay. The contract was awarded in July of '94,

and you took over in October, later in '94?
A Yes.
Q All right.
A So it had been four months, five months instead of six; that range.
Q And so ISN was already behind schedule?
A Mm-hmm.
Q So what steps -- you hired direct hires. What other steps did you take to try to get it back on track?
A Basically, we started recycling the documentation that had been -- had been sent back to us, the CDRLs that had been sent back to us.
Q Okay.
A To identify the nature of the comments, to incorporate those comments, et cetera.
Q Okay. What other things did you do?
A Started -- at that point we were dramatically pursuing the design and trying to identify the changes, and still trying to get the government to drive a stake in the ground, if you will, as to what design we were really going to build to.
I discussed the fact that we submitted the site design four times. Each time the site had changed, and the program office wanted to incorporated -- wanted us to incorporate the changes that had occurred because you

DEPARTMENT OF THE NAVY
FLEET AND INDUSTRIAL SUPPLY CENTER NORFOLK
DETACHMENT WASHINGTON DC
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

PB2:LM:94C0389
26 June 1995

Information Systems & Networks Corporation
Attn: Mr. William Robertson
10411 Motor City Drive
Bethesda, MD 20817

Dear Mr. Robertson:

It was a pleasure to meet yourself and the other members of your team at our meeting on June 22nd. I would like to take this time to summarize some of the topics covered at the meeting. A copy of the attendance sheet was provided to you at the conclusion of the meeting by Ms. Held.

- An Engineering Change Proposal (ECP) for Hampton Roads (only) was provided to the Navy. The ECP was stated to include a "surcharge" cost for the 414 DIM Cards which are now upgraded.

- A modification to the contract will be issued for the combination of both the formal acceptance of an ECP for implementation of all sites in Lot I and the revised delivery schedule for all sites in Lot I.

- The ECP submitted (at the meeting) will be reviewed by SPAWAR with comments to be provided on Monday or Tuesday (June 26th or 27th).

- The delivery schedule for all sites in Lot I is to be provided by ISN to the Navy by by Monday, June 26th.

I am your first line point of contact within this activity. If there are any questions, please contact myself at (202) 433-5389 or by facsimile at (202) 685-0002. In my extended absence or in an emergency Mr. Roscoe Crawford, the Contracting Officer, is available to assist you at (202) 433-5387. Please notify your staff of my telephone and facsimile numbers. A message should be left on my voice mail if I am not immediately available. I will return call at the earliest time.

Lisa Murtha

LISA C. MURTHA
Contract Specialist

P.S. FAX # 685-0002 not working - use 433-9586

Cpy to:
DCMAO Baltimore, Attn: Ms. T. Proctor

Jones Ex. 21

JUL-21-1995 15:34 FROM SPAWAR PMW172 703602-7252 TO 992026850002 P.01

PLAINTIFF'S EXHIBIT 7

PMW 172

WE KEEP THE FLEET COMMUNICATING

# FACSIMILE TRANSMISSION COVER SHEET

**SPACE AND NAVAL WARFARE SYSTEMS COMMAND**
**SHIP/SHORE COMMUNICATIONS OFFICE**
**PMW 172**
**2451 CRYSTAL DRIVE**
**ARLINGTON, VA 22245-5200**

**FAX (703) 602-7252**

Plfs Exhibit 12
for identification
Sandra D Warren
Oct 29 19 99
Wit. Jeffrey Bergdahl
(4 pages)

DATE: 7/21/95

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

FROM: JEFF BERGDAHL CODE: PMW172-22C

PHONE #: (703) 602-8332

TO:

AGENCY: FFSC DET WASH

NAME: ROSCOE CRAWFORD/LISA MURTHA CODE: PB2

FAX NUMBER: (202) 685-0002

VOICE NUMBER: (202) 433-5387/9

SUBJECT: ATC CONTRACT N00600-94-C-0389.

REMARKS: Roscoe/Lisa,
Enclosed is our approval letter on ECP-1.
I will be in Norfolk on Monday, but will be available
after that to review the ISN contract.

Jeff Bergdahl

000068



12.1

JUL-21-1995 15:35 FROM SPAWAR PMW172 703602-7252 TO 992026850002 P.02

DEPARTMENT OF THE NAVY
SPACE AND NAVAL WARFARE SYSTEMS COMMAND
WASHINGTON, D.C. 20363-5100

IN REPLY REFER TO:
2300
Ser PMW 172-22C/049
20 July 1995

From: Commander, Space and Naval Warfare Systems Command
To: Officer in Charge, Fleet Industrial Supply Center Detachment, Washington, D.C. (Code PB2)

Subj: ENGINEERING CHANGE PROPOSAL (ECP) 0001

Ref: (a) ISN LETTER OF 20 Jun 95 REGARDING SUBMITTAL OF ENGINEERING 12 PAIR CABLE CHANGE PROPOSAL (ECP) CDRL ITEM C003

Encl: (1) ISN letter of 20 Jun 95

1. SPAWAR has reviewed reference (a) ECP and technically approves ISN's proposed engineering change. Recommend negotiate all terms and conditions listed in reference (a) with ISN. It is further recommended that ISN number all subsequent ECP submissions for accountability purposes commencing with ECP 0002 and submit in accordance with MIL-STD-973 Appendix D as required in Data Item Description (DID) DI-CMAN-80639A.

2. The following comments address ISN's cost analysis sheet for NTCC Hampton Roads in enclosure (1).

a. **ECP Item:** Installation of 12-pair cabling on digital interfaces specified in referenced letter.

**Comment:** Original contractual cost to install or reuse cable was $419,329. Recommend a cost breakdown of the additional charge of $623,563 to justify these additional costs.

b. **ECP Item:** Increase the Novell Netware 3.11 SFT III from 25 to 50 users.

**Comment:** ISN should indicate the cost for 25 users under the "Cost in Contract Column" of enclosure (1) to reference (a). The Government does require a 50 user LAN capacity.

c. **ECP Item:** Government requested ATC Configuration Change.

000069 12.2

Subj: ENGINEERING CHANGE PROPOSAL (ECP) 0001

Comment: Agree with No Cost (n/c) to the Government. The equipment which the Government requested was based on a review of Amendment 4 to the RFP N00600-93-R-2790 which ISN bid on. At no time did the Government request anything which was out of the scope of the contract proposal.

d. ECP Item: Upgrade one of the RMSA 100(X) to an RMSA 200(X).

Comment: Agree with this recommendation.

e. ECP Item: The DIM 414E upgrade.

Comment: ISN letter of April 18, 1995 provided an agreed upon ATC equipment list between the Government and ISN for all seven sites. This letter should be incorporated within the contract. ISN further agreed to make the changes at no cost to the Government. Charges cited in enclosure (1) of reference (a) is a surcharge between DIM 414-3 modules and the DIM 414-E modules. It should also be noted that the agreed upon DIM 414-E module figure of 976 between the Government and ISN is significantly lower than ISN's original contract proposal of 1,515 DIM 414-3 modules. Recommend surcharge differences be identified.

f. ECP Item: CLIN 0001AA costs.

Comment: Total CLIN 0001AA under Cost in Contract column Enclosure 1 to Reference (a) should read $2,341,219.73 vice $2,152,184 per the ATC Contract N00600-94-C-0389.

g. ECP Item: CDRL's CLIN 0003 cost of ECP of $50,000.

Comment: Agree with this recommendation.

3. SPAWAR agrees with ISNs new POA&M Engineering and Technical Support Plan for NTCC Hampton Roads in enclosure (1) to reference (a).

4. SPAWAR will change the funding document N0003995RCDL301 in the amount of $789,319 for the ATC at Puerto Rico currently at FISC DET, and will coordinate with NISE EAST DEt Norfolk to arrange additional funding to satisfy this ECP by separate correspondence.

000070 12.3

Subj: ENGINEERING CHANGE PROPOSAL (ECP) 0001

5. Any questions concerning this correspondence should be addressed to Mr. Jeff Bergdahl at (703) 602-8332.

KEVIN MEYERS
Division Head
Ship and Shore Communication
By direction of
the Commander

Copy to:
COMNAVCOMTELCOM Washington, DC, N512B (G. Dinan)
DCAMO Baltimore, MD, S2102A (T. Proctor)

000071

12.4

# Memorandum

**DATE:** August 23, 1995

**TO:** BILL ROBERTSON

**FROM:** DANIEL TOBIN

**RE:** STATUS REPORT: ATM ECP

BILL,

THE PURPOSE OF THIS MEMO IS TO UPDATE YOU ON THE STATUS OF OUR ECP AT FISC.

PER FONCON WITH LISA MURTHA, 22 AUG 95:

1) SHE HAS NOT LOOKED AT THE ECP, TO DATE.

2) DUE TO "END OF YEAR PROCUREMENTS" (8a-2 EACH) SHE WILL NOT BE ABLE TO WORK ON OUR ECP UNTIL MID-SEPT 95.

3) REASON—TOO MUCH "END OF YEAR" WORK AND TOO FEW PEOPLE TO ACCOMPLISH IT. SHE HAS INFORMED ROSCOE OF HER WORK LOAD.

4) I TOLD HER THAT I DID NOT THINK THAT ISN (MY VP) WOULD WAIT THAT LONG AND THAT I WOULD GIVE HER A 'HEADS UP' BEFORE MR. ROBERTSON TALKED TO ROSCOE, IF THAT IS THE COURSE HE CHOOSES. SHE SAID--THANKS!

5) I TALKED WITH DON TABASCO ABOUT CONTRACT AND FAR REQUIREMENTS FOR TIMELY ECP PROCESSING BY THE GOVERNMENT. HE RECOMMENDS THAT WE TAKE A MORE FORCEFUL APPROACH WITH THE CONTRACTING OFFICER. YOU MIGHT WANT TO TOUCH BASE WITH HIM PERSONALLY.

BOTTOM LINE—I HAVE LOOKED THROUGH THE "CONTRACT" AND CAN ONLY FIND A REQUIREMENT THAT THE "CONTRACTING OFFICER SHALL EXPEDITIOUSLY PROCESS CHANGE PROPOSALS." (PAGE 116, I-46 (c) 'CHANGE PROPOSALS').

NOTE: Para (g), Page 117: 'CHANGES' MAKES INTERESTING READING.

IF YOU DECIDE TO TALK WITH WITH ROSCOE, PLEASE GIVE ME A 'HEADS UP' SO I CAN DO THE SAME TO LISA?

 K-1 L Robertson #9

1/31/96

ISN

Louis H. Oliver
Group Vice President

January 15, 1995 96

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl

**REFERENCE:** Contract Number N00600-94-C0389

**SUBJECT:** A004 Contractor's Progress, Status and Management Report

In accordance with the terms and conditions of the referenced contract, attached is the December 1995 Contractor's Progress, Status and Management Report for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
ATC Program Manager

cc: FISC DET, Washington DC
R. Crawford