## PROGRESS FOR THE MONTH OF DECEMBER 95

The majority of ISN effort this month has been expended on ATC computer hardware and software integration, installation and CDRL development. Close coordination and multiple technical working meetings continued with Government Representatives of SPAWAR, NISE EAST DET Norfolk, VA and NTCC Hampton Roads, Virginia. These technical meetings were held to discuss and resolve issues on cutover Hampton Roads, Virginia. Received the RMSA 100 switch and associated hardware. Installed the tape back-up unit.

### Organizational Changes

### Schedule Changes

ISN provided a new ATC Program Schedule on 21 June 1995 for Government review and approval. Because the ECP has not been approved and work has not been allowed to proceed on the Hawaii sites, the schedule for Hawaii will need to be modified. The revised schedule for Hawaii will be done once ISN has been given a go-ahead for the Hawaii site.

### Cost Curves

To be provided.

### Costs Incurred For The Month of December 1995

| | |
|---|---|
| Hampton Roads | $254,295 |
| Camp Smith | 0 |
| Makalapa | 0 |
| CDRL | 22,487 |

### Hours Expended

During the month of December, ISN spent 2278.50 hour's effort on the ATC project.

### Trips

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|
| No Trips | | | |

## Record of Significant Telephone Calls

None

## Status of Engineering Change Proposals

June 95 ECP for the following modifications: Waiting response from the Government

- Revised ATC Configuration at Hampton Roads
- Twelve pair cables
- Enhanced DIM 414E Module
- SFT III for fifty users

## Contract Schedule Status

Awaiting Government comments or approval on:

D002/003 - Computer System Operator's Manual/Software User Manual.

F002 - ATC Lesson Plan : 3 separate items

F003 - ATC Trainee Guide : 3 separate items

G003 - The draft ATC Test Procedure G003 was submitted to the Navy for review in September 95, a revised draft was reviewed and concurred by the Navy in October and November. It was formally submitted in early November and has been reviewed by the Navy.

The ATC Installation and cut over continues to be delayed as the result of the Government's not allowing ISN to proceed with the cut over until all of the hardware had been installed and by stopping all progress on Camp Smith and Makalapa until the cut over of significant equipment at Hampton Roads. As a result ISN has delayed additional staffing at Hampton Roads and has been required to plan work in a less than optimum sequence. Also ISN has deferred all staffing for Camp Smith and Makalapa.

F004 OJT Handbook in process to be submitted in January 1996.

## Activities Planned for January 96

Continue ATC installation at NTCC Hampton Roads, Virginia
Continue planning for NTCC Pearl Harbor and Camp H.W. Smith

Continue CDRL document development and review/incorporate appropriate Government comments received on previously submitted CDRL's

# List of Appendixes

None

Prepared by: William N.L. Robertson, (301) 469-0400

ISN.

Louis R. Oliver
Group Vice President

December 15, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

ATTENTION: Jeffery Bergdahl

REFERENCE: Contract Number N00600-94-C0389

SUBJECT: A004 Contractor's Progress, Status and Management Report

In accordance with the terms and conditions of the referenced contract, attached is the November1995 Contractor's Progress, Status and Management Report for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
ATC Program Manager

cc: FISC DET, Washington DC
R. Crawford

## PROGRESS FOR THE MONTH OF NOVEMBER 95

The majority of ISN effort this month has been expended on ATC computer hardware and software integration, installation and CDRL development. Close coordination and multiple technical working meetings continued with Government Representatives of SPAWAR, NISE EAST DET Norfolk, VA and NTCC Hampton Roads, Virginia. These technical meetings were held to discuss and resolve issues on cutover Hampton Roads, Virginia. Received the RMSA 100 switch and associated hardware. Installed the tape back-up unit.

### Organizational Changes

### Schedule Changes

ISN provided a new ATC Program Schedule on 21 June 1995 for Government review and approval. Because the ECP has not been approved and work has not been allowed to proceed on the Hawaii sites, the schedule for Hawaii will need to be modified. The revised schedule for Hawaii will be done once ISN has been given a go-ahead for the Hawaii site.

### Cost Curves

To be provided.

### Costs Incurred For The Month of November 1995

| | |
|---|---|
| Hampton Roads | $50,953 |
| Camp Smith | 0 |
| Makalapa | 0 |
| CDRL | 24,981 |

### Hours Expended

During the month of November, ISN spent 2278.50 hour's effort on the ATC project.

### Trips

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|
| Bill Robertson | 11/6/95 - 11/7/95 | Hampton Roads | Mtg. at Hampton Roads with Navy Officials |
| Bill Robertson | 11/26/95 - 11/28/95 | Hampton Roads | Mtg. at Hampton Roads with Navy Officials |

## Record of Significant Telephone Calls

## Status of Engineering Change Proposals

June 95 ECP for the following modifications: Waiting response from the Government

- Revised ATC Configuration at Hampton Roads
- Twelve pair cables
- Enhanced DIM 414E Module
- SFT III for fifty users

## Contract Schedule Status

Delays caused by Government not allowing ISN to begin cutover and are impacting cost and schedule.

F004 OJT Handbook in process to be submitted in early January 1996.

## Activities Planned for November 95

Continue ATC installation at NTCC Hampton Roads, Virginia
Continue planning for NTCC Pearl Harbor and Camp H.W. Smith

Continue CDRL document development and review/incorporate appropriate Government comments received on previously submitted CDRL's

## List of Appendixes

None

**Prepared by:** William N.L. Robertson, (301) 469-0400

ISN

William N.L. Robertson
Vice President
Systems Integration Group

November 30, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl

**REFERENCE:** Contract Number N00600-94-C0389

**SUBJECT:** A004 Contractor's Progress, Status and Management Report

In accordance with the terms and conditions of the referenced contract, attached is the October 1995 Contractor's Progress, Status and Management Report for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
ATC Program Manager

cc: FISC DET, Washington DC
R. Crawford

## PROGRESS FOR THE MONTH OF OCTOBER 95

The majority of ISN effort this month has been expended on ATC computer hardware and software integration, installation and CDRL development. Close coordination and multiple technical working meetings continued with Government Representatives of SPAWAR, NISE EAST DET Norfolk, VA and NTCC Hampton Roads, Virginia. These technical meetings were held to discuss and resolve issues on cutover Hampton Roads, Virginia.

### Organizational Changes

There were no new employees hired for October 1995.

### Schedule Changes

ISN provided a new ATC Program Schedule on 21 June 1995 for Government review and approval. Because the ECP has not been approved and work has not been allowed to proceed on the Hawaii sites, the schedule for Hawaii will need to be modified. The revised schedule for Hawaii will be done once ISN has been given a go-ahead for the Hawaii site.

### Cost Curves

To be provided.

### Costs Incurred For The Month of October 1995

| | |
|---|---|
| Hampton Roads | 139,539.66 |
| Camp Smith | 3,676.43 |
| Makalapa | 1,348.46 |
| CDRL | 26,792.67 |

### Hours Expended

During the month of October, ISN spent 2278.50 hour's effort on the ATC project.

### Trips

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|
| Bill Robertson | 10/09/95 - 10/10/95 | Hampton Roads | Meeting at Hampton Roads with Navy Officials |
| Bill Robertson | 10/22/95 - 10/24/95 | Hampton Roads | Meeting at Hampton Roads with Navy Officials |

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|
| Royce Priem | 10/03/95 - 10/10/95 | Hampton Roads | Engineering Support for Hampton Roads Installation |

## Record of Significant Telephone Calls

None.

## Status of Engineering Change Proposals

June 95 ECP for the following modifications: Waiting response from the Government

-- Revised ATC Configuration at Hampton Roads
-- Twelve pair cables
-- Enhanced DIM 414E Module
-- SFT III for fifty users

## Contract Schedule Status

Delays caused by Government not allowing ISN to begin cutover are impacting cost and schedule.

D002/003 COMPUTER SYSTEMS OPERATOR'S MANUAL SOFTWARE USER MANUAL
F004 OJT HANDBOOK

**Activities Planned for October 95**

Continue ATC installation at NTCC Hampton Roads, Virginia
Continue planning for NTCC Pearl Harbor and Camp H.W. Smith

Continue CDRL document development and review/incorporate appropriate Government comments received on previously submitted CDRL's

**List of Appendixes**

None

**Prepared by:** William N.L. Robertson, (301) 469-0400