ISN.

William N.L. Robertson
Vice President
Systems Integration Group

October 31, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl

**REFERENCE:** Contract Number N00600-94-C0389

**SUBJECT:** A004 Contractor's Progress, Status and Management Report

In accordance with the terms and conditions of the referenced contract, attached is the September 1995 Contractor's Progress, Status and Management Report for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

[signature]

William N.L. Robertson
ATC Program Manager

Received in mail room 12/1/95

cc: FISC DET, Washington DC
R. Crawford

## PROGRESS FOR THE MONTH OF SEPTEMBER 95

The majority of ISN effort this month has been expended on ATC computer hardware and software integration, installation and CDRL development. Close coordination and multiple technical working meetings continued with Government Representatives of SPAWAR, NISE EAST DET Norfolk, VA and NTCC Hampton Roads, Virginia. These technical meetings were held to discuss and resolve issues on cutover Hampton Roads, Virginia.

### Organizational Changes

During this reporting period, ISN has hired the following individuals to support the ATC Contract.

| Date Hired | Name | Position |
|---|---|---|
| 08/04/95 | Harry T. Watson | |

Epoch Engineering, Inc. is continuing to provide personnel support service to augment CDRL developments in the area of training (CDRL F003, and F004). This support service started in May 1995 and expected to continue until August 1995.

### Schedule Changes

ISN provided a new ATC Program Schedule on 21 June 1995 for Government review and approval. Because the ECP has not been approved and work has not been allowed to proceed on the Hawaii sites, the schedule for Hawaii may need to be modified. The revised schedule for Hawaii will be done once ISN has been given a go-ahead for the Hawaii site.

### Cost Curves

To be provided.

### Costs Incurred For The Month of September 1995

| | |
|---|---|
| Hampton Roads | $ 72,454.51 |
| Camp Smith | 7,129.56 |
| Makalapa | 638.50 |
| CDRL | 17,135.71 |

### Hours Expended

During the month of September, ISN spent 2242 hour's effort on the ATC project.

## Trips

| Name | Period of Time | Location | Purpose of Trip |
|---|---|---|---|
| Bill Robertson | 9/17-9/19/95 | Hampton Roads | Meeting with Navy Officials |
| | 9/24-9/26/95 | Hampton Roads | Meeting with Navy OfficialS |
| Royce Priem | 9/9-10/2\95 | Hampton Roads | Eng. Support for Hampton Roads Installation |
| Travis Ellis | 9/20-9/23/95 | Hampton Roads | Installation of ATC Switch |

## Record of Significant Telephone Calls

None.

## Status of Engineering Change Proposals

June 95 ECP for the following modifications: — Waiting response from the Government

- Revised ATC Configuration at Hampton Roads
- Twelve pair cables
- Enhanced DIM 414E Module
- SFT III for fifty users

## Contract Schedule Status

Awaiting Government comments or approval on:

D002/003 COMPUTER SYSTEMS OPERATOR'S MANUAL SOFTWARE USER MANUAL
F004 OJT HANDBOOK

## Activities Planned for September 95

Continue ATC installation at NTCC Hampton Roads, Virginia
Continue planning for NTCC Pearl Harbor and Camp H.W. Smith

Continue CDRL document development and review/incorporate appropriate Government comments received on previously submitted CDRL's

## List of Appendixes

None

**Prepared by:** William N.L. Robertson, (301) 469-0400

ISN

January 26, 1996

Department of the Navy
Naval Regional Contracting Center
Washington Navy Yard
Building 200
901 M Street, S.E.
Washington, D.C. 20374-5014

Attention: Roscoe W. Crawford
Contracting Officer

Subject: Contract No. N00600-94-C-0389

Dear Mr. Crawford:

The purpose of this letter is to review two very serious issues that are still open on the contract concerning lack of progress payments and approval of the ECP.

We have not received any progress payments since August 24, 1995, which included a payment in the amount of $443,565. The amount that is outstanding is $1,331,696.00 through December 21, 1995 as shown in the attached summary. We were told that Jeffery Bergdahl, COR, has recommended approval of additional payments based on his assessment of our progress to date. This being the case, ISN requests that your office contact the ACO, Tish Proctor, in order to expedite immediately payment for this excessively large amount.

Also, the approval of the latest ECP dated June 20, 1995 in the amount of $930,527 for Hampton Roads has not been received by ISN.

This latest version of the ECP includes changes to the site configuration, equipment configuration, use of 12 pair cable vice 6 pair cable, users changes and other changes. This ECP supersedes the ECP submitted on 6 March 1995 and confirms meetings held on March 28, 1995, April 30, 1995 and most recently June 22, 1995 where it was agreed that the ECP would be approved including a revised schedule in the form of a contract modification. The Navy provided direction to ISN to include all the changes in the ECP during several meetings with the Contracting Officer and COR. Subsequently, Ms. Lisa Murtha, Contract Specialist, issued a letter dated 26 June 1995 stating that a modification to the contract would be issued for the combination of the formal acceptance of an ECP for implementation

ENCL. 1

of all sites in Lot I and the revised delivery schedule for all sites in Lot I. Also a letter dated 31 August 1995 from Jeffrey Bergdahl indicated that the ECP was technically approved and that funding had been authorized and only required a wording change to the funding document.

We proceeded on the basis that the contract modification would be issued expeditiously in accordance with Clause I.46 of the contract implementing the ECP and that we wanted to continue with the progress on the contract to avoid default and receive progress payments. During discussions of the ECP and schedule changes, ISN advised the Navy that due to the magnitude of the site changes at Hampton Roads, it was not possible to implement the original proposed design solution. Therefore, in order to continue on the contract, it was necessary to implement the ECP configuration.

We are very concerned that approvals have not been received to date on this subject. We cannot continue to incur additional costs without the immediate approval of the ECP in a contract modification and authorization of progress payments. Without an expeditious resolution of these issues, our only recourse will be to submit a constructive change for equitable adjustment pursuant to the Changes Clause FAR 52.243-1.

Sincerely,
INFORMATION SYSTEMS AND NETWORKS CORPORATION

Donald D. Tabasco
Manager of Contracts

Attachments

MEMORANDUM

31 August 1995

To: Bill Robertson

From: Jeff Bergdahl *Jeff Bergdahl*

Subj: ATC issues

1. IRT your voice mail, we have technically approved the ECP and proposed schedule extension via letter to FISC. I am not aware of any other administrative items we owe FISC, other than changing the wording on the funding document at FISC.

2. I would like to hear how the ATC training in Norfolk is proceeding and request copies of the student evaluations be provided. Also, are you still going to submit a no-cost ECP to use in negotiation of consideration with FISC.

3. At our meetings at NTCC Hampton Roads this month there was discussion of what testing would be required before start of cutover. This is discussed several times in CDRL G002, System Test and Verification Plan for NTCC Hampton Roads. Specifically:

a. Page 2 under 1.1 Scope
b. Page 9 under 1.5 Participation and Test Objectives
c. Page 10 under 1.9 Validation Signature Sheets
d. Page 11 under 1.9. Note "Validation Signature Sheets will be presented to the Government for review and comments 30 days prior to commencement of Phase VI."
e. Page 17 under 7.0 through 7.3. I would like to review the "(OEM) System Test Procedures" discussed in Paragraph 7.1 and the "test results documentation form" discussed in Paragraph 7.2 prior to the Phase VI testing. I would expect them to be delivered as part of CDRL G003, Test Procedures. At the start of the Phase VI testing I would like to see the test results from Phase IV and Phase V testing described on Pages 15 and 16.

Based on the documents you should be able to tell us how long you require to run through the tests.

QUEST FOR CONTRACTUAL PROCUR T-NAVCOMPT FORM 2276 (8 PT) 8-81)

THIS REQUEST MUST BE ACCEP ON A DIRECT CITATION BASIS ON AND IS SUBJECT TO THE CONDITION LISTED ON THE REVERSE SIDE.

2. DOCUMENT NUMBER N0003995RCDL301

REFERENCE NO. N0003995AFN52D6 | 4. FUNDS EXPIRE ON 30 SEP 97 | 5. DMS RATING | 6. PRIORITY | 7. DATE REQUIRED 31 DEC 95 | 8. AMEND. NO 001

FROM: SPACE AND NAVAL WARFARE SYSTEM COMMAND
ARLINGTON, VA. 22202, ATTN: SPAWAR 01-4

10. FOR DETAILS CONTACT: S. SIMMS, PD72P4A, (703)602-3364

TO: COMMANDING OFFICER
FLEET INDUSTRIAL SUPPLY CENTER
WASHINGTON NAVY YARD
WASHINGTON DC 20374-0600
ATTENTION: MR. ROSCOE CRAWFORD 95X3917

12. MAIL BILLINGS TO:
THE PAYING OFFICE CITED IN RESULTING CONTRACT

ACCOUNTING DATA TO BE CITED ON RESULTING CONTRACTS

| PRN | B. APPROPRIATION | C. SUBHEAD | D. OBJ CLASS | E. BU. CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 1751810 | 52D6 | 000 | EA172 | 0 | 068342 | 2D | 000000 | D60010000000 | .00 |

AMOUNTS WILL NOT BE EXCEEDED IN THE OBLIGATION DOCUMENT WITH OUT PRIOR WRITTEN APPROVAL FROM THE ISSUER.

L. TOTAL THIS DOCUMENT .00
M. CUMULATIVE TOTAL 789,319.00

PROCUREMENT BY CONTRACT OF THE FOLLOWING ITEMS IS REQUESTED

THESE ITEMS |_| ARE |_| ARE NOT INCLUDED IN THE INTERSERVICE SUPPLY SUPPORT PROGRAM AND REQUIRED INTERSERVICE SCREENING | | HAS | | HAS NOT BEEN ACCOMPLISHED

| A. ITEM NO. | B. ITEM NO. | C. FSC | D. DESCRIPTION NAT.STOCK NO.SPEC AND/OR DRAW NO.ETC | E. QUANTITY | F. UNIT | G. ESTIMATED UNIT PRICE | H. ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | DOCUMENT AMENDED TO EXERCISE HAMPTON ROADS ATC ECP COSTS VICE PROCUREMENT OF PUERTO RICO ATC. | | | | |

Exhibit 16 for identification Sandra D. Warren 10-29-99 Berndtahl (1 page)

Oct. 29, 99 Jeffrey

RECEIVED AT NRCC
ENTERED INTO PROSTATS
PALT COMMENCES AUG 29 1995

CONTRACT AWARD: $
AVAIL FOR RECOUPMENT: $
SIGNATURE CONTRACTING OFFICER

CHANGES TO THIS DOCUMENT ARE AUTHORIZED WITHOUT PRIOR CONSENT OF AUTHORIZING OFFICIAL.

FORWARD ACCEPTANCE AND COPIES OF ALL OBLIGATING DOCUMENTS TO: COMMANDER, SPACE AND NAVAL WARFARE SYSTEM COMMAND, DEPARTMENT OF THE NAVY, ARLINGTON, VA. 22202, ATTN: SPAWAR 01-4 SEE ACCEPTANCE INSTRUCTIONS ON REVERSE

COPY TO: SPAWAR 01-4

E CODE: N880 NO CAAS IS AUTHORIZED WITHOUT SPECIFIC AMENDMENT TO THIS DOCUMENT

SEE ATTACH PAGES FOR DELIVERY SCHEDULES, PRESERVATION AND PACKAGING INSTRUCTIONS, SHIPPING INSTRUCTIONS AND INSTRUCTIONS FOR DISTRIBUTION OF CONTRACTS AND RELATED DOCUMENTS.

GRAND TOTAL .00

TRANSPORTATION ALLOTMENT (USED IF FOB CONTRACTOR'S PLANT)

I CERTIFY THAT THE FUNDS CITED ARE PROPERLY CHARGEABLE FOR ITEMS REQUESTED.
AUTHORIZING OFFICIAL (NAME, TITLE AND SIGNATURE) for RICHARD J. LUCEY, ACCOUNTING OFFICER — Loretta Tiranare
DATE 8/23/95

THIS REQUEST IS ACCEPTED AND THE ITEMS WILL BE PROVIDED IN ACCORDANCE HEREWITH.
ACCEPTING OFFICIAL (NAME, TITLE AND SIGNATURE) Roscoe W. Crawford Contracting Officer
DATE 8/29/95

REQUEST FOR CONTRACTUAL PROCUREMENT-NAVCOMPT FORM 2276 (8 PT) (7.8-81)

1. THIS REQUEST MUST BE ACCEPTED ON A DIRECT CITATION BASIS ONLY AND IS SUBJECT TO THE CONDITION LISTED ON THE REVERSE SIDE. | 2. DOCUMENT NUMBER N0003995RCDL301

| 3. REFERENCE NO. | 4. FUNDS EXPIRE ON | 5. DMS RATING | 6. PRIORITY | 7. DATE REQUIRED | 8. AMEND. NO |
|---|---|---|---|---|---|
| N0003995AFN52D6 | 30 SEP 97 | | | 31 DEC 95 | 002 |

9. FROM: SPACE AND NAVAL WARFARE SYSTEM COMMAND ARLINGTON, VA. 22202, ATTN: SPAWAR 01-4

10. FOR DETAILS CONTACT: S. SIMMS, PD72P4A, (703)602-3364

11. TO: COMMANDING OFFICER
FLEET INDUSTRIAL SUPPLY CENTER
WASHINGTON NAVY YARD
UIC N00600 WASHINGTON DC 20374-
ATTENTION: MR. ROSCOE CRAWFORD

12. MAIL BILLINGS TO:
THE PAYING OFFICE CITED IN RESULTING CONTRACT

13. ACCOUNTING DATA TO BE CITED ON RESULTING CONTRACTS

| A. ACRN | B. APPROPRIATION | C. SUB HEAD | D. OBJ CLASS | E. BU. CONTROL | F. SA | G. AAA | H. TT | I. PAA | J. COST CODE | K. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 1751810 | 52D6 | 000 | EA172 | 0 | 068342 | 2D | 000000 | D60010000000 | 789,319.00- |

14. AMOUNTS WILL NOT BE EXCEEDED IN THE OBLIGATION DOCUMENT WITH OUT PRIOR WRITTEN APPROVAL FROM THE ISSUER. | L. TOTAL THIS DOCUMENT 789,319.00- | M. CUMULATIVE TOTAL .00

15. PROCUREMENT BY CONTRACT OF THE FOLLOWING ITEMS IS REQUESTED
THESE ITEMS !_! ARE !_! ARE NOT INCLUDED IN THE INTERSERVICE SUPPLY SUPPORT PROGRAM AND REQUIRED INTERSERVICE SCREENING ! ! HAS ! ! HAS NOT BEEN ACCOMPLISHED

| A. ACRN | B. ITEM NO. | C. FSC | D. DESCRIPTION NAT.STOCK NO, SPEC AND/OR DRAW NO, ETC | E. QUANTITY | F. UNIT | G. ESTIMATED UNIT PRICE | H. ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| AA | | | FUNDS ARE WITHDRAWN TO COVER AN EMERGENT REQUIREMENT FOR THE ATC PROGRAM.<br><br>PLEASE TELEFAX IMMEDIATE ACCEPTANCE TO: 703-602-7409<br><br>THANK YOU | | | | 789319.00- |

NO CHANGES TO THIS DOCUMENT ARE AUTHORIZED WITHOUT PRIOR CONSENT OF AUTHORIZING OFFICIAL.

FORWARD ACCEPTANCE AND COPIES OF ALL OBLIGATING DOCUMENTS TO: COMMANDER, SPACE AND NAVAL WARFARE SYSTEM COMMAND, DEPARTMENT OF THE NAVY, ARLINGTON, VA. 22202, ATTN: SPAWAR 01-4 SEE ACCEPTANCE INSTRUCTIONS ON REVERSE

COPY TO: SPAWAR 01-4

TAC CODE: N880 NO CAAS IS AUTHORIZED WITHOUT SPECIFIC AMENDMENT TO THIS DOCUMENT

16. SEE ATTACH PAGES FOR DELIVERY SCHEDULES, PRESERVATION AND PACKAGING INSTRUCTIONS, SHIPPING INSTRUCTIONS AND INSTRUCTIONS FOR DISTRIBUTION OF CONTRACTS AND RELATED DOCUMENTS. | GRAND TOTAL 789319.00-

17. TRANSPORTATION ALLOTMENT (USED IF FOB CONTRACTOR'S PLANT)

18. I CERTIFY THAT THE FUNDS CITED ARE PROPERLY CHARGEABLE FOR ITEMS REQUESTED. | AUTHORIZING OFFICIAL (NAME, TITLE AND SIGNATURE) RICHARD J. LUCEY, ACCOUNTING OFFICER; CHARLES MCALLISTER, OPERATING ACCOUNTANT [signature] | DATE 11/27/95

19. THIS REQUEST IS ACCEPTED AND THE ITEMS WILL BE PROVIDED IN | ACCEPTING OFFICIAL (NAME, TITLE AND SIGNATURE) [signature] | DATE

**DEPARTMENT OF THE NAVY**
FLEET AND INDUSTRIAL SUPPLY CENTER DETACHMENT
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

FEB 2 0 1996

4200
PB2C5-94C0389

CERTIFIED MAIL RECEIPT REQUESTED

Information Systems and Network Corporation
Attn: Mrs. Roma Malkani
10411 Motor City Drive
Bethesda, Maryland 20817

Dear Mrs. Roma Malkani:

This confirms in writing the verbal notification of the Stop-Work Order given to your staff today, 20 February 1996 at our meeting.

This letter constitutes a Stop-Work Order issued in accordance with FAR 52.242-15. Information Systems and Network Corporation is required to stop all, or any part of the work called for under subject contract. Your company shall take all reasonable steps to minimize the incurrence of costs allocable to the work covered by this order.

The Navy will make arrangements with your company to pick up the remaining equipment purchased for the three sites in Lot I of the contract. Enclosure (1) is the inventory of the items purchased for Lot I. All equipment for NTCC Camp Smith, NTCC Makalapa and the remaining equipment that was purchased for NTCC Hampton Roads shall be picked up by the Navy.

Should you have any questions concerning this matter, you may contact Ms. Lisas Scott, Code PB2C, at (202) 433-5391.

Sincerely,

Roscoe W. Crawford

ROSCOE W. CRAWFORD
Contracting Officer

Encl: (1) Equipment List