MAR.-26'96(TUE) 13:34

DEPARTMENT OF THE NAVY
FLEET AND INDUSTRIAL SUPPLY CENTER DETACHMENT
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

MAR 1 ' 1996

4200
201.4C:ls:94C0389

CERTIFIED MAIL RECEIPT REQUESTED

Information Systems and Network Corporation
Attn: Mrs. Roma Malkani
10411 Motor City Drive
Bethesda, Maryland 20817

Subj: NOTICE OF TERMINATION TO PRIME CONTRACTOR UNDER CONTRACT N00600-94-C-0389

Dear Mrs. Roma Malkani:

*(a) Effective date of termination.* You are notified that Contract No. N00600-94-C-0389 (referred to as "the contract") is terminated completely for the Government's convenience under the clause entitled "Termination for Convenience of the Government (Fixed Price) dated April 1984. This termination is effective 15 March 1996.

*(b) Cessation of work and notification to immediate subcontractors.* You shall take the following steps:

(1) Stop all work, make no further shipments, and place no further orders relating to the contract, except for --

(i) The continued portion of the contract, if any;

(ii) Work-in-process or other materials that you may wish to retain for your own account; or

(iii) Work-in-process that the Contracting Officer authorizes you to continue (A) for safety precautions, (B) to clear or avoid damage to equipment, (C) to avoid immediate complete spoilage of work-in-process having a definite commercial value, or (D) to prevent any other undue loss to the Government. (If you believe this authorization is necessary or advisable, immediately notify the Contracting Officer by telephone or personal conference and obtain instructions.)

(2) Keep adequate records of your compliance with subparagraph (1) above showing the--

(i) Date you received the Notice of Termination;

(ii) Effective date of the termination; and

(iii) Extent of completion of performance on the effective date.

(3) Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice

(i) Specify your Government contract number,

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (I) above;

(iv) Provide instructions to submit any settlement proposal promptly; and

(v) Request that similar notices and instructions be given to its immediate subcontractors.

(4) Notify the Contracting Officer all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

(5) Take any action required by the Contractor or under the Termination clause in the contract.

*(c) Termination inventory.*

(1) As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory of the following types or classes, including subcontractor termination inventory that you have the right to take: None

(2) To settle your proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see Part 45.

(d) Settlements with subcontractors. You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of Part 49.

*(e) Completed end items.*

(1) Notify the Contracting Officer of the number of items completed under the contract and still on hand and arrange for their delivery or other disposal (see 49.205).

(2) Invoice acceptable completed end items under the contract in the usual way and do not include them in the settlement proposal.

*(f) Patents.* If required by the contract, promptly forward the following to the Contracting Officer;

(1) Disclosure of all inventions, discoveries, and patent applications made in the performance of the contract.

(2) Instruments of license or assignment on all inventions, discoveries, and patent applications made in the performance of the contract.

*(g) Employees affected.*

(1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to --

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Services to qualify for unemployment insurance, if necessary;

(v) Inform the local Chamber of Commerce and other appropriate

organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in subparagraph (l) above.

*(h) Administrative*. The contract administration office name in the contract will identify the Contracting Officer who will be in charge of the settlement of this termination and who will, upon request, provide the necessary settlement forms. Matters not covered by this notice should be brought to the attention of the undersigned.

(i) Please acknowledge receipt of this notice as provided below.

Roscoe W. Crawford

ROSCOE W. CRAWFORD
Contracting Officer

## Acknowledgement of Notice

The undersigned acknowledges receipt of a signed copy of this notice on ________, 19____. Two signed copies of this notice are returned.

______________________________
(Name of Contractor)

By ______________________________
(Name)

______________________________
(Title)

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONT ID CODE — PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO.: 00003
3. EFFECTIVE DATE: MAR 14 1996
4. REQUISITION/PURCHASE REQ. NO.: N0003996RCDL300
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE: N00600

FLEET INDUSTRIAL SUPPLY CENTER
WASHINGTON DETACHMENT
WASHINGTON NAVY YARD BLDG 200-4th Floor
WASHINGTON DC 20374-5014
POC: LISA SCOTT, CODE PB2C, A/C (202) 433-5391

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street county, State and ZIP Code)

INFORMATION SYSTEMS AND NETWORKS CORPORATION
6411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

CODE 8U179 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: N00600-94-C-0389

10B. DATED (SEE ITEM 13): 15 JUL 1994

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority) PURSUANT TO FAR CLAUSE 52.249-1 "TERMINATION FOR THE CONVENIENCE OF THE GOVERNMENT"

E. IMPORTANT: Contractor X is not, ☐ is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide preliminary notice of the following:

1. Contract N00600-94-C-0389 is completely terminated pursuant to the authority of FAR 52.249-1 Termination For The Convenience of the Government.

2. This termination is effective 15 March 1996.

3. Refer all questions regarding this matter to Ms. Lisa Scott, Code 201.4C at (202) 433-5391.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or Print): ROSCOE W. CRAWFORD

15B. CONTRACTOR/OFFEROR ___ (Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA BY Roscoe W. Crawford (Signature of Contracting Officer)

16C. DATE SIGNED: MAR 14 1996

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

ISN

Roma Malkani
President

June 6, 1996

Defense Logistics Agency
Defense Contract Management Area
Operations - Atlanta
805 Walker Street
Marietta, GA 30060-2789

Attention: Ms. Denise M. Jones
Termination Contracting Officer

Subject: Contract No. N00600-94-C-0389
Settlement Proposal (Termination)

Dear Ms. Jones:

Enclosed is our settlement proposal consisting of the following documents (original and 3 copies):

(1) Standard Form 1436, Settlement Proposal (Total Cost Basis)
(2) Standard Form 1439, Schedule of Accounting Information.

Our proposal is based on a total cost basis in accordance with FAR 49.206-2(b) since an inventory basis is not practicable because the Government took most of the material on 21 February 1996 from ISN Corporate Headquarters in Bethesda, Maryland and the termination is a complete termination.

We request that partial payments be authorized for this proposal in accordance with FAR 49.112-1.

This contract was awarded on 15 July 1994, put on hold on February 20, 1996, pursuant to a Stop Work Order, FAR 52.212-13, and then subsequently Terminated for the Convenience of the Government on 15 March 1996.

If there are any questions, please do not hesitate to contact the undersigned.

Very truly yours,
INFORMATION SYSTEMS AND NETWORKS CORPORATION

[signature]

Roma Malkani

# SETTLEMENT PROPOSAL
## (TOTAL COST BASIS)

FORM APPROVED OMB NO. 3090-0115

FOR USE BY A FIXED-PRICE PRIME CONTRACTOR OR A FIXED-PRICE SUBCONTRACTOR

| | |
|---|---|
| This Proposal Applies to (check one)<br>[X] A Prime contract with the Government<br>[ ] A subcontract or Purchase Order | COMPANY<br>INFORMATION SYSTEMS and NETWORKS |
| SUBCONTRACT or PURCHASE ORDER NO.(S) | STREET ADDRESS<br>10411 MOTOR CITY DRIVE |
| CONTRACTOR WHO SENT NOTICE OF TERMINATION<br>NAME | CITY and STATE<br>BETHESDA, MD 20817 |
| ADDRESS | NAME OF GOVERNMENT AGENCY<br>NAVY |
| If moneys payable under the contract have been assigned, given the following: | Government Prime Contract: N00600-94-C-0389 / Contractor's Reference No.: 01319 |
| NAME OF ASSIGNEE | EFFECTIVE DATE of TERMINATION<br>15 MARCH 1996 |
| ADDRESS | PROPOSAL NO. / CHECK ONE: INTERIM X FINAL |

SF1439, SCHEDULE OF ACCOUNTING INFORMATION _X_ IS ___ IS NOT ATTACHED (if not, explain)

### SECTION I - STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACT or PURCHASE ORDER (a) | | FINISHED: Previously Shipped and invoiced (b) | FINISHED: ON HAND: PAYMENT To Be RECEIVED THROUGH INVOICING (c) | FINISHED: ON HAND: PAYMENT NOT To Be RECEIVED THROUGH INVOICING (d) | UNFINISHED or NOT COMMENCED: SUBSEQUENTLY Completed AND INVOICED* (e) | UNFINISHED or NOT COMMENCED: NOT TO BE Completed (f) | TOTAL COVERED BY Contract OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| CLINS 0001 through 0003 | QUANTITY | | | | | | 1 LOT |
| | $ | | | | | | $4,416,646 |
| | QUANTITY | | | | | | |
| | $ | | | | | | |
| | QUANTITY | | | | | | |
| | $ | | | | | | |

### SECTION II - PROPOSED SETTLEMENT

| NO. | ITEM (a) | (Use Columns (b) and (c) only where previous proposal has been filed) TOTAL previously proposed (b) | Increase or Decrease by this Proposal (c) | TOTAL Proposed TO DATE (d) | *for use of contracting Agency only* (e) |
|---|---|---|---|---|---|
| 1 | DIRECT MATERIAL | | | 2,401,080 | |
| 2 | DIRECT LABOR | | | 604,657 | |
| 3 | INDIRECT FACTORY EXPENSE (from Schedule A) | | | 466,330 | |
| 4 | SPECIAL TOOLING and SPECIAL TEST EQUIPMENT (SF 1423) | | | 0 | |
| 5 | OTHER COSTS (from Schedule B) | | | 427,831 | |
| 6 | GENERAL and ADMINISTRATIVE EXPENSE | | | 534,061 | |
| 7 | TOTAL COSTS (ITEMS 1 through 4) | | | 4,433,958 | |
| 8 | PROFIT (Explain in Schedule D) | | | 443,396 | |
| 9 | TOTAL (ITEMS 7 and 8) | | | 4,877,354 | |
| 10 | DEDUCT FINISHED PRODUCT INVOICED or to be INVOICED | | | 0 | |
| 11 | TOTAL (ITEMS 9 less item 10) | | | 4,877,354 | |
| 12 | SETTLEMENT EXPENSES (from Schedule E) | | | 183,224 | |
| 13 | TOTAL (ITEMS 11 and 12) | | | 5,060,578 | |
| 14 | SETTLEMENTS with SUBCONTRACTORS (from Schedule F) | | | 0 | |
| 15 | GROSS PROPOSED SETTLEMENT (items 13 and 14) | | | 5,060,578 | |
| 16 | DISPOSAL and OTHER CREDITS (from Schedule G) | | | 0 | |
| 17 | NET PROPOSED SETTLEMENT (Item 15 less 16) | | | 5,060,578 | |
| 18 | ADVANCED, PROGRESS & PARTIAL PAYMENTS (from Schedule H) | | | 2,507,015 | |
| 19 | NET PAYMENT REQUESTED (Item 18 less 19) | | | 2,553,563 | |

*Column (e), Section I, should only be used in the event of a partial termination, in which the total cost reported in Section II should be accumulated to date of completion of the continued portion of the contract and the deduction for finished product (Item 10, Section II) should be contract price of finished product in Column (b), (c) and (e), Section I.

NOTE.–File inventory schedules (SF 1426, 1428, 1430 and 1432) for allocable inventories on hand at date of termination (see 49,2 06 and SF 1425)

Where the space provided for any information is insufficient, continue on a separate sheet.

NSN 7540-01-140-5521 1436-101 STANDARD FORM 1436 (10-83) Prescribed by GSA FAR (48 CFR) 53.249(a)(3)

SCHEDULE A - INDIRECT FACTORY EXPENSE (Item 2)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| Fringe | DL * FRINGE | 179,482 | |
| Overhead | (DL+FRINGE)*OH | 286,848 | |
| TOTAL | | 466,330 | |

NOTE: - Individual items of small amounts may be grouped into a single entry in Schedules B, C, E, F and G.

SCHEDULE B - OTHER COSTS (Item 5)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| TRAVEL | Cost from Job Cost | 74,668 | |
| OTHER DIRECT COST | Cost from Job Cost | 353,162 | |
| TOTAL | | 427,831 | |

SCHEDULE C - GENERAL AND ADMINISTRATIVE EXPENSE (Item 3)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| LABOR | Calculated | 153,172 | |
| TRAVEL | Calculated | 10,109 | |
| ODC'S | Calculated | 47,410 | |
| MATERIAL | Calculated | 323,370 | |
| TOTAL | | 534,061 | |

SCHEDULE D - PROFIT (Item 8)

| EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Profit was computed based on 10% of Costs | 443,396 | |
| TOTAL | 443,396 | |

Where the space provided for any information is insufficient, continue on a separate sheet.

STANDARD FORM 1436 (10-83)
PAGE 2

SCHEDULE E - SETTLEMENT EXPENSE (Item 12)

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| LABOR & ODC'S | BURDENED COSTS through 4/30/96 P<br>ESTIMATE TO COMPLETION | 125,000 | |
| PPA INTEREST | CALCULATED | 58,224 | |
| TOTAL | | 183,224 | |

Schedule F - SETTLEMENT with IMMEDIATE SUBCONTRACTORS and SUPPLIERS (Item 14)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| TOTAL | | 0 | |

SCHEDULE G - DISPOSAL and OTHER CREDITS (Item 16)

| DESCRIPTION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Not Applicable | 0 | |
| TOTAL | 0 | |

(If practicable, show separately amounts of disposal credits applicable to acceptable finished product included on SF 1428.)

Where the space provided for any information is insufficient, continue on a separate sheet.

STANDARD FORM 1436 (10-83)
PAGE 3

SECTION H - ADVANCE, PROGRESS AND PARTIAL PAYMENTS

| DATE | .PE OF PAYMENT | ..MOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| 34729 | Progress payment | 2,063,450 | |
| 34754 | Progress payment | 443,565 | |
| | | 2,507,015 | |

Where the space provided for any information is insufficient, continue on a separate sheet.

CERTIFICATE

This is to certify that the undersigned, individually, and as an authorized representative of the Contractor, has examined this termination settlement proposal and that, to the best knowledge and belief of the undersigned.

(a) AS TO THE CONTRACTOR'S OWN CHARGES. The proposed settlement (exclusive of charges set forth in Item 14) and supporting schedules and explanations have been prepared from the books of account and records of the Contractor in accordance with recognized commercial accounting practices. They include only those charges allocable to the terminated portion of this contract; they have been prepared with knowledge that they will, or may, be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

(b) AS TO THE SUBCONTRACTORS' CHARGES. (1) The Contractor has examined, or caused to be examined, to an extent it considered adequate in the circumstances, the termination settlement proposals of its immediate subcontractors (exclusive of proposals filed against these immediate subcontractors by their subcontractors); (2) The settlements on account of immediate subcontractors' own charges are fair and reasonable, the charges are allocable to the terminated portion of this contract, and the settlements were negotiated in good faith and are not more favorable to its immediate subcontractors than those that the Contractor would make if reimbursement by the Government were not involved; (3) The contractor has received from all its immediate subcontractors appropriate certificates with respect to their termination settlement proposals, which certificates are substantially in the form of this certificate; and (4) the Contractor has no information leading it to doubt (i) the reasonableness of the settlements with more remote subcontractors or (ii) that the charges for them are allocable to this contract. Upon receipt by the Contractor of amounts covering settlements with its immediate subcontractors, the Contractor will pay or credit them promptly with the amounts so received, to the extent that it has not previously done so. The term "subcontractors", as used above, includes suppliers.

NOTE: The Contractor shall, under conditions stated in FAR 15.8044-2, be required to submit a Certificate of Current Cost or Pricing Data (see FAR 15.804-2(a) and 15.804-6).

| | | |
|---|---|---|
| NAME OF CONTRACTOR<br>INFORMATION SYSTEMS & NETWORKS CORP. | BY (Signature of authorized official)<br>Donna Meltkan | |
| | TITLE<br>President | DATE<br>6/4/96 |
| Name of Supervisory Accounting Official<br>Mr. Allieu Shaw | TITLE<br>Accounting Manager | |

U.S. GOVERNMENT PRINTING OFFICE STANDARD FORM 1436 PAGE 4