************************************************************

# UNITED STATES COURT OF FEDERAL CLAIMS

************************************************************

02-796C
(Judge Allegra)

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************************************

## APPENDIX OF EXHIBITS SUPPORTING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

************************************************************

Norman H. Singer, Esquire
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400

Attorneys for Plaintiff

| Exh. # | Page |
|---|---|
| A. Affidavit of Roma Malkani | |
| B. Affidavit of Sonya Lyles | |
| 1. Project Kickoff Meeting Minutes dated August 1, 1994 | 4-5 |
| 2. Project Meeting Minutes dated September 28, 1994 | 6-7 |
| 3. Project Meeting Minutes dated October 20, 1994 | 8-11 |
| 4. Project Meeting Minutes dated November 2, 1994 | 12-16 |
| 5. Project Meeting Minutes dated November 15, 1994 | 17-20 |
| 6. Program Meeting Minutes dated November 16, 1994 | 21-24 |
| 7. Program Meeting Minutes dated November 30, 1994 | 25-26 |
| 8. Memorandum dated January 13, 1995 re DMS | 27 |
| 9. ECP-NTCC Hampton Roads, DMS Equipment | 28-29 |
| 10. Conference Meeting Minutes dated March 21, 1995 | 31-36 |
| 11. Government "Claim" for Late Submission of CDRLs as of 3/21/95 | 37 |
| 12. Conference Meeting Minutes dated March 30, 1995 | 38-43 |
| 13. 7-Page Attachment to Conference Meeting Minutes of 3/21/95 | 44-50 |
| 14. ECP CDRL Item 003 dated June 20, 1995 and attachments including revised schedule and cut-over | 52-60 |
| 15. Program Meeting Minutes of July 10, 1995 | 61-64 |
| 16. Memorandum dated July 20, 1995 from SPAWAR | 65 |
| 17. Conference Meeting Minutes dated July 24, 1995 | 66-70 |
| 18. Letter to SPAWAR (cc CO) dated August 16, 1995 and attachments | 71-79 |
| 19. Conference Meeting Minutes dated September 18, 1995 | 80-84 |
| 20. Project Meeting Minutes dated November 7, 1995 | 85-88 |

| | |
|---|---|
| 21. Project Meeting Minutes dated October 23, 1995 | 89-90 |
| 22. Project Meeting Minutes dated October 25, 1995 | 91 |
| 23. Conference Meeting Minutes dated October 23, 1995 | 92 |
| 24. ECP dated April 18, 1995 from ISN re Navy Equipment Configuration On All Sites and attachments | 93-104 |
| 25. Memorandum from Ron Zell (SPAWAR) dated April 12, 1995 | 105 |
| 26. Hampton Roads 12 pair cable ECP Cost | 106-113 |
| 27. Camp H M Smith 12 pair cable ECP | 114-122 |
| 28. Makalapa 12 pair cable ECP | 123-129 |
| 29. Letter ECP dated April 21, 1995 on 12 pair cable change including new Program Schedule | 130-137 |
| 30. Letter dated May 25, 1995 from ISN to SPAWAR on ECPs & Revised Schedule | 138-139 |
| 31. Letter dated June 26, 1995 from FISC (Navy) to ISN | 140 |
| 32. Letter dated July 20, 1995 from SPAWAR to ISN | 141-143 |
| 33. Letter dated July 21, 1995 from SPAWAR to ISN | 144 |
| 34. Memorandum dated August 31, 1995 from ISN to SPAWAR | 145 |
| 35. DCAA Audit Report dated November 13, 1995 on Progress Payments #'s 3, 4, and 5 | 146-153 |
| 36. Notes on Meeting between Contracting Officer and SPAWAR on December 6, 1995 | 154-155 |
| 37. Memorandum from SPAWAR to Contracting Officer dated December 8, 1995 and FISC Meeting Notes of 12/7/95 | 156-157 |
| 38. ISN CDRL Delivery Status As of February 1, 1996 | 158-162 |
| 39. Letter dated February 23, 1996 from ISN to Contracting Officer | 163-164 |
| 40. ISN's Termination Settlement Proposal dated June 6, 1996 | 165-173 |

EXHIBIT A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | No. 02-796C (Judge Allegra) |
| THE UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**AFFIDAVIT OF ROMA MALKANI**

ROMA MALKANI, under penalty of perjury, submits the following declaration, in support of Information Systems & Network's ("ISN") Opposition to the Motion For Summary Judgment filed by the defendant, The United States of America("defendant"), and the state the following on personal knowledge:

1. I make this declaration upon personal knowledge, except as to matters stated to be upon information and belief, which I believe to be true. I have been the President and CEO of ISN since its inception in 1980 and continue in that capacity to date. In that capacity, I have been knowledgeable about all contracts entered into by ISN since only I have had contract signature authority. In addition to signing each contract, for contracts over $1 million in value, I participated internally in agreeing to the pricing of the contract.

2. In 1994, ISN bid on and won what generally has been referred to as the ATC Contract. In its BAFO, ISN was required to submit prices on all equipment, labor and costs. Even at the time of bidding, ISN understood that there was a high likelihood

that changes could be made in equipment, labor and other costs due to changes either requested by ISN or by the defendant, and because site surveys would not be undertaken until after the Contract was signed.

3. As soon as ISN completed its site surveys as required by the ATC Contract, the defendant began requesting changes in the Contract equipment and labor. These requests were made usually by the Technical Contracting Officer ("COTR") and Contracting Officer ("CO"). These changes would then be reduced to writing by: 1. The Project Meeting Minutes would set forth the changes the defendant was requesting and what was required of ISN; 2. An ISN letter or form of a proposal or memorandum confirming the changes to the CO. Both the Minutes of the meeting and the confirmatory documents were circulated to all participants including the CO. During the course of the Contract, ISN issued to the defendant at least four Engineering Change Proposals (ECPs), all at the request of the defendant through the COTR and CO. I understood that the COTR and CO requested these changes at Project Meetings, which were then confirmed by a proposal. I was aware that these proposals were being submitted at the time of submission. ISN understood that an Agreement had to be reached on the pricing of the change.

4. All of the equipment and additional labor required to be altered as a result of the changes, at the demand of the defendant, was ordered and paid for by ISN during Contract performance, despite the fact that ISN had not been paid for the changes.

5. On March 21, 1995, about eight months into the Contract, the defendant provided ISN with a claim or demand that because certain CDRL's were late primarily due to the defendant's changes, ISN owed defendant $3,025,185.15 as consideration for

the delays (See ISN Appendix p.37). At the time this claim was made, ISN had not been paid any amount under the Contract. While ISN disagreed with the claim and its calculation, ISN interpreted the claim as a threat so that ISN would not charge for any of the requested changes, i.e. the defendant would not be willing to pay for any changes regardless of how much more it would cost ISN. ISN did not agree to make the changes without compensation.

6. As of February 1, 1996, the Project was basically on-track and the CDRL deliverables had either been made and approved by defendant or were awaiting defendant's approval. (See ISN Appendix p. 158). Further, the defendant directed changes had been purchased and delivered and differences in configurations had been successfully worked on. I understood that Hampton Roads was virtually complete-the defendant states it was 80% complete as of early December, 1995, but its answer to interrogatory confirms 95%.

7. I was surprised to learn of the verbal stop-work order on February 24, 1996. Since more than half the cost of the Contract was in equipment, it was important for ISN to have an accurate inventory so it could be reimbursed. Further, I understood that under FAR, ISN had an obligation to deliver an inventory within 120-days of termination. It was prevented from preparing such an inventory under a strange set of circumstances. On February 21, 1996, less than 24 hours after the stop-work order, ISN was notified that the defendant would seize all equipment at 1pm that day. ISN requested a week to inventory, but defendant refused stating that it would use U.S. Marshalls to make the seizure. Once again, like the early demand for consideration of $3 million, defendant demonstrated unreasonable and heavy-handed tactics. (See ISN Appendix

163). To this date, ISN has never seen a copy of the inventory, which the defendant claims it took.

8. I understand that the defendant now claims that the CO did not authorize the changes to the Contract and the changes were not in writing. I have reviewed the Project Meeting Minutes and the various ECPs, and do not know the basis for defendant's position. ISN relied on the authority of the COTR and CO reduced to writing to make the changes and reduced all changes to writing and acted on the changes based on defendant's demand.

9. I have now reviewed certain documents, which disclose to me that defendant, as early as March, 1995, did not want to pay for any changes to the Contract (and never told this to ISN). I have also learned that despite the progress of the Project, in early December, 1995, defendant planned ISN's termination, hoping to establish a default basis for the termination.

10. I have been in the government contracting business for more than 25 years. I am familiar with the necessity for each party to follow the terms and conditions of the government contract. Here, at the defendant's written request through the CO, ISN submitted written proposals, which the defendant either approved or was in the process of approving. All orders and directions of the COTR and CO were memorialized in writing. However, ISN was instructed and ordered that if the changes were not effected before the formalities of documentation were accomplished, the defendant would assert a claim because of default. Having asserted such a monetary claim in March, 1995, ISN was left no alternative but to follow the CO instructions and undertake the changes.

11. One of ISN's subcontractors on the ATC Contract was Datacom Management Services ("DMS"). At the time of ISN's termination, DMS was owed $196,689 for equipment ordered at the defendant's request. ISN paid this amount in full in 2001.

12. I have reviewed the Memorandum in Opposition to the Motion for Summary Judgment and state that the facts set forth therein are correct to the best of my knowledge.

Further affiant saith not.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2007

Roma Malkani
ROMA MALKANI

EXHIBIT
B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | : | No. 02-796C<br>(Judge Allegra) |

**AFFIDAVIT OF SONYA LYLES**

SONYA LYLES, under penalty of perjury, submits the following declaration, in support of Information Systems & Network's ("ISN") Opposition to the Motion For Summary Judgment filed by the defendant, The United States of America ("defendant"), and the state the following on personal knowledge:

1. I make this declaration upon personal knowledge, except as to matters stated to be upon information and belief, which I believe to be true. I have been an Accountant in the Accounting Department of Information Systems & Networks Corporation ("ISN") since 1988. In that capacity, I have been responsible for working with ISN's accounting systems, including its JAMIS Cost Accounting System ("JAMIS"). JAMIS is a cost accounting system, which was approved by the Defense Contract Audit Agency ("DCAA"), as a proper accounting system for ISN to set forth its incurred costs on its government contracts. In 1994, at the time of the ATC Contract, I was responsible for imputing the incurred costs and working with DCAA on processing ISN's invoices for payment.

2. In 1994, ISN bid on and won what is generally has been referred to as the ATC Contract. In its BAFO, ISN was required to submit prices on all equipment, labor and costs.

3. As of the stop work order issued by the government in February, 1996, ISN had incurred total costs of $4,939,263, as reported in JAMIS. These costs were subsequently audited by DCAA and approved as having been incurred, supported and reasonable. ISN also incurred settlement expenses of $183,224 but DCAA allowed only $31,685 of this amount.

4. ISN was paid a total of $4,049,532, which was $889,731 less than the costs it had incurred and paid for under the ATC Contract. Of this amount, $367,113.50 remained on the original fixed price contract amount of $4,416,645.57. An additional $522,617.50 was incurred and paid for above the contract amount. Total costs incurred and paid for by ISN but not reimbursed are $889,731.00.

5. I have reviewed the Memorandum in Opposition to the Motion for Summary Judgment and state that the facts set therein to the extent they involve accounting matters for ISN are correct to the best of my knowledge.

Further affiant saith not.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2007

Sonya D. Lyles
SONYA LYLES

EXHIBIT 1

# ATC Project Kickoff Meeting



R. E. C. \Data\ATC\Nkickoff.doc R1 9:53 PM 3-Aug-94

Room 511 Crystal Park 5 1 Aug. 1994. 10:30 AM

**ATTENDEES**

| | | | | |
|---|---|---|---|---|
| NAVY | (703) 602-7252 FAX | | ISN (301) 469-0400<br>(301) 469-7726 FAX | DMS (203) 838-7183<br>(203) 838-1751 FAX |
| Ernie Flores | SPAWAR PMW 172-22E | (703) 602-4891 | Bob Chapman | |
| Shirley Hough, CWO3 | NCTC N6 | (202) 282-0288 | Don Miller | Ronald Thibodeau |
| Percy Tolbert | SPAWARSYSCOM | (703) 602-8337 | Don Tabasco | |
| Ron Zell | SPAWAR PMW 172-21 | (703) 602-8835 | | |
| Eugene Basnight | NISE EAST | (804) 396-0660 | | |
| Wes Miller | BAH | (703) 412-7782 | | |
| James L. Williams | SEMCOR | (703) 418-4400 | | |

**NEXT MEETING**

Monday 19 Aug. 94 Time and Place TBD

Main Subject will be the Site Survey and Options.

**GENERAL DISCUSSION**

Navy presented some of the details of the first three site surveys to be done and listed E. Basnight as the contact for Hampton Roads.

| NEW ACTION ITEMS | ACTION | DUE DATE |
|---|---|---|
| Navy to provide DD254 to ISN and ISN to provide flow down DD254 to DMS | | |
| Navy to contact sites to coordinate the site surveys | | |
| Navy to provide CAD drawings | | |
| Navy to MOD Contract to account for the site Survey schedule. | | |

| CURRENT ACTION ITEMS | ACTION | DUE DATE |
|---|---|---|
| ISN to provide names & Social Security Numbers of people doing the Site Surveys, needed by next meeting<br>ISN has provided all but one Social Security Number - Will provide in a couple of days. | R. Chapman | 1 Aug. 94 |
| Navy to state when ISN can expect the first option to be exercised<br>The decision of implementing the next option has been delayed and site survey will not be done at this time | P. Tolbert | |
| ISN to provide a schedule for the first three Site Survey's<br>Tentative schedule is to do the Site Survey on three consecutive weeks Starting 8 Aug. Ending 27 Aug.<br>ISN has provided the schedule for the first three site survey. | R. Chapman | |

| LATE ACTION ITEMS | ACTION | DUE DATE |
|---|---|---|
| none | | |

| COMPLETED ACTION ITEMS | DATE COMPLETED |
|---|---|

EXHIBIT
2

# DRAFT

ATC Project Meeting
Crystal City, VA
10:30, 28 September 1994

## ATTENDEES

| | | | |
|---|---|---|---|
| Ron Zell | SPAWAR | 172-22 | (703) 602-8835 |
| Michele Held | NRCC | | (202) 433-5391 |
| Jeff Bergdahl | SPAWAR | 172-22C | (703) 602-8332 |
| Percy Tolbert | SPAWAR | 172-22D | (703) 602-8337 |
| Ernie Flores | SPAWAR | 172-22E | (703) 602-4891 |
| Wesley E. Rice II | CNCTC | 6220 | (301) 202-0288 |
| Eugene Basnight | NISE | | (804) 558-6782 |
| Bob Chapman | ISN | | (301) 469-0400 |
| Don Tabasco | ISN | | (301) 469-0400 |
| Jim Corless | DMS | | (203) 838-7183 |
| Roland Thibodeau | DMS | | (203) 838-7183 |
| Frank Maher | DMS | | (203) 838-7183 |
| Wes Miller | BAH | (PMW 172-22C) | (703) 412-7782 |
| Jim Williams | Semcor | (PMW 172-22E) | (703) 418-4400 |

## GENERAL DISCUSSION

1. Bob Chapman presented the new ISN Schedule for the first three sites. NTCC Hampton Roads will be installed first. ISN anticipates no problem with the installation, However ISN is concerned with cut-over. DMS has indicated that the delivery of the hardware for the first three systems is not a problem. (Handout provided not all points discussed here).

2. The ISN Schedule showed that the installation plan to slip from the contract schedule this slip should not affect the installation schedule. Current manpower level is a little below needed level, however ISN has committed to a significant increase in the manpower level to catch-up with the documentation. This should put ISN back on schedule by beginning of next year.

3. The Issue of OJT and support during cut-over. ISN will provide OJT and will support the operations people during cut-over.

4. ISN brought discussed the need for technical meetings Navy concurred first meeting set for 1:30 PM same day.

5. Navy brought up the issue of minimal to no interruption in service of circuits. The ISN response was that limited interruptions will occur but ISN will schedule this with the site and attempt to schedule at such a time as to cause minimum interruption. This can be cone at night or weekends if necessary.

6. The issue of Tempest was addressed and was determined to not be within scope of this contract.

| **NEW ACTION ITEMS** | **ACTION** | **DUE DATE** |
|---|---|---|
| 1. Will the Red RIU's be installed at the NTCC or at user site? | Ernie Flores | |
| 2. Realign KG's to make space for RIU's at Camp Smith. | NISEWEST | 15 Jan 94 |
| 3. SPAWAR to provide specification of the 9 pair cable to be used. | Ernie Flores | |
| 4. NISEWEST to install new cabinets for expansion of RIU's. | NISEWEST | 15 Jan 94 |
| 5. ISN to provide schedule for the next three sites. | Bob Chapman | 19 Oct 94 |

**NEXT MEETING**

*Crystal Park 5 Room 1100; 1000, 19 October 94*

| **CURRENT ACTION ITEMS** | **ACTION** | **DUE DATE** |
|---|---|---|
| 1. What is to be the standard interface Neg Mark Bal or 530 | Ernie Florics | |
| 2. Provide location of the storage area during installation. | Ernie Florics | |

| **LATE ACTION ITEMS** | **ACTION** | **DUE DATE** |
|---|---|---|

| **COMPLETED ACTION ITEMS** | **ACTION** | **DATE** |
|---|---|---|
| SPAWAR specified fiber for entrance into the HEMP room. | Ernie Flories | |

EXHIBIT
3

ISN

# LETTER OF MEMORANDUM

**REF: Minutes of ATC Working Group Meeting, 20 October, 1994**

The attendees of the ATC working group meeting were:

| | | |
|---|---|---|
| Eugene Basnight | NISE EAST | (804) 558-6782 |
| Jeffery Bergdahl | SPAWAR 172-22C | (703) 602-8332 |
| Ernie Flores | SPAWAR 172-22E | (703) 602-4891 |
| John Howard | Semcor | (703) 418-4400 |
| Steve Lord | Semcor | (703) 418-4400 |
| Aubrey Marion | ISN | (301) 469-0400 |
| Paul Nenninger | ISN | (301) 469-0400 |
| Frank Ostronic | ISN | (301) 469-0400 |
| Ralph Palmer | ISN | (301) 469-0400 |
| Royce Priem | ISN | (301) 469-0400 |
| Charles Rodgers | BAH | (703) 412-7855 |
| James Williams | Semcor | (703) 418-4400 |

## GENERAL DISCUSSION

Ernie Flores opened the meeting by reviewing the action items from the September 28, 1994, meeting. Regarding the placement of user RIUs, SPAWAR has determined that RIUs will be placed in user locations, not inside the TCFs. This is a blanket decision, covering all sites.

Mr. Flores provided ISN with the 9 pair cable specification that ISN requested including vendors and pricing.

Regarding the electrical specification, Mr. Flores stated that the final determination was to be negative mark, Mil STD-188, and said that the Rota documentation would assist us in cabling decisions.

Mr. Flores then discussed the issue of storage space for equipment to be installed at the sites. For Makalapa and Camp Smith, ISN will be provided with NISE WEST warehouse accommodations, with 24 entry access, as well as holiday access, if necessary. At present, for the Hampton Roads installation, the only accommodations that can be made are in warehouse space in Portsmouth, Virginia, which would require trucks to transport needed equipment on a weekly or daily basis. Alternatives were discussed, such as a trailer on site, however, due to limited parking space availability, the suggestion was discarded. Another alternative discussed was floor space on the second floor of building NH-95. Mr. Basnight stated that he would look into that possibility. The Portsmouth option would only allow 40 hour a week access. Other concerns noted were storage space inside the facility, because of limited space, and the need for storage of tools and test equipment. Dr. Nenninger asked whether it would be advantageous to send ISN personnel down to Hampton Roads to assist in this matter, and Mr. Flores and Mr. Basnight concurred.

Mr. Bergdahl then asked about a discrepancy between the schedule that was submitted by Bob Chapman and the schedule submitted with the Management Plan. Dr. Nenninger questioned if there was a need for an additional meeting to discuss the differences, however, after further discussion it was deemed unnecessary, and ISN need only compare the schedules and inform Mr. Bergdahl of the necessary corrections in writing.

Mr. Flores then entered into the discussion of the Camp H M Smith Site Survey Report. Mr. Flores provided ISN with a copy of comments regarding problem areas. Mr. Priem asked if the comments provided were those initially submitted with the first draft, and Mr. Flores affirmed the question, however, additional areas of concern were noted.

Mr. Flores began with APPENDIX A in the report, and stated that the proposed DMS Equipment layout had been omitted, and that rack elevations for those cabinets installed by ISN, housing the RED and BLACK switches should be provided in the report. He also stated that the drawing for the SCP-8000 system architecture had also been omitted, and the drawing indicated 3 printers, the listing in the survey indicated only 2.

Mr. Flores stated the floor layout for the Message Center did not indicate the proposed location of an RIU.

It was noted that paragraph **2.1.3 Power** did not address the needed power to those racks provided and installed by ISN.

Mr. Flores indicated that paragraph **2.1.9 Timing Reference** did not include sufficient detail concerning the requirements of the DMS switch, or the necessary connectivity to the switch.

Mr. Flores then discussed the issue of the IDNX installation, and the need to solidify the direction ISN will take in the DMS installation. Mr. Flores said he would review the issue and respond at the next meeting.

Mr. Bergdahl addressed the location of switch servers, and indicated that the switch servers and the BLACK switch should be centrally located.

Mr. Bergdahl stated that there seemed to be some confusion as to ISN's definition of a workstation and SPAWAR's definition of a workstation. ISN indicated in the survey that a workstation was nothing more than a PC, while SPAWAR expects a station with an operator console and various test and monitoring equipment collocated on the same platform. Mr. Bergdahl then provided ISN with photographs of workstation layouts from EastPac and indicated that Rota had a similar design.

**Summary of Decisions**

1. RIUs will be placed in user locations.

2. The electrical specification is to be negative mark.

**Summary of Actions**

1. ISN will update Camp H M Smith Site Survey Report incorporating SPAWAR's comments. Due: 26 October, 1994

2. SPAWAR will solidify the direction ISN will take with respect to the IDNX installation. Due: 26 October, 1994

3. ISN to evaluate SPAWAR's definition of workstation and propose a workstation layout. Will be submitted in Site Survey Report.

ISN

EXHIBIT
4

9 November, 1994

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List (CDRL) Item A003, Conference Minutes, 2 November, 1994.

In accordance with the terms and conditions of the referenced contract, attached is the 2 November, 1994 Conference Minutes for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
Program Manager

cc: NRCC - R. Crawford

UC012

CDRL No: A003

ISN

# LETTER OF MEMORANDUM

**REF: Minutes of Program Meeting, 2 November, 1994**

Meeting attendees:

| | | |
|---|---|---|
| Eugene Basnight | NISE EAST | (804) 558-6782 |
| Jeffery Bergdahl | SPAWAR 172-22C | (703) 602-8332 |
| Roscoe Crawford | FISC Norf. Det. Washington | (202) 433-5387 |
| Jim Corless | DMS | (203) 838-7138 |
| Ernie Flores | SPAWAR 172-22E | (703) 602-4891 |
| Michele Held | FISC Washington | (202) 433-5391 |
| Paul Nenninger | ISN | (301) 469-0400 |
| Frank Ostronic | ISN | (301) 469-0400 |
| Bill Robertson | ISN | (301) 469-0400 |
| Roland Thibodeau | DMS | (203) 838-7183 |
| James Williams | Semcor | (703) 418-4400 |
| Ron Zell | SPAWAR | (703) 602-8423 |

*Next Scheduled Meeting*
*Date:* *16 November, 1994*
*Location:* *TBD*
*Time:* *10:00 AM*

## GENERAL DISCUSSION

Dr. Nenninger opened the meeting at 10:12 AM by introducing Mr. William Robertson as the new ISN Program Manager for the ATC Program.

Mr. Robertson presented a brief biography of himself. He is experienced in Navy work, is a graduate of Naval Academy and Naval Post Graduate School and has considerable hands-on directly related technical and managerial experience. Beginning with the next meeting schedule for 16 November, Mr. Robertson will chair these meetings for ISN.

Dr. Nenninger presented the agenda for the meeting and mentioned that in the future, a draft agenda will be submitted to the Navy for their comments prior to the meeting.

The minutes of the 19 October, 1994 meeting were received and the following comments were offered:

1. Roscoe Crawford asked that a copy of the letter identifying Bill Robertson as the Program Manager be faxed to him today, 2 November, 1994.

2. It was also requested that ISN should submit a letter to Roscoe Crawford identifying all members of the ISN team including their title and assignments. This is to be completed by 4 November, 1994.

3. The re-establishment of ISN schedule dates including DMS delivery dates and CDRL dates should be forwarded by letter to Roscoe Crawford by 4 November, 1994.

4. The Progress Report, including clarifications of invoice discrepancies, will be provided to the Navy on 4 November, 1994.

5. Ron Zell commented that during the site surveys in Hawaii, ISN personnel had visited the two expansion sites for Camp H M Smith. He stated that he was expecting an ECP from ISN to incorporate those sites. He mentioned that if ISN did not have everything needed to develop the ECPs to let him know. He asked for a date for the ECP. ISN agreed to provide a promise date for the ECP by 4 November, 1994.

## New Business

1. The next meeting was scheduled for Wednesday, 16 November, 1994, subject to the availability of a conference room.

2. Mr. Crawford requested cost breakdowns of the 414E ECP. ISN agreed to provide this by 4 November, 1994. Mr. Zell said that he could not commit to an authorization date but will expedite the approval process. Jim Corless commented that DMS and ISN are discussing potential delivery of the 414E modules earlier than previously anticipated.

3. The delivery dates for the Telecommunications Systems Installation Plans were discussed. ISN will deliver all three plans by 11 November, 1994.

4. DMS stated that all DMS hardware deliverables would be available for shipment as follows:

a. Hawaii (both sites) by 6 January 1995.

b. Hampton Roads by 1 February 1995. Most of the hardware will be available for shipment by mid-December.

5. The date for the exercise of the optional site is not yet known. The ISN proposal schedule called for travel during Thanksgiving and Christmas holidays. Mr. Zell indicated that this was not acceptable. Mr. Bergdahl offered the Navy's concern of ISN's ability to staff six concurrent installations with qualified personnel. Mr. Robertson agreed in that such a schedule would be an inefficient use of personnel. Mr. Bergdahl reiterated his concern that we put the best personnel possible on the first three sites. These sites must be done right the first time and the schedule must be nailed down. Mr. Zell stated it is still the Navy's objective to exercise the options.

6. With respect to the DD254s for the DMS personnel. DMS stated it is their intention to enter into subcontract for services with ISN. This would allow ISN to process a DD254 for their clearances.

**Summary of Actions**

1. ISN will provide a copy of the letter identifying Mr. Robertson as the Program Manager by 2 November, 1994.

2. ISN will submit a letter identifying all personnel assigned to the ATC program, with assignments and titles, as well as resumes for each by 4 November, 1994.

3. ISN will submit schedule dates including DMS delivery dates and CDRL dates by 4 November, 1994.

4. ISN will provide the Progress Report to the Navy, including clarifications of invoice discrepancies, by 4 November, 1994.

5. ISN will provide a cost breakdown of the 414E ECP to the Navy by 4 November, 1994.

6. ISN will deliver all Installation Plans by 11 November, 1994.

EXHIBIT
5

# AGENDA

**Wednesday, 16 November 1994**

Welcome
- Attendance List

Minutes of last meeting

Old Business
- Action Items - Status
- CDRL Items - Status
- Schedule

New Business
- ECP's
- Issues/Action Items

Summary

ISN®

15 November 1994

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, VA 22245-5200

**ATTENTION:** Jeffrey Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List (CDRL) Item A003, Conference Minutes, 15 November 1994

In accordance with the terms and conditions of the referenced contract, attached is the 15 November, 1994 Technical Meeting Minutes for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
Program Manager

cc: NRCC - R. Crawford

00018

November 1994

ISN®

# LETTER OF MEMORANDUM

**REF: Minutes of ATC Working Group Meeting, November 15, 1994**

The attendees of the ATC working group meeting were:

| | | |
|---|---|---|
| Eugene Basnight | NISE EAST | (804) 558-6782 |
| Jeffery Bergdahl | SPAWAR 172-22C | (703) 602-8332 |
| Ernie Flores | SPAWAR 172-22E | (703) 602-4891 |
| William Hunter | SPAWAR PD72F4A | (703) 602-8270 |
| Jim Williams | SEMCOR | (703) 418-4400 |
| William N.L. Robertson | ISN | (301) 469-0400 |
| Robert Chapman | ISN | (301) 469-0400 |
| Aubrey Marion | ISN | (301) 469-0400 |

00019

## GENERAL DISCUSSION

Ernie Flores opened the meeting by referencing the status and option of T-1 circuits, for Hampton Roads site. After providing the **Circuit/Baud** rate update, that was completed October 18, 1994, Mr. Flores stated that they (SPAWAR and the Navy) would like to have up to T-1s included for the ATC project. He indicated that the 1994 circuit count be used as the basis for this program.

Mr. Flores also stated that they would like to have the Multiplexers wired to 100% of there configured capability.

He then began to discuss the minutes of the meeting of November 02, 1994. Mr. Flores first discussed the matter of storage for equipment to be installed at Hampton Roads. There were three possibilities discussed. One was rental of a commercial storage facility, which was ruled out. Two, storage in the basement of building NH-95. This was determined to be a fire hazard. Third was storage at Portsmouth Naval Facility, supported by transportation of equipment using a van. ISN personnel agreed on the idea of storage at Portsmouth Naval Station, because it was the most secure. A step van would be acquired to make trips to retrieve supplies from Portsmouth on a timely basis. The van when located at NTCC Hampton Roads would be parked adjacent to the fence of building NH-95, NTCC facility. As the Portsmouth storage facility does not operate 24 hours or weekends, arrangement would have to be made through Mr. Basnight for ISN to obtain access.

Mr. Flores brought up the point of a work space for INS personnel at the NTCC facility. The Task was given to Mr. Basnight to locate a work space and to supply the basic requirement needed , such as a desk, and a drawing table, etc.

The subject of remoting the RIUs to buildings NH-19, NH-139, and NH-141 was put to ISN. The question was asked where ISN was going to place RIUs and what were ISN plans. Mr. Robertson advised the group that an ECP would be developed.

Mr. Flores stated that WWMCC would need to be looked at for possible addition to the ATC as well. How many RIUs would be needed and how would the cables be brought in to the racks? Mr. Basnight made a phone call reference the cables and stated they enter the racks from the bottom.

Mr. Flores then asked about personnel for Hampton Roads. Mr. Chapman responded that personnel would more than likely begin to arrive at the site on December 17, according to the new **Installation Schedule**. Mr. Robertson passed the new schedule around to attendees to get the Navy's informal concurrence. All attendees agreed with the modifications made. Mr. Basnight stated the matter of clearance for ISN personnel working at NTCC Hampton Roads. It was decided that information required to get badges would be send to Mr. Flores by November 23.

Mr. Bergdahl then had question regarding the system operations. He asked if the packet received was all there was since it was only the information from DMS. Mr. Robertson stated that according to the contract ISN was only to supply commercially available documents.

**Summary of Decisions**

None

**Summary of Actions**

1. Mr. Basnight to define a work space for INS personnel and to supply the necessities for the work area.

ISN

EXHIBIT 6

16 November 1994

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List (CDRL) Item A003, Conference Minutes, 16 November 1994

In accordance with the terms and conditions of the referenced contract, attached is the 16 November, 1994 Conference Minutes for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
Program Manager

cc: NRCC - R. Crawford

00021

ISN®

LETTER OF MEMORANDUM

**REF: Minutes of Program Meeting, 16 November 1994**

Meeting attendees:

| | | |
|---|---|---|
| Eugene Basnight | NISE E Norfolk | (804) 558-6782 |
| Jeff Bergdahl | SPAWAR PMW 172-22C | (703) 602-8332 |
| Jim Corless | DMS | (203) 838-7183 |
| Ernie Flores | SPAWAR PMW 172-22E | (703) 602-4891 |
| Michele Held | FISC. Washington | (703) 276-2726 |
| Wes Miller | BAH Support PMW 172-22C | (703) 412-7782 |
| Dr. Paul Nenninger | ISN | (301) 469-0400 |
| Frank Ostronic | ISN | (301) 469-0400 |
| Bill Robertson | ISN | (301) 469-0400 |
| Don Tabasco | ISN | (301) 469-0400 |
| Roland Thibodeau | DMS | (203) 838-7183 |
| James Williams | Semcor SPAWAR 172-22E | (703) 418-4400 |
| Ron Zell | SPAWAR 172-22 | (703) 602-8332 |

Next Scheduled Meeting
Date: 30 November 1994
Location: Room 1100
Time: 10:00 AM

00022



Information Systems & Networks Corporation • 10411 Motor City Drive, Bethesda, Maryland 20817 • (301) 469-0400 Telex: 387814

**GENERAL DISCUSSION**

Mr. Robertson opened the meeting by asking those present to sign the attendance list. He also distributed copies of the agenda.

Mr. Robertson then provided copies of the minutes for the 2 November 1994 meeting and asked for comments or corrections. The minutes were approved as written in and distributed by ISN memorandum dated 9 November 1994.

Ron Zell pointed out that the review of the personnel qualifications was still in process. This review should be completed Thursday, 17 November 1994. ISN will than be notified of the Navy's findings. If there are problems ISN will be notified immediately.

Mr. Zell requested additional information concerning the schedule ISN had submitted to the Navy. The schedule had been presented and discussed at the technical meeting on 15 November 1994. Ron was interested in the underlying assumptions of the schedule and the integration of the schedule with the CDRL deliveries and the ECP's. It was agreed that a separate meeting would be scheduled for 9 a.m. Monday, 21 November 1994 at SPAWAR for further discussions. Ernie Flores will not be able to attend this meeting, though he did attend the meeting of 15 November 1994.

The delivery of CDRL's was addressed. Bill Robertson said the Site Installation Plans and the Baseline Description Documents were complete except for incorporation of the schedule and would be delivered late today or tomorrow, 17 November 1994. Michelle Held noted that she had received the backup pricing information for the ECP addressing the 414E cards. She considered the information adequate. However, ISN must send a letter extending the date for the terms of the ECP. Roland Thibodeau agreed this should not be a problem, as DMS could expedite the 414E's by 30 days. ISN will send the letter this week.

In the area of outstanding CDRL's, it was identified that the Training Plan was still overdue. Bill Robertson noted that the draft was complete. However, it was intentionally withheld pending evaluation of the Semcor interactive trainer. He had received a demonstration of the Semcor CBT and found it to be an excellent tool. However, he felt that some training in the ISN contract would still be needed. The Training Plan was promised for the middle of next week.

Ron Zell noted that there is only one official schedule and all milestones/deliverables are to be in accordance with that schedule. Although a revised schedule is being addressed it is not official until incorporated into the contract.

With respect to the schedule, Ron asked ISN about their comfort level at Hampton Roads with respect to technical information, relationships, etc. Bill Robertson said that during the past few weeks, ISN has had personnel on site and all was proceeding well. Bill also mentioned that site visits would resume in the near future.

There are a number of ECP's in process Ron Zell asked that each ECP address the three sites on contract wherever possible. ISN agreed. Presently ECP's in the making include: 12 pair cabling in lieu of 9 pair cabling; additional port counts; and remote sites at Camp Smith and Hampton Roads.

All ECP's must be integrated into the official schedule, and there will be one Acceptance Test for each site and that Test must include all ECPs.

The next meeting will be held Wednesday, 20 November 1994 at 10 a.m. Jeff Bergdahl will identify the room number to ISN within the next few days.

Action Items:

1. Navy will notify ISN of results of review personnel qualifications.

2. ISN committed to deliver Baseline Description Documents and Site Installation Plans, prior to 15 17 November 1994.

3. ISN committed to provide formal letter extending terms for the 414E card ECP.

4. ISN committed to revise the draft training manual and provide it to the government during the week of 21 November 1994.

EXHIBIT 7

# Memorandum

**REF: Minutes of Program Meeting, 30 November 1994**

Meeting Attendees

| | | |
|---|---|---|
| Frank Ostronic | ISN | (301) 469-0400 |
| John Howard | Semcor | (703) 418-4400 |
| Ron Zell | SPAWAR 172-22 | (703) 602-8330 |
| Eugene Basnight | NISE EAST | (804) 558-6782 |
| Ernie Flores | Spawar 172-22E | (703) 602-4891 |
| Jim Williams | Semcor | (703) 418-4400 |
| Michele Held | FISC Washington | (202) 433-5391 |
| Jeff Bergdahl | SPAWAR 172-22c | (703)-602-8332 |
| Wes Miller | BAH | (703) 412-7782 |
| Don Tobasco | ISN | (301) 469-0400 |
| Bill Robertson | ISN | (301) 469-0400 |

Next Scheduled Meeting

**GENERAL DISCUSSION**

Mr. Robertson opened the meeting by asking those present to sign the attendance list. He also distributed copies of the agenda.

Mr. Robertson then provided copies of the minutes for the 16 November meeting and asked for comments or corrections. The minutes were approved as written and distributed by ISN memorandum dated 16 November 1994.

Ron Zell stated a concern about the ISN management structure and the ability to actually accomplish the task. He asked that the installation supervisor and site maintenance personnel be named. It was agreed that this would be discussed in a separate meeting.

A technical meeting was scheduled for the following week to discuss port counts for the Hampton Roads ECP.

Ms. Held requested that the effective date for the "414 E" ECP be extended. Mr. Robertson replied that he would provide that extension.

The status of the option sites was discussed. Mr. Zell stated that he wanted to table exercise of the options until after the new year.

**Action Items**

A joint SPAWAR / ISN / DMS trip to Hampton Roads to discuss extension of RIU's to the users facilities was to be scheduled for early December.

EXHIBIT 8

13 JAN 95

## SPAWAR /SEMCOR ITEMS OF ACTION

- HAWAII OS/2 DMS TRAINING TAPES (SEMCOR)

- COPY OF NCTAMS MED DET ROTA DTG 140815Z NOV 94 (SPAWAR)

## DMS ITEMS FOR DISCUSSION/ACTION

- HOW ARE RIU'S REFERENCE NUMBERING DETERMINED IN DATABASE AND IS THERE ANY SOFTWARE LATITUDE TO ASSIGN RIU NUMBERS?

- CURRENT COMPUTER SPEC'S ARE ISA STANDARD 30 MHZ SERVERS WITH WORKSTATIONS AT 50MHZ. WITH POSSIBILITY OF LAN EXPANSION AND REMOTE LAN LOCATIONS, EISA STANDARD WOULD BE MORE APPLICABLE AND REDUCE POSSIBLE LAN PROBLEMS/CONFLICTS.

- RESOLUTION OF SOFTWARE VERSIONS AND IF SOFTWARE MODIFICATIONS ARE REQUIRED/ACCOMPLISHED BY DMS TO SUPPORT SWITCH HARDWARE

- REVIEW DMS ISSUES LISTED ON AFTER ACTION REPORT CONCERNING ROTA SPAIN.

- ADDRESS REPORT OF +/- 2DB OVER THE FREQ RANGE 300 - 3400HZ ON THE AIM-800 WE MAY BE REQUIRED TO HAVE THIS CORRECTED.

EXHIBIT
9

# ECP - NTCC HAMPTON ROADS, DMS EQUIPMENT

GENERAL OVERVIEW:

| SUBJECT | | PROPOSAL | ECP OPTION | | MATERIAL DELTA | |
|---|---|---|---|---|---|---|
| | | | A | B | A | B |
| TOTAL NUMBER OF PORTS | | 6591 | 6824 | 6824 | 233 | 233 |
| ECS TYPE/MODEL | RMSA 500 | 0 | 1 | 0 | 1 | 0 |
| | RMSA 4000 | 1 | 0 | 2 | -1 | 1 |
| | RMSA 8000 | 1 | 5 | 0 | 4 | -1 |
| | RMSA-100 | 2 | 0 | 0 | -2 | -2 |
| | RMSA-200 | 0 | 0 | 9 | 0 | 9 |
| PORT TYPE | DIM-414 | 6060 | 4077 | 4077 | -1983 | -1893 -1983 |
| | DIX-202 | 32 | 0 | 0 | -32 | -32 |
| | DIH-264 | 3 | 1674 | 0 | 1671 | -3 |
| | 530 | 0 | 0 | 1674 | 0 | 1674 |
| | AIM-800 | 496 | 1073 | 1073 | 577 | 577 |
| RIU NUMBER \TYPE | SSA-64 | 103 | 68 | 68 | -35 | -35 |
| | TRIPLE SSA | 0 | 187 | 0 | 187 | 0 |
| | SSA-32 | 2 | 0 | 53 | -2 | 51 |

DIM 414 (4 PORTS) (# ____ /MO)

# ECP - NTCC HAMPTON ROADS, DMS EQUIPMENT CONFIGU

| OPTION A: | | | OPTION B: | | |
|---|---|---|---|---|---|
| | NOMENCLATURE | QTY | | NOMENCLATURE | QTY |
| **BLACK** | | | **BLACK** | | |
| | RMSA-8000 | 2 | | RMSA-4000 | 1 |
| | RIU-64 | 44 | | RMSA-200 | 4 |
| | TRIPLE SSA | 114 | | RIU-64 | 4 |
| | | | | RIU-32 | 22 |
| **RED** | | | **RED** | | |
| | RMSA-8000 | 3 | | RMSA-4000 | 1 |
| | RIU-64 | 24 | | RMSA-200 | 5 |
| | TRIPLE SSA | 165 | | RIU-64 | 24 |
| | | | | RIU-32 | 31 |

ISN®

EXHIBIT
10

March 28, 1995

Space and Naval Warfare Systems Command
2451 Crystal City Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List (CDRL) Item A003, Conference Minutes, March 21, 1995.

In accordance with the terms ands conditions of the referenced contract, attached is the Conference Minutes of the March 21, 1995 meeting, for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
Acting Vice President Systems Integration Group

cc: NRCC - R. Crawford

00030

CDRL No: A003

# LETTER OF MEMORANDUM

**REF: Minutes of Program Meeting, March 21, 1995**

Meeting attendees:(Attachment 1)

| | | |
|---|---|---|
| Maria Bellizzi | FISC Washington | (202) 433-7172 |
| Roscoe W. Crawford | FISC Norf. Det. Washington | (202) 433-5387 |
| Ernie Flores | SPAWAR (PMW 172-22E) | (703) 602-4891 |
| Michele Held | FISC Washington | (202) 433-5391 |
| Steve Lord | SEMCOR | (703) 418-4400 |
| Wes Miller | BAH(Support 172-22C) | (703) 412-7782 |
| William Robertson | ISN | (301) 469-0400 |
| Don Tabasco | ISN | (301) 469-0400 |
| Roland Thibodeau | DMS | (203) 838-7183 |
| Daniel Tobin | ISN | (301) 469-0400 |
| Percy Tolbert | SPAWAR (PMW 172-22D) | (703) 602-8337 |
| Jim Williams | SEMCOR | (703) 418-4400 |

*Next Scheduled Meeting:*

*Date:* *March 30, 1995*
*Location:* *Washington Navy Yard*
*Time:* *10:00 AM*

**AGENDA ITEMS:**

Mr. Crawford started the meeting at 10:08 am by presenting the agenda items to be discusssed:

1. Determine the proper equipment configuration per the origional RFP. Compare ISN bid equipment to this 'proper configuration' and determine ISN bid 'Shortages and Overages.'
2. Discuss CDRL delivery schedule.
3. Discuss ISN submitted ECP.
4. Discuss 'what Navy wants out of the ECP.'
5. Discuss Navy requirements for ISN to deliver--Installation and Cut Over CDRLs within 10 days.
6. Discuss cost of equipment.
7. Discuss Navy proposed 'Considerations' for late delivery of CDRL items and installation of equipment.
8. Discuss Navy requirement for ISN to prepare a 'Plan of Action' to bring ISN into contract compliance.

**Agenda Item # 1. DISCUSSION**

Mr. Crawford distributed attachment 2 to those present. Attachment 2 is a listing by site- containing columns of Equipment Nomenclature, quantity contained in the BAFO BID, the Actual Quantify Required (as determined by COR) and the difference (Overbid/Underbid) for each piece of equipment. Ms. Bellizzi, Mr. Crawford , and Mr. Flores, at different times, read the contents of the Attachment. Approximately 2/3rds of the way through the reading of the site requirements list, Mr. Tabasco asked Mr. Crawford "Are we discussing mistakes in the ISN's bid?" Mr. Crawford replied--"Yes." Mr. Tabasco asked--"Are these numbers clearly identified in the RFP? Mr. Crawford answered in the affirmative. Mr. Tabasco stated that it is the responsibility of the Government to promptly inform ISN of any mistakes. Further, to date, the Government has not (until today) informed ISN of any mistakes and ISN was awarded the contract. Ms. Bellizzi stated that ISN should have given the Government at least the middle column (Quantity Required) in the ISN bid.

Mr. Robertson stated that the equipment lists and required port counts were derived numbers that could not be accurately developed from the RFP

Mr. Robertson and Mr. Crawford discussed how these figures were arrived at. Both Mr. Crawford and Mr. Flores stated that ISN could/should have interpreted/deduced these same numbers from a reading of the RFP. Mr. Robertson stated that he disagreed.

Mr. Robertson asked Mr. Crawford if the "Quantity Required" numbers were based on the RFP Tables A1 & A2? Mr. Crawford and Mr. Flores answered--"Yes."

Later, Mr. Crawford stated that he doesn't see how ISN can complete the basic contract given the equipment's (numbers) that they bid. Ms. Bellizzi stated that she does not believe that ISN understood the architecture necessary to build the sites to the RFP requirements/ to build the solution per the RFP.

Later, Ms. Bellizzi stated that the purpose of this discussion was to form a baseline from which future ECPs could be discussed

The discussion ended with a reading of a summary sheet detailing the overall Overages/Shortages

**CONCLUSIONS:**

Mr. Robertson stated that ISN did not necessarily agree with the numbers presented and that they would review the Government presented/prepared figures and prepare a reply to the Contracting Officer. Mr. Robertson asked Mr. Crawford to affirm that the Quantity Required numbers were from the RFP. After consulting with Mr. Flores, Mr. Crawford affirmed that the numbers were from RFP Tables A1 & A2.

**ACTION ITEM(S):**

1. ISN will review the Government's numbers.

**Agenda Item # 2. DISCUSSION:**

Ms. Held started the discussion concerning CDRL delivery by distributing Attachment 3 (Late Submission of CDRLs as of 3/21/95) The general thrust of the discussion--ISN has not delivered the required CDRLs as per the contract. Further, given the number of days late (1,695) the Government produced a 'possible' Consideration Due in the amount of $3,025,185.15.

Mr. Robertson stated that the Government produced document was one sided, in that it did not reflect time lost to ISN due to the Government and circumstances beyond the control of the contractor. Mr. Robertson gave 4 examples of time lost, to ISN, due to the Government failing to return ISN input within the time specified within the contract.

Mr. Tabasco stated that the 'consideration due' figure was totally unrealistic and unreasonable. Further, the method used to calculate the consideration figure was incorrect.

Ms. Held stated that the document was, indeed, one sided and attachment 3 was produced for its shock value.

**CONCLUSION(S):**

The Government tasked ISN to answer their "Consideration" for Late Submission of CDRLS dated March 21, 199.

**ACTION ITEM(S):**

ISN will submit reply to the above Government request for Consideration not later than March 30, 1995 (Next meeting).

**Agenda Items # 3 & 4. DISCUSSION:**

Mr. Crawford stated that the Government desired ISN to submit an ECP for the following items--12 pair cable and an extended warranty for the DIM Card(s). Mr. Crawford did not discuss the ECP that ISN had previously submitted.

Mr. Robertson stated that when ISN walked into Hampton Roads to conduct the Site Survey, they found that it had significantly changed from the configuration given in the RFP. Mr. Robertson also stated that the Government had not informed ISN, at any time, of this drastic change. In Dec 94 ISN identified the full impact of this change to the Government. During the period Dec 94-Jan 95, the Government (Mr. Bergdahl-COR & Mr. Flores-TO) gave ISN new guidance, though none of it was in writing.

Mr. Robertson stated that during this same time period he worked with the ATC Program Office (SPAWAR) on at least 3 different versions of ECPs.

Mr. Crawford stated that the purpose of the Site Survey was to determine if there were any differences in the configurations--actual vice bid. Mr. Robertson stated that such work was not IAW nor authorized by the Statement of Work (SOW). He further stated that the only corrective action permitted was to submit an ECP. Mr. Tolbert stated that ISN, upon discovering the new configuration, should have prepared a new technical solution and presented it to SPAWAR in the form of an ECP.

Mr. Crawford stated that the Government wants ISN to put in the equipment that ISN bid to install.

Ms. Bellizzi stated that to date, ISN has not performed. She further stated that ISN's contract work ground to a halt while ISN worked on a future ECP. Her general theme--ISN should not have stopped CDRL development and delivery while they prepared the ECP. Rather, they should have worked concurrently on both the CDRLs and the ECP.

The discussion terminated with Mr. Crawford stating that he wants to work with ISN and complete, successfully, the contract.

**CONCLUSION(S):**

The Government did not desire to discuss the previously submitted ECP. At this date the Government was prepared only to accept and process an ECP for the 2 items mentioned above.

**ACTION ITEM(S):**

ISN will submit an ECP for the above 2 items ASAP.

**Agenda Item # 5. DISCUSSION:**

Mr. Crawford stated that he desired that ISN submit CDRL(s) B002 (Site Installation Plan-Hampton Roads) and G001 (Cutover Plan-Hampton Roads) within 10 days. Mr. Robertson stated that he disagreed with the submission of G001 concurrent with B002. Mr. Robertson continued--The basic contract CDRL delivery schedule recognizes that G001 cannot be developed and therefore delivered until the contractor has received a final Government approved B002. Mr. Crawford agreed with Mr. Robertson's comments concerning the delivery of G001. In conclusion, Mr. Crawford stated that ISN must deliver the documents required by the contract in a timely manner.

**CONCLUSION(S):**

The Government tasked ISN to submit CDRLs B002 (Site Installation Plan-Hampton Roads) within 10 days. CDRL G001 (Cutover Plan-Hampton Roads) will follow appropriately after ISN has received a final Government approved B002.

**ACTION ITEM(S):**

ISN will submit CDRL B002 (Hampton Roads) to the COR not later than March 30, 1995.

**Agenda Item # 6. DISCUSSION:**

Mr. Crawford stated that, to date, ISN has not provided the Government with proof that ISN has ordered any equipment from DMS. As such, if the configuration changes, ISN will not be out any funds. Mr. Crawford stated that the Government recognizes that an order placed today with DMS for equipment would be at a higher rate/cost. However, Mr. Crawford stated that due to changes in the configuration the actual cost to ISN would be a "wash". If there was any increase, he had no money to cover it.

Both Mr. Robertson and Mr. Thibodeau responded that ISN had placed an order for equipment and that the equipment had been built. Mr. Robertson further stated that the reason why an ISN-DMS Subcontract was not inplace was due to ongoing discussions with the Program Office concerning the pricing of the submitted ECP.

During this discussion Ms. Held stated that DCMAO-Baltimore (Ms. Tish Proctor, ACO) had informed her that they did not have an approved Subcontracting and Purchasing Plan. Mr. Tabasco stated that this was not true and that he would contact Ms. Proctor.

Mr. Tabasco stated that no progress payments have been made (to ISN) on the contract. Mr. Robertson added that ISN submitted invoice(s) with COR approval(s) have been with Ms. Proctor as early as Oct 94.

Mr. Crawford stated that he would look into this matter and assist ISN in receiving prompt payment.

Mr. Crawford stated that he still needs a copy of the ISN-DMS Subcontract ASAP.

**CONCLUSION(S):**

ISN tasked to clear up Subcontracting plan with Ms. Proctor. Mr. Crawford will ascertain why payments have not been made to ISN for previously submitted invoices. ISN tasked to submit a copy of ISN-DMS Subcontract, ASAP.

**ACTION ITEMS:**

1. Mr. Tabasco will coordinate with Ms. Proctor on the Subcontract Plan issue.

2. Mr. Crawford will look into the reasons why ISN has not received payment for invoices previously submitted.

3. ISN will provide COR with a copy of the signed ISN-DMS Subcontract ASAP.

**Agenda Item # 7. DISCUSSION:**

Discussion of this item was very brief and done near the conclusion of the meeting. Mr. Tabasco stated again, that he felt that the figure was unrealistic, unreasonable and that the method used to calculate it was incorrect. Mr. Crawford and Ms. Bellizzi both stated that this item was negotiable.

**CONCLUSION(S):**

ISN seriously questions both the methodology and appropriateness of the 'consideration' figure. ISN tasked to prepare a reply to Government "Consideration" document (attachment 3).

**ACTION ITEM:**

ISN will prepare reply to the "Consideration" document

**Agenda Item # 8. DISCUSSION:**

Mr. Crawford stated that he wants ISN to get the work done. ISN's work is a vital piece of the total program. Mr. Crawford stated that he wants ISN to prepare and deliver to him, within 10 days, a Plan of Action/Proposed solution--That will get ISN back onto track and in compliance with the original contract.

Mr. Robertson and Mr. Thibodeau asked Mr. Crawford what he expected to see at the next meeting? Was it an agreement between ISN and DMS to provide and install the equipment as shown in Attachment 2 (Quantity Required-Column). Mr. Crawford and Ms. Bellizzi answered in the affirmative.

At the end of the meeting Mr. Tobin requested that ISN be proved a copy of the SEMCOR produced ATC CDRL Status Report used by the Government participants during the meeting. Mr. Flores stated to Mr. Crawford that he would check into getting the document released by SPAWAR and provide the document.

**CONCLUSION(S):**

ISN tasked to prepare a Plan of Action that will:

1. Allow for delivery CDRLs in an expeditious manner.

2. Provide proof that the procurement of equipment and supplies has taken place and will allow for the installation of the equipment at the Hampton Roads Site to begin as soon as possible.

Mr. Flores tasked to check into the release of the SEMCOR produced document not later than March 22, 1995

**ACTION ITEM(S):**

1. ISN will prepare required Plan of Action/schedule and deliver to the COR not later than March 30, 1995.

2. Mr. Flores will inform Mr. Crawford and ISN as to the release of the SEMCOR produced ATC CDRL Status report that Mr. Tobin requested

Govt Provided To [illegible]

EXHIBIT
11

LATE SUBMISSION OF CDRLS AS OF 3/21/95

| CDRL NO. | TITLE | DUE DATE | ISN DRFT DATE | NO. DAYS LATE |
|---|---|---|---|---|
| A001 | MGMT PLAN | 8/15/94 | 10/20/94 | 64 days |
| A004 | STATS RPTS | | | 90 days |
| C001 | CONFIG. MGT. PLAN | 10/15/94 | 10/18/94 | 3 days |
| D001 | COMM. AVAL | 1/15/95 | OVERDUE | 65 days |
| D003 | SFTWR MNL | 1/15/95 | OVERDUE | 65 days |
| D004 | SFWR PRGMR MNL | 1/15/95 | OVERDUE | 65 days |
| D005 | SFWR PRGMR MAIN MNL | 1/15/95 | OVERDUE | 65 days |
| E001 | INTGRTD SPRT PLAN | 10/15/94 | 10/18/94 | 3 days |
| E002 | MAIN PLAN | 12/15/94 | OVERDUE | 96 days |
| F001 | TRAIN PLN | 11/15/94 | 2/17/95 | 94 days |
| F002 | LSSN PLN | 10/21/94 | OVERDUE | 151 days |
| F003 | TRAIN GUID | 10/21/94 | OVERDUE | 151 days |
| F004 | OTJ TRAIN | 1/15/95 | OVERDUE | 65 days |
| E003 | SPR PRTS HAMP RDS | 1/15/95 | OVERDUE | 65 days |
| G001 | CUTOVR HAMP RDS | 11/15/94 | 3/1/95 | 106 days |
| E003 | SPR PRTS CMP SMTH | 1/15/95 | OVERDUE | 65 days |
| G001 | CUTOVR CMP SMTH | 11/15/94 | OVERDUE | 126 days |
| E003 | SPR PRTS PRL HRBR | 1/15/95 | OVERDUE | 65 days |
| G001 | CUTOVR PRL HRBR | 11/15/94 | OVERDUE | 126 days |
| | | | TOTAL DAYS LATE | 1,695 days |

Consideration = $10,708,618.72 (total contract value) x .005 = $53,543.09/30 days = $1,784.77

1,695 days x $1,784.77 = <u>$3,025,185.15 TOTAL CONSIDERATION DUE</u>

EXHIBIT
12

ISN®

April 12, 1995

Space and Naval Warfare Systems Command
2451 Crystal City Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List (CDRL) Item A003, Conference Minutes, March 30, 1995.

In accordance with the terms ands conditions of the referenced contract, attached is the Conference Minutes of the March 30, 1995 meeting, for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
Acting Vice President Systems Integration Group

cc: NRCC--R. Crawford

00033

CDRL No: A003

# LETTER OF MEMORANDUM

**REF: Minutes of Program Meeting, March 30, 1995**

Meeting attendees:

| | | |
|---|---|---|
| Maria Bellizzi | FISC Washington | (202) 433-7172 |
| Jeff Bergdahl | SPAWARS (PMW 172-22C) | (703) 602-8332 |
| Robert Chapman | ISN | (301) 469-0400 |
| Roscoe W. Crawford | FISC Norf. Det. Washington | (202) 433-5387 |
| Michele Held | FISC Washington | (202) 433-5391 |
| Steve Lord | SEMCOR | (703) 418-4400 |
| Kevin Meyers | SPAWARS (PMW 172-2) | (703) 602-8420 |
| Wes Miller | BAH(Support 172-22C) | (703) 412-7782 |
| William Robertson | ISN | (301) 469-0400 |
| Don Tabasco | ISN | (301) 469-0400 |
| Roland Thibodeau | DMS | (203) 838-7183 |
| Daniel Tobin | ISN | (301) 469-0400 |

*Next Scheduled Meeting:*

*Date: To Be Determined*

**AGENDA ITEMS**

The meeting was called by the Government and ISN was not provided with a formal agenda. The purpose of the meeting was to discuss ATC Program issues.

Mr. Crawford started the meeting at 10:12 am.

**NEW BUSINESS**

1. Mr. Crawford asked Mr. Robertson if ISN was prepared to deliver the Installation Plan and Cut-Over Plan for Hampton Roads? Mr. Robertson replied that the Cut-Over Plan was delivered to the Government, by ISN, on December 1, 1994. A discussion followed and was culminated by Ms. Bellizzi's stating that if the Government cannot present an audit trail of receipt and return of documents to ISN, then the Government in coordination with ISN must re-establish a new date for ISN delivery and Government return for each document.

2. Mr. Robertson discussed with Mr. Crawford the delivery status of the of the Installation Plan. A significant portion of this discussion centered on the major changes in the Hampton Roads Site equipment configuration. Mr. Robertson stated that ISN has agreed to install the equipment, as discussed during the March 30 meeting. Mr. Robertson further stated that ISN would deliver the Installation Plan to the Government no later than April 4, 1995.

Mr. Robertson stated that many of the documents must be prepared in sequence rather than in parallel, as material changes from one document would effect the preparation of subsequent documents.

Mr. Meyers stated that the ATC Program Office would expedite (15 day turn around) their review of the Installation Plan for the Hampton Roads Site.

3. Mr. Crawford asked if ISN would have to wait for Government approval of the Cut-Over Plan before they could start substantial work? Mr. Robertson stated that ISN could initiate work, at the Hampton Roads Site, upon receipt (by ISN) of a Government approved Installation Plan (B002-HR).

4. Mr. Tabasco stated that ISN and DMS had signed the appropriate documentation for the delivery of the Lot 1 equipment. Mr. Tabasco provided Mr. Crawford with copies of the documentation.

5. Mr. Crawford requested that ISN provide him with a copy of the signed ISN-DMS Subcontract. Mr. Crawford stated that DCMAO had requested said copy. Mr. Tabasco stated that DCMAO had never requested this in the past and that the ISN-DMS Subcontract contained proprietary information and that he was concerned about the release of this information outside the Government if a FOIA request were received by the Government. Ms. Bellizzi stated that the information provided by ISN, as requested by Mr. Crawford for DCMAO, would not be releasable under FOIA and instructed Mr. Tabasco to stamp document pages--"PROPRIETARY INFORMATION." Ms. Bellizzi requested that Ms. Held put the request for the ISN-DMS Subcontract in writing and provide it to ISN.

6. Mr. Crawford initiated a general discussion of schedule recovery by ISN. Mr. Robertson submitted to Mr. Crawford a proposed schedule for the Hampton Roads Site and stated that the schedule for the two Hawaii sites would be faxed to Mr. Crawford, not later than close of business March 30. Mr. Crawford agreed.

7. Mr. Crawford stated that the Government was extending the 'Substitution of Personnel' Clause. It will now be in effect until 180 days after work has begun at the Hampton Roads Site. Mr. Robertson agreed.

8. Mr. Tabasco stated that 'to date' ISN has not received any progress payments on this contract. A general discussion followed. Mr. Crawford stated that he and his staff had conducted a conference call with Ms. Tish Proctor earlier this morning. Mr. Chapman stated that he had discussed this issue (lack of progress payments to ISN) with Mr. Crawford as far back as Oct 94. Mr. Meyers stated that the Government must come up with a reasonable dollar figure and initiate payment to ISN in a timely manner. Mr. Meyers stated that the ATC Program Office would look at the matter and get back with Mr. Crawford promptly.

9. Ms. Held requested that ISN establish appropriate Points of Contact between ISN and DCMAO.

10. Mr. Crawford, in response to a request by ISN during the last meeting, gave Mr. Robertson an ATC CDRL STATUS document. Mr. Tobin stated to Mr. Crawford that this document did not appear to be the one that he had requested during the March 30 meeting. Mr. Crawford assured him that it was.

11. Mr. Meyers asked Mr. Robertson when they could get together? Mr. Robertson suggested Tuesday, April 4, 1995.

12. No date was set by Mr. Crawford for the next meeting.

13. Mr. Crawford concluded the meeting at 10:58 am and thanked the participants for their attendance.

## SUMMARY OF ACTIONS

1. ISN will delivery CDRL B002 (Hampton Roads Installation Plan) not later than April 4, 1995.

2. The ATC Program Office will expedite the turn around time for their review of CDRL B002.

3. ISN will provide to the contracting office a copy of the ISN-DMS Subcontract marked "Proprietary" upon receipt of a request from Ms. Held.

4. ISN will fax the Hawaii Sites 'Schedule' to Mr. Crawford by close of business March 30, 1995.

5. Mr. Meyers will review the 'no progress payments' issue and get back to Mr. Crawford ASAP.

6. ISN will contact DCMAO and establish appropriate points of contact, for the ATC Contract, between their respective organizations.

7. Mr. Meyers and Mr. Robertson will tentatively meet on April 4, 1995 for a general discussion of the ATC Contract.

8. The date of the next meeting will be determined by Mr. Crawford.

# AGENDA (actual)

1. Delivery dates for Installation and Cut Over Plans.

2. Status of ISN-DMS Subcontract.

3. ISN Recovery Schedule.

4. Extension of ATC Contract 'Substitution of Personnel' Clause.

5. Lack of Government progress payments to ISN.

6. Proposed meeting between Mr. Meyers (SPAWARS) and Mr. Robertson (ISN).

7. Date for next meeting.

EXHIBIT
13

**To:** Ernie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 07:56:17 PM
**Subject:** HAMPTON ROADS RQMTS

HAMPTON ROADS

| NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 2 | 1 | OVERBID BY 1 |
| RMSA 200X | 0 | 1 | UNDERBID BY 1 |
| RMSA 500X | 0 | 0 | NONE |
| RMSA 4000X | 1 | 1 | NONE |
| RMSA 8000X | 1 | 1 | NONE |
| RIU 64X | 103 | 84 | OVERBID BY 19 |
| RIU 32X | 2 | 10 | UNDERBID BY 8 |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 1515 | 978 | OVERBID BY 537 |
| DIX 202 | 32 | 0 | OVERBID BY 32 |
| DIH 264X | 3 | 0 | OVERBID BY 3 |
| DIH 530 | 0 | 136 | UNDERBID BY 136 |
| DCI 402 | 0 | 4 | UNDERBID BY 4 |
| DTI 402 | 0 | 4 | UNDERBID BY 4 |
| AIM 800 | 62 | 153 | UNDERBID BY 91 |
| BTM 2048 | 0 | 2 | UNDERBID BY 2 |

**To:** Emie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 07:45:20 PM
**Subject:** CAMP SMITH RQMTS

| CAMP SMITH NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 0 | 0 | NONE |
| RMSA 200X | 0 | 0 | NONE |
| RMSA 500X | 1 | 1 | NONE |
| RMSA 4000X | 1 | 1 | NONE |
| RMSA 8000X | 0 | 0 | NONE |
| RIU 64X | 21 | 38 | UNDERBID BY 17 |
| RIU 32X | 0 | 0 | NONE |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 280 | 242 | OVERBID BY 38 |
| DIX 202 | 0 | 0 | NONE |
| DIH 264X | 0 | 39 | UNDERBID BY 39 |
| DIH 530 | 0 | 0 | NONE |
| DCI 402 | 0 | 0 | NONE |
| DTI 402 | 0 | 0 | NONE |
| AIM 800 | 20 | 33 | UNDERBID BY 13 |
| BTM 2048 | 0 | 2 | UNDERBID BY 2 |

**To:** Emie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 07:58:10 PM
**Subject:** LONDON RQMTS

| LONDON NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 2 | 1 | OVERBID BY 1 |
| RMSA 200X | 0 | 0 | NONE |
| RMSA 500X | 1 | 0 | OVERBID BY 1 |
| RMSA 4000X | 1 | 2 | UNDERBID BY 1 |
| RMSA 8000X | 0 | 0 | NONE |
| RIU 64X | 36 | 40 | UNDERBID BY 4 |
| RIU 32X | 2 | 2 | NONE |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 532 | 416 | OVERBID BY 116 |
| DIX 202 | 12 | 26 | UNDERBID BY 14 |
| DIH 264X | 1 | 22 | UNDERBID BY 21 |
| DIH 530 | 0 | 0 | NONE |
| DCI 402 | 0 | 0 | NONE |
| DTI 402 | 0 | 0 | NONE |
| AIM 800 | 27 | 34 | UNDERBID BY 7 |
| BTM 2048 | 0 | 2 | UNDERBID BY 2 |

**To:** Ernie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 08:05:55 PM
**Subject:** YOKOSUKA RQMTS

| YOKOSUKA NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 0 | 0 | NONE |
| RMSA 200X | 0 | 0 | NONE |
| RMSA 500X | 1 | 1 | NONE |
| RMSA 4000X | 1 | 1 | NONE |
| RMSA 8000X | 0 | 0 | NONE |
| RIU 64X | 30 | 23 | OVERBID BY 7 |
| RIU 32X | 0 | 0 | NONE |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 328 | 333 | UNDERBID BY 5 |
| DIX 202 | 0 | 0 | NONE |
| DIH 264X | 1 | 0 | OVERBID BY 1 |
| DIH 530 | 0 | 0 | NONE |
| DCI 402 | 0 | 0 | NONE |
| DTI 402 | 0 | 0 | NONE |
| AIM 800 | 47 | 28 | OVERBID BY 19 |
| BTM 2048 | 0 | 2 | UNDERBID BY 2 |

**To:** Ernie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 08:04:24 PM
**Subject:** SIGONELLA RQMTS

| SIGONELLA NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 0 | 0 | NONE |
| RMSA 200X | 0 | 0 | NONE |
| RMSA 500X | 1 | 1 | NONE |
| RMSA 4000X | 1 | 1 | NONE |
| RMSA 8000X | 0 | 0 | NONE |
| RIU 64X | 31 | 25 | OVERBID BY 6 |
| RIU 32X | 0 | 0 | NONE |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 394 | 317 | OVERBID BY 77 |
| DIX 202 | 0 | 0 | NONE |
| DIH 264X | 4 | 7 | UNDERBID BY 3 |
| DIH 530 | 0 | 0 | NONE |
| DCI 402 | 0 | 0 | NONE |
| DTI 402 | 0 | 0 | NONE |
| AIM 800 | 40 | 19 | OVERBID BY 21 |
| BTM 2048 | 0 | 2 | UNDERBID BY 2 |

**To:** Emie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 08:01:22 PM
**Subject:** PUERTO RICO RQMTS

| PUERTO RICO NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 0 | 0 | NONE |
| RMSA 200X | 0 | 0 | NONE |
| RMSA 500X | 1 | 1 | NONE |
| RMSA 4000X | 1 | 1 | NONE |
| RMSA 8000X | 0 | 0 | NONE |
| RIU 64X | 23 | 25 | UNDERBID BY 2 |
| RIU 32X | 0 | 0 | NONE |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 283 | 315 | UNDERBID BY 32 |
| DIX 202 | 0 | 0 | NONE |
| DIH 264X | 0 | 7 | UNDERBID BY 7 |
| DIH 530 | 0 | 0 | NONE |
| DCI 402 | 0 | 0 | NONE |
| DTI 402 | 0 | 0 | NONE |
| AIM 800 | 33 | 8 | OVERBID BY 25 |
| BTM 2048 | 0 | 2 | UNDERBID BY 2 |

**To:** Emie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 08:34:00 PM
**Subject:** TOTAL ISN OVER/UNDER BIDS BY EQPT QTY

ALL SITES COMBINED

| NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE | |
|---|---|---|---|---|
| RMSA 100X | 4 | 2 | OVERBID BY 2 | SAVE 30% of 1 100 |
| RMSA 200X | 0 | 1 | UNDERBID BY 1 | |
| RMSA 500X | 6 | 5 | OVERBID BY 1 | GOT TWO ?ICE 500 |
| RMSA 4000X | 7 | 8 | UNDERBID BY 1 | |
| RMSA 8000X | 1 | 1 | NONE | |
| RIU 64X | 273 | 272 | OVERBID BY 1 | GIVE 1 RIU 64 |
| RIU 32X | 4 | 12 | UNDERBID BY 8 | GOT 8 RIU 32 |
| TFOU 8/16 | 7 | 7 | NONE | |
| TATU 2/8 | 7 | 7 | NONE | |
| DIM 414E | 3696 | 2913 | OVERBID BY 783 | SAVE |
| DIX 202 | 44 | 26 | OVERBID BY 18 | |
| DIH 264X | 10 | 105 | UNDERBID BY 95 | |
| DIH 530 | 0 | 136 | UNDERBID BY 136 | |
| DCI 402 | 0 | 4 | UNDERBID BY 4 | |
| DTI 402 | 0 | 4 | UNDERBID BY 4 | |
| AIM 800 | 267 | 310 | UNDERBID BY 43 | |
| BTM 2048 | 0 | 14 | UNDERBID BY 14 | |

Govt Provided 21 MAR 95

**LATE SUBMISSION OF CDRLS AS OF 3/21/95**

| CDRL NO. | TITLE | DUE DATE | ISN DRFT DATE | NO. DAYS LATE |
|---|---|---|---|---|
| A001 | MGMT PLAN | 8/15/94 | 10/20/94 | 64 days |
| A004 | STATS RPTS | | | 90 days |
| C001 | CONFIG. MGT. PLAN | 10/15/94 | 10/18/94 | 3 days |
| D001 | COMM. AVAL | 1/15/95 | OVERDUE | 65 days |
| D003 | SFTWR MNL | 1/15/95 | OVERDUE | 65 days |
| D004 | SFWR PRGMR MNL | 1/15/95 | OVERDUE | 65 days |
| D005 | SFWR PRGMR MAIN MNL | 1/15/95 | OVERDUE | 65 days |
| E001 | INTGRTD SPRT PLAN | 10/15/94 | 10/18/94 | 3 days |
| E002 | MAIN PLAN | 12/15/94 | OVERDUE | 96 days |
| F001 | TRAIN PLN | 11/15/94 | 2/17/95 | 94 days |
| F002 | LSSN PLN | 10/21/94 | OVERDUE | 151 days |
| F003 | TRAIN GUID | 10/21/94 | OVERDUE | 151 days |
| F004 | OTJ TRAIN | 1/15/95 | OVERDUE | 65 days |
| E003 | SPR PRTS HAMP RDS | 1/15/95 | OVERDUE | 65 days |
| G001 | CUTOVR HAMP RDS | 11/15/94 | 3/1/95 | 106 days |
| E003 | SPR PRTS CMP SMTH | 1/15/95 | OVERDUE | 65 days |
| G001 | CUTOVR CMP SMTH | 11/15/94 | OVERDUE | 126 days |
| E003 | SPR PRTS PRL HRBR | 1/15/95 | OVERDUE | 65 days |
| G001 | CUTOVR PRL HRBR | 11/15/94 | OVERDUE | 126 days |
| | | | TOTAL DAYS LATE | 1,695 days |

Consideration = $10,708,618.72 (total contract value) x .005 = $53,543.09/30 days = $1,784.77

1,695 days x $1,784.77 = **$3,025,185.15 TOTAL CONSIDERATION DUE**

00051

Attachment #3

EXHIBIT 14

ISN®

June 20, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

ATTENTION: Jeffrey Bergdahl, COR

REFERENCE: Contract Number N00600-94-C-0389
Letter Ser PMW 172-22C/037 dated 1 May 95

SUBJECT: Submittal of Engineering 12 Pair Cable Change Proposal (ECP)CDRL Item C003

ENCLOSURE: (1) HAMPTON ROADS ECP COST ANALYSIS

This letter ECP for ATC Contract N00600-94-C-0389 proposes the following ATC modifications for NTCC Hampton Roads, Virginia:

- Installing 12 pair cabling on digital interfaces specified in the referenced letter.
- Increasing the Novell Netware 3.11 SFT-III from 25 to 50 users.
- Government requested ATC site configuration change.
- Upgrade one of the RMSA 100(X) to an RMSA 200(X)
- The DIM 414E upgrade.

Guidance provided by the Government in the referenced letter during the development of this ECP has been incorporated. Total additional cost consideration of this ECP is $930,527. The Handbook of Electronics Industry Cost Estimating Data was used as a guide in validating the cost estimates for this ECP.

Supporting Enclosures:
1. Cost breakdown listed by categories, Total Cost, Contract Cost , and ECP Cost.
2. Equipment List for NTCC Hampton Roads, Virginia.
3. Revised Schedule.

Letter Ser PMW 172-22C/037 requested installation of 12 pair cable for certain equipment and provided additional guidelines. The Government will provide all of the 12 pair cable needed to perform the NTCC Hampton Roads, Virginia installation and cut

00052



Information Systems & Networks Corporation • 10411 Motor City Drive, Bethesda, Maryland 20817 • (301) 469-0400 Telex: 387814

over. The Government has provided 5000 ft of new 12 pair cable. For requirements in excess of 5000 feet ISN will attempt to use cable that has been reclaimed. In the event that reclaimed cables are inadequate in length or quality ISN will notify the Government The Government can authorize ISN to purchase the cable or the Government can provide the 12 pair cable needed. Although ISN will make every effort to adjust schedules to accommodate, this approach may result in delaying or rescheduling the cut over of some equipment. During research of MIL-SPEC 12-Pair Cable, it was discovered that the MIL-SPEC Cable did not meet Plenium requirements. Government guidance was to install the MIL-SPEC (Non-Plenium) cables. The use of Non-Plenium cable appears to be consistent with installation practices currently in use at NTCC Hampton Roads.

The Government has requested that ISN provide Novell Netware3.11 for 50 users. The requirement to increase Novell Netware 3.11 SFT-III from 25 to 50 users is to insure compliance with software licensing requirements and to allow future connection growth to the ATC LAN for additional workstations (local or remote).

The Government provided ATC equipment lists in meetings with the Contracting Officer in March 1995 and requested that ISN and DMS substitute the equipment for the proposed equipment at no cost. After some discussion and review ISN and DMS agreed to the change at no additional cost for equipment or installation as stipulated in the ECP that ISN submitted on 18 April 95. This ECP incorporates the equipment list for NTCC Hampton Roads, Virginia only.

ISN recommends that one of the RMSA 100 (X) switches be replaced with an RMSA 200 (X). This will provide the expansion needed at NTCC Hampton Roads, Virginia because of the rapid growth in high speed circuits at this site. The cost for installing the RMSA 200 (X) now instead of doing it as a field expansion is substantially lower and eliminates the need for subsequent removal and reinstallation. The differential cost is based on the difference in cost between the RMSA 100 (X) and the RMSA 200 (X) found in the GSA Schedule on page 1, appendix B of Subcontract. This cost has been verified via phone with DMS.

DMS has released a new version of the DIM-414-3 designated as the DIM-414-E. According to DMS the DIM-414-E design has resulted in a significant reduction in DC Current required to operate the module. DMS offers the DIM-414-E with an extended warranty of 15 years. This ECP incorporates the NTCC Hampton Roads, Virginia portion of the ECP that ISN submitted 20 October 94.

ISN requests conformation of approval for this ECP as soon as possible.

Sincerely,

William N.L. Robertson
ATC Program Manager
Information Systems and Networks Corp.



00053

| DESCRIPTION | TOTAL COST | COST in CONTRACT | COST of ECP |
|---|---|---|---|
| **LABOR** | | | |
| ECP Prep | 9,000 | 0 | 9,000 |
| Program Management & Engineering | 286,742 | 151,742 | 135,000 |
| Installation, Cut Over & 12 Pair Cable | 1,042,892 | 419,329 | 623,563 |
| **MATERIAL** | | | |
| Hardware & Software | 1,577,532 | 1,577,532 | 0 |
| Upgrade 1 RMSA 100 (X) to 1 RMSA 200 (x) | 18,537 | | 18,537 |
| Government Requested New Site Configuration | 0 | | n/c |
| NOVEL Fifty user | 3,226 | | 3,226 |
| Connectors (existing cable to be reusêd or new cable provided by the Government) | 23,000 | | * 23,000 |
| **ODC'S** | 13,581 | 3,581 | 10,000 |
| **TOTAL CLIN 0001AA** | 2,974,510 | 2,152,184 | 822,326 |
| **CDRL's CLIN 0003** | 388,457 | 338,457 | 50,000 |
| **TOTAL CLIN's 0001AA & 0003** | 3,362,967 | 2,490,641 | 872,326 |
| DIM 414 E upgrade | 58,201 | | 58,201 |
| | | | 930,527 |

20-Jun-95 03:28 PM

ENCLOSURE 1

# HAMPTON ROADS EQUIPMENT CONFIGURATION

| NOMENCLATURE | ECP QTY |
|---|---|
| RMSA 100 X | 2 |
| RMSA 200 X | 0 |
| RMSA 500 X | 0 |
| RMSA 4000 X | 1 |
| RMSA 8000 X | 1 |
| RIU 64 X | 81 |
| RIU 32 X | 5 |
| TFOU 8/16 | 1 |
| TATU 2/8 | 1 |
| DIM 414 E | 976 |
| DIX 202 | 0 |
| DIH 264 X | 0 |
| DIH 530 | 70 |
| DCI 402 | 4 |
| DTI 402 | 4 |
| AIM 800 | 152 |
| BTM 2048 | 0 |

| | | | |
|---|---|---|---|
| DIM 414 E Upgrade cost | 976 | 48 | 46,848 |
| G&A | | 12.94% | 6,062 |
| FEE | | 10.00% | 5,291 |
| TOTAL | | | 58,201 |

ENCLOSURE 2

## ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 1 | | | |
| 2 | **CDRL DEVELOPMENT** | 12/6/94 | 8/8/96 |
| 3 | CDRL E002 GOV CMNTS PASS DUE | 12/5/94 | 12/5/94 |
| 4 | CDRL D002 GOV CMNTS PASS DUE | 12/6/94 | 12/6/94 |
| 5 | *MGT PLAN CDRL A001 GOV CMNTS RCV'ED* | 2/27/95 | 2/27/95 |
| 6 | REVIEW GOV CMNTS CDRL A001 | 5/1/95 | 5/26/95 |
| 7 | RE-SUBMIT CDRL A001 | 5/26/95 | 5/26/95 |
| 8 | GOV REVIEW CDRL A001 | 5/26/95 | 6/25/95 |
| 9 | TRAINING PLAN - CDRL F001 | 2/8/95 | 2/17/95 |
| 10 | SUBMIT CDRL F001 | 2/17/95 | 2/17/95 |
| 11 | GOV REVIEW CDRL F001 | 2/17/95 | 3/17/95 |
| 12 | GOV CMNTS CDRL F001 RCV'ED | 5/22/95 | 5/22/95 |
| 13 | REVIEW GOV CMNTS CDRL F001 | 5/22/95 | 5/31/95 |
| 14 | RE-SUBMIT CDRL F001 | 6/26/95 | 6/26/95 |
| 15 | CUTOVER PLAN - CDRL G001 | 6/9/95 | 7/14/95 |
| 16 | SUBMIT CDRL G001 | 7/14/95 | 7/14/95 |
| 17 | SYS TEST/VER PLN CDRL G002 | 2/8/95 | 2/28/95 |
| 18 | SUBMIT CDRL G002 | 2/28/95 | 2/28/95 |
| 19 | GOV REVIEW CDRL G002 | 2/28/95 | 3/28/95 |
| 20 | GOV CMNTS CDRL G002 RCV'ED | 5/22/95 | 5/22/95 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary — ISN task — GOV action — Milestone complete — Milestone pending



00056

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 21 | REVIEW GOV CMNTS CDRLG002 | 6/15/95 | 7/9/95 |
| 22 | RE-SUBMIT CDRL G002 | 7/9/95 | 7/9/95 |
| 23 | LESSON PLAN - CDRL F002 | 5/1/95 | 7/7/95 |
| 24 | SUBMIT CDRL FOO2 | 7/9/95 | 7/9/95 |
| 25 | GOV REVIEW CDRL F002 | 7/10/95 | 8/10/95 |
| 26 | SS H.R. CDRL B001 GOV CMNTS REV'ED | 5/22/95 | 5/22/95 |
| 27 | REVIEW GOV CMNTS CDRL BOO1 | 5/22/95 | 6/27/95 |
| 28 | RE-SUBMIT CDRL B001 | 6/27/95 | 6/27/95 |
| 29 | *GOV CMNT CDRL C001 RCV'ED* | 6/5/95 | 6/5/95 |
| 30 | REVIEW GOV CMNTS CDRL C001 | 6/9/95 | 6/19/95 |
| 31 | RE-SUBMIT CDRL C001 | 6/19/95 | 6/19/95 |
| 32 | GOV CMNT CDRL C002 RCV'ED | 5/22/95 | 5/22/95 |
| 33 | REVIEW GOV CMNTS CDRL C002 | 5/31/95 | 6/30/95 |
| 34 | RE-SUBMIT CDRL C002 | 6/30/95 | 6/30/95 |
| 35 | TSIP H.R. CDRL B002 APPROVED | 6/2/95 | 6/2/95 |
| 36 | GOV CMNTS CDRL E001 ISP RCV'ED | 5/22/95 | 5/22/95 |
| 37 | COMMENTS REVIEW CDRL E001 | 6/9/95 | 7/8/95 |
| 38 | RE-SUBMIT CDRL E001 | 7/8/95 | 7/8/95 |
| 39 | TRAINEE GUIDE CDRL F003 | 7/3/95 | 8/3/95 |
| 40 | SUBMIT CDRL F003 | 8/3/95 | 8/3/95 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary | ISN task | GOV action | Milestone complete | Milestone pending



000057

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 41 | GOV REVIEW CDRL FOO3 | 8/3/95 | 8/31/95 |
| 42 | SPARE PARTS LIST CDRL E003 - ALL SITES | 4/5/95 | 4/17/95 |
| 43 | SUBMIT CDRL E003 | 4/17/95 | 4/17/95 |
| 44 | GOV REVIEW CDRL E003 | 4/14/95 | 5/15/95 |
| 45 | GOV CMNTS CDRL E003 RCV'ED | 6/13/95 | 6/13/95 |
| 46 | COMMENTS REVIEW CDRL E003 | 7/4/95 | 7/13/95 |
| 47 | RE-SUBMIT CDRL E003 | 7/13/95 | 7/13/95 |
| 48 | OJT HANDBOOK CDRL F004 | 7/25/95 | 8/16/95 |
| 49 | SUBMIT CDRL F004 | 8/17/95 | 8/17/95 |
| 50 | GOV REVIEW CDRL FOO4 | 8/17/95 | 9/15/95 |
| 51 | SOFTWARE USERS MANUAL CDRL D003 | 6/12/95 | 6/28/95 |
| 52 | SUBMIT CDRL D003 | 6/28/95 | 6/28/95 |
| 53 | GOV REVIEW CDRL D003 | 6/28/95 | 7/28/95 |
| 54 | TEST PROCEDURES CDRL G003 | 11/6/95 | 12/14/95 |
| 55 | SUBMIT CDRL G003 | 12/14/95 | 12/14/95 |
| 56 | GOV REVIEW CDRL GOO3 | 12/14/95 | 1/15/96 |
| 57 | JOB MANUAL - H.R. CDRL D006 | 12/4/95 | 1/31/96 |
| 58 | SUBMIT CDRL D006 | 1/31/96 | 1/31/96 |
| 59 | GOV REVIEW CDRL D006 | 1/31/96 | 3/1/96 |
| 60 | TEST REPORT CDRL G004 | 7/7/96 | 8/9/96 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary — ISN task — GOV action — Milestone complete — Milestone pending



000058

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 61 | SUBMIT CDRL G004 | 8/9/96 | 8/9/96 |
| 62 | | | |
| 63 | **ENGINEERING/TECH SUPPORT** | 2/9/95 | 8/30/95 |
| 64 | SYSTEM ENGINEERING | 2/6/95 | 6/15/95 |
| 65 | ATC CONFIG ECP DEVELOPMENT | 2/6/95 | 6/20/95 |
| 66 | SUBMIT ATC CONFIG ECP | 6/20/95 | 6/20/95 |
| 67 | CORDINATE W/COR WRT EQIUP RELOCATION | 4/25/95 | 5/28/95 |
| 68 | GOV EQUIP CONFIG | 7/3/95 | 7/17/95 |
| 69 | MATERIAL PROCUREMENT | 2/10/95 | 8/31/95 |
| 70 | DMS FACTORY ACCEPTANCE | 2/8/95 | 2/8/95 |
| 71 | INVENTORY EQUIPMENT - DMS | 2/9/95 | 2/10/95 |
| 72 | *SHIP EQUIPMENT FROM DMS TO ISN* | 5/10/95 | 6/30/95 |
| 73 | RECEIVE DMS EQUIPMENT- ISN | 5/22/95 | 7/7/95 |
| 74 | SET-UP INTEGRATION SYSTEM | 5/15/95 | 6/2/95 |
| 75 | INTEGRATE SOFTWARE | 6/5/95 | 6/14/95 |
| 76 | SYSTEMS TRAINING - ISN | 6/19/95 | 6/23/95 |
| 77 | SHIP EQUIPMENT AT ISN TO HR | 6/23/95 | 6/23/95 |
| 78 | EQUIPMENT SHIPMENT ISN/HR | 6/25/95 | 8/15/95 |
| 79 | | | |
| 80 | **SITE - NTCC HAMPTON ROADS VA** | 3/3/95 | 7/7/96 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary | GOV action | Milestone pending
ISN task | Milestone complete



00059

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 81 | DEVELOP TSP SUPPORT DOCUMENTATIOM | 3/1/95 | 3/27/95 |
| 82 | SITE MANAGEMENT/ PRE-INSTALLATION | 3/15/95 | 5/20/95 |
| 83 | RECEIVE/STORE EQUIPMENT - H.R. | 5/4/95 | 12/29/95 |
| 84 | COMMENCE INSTALLATION | 6/26/95 | 6/26/95 |
| 85 | RELOCATION OF GOV EQUIPMENT | 6/27/95 | 9/1/95 |
| 86 | SET-UP CLASSROOM | 8/11/95 | 8/14/95 |
| 87 | FORMAL TRAINING | 8/14/95 | 8/28/95 |
| 88 | CLEAN-UP | 6/26/95 | 6/12/96 |
| 89 | SWITCH/RIU INSTALLATION | 6/26/95 | 8/26/95 |
| 90 | ATC LAN INSTALLATION | 8/22/95 | 9/1/95 |
| 91 | ATC SYS CONFIG VERIFICATION | 9/5/95 | 9/8/95 |
| 92 | ATC SYSTEM TEST | 9/7/95 | 9/12/95 |
| 93 | GOV. APPROVAL FOR CUT-OVER | 9/12/95 | 9/12/95 |
| 94 | COMMENCE CUTOVER | 9/13/95 | 9/13/95 |
| 95 | RE-CONFIG OF GOV EQUIP INTERFACE | 9/13/95 | 6/5/96 |
| 96 | CUT-OVER | 9/13/95 | 6/5/96 |
| 97 | CUTOVER COMPLETE | 6/7/96 | 6/7/96 |
| 98 | GOVERNMENT ACCEPTANCE | 6/7/96 | 7/7/96 |
| 99 | ATC INSTALLATION ACCEPTED | 7/7/96 | 7/7/96 |




Project: ATC - HAMPTON ROADS
Date: 6/20/95

Summary | GOV action | Milestone pending
ISN task | Milestone complete



000060

EXHIBIT
15

ISN

July 19, 1995

Space and Naval Warfare Systems Command
2451 Crystal City Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List (CDRL) Item A003, Conference Minutes, March 30, 1995.

In accordance with the terms and conditions of the referenced contract, attached is the Conference Minutes of July 10, 1995 meeting for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400..

Sincerely,

William N.L. Robertson
Program Manager

cc: NRCC--R. Crawford

00061

CDRL No: A003

# LETTER OF MEMORANDUM

REF: Minutes of Program Meeting, July 10, 1995

Meeting Attendees:

| | | |
|---|---|---|
| Mr. Estes | NTCC | (804) 322-5979 |
| P.O. Palmer | NTCC | (804) 322-5979 |
| Chief Clark | NTCC | (804) 322-5979 |
| P.O. Claibaugh | NTCC | (804) 322-5979 |
| Mr. Mallon | NTCC | (804) 322-5979 |
| Mr. Sommes | NTCC | (804) 322-5979 |
| Mr. Zell | SPAWAR | (703) 602-8322 |
| Mr. Bergdahl | SPAWAR | (703) 602-8322 |
| Mr. Basnight | NISE EAST DET NORFOLK | (804) 558-6782 |
| Mr. Robertson | ISN | (301) 469-0400 |
| Mr. Reichart | ISN | (804) 421-7253 |
| Mr. Walters | ISN | (804) 421-7253 |

<u>Next Scheduled Meeting</u>
Date: July 24, 1995

4

**Agenda Items:**

Mr. Mallon started the meeting at 10:00 a.m.

**New Business:**

1. Mr. Mallon made reference to five items and repeated the ISN request that the circuits currently cross connected in the audio be moved so that a new bay could be established in position F6. He listed the CCSDS of eight circuits. After some discussion it was determined that they would be moved by 7/14.

2. The second item concerned the ISN request that the circuits on the KG 84's in the top position of the Bays scheduled for RIUS be relocated. The following discussion developed: That there were 9 KG 84S's assigned to circuits that user release to move the circuit was required. Also that the moves were currently planned for the next change of keying material and that they would be completed by August 3.

3. The third item discussed was concerning the duct and conduit route to be used to access the telephone frame room . NTCC would be happy to pull the cable provided by ISN if ISN would mark the path to be followed. Mr. Reichart stated that he wouuld accept that responsibility for ISN.

4. The fourth item discussed was announcing that the Rius to be placed in the telephone frame room were assigned to the row designated Y and that the ones placed in the LDMX room were assigned to row Z.

5. For the last item, Mr. Mallon stated that NTCC was attempting to remove the last of the circuits from Bay F1 and he anticipated completion by 7/14.

6. The next item discussed was regarding the test equipment list for the test bays. It was decided that the test bays would contain both the Phoenix and the Firebird devices and the rest of the equipment available to the station. Mr. Basnight, Mallon and Reichart were to determine the final configuration.

7. Mr. Robertson discussed the training to be provided to the site. Training would be conducted from 8/14 to 8/25 and fifteen students should attend each class. The courses would be: Operator's Course, Maintenance Technicians Course and the System Administrator's Course. The recommended student for the Operator's Course should be E4 or above with a Nec of 2318/2319. The Maintenance Course students should be E4 or above in the RM or ET ratings. The System Administrator's Course should be attended by three or four people that are E6 and up or in a civilian billet. It was recomended that the students be familiar with a PC and windows, however, it is not a prerequisite.

Basnight was appointed the Government's local representative to arrange for the classroom space. The location of the classes will be at the Saint Julians Creek Annex at the Norfolk Shipyard. The building and room numbers will be announced.

**SUMMARY OF ACTIONS**:

ISN agreed that provision of a computer system free of viruses was a part of the contract.

The station is still discussing the request for access to the communication's security equipment room while restarts are in progress.

ISN will provide minutes of future meetings.

Copies of the current schedule will be provided to the site by ISN at the next regularly scheduled Wednesday status meeting.

The draft cut-over plan was presented for discussion and the main topic or agreement was to be conducted consistent with the previously agreed idea in that the procedure was important and the details would be worked out at the weekly status meetings. The next weekly status meeting will be to determine if the procedures are acceptable or if corrections are necessary, therefore, recommending any necessary changes.

The next progress meeting will be held at NTCC on 24 July at 10:00 A.M.

EXHIBIT
16

Author: Jim Williams at AECLOTUSXCHGPO
Date: 7/20/95 10:00 AM
Priority: Normal
TO: Ernie Flores at SPAWAR-MC4
Jeffrey Bergdahl at SPAWAR-MC4
TO: Ron Zell @ SEMCOR INC. at AECLOTUSXCHGPO
CC: John Howard @ SEMCOR INC. at AECLOTUSXCHGPO
CC: Stephen Lord @ SEMCOR INC. at AECLOTUSXCHGPO
Subject: ANCC/ATC GENERAL MEETING 7/20/95

------------------------------------ Message Contents ------------------------------------

A meeting was held to discuss ANCC/ATC related issues, results as folls:

1. Hampton Roads meeting for 24 Jul, agenda will be:
a. ISN performance to date.
b. Accomplishments to date.
c. Cutover concept comments, Jeff to do followup meeting w/ISN.
d. How ISN's direction to wiring crew to be accomplished, based on TSIP DWGS.
e. Training deliverables.
f. 14 Aug training start date doesn't look realistic, if documents received, can turn around quickly.
g. Ron desires course of instruction to be audited by SEMCOR training, provided person has switch background due concern with ISN ability for training.
h. Training class size, times, scheduling needs to be resolved.
i. Training can be done at M51 if ISN able to setup over weekend, if not, St Juliens will be where done.
j. Feedback from station regarding their OJT on test equipment.
k. Station still needs to provide ISN with test bay requirements.

2. ISN ECP-1 letter is in for Kevin's signature, Jeff to followup to get it out.

3. ISN schedule letter, Jeff to forward FISC with SPAWAR letter concurrance/comments.

4. Go ahead and schedule Hawaii site survey, however, it will not be done if Hampton Roads installation not on track.

5. Meeting at LANT on 24 Jul for 1300:
a. JAYCOR involved in research on automation matrice, reviewing for accuracy.
b. Any LANT value added comments.
c. JAYCOR to get verbal today regarding new software release.
d. Possible to demo new VARCOM software RTM on 7 August at LANT, need to work out details of testing of FIREBIRD emulators, type info required to be provided by station, any impact to software operations, etc, etc,.
e. Jeff is not to discuss specific items on automation matrices since list still being formulated.

6. Jeff has meeting with ISN scheduled for 1300 today.

VR/Jim

ISN®

EXHIBIT
17

July 31, 1995

Space and Naval Warfare Systems Command
2451 Crystal City Drive
Arlington, VA 22245-5200

**ATTENTION:** Jeffery Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List (CDRL) Item A003, Conference Minutes, July 24, 1995

In accordance with the terms and conditions of the referenced contract, attached are the Conference Minutes of the July 24, 1995 meeting for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
Program Manager

cc: FISC DET, Washington DC
R. Crawford

00066

**CDRL No: A003**

**Meeting Attendees:**

| NAME | REPRESENTING | TELEPHONE |
|---|---|---|
| J.A. Clark, RMC | NTCC Tech Control OPS | 804 322-5572 |
| C.S. Hanson | NTCC ADP Security | 804 455-4216 |
| Eugene Basnight | NISE EAST | 804 558-6782 |
| Steve Lord | SEMCOR | 703 418-4400 |
| Wes Miller | BAH | 703 412-7782 |
| Jeff Bergdahl | SPAWAR | 703 602-8332 |
| Bill Robertson | ISN | 301 469-0400 |
| Simon Martinez | ISN | 301 469-0400 |
| H. L. Williams, CW04 | NTCC EMO | 804 322-5368 |
| E. F. Palmer, RMI | NTCC TECH CONTROL OPS | 804 322-5511 |
| J. M. Buddenberg | NTCC PLANS | 804 322-5539 |
| Wayne Freeman | ISN | 804 421-7253 |
| Hal Reichart | ISN | 804 421-7253 |
| Ron Mallon | NTCC HAMPTON ROADS | 804 322-5979 |

**Next Scheduled Meeting**

**Monday, August 7, 1995**

**AGENDA ITEMS**:

The ATC Progress Meeting started at 10:00 AM

**OLD BUSINESS**:

1. At the request of the U.S. Navy(SPAWARS - NTCC Hampton Roads) ISN staffed and presented, for coordination and approval, a new and extended "training schedule to the participants of the meeting. Training was extended by one week, with the addition of 2 more Operator Courses, and 1 class day of the Database Administrator's course which will be conducted on a Saturday. SPAWARS, Jeff Bergdahl, accepted the new ISN schedule and also agreed to fund the Saturday training day for the Department of Navy Civilian students, if this was necessary and authorized. Chief Clark was designated the Action Officer to determine the necessary procedures. As a fall-back position, if weekend classes were not possible, administrator training will be completed on a Monday.

2. The metal dumpster was made available for cable, duct and other metal items. There is a sense of urgency that it be used so that it would not be removed.

3. The draft cut-over plan had been reviewed by the regularly scheduled status group as directed by the Progress Committee. The status group under the direction of the Progress Committee accepted the draft with minor corrections. Any additional corrections to the modified draft, presented at the meeting, are due at ISN not later than close of business on 7/26/95.

4. The test equipment for the operator positions was discussed briefly and Mr. Wayne Freeman was introduced to the group. It was pointed out that he had been assigned the responsibility for properly connecting the test equipment to the RIU.

5. Mr. Hanson discussed the responsibilities for the computer equipment associated with the ATC program. A message released by the Office of CNO N6 was introduced as the temporary document that spelled out the answers to most of the questions concerning the ATC system.

**NEW BUSINESS**:

1. A short status report on the installation was given by ISN.

2. The topic of approved interfaces for connecting devices to the ATC switch was discussed. Mr. Jeff Bergdahl accepted responsibility for providing any approved interfaces that were applicable to the ATC Hampton Roads.

3. Mr. Mallon indicated that the PADS and AMPS on the list of equipment to be connected would not be required. Mr. Mallon further indicated that the SACLANT voice frequency circuits would be consolidated in to high-speed digital circuits. These two actions would make additional VF ports available for reassignment.

4. A discussion of the voice circuitry ensued which led to the disclosure that parts of the telephone company's equipment exists in the Black Tech Control area. SPAWAR via NISE EAST DET Norfolk accepted responsibility to pay for any telephone company labor necessary to move loop back jacks and line conditioning equipment to Room 128.

**ACTION ITEMS:**

1. The next meeting will certainly expect to hear from:
   (A) Chief Clark regarding the procedures to authorize and fund civilian training on a weekend.

2. (B) Jeff Bergdahl on the approved interfaces applicable to Hampton Roads.

**SUMMARY OF ACTIONS:**

1. ISN presented a new training schedule, at the request of the Navy, that extended the training period by one week and added two Operator Training Courses. Also one day of the Administrator Course will be conducted on a Saturday.

2. The metal dumpster was made available for cable, duct, and other metal items.

3. The draft cut-over plan was reviewed and accepted with minor corrections. Any additional corrections to the modified draft are due at ISN not later than business on 7/26/95.

4. Jeff Bergdahl accepted responsibility for providing any approved interfaces that were applicable the Hampton Roads ATC.

5. Wayne Freeman was assigned the responsibility for properly connecting the test equipment to the RIU.

6. Mr. Hanson discussed the responsibilities for the Computer Equipment with the ATC Program.

7. Mr. Mallon indicated that the PADS and AMPS not needed and that the SACLANT voice frequency circuits would be consolidated to high-speed digital circuits.

8. Jeff Bergdahl accepted responsibility to pay for any telephone company labor necessary to move loop back jacks and line conditioning equipment from the Black Tech Control area to Room 128.

9. The next scheduled meeting will be August 7, 1995.

EXHIBIT 18

ISN®

August 16, 1995

Space and Naval Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffrey Bergdahl

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Hampton Roads Equipment

Attached is a list of equipment identified at the Hampton Roads site that may not meet the electrical interface criteria stipulated by the Government as MIL-STD-188-114, balanced, negative-mark, and documented in the Hampton Roads Site Survey Report. A majority of the equip-ment is RS-232, and may not be interfaced with DIM-414-E modules due to the potential disparity of voltage levels between RS-232, RS-422 and balanced MIL-188-114, which could possibly damage the modules. The full extent of this interface problem cannot be determined until the equipment is taken off line and each interface is evaluated. This will require close coordinatiion between ISN and the Government to insure that government equipment interfaces are compliant with the interface criteria. There may be additional equipment identified during the cutover phase that do not meet the criteria.

Sincerely,

William N.L. Robertson
Program Manager

cc: FISC DET Washington DC, R. Crawford

00071

| EQUIPMENT | LOCATION | INTFC |
|---|---|---|
| Codex Nest | G2 | RS-232 |
| Codex Nest | G2 | RS-232 |
| 3380 | H6 | RS-232 |
| 9600 | H6 | RS-232 |
| 9600 | H6 | RS-232 |
| 9600 | H6 | RS-232 |
| 2520 | H6 | RS-232 |
| 9600 | H6 | RS-232 |
| 9600 | H6 | RS-232 |
| 3380 | H6 | RS-232 |
| 3380 | H6 | RS-232 |
| 3380 | H6 | RS-232 |
| 3380 | H6 | RS-232 |
| 3380 | H6 | RS-232 |
| 3380 | H6 | RS-232 |
| 3380 | H6 | RS-232 |
| 9600 | H7 | RS-232 |
| 9600 | H7 | RS-232 |
| 3380 | H8 | RS-232 |
| 3380 | H8 | RS-232 |
| 3610 | H8 | RS-232 |
| 3610 | H8 | RS-232 |
| 2340 | H11 | RS-232 |
| 2640 | H11 | RS-232 |
| 4400 | H12 | RS-232 |
| 4400 | H12 | RS-232 |
| 4400 | H12 | RS-232 |
| 4400 | H12 | RS-232 |
| UDS V.3225 | H12 | RS-232 |
| 2202 | H12 | RS-232 |
| 2340 | H13 | RS-232 |
| 2510 | H13 | RS-232 |
| 1800 | H13 | RS-232 |
| 1800 | H13 | RS-232 |
| 1800B | H13 | RS-232 |
| 1800B | H13 | RS-232 |
| 2340 | H13 | RS-232 |
| 202T | H14 | RS-232 |
| 2200 | H14 | RS-232 |
| 202T | H14 | RS-232 |
| ICC24 | H14 | RS-232 |
| 1800S | H14 | RS-232 |
| ICC24 | H14 | RS-232 |
| GDC | H15 | RS-232 |
| CODEX NEST | H15 | RS-232 |
| CODEX NEST | H15 | RS-232 |
| 3380 | H15 | RS-232 |
| GDC | H15 | RS-232 |
| | | |
| FCC-100 | G10A | |



00072

| EQUIPMENT | LOCATION | INTFC |
|---|---|---|
| PORT 2 | | ISOCH |
| 4 | | " |
| 5 | | " |
| 6 | | " |
| 8 | | " |
| 9 | | " |
| 10 | | " |
| 11 | | " |
| 12 | | " |
| 15 | | " |
| 16 | | " |
| | | |
| FCC-100 | G10B | |
| 1 | | ISOCH |
| 2 | | " |
| 3 | | " |
| 4 | | " |
| 5 | | " |
| 6 | | " |
| 7 | | " |
| 8 | | " |
| 10 | | " |
| 11 | | " |
| 12 | | " |
| | | |
| FCC-100 | G10C | |
| 1 | | ISOCH |
| 2 | | " |
| 3 | | " |
| 4 | | " |
| 7 | | " |
| 9 | | " |
| 10 | | " |
| 11 | | " |
| 12 | | " |
| 13 | | " |
| 15 | | " |
| | | |
| FCC-100 | G10D | |
| 8 | | ISOCH |
| | | |
| FCC-100 | G10E | |
| 1 | | ISOCH |
| 2 | | " |
| 4 | | " |
| 6 | | " |
| 7 | | " |
| 8 | | " |
| 10 | | " |
| 11 | | " |

| EQUIPMENT | LOCATION | INTFC |
|---|---|---|
| 13 | | • |
| 15 | | • |
| | | |
| FCC-100 | G11A | |
| 1 | | ISOCH |
| 2 | | • |
| 3 | | • |
| 4 | | • |
| 5 | | • |
| 6 | | • |
| 7 | | • |
| 8 | | • |
| 9 | | • |
| 10 | | • |
| 11 | | • |
| 12 | | • |
| 13 | | • |
| 14 | | • |
| 16 | | • |
| | | |
| FCC-100 | G11B | |
| 1 | | ISOCH |
| 2 | | • |
| 3 | | • |
| 4 | | • |
| 6 | | • |
| 7 | | • |
| 8 | | • |
| 9 | | • |
| 10 | | • |
| 11 | | • |
| 12 | | • |
| 13 | | • |
| 15 | | • |
| 16 | | • |
| | | |
| FCC-100 | G11C | |
| 1 | | ISOCH |
| 2 | | • |
| 4 | | • |
| 5 | | • |
| 6 | | • |
| 7 | | • |
| 8 | | • |
| 9 | | • |
| 12 | | • |
| 13 | | • |
| 14 | | • |
| 15 | | • |
| | | |

| EQUIPMENT | LOCATION | INTFC |
|---|---|---|
| FCC-100 | G12B | |
| 1 | | ISOCH |
| 2 | | " |
| 3 | | " |
| 4 | | " |
| 5 | | " |
| 6 | | " |
| 7 | | " |
| 8 | | " |
| 10 | | " |
| | | |
| FCC-100 | G12E | |
| 3 | | ISOCH |
| 4 | | " |

ISN®

August 22, 1995

Space and Naval Warfare Systems Command
2451 Crystal City Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffery Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List(CDRL) Item A003, Conference Minutes, August 7, 1995

In accordance with the terms and conditions of the referenced contract, attached are the Conference Minutes of the August 7, 1995 meeting for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
ATC Program Manager

00076

**CDRL A003**

**Meeting Attendees:**

| | | |
|---|---|---|
| Ron Mallon | NTCC | 804 322-5979 |
| Eugene Basnight | NISE EAST | 804 558-6782 |
| Hal Reichart | ISN | 804 421-7253 |
| Ron Zell | SPAWARS | 703 602-8248 |
| Jeff Bergdahl | SPAWARS | 703 602-4891 |
| Ernie Flores | SPAWARS | 703 602-4891 |
| ET3 Heather Hottle | NTCC | 804 322-5613 |
| Bill Robertson | ISN | 301 469-0400 |
| J.C. Laursen | NTCC | 804-322-5572 |
| Jim Williams | SEMCOR (PMW 172-225) | 703 418-4400 |
| CW04 Horace Williams | NTCC (EMO) | 804 322-5572 |
| Glenn Barnes | Lockheed Martin | 804 858-2539 |
| Steve Lord | SEMCOR | 703 418-4400 |
| RMC Joseph Clark | NTCC H/R TCF OPS CHIEF | 804 322-5328 |
| Jack Walters | ISN | 804 421-7253 |

**Next Scheduled Meeting**:

August 21, 1995

CDRL A003

## CONFERENCE MINUTES

**7 August 1995**

**AGENDA ITEMS**:

The purpose of the meeting was to discuss the necessity for a change in the numbering system currently in use at NTCC Hampton Roads and also the up-coming training on the ATC Switch System.

**NEW BUSINESS**:

It was stated that it was necessary to have a change in the numbering system as the old system caused problems. The new system that was introduced seemed to eliminate problems caused by the current system. The following elements were identified: The first element is the row and up to two letters that will be required. The second element is the bay number and up to two numbers which may be used. The third element is the vertical position in the bay. Each rack unit will be given a letter designation from AA to RR representing the 44 rack units in a standard C Y 597 cabinet. Equipment will be numbered according to the location of the upper left hand corner of the device. A piece of equipment with its upper left hand corner in the fourth rack unit from the top will be assigned a designation of AD for its vertical location. If two or more units are side by side up to two digits, they will be used to locate the device numbering from left to right. Additional characters will be used as follows: S and up to two numbers to identify a card slot and J with up to numbers to identify individual jacks., It was pointed out that this could lead to as many as 25 characters to locate the 7th jack on the 10th card in a Timeplex Link II in Row J Bay 13. Use of this system would allow cable numbers to approach 60 characters in length. ISN will attempt to determine if the fields in the MAPS 8000(N) will accommodate use of the system. All parties required time to evaluate the effect of implementing the proposed system.

2. The next subject was the up-coming training on the ATC Switch System. Training will start on the 16th of August in Room 204 of Building M51 at the Naval Base. Classes will start at 0700 each day and last until 1600 with an hour off for lunch. Parking is available in the parking lot near the Helo Pad. ISN will send clearances to NAVCAMSLANT and mark them Attention to Mr. Jim Knox. SPAWARS stated that each course would be audited and SEMCOR would video tape one session of each course.

3. The request for additional access to CSE is still being staffed.

4. Hal Reichart gave an update on the progress of the installation that indicated that things were on schedule and cutover will start as scheduled. ISN was encouraged to beat the schedule if possible.

5. The subject of the test equipment and the Test Bay arrangement was revisited. It was indicated that further work on the arrangement was delayed at the request ofd the site to allow for more study of the situation.

6. The Station advised all concerned that the K row including all cabinets, equipment and cables were being removed to make room for new cabinets and equipment to serve the Navy Exchange System. Fifteen 56 KGB circuits and a T3 link are currently planned.

7. ISN was informed that both the ROTA and EASTPAC IDP'd had already been provided as the guide for approved signal flows. It was also stated that it was the responsibility of ISN to recommend any signal flows that were required but not available

8. The cutover plan included a statement that it was the Government's responsibility to change any of the circuits that did not meet the mark space sense guidance provided at the Hawaii Site Survey. The SPAWARS representative requested that the Government be informed immediately of all circuits that are in that category and of any other interface problems that exist. Mr. Robertson of ISN agreed to take this item for action.

9. The subject of computer virus was discussed. The IBM Virus Check Program Version 2.0 is a part of the MTRX Switch Configuration. This program will be used to demonstrate that the switch system is free of computer virus prior to cutover.

10. SPAWARS stated that in the near future, Mr. Basnight would have two observers from Hawaii onboard for a period of about two weeks.

11. The next meeting is scheduled for 21 August 1995.

**SUMMARY OF ACTIONS**:

1. NTCC introduced the new numbering system that seems to eliminate problems caused by the current system.

2. ISN will attempt to determine if the fields in the MAPS 8000(n) will accommodate use of the systems.

3. Training on the ATC Switch System will start on the 165th of August in Room 204 of Building M51 at the Naval Base. Classes will start at 0700 each day and last until 1600 with an hour off for lunch.

4. The next scheduled meeting is for 21 August 1995.

ISN

EXHIBIT
19

William N.L. Robertson
Vice President
Systems Integration Group

September 20, 1995

Space and Naval Warfare Systems Command
2451 Crystal City Drive
Arlington, VA 22245-5200

**ATTENTION:** Jeffery Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Contract Data Requirements List (CDRL) Item A003, Conference Minutes, September 18, 1995

In accordance with the terms and conditions of the referenced contract, attached are the Conference Minutes of the September 18, 1995 meeting for your review.

For additional information regarding this deliverable item, please contact the undersigned at (301) 469-0400.

Sincerely,

William N.L. Robertson
Program Manager

cc: FISC DET, Washington DC
R. Crawford

00080

**CDRL No: A003**

**Conference Minutes**
***18 September 1995***

**AGENDA:**

The purpose of this meeting was to discuss the station's comments on ATC training.

**DISCUSSION ITEMS:**

1. In the opinion of the station, the training provided for the ATC was inadequate. Further discussion indicated that the operator and administrator courses were acceptable. The maintenance people were unsure of the procedures necessary to accomplish effective trouble shooting. They suggested that the course should not be taught in generic terms but be taught around the specific site configuration. The site requested the MTRX Users Manual. A general comment was that during the maintenance training course the instructor lacked knowledge of the technical aspects of the switch. The technicians also suggested that the course would be much better if actual equipment and connections could be demonstrated. ISN was instructed to present a paper detailing how the site would be supported during cutover and how instruction would be augmented by on-the-job training.

2. The site requested that the Users Manual for the ATC be delivered to RM1 Palmer.

3. Mr. Flores stated that the ATC switch and all its ancillary devices be installed and fully configured prior to cutover. This includes the tape backup unit, the printers, the print server and all work stations. RIU's that could not be installed because of space considerations were excluded

4. ISN Suggested the possibility of providing a dial-in capability to support operation of the ATC during cutover. SPAWARS stated that the DMS software would be required. The site wanted to be specifically advised before the dial-in capability was used. and ISN is investigating this option.

5. SPAWARS requested that the site keep a log of all operator/maintainer/net-work administrator questions and problems to be used to enhance the ATC training.

6. SPAWARS requested comments on the usefulness of the ICW provided and asked that no reference to deleting "Rota" be provided in the comments.

7. *ISN asked if the guidance provided* on the AN/FCC-98 limiting connections to 12 digital and 18 voice channels be changed to include all 24 voice channels. Some of the AN/FCC 98's have voice channel assignments outside the 1 to 18 range. SPAWARS stated that the limits provided were guidance and that the guidance could

be changed by the mutual agreement of the local representatives to meet operational requirements. All changes must be documented on "as *builts*".

**ACTION ITEMS:**

ISN will provide a paper discussing ATC operation and maintenance support during cutover and to outline on-the-job training to be provided. The due date for this will be September 22, 1995.

**Next Meeting:**

The next regularly scheduled meeting will be September 25, 1995.

**LIST OF ATTENDEES:**

| NAME | REPRESENTING | TELEPHONE | |
|---|---|---|---|
| RM Palmer | NTCC Hampton Roads | 804 322-5572 | TCF OPS |
| ET3 Hottle | NTCC Hampton Roads | 804-322-5668 | PLANS |
| Ron Mallon | NTCC Hampton Roads | 804-322-5668 | PLANS |
| Jack Laursen | NTCC Hampton Roads | 804- 322-5572 | TCF OPS |
| Jeff Bergdahl | SPAWARS | 703-602-8332 | COR |
| Ernie Flores | SPAWARS | 703-602-4891 | ANC/ATC |
| Ron Zell | SPAWARS | 703--602-8248 | ANCC/ATC |
| Mike Loomis | SEMCOR | 703-418-4400 | SPAWARS |
| Eugene Basnight | NISE EAST | 804-558-6783 | ANCC/ATC |
| Bill Robertson | ISN | 301-469-0400 | PROG MGR. |
| Hal Reichart | ISN | 804-421-7253 | SITE MGR |
| Jack Walters | ISN | 804-421-7253 | SR. TECH |

ATTACHMENTS

## ATC OPERATION AND MAINTENANCE

During cutover of the Automated Technical Control(ATC) switch and its integration into the NTCC Hampton Roads facilities, there will be an extended period of time where both the station and ISN will share responsi-bility for operation and maintenance of the system. ISN fully recognizes the site's responsibility to maintain rapid, reliable and secure communication channels for its users. The installation of the ATC will allow this goal to be met.

ISN's goal is to accomplish the installation of the ATC in accordance with the contract and to cut over the existing communication links with as little disruption as possible to the site and the communications services the site provides to it's users as possible. In order to meet these goals it will be necessary to transition from a manual patch and test facility to an automated system. This goal is not achievable instantaneously.

The period after the installation of the switch and its peripherals and the connection of the last communication's link to the switch is the cutover period. Cutover of the first phase will continue for approximately ten months.

During cutover, ISN is responsible for switch maintenance while the site is responsible for circuit operation and maintenance. Note that the switch will automatically perform the monitoring and fault detection of equipment connected to it as well as the circuits passing through. The switch, through built-in test procedures will also detect failures in the switch system. These switch system failures can be corrected by replacing pluggable modules. *Site operators and maintenance* personnel must understand that the terms *outage* and *alarm* have specific definitions for the ATC. A reported outage at a work station implies the malfunction of a unit of the switch system and an automatic switch over to a redundant module, except in the case of Remote Interface Unit(RIU) interface cards. An interface card failure will affect from one to eight ports or links. The RIU interface card may be changed while the power is on and will not affect connections to other cards in the RIU. No connectors need to be removed to replace a faulty RIU interface card. A screwdriver is necessary to remove the RIU fromt cover to expose the cards.

An alarm reported on the workstation screen indicates that a function specified to be monitored is not within allowable tolerances. This is an indication that the equipment connected to the switch system is experiencing difficulty. This difficulty could be failure to receive the expected signal, a distant end or transmission media problem, or it could indicate a local equipment failure.

ISN is responsible for all switch outage conditions and is willing to help operators and maintainers with all switch related questions and problems. In order to meet our responsibilities, ISN expects to be notified of all outages immediately. This will be easily accomplished by dialing a pager number so that a responsible ISN employee can determine what action to take.

In order to assist with procedural questions and alarms, the pager may be used to contact the ISN representative. Iif phone contact is insufficient to solve the problem, ISN intends to provide a dial-in capability using the DMS provided program. Until further investigation is completed we believe that the site will have to provide a dedicated line to support this service.

In order to provide in depth, site specific information to NTCC Personnel, an on-the job training program will commence with the start of cutover.

It is ISN's intention to take one watch stander per working day with the stations permission and provide on-the-job training. One maintenance technician or administrator is welcome to join each day.

Instruction will include a description of the system and how it operates, a walk around to point out the various parts of the system and an informal question and answer session. After that we anticipate that the operator will spend the rest of the day assisting in data entry for that day's cutovers. Some time will also be allowed for testing and sparing from the operators.

EXHIBIT
20

**SUBJ: MINUTES NTCC HAMPTON ROADS ATC STATUS MEETING 07 NOVEMBER 1995**

Ref: (a) ISN ltr dtd 3 November 1995
(b) SPAWAR ltr Ser PMW 172-22C/091 dtd 26 October 1995

1. Ron Zell opened the meeting requesting progress reports from ISN, followed by NTCC Hampton Roads. Hal Reichart reported for ISN, and Ron Mallon reported for NTCC Hampton Roads.

2. Bill Robertson provided Ron Zell with a copy of reference (a), the subject of which, requested corrections to the minutes of the 23 October 1995 meeting reported in reference (b). Reponse is provided herein keyed to reference (a):

a. Paragraph 1 of reference (a) keyed to paragraph 2 of reference (b): Concur and is modified as follows: "Hal Reichart reported receipt and installation of the Tape Back-up Unit. A set of blank tapes has been provided to be used in backing up the systems."

b. Paragraph 2 of reference (a) keyed to paragraph 4 of reference (b): Concur and is modified as follows: "Hal Recichart reported that ISN was procuring a cellular phone for timely contact of designated ISN personnel during off-duty hours.

c. Paragraph 3 of reference (a) keyed to paragraph 6 of reference (b): Do not concur. Remains as stated: "Ron Zell (in concert with Ron Mallon) advised Bill Robertson the Pre Test and Acceptance Checklist (as one document) will be accepterd once the MTRX-100 is included."

d. Paragraph 4 of reference (a) keyed to paragraph 10 of reference (b): Partially concur and is modified as follows: "Discussed ISN's submission of a "complex circuit" as previously agreed. ISN will propose a complex cutover using an existing NTCC Hampton Roads signal flow at the next meeting.

e. Paragraph 5 of reference (a) keyed to paragraph 14 of reference (b): Partially concur and is modified as follows: "Discussed scheduling start of cut-over. Ron Zell advised Bill Robertson decision would not be made in approving the start of cut-over until a firm delivery schedule of the MTRX-100, RIU-32s and 530 cards is provided. Bill Robertson indicated ISN's position that technically there is no reason to wait and that cut-over of the MTRX-100 could commence at a later date, at the time it is received/installed. Ron Zell indicated he would discuss further once ISN provides a firm delivery schedule. Ron Zell agreed with ISN that the switch was in fact modular, that additional modules have been and will continue to be added to active switches without loss of service.

f. Paragraph 6 of reference (a) keyed to paragraph 16: Concur and is modified as follows: "Bill Robertson advised there is no reason for having not submitted test procedures and cut-over sheets to date. He indicated they would be provided soon. Additionally, Hal Reichart stated that the VF cutover sheets were being held up by the need to change to VF cabling drawings due to the massive changes caused by the deletion of PADS and AMPS, the T324's and the addition of 6 more ports to each of 11 AN/FCC-98's. Bill Robertson addressed these procedures by stating that all test procedures had been submitted as promised but in two packages. He agreed that the MTRX 100 and RIU 32 procedures (2 pages) will be integrated into the basic document.

Enclosure (1)

**SUBJ: CONT; MINUTES NTCC HAMPTON ROADS ATC STATUS MEETING, 07 NOVEMBER 1995**

3. Ron Zell advised Bill Robertson that SPAWAR produced minutes, such as those provided in reference (b) are not contract binding, whereas those submitted by ISN as A003 are contract binding. Bill Robertson acknowledged, indicating concurrence to Ron Zell.

4. Hal Reichart reported difficulties with the Tape Backup Unit. Bill Robertson reported no prior knowledge of the difficulty. Hal Reichart advised that investigation into the problem was ongoing. Ron Zell recommended to Bill Robertson that he coordinate with DMS in determining whether or not ISN has the type of Unit DMS recommends.

5. Bill Robertson reported tentative delivery schedule of the MTRX-100s, RIU-32s, and 530 cards. Ron Zell requested the delivery schedule be submitted in writing and that ISN include a statement of impact if cut-over is not authorized until the aforementioned items are received/installed. Bill Robertson advised the requested information in writing would be provided NLT 8 November 1995.

6. RMC (SW) Clark asked status in clearing ISN personnel at the Top Secret level. Hal Reichart advised status remains unchanged. One person is cleared at the Top Secret level. Others have been processed and are pending adjudication.

7. Jeff Bergdahl asked Hal Reichart if ISN was attempting to standardize KG84 configurations. Hal Reichart responded "absolutely and that the focus was on 2 types of a standard configuration. Ron Zell made it clear that any circuit connected to the switch would be cut-over on the basis of a circuit "working" prior to cut-over and the circuit "still working" after cut-over. Ron Zell's expression of concern was to ensure ISN understanding that cut-over of circuits/equipments to the switch must take into consideration that a circuit is not changed in anyway and that its cut-over takes into consideration how it is connected as well as the operation of the circuit that includes the local user and the distant end.

8. Hal Reichart reported that the ATC contract does not include requirement for ISOC circuits. He reminded everyone that the DMS ATC switch provides for ASYNC/SYNC interfaces and that it does provide for ISOC interfaces. Hal Reichart went on to say that a "couple hundred" 75BPS ASYNC circuits derived of FCC-100 LSTDMs are operational at NTCC Hampton Roads using ISOC cards. Discussion revealed probability of FCC-100s being populated with ISOC cards (for 75BPS ASYNC circuits) in lieu of using ASYNC cards because the ISOC cards worked and they were held in inventory at the time. Resolution of this issue remains pending. All concern agreed that the solution may be simple through continued use of the FCC-100 ISOC cards for ASYNC circuits. Hal Reichart requested diagram examples if this situation exists at other sites where the DMS switch is operational. Ron Zell/Jeff Bergdahl advised SPAWAR would get back to ISN and the site after review of the contract and whether or not examples of diagrams might be available from similar installations at other DMS ATC sites.

9. Discussed positive/negative sensing as it applies to circuit configurations and the switch. It was stated that most circuits at NTCC Hampton Roads are configured as positive sensing. The DMS switch is negative sensed. Hal Reichart advised the information they have is that all circuits were to be configured for negative sensing. Ron Mallon requested COMSPAWARSYSCOM provide any authoritative documentation that standardizes sensing as negative mark.

10. Discussed the HEMP ROOM at NTCC Hampton Roads Technical Control Facility and that CINCLANTFLT says there is no longer a HEMP requirement. NTCC Hampton Roads has not allowed any penitration of the HEMP ROOM . Ron Mallon requested COMSPAWARSYSCOM provide any authoritative documentation that that decertifies the HEMP facility at NTCC Hampton Roads Tech Control Facility.

SUBJ: MINUTES NTCC HAMPTON ROADS ATC STATUS MEETING, 07 NOVEMBER 1995

11. Discussed high speed port assignments and need to identify and provide to ISN. Ron Mallon took for action to provide list.

12. Hal Reichart requested site permission to wire empty Fixed Plant Adapters (FPAs) to RIUs. Ron Mallon provided permission. Chief Clark made clear the requirement for ISN to coordinate in advance with PO Blueing (in charge of all crypto to include FPAs) or PO Palmer prior to moving and KG84s/FPAs (top of every 4th bay as per the TSIP (HRA) in making room for RIUs.

13. Next meeting is tentatively scheduled 27 November 1995 at NTCC Hampton Roads.

SUBJ: ATTENDANCE LIST NTCC HAMPTON ROADS ATC STATUS MEETING, 07 NOVEMBER 1995

| Name | Command/Agency |
|---|---|
| LCDR J. Denby | NTCC Hampton Roads (AOIC) |
| CWO4 H. Williams | NTCC Hampton Roads (EMO) |
| ET2 (SW) Clabaugh | NTCC Hampton Roads (Maintenance) |
| Ron Mallon | NTCC Hampton Roads (Plans) |
| RMC (SW) Clark | NTCC Hampton Roads (Tech Control) |
| RM1 Palmer | NTCC Hampton Roads (Tech Control) |
| Ron Zell | COMSPAWARSYSCOM (PMW 172-22) |
| Jeff Bergdahl | COMSPAWARSYSCOM (PMW 172-22C) |
| Gene Basnight | NISEEAST DET NORFOLK (Code 521EB) |
| Bill Robertson | Information Systems & Networks Corporation (ATC PM) |
| Hal Reichart | Information Systems & Networks Corporation (Site Manager) |
| Steve Lord | SEMCOR (COMSPAWARSYSCOM PMW 172-22C SUPPORT) |

Enclosure (2)

**Subj: ATTENDANCE LIST NTCC HAMPTON ROADS ATC STATUS MEETING, 23 OCTOBER 1995**

EXHIBIT 21

| Name | Command/Agency |
|---|---|
| LCDR J. Denby | NTCC Hampton Roads (AOIC) |
| CWO4 H. Williams | NTCC Hampton Roads (EMO) |
| ET2 (SW) Clabaugh | NTCC Hampton Roads (Maintenance) |
| Ron Mallon | NTCC Hampton Roads (Plans) |
| ET3 Hottle | NTCC Hampton Roads (Plans) |
| RMC (SW) Clark | NTCC Hampton Roads (Tech Control) |
| RM1 Palmer | NTCC Hampton Roads (Tech Control) |
| Ron Zell | COMSPAWARSYSCOM (PMW 172-22) |
| Jeff Bergdahl | COMSPAWARSYSCOM (PMW 172-22C) |
| Gene Basnight | NISEEAST DET NORFOLK (Code 521EB) |
| Bill Robertson | Integrated Systems Control (ATC PM) |
| Hal Reichart | Integrated Systems Control (Site Manager) |
| Steve Lord | SEMCOR (COMSPAWARSYSCOM PMW 172-22C Support) |

Enclosure (2)

Subj: CONT; MINUTES NTCC HAMPTON ROADS ATC STATUS MEETING, 23 OCTOBER 1995

c. In addition to circuits (by CCSD or other circuit name as mentioned above), equipments by type and location (row/bay) will be reported. Report same as circuits by indicating cut-over start date/end date and number of connections pending/required; e.g. Cutover started and ended 1 DEC 95, FCC-100(V)3, Row/Bay, 18 OF 18 connections completed.

14. Discussed scheduling start of cut-over. Ron Zell advised Bill Robertson decision would not be made in approving the start of cut-over until a firm delivery schedule of the MTRX-100, RIU-32s and 530 cards is provided. Bill Robertson indicated ISN's position that technically there is no reason to wait and that cut-over of the MTRX-100 could commence at a later date, at the time it is received/installed. Ron Zell indicated he would discuss further once ISN provides a firm delivery schedule.

15. Ron Zell asked Bill Robertson to estimate the date as to when his people at NTCC Hampton Roads would no longer have work to do. Bill Robertson was not able to provide a date. Hal Reichart indicated that he can keep people currently employed busy. This includes various cut-overs and other miscellaneous wiring in Tech Control (does not include cut-over and wiring to the ATC switch). Hal Reichart further commented that delaying cut-over only delays ISN's plans for hiring additional personnel required.

16. Bill Robertson advised there is no reason for having not submitted test procedures and cut-over sheets to date. He indicated they would be provided soon.

17. Tentative date for next meeting is 6 November 1995, 1000 at NTCC Hampton Roads. Alternate date is 7 November 1995.



Enclosure (1)

EXHIBIT 22

MINUTES OF THE STATUS GROUP MEETING

25 OCTOBER 1995

THE FOLLOWING IS A SUMMARY OF THE SUBJECTS DISCUSSED.

1. THERE WAS A BRIEF DISCUSSION OF SIGNALS TO BE CUTOVER TO THE SWITCH. AMONG THE TYPES OF SIGNAL EXISTING IN THE STATION BY BAUD RATE:
A. NO 45 BAUD CIRCUITS ( BEYOND THE LIMITS OF THE CONTRACT).
B. 2-50 BAUD CIRCUITS.
C. SOME 62.6 BAUD CIRCUITS.

2. ISOCHRONOUS CIRCUITS. THE STATION MAINTAINS THAT THE CONNECTION OF THESE CIRCUITS IS NOT REQUIRED AS THE ONLY CIRCUITS THAT HAD BEEN IDENTIFIED WERE ASYNC CIRCUITS THAT WERE CONNECTED TO ISOCHRONOUS CARDS ON THE AN/FCC100. ISN PROVIDED THE FOLLOWING EXPLANATION OF WHY THIS SUBJECT WAS IMPORTANT. (1) THE SWITCH INTERFACE THROUGH THE RIU IS A SYNCHRONOUS DEVICE. THE CONNECTION OF ASYNCHRONOUS SIGNALS TO SYNCHRONOUS DEVICES IS NOT A PROBLEM IF THE SYNCHRONOUS DEVICE CAN OPERATE AT LEAST TWICE THE ANTICIPATED SPEED OF THE ASYNCHRONOUS DEVICE. THE CONNECTION OF ISOCHRONOUS AND SYNCHRONOUS INTERFACES IS SOMETIMES POSSIBLE HOWEVER THERE IS NORMALLY A SLIPPAGE BETWEEN THE TWO SYSTEMS THAT CAUSE CIRCUIT OUTAGES. ALSO THE CONTRACT DOES NOT REQUIRE THE CONNECTION OF ISOCHRONOUS DEVICES TO THE SWITCH AND THAT THESE INTERFACES WERE BEYOND THE SCOPE OF THE CONTRACT. (2) ISN WAS REQUESTED TO TREAT THESE CIRCUITS AS ASYNCHRONOUS CIRCUITS.

3. ISN STATED THAT DUE THE MASSIVE CHANGES MADE TO THE VOICE FREQUENCY PORT ASSIGNMENTS THAT IT WAS NECESSARY TO REDO THE AUDIO CABLING DIAGRAM. HOWEVER, NO MORE SIGNIFICANT CHANGES COULD BE MADE TO THE PLAN AND THAT AS A PRACTICAL MATTER THIS WOULD SOMETIMES DICTATE THAT CABLE NUMBER ASSIGNMENTS WOULD NOT BE IN NUMERICAL ORDER. THE STATION ACCEPTED THIS CONDITION AS ONE THAT IT WAS LIVING WITH CURRENTLY AND WA NOT A SIGNIFICANT PROBLEM.

4. THE STATION STATED THAT THE REVISED QC SHEET THAT IT EXPECTS ALL CONTRACTORS TO FOLLOW WAS NOT READY YET.

5. THE STATION STATED THAT THEY DID NOT HAVE ANY FIREBERD TEST EQUIPMENT OF THEIR OWN TO USE IN THE OPERATORS POSITIONS. BUT TO LEAVE ROOM FOR THEM IN THE OPERATOR WORKSTATIONS.

6. THERE WAS A DISCUSSION OF THE POSSIBLE NEED FOR A DIGITAL PATCH PANEL IN THE OPERATORS POSITIONS. THIS WAS CONFIRMED SO THAT TEST EQUIPMENT COULD BE ASSIGNED TO BOTH THE HIGH AND LOW SPEED SWITCHES. IT WAS ALSO POINTED OUT THAT SOME TEST EQUIPMENT CONTAINED A PORT THAT WAS PROGRAMABLE AND THIS TYPE OF PORT WOULD NEED TO BE ASSIGNED TO A DTE OR DCE PORT ON THE SWITCH DEPENDING ON HOW THE PORT WAS PROGRAMMED.

EXHIBIT 23

CONFERENCE MINUTES
23 OCTOBER 1995

AGENDA

THE PURPOSE OF THE MEETING WS TO DISCUSS THE PROGRESS OF THE ATC INSTALLATION AT NTCC HAMPTON ROADS.

DISCUSSION ITEMS

MR. RON ZELL LEAD THE DISCUSSION BY ASKING FOR STATUS REPORTS OR COMMENTS ON THE FOLLOWING SUBJECTS:

A. THE TAPE BACK UP UNIT.
THE TAPE BACK UP UNIT WAS SENT TO NORFOLK LAST WEDNESDAY HOWEVER BECAUSE OF AN ERROR ON THE PART OF THE SHIPPING AGENT IT WENT TO WILLIAMSBURG. AFTER RECEIPT ON FRIDAY THE NECESSARY INSTALLATION MATERIALS WERE LOCATED OVER THE WEEKEND AND THE UNIT WAS INSTALLED, TESTED AND WORKING PRIOR TO THE MEETING.

B. THE MTRX 100 SWITCH AND THE RIU 32'S
MR. ROBERTSON STATED THAT THERE WAS NO NEW INFORMATION ON THE PROVISION OF THE MTRX 100 AND THE RIU 32'S SINCE THE STATUS PROVIDED ON THE 15TH OF SEPTEMBER AND THAT THE ANTICIPATED ARRIVAL WAS 15 NOVEMBER. THERE WAS SOME DISCUSSION CONCERNING THE IMPACT OF THIS INFORMATION ON THE START OF CUTOVER. ISN MAINTAINED THAT THE SWITCH SYSTEM WAS MODULAR IN DESIGN AND THE MTRX 100 AND THE RIU 32 WITH THE 530 CARDS COULD BE ADDED TO THE SYSTEM AT ANY TIME. SINCE THE SYSTEM WAS MODULAR THAT IT COULD BE TESTED AND ACCEPTED IN ITS CURRENT CONFIGURATION WITH FURTHER ACCEPTANCE TESTING BEING CONDUCTED WHEN THE MTRX 100 AND ITS SATELLITES WERE AVAILABLE. THE GOVERNMENT MAINTAINED THAT IT WAS A SYSTEM THAT COULD NOT BE ACCEPTED UNTIL ALL OF THE MODULES WERE AVAILABLE, ASSEMBLED, AND INSTALLED. MR. ZELL STATED THAT A NEW FORMAL SCHEDULE BASED ON THE ARRIVAL OF THE MTRX 100 WAS NECESSARY.

C. TRAINING
MR. REICHART STATED THAT IT WAS ISN'S INTENTION TO PROVIDE A CELLULAR TELEPHONE SO THAT ANY PROBLEMS THAT MIGHT ARISE AFTER CUTOVER STARTED COULD BE DISCUSSED BETWEEN THE WATCH AND THE DESIGNATED ISN REPRESENTATIVE. MR. ZELL ASK THE STATION IF THE WOULD BE WILLING TO START CUTOVER OF THE SWITCH AND ITS OPERATION WHEN ISN WAS NOT ON SITE IN LIGHT OF THE TRAINING, THE ICW, AND THE ANTICIPATED OJT. HE ALSO STATED THAT THE ICW WOULD BE UPDATED AND PROVIDED TO THE STATION BY THE END OF NOVEMBER. THE STATION RELUCTANTLY ACCEPTED THE START OPERATION OF THE SWITCH AND REQUESTED THAT ADDITIONAL TRAINING BE PROVIDED AS SOON AS POSSIBLE. MR. ZELL SAID THAT THE TRAINING COURSE WAS STILL BEING REVISED AND THAT IT WOULD BE OFFERED AGAIN AFTER THE FIRST OF THE CALENDAR YEAR UNLESS THERE WAS A FORMAL REQUEST FROM THE STATION THAT TRAINING BE PROVIDED EARLIER.

MR. ZELL SUGGESTED A MEETING LATER THIS WEEK OR NEXT WEEK BETWEEN ISN AND SPAWAR TO DISCUSS THE REQUIRED REVISIONS TO THE TRAINING MATERIALS. IT WAS DETERMINED THAT A POAM FOR ADDITIONAL TRAINING BE DEVELOPED.

EXHIBIT
24

18 April, 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffrey Bergdahl, COR

**REFERENCE:** Contract Number N00600-940C-0389

**SUBJECT:** Submittal of Engineering Change Proposal (ECP) CDRL Item C003

**ENCLOSURE:** (1) Navy provided Equipment configuration all sites.

This Letter ECP is submitted to reflect the proposed modification requested by the Navy to Contract N00600-940C-0389 at the contract meetings on 21 and 24 March 95. Enclosure (1) is the equipment configuration provided by the Navy for all seven sites. The Navy requested this confirmation to more closely match the current configuration. ISN has agreed to make these changes at no cost to the Government.

If you have any question or clarifications please contact the undersigned at (301) 469-0400.

Sincerely

William N.L. Robertson
VP Systems Integration Group
Information Systems and Networks

CC NRCC - R. Crowford