# LOT 1 Summary

| Description | Hampton Roads | Camp Smith | Pearl Harbor | Lot 1 TOTAL |
|---|---|---|---|---|
| RMSA 100X | 2 | | | 2 |
| RMSA 500X | | 1 | 1 | 2 |
| RMSA 4000X | 1 | 1 | 1 | 3 |
| RMSA 8000X | 1 | | | 1 |
| RIU 64X | 81 | 38 | 37 | 156 |
| RIU 32X | 5 | | | 5 |
| TFOU 8 / 16 | 1 | 1 | 1 | 3 |
| TATU 2 / 8 | 1 | 1 | 1 | 3 |
| DIM 414-E | 976 | 242 | 312 | 1530 |
| DIX 202 | | | | |
| DIH 264X | | 39 | 30 | 69 |
| DIH 530 | 70 | | | 70 |
| DCI 402 | 4 | | | 4 |
| DTI 402 | 4 | | | 4 |
| AIM 800 | 152 | 33 | 35 | 220 |
| BTM 2048 | | 2 | 2 | 4 |

| Description | Yokosuka | Sigonella | Puerto Rico | London | TOTAL |
|---|---|---|---|---|---|
| RMSA 100X | | | | 1 | 3 |
| RMSA 500X | 1 | 1 | 1 | | 5 |
| RMSA 4000X | 1 | 1 | 1 | 1 | 7 |
| RMSA 8000X | | | | | 1 |
| RIU 64X | 23 | 25 | 25 | 40 | 268 |
| RIU 32X | | | | 2 | 7 |
| TFOU 8 / 16 | 1 | 1 | 1 | 1 | 7 |
| TATU 2 / 8 | 1 | 1 | 1 | 1 | 7 |
| DIM 414-E | 333 | 317 | 315 | 416 | 2911 |
| DIX 202 | | | | 26 | 26 |
| DIH 264X | | 7 | 7 | 22 | 105 |
| DIH 530 | | | | | 70 |
| DCI 402 | | | | | 4 |
| DTI 402 | | | | | 4 |
| AIM 800 | 28 | 19 | 8 | 34 | 309 |
| BTM 2048 | 2 | 2 | 2 | 2 | 12 |

ATTACHMENT 1

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 1 | | | |
| 2 | **CDRL DEVELOPMENT** | 12/1/94 | 2/21/96 |
| 3 | CDRL G001 GOV CMNTS PASS DUE | 1/18/94 | 1/18/94 |
| 4 | CDRL E002 GOV CMNTS PASS DUE | 12/5/94 | 12/5/94 |
| 5 | MOT PLAN CDRL A001 GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 6 | REVIEW GOV CMNTS CDRL A001 | 3/23/95 | 4/6/95 |
| 7 | RE-SUBMIT CDRL A001 | 4/6/95 | 4/6/95 |
| 8 | TRAINING PLAN - CDRL F001 | 2/6/95 | 2/17/95 |
| 9 | SUBMIT CDRL F001 | 2/17/95 | 2/17/95 |
| 10 | GOV REVIEW CDRL F001 | 2/17/95 | 3/17/95 |
| 11 | GOV CMNTS CDRL F001 RCV'ED | 3/28/95 | 3/28/95 |
| 12 | REVIEW GOV CMNTS CDRL F001 | 4/4/95 | 4/13/95 |
| 13 | RE-SUBMIT CDRL F001 | 4/13/95 | 4/13/95 |
| 14 | SYS TEST/VER PLN CDRL G002 | 2/6/95 | 2/28/95 |
| 15 | SUBMIT CDRL G002 | 2/28/95 | 2/28/95 |
| 16 | GOV REVIEW CDRL G002 | 2/28/95 | 3/28/95 |
| 17 | LESSON PLAN - CDRL F002 | 3/27/95 | 4/15/95 |
| 18 | SUBMIT CDRL FOO2 | 4/15/95 | 4/15/95 |
| 19 | GOV REVIEW CDRL F002 | 4/15/95 | 5/15/95 |
| 20 | SS H.R. CDRL B001 GOV CMNTS REV'ED | 2/27/95 | 2/27/95 |




Project: ATC - HAMPTON ROADS
Date: 3/30/95

Summary — ISN task — GOV action — Milestone complete — Milestone pending



TABLE 1-1 ATC SCHEDULE - NTCC HAMPTON ROADS VA.

00095

## ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 21 | REVIEW GOV CMNTS CDRL BOO1 | 3/3/95 | 3/20/95 |
| 22 | RE-SUBMIT CDRL B001 | 3/20/95 | 3/20/95 |
| 23 | GOV CMNT CDRL C001 RCV'ED | 2/27/95 | 2/27/95 |
| 24 | REVIEW GOV CMNTS CDRL C001 | 4/3/95 | 4/20/95 |
| 25 | RE-SUBMIT CDRL C001 | 4/20/95 | 4/20/95 |
| 26 | GOV CMNT CDRL C002 RCV'ED | 3/23/95 | 3/23/95 |
| 27 | REVIEW GOV CMNTS CDRL C002 | 4/10/95 | 4/27/95 |
| 28 | RE-SUBMIT CDRL C002 | 4/27/95 | 4/27/95 |
| 29 | TSP H.R. CDRL B002 GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 30 | COMMENTS REVIEW CDRL B002 | 3/1/95 | 4/4/95 |
| 31 | RE-SUBMIT CDRL BOO2 | 4/4/95 | 4/4/95 |
| 32 | GOV CMNTS CDRL E001 ISP RCV'ED | 2/27/95 | 2/27/95 |
| 33 | COMMENTS REVIEW CDRL E001 | 4/4/95 | 4/12/95 |
| 34 | RE-SUBMIT CDRL E001 | 4/12/95 | 4/12/95 |
| 35 | TRAINEE GUIDE CDRL F003 | 4/14/95 | 5/1/95 |
| 36 | SUBMIT CDRL F003 | 5/1/95 | 5/1/95 |
| 37 | GOV REVIEW CDRL FOO3 | 5/1/95 | 6/1/95 |
| 38 | SPARE PARTS LIST CDRL E003 - ALL SITES | 4/5/95 | 4/17/95 |
| 39 | SUBMIT CDRL E003 | 4/17/95 | 4/17/95 |
| 40 | GOV REVIEW CDRL E003 | 4/14/95 | 5/15/95 |




Project: ATC - HAMPTON ROADS
Date: 3/30/95

Summary
ISN task
GOV action
Milestone complete
Milestone pending



TABLE 1-1 ATC SCHEDULE - NTCC HAMPTON ROADS VA.

00096

## ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 41 | OJT HANDBOOK CDRL F004 | 5/1/95 | 5/12/95 |
| 42 | SUBMIT CDRL F004 | 5/12/95 | 5/12/95 |
| 43 | GOV REVIEW CDRL FOO4 | 5/12/95 | 6/12/95 |
| 44 | TEST PROCEDURES CDRL G003 | 4/20/95 | 5/31/95 |
| 45 | SUBMIT CDRL G003 | 5/31/95 | 5/31/95 |
| 46 | GOV REVIEW CDRL GOO3 | 5/31/95 | 6/29/95 |
| 47 | JOB MANUAL - H.R. CDRL D008 | 10/2/95 | 11/3/95 |
| 48 | SUBMIT CDRL D008 | 11/3/95 | 11/3/95 |
| 49 | GOV REVIEW CDRL D008 | 11/3/95 | 12/1/95 |
| 50 | TEST REPORT CDRL G004 | 1/21/96 | 2/21/96 |
| 51 | SUBMIT CDRL G004 | 2/21/96 | 2/21/96 |
| 52 | | | |
| 53 | **ENGINEERING/TECH SUPPORT** | 2/7/95 | 8/30/95 |
| 54 | SYSTEM ENGINEERING | 2/8/95 | 6/15/95 |
| 55 | ATC CONFIG ECP DEVELOPMENT | 2/8/95 | 4/4/95 |
| 56 | SUBMIT ATC CONFIG ECP | 4/4/95 | 4/4/95 |
| 57 | CORDINATE W/COR WRT GOV EQUIP RELOCATION | 4/18/95 | 4/30/95 |
| 58 | COORDINATE W/COR GOV EQUIP INTERFACE CONFI | 5/1/95 | 5/15/95 |
| 59 | MATERIAL PROCUREMENT | 2/8/95 | 8/31/95 |
| 60 | DMS FACTORY ACCEPTANCE | 2/8/95 | 2/8/95 |




Project: ATC - HAMPTON ROADS
Date: 3/30/95

Summary — ISN task — GOV action — Milestone complete ◆ — Milestone pending ◇



TABLE 1-1 ATC SCHEDULE - NTCC HAMPTON ROADS VA

00097

## ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 61 | INVENTORY EQUIPMENT - DMS | 2/9/95 | 2/10/95 |
| 62 | SHIP EQUIPMENT FROM DMS | 4/17/95 | 6/30/95 |
| 63 | RECEIVE DMS EQUIPMENT- ISN | 4/17/95 | 4/25/95 |
| 64 | SET-UP INTEGRATION SYSTEM | 4/26/95 | 4/27/95 |
| 65 | INTEGRATE SOFTWARE | 4/28/95 | 5/2/95 |
| 66 | SYSTEMS TRAINING - ISN | 5/3/95 | 5/17/95 |
| 67 | SHIP EQUIPMENT AT ISN TO HR | 5/18/95 | 5/18/95 |
| 68 | | | |
| 69 | **SITE - NTCC HAMPTON ROADS VA** | 3/1/95 | 1/21/96 |
| 70 | DEVELOP TSIP SUPPORT DOCUMENTATIOM | 3/1/95 | 3/27/95 |
| 71 | SITE MANAGEMENT/ PRE-INSTALLATION | 3/15/95 | 5/20/95 |
| 72 | RECEIVE/STORE EQUIPMENT - H.R. | 5/2/95 | 12/29/95 |
| 73 | COMMENCE INSTALLATION | 5/22/95 | 5/22/95 |
| 74 | RELOCATION OF GOV EQUIPMENT | 5/22/95 | 6/23/95 |
| 75 | SET-UP CLASSROOM | 6/8/95 | 6/9/95 |
| 76 | FORMAL TRAINING | 6/12/95 | 6/22/95 |
| 77 | CLEAN-UP | 6/2/95 | 1/15/96 |
| 78 | SWITCH/RIU INSTALLATION | 6/1/95 | 6/20/95 |
| 79 | ATC SYS CONFIG VERIFICATION | 6/22/95 | 6/22/95 |
| 80 | ATC SYSTEM TEST | 6/23/95 | 6/25/95 |




Project: ATC - HAMPTON ROADS
Date: 3/30/95

Summary | ISN task | GOV action | Milestone complete | Milestone pending



TABLE 1-1 ATC SCHEDULE - NTCC HAMPTON ROADS VA.

000098

## ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 81 | GOV. APPROVAL FOR CUT-OVER | 6/25/95 | 6/25/95 |
| 82 | COMMENCE CUTOVER | 6/26/95 | 6/26/95 |
| 83 | RE-CONFIG OF GOV EQUIP INTERFACE | 6/26/95 | 12/21/95 |
| 84 | CUT-OVER | 6/26/95 | 12/21/95 |
| 85 | CUTOVER COMPLETE | 12/21/95 | 12/21/95 |
| 86 | GOVERNMENT ACCEPTANCE | 12/21/95 | 1/20/96 |
| 87 | ATC INSTALLATION ACCEPTED | 1/20/96 | 1/20/96 |




Project: ATC - HAMPTON ROADS
Date: 3/30/95

Summary — ISN task — GOV action — Milestone complete — Milestone pending



TABLE 1-1 ATC SCHEDULE - NTCC HAMPTON ROADS VA.

00099

## ATC SCHEDULE - NTCC PEARL HABOR AND CAMP H.M. SMITH

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 1 | | | |
| 2 | **CDRL DEVELOPMENT** | 12/1/94 | 12/14/95 |
| 3 | CDRL B001 (PEARL) GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 4 | CDRL B001 (CAMP SMITH) GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 5 | CDRL B002 (PEARL) GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 6 | CDRL B002 (CAMP SMITH) GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 7 | REVIEW GOV CMNTS CDRL B001(PEARL) | 4/20/95 | 5/9/95 |
| 8 | *RE-SUBMIT CDRL B001 (PEARL)* | 5/9/95 | 5/9/95 |
| 9 | REVIEW GOV CMNTS CDRL B001 (CAMP SMITH) | 4/25/95 | 5/15/95 |
| 10 | RE-SUBMIT CDRL B001 (CAMP SMITH) | 5/15/95 | 5/15/95 |
| 11 | REVIEW GOV CMNTS CDRL B002(PEARL) | 5/15/95 | 6/1/95 |
| 12 | RE-SUBMIT CDRL B002 (PEARL) | 6/1/95 | 6/1/95 |
| 13 | REVIEW GOV CMNTS CDRL B002 (CAMP SMITH) | 5/22/95 | 6/9/95 |
| 14 | RE-SUBMIT CDRL B002 (CAMP SMITH) | 6/9/95 | 6/9/95 |
| 15 | *CUT-OVER PLAN CDRL G001 (PEARL)* | 5/29/95 | 6/11/95 |
| 16 | SUBMIT CDRL G001 (PEARL) | 6/11/95 | 6/11/95 |
| 17 | GOV REVIEW CDRL G001 (PEARL) | 6/12/95 | 7/12/95 |
| 18 | CUT-OVER PLAN CDRL G001 (CAMP SMITH) | 5/29/95 | 6/11/95 |
| 19 | SUBMIT CDRL G001 (CAMP SMITH) | 6/11/95 | 6/11/95 |
| 20 | GOV REVIEW CDRL G001 (CAMP SMITH) | 6/12/95 | 7/12/95 |




Project: ATC - PEARL/CAMP SMITH
Date: 3/30/95

Summary | GOV action | Milestone pending
ISN task | Milestone complete



00100

# ATC SCHEDULE - NTCC PEARL HABOR AND CAMP H.M. SMITH

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 21 | SYSTEMS TEST/VER PLN CDRL G002 (PEARL) | 5/1/95 | 5/5/95 |
| 22 | SUBMIT CDRL G002 (PEARL) | 5/5/95 | 5/5/95 |
| 23 | GOV REVIEW CDRL G002 (PEARL) | 5/5/95 | 6/5/95 |
| 24 | SYSTEMS TEST/VER PLN CDRL G002 (CAMP SMITH) | 5/3/95 | 5/8/95 |
| 25 | SUBMIT CDRL G002 (CAMP SMITH) | 5/8/95 | 5/8/95 |
| 26 | GOV REVIEW CDRL G002 (CAMP SMITH) | 5/8/95 | 6/8/95 |
| 27 | TEST PROCEDURES CDRL G003 (PEARL) | 5/15/95 | 6/5/95 |
| 28 | SUBMIT CDRL G003 (PEARL) | 6/5/95 | 6/5/95 |
| 29 | GOV REVIEW CDRL G003 (PEARL) | 6/5/95 | 7/5/95 |
| 30 | TEST PROCEDURES CDRL G003 (CAMP SMITH) | 5/10/95 | 6/10/95 |
| 31 | SUBMIT CDRL G003 (CAMP SMITH) | 6/10/95 | 6/10/95 |
| 32 | GOV REVIEW CDRL G003 (PEARL) | 6/12/95 | 7/12/95 |
| 33 | CDRL C002 (PEARL) GOV CMNTS RCV'ED | 3/23/95 | 3/23/95 |
| 34 | CDRL C002 (CAMP SMITH) GOV CMNTS RCV'ED | 3/23/95 | 3/23/95 |
| 35 | REVIEW GOV CMNTS CDRL C002 (PEARL) | 5/30/95 | 6/19/95 |
| 36 | RE-SUBMIT CDRL C002 (PEARL) | 6/19/95 | 6/19/95 |
| 37 | REVIEW GOV CMNTS CDRL C002 (CAMP SMITH) | 6/2/95 | 6/22/95 |
| 38 | RE-SUBMIT CDRL C002 (CAMP SMITH) | 6/22/95 | 6/22/95 |
| 39 | JOB MANUAL CDRL D006 (PEARL) | 9/4/95 | 9/29/95 |
| 40 | SUBMIT CDRL D006 (PEARL) | 9/29/95 | 9/29/95 |




Project: ATC - PEARL/CAMP SMITH
Date: 3/30/95

Summary | GOV action | Milestone pending
ISN task | Milestone complete



00101

# ATC SCHEDULE - NTCC PEARL HABOR AND CAMP H.M. SMITH

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 41 | GOV REVIEW CDRL D008 (PEARL) | 9/29/95 | 10/27/95 |
| 42 | JOB MANUAL CDRL D008 (CAMP SMITH) | 9/4/95 | 9/29/95 |
| 43 | SUBMIT CDRL D008 (CAMP SMITH) | 9/29/95 | 9/29/95 |
| 44 | GOV REVIEW CDRL D008 (CAMP SMITH) | 9/29/95 | 10/27/95 |
| 45 | TEST REPORT CDRL G004 (PEARL) | 12/25/95 | 1/25/96 |
| 46 | SUBMIT CDRL G004 (PEARL) | 1/25/96 | 1/25/96 |
| 47 | TEST REPORT CDRL G004 (CAMP SMITH) | 12/25/95 | 1/25/96 |
| 48 | SUBMIT CDRL G004 (CAMP SMITH) | 1/25/96 | 1/25/96 |
| 49 | | | |
| 50 | **ENGINEERING/TECH SUPPORT** | 4/1/95 | 8/30/95 |
| 51 | SYSTEM ENGINEERING | 4/1/95 | 7/14/95 |
| 52 | ATC CONFIG ECP DEVELOPMENT | 2/8/95 | 4/4/95 |
| 53 | SUBMIT ATC ONFIG ECP | 4/4/95 | 4/4/95 |
| 54 | CORDINATE W/COR WRT GOV EQUIP RELOCATION | 6/12/95 | 6/22/95 |
| 55 | COORDINATE W/COR GOV EQUIP INTERFACE CONFI | 6/19/95 | 6/30/95 |
| 56 | MATERIAL PROCUREMENT | 2/8/95 | 9/29/95 |
| 57 | DMS FACTORY ACCEPTANCE | 2/8/95 | 2/8/95 |
| 58 | INVENTORY EQUIPMENT - DMS | 2/9/95 | 2/10/95 |
| 59 | SET-UP INTEGRATION SYSTEM | 4/28/95 | 4/28/95 |
| 60 | INTEGRATE SOFTWARE | 5/1/95 | 5/4/95 |




Project: ATC - PEARL/CAMP SMITH
Date: 3/30/95

Summary | ISN task | GOV action | Milestone complete | Milestone pending



00102

## ATC SCHEDULE - NTCC PEARL HABOR AND CAMP H.M. SMITH

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 61 | SYSTEMS TRAINING - ISN | 5/3/95 | 5/17/95 |
| 62 | SHIP EQUIPMENT FROM DMS TO HAWAII | 6/12/95 | 6/15/95 |
| 63 | SHIP EQUIPMENT AT ISN TO HAWAII | 6/1/95 | 6/1/95 |
| 64 | | | |
| 65 | **SITE - NTCC PEARL AND CAMP SMITH** | 3/2/95 | 1/21/96 |
| 66 | DEVELOP TSIP SUPPORT DOCUMENTATIOM | 4/15/95 | 5/10/95 |
| 67 | SITE MANAGEMENT/ PRE-INSTALLATION | 5/5/95 | 6/19/95 |
| 68 | RECEIVE/STORE EQUIPMENT - HAWAII | 6/15/95 | 9/29/95 |
| 69 | COMMENCE INSTALLATION | 7/15/95 | 7/15/95 |
| 70 | RELOCATION OF GOV EQUIPMENT | 7/17/95 | 8/18/95 |
| 71 | SET-UP CLASSROOM | 7/3/95 | 7/4/95 |
| 72 | FORMAL TRAINING - PEARL | 7/5/95 | 7/17/95 |
| 73 | FORMAL TRAINING - CAMP SMITH | 7/18/95 | 7/28/95 |
| 74 | CLEAN-UP | 7/18/95 | 12/23/95 |
| 75 | SWITCH/RIU INSTALLATION | 8/1/95 | 8/18/95 |
| 76 | ATC SYS CONFIG VERIFICATION | 8/18/95 | 8/18/95 |
| 77 | ATC SYSTEM TEST | 8/21/95 | 8/22/95 |
| 78 | GOV. APPROVAL FOR CUT-OVER | 8/22/95 | 8/22/95 |
| 79 | COMMENCE CUTOVER | 8/23/95 | 8/23/95 |
| 80 | RE-CONFIG OF GOV EQUIP INTERFACE | 8/23/95 | 11/23/95 |




Project: ATC - PEARL/CAMP SMITH
Date: 3/30/95

Summary | ISN task | GOV action | Milestone complete | Milestone pending



00103

# ATC SCHEDULE - NTCC PEARL HABOR AND CAMP H.M. SMITH

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 81 | CUT-OVER | 8/23/95 | 11/23/95 |
| 82 | CUTOVER COMPLETE | 11/23/95 | 11/23/95 |
| 83 | GOVERNMENT ACCEPTANCE | 11/27/95 | 12/23/95 |
| 84 | ATC INSTALLATION ACCEPTED | 12/23/95 | 12/23/95 |




Project: ATC - PEARL/CAMP SMITH
Date: 3/30/95

Summary | ISN task | GOV action | Milestone complete | Milestone pending



00104

APR-12-1995 12:47 FROM SPAWAR PMW172 703602-7252 TO 992026850002 P.03

EXHIBIT
25

**Here is what RZ thinks is happening back at the ranch regarding the 1.9M fiasco.**

A. Kevin will call CNO to arrange to have no action taken on the letter. Presumably, he will talk to Wiley Cress, or RMCS Eisenman.

B. Kevin will also go to Sandee and her chain (Tom Sutton ?) to have the funding document (that withdraws the 1.9) pulled back.

C. Jeff will:

1. Tell Percy to get the ADP approval ltr into Kevins hands for signature. If Kevin won't sign, he should then take it to Dr. McWilliams for signature. This letter authorizes two sites - Japan & Puerto Rico. We will address impact of this on what Francis is doing in P/R. If this letter is in SEMCOR hands, need to break it loose ASAP.

2. Tell C3 to reduce surveys to include only Japan & Puerto Rico.

3. Tell Roscoe not to sign acceptance on the funding document.

4. Find out what Roscoe's opinion is of doing the surveys in advance of the award to 8A company ??

5. Make sure the letter to be presented to ISN is a rejection letter (versus accepted subject to incorporation of changes). Reasons are deliverable is not in compliance with our last *letter of guidance*, and deliverable is not IAW the contract specifications. (Assume both of these reasons are valid). Note: Kevin will postpone the meeting until Thursday because he has a hard conflict on Wednesday.

6. Get with Ernie to categorize the LANT ANCC Status message contents as follows:

a. New requirement, we were not aware.
b. We were aware, and are correcting.
c. *Out of scope of the contract - Needs ECP.*

Once info is categorized, he should put in EMAIL to Kevin so he will be armed to answer PRR's comments on the message.

D. Regarding funding - Once recovered, the FY-93 1.9 will be used to fund the award of two sites to the 8A. If award is greater than 1.9, then we will use part of the FY-95 700K down at FISK. Remainder of the 700K to be used for production support of the 8A effort.

Thats it......

P.S. Since you told me Sandee has been bugging Roscoe for signature on the withdrawl document, we have to assume that "B" above didn't happen. I have no doubt Ron will call Kevin in the A.M. for an update. In the meantime, ZUJ to ZUJ........JLH

# HAMPTON ROADS

EXHIBIT
26

## TABLE of CONTENTS
## 12 pair cable ecp


| | | |
|---|---|---|
| **RATES** | 1 | Proposed and Provisonal Rates |
| **PROP** | 2 | Summary of the Cost Proposal |
| **ISN_Hrs** | 3 | ISN P M, Site Survey Hours & ECP Prep |
| **EQ_L** | 4 | Major Equipments to be installed |
| **I_Hrs** | 5 | Time required to do Install and cut over |
| **I_Cost** | 6 | Installation Labor Cost |
| **SUM** | 7 | ECP Cost Summary |

# HAMPTON ROADS PROPOSED COST

02-Apr-95 08:43 PM

| Description | COST PROP | total HRS | Prop Total AMT | unburdened | Burdened at ISN Prov Rates | prop-prov DELTA |
|---|---|---|---|---|---|---|
| **Cost Summary ISN** | | | | | | |
| Program Manager | | 627 | 48,761.79 | 21,855.83 | 47,406.46 | 1,355.33 |
| Sr. Systems Engineer | | 627 | 33,111.87 | 14,841.28 | 32,191.52 | 920.34 |
| Site Supervisor | | 160 | 8,692.80 | 3,896.26 | 8,451.19 | 241.62 |
| Systems Engineer | | 627 | 29,224.47 | 13,098.88 | 28,412.17 | 812.29 |
| Eng. Draft | | 227 | 7,302.59 | 3,273.14 | 7,099.62 | 202.98 |
| TOTAL | | 2,268 | 127,093.52 | 56,965.39 | 123,560.96 | 3,532.56 |
| | | G&A | 13,408.37 | | 17,965.76 | (4,557.40) |
| | | Sub total | 140,501.89 | | 141,526.72 | (1,024.83) |
| | | | 11,240.15 | | 14,152.67 | (2,912.52) |
| | Page 33 | Total | 151,742.04 | | 155,679.39 | (3,937.35) |
| **Cost Summary** | | | | | | |
| Site Supervisor | 1,520 | 1,520 | 58,261.60 | 37,010.28 | 65,610.76 | (7,349.17) |
| Senior Tech | 310 | 2,720 | 78,880.00 | 50,107.98 | 88,829.99 | (9,949.99) |
| System Engineer | 40 | 40 | 1,490.40 | 946.76 | 1,678.40 | (188.00) |
| Tech | 0 | 8,320 | 212,576.00 | 135,037.45 | 239,390.51 | (26,814.51) |
| | 1870 | 12,600 | 351,208.00 | 223,102.48 | 395,509.67 | (44,301.67) |
| | | G&A | 37,052.44 | | 57,507.11 | (20,454.66) |
| | | Sub total | 388,260.44 | | 453,016.77 | (64,756.33) |
| | | | 31,060.84 | | 45,301.68 | (14,240.84) |
| | Page 40 | Total | 419,321.28 | | 498,318.45 | (78,997.17) |
| | | **Labor** | 571,063.32 | 280,067.87 | 653,997.84 | (82,934.52) |
| | Page 2 | **Material Dms** | 1,577,532.22 | 1,524,775.00 | 1,921,125.01 | (343,592.80) |
| | | **Material Other** | 118,994.18 | 115,014.67 | 144,911.58 | (25,917.41) |
| | | **Software** | 10,425.66 | 10,077.00 | 12,696.42 | (2,270.75) |
| | | **Travel** | 42,997.24 | 36,012.90 | 45,374.09 | (2,376.85) |
| | | **DMS Subcontract** | 15,521.22 | 13,000.00 | 16,379.22 | (858.00) |
| | | **Shipping** | 1,104.39 | 925.00 | 1,165.44 | (61.05) |
| | | **Insurance** | 3,581.50 | 2,999.73 | 3,779.48 | (197.98) |
| | | **Total ODC's** | 1,770,156.41 | 1,702,804.30 | 2,145,431.25 | |
| | B TABLE | **TOTAL** | 2,341,219.73 | 1,982,872.17 | 2,799,429.09 | (458,209.36) |
| | | **AMT IN B TABLE** | 2,341,219.73 | | | |
| | | **AMT For DIM 414 E** | 91,622.84 | 72,720.00 | 91,622.84 | 0.00 |
| | | TOTAL | 2,432,842.57 | 2,055,592.17 | 2,891,051.93 | (458,209.36) |

* CAN NOT BE DONE IN HOURS ALLOTTED

| Installation, Relocation & Te | QTY | HRS | TOTAL | |
|---|---|---|---|---|
| MATRIX Switch | 4 | 4.00 | 16.0 | 294.76 |
| RIU's | 105 | 2.00 | 210.0 | 3,868.77 |
| Ports Cards | 1612 | 0.20 | 322.4 | 5,939.49 |
| Install Racks | 31 | 8.00 | 248.0 | 4,568.84 |
| Install Work Station | 1 | 80.00 | 80.0 | 1,473.82 |
| Install LAN CPU's | 1 | 1.00 | 1.0 | 18.42 |
| Sr. Tech total | | | 877.4 | |
| **Cut Over & Test** | | | | |
| Ports (Tech) | 6130 | 1.25 | 7,662.5 | 124,358.82 |
| Ports (Sr Tech) | 6130 | 0.25 | 1,532.5 | 28,232.83 |
| **6 Pair Cable & Clean Up** | | | | |
| (5% new cable) (Tech) | 307 | 2.15 | 658.98 | 10,694.86 |
| TOTAL | | | 10,731.38 | 179,450.62 |
| | | | 12,601.4 | |

# ISN - PM & ENGINEERING LABOR COST ESTIMATE

HAMPTON ROADS 02-Apr-95 08:43 PM

| HAMPTON ROADS | CONTRACT total HRS | CONTRACT total AMT | ECP DELTA HRS | ECP total AMT | |
|---|---|---|---|---|---|
| **Cost Summary** | ATC RATES | | ISN RATES | | |
| Program Manager | 627 | 48,761.79 | 1080 | 81,657.05 | |
| Sr. Systems Engineer | 627 | 33,111.87 | 800 | 41,073.71 | |
| Site Supervisor | 160 | 8,692.80 | ↑ 240 | 12,676.78 | |
| Systems Engineer | 627 | 29,224.47 | ↑ 400 | 18,125.79 | |
| Eng. Draft | 227 | 7,302.59 | 0 ~~480~~ | 15,012.40 | |
| TOTAL | 2,268 | 127,093.52 | 3,000 | 168,545.74 | 77,704.75<br>25.9015827 |
| G & A | | 13,408.37 | | 24,506.55 | |
| Sub total | | 140,501.89 | | 193,052.29 | |
| FEE | | 11,240.15 | | 19,305.23 | |
| Total | | 151,742.04 | | 212,357.52 | |
| | | | | 212,500<br>-125000 | |

# ISN - ECP PREPARATION COST ESTIMATE

| Description | ECP HRS | ECP total AMT |
|---|---|---|
| **ECP PREP Cost Summary** | | |
| Program Manager | 40 | 3,024.34 |
| Sr. Systems Engineer | 80 | 4,107.37 |
| | TOTAL | 7,131.71 |
| | G & A | 1,036.95 |
| | Sub total | 8,168.66 |
| | FEE | 816.87 |
| | Total | 8,985.52 |
| | | 9,000 |

# HAMPTON ROADS EQUIPMENT CONFIGURATION

| PROP QTY | NOMENCLATURE | ECP QTY | PROP -ECP DELTA | |
|---|---|---|---|---|
| 2 | RMSA 100 X | 2 | 0 | |
| 0 | RMSA 200 X | 0 | 0 | |
| 0 | RMSA 500 X | 0 | 0 | |
| 1 | RMSA 4000 X | 1 | 0 | |
| 1 | RMSA 8000 X | 1 | 0 | |
| 103 | RIU 64 X | 81 | 22 | |
| 2 | RIU 32 X | 5 | (3) | |
| 1 | TFOU 8/16 | 1 | 0 | |
| 1 | TATU 2/8 | 1 | 0 | |
| 1515 | DIM 414 E | 976 | 539 | 58,560 |
| 32 | DIX 202 | 0 | 32 | |
| 3 | DIH 264 X | 0 | 3 | |
| 0 | DIH 530 | 70 | (70) | |
| 0 | DCI 402 | 4 | (4) | |
| 0 | DTI 402 | 4 | (4) | |
| 62 | AIM 800 | 152 | (90) | |
| 0 | BTM 2048 | 0 | 0 | |
| 6,690 | PORTS | 5,276 | 1,414 | |
| 1,612 | CARDS | 1,206 | 406 | |

158,280

| Description | | HRS/ QTY. | MIN HRS | total HRS | MAX HRS | total HRS |
|---|---|---|---|---|---|---|
| **Cost Summary** | | | | | | |
| Site Supervisor | A | | | 1,520 | | 1,600 |
| Senior Tech | B | | | 3,697 | | 4,424 |
| System Engineer | C | | | 40 | | 60 |
| Tech | D | | | 21,632 | | 26,380 |
| | | | Total Hrs | 26,889 | | 32,464 |
| **Site Management & 30 Day Acceptance** | | | | | | |
| Site Supervisor | A | 1,520 | | | 1600 | |
| Senior Tech | B | 0 | | | 0 | |
| System Engineer | C | 40 | | | 60 | |
| **Installation, Cabling, Power, GFE Relocation & Test** | | | | | | |
| MATRIX Switch 8/4 | B | 2 | *9.0* | 18.0 | *11.0* | 22.0 |
| MATRIX Switch 500 | B | | *8.0* | 0.0 | *10.0* | 0.0 |
| MATRIX Switch 100 | B | 2 | *7.5* | 15.0 | *9.0* | 18.0 |
| MATRIX Switch 200 | B | 0 | *10.0* | 0.0 | *12.0* | 0.0 |
| RIU 64 | B | 81 | *7.0* | 567.0 | *8.0* | 648.0 |
| RIU 32 | B | 5 | *9.0* | 45.0 | *10.0* | 50.0 |
| Triple Sat Shelf | B | | *10.0* | 0.0 | *12.0* | 0.0 |
| Ports Cards | B | 1,206 | *0.3* | 361.8 | *0.4* | 482.4 |
| Install Racks | B | 31 | *16.0* | 496.0 | *18.0* | 558.0 |
| Install GFE Test E.Q. | B | 2 | *16.0* | 32.0 | *18.0* | 36.0 |
| Install LAN CPU's | B | 1 | *36.0* | 36.0 | *40.0* | 40.0 |
| Install TFOU & TATU | B | 2 | *8.0* | 16.0 | *10.0* | 20.0 |
| **Cut Over & Test** | | | | | | |
| Ports | D | 5,276 | *1.6* | 8,441.6 | *2.0* | 10,552.0 |
| Ports | B | 5,276 | *0.4* | 2,110.4 | *0.5* | 2,638.0 |
| **Cable Removal & Clean Up** | | | | | | |
| Ports | D | 5,276 | *2.5* | 13,190.0 | *3.0* | 15,828.0 |

# HAMPTON ROADS INSTALLATION COST

07-Apr-95 09:39 AM

| Description | Contract HRS | MIN ECP HRS | MIN ECP AMT | MAX ECP HRS | MAX ECP AMT | |
|---|---|---|---|---|---|---|
| | C | E | | H | | |
| **Cost Summary** | | | | | | |
| Site Supervisor | 1,520 | 1,520 | 65,610.76 | 1,600 | 69,063.96 | 38,958.19 |
| Senior Tech | 2,720 | 3,697 | 120,747.91 | 4,424 | 144,497.75 | 81,509.53 |
| System Engineer | 40 | 40 | 1,678.40 | 60 | 2,517.59 | 1,420.15 |
| Tech | 8,320 | 21,632 | 622,368.29 | 26,380 | 758,985.73 | 428,135.17 |
| | | 26,889 | 810,405.37 | 32,464 | 975,065.03 | 550,023.04 |
| | | G&A | 117,832.94 | | 141,774.46 | |
| | | Sub total | 928,238.31 | | 1,116,839.48 | |
| | | Fee | 92,823.83 | | 111,683.95 | |
| | | Total | 1,021,062.14 | | 1,228,523.43 | |

| ECP MIN - Contract HRS | ECP MIN - Contract AMT | ECP MAX - Contract HRS | ECP MAX - Contract AMT |
|---|---|---|---|
| E - C | | H - C | |
| 0 | 0.00 | 80 | 3,453.20 |
| 977 | 31,917.92 | 1,704 | 55,667.75 |
| 0 | 0.00 | 20 | 839.20 |
| 13,311 | 382,977.78 | 18,060 | 519,595.21 |
| 14,288 | 414,895.70 | 19,864 | 579,555.36 |
| G&A | 60,325.83 | | 84,267.35 |
| Sub total | 475,221.54 | | 663,822.71 |
| Fee | 47,522.15 | | 66,382.27 |
| Total | 522,743.69 | | 730,204.98 |

| | |
|---|---|
| Min/Max Avg | 626,474 |
| round up | 730,000 |

# HAMPTON ROADS
# Equipment List
23-Mar-95

| NOMENCLATURE | QTY |
|---|---|
| RMSA 100X | 2 |
| RMSA 4000X | 1 ✓ |
| RMSA 8000X | 1 ✓ |
| RIU 64X | 81 ✓ |
| RIU 32X | 5 ✓ |
| TFOU 8/16 | 1 ✓ |
| TATU 2/8 | 1 ✓ |
| DIM 414 E | 976 ✓ |
| DIH 530 | 70 |
| DCI 402 | 4 ✓ |
| DTI 402 | 4 ✓ |
| AIM 800 | 152 ✓ |

**To:** Ernie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 07:56:17 PM
**Subject:** HAMPTON ROADS RQMTS

HAMPTON ROADS

| NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 2 | ~~2~~ 2 | ~~OVERBID BY 1~~ NONE |
| ~~RMSA 200X~~ | ~~0~~ | ~~1~~ | UNDERBID BY ~~1~~ 0 |
| RMSA 500X | 0 | 0 | NONE |
| RMSA 4000X | 1 | 1 | NONE |
| RMSA 8000X | 1 | 1 | NONE |
| RIU 64X | 103 | ~~84~~ 81 | OVERBID BY ~~19~~ 22 |
| RIU 32X | 2 | ~~10~~ 5 | UNDERBID BY ~~8~~ 3 |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 1515 | ~~978~~ 976 | OVERBID BY ~~537~~ 539 |
| DIX 202 | 32 | 0 | OVERBID BY 32 |
| DIH 264X | 3 | 0 | OVERBID BY 3 |
| DIH 530 | 0 | ~~136~~ 70 | UNDERBID BY ~~136~~ 70 |
| DCI 402 | 0 | 4 | UNDERBID BY 4 |
| DTI 402 | 0 | 4 | UNDERBID BY 4 |
| AIM 800 | 62 | ~~153~~ 152 | UNDERBID BY ~~91~~ 90 |
| ~~BTM 2048~~ | ~~0~~ | ~~2~~ | ~~UNDERBID BY 2~~ |

# CAMP H M SMITH

EXHIBIT 27

## TABLE of CONTENTS
## 12 pair cable ecp


| | | |
|---|---|---|
| **RATES** | 1 | Proposed and Provisonal Rates |
| **PROP** | 2 | Summary of the Cost Proposal |
| **ISN_Hrs** | 3 | ISN P M, Site Survey Hours & ECP Prep |
| **EQ_L** | 4 | Major Equipments to be installed |
| **I_Hrs** | 5 | Time required to do Install and cut over |
| **I_Cost** | 6 | Installation Labor Cost |
| **SUM** | 7 | ECP Cost Summary |

# ISN - PM & ENGINEERING LABOR COST ESTIMATE

**for CAMP SMITH** 07-Apr-95 08:58 AM

| ~~HAMPTON ROADS~~ | CONTRACT total HRS | CONTRACT total AMT | ECP DELTA HRS | ECP total AMT |
|---|---|---|---|---|
| **Cost Summary** | ATC RATES | | ISN RATES | |
| Program Manager | 627 | 48,761.79 | 80 | 6,048.67 |
| Sr. Systems Engineer | 627 | 33,111.87 | 120 | 6,161.06 |
| Site Supervisor | 160 | 8,692.80 | 0 ~~80~~ | 4,225.59 |
| Systems Engineer | 627 | 29,224.47 | 0 ~~80~~ | 3,625.16 |
| Eng. Draft | 227 | 7,302.59 | 0 ~~120~~ | 3,753.10 |
| TOTAL | 2,268 | 127,093.52 | 480 | 23,813.58 |
| G & A | | 13,408.37 | | 3,462.49 |
| Sub total | | 140,501.89 | | 27,276.07 |
| FEE | | 11,240.15 | | 2,727.61 |
| Total | | 151,742.04 | | 30,003.68 |
| | | | | 30,000 |

# ISN - ECP PREPARATION COST ESTIMATE

| Description | ECP HRS | ECP total AMT |
|---|---|---|
| **ECP PREP Cost Summary** | | |
| Program Manager | 20 | 1,512.17 |
| Sr. Systems Engineer | 40 | 2,053.69 |
| TOTAL | | 3,565.85 |
| G & A | | 518.48 |
| Sub total | | 4,084.33 |
| FEE | | 408.43 |
| Total | | 4,492.76 |
| | | 5,000 |

10,978.79
22.8724783

# CAMP SMITH EQUIPMENT CONFIGURATION

| PROP QTY | NOMENCLATURE | ECP QTY | PROP -ECP DELTA | |
|---|---|---|---|---|
| 0 | RMSA 100 X | 0 | 0 | |
| 0 | RMSA 200 X | 0 | 0 | |
| 1 | RMSA 500 X | 1 | 0 | |
| 1 | RMSA 4000 X | 1 | 0 | |
| 0 | RMSA 8000 X | 0 | 0 | |
| 21 | RIU 64 X | 38 | (17) | |
| 0 | RIU 32 X | 0 | 0 | |
| 1 | TFOU 8/16 | 1 | 0 | |
| 1 | TATU 2/8 | 1 | 0 | |
| 280 | DIM 414 E | 242 | 38 | 14,520 |
| 0 | DIX 202 | 0 | 0 | |
| 0 | DIH 264 X | 39 | (39) | |
| 0 | DIH 530 | 0 | 0 | |
| 0 | DCI 402 | 0 | 0 | |
| 0 | DTI 402 | 0 | 0 | |
| 20 | AIM 800 | 33 | (13) | |
| 0 | BTM 2048 | 2 | (2) | |
| 1280 | PORTS | 1,314 | (34) | |
| 300 | CARDS | 316 | (16) | |

39,420

# ECP COST ESTIMATE WORKSHEET

**CAMP H M SMITH** 07-Apr-95 09:52 AM

| Description | | HRS/ QTY. | MIN HRS | total HRS | MAX HRS | total HRS |
|---|---|---|---|---|---|---|
| **Cost Summary** | | | | | | |
| Site Supervisor | A | | | 1,520 | | 1,600 |
| Senior Tech | B | | | 1,219 | | 1,444 |
| System Engineer | C | | | 0 | | 60 |
| Tech | D | | | 5,387 | | 6,570 |
| | | | Total Hrs | 8,127 | | 9,674 |
| **Site Management & 30 Day Acceptance** | | | | | | |
| Site Supervisor | A | 1,520 | | | 1600 | |
| Senior Tech | B | 0 | | | 0 | |
| System Engineer | C | 0 | | | 60 | |
| **Installation, Cabling, Power, GFE Relocation & Test** | | | | | | |
| MATRIX Switch 8/4 | B | 1 | *9.0* | 9.0 | *11.0* | 11.0 |
| MATRIX Switch 500 | B | | *8.0* | 0.0 | *10.0* | 0.0 |
| MATRIX Switch 100 | B | 0 | *7.5* | 0.0 | *9.0* | 0.0 |
| MATRIX Switch 200 | B | 0 | *10.0* | 0.0 | *12.0* | 0.0 |
| RIU 64 | B | 38 | *7.0* | 266.0 | *8.0* | 304.0 |
| RIU 32 | B | 0 | *9.0* | 0.0 | *10.0* | 0.0 |
| Triple Sat Shelf | B | | *10.0* | 0.0 | *12.0* | 0.0 |
| Ports Cards | B | 316 | *0.3* | 94.8 | *0.4* | 126.4 |
| Install Racks | B | 15 | *16.0* | 240.0 | *18.0* | 270.0 |
| Install GFE Test E.Q | B | 2 | *16.0* | 32.0 | *18.0* | 36.0 |
| Install LAN CPU's | B | 1 | *36.0* | 36.0 | *40.0* | 40.0 |
| Install TFOU & TAT | B | 2 | *8.0* | 16.0 | *10.0* | 20.0 |
| **Cut Over & Test** | | | | | | |
| Ports | D | 1,314 | *1.6* | 2,102.4 | *2.0* | 2,628.0 |
| Ports | B | 1,314 | *0.4* | 525.6 | *0.5* | 657.0 |
| **Cable Removal & Clean Up** | | | | | | |
| Ports | D | 1,314 | *2.5* | 3,285.0 | *3.0* | 3,942.0 |

# CAMP H M SMITH INSTALLATION C0ST

07-Apr-95 09:54 AM

| Description | Contract HRS | MIN ECP HRS | MIN ECP AMT | MAX ECP HRS | MAX ECP AMT | |
|---|---|---|---|---|---|---|
| | C | E | | H | | |
| **Cost Summary** | | | | | | |
| Site Supervisor | 840 | 1,520 | 65,610.76 | 1,600 | 69,063.96 | 38,958.19 |
| Senior Tech | 1,000 | 1,219 | 39,824.73 | 1,444 | 47,173.07 | 26,609.79 |
| System Engineer | 0 | 0 | 0.00 | 60 | 2,517.59 | 1,420.15 |
| Tech | 1,600 | 5,387 | 155,002.26 | 6,570 | 189,027.15 | 106,628.05 |
| | | 8,127 | 260,437.76 | 9,674 | 307,781.78 | 173,616.18 |
| | | G&A | 37,867.65 | | 44,751.47 | |
| | | Sub total | 298,305.41 | | 352,533.25 | |
| | | Fee | 29,830.54 | | 35,253.33 | |
| | | Total | 328,135.95 | | 387,786.58 | |

| ECP MIN - Contract HRS | ECP MIN - Contract AMT | ECP MAX - Contract HRS | ECP MAX - Contract AMT |
|---|---|---|---|
| E - C | | H - C | |
| 680 | 29,352.18 | 760 | 32,805.38 |
| 219 | 7,165.45 | 444 | 14,513.79 |
| 0 | 0.00 | 60 | 2,517.59 |
| 3,787 | 108,966.82 | 4,970 | 142,991.70 |
| 4,687 | 145,484.45 | 6,234 | 192,828.47 |
| G&A | 21,153.44 | | 28,037.26 |
| Sub total | 166,637.89 | | 220,865.72 |
| Fee | 16,663.79 | | 22,086.57 |
| Total | 183,301.67 | | 242,952.30 |

| | |
|---|---|
| Min/Max Avg | 213,127 |
| round up | 245,000 |

**To:** Ernie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 07:45:20 PM
**Subject:** CAMP SMITH RQMTS

CAMP SMITH

| NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 0 | 0 | NONE |
| RMSA 200X | 0 | 0 | NONE |
| RMSA 500X | 1 | 1 | NONE |
| RMSA 4000X | 1 | 1 | NONE |
| RMSA 8000X | 0 | 0 | NONE |
| RIU 64X | 21 | 38 | UNDERBID BY 17 |
| RIU 32X | 0 | 0 | NONE |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 280 | 242 – 38 | OVERBID BY 38 |
| DIX 202 | 0 | 0 | NONE |
| DIH 264X | 0 | 39 | UNDERBID BY 39 |
| DIH 530 | 0 | 0 | NONE |
| DCI 402 | 0 | 0 | NONE |
| DTI 402 | 0 | 0 | NONE |
| AIM 800 | 20 | 33 | UNDERBID BY 13 14 |
| BTM 2048 | 0 | 2 | UNDERBID BY 2 2 |

16 More Cards

# MAKALAPA

EXHIBIT
28

## TABLE of CONTENTS
## 12 pair cable ecp


| | | |
|---|---|---|
| **RATES** | 1 | Proposed and Provisonal Rates |
| **PROP** | 2 | Summary of the Cost Proposal |
| **ISN_Hrs** | 3 | ISN P M, Site Survey Hours & ECP Prep |
| **EQ_L** | 4 | Major Equipments to be installed |
| **I_Hrs** | 5 | Time required to do Install and cut over |
| **I_Cost** | 6 | Installation Labor Cost |
| **SUM** | 7 | ECP Cost Summary |

# MAKALAPA PROPOSED COST

02-Apr-95 08:43 PM

| Camp Smith Description | | COST PROP | total HRS | Prop Total AMT | unburdened | Burdened at ISN Prov Rates | prop-prov DELTA |
|---|---|---|---|---|---|---|---|
| **Cost Summary ISN** | | | | | | | |
| Program Manager | | | 627 | 48,761.79 | 21,855.83 | 47,406.46 | 1,355.33 |
| Sr. Systems Engineer | | | 627 | 33,111.87 | 14,841.28 | 32,191.52 | 920.34 |
| Site Supervisor | | | 160 | 8,692.80 | 3,896.26 | 8,451.19 | 241.62 |
| Systems Engineer | | | 627 | 29,224.47 | 13,098.88 | 28,412.17 | 812.29 |
| Eng. Draft | | | 227 | 7,302.59 | 3,273.14 | 7,099.62 | 202.98 |
| TOTAL | | | 2,268 | 127,093.52 | 56,965.39 | 123,560.96 | 3,532.56 |
| | | | G&A | 13,408.37 | | 17,965.76 | (4,557.40) |
| | | | Sub total | 140,501.89 | | 141,526.72 | (1,024.83) |
| | | | | 11,240.15 | | 14,152.67 | (2,912.52) |
| | Page 33 | | Total | 151,742.04 | | 155,679.39 | (3,937.35) |
| **Cost Summary Camp Smith** | | | | | | | |
| Site Supervisor | | 1,000 | 1,000 | 38,330.00 | 24,348.87 | 43,164.98 | (4,834.98) |
| Senior Tech | | 372 | 1,160 | 33,644.14 | 21,372.21 | 37,888.04 | (4,243.90) |
| System Engineer | | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tech | | (151) | 2,240 | 57,227.84 | 36,353.59 | 64,446.61 | (7,218.77) |
| | | 1221.1 | 4,400 | 129,201.98 | 82,074.67 | 145,499.62 | (16,297.64) |
| | | | G&A | 13,630.81 | | 21,155.64 | (7,524.84) |
| | | | Sub total | 142,832.78 | | 166,655.27 | (23,822.48) |
| | | | | 11,426.62 | | 16,665.53 | (5,238.90) |
| | Page 40 | | Total | 154,259.41 | | 183,320.79 | (29,061.38) |
| | | **Labor** | | 306,001.45 | 139,040.06 | 339,000.18 | (32,998.74) |
| | Page 2 | **Material Dms** | | 460,371.14 | 444,975.00 | 560,641.80 | (100,270.67) |
| | | **Material Other** | | 71,818.75 | 69,416.92 | 87,461.15 | (15,642.41) |
| NMS 8000 software NOT included in Pro | | **Software** | | 10,109.08 | 9,771.00 | 12,310.87 | (2,201.80) |
| | | **Travel** | | 61,385.65 | 51,414.35 | 64,779.00 | (3,393.35) |
| | | **DMS Subcontract** | | 15,521.22 | 13,000.00 | 16,379.22 | (858.00) |
| | | **Shipping** | | 7,759.42 | 6,499.00 | 8,188.35 | (428.93) |
| | | **Insurance** | | 893.46 | 748.33 | 942.85 | (49.39) |
| | | **Total ODC's** | | 627,858.70 | 595,824.60 | 750,703.25 | |
| | B TABLE | **TOTAL** | | 933,860.15 | 734,864.66 | 1,089,703.43 | (155,843.28) |
| | | **AMT IN B TABLE** | | 933,860.16 | | | |
| | | **AMT For DIM 414 E** | | 22,013.67 | 17,472.00 | 22,013.67 | 0.00 |
| | | TOTAL | | 955,873.83 | 752,336.66 | 1,111,717.10 | (155,843.27) |

* CAN NOT BE DONE IN HOURS ALLOTTED

| Installation & Test | QTY | HRS | TOTAL | |
|---|---|---|---|---|
| MATRIX Switch | 2 | 4.00 | 8.0 | 147.38 |
| RIU's | 29 | 2.00 | 58.0 | 1,068.52 |
| Ports Cards | 403 | 0.20 | 80.6 | 1,484.87 |
| Install Racks | 15 | 8.00 | 120.0 | 2,210.73 |
| Install Work Station | 1 | 80.00 | 80.0 | 1,473.82 |
| Install LAN CPU's | 1 | 1.00 | 1.0 | 18.42 |
| Sr. Tech total | | | 347.6 | |
| **Cut Over & Test** | | | | |
| Ports (Tech) | 1762 | 1.25 | 2,202.5 | 35,745.55 |
| Ports (Sr Tech) | 1762 | 0.25 | 440.5 | 8,115.21 |
| **6 Pair Cable & Clean Up** | | | | |
| (5% new cable) (Tech) | 88 | 2.15 | 189.42 | 3,074.12 |
| TOTAL | | | 3,180.02 | 53,338.63 |
| | | | 4,401.1 | |

# ISN - PM & ENGINEERING LABOR COST ESTIMATE

07-Apr-95 09:22 AM

| M HAKALAPA | CONTRACT total HRS | CONTRACT total AMT | ECP DELTA HRS | ECP total AMT | |
|---|---|---|---|---|---|
| **Cost Summary** | ATC RATES | | ISN RATES | | |
| Program Manager | 627 | 48,761.79 | 80 | 6,048.67 | |
| Sr. Systems Engineer | 627 | 33,111.87 | 120 | 6,161.06 | |
| Site Supervisor | 160 | 8,692.80 | ~~80~~ | 4,225.59 | |
| Systems Engineer | 627 | 29,224.47 | ~~80~~ | 3,625.16 | |
| Eng. Draft | 227 | 7,302.59 | ~~120~~ | 3,753.10 | |
| TOTAL | 2,268 | 127,093.52 | 480 | 23,813.58 | 10,978.79 |
| | | | | | 22.8724783 |
| G & A | | 13,408.37 | | 3,462.49 | |
| Sub total | | 140,501.89 | | 27,276.07 | |
| FEE | | 11,240.15 | | 2,727.61 | |
| Total | | 151,742.04 | | 30,003.68 | |
| | | | | 30,000 | |

# ISN - ECP PREPARATION COST ESTIMATE

**MAKALAPA**

| Description | ECP HRS | ECP total AMT |
|---|---|---|
| **ECP PREP Cost Summary** | | |
| Program Manager | 20 | 1,512.17 |
| Sr. Systems Engineer | 40 | 2,053.69 |
| TOTAL | | 3,565.85 |
| G & A | | 518.48 |
| Sub total | | 4,084.33 |
| FEE | | 408.43 |
| Total | | 4,492.76 |
| | | 5,000 |

# MAKALAPA EQUIPMENT CONFIGURATION

| PROP QTY | CAMP SMITH NOMENCLATURE | ECP QTY | PROP -ECP DELTA | |
|---|---|---|---|---|
| 0 | RMSA 100 X | 0 | 0 | |
| 0 | RMSA 200 X | 0 | 0 | |
| 1 | RMSA 500 X | 1 | 0 | |
| 1 | RMSA 4000 X | 1 | 0 | |
| 0 | RMSA 8000 X | 0 | 0 | |
| 29 | RIU 64 X | 37 | (8) | |
| 0 | RIU 32 X | 0 | 0 | |
| 1 | TFOU 8/16 | 1 | 0 | |
| 1 | TATU 2/8 | 1 | 0 | |
| 364 | DIM 414 E | 312 | 52 | 18,720 |
| 0 | DIX 202 | 0 | 0 | |
| 1 | DIH 264 X | 30 | (29) | |
| 0 | DIH 530 | 0 | 0 | |
| 0 | DCI 402 | 0 | 0 | |
| 0 | DTI 402 | 0 | 0 | |
| 38 | AIM 800 | 35 | 3 | |
| 0 | BTM 2048 | 2 | (2) | |
| 1762 | PORTS | 1,592 | 170 | |
| 403 | CARDS | 379 | 24 | |

# ECP COST ESTIMATE WORKSHEET

MAKALAPA 07-Apr-95 09:22 AM

| Description | | HRS/ QTY. | MIN HRS | total HRS | MAX HRS | total HRS |
|---|---|---|---|---|---|---|
| **Cost Summary** | | | | | | |
| Site Supervisor | A | | | 1,520 | | 1,600 |
| Senior Tech | B | | | 1,351 | | 1,601 |
| System Engineer | C | | | 0 | | 60 |
| Tech | D | | | 6,527 | | 7,960 |
| | | | Total Hrs | 9,398 | | 11,221 |
| **Site Management & 30 Day Acceptance** | | | | | | |
| Site Supervisor | A | 1,520 | | | 1600 | |
| Senior Tech | B | 0 | | | 0 | |
| System Engineer | C | 0 | | | 60 | |
| **Installation, Cabling, Power, GFE Relocation & Test** | | | | | | |
| MATRIX Switch 8/4 | B | 1 | 9.0 | 9.0 | 11.0 | 11.0 |
| MATRIX Switch 500 | B | 1 | 8.0 | 8.0 | 10.0 | 10.0 |
| MATRIX Switch 100 | B | 0 | 7.5 | 0.0 | 9.0 | 0.0 |
| MATRIX Switch 200 | B | 0 | 10.0 | 0.0 | 12.0 | 0.0 |
| RIU 64 | B | 37 | 7.0 | 259.0 | 8.0 | 296.0 |
| RIU 32 | B | 0 | 9.0 | 0.0 | 10.0 | 0.0 |
| Ports Cards | B | 379 | 0.3 | 113.7 | 0.4 | 151.6 |
| Install Racks | B | 15 | 16.0 | 240.0 | 18.0 | 270.0 |
| Install GFE Test E.Q. | B | 2 | 16.0 | 32.0 | 18.0 | 36.0 |
| Install LAN CPU's | B | 1 | 36.0 | 36.0 | 40.0 | 40.0 |
| Install TFOU & TATU | B | 2 | 8.0 | 16.0 | 10.0 | 20.0 |
| **Cut Over & Test** | | | | | | |
| Ports | D | 1,592 | 1.6 | 2,547.2 | 2.0 | 3,184.0 |
| Ports | B | 1,592 | 0.4 | 636.8 | 0.5 | 796.0 |
| **Cable Removal & Clean Up** | | | | | | |
| Ports | D | 1,592 | 2.5 | 3,980.0 | 3.0 | 4,776.0 |

# MAKALAPA INSTALLATION COST ESTIMATE

07-Apr-95 09:57 AM

| Description | Contract HRS | MIN ECP HRS | MIN ECP AMT | MAX ECP HRS | MAX ECP AMT | |
|---|---|---|---|---|---|---|
| | C | E | | H | | |
| **Cost Summary** | | | | | | |
| Site Supervisor | 1,000 | 1,520 | 65,610.76 | 1,600 | 69,063.96 | 38,958.19 |
| Senior Tech | 1,160 | 1,351 | 44,106.37 | 1,601 | 52,274.45 | 29,487.42 |
| System Engineer | 0 | 0 | 0.00 | 60 | 2,517.59 | 1,420.15 |
| Tech | 2,240 | 6,527 | 187,795.74 | 7,960 | 229,019.20 | 129,187.11 |
| | | 9,398 | 297,512.87 | 11,221 | 352,875.21 | 199,052.87 |
| | | G&A | 43,258.37 | | 51,308.05 | |
| | | Sub total | 340,771.24 | | 404,183.26 | |
| | | Fee | 34,077.12 | | 40,418.33 | |
| | | Total | 374,848.37 | | 444,601.59 | |

| | ECP MIN - Contract HRS | ECP MIN - Contract AMT | ECP MAX - Contract HRS | ECP MAX - Contract AMT |
|---|---|---|---|---|
| | E - C | | H - C | |
| | 520 | 22,445.79 | 600 | 25,898.99 |
| | 190 | 6,218.33 | 441 | 14,386.42 |
| | 0 | 0.00 | 60 | 2,517.59 |
| | 4,287 | 123,349.13 | 5,720 | 164,572.59 |
| | 4,998 | 152,013.25 | 6,821 | 207,375.59 |
| | G&A | 22,102.73 | | 30,152.41 |
| | Sub total | 174,115.98 | | 237,528.00 |
| | Fee | 17,411.60 | | 23,752.80 |
| | Total | 191,527.57 | | 261,280.79 |

| | |
|---|---|
| Min/Max Avg | 226,404 |
| round up | 260,000 |

# MAKALAPA INSTALLATION COST ESTIMATE

07-Apr-95 09:57 AM

| Description | Contract HRS | MIN ECP HRS | MIN ECP AMT | MAX ECP HRS | MAX ECP AMT |
|---|---|---|---|---|---|
| | C | E | | H | |
| **Cost Summary** | | | | | |
| Site Supervisor | 1,000 | 1,520 | 65,610.76 | 1,600 | 69,063.96 |
| Senior Tech | 1,160 | 1,351 | 44,106.37 | 1,601 | 52,274.45 |
| System Engineer | 0 | 0 | 0.00 | 60 | 2,517.59 |
| Tech | 2,240 | 6,527 | 187,795.74 | 7,960 | 229,019.20 |
| | | 9,398 | 297,512.87 | 11,221 | 352,875.21 |
| | | G&A | 43,258.37 | | 51,308.05 |
| | | Sub total | 340,771.24 | | 404,183.26 |
| | | Fee | 34,077.12 | | 40,418.33 |
| | | Total | 374,848.37 | | 444,601.59 |

| ECP MIN - Contract HRS | ECP MIN - Contract AMT | ECP MAX - Contract HRS | ECP MAX - Contract AMT |
|---|---|---|---|
| E - C | | H - C | |
| 520 | 22,445.79 | 600 | 25,898.99 |
| 190 | 6,218.33 | 441 | 14,386.42 |
| 0 | 0.00 | 60 | 2,517.59 |
| 4,287 | 123,349.13 | 5,720 | 164,572.59 |
| 4,998 | 152,013.25 | 6,821 | 207,375.59 |
| G&A | 22,102.73 | | 30,152.41 |
| Sub total | 174,115.98 | | 237,528.00 |
| Fee | 17,411.60 | | 23,752.80 |
| Total | 191,527.57 | | 261,280.79 |

| | |
|---|---|
| Min/Max Avg | 226,404 |
| round up | 260,000 |

**To:** Ernie Flores
**cc:** Stephen Lord
**From:** Jim Williams
**Date:** 03/20/95 07:59:43 PM
**Subject:** PEARL HARBOR RQMTS

| PEARL HARBOR NOMENCLATURE | BAFO BID | QUANTITY REQUIRED | DIFFERENCE |
|---|---|---|---|
| RMSA 100X | 0 | 0 | NONE |
| RMSA 200X | 0 | 0 | NONE |
| RMSA 500X | 1 | 1 | NONE |
| RMSA 4000X | 1 | 1 | NONE |
| RMSA 8000X | 0 | 0 | NONE |
| RIU 64X | 29 | 37 | UNDERBID BY 8 |
| RIU 32X | 0 | 0 | NONE |
| TFOU 8/16 | 1 | 1 | NONE |
| TATU 2/8 | 1 | 1 | NONE |
| DIM 414E | 364 | 312 | OVERBID BY 52 |
| DIX 202 | 0 | 0 | NONE |
| DIH 264X | 1 | 30 | UNDERBID BY 29 |
| DIH 530 | 0 | 0 | NONE |
| DCI 402 | 0 | 0 | NONE |
| DTI 402 | 0 | 0 | NONE |
| AIM 800 | 38 | 35 | OVERBID BY 3 |
| BTM 2048 | 0 | 2 | UNDERBID BY 2 |

ISN®

EXHIBIT 29

21 April 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION:** Jeffrey Bergdahl, COR

**REFERENCE:** Contract Number N00600-94-C-0389

**SUBJECT:** Submittal of Engineering 12 Pair Cable Change Proposal (ECP) CDRL Item C003

**ENCLOSURE:** (1) HAMPTON ROADS ECP COST ANALYSIS

(2) PROGRAM SCHEDULE

This letter ECP for ATC Contract N00600-94-C-0389 proposes modifications for 12 pair cabling on all digital interfaces and increasing the Novell Netware 3.11 SFT-III from 25 to 50 users at NTCC Hampton Roads, Virginia.

Direction and guidance provided by the Government during the development of this ECP has been incorporated. Total additional cost consideration of this ECP is $999,206. The Handbook of Electronics Industry Cost Estimating Data was used as a guide in validating the cost estimates for this ECP.

Enclosure (1) provides an overall cost breakdown by description categories, total cost, cost in contract, and the cost of the ECP. Enclosure (2) contains revised CDRL Items delivery dates and a general implementation schedule for NTCC Hampton Roads. The major schedule impact is extension of the cut-over phase from six months to nine months to accommodate the added labor for installation of 12 Pair Cable.

The requirement for 12-pair cabling vice the original RFP requirement for 6-pair cabling for all digital interfaces presents the following considerations; ISN's proposal anticipated a 95% re-use of existing 6-pair cable and terminal equipment connectors, the cost to procure the 12-pair MIL-SPEC cable and additional terminal equipment connectors, and the increased labor costs to install and terminate 12-pair cabling including grounding not currently required to support wiring requirements. This ECP covers all costs associated with the 12-pair cable requirements with the exception of high cost Cannon connectors. ISN will attempt to re-use terminal equipment Cannon connectors were practical, and will submit an on-site installation ECP for high cost Cannon connectors that are determined to be non-usable. ISN anticipates very few, if any, new cannon connectors being required. During research of MIL-SPEC 12-pair cable, it was discovered that the MIL-SPEC Cable did not meet Plenum requirements and Plenum cable costs have not been considered under this ECP. Government guidance was to install the MIL-SPEC (Non-Plenum) cables. ISN will install all Non-Plenum cable unless otherwise directed. Use of Non-Plenum cable appears to be consistent with installation practices current in use at NTCC Hampton Roads.

00130

The requirement to increase Novell Netware 3.11 SFT-III from 25 to 50 users is to insure compliance with software licensing requirements and to allow future connection growth to the ATC LAN for additional workstations (locally or remotely).

Request this ECP and enclosures be reviewed and approved. This ECP meets all current contractual requirements but modifies the scope of the requirements. ISN recommends that the NAVY take advantage of the modifications contained in this ECP as a cost saving measure for the future. ISN requests conformation of approval for this ECP as soon as possible.

Sincerely,

William N.L. Robertson

ATC Program Manager
Information Systems and Networks Corp.

# HAMPTON ROADS ECP

| DESCRIPTION | TOTAL COST | COST in CONTRACT | COST of ECP |
|---|---|---|---|
| **LABOR** | | | |
| ECP Prep | 9,000 | 0 | 9,000 |
| Program Management & Engineerin | 239,242 | 151,742 | 87,500 |
| Installation, Cut Over & 12 Pair Cab | 1,108,321 | 419,321 | 689,000 |
| **MATERIAL** | | | |
| Hardware & Software | 1,577,532 | 1,577,532 | 0 |
| NOVEL Fifty user | 3,706 | | 3,706 |
| 12 Pair Cable & Conn | 150,000 | | 20K ← 150,000 |
| **ODC'S** | 13,581 | 3,581 | 7.5K ← 10,000 |
| **TOTAL CLIN 0001AA** | 3,101,383 | 2,152,177 | 949,206 |
| **CDRL's CLIN 0003** | 388,457 | 338,457 | 50,000 |
| **TOTAL CLIN's 0001AA & 0003** | 3,489,840 | 2,490,634 | 999,206 |

21-Apr-95 10:07 AM

999,206
785,206
214,000
130,000
184,000
2,500
81,500
37,500
44,000

ENCLOSURE 1

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 1 | | | |
| 2 | CDRL DEVELOPMENT | 12/1/94 | 7/11/96 |
| 3 | CDRL G001 GOV CMNTS PASS DUE | 1/16/94 | 1/16/94 |
| 4 | CDRL E002 GOV CMNTS PASS DUE | 12/5/94 | 12/5/94 |
| 5 | CDRL D002 GOV CMNTS PASS DUE | 12/6/94 | 12/6/94 |
| 6 | MGT PLAN CDRL A001 GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 7 | REVIEW GOV CMNTS CDRL A001 | 3/23/95 | 4/6/95 |
| 8 | RE-SUBMIT CDRL A001 | 4/6/95 | 4/6/95 |
| 9 | TRAINING PLAN - CDRL F001 | 2/6/95 | 2/17/95 |
| 10 | SUBMIT CDRL F001 | 2/17/95 | 2/17/95 |
| 11 | GOV REVIEW CDRL F001 | 2/17/95 | 3/17/95 |
| 12 | GOV CMNTS CDRL F001 RCV'ED | 3/28/95 | 3/28/95 |
| 13 | REVIEW GOV CMNTS CDRL F001 | 4/4/95 | 4/13/95 |
| 14 | RE-SUBMIT CDRL F001 | 4/13/95 | 4/13/95 |
| 15 | SYS TEST/VER PLN CDRL G002 | 2/6/95 | 2/28/95 |
| 16 | SUBMIT CDRL G002 | 2/28/95 | 2/28/95 |
| 17 | GOV REVIEW CDRL G002 | 2/28/95 | 3/28/95 |
| 18 | LESSON PLAN - CDRL F002 | 4/12/95 | 5/15/95 |
| 19 | SUBMIT CDRL FOO2 | 5/15/95 | 5/15/95 |
| 20 | GOV REVIEW CDRL F002 | 5/15/95 | 6/15/95 |




Project: ATC - HAMPTON ROADS
Date: 4/21/95

Summary | ISN task | GOV action | Milestone complete | Milestone pending

Enclosure 2 1

00133

## ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 21 | SS H.R. CDRL B001 GOV CMNTS REV'ED | 2/27/95 | 2/27/95 |
| 22 | REVIEW GOV CMNTS CDRL B001 | 3/3/95 | 3/20/95 |
| 23 | RE-SUBMIT CDRL B001 | 3/20/95 | 3/20/95 |
| 24 | GOV CMNT CDRL C001 RCV'ED | 2/27/95 | 2/27/95 |
| 25 | REVIEW GOV CMNTS CDRL C001 | 4/3/95 | 4/20/95 |
| 26 | RE-SUBMIT CDRL C001 | 4/20/95 | 4/20/95 |
| 27 | GOV CMNT CDRL C002 RCV'ED | 3/23/95 | 3/23/95 |
| 28 | REVIEW GOV CMNTS CDRL C002 | 4/10/95 | 4/27/95 |
| 29 | RE-SUBMIT CDRL C002 | 4/27/95 | 4/27/95 |
| 30 | TSIP H.R. CDRL B002 GOV CMNTS RCV'ED | 2/27/95 | 2/27/95 |
| 31 | COMMENTS REVIEW CDRL B002 | 3/1/95 | 4/4/95 |
| 32 | RE-SUBMIT CDRL B002 | 4/4/95 | 4/4/95 |
| 33 | GOV CMNTS CDRL E001 ISP RCV'ED | 2/27/95 | 2/27/95 |
| 34 | COMMENTS REVIEW CDRL E001 | 4/4/95 | 4/12/95 |
| 35 | RE-SUBMIT CDRL E001 | 4/12/95 | 4/12/95 |
| 36 | TRAINEE GUIDE CDRL F003 | 5/16/95 | 6/16/95 |
| 37 | SUBMIT CDRL F003 | 6/16/95 | 6/16/95 |
| 38 | GOV REVIEW CDRL F003 | 6/16/95 | 7/18/95 |
| 39 | SPARE PARTS LIST CDRL E003 - ALL SITES | 4/5/95 | 4/17/95 |
| 40 | SUBMIT CDRL E003 | 4/17/95 | 4/17/95 |




Project: ATC - HAMPTON ROADS
Date: 4/21/95

Summary — GOV action — Milestone pending
ISN task — Milestone complete

Enclosure 2 2

U00134

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 41 | GOV REVIEW CDRL E003 | 4/14/95 | 5/15/95 |
| 42 | OJT HANDBOOK CDRL F004 | 6/19/95 | 7/6/95 |
| 43 | SUBMIT CDRL F004 | 7/6/95 | 7/6/95 |
| 44 | GOV REVIEW CDRL FOO4 | 7/5/95 | 8/3/95 |
| 45 | SOFTWARE USERS MANUAL CDRL D003 | 5/10/95 | 5/29/95 |
| 46 | SUBMIT CDRL D003 | 5/29/95 | 5/29/95 |
| 47 | GOV REVIEW CDRL D003 | 5/29/95 | 6/29/95 |
| 48 | TEST PROCEDURES CDRL G003 | 4/20/95 | 5/31/95 |
| 49 | SUBMIT CDRL G003 | 5/31/95 | 5/31/95 |
| 50 | GOV REVIEW CDRL GOO3 | 5/31/95 | 6/29/95 |
| 51 | JOB MANUAL - H.R. CDRL D006 | 3/4/96 | 5/3/96 |
| 52 | SUBMIT CDRL D006 | 5/3/96 | 5/3/96 |
| 53 | GOV REVIEW CDRL D006 | 11/30/95 | 12/29/95 |
| 54 | TEST REPORT CDRL G004 | 6/10/96 | 7/11/96 |
| 55 | SUBMIT CDRL G004 | 7/11/96 | 7/11/96 |
| 56 | | | |
| 57 | ENGINEERING/TECH SUPPORT | 2/7/95 | 8/30/95 |
| 58 | SYSTEM ENGINEERING | 2/6/95 | 6/15/95 |
| 59 | ATC CONFIG ECP DEVELOPMENT | 2/6/95 | 4/4/95 |
| 60 | SUBMIT ATC CONFIG ECP | 4/20/95 | 4/20/95 |




Project: ATC - HAMPTON ROADS
Date: 4/21/95

Summary | ISN task | GOV action | Milestone complete | Milestone pending

Enclosure 2 3

00135

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 61 | CORDINATE W/COR WRT EQUIP RELOCATION | 4/25/95 | 5/3/95 |
| 62 | COORDINATE W/COR EQUIP INTERFACE CONFIG | 5/1/95 | 5/15/95 |
| 63 | MATERIAL PROCUREMENT | 2/6/95 | 8/31/95 |
| 64 | DMS FACTORY ACCEPTANCE | 2/8/95 | 2/8/95 |
| 65 | INVENTORY EQUIPMENT - DMS | 2/9/95 | 2/10/95 |
| 66 | SHIP EQUIPMENT FROM DMS TO ISN | 4/17/95 | 6/30/95 |
| 67 | RECEIVE DMS EQUIPMENT- ISN | 4/17/95 | 4/25/95 |
| 68 | SET-UP INTEGRATION SYSTEM | 4/26/95 | 4/27/95 |
| 69 | INTEGRATE SOFTWARE | 4/28/95 | 5/2/95 |
| 70 | SYSTEMS TRAINING - ISN | 5/3/95 | 5/17/95 |
| 71 | SHIP EQUIPMENT AT ISN TO HR | 5/18/95 | 5/18/95 |
| 72 | | | |
| 73 | SITE - NTCC HAMPTON ROADS VA | 3/1/95 | 6/14/96 |
| 74 | DEVELOP TSIP SUPPORT DOCUMENTATIOM | 3/1/95 | 3/27/95 |
| 75 | SITE MANAGEMENT/ PRE-INSTALLATION | 3/15/95 | 5/20/95 |
| 76 | RECEIVE/STORE EQUIPMENT - H.R. | 5/2/95 | 12/29/95 |
| 77 | COMMENCE INSTALLATION | 6/2/95 | 6/2/95 |
| 78 | RELOCATION OF GOV EQUIPMENT | 6/2/95 | 8/2/95 |
| 79 | SET-UP CLASSROOM | 7/18/95 | 7/19/95 |
| 80 | FORMAL TRAINING | 7/20/95 | 8/1/95 |




Project: ATC - HAMPTON ROADS
Date: 4/21/95

Summary — ISN task — GOV action — Milestone complete — Milestone pending

Enclosure 2 4

00136

# ATC SCHEDULE - NTCC HAMPTON ROADS VA

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 81 | CLEAN-UP | 6/15/95 | 6/14/96 |
| 82 | SWITCH/RIU INSTALLATION | 6/15/95 | 8/1/95 |
| 83 | ATC SYS CONFIG VERIFICATION | 8/2/95 | 8/2/95 |
| 84 | ATC SYSTEM TEST | 8/3/95 | 8/4/95 |
| 85 | GOV. APPROVAL FOR CUT-OVER | 8/4/95 | 8/4/95 |
| 86 | COMMENCE CUTOVER | 8/7/95 | 8/7/95 |
| 87 | RE-CONFIG OF GOV EQUIP INTERFACE | 8/7/95 | 5/7/96 |
| 88 | CUT-OVER | 8/7/95 | 5/7/96 |
| 89 | CUTOVER COMPLETE | 5/7/96 | 5/7/96 |
| 90 | GOVERNMENT ACCEPTANCE | 5/8/96 | 6/7/96 |
| 91 | ATC INSTALLATION ACCEPTED | 6/7/96 | 6/7/96 |




Project: ATC - HAMPTON ROADS
Date: 4/21/95

Summary | GOV action | Milestone pending
ISN task | Milestone complete

Enclosure 2 5

00137

EXHIBIT
30

# ISN

Information Systems & Networks Corporation - 10411 Motor City Drive, Bethesda, Maryland 20817 - (301) 469-0400

25 May 1995

Space and Naval Warfare Systems Command
2451 Crystal Drive
Arlington, Virginia 22245-5200

**ATTENTION**: Jeffrey Bergdahl

**REFERENCE**: Contract Number N00600-94-C-0389

**SUBJECT**: Submittal of Contract Data Requirement List (CDRL) Item B002, Telecommunications System Installation Plan (TSIP), NTCC Hampton Roads, Virginia

In accordance with the approach agreed upon during the Technical meeting held on 22 May 1995, enclosed is the Telecommunications System Installation Plan (TSIP), NTCC Hampton Roads, Virginia and Appendix A, Section HRA for review and approval. Sections HRB and HRC of Appendix A will be modified and submitted subsequent to approval of CDRL B002 and Appendix A, Section HRA.

This document includes the DMS DM-414E interface card, Novell Netware for fifty Users, twelve pair cabling requirements and modification to the ATC configuration to more closely conform to the current Government equipment configuration at each site. An ECP was previously submitted concerning the DMS DM-414E interface card. This ECP is pending approval by the Government. ISN submitted an ECP on 7 April 1995 addressing the Government requirement for all digital circuits to be cabled using twelve pair cable and Novell Netware for fifty Users. The Government has since decreased the magnitude of requirement for use of 12 pair cable. ISN is currently reviewing and developing an ECP for submission to the government concerning the use of twelve pair cable for limited and specific equipment applications. ISN has not changed the drawings depicting twelve pair cable and will insure as built diagrams proper reflect the actual type of cabling installed. An ECP was submitted on 18 April 1995 to modify the ATC configuration to more closely conform to the Government equipment configuration at each of the contractual sites. The ECP resulted from Government direction provided by SPAWAR 2300, SER PMW-172-22C/042, dated 24 January 1995 and a subsequent Contract meeting held on 21 March 1995. This ECP is pending approval by the Government.

It is foreseeable that ATC configuration changes will occur during the installation. ISN will insure all changes are approved by contractually authorized Government Representatives and documented. Additionally, ISN recognizes that to produce an accurate final site document (as builts) for the ATC Installation will require ISN to perform a detailed configuration verification during the 30 day period of Government Acceptance Testing.

A Technical Working Group Meeting to discuss this document was held on the 22nd of May, 1995. Representatives from ISN, SPAWAR, NISE EAST DET NORFOLK, NTCC HA MPTON ROADS VA, and supporting Government Contractors attended. The following issues were resolved and corrective actions mutually agreed upon by ISN and the Government;

- Update the Existing and Future Floor Plan, HRA sheets 1 and 2 of B002, to incorporate recently received site alterations and requirement modifications from the Government
- Rotate the Test Bay/printer layout 90 degrees clockwise (HRA sheet 2)
- Not to use as originally agreed Bays J8 and J9 or the K Row for ATC equipment. ISN will research and propose new locations for affected subject ATC equipment.
- Relocate the Black RMSA switch units from J Row to F Row
- ISN will coordinate with the designated Technical Assistant (T/A) for NTCC Hampton Roads VA and incorporate the provided prioritization recommendation for 140 high speed ATC ports into the installation plan.

ISN will make the appropriate modifications to B002 as a RED line correction. The Government agreed to accept and approve B002 in this manner

Upon receipt of written Government direction, ISN will develop and submit ECP's to accommodate the following Government changes;

- Install three RIU-64(x)'s into the LDMX Room
- Install eight RIU-64(x)'s and QCP's for remote operation in the TELCO Room
- Provide planing to re-locate Telephone Company Coded line interface devices that produce that produce a return to zero signals to the TELCO room
- ISN will coordinate with the designated Technical Assistant (T/A) for NTCC Hampton Roads VA and develop ECP's to remotely install ATC RIU's into other Government designated locations

Therefore, B002 does not contain information or discussion concerning the above Government changes.

The type and model of GFE test equipment to support the RED and Black Test Bays has become an issue still requiring resolution. Therefore, ISN has not altered the original equipment listing or elevations. Once resolved, ISN will issue a Revision to this document reflecting associated test equipment changes and provide wiring interface diagrams.

*For additional information concerning this deliverable, please contact the undersigned at (301)-469-0400.*

Sincerely,

William N.L. Robertson
Program Manager

cc: FISC DET Washington DC, R. Crawford

EXHIBIT
31

**DEPARTMENT OF THE NAVY**
FLEET AND INDUSTRIAL SUPPLY CENTER NORFOLK
DETACHMENT WASHINGTON DC
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

PB2:LM:94C0389
26 June 1995

Information Systems & Networks Corporation
Attn Mr. William Robertson
10411 Motor City Drive
Bethesda, MD 20817

Dear Mr. Robertson:

It was a pleasure to meet yourself and the other members of your team at our meeting on June 22nd. I would like to take this time to summarize some of the topics covered at the meeting. A copy of the attendance sheet was provided to you at the conclusion of the meeting by Ms. Held.

- An Engineering Change Proposal (ECP) for Hampton Roads (only) was provided to the Navy. The ECP was stated to include a "surcharge" cost for the 414 DIM Cards which are now upgraded.

- A modification to the contract will be issued for the combination of both the formal acceptance of an ECP for implementation of all sites in Lot I and the revised delivery schedule for all sites in Lot I.

- The ECP submitted (at the meeting) will be reviewed by SPAWAR with comments to be provided on Monday or Tuesday (June 26th or 27th).

- The delivery schedule for all sites in Lot I is to be provided by ISN to the Navy by by Monday, June 26th.

I am your first line point of contact within this activity. If there are any questions, please contact myself at (202) 433-5389 or by facsimile at (202) 685-0002. In my extended absence or in an emergency Mr. Roscoe Crawford, the Contracting Officer, is available to assist you at (202) 433-5387. Please notify your staff of my telephone and facsimile numbers. A message should be left on my voice mail if I am not immediately available. I will return call at the earliest time.

Lisa Murtha
LISA C. MURTHA
Contract Specialist

P.S. FAX # 685-0002 not working - use 433-9586

Cpy to:
DCMAO Baltimore, Attn: Ms. T. Proctor

JUL-21-1995 15:35 FROM SPAWAR PMW172 703602-7252 TO 992026850002 P.02

DEPARTMENT OF THE NAVY
SPACE AND NAVAL WARFARE SYSTEMS COMMAND
WASHINGTON, D.C. 20363-5100

IN REPLY REFER TO:

2300
Ser PMW 172-22C/049
20 July 1995

EXHIBIT 32

From: Commander, Space and Naval Warfare Systems Command
To: Officer in Charge, Fleet Industrial Supply Center Detachment, Washington, D.C. (Code PB2)

Subj: ENGINEERING CHANGE PROPOSAL (ECP) 0001

Ref: (a) ISN LETTER OF 20 Jun 95 REGARDING SUBMITTAL OF ENGINEERING 12 PAIR CABLE CHANGE PROPOSAL (ECP) CDRL ITEM C003

Encl: (1) ISN letter of 20 Jun 95

1. SPAWAR has reviewed reference (a) ECP and technically approves ISN's proposed engineering change. Recommend negotiate all terms and conditions listed in reference (a) with ISN. It is further recommended that ISN number all subsequent ECP submissions for accountability purposes commencing with ECP 0002 and submit in accordance with MIL-STD-973 Appendix D as required in Data Item Description (DID) DI-CMAN-80639A.

2. The following comments address ISN's cost analysis sheet for NTCC Hampton Roads in enclosure (1).

a. **ECP Item:** Installation of 12-pair cabling on digital interfaces specified in referenced letter.

**Comment:** Original contractual cost to install or reuse cable was $419,329. Recommend a cost breakdown of the additional charge of $623,563 to justify these additional costs.

b. **ECP Item:** Increase the Novell Netware 3.11 SFT III from 25 to 50 users.

**Comment:** ISN should indicate the cost for 25 users under the "Cost in Contract Column" of enclosure (1) to reference (a). The Government does require a 50 user LAN capacity.

c. **ECP Item:** Government requested ATC Configuration Change.

00141

Subj: ENGINEERING CHANGE PROPOSAL (ECP) 0001

**Comment:** Agree with No Cost (n/c) to the Government. The equipment which the Government requested was based on a review of Amendment 4 to the RFP N00600-93-R-2790 which ISN bid on. At no time did the Government request anything which was out of the scope of the contract proposal.

d. **ECP Item:** Upgrade one of the RMSA 100(X) to an RMSA 200(X).

**Comment:** Agree with this recommendation.

e. **ECP Item:** The DIM 414E upgrade.

**Comment:** ISN letter of April 18, 1995 provided an agreed upon ATC equipment list between the Government and ISN for all seven sites. This letter should be incorporated within the contract. ISN further agreed to make the changes at no cost to the Government. Charges cited in enclosure (1) of reference (a) is a surcharge between DIM 414-3 modules and the DIM 414-E modules. It should also be noted that the agreed upon DIM 414-E module figure of 976 between the Government and ISN is significantly lower than ISN's original contract proposal of 1,515 DIM 414-3 modules. Recommend surcharge differences be identified.

f. **ECP Item:** CLIN 0001AA costs.

**Comment:** Total CLIN 0001AA under Cost in Contract column Enclosure 1 to Reference (a) should read $2,341,219.73 vice $2,152,184 per the ATC Contract N00600-94-C-0389.

g. **ECP Item:** CDRL's CLIN 0003 cost of ECP of $50,000.

**Comment:** Agree with this recommendation.

3. SPAWAR agrees with ISNs new POA&M Engineering and Technical Support Plan for NTCC Hampton Roads in enclosure (1) to reference (a).

4. SPAWAR will change the funding document N0003995RCDL301 in the amount of $789,319 for the ATC at Puerto Rico currently at FISC DET, and will coordinate with NISE EAST DEt Norfolk to arrange additional funding to satisfy this ECP by separate correspondence.

00142

Subj: ENGINEERING CHANGE PROPOSAL (ECP) 0001

5. Any questions concerning this correspondence should be addressed to Mr. Jeff Bergdahl at (703) 602-8332.

KEVIN MEYERS
Division Head
Ship and Shore Communication
By direction of
the Commander

Copy to:
COMNAVCOMTELCOM Washington, DC, N512B (G. Dinan)
DCAMO Baltimore, MD, S2102A (T. Proctor)

JUL-21-1995 15:34 FROM SPAWAR PMW172 703602-7252 TO 992026850002 P.01

PMW 172

WE KEEP THE FLEET COMMUNICATING

EXHIBIT
tabbies
38

# FACSIMILE TRANSMISSION COVER SHEET

EXHIBIT
Crawford
#6
10-18-06


SPACE AND NAVAL WARFARE SYSTEMS COMMAND
SHIP/SHORE COMMUNICATIONS OFFICE
PMW 172
2451 CRYSTAL DRIVE
ARLINGTON, VA 22245-5200

FAX (703) 602-7252


DATE: 7/21/95

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4

FROM: JEFF BERGDAHL CODE: PMW172-22C

PHONE #: (703) 602-8332

TO:

AGENCY: FISC DET WASH

NAME: ROSCOE CRAWFORD/LISA MURTHA CODE: PB2

FAX NUMBER: (202) 685-0002

VOICE NUMBER: (202) 433-5387/9

SUBJECT: ATC CONTRACT N00600-94-C-0389.

REMARKS: Roscoe/Lisa,

Enclosed is our approval letter on ECP-1.
I will be in Norfolk on Monday, but will be available after that to review the ISN contract.

Jeff Bergdahl

00144

09:37 FROM 703602-7252 TO P.02

EXHIBIT 34

EXHIBIT Crawford #5 10-18-09

MEMORANDUM

31 August 1995

To: Bill Robertson

From: Jeff Bergdahl *Jeff Bergdahl*

Subj: ATC issues

1. IRT your voice mail, we have technically approved the ECP and proposed schedule extension via letter to FISC. I am not aware of any other administrative items we owe FISC, other than changing the wording on the funding document at FISC.

2. I would like to hear how the ATC training in Norfolk is proceeding and request copies of the student evaluations be provided. Also, are you still going to submit a no-cost ECP to use in negotiation of consideration with FISC.

3. At our meetings at NTCC Hampton Roads this month there was discussion of what testing would be required before start of cutover. This is discussed several times in CDRL G002, System Test and Verification Plan for NTCC Hampton Roads. Specifically:

a. Page 2 under 1.1 Scope
b. Page 9 under 1.5 Participation and Test Objectives
c. Page 10 under 1.9 Validation Signature Sheets
d. Page 11 under 1.9. Note "Validation Signature Sheets will be presented to the Government for review and comments 30 days prior to commencement of Phase VI."
e. Page 17 under 7.0 through 7.3. I would like to review the "(OEM) System Test Procedures" discussed in Paragraph 7.1 and the "test results documentation form" discussed in Paragraph 7.2 prior to the Phase VI testing. I would expect them to be delivered as part of CDRL G003, Test Procedures. At the start of the Phase VI testing I would like to see the test results from Phase IV and Phase V testing described on Pages 15 and 16.

Based on the documents you should be able to tell us how long you require to run through the tests.

EXHIBIT 35

DEFENSE CONTRACT AUDIT AGENCY

AUDIT REPORT

13 NOV 1995

*PREPARED FOR:* Contracting Officer
ATTN: DCMDS-GMTC (F. Soda)
Defense Contract Management Area, Baltimore
200 Towsontown Boulevard West
Towson, MD 21204-5299

*PREPARED BY:* Defense Contract Audit Agency
Silver Spring Branch Office
20251 Century Boulevard, Third Floor
Germantown, MD 20874
Telephone No. (301) 353-1506
FAX No. (301) 353-1518

*SUBJECT:* Audit of Progress Payment Nos. 3, 4, and 5
Contract No. N00600-94-C-0389

*REFERENCES:* ACO: Case No. 202 (A)95-G-0183
DCAA: Audit Report No. 6221-96G17500001
Chron No.

*CONTRACTOR:* Information Systems & Networks Corporation (ISN)
10411 Motor City Drive
Bethesda, MD 20817

*REPORT RELEASE RESTRICTIONS:* See Page 8

*CONTENTS:*


| | Page |
|---|---|
| Subject of Audit | 1 |
| Executive Summary | 1 |
| Scope of Audit | 2 |
| Results of Audit | 2 |
| DCAA Personnel and Report Authorization | 7 |
| Audit Report Distribution and Restrictions | 8 |
| Appendix 1 - Other Matters to be Reported | 9 |
| Appendix 2 - Technical Evaluation | 11 |


FOR OFFICIAL USE ONLY

Audit Report No. 6221-96G17500001
Information Systems & Networks Corporation

## SUBJECT OF AUDIT

In response to your 18 September 1995 request, reference DCMAO Case No. 202(A)-95-G-0183, and telephone conversation of 18 October 1995, we audited Information Systems & Networks Corporation's (ISN) progress payment request numbers 3, 4, and 5 under Contract No. N00600-94-C-0389. The purpose of the audit was to verify the amounts claimed through 30 June 1995, 31 July 1995, and 31 August 1995 to ISN's books and records as a basis for approving contract financing through progress payments in accordance with the provisions of the contract.

ISN's financial records and related supporting data are the responsibility of ISN. Our responsibility is to express an opinion on the progress payment request based on our audit.

## EXECUTIVE SUMMARY

Our audit of progress payment Nos. 3, 4, and 5 disclosed the amounts claimed are unacceptable for payment. The contractor has understated the total costs incurred and the estimate at completion as explained in the results of audit. A summary of the claimed and eligible costs follows:

| | Claimed | Eligible |
|---|---|---|
| Progress Payment No. 3 | $103,327 | $(63,489) |
| Progress Payment No. 4 | 68,223 | 25,397 |
| Progress Payment No. 5 | 81,787 | 155,772 |

SIGNIFICANT ISSUES:

The contract is in a loss position. We applied the loss ratio factor to compute the maximum balances eligible for payment and the audit recommended progress payment amounts.

We have not finalized provisional billing rates with the contractor. In their progress payment request, indirect rates were applied based on actuals for the seven (7) months from the beginning of the fiscal year. The audit recommended amounts are based on the 1995 provisional billing rates. Additionally, we noted that the contractor is accumulating applied G&A costs differently than proposed. Additional information is provided in Appendix 1 - Other Matters.

FOR OFFICIAL USE ONLY

## SCOPE OF AUDIT

We conducted our audit in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the data and records reviewed are free of material misstatement. An audit includes:

a. reviewing the contractor's internal controls, assessing control risk, and determining the extent of audit testing needed based on an assessment of control risk;
b. examining, on a test basis, evidence supporting the amounts and disclosures in the data and records reviewed;
c. assessing the accounting principles used and significant estimates made by the contractor; and
d. evaluating the overall data and records presentation.

[We did not perform the customary auditing procedures to determine the allowability of costs under FAR part 31 and the DoD FAR Supplement since such procedures will be performed to establish the final contract price, if required.]

ISN's billing system is considered adequate to ensure progress payment requests are prepared in accordance with FAR. Due to concerns over the lack of provisional billing rates, prior disputes over indirect allocations, and the concerns of the ACO; we assessed control risk as medium. Our audit reflects this assessment and provides a reasonable basis for our opinion.

Because the contractor is in a loss position, we included steps to determine if the contractor is financially capable of completing the audit.

## RESULTS OF AUDIT

In our opinion, ISN has made errors in the computation of progress payments 3, 4 and 5. The contractor did not use the 1995 provisional billing rates resulting in the incurred costs and estimate at completion being understated. Our recommended adjustments to the progress payment amounts follow:

Audit Report No. 6221-96G17500001
Information Systems & Networks Corporation

Progress Payment No. 3

SECTION I

| | | | Note |
|---|---|---|---|
| Item 5: | Contract Price | $4,416,645 | |

SECTION II

| | | | Note |
|---|---|---|---|
| Item 11: | Total Costs Eligible for Progress Payments | $3,299,365 | 1 |
| Item 12a: | Total Costs Incurred to Date | $3,299,365 | 1 |
| Item 12b: | Estimated Additional Costs to Complete (ETC) | +1,769,910 | 2 |
| | Total Estimated Cost at Completion (EAC) | $5,069,275 | 2 |

#652,630 INCREASE

Loss Ratio Calculation:

$\frac{\text{Contract Price}}{\text{EAC}} = \frac{\$4,416,645}{\$5,069,275} = 87.13\%$ 3

SECTION II (Continued)

| | | | Note |
|---|---|---|---|
| Item 11: | Total Costs Eligible for Progress Payments | $3,299,365 | 1 |
| | Loss Ratio Factor | X 87.13% | |
| Adjusted Item 11: | Costs Eligible for Progress Payments | $2,874,737 | |
| Item 6a: | Progress Payment Rate | 85.00% | |
| Adjusted Item 13: | Recognized Eligible Costs | $2,443,526 | 3 |
| Item 18: | Previous Progress Payments Requested | -2,507,015 | 4 |
| Item 19: | Maximum Eligible for Progress Payment | $ (63,489) | |

Explanatory Notes:

1. Item 11: The contractor used the actual indirect rates for the first seven months of their fiscal year to compute total incurred costs. Additionally, the contractor included $2,076 of duplicated direct costs in their claimed costs. We computed the total incurred costs using the 1995 provisional billing rates. We also adjusted the total direct costs for the duplicated invoice.

2. Item 12b: We reviewed the contractor's August 1995 EAC and took exception to the amounts computed. The contractor computed the EAC using the actual indirect rates for the first seven months of their fiscal year. We recomputed the EAC using the 1995 provisional billing rates.

3. Item 13: We computed the loss ratio as shown above and applied the factor to the correct Item 11 amount. We multiplied the total by the authorized progress payment rate to determine the adjusted amount of $2,443,526 in Item 13.

FOR OFFICIAL USE ONLY

4. Item 18: The total progress payments requested amount is the total amounts paid under progress payment nos. 1 and 2.

Progress Payment No. 4

SECTION I

| | | | Note |
|---|---|---|---|
| Item 5: | Contract Price | $4,416,645 | |

SECTION II

| | | | Note |
|---|---|---|---|
| Item 11: | Total Costs Eligible for Progress Payments | $3,419,383 | 1 |
| Item 12a: | Total Costs Incurred to Date | $3,419,383 | 1 |
| Item 12b: | Estimated Additional Costs to Complete (ETC) | +1,649,892 | 2 |
| | Total Estimated Cost at Completion (EAC) | $5,069,275 | 2 |

Loss Ratio Calculation:

Contract Price / EAC = $4,416,645 / $5,069,275 = 87.13% — 3

SECTION II (Continued)

| | | | |
|---|---|---|---|
| Item 11: | Total Costs Eligible for Progress Payments | $3,419,383 | 1 |
| | Loss Ratio Factor | X 87.13% | |
| Adjusted Item 11: | Costs Eligible for Progress Payments | $2,979,308 | |
| Item 6a: | Progress Payment Rate | 85.00% | |
| Adjusted Item 13: | Recognized Eligible Costs | $2,532,412 | 3 |
| Item 18: | Previous Progress Payments Requested | -2,507,015 | 4 |
| Item 19: | Maximum Eligible for Progress Payment | $ 25,397 | |

Explanatory Notes:

1. Item 11: The contractor used the actual indirect rates for the first seven months of their fiscal year to compute total incurred costs. We computed the total incurred costs using the 1995 provisional billing rates.

2. Item 12b: We reviewed the contractor's August 1995 EAC and took exception to the amounts computed. The contractor computed the EAC using the actual indirect rates for the first seven months of their fiscal year. We recomputed the EAC using the 1995 provisional billing rates.

FOR OFFICIAL USE ONLY

Audit Report No. 6221-96G17500001
Information Systems & Networks Corporation

3. Item 13: We computed the loss ratio as shown above and applied the factor to the correct Item 11 amount. We multiplied the total by the authorized progress payment rate to determine the adjusted amount of $2,532,412 in Item 13.

4. Item 18: The total progress payments requested amount is the total amounts paid under progress payment nos. 1 and 2.

Progress Payment No. 5

SECTION I

| | | | Note |
|---|---|---|---|
| Item 5: | Contract Price | $4,416,645 | |

SECTION II

| | | | |
|---|---|---|---|
| Item 11: | Total Costs Eligible for Progress Payments | $3,629,713 | 1 |
| Item 12a: | Total Costs Incurred to Date | $3,629,713 | 1 |
| Item 12b: | Estimated Additional Costs to Complete (ETC) | +1,439,562 | 2 |
| | Total Estimated Cost at Completion (EAC) | $5,069,275 | 2 |
| | Loss Ratio Calculation: | | |
| | Contract Price / EAC = $4,416,645 / $5,069,275 = | 87.13% | 3 |

SECTION II (Continued)

| | | | |
|---|---|---|---|
| Item 11: | Total Costs Eligible for Progress Payments | $3,629,713 | 1 |
| | Loss Ratio Factor | X 87.13% | |
| Adjusted Item 11: | Costs Eligible for Progress Payments | $3,162,569 | |
| Item 6a: | Progress Payment Rate | 85.00% | |
| Adjusted Item 13: | Recognized Eligible Costs | $2,688,184 | 3 |
| Item 18: | Previous Progress Payments Requested | -2,532,412 | 4 |
| Item 19: | Maximum Eligible for Progress Payment | $ 155,772 | |

Explanatory Notes:

1. Item 11: The contractor used the actual indirect rates for the first seven months of their fiscal year to compute total incurred costs. We computed the total incurred costs using the 1995 provisional billing rates.

2. Item 12b: We reviewed the contractor's August 1995 EAC and took exception to the amounts computed. The contractor computed the EAC using the actual indirect rates for the first seven months of their fiscal year. We recomputed the EAC using the 1995 provisional billing rates. We used the contractor's latest EAC, August 1995, to compute the EAC.

FOR OFFICIAL USE ONLY

3. Item 13: We computed the loss ratio as shown above and applied the factor to the correct Item 11 amount. We multiplied the total by the authorized progress payment rate to determine the adjusted amount of $2,688,184 in Item 13.

4. Item 18: The total progress payments requested amount is the total amounts paid under progress payment nos. 1 and 2 plus the amount eligible under progress payment no. 4.

We also determined the contractor's financial condition is adequate for the performance of the contract.

We discussed the results of audit with the contractor's representative, Mr. Allieu Shaw, Director of Finance, on 9 November 1995. The contractor disagrees with the results of audit in its entirety.

Audit Report No. 6221-96G17500001
Information Systems & Networks Corporation

DCAA PERSONNEL

| | Telephone No. |
|---|---|
| Primary contact regarding this audit: | |
| Jennifer L. Mosher, Senior Auditor | (301) 353-1506 |
| Other individuals having involvement with the audit report: | |
| Mark Moser, Branch Manager | (301) 353-1506 |
| Carol Bates, Supervisory Auditor | (301) 353-1506 |
| Class of persons having access to this report: | |
| Office Administrative Personnel | |
| DCAA Office FAX No. | (301) 353-1518 |

AUDIT REPORT AUTHORIZED BY:

Mark S. Moser
Branch Manager
DCAA Silver Spring Branch Office

12/28

Brian — VISIT ROSCOE

SPAWAR vs ISN

DEC 06 1995

Notes on Mtg. 12/6/95 with Roscoe and SPAWAR Re: ISN contract

Brian - I attached my handwritten notes. This contract was awarded in July '94 for FIP systems integration, delivery, installation, cutover and training. It is FFP services with numerous sites and lots. It is not IDIQ.

The contractor has had all kinds of performance problems from the beginning. We and SPAWAR have tried to work with them as much as possible but now realize that he will probably never perform satisfactorily. We are still in the first lot, made up of three sites. The contractor is at least five months late on delivery/installation completion on all three sites.

7 Mo.

Roscoe never modified the contract to re-establish the deliv. schedule on any of the sites because he could never get a good idea of what a realistic new deliv. schedule would be. Also the contractor would not agree to pay consideration to extend the schedule. So right now we are in limbo.

The first site (Hampton Rds.) is 80% complete. ISN is having trouble completing it. We have paid over $2 million so far in progress payments towards all three sites in Lot I, which covers the cost of the equipment. We haven't taken title to any of it yet.

Progress Pay $2M

Roscoe wants to reestablish the deliv. schedule for all three sites in Lot I, knowing full well ISN won't meet the dates. If he can't negotiate consideration he will determine it unilaterally. When the contractor misses the dates, Roscoe wants to T for D them. The activity prefers to T for C them. This will have to be resolved and we discussed this at length. However, both Roscoe and the DCMAO ACO feel we have a good case for T for D ing them and it will be alot cheaper than T for C'ing. The downside is it will mean the contract will have to go on for about 6 more months (the soonest new realistic delivery date would be about 6 mo. from now).

T for C

Whether we T for C or T for D, ISN will probably litigate.

Also, the ACO is researching possible fraudulent progress payment submissions by ISN. However, this does not affect our course of action on the contract, she will handle this.

**Roscoe's Action Items**

EXHIBIT 36

He needs to brief legal and get their input on his recommended course of action

(if activity agrees to T for D):

He needs to mod the contract and re-establish the delivery dates ASAP, for consideration if possible. If ISN will not agree to consideration, he should determine a reasonable amount unilaterally.

When contractor does not meet the delivery dates, Roscoe needs to T for D the contractor. If it turns out there is evidence of fraud by ISN re: the progress payments, this could also contribute to our basis for T for D ing.

(if we T for C):

If we T for C, we will only re-establish a delivery date for Hampton Roads, since this is 80% done. Or the activity may decide to T for C Hampton Rds. and finish that site themselves or with a different contractor.

We will T for C the other two sites in Lot I. Then we will have to negotiate the equitable adjustment.

00154

EXHIBIT Crawford #8 10-18-99

Roscoe could also research with legal the feasibility of T for C ing Hampton Roads and T for D'ing the other two sites. Probably not legally viable.

EXHIBIT
Crawford
#9
9

Author: zellr@smtp-gw.spawar.navy.mil (Ronald Zell) at SMTPLink-Fmso
Date: 12/8/95 6:02 AM
Priority: Normal
TO: Roscoe Crawford at NRCC-DC
TO: meyersk@smtp-gw.spawar.navy.mil at SMTPLINK-Fmso
TO: zellr@smtp-gw.spawar.navy.mil at SMTPLINK-Fmso
CC: bergdahj@smtp-gw.spawar.navy.mil at SMTPLINK-Fmso
Subject: Re: FISC MEETING

------------------------------------------ Message Contents ------------------------------------------

EXHIBIT
37

Kevin/Roscoe/Jeff: I would think we could get outa this without either a TC or a TD in that we modify the contract bilaterally or unilaterally to accept Hampton Rds, Smith, and Makalapa hardware from ISN and provide them a DD250 reflecting completion of the sites. Although, I'd like to recoup some of the funds on each of those sites for the I&E -- if that process delays efforts at any of the sites or results in Navy having to pay more then it doesnt fit. I have no faith in ISN being able to perform on the cutover process based on their lack of demonstrated technical expertise to date. Thus, I want to get out of this quickly. Cut our losses and move on to doing our job. In this regard, we've got to move quickly such that we don't get in a bind at Hampton Rds where things are s l o w l y coming together towards start of cutover.
v/r Ron

______________________________ Reply Separator ______________________________

Subject: FISC MEETING
Author: Jeffrey Bergdahl at SPAWAR-MC4
Date: 12/7/95 4:03 PM

1. The attendees at the contract meeting on 6 DEC 95 at FISC:

| | |
|---|---|
| Lisa Diernisse | FISC PB |
| Roscoe Crawford | FISC PB2 (PCO) |
| Lisa Murtha | FISC PB2 |
| Tish Proctor | DCMAO Baltimore (ACO) |
| Kevin Meyers | SPAWAR PMW 172-2 |
| Jeff Bergdahl | SPAWAR PMW 172-22C |

No one was present from FISC Legal Counsel.

2. The options discussed:

a. Option 1: Termination for Default immediately. FISC believes the Government would lose and it would become a termination for convenience. This alternative was possible a year ago, but now it is not because of forebearance by the Government.

b. Option 2: Termination for Convenience. Allows ISN to submit a settlement proposal and then we negotiate the costs. This could end up costing more than the value of the contract and SPAWAR would be required to provide additional funding.

c. Option 3: Partial Termination for Convenience of the two ATC sites in Hawaii and either:

(1) *Option 3(a): Proceed with the ATC at NTCC Hampton* Roads. Would be very difficult after disapproving the ECP.

(2) Option 3(b): FISC issue a Change Order to the Contract to redoce the scope of work to only require installation and test of the DMS switch. Cutover would be the responsibility of NISE East.

d. Option 4: Government reestablishing its rights under the existing contract by bilaterally agreeing (ISN/FISC/SPAWAR) on a revised delivery schedule. If bilateral agreement is not possible then it can still be accomplished unilaterally by FISC *without ISNs concurrence. There would be very* little consideration. FISC would only ask consideration for the cost of the delay versus the time of delay. We would have to tell FISC exactly the schedule/milestones we want for Hampton Roads and the

SOURCE SELECTION INFORMATION SEE FAR 3.104

two Hawaii sites. Each site would [illegible] independent of each other. The intent is to start a process where ISN is tracked at every step along the way. Every time they fail to perform FISC would be consulted with the appropriate documentation. This is the only way we would be able to terminate them for default. We would expect completion of Hampton Roads and the 2 Hawaii sites exactly as per the contract. There would be no approval of any ECPs. Any new requirements would be completed after acceptance of the system.

3. There will be a follow-up meeting next week when FISC can have their legal personnel available. We should be ready to make a decision and tell FISC what we want, so we need to get approval from Gary/CAPT.

Jeff

SOURCE SELECTION INFORMATION-SEE FAR 3.104

EXHIBIT 38

# ISN-ATC PROJECT

## CDRL DELIVERY STATUS

| CDRL # | TITLE | STATUS |
|---|---|---|
| | | |
| | | |
| A 001 | MANAGEMENT PLAN | ACCEPTED BY GOVT. |
| | | |
| B 001 | SITE SURVEY REPORT | ACCEPTED BY GOVT. |
| B 002 | SITE INSTALLATION PLAN | ACCEPTED BY GOVT. |
| | | |
| C 001 | CONFIGURATION MGT. PLAN | ACCEPTED BY GOVT. |
| C 002 | BASELINE DESCRIPTION DOC. | COND. ACCEPTED BY GOVT. |
| C 003 | ECP | SUBMITTED TO GOVT. (APRIL 95) |
| | | |
| D 001 | DOC. OF COMM. AVAIL. SOFTWARE | N/A |
| D 002 | COMPUTER SY. OPERATOR'S MANUAL | AWAITING GOVT. COMMENTS |
| D 003 | SOFTWARE USER'S MANUAL | AWAITING GOVT. COMMENTS |
| D 004 | SOFTWARE PROGRAMMER'S MANUAL | N/A |
| D 005 | SOFTWARE PROGRAM MAINT. MANUAL | N/A |
| D 006 | JOB MANUAL | NOT DUE UNTIL COMPLETION OF INSTALLATION |
| | | |
| E 001 | INTEGRATED SUPPORT PLAN | ACCEPTED BY GOVT. |
| E 002 | MAINTENANCE PLAN | AWAITING GOVT. COMMENTS |
| E 003 | PROPOSED SPARE PARTS LIST | COND. ACCEPTED BY GOVT. |
| E 004 | SPARE PARTS USAGE REPORT | NOT DUE UNTIL AFTER 1st QRT. OF OPERATIONAL STATUS |
| E 005 | FAILURE SUMMARY & ANAL. REPORT | NOT DUE UNTIL AFTER 1st QRT. OF OPERATIONAL STATUS |
| | | |
| F 001 | TRAINING PLAN | ACCEPTED BY GOVT. |
| F 002 | LESSON PLAN | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| F 003 | TRAINEE GUIDE | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| F 004 | OJT HANDBOOK | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| | | |
| G 001 | CUTOVER PLAN | ACCEPTED BY GOVT. |
| G 002 | SYSTEM TEST & VERIFICATION PLAN | ACCEPTED BY GOVT. |
| G 003 | TEST PROCEDURE | COND. ACCEPTED. AWAITING FINAL GOVT ACCEPTANCE. |
| G 004 | TEST REPORT | NOT DUE UNTIL TESTING STARTS |
| | | |

AS OF FEB 1, 1996

# ISN-ATC PROJECT

## CDRL DELIVERY STATUS

| CDRL # | TITLE | STATUS |
|---|---|---|
| | | |
| | | |
| A 001 | MANAGEMENT PLAN | ACCEPTED BY GOVT. |
| | | |
| B 001 | SITE SURVEY REPORT | ACCEPTED BY GOVT. |
| B 002 | SITE INSTALLATION PLAN | ACCEPTED BY GOVT. |
| | | |
| C 001 | CONFIGURATION MGT. PLAN | ACCEPTED BY GOVT. |
| C 002 | BASELINE DESCRIPTION DOC. | COND. ACCEPTED BY GOVT. |
| C 003 | ECP | SUBMITTED TO GOVT. (APRIL 95) |
| | | |
| D 001 | DOC. OF COMM. AVAIL. SOFTWARE | N/A |
| D 002 | COMPUTER SY. OPERATOR'S MANUAL | AWAITING GOVT. COMMENTS |
| D 003 | SOFTWARE USER'S MANUAL | AWAITING GOVT. COMMENTS |
| D 004 | SOFTWARE PROGRAMMER'S MANUAL | N/A |
| D 005 | SOFTWARE PROGRAM MAINT. MANUAL | N/A |
| D 006 | JOB MANUAL | NOT DUE UNTIL COMPLETION OF INSTALLATION |
| | | |
| E 001 | INTEGRATED SUPPORT PLAN | ACCEPTED BY GOVT. |
| E 002 | MAINTENANCE PLAN | AWAITING GOVT. COMMENTS |
| E 003 | PROPOSED SPARE PARTS LIST | COND. ACCEPTED BY GOVT. |
| E 004 | SPARE PARTS USAGE REPORT | NOT DUE UNTIL AFTER 1st QRT. OF OPERATIONAL STATUS |
| E 005 | FAILURE SUMMARY & ANAL. REPORT | NOT DUE UNTIL AFTER 1st QRT. OF OPERATIONAL STATUS |
| | | |
| F 001 | TRAINING PLAN | ACCEPTED BY GOVT. |
| F 002 | LESSON PLAN | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| F 003 | TRAINEE GUIDE | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| F 004 | OJT HANDBOOK | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| | | |
| G 001 | CUTOVER PLAN | ACCEPTED BY GOVT. |
| G 002 | SYSTEM TEST & VERIFICATION PLAN | ACCEPTED BY GOVT. |
| G 003 | TEST PROCEDURE | COND. ACCEPTED. AWAITING FINAL GOVT ACCEPTANCE. |
| G 004 | TEST REPORT | NOT DUE UNTIL TESTING STARTS |
| | | |

AS OF FEB 1, 1996

# ISN-ATC PROJECT

## CDRL DELIVERY STATUS

| CDRL # | TITLE | STATUS |
|---|---|---|
| | | |
| | | |
| A 001 | MANAGEMENT PLAN | ACCEPTED BY GOVT. |
| | | |
| B 001 | SITE SURVEY REPORT | ACCEPTED BY GOVT. |
| B 002 | SITE INSTALLATION PLAN | ACCEPTED BY GOVT. |
| | | |
| C 001 | CONFIGURATION MGT. PLAN | ACCEPTED BY GOVT. |
| C 002 | BASELINE DESCRIPTION DOC. | COND. ACCEPTED BY GOVT. |
| C 003 | ECP | SUBMITTED TO GOVT. (APRIL 95) |
| | | |
| D 001 | DOC. OF COMM. AVAIL. SOFTWARE | N/A |
| D 002 | COMPUTER SY. OPERATOR'S MANUAL | AWAITING GOVT. COMMENTS |
| D 003 | SOFTWARE USER'S MANUAL | AWAITING GOVT. COMMENTS |
| D 004 | SOFTWARE PROGRAMMER'S MANUAL | N/A |
| D 005 | SOFTWARE PROGRAM MAINT. MANUAL | N/A |
| D 006 | JOB MANUAL | NOT DUE UNTIL COMPLETION OF INSTALLATION |
| | | |
| E 001 | INTEGRATED SUPPORT PLAN | ACCEPTED BY GOVT. |
| E 002 | MAINTENANCE PLAN | AWAITING GOVT. COMMENTS |
| E 003 | PROPOSED SPARE PARTS LIST | COND. ACCEPTED BY GOVT. |
| E 004 | SPARE PARTS USAGE REPORT | NOT DUE UNTIL AFTER 1st QRT. OF OPERATIONAL STATUS |
| E 005 | FAILURE SUMMARY & ANAL. REPORT | NOT DUE UNTIL AFTER 1st QRT. OF OPERATIONAL STATUS |
| | | |
| F 001 | TRAINING PLAN | ACCEPTED BY GOVT. |
| F 002 | LESSON PLAN | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| F 003 | TRAINEE GUIDE | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| F 004 | OJT HANDBOOK | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| | | |
| G 001 | CUTOVER PLAN | ACCEPTED BY GOVT. |
| G 002 | SYSTEM TEST & VERIFICATION PLAN | ACCEPTED BY GOVT. |
| G 003 | TEST PROCEDURE | COND. ACCEPTED. AWAITING FINAL GOVT ACCEPTANCE. |
| G 004 | TEST REPORT | NOT DUE UNTIL TESTING STARTS |
| | | |

AS OF FEB 1, 1996

# ISN-ATC PROJECT

## CDRL DELIVERY STATUS

| CDRL # | TITLE | STATUS |
|---|---|---|
| | | |
| | | |
| A 001 | MANAGEMENT PLAN | ACCEPTED BY GOVT. |
| | | |
| B 001 | SITE SURVEY REPORT | ACCEPTED BY GOVT. |
| B 002 | SITE INSTALLATION PLAN | ACCEPTED BY GOVT. |
| | | |
| C 001 | CONFIGURATION MGT. PLAN | ACCEPTED BY GOVT. |
| C 002 | BASELINE DESCRIPTION DOC. | COND. ACCEPTED BY GOVT. |
| C 003 | ECP | SUBMITTED TO GOVT. (APRIL 95) |
| | | |
| D 001 | DOC. OF COMM. AVAIL. SOFTWARE | N/A |
| D 002 | COMPUTER SY. OPERATOR'S MANUAL | AWAITING GOVT. COMMENTS |
| D 003 | SOFTWARE USER'S MANUAL | AWAITING GOVT. COMMENTS |
| D 004 | SOFTWARE PROGRAMMER'S MANUAL | N/A |
| D 005 | SOFTWARE PROGRAM MAINT. MANUAL | N/A |
| D 006 | JOB MANUAL | NOT DUE UNTIL COMPLETION OF INSTALLATION |
| | | |
| E 001 | INTEGRATED SUPPORT PLAN | ACCEPTED BY GOVT. |
| E 002 | MAINTENANCE PLAN | AWAITING GOVT. COMMENTS |
| E 003 | PROPOSED SPARE PARTS LIST | COND. ACCEPTED BY GOVT. |
| E 004 | SPARE PARTS USAGE REPORT | NOT DUE UNTIL AFTER 1st QRT. OF OPERATIONAL STATUS |
| E 005 | FAILURE SUMMARY & ANAL. REPORT | NOT DUE UNTIL AFTER 1st QRT. OF OPERATIONAL STATUS |
| | | |
| F 001 | TRAINING PLAN | ACCEPTED BY GOVT. |
| F 002 | LESSON PLAN | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| F 003 | TRAINEE GUIDE | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| F 004 | OJT HANDBOOK | COND. ACCEPTED. AWAITING FINAL GOVT. ACCEPTANCE. |
| | | |
| G 001 | CUTOVER PLAN | ACCEPTED BY GOVT. |
| G 002 | SYSTEM TEST & VERIFICATION PLAN | ACCEPTED BY GOVT. |
| G 003 | TEST PROCEDURE | COND. ACCEPTED. AWAITING FINAL GOVT ACCEPTANCE. |
| G 004 | TEST REPORT | NOT DUE UNTIL TESTING STARTS |
| | | |

AS OF FE[illegible] 1, 1996

EXHIBIT
39

ISN

William N.L. Robertson
Vice President
Systems Integration Group

23 February, 1996

Department of the Navy
Naval Regional Contracting Center
Washington Navy Yard
Building 200
901 M Street, S.E.
Washington D.C. 20374-5014

**Attention:** Roscoe W. Crawford
Contracting Officer

**Contract:** N00600-94-C-0389

**Subject:** Seizure of LOT 1 ATC Hardware and Software by the U.S. Government.

Dear Mr. Crawford:

On 21 February 1996, at or about 10:15 AM, you notified ISN that the U.S. Government was to seize all subject contractual material at the ISN Corporate Headquarters, Bethesda, Maryland at or about 1:00 PM.

ISN insisted that the material not be taken on 21 February, but that one week be allotted to inventory the material so an orderly and professional turn over could be accomplished. This extension was denied by yourself after consultation with Ron Zell. Not only did the Government deny the extension, the Government threatened the use of U.S. Marshals if immediate access was not granted. ISN fully complied with the Government demands to seize the material even though adequate notice was not given.

The extremely limited time allotted (less than three hours) was not adequate to properly identify, segregate and inventory the ATC material putting ISN at considerable risk by not allowing ISN to properly document and turn over the material in an orderly and professional manner. The Laboratory/work area where the ATC hardware and software was set up for test also contained hardware and software from other projects. The equipment that was seized by the Government most likely contained some material that was not part of or purchased for the ATC contract. There may be some material that ISN purchased for ATC that was not included in the material seized. Much of the material taken by the Government had not been paid for by the Government and was still ISN property.

Since the software licenses and hardware warranty are currently in ISN's name, it will require ISN to make the necessary arrangements to transfer the licenses to the Government. The terms and agreements on some of the software preclude use by the Government without prior specific permission. The Government did not provide ISN with adequate notice to properly effect this transfer before the Navy removed the material. This has caused ISN to be in violation of license provisions which could have serious implications.

00163

ISN has retained two RMSA-500(X), some interface modules, workstations and appropriate software (with licenses) which ISN currently requires for test and training purposes. ISN will deduct the applicable cost for these items from the cost incurred to date. ISN will make these items available to the Navy as "used" at a discounted price when our need of them ceases.

In conclusion, ISN cannot attest to the accuracy of the material taken for this contract and we are in the process of reviewing our legal rights on this subject to be submitted at a later date.

Sincerely,
Information Systems & Networks Corporation

William N.L. Robertson
ATC Program Manager

cc: Jeffrey Bergdahl, COR

EXHIBIT 40

ISN

Roma Malkani
President

June 6, 1996

Defense Logistics Agency
Defense Contract Management Area
Operations - Atlanta
805 Walker Street
Marietta, GA 30060-2789

Attention: Ms. Denise M. Jones
Termination Contracting Officer

Subject: Contract No. N00600-94-C-0389
Settlement Proposal (Termination)

Dear Ms. Jones:

Enclosed is our settlement proposal consisting of the following documents (original and 3 copies):

(1) Standard Form 1436, Settlement Proposal (Total Cost Basis)
(2) Standard Form 1439, Schedule of Accounting Information.

Our proposal is based on a total cost basis in accordance with FAR 49.206-2(b) since an inventory basis is not practicable because the Government took most of the material on 21 February 1996 from ISN Corporate Headquarters in Bethesda, Maryland and the termination is a complete termination.

We request that partial payments be authorized for this proposal in accordance with FAR 49.112-1.

This contract was awarded on 15 July 1994, put on hold on February 20, 1996, pursuant to a Stop Work Order, FAR 52.212-13, and then subsequently Terminated for the Convenience of the Government on 15 March 1996.

If there are any questions, please do not hesitate to contact the undersigned.

Very truly yours,
INFORMATION SYSTEMS AND NETWORKS CORPORATION

Roma Malkani

Roma Malkani

# SETTLEMENT PROPOSAL (TOTAL COST BASIS)

FORM APPROVED OMB NO. 3090-0115

FOR USE BY A FIXED-PRICE PRIME CONTRACTOR OR A FIXED-PRICE SUBCONTRACTOR

| | |
|---|---|
| This Proposal Applies to (check one)<br>[X] A Prime contract with the Government    [ ] A subcontract or Purchase Order | COMPANY<br>INFORMATION SYSTEMS and NETWORKS |
| SUBCONTRACT or PURCHASE ORDER NO.(S) | STREET ADDRESS<br>10411 MOTOR CITY DRIVE |
| CONTRACTOR WHO SENT NOTICE OF TERMINATION<br>NAME | CITY and STATE<br>BETHESDA, MD 20817 |
| ADDRESS | NAME OF GOVERNMENT AGENCY<br>NAVY |
| If moneys payable under the contract have been assigned, given the following: | Government Prime Contract: N00600-94-C-0389    Contractor's Reference No.: 01319 |
| NAME OF ASSIGNEE | EFFECTIVE DATE of TERMINATION<br>15 MARCH 1996 |
| ADDRESS | PROPOSAL NO.    CHECK ONE: INTERIM X   FINAL |

SF1439, SCHEDULE OF ACCOUNTING INFORMATION _X_ IS ___ IS NOT ATTACHED (if not, explain)

## SECTION I - STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACT or PURCHASE ORDER (a) | | FINISHED: Previously Shipped and invoiced (b) | FINISHED: ON HAND: PAYMENT To Be RECEIVED THROUGH INVOICING (c) | FINISHED: ON HAND: PAYMENT NOT To Be RECEIVED THROUGH INVOICING (d) | UNFINISHED or NOT COMMENCED: SUBSEQUENTLY Completed AND INVOICED* (e) | UNFINISHED or NOT COMMENCED: NOT TO BE Completed (f) | TOTAL COVERED BY Contract OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| CLINS 0001 through 0003 | QUANTITY | | | | | | 1 LOT |
| | $ | | | | | | $4,416,646 |
| | QUANTITY | | | | | | |
| | $ | | | | | | |
| | QUANTITY | | | | | | |
| | $ | | | | | | |

## SECTION II - PROPOSED SETTLEMENT

| NO. | ITEM (a) | TOTAL previously proposed (b) | Increase or Decrease by this Proposal (c) | TOTAL Proposed TO DATE (d) | for use of contracting Agency only (e) |
|---|---|---|---|---|---|
| | | (Use Columns (b) and (c) only where previous proposal has been filed) | | | |
| 1 | DIRECT MATERIAL | | | 2,401,080 | |
| 2 | DIRECT LABOR | | | 604,657 | |
| 3 | INDIRECT FACTORY EXPENSE (from Schedule A) | | | 466,330 | |
| 4 | SPECIAL TOOLING and SPECIAL TEST EQUIPMENT (SF 1423) | | | 0 | |
| 5 | OTHER COSTS (from Schedule B) | | | 427,831 | |
| 6 | GENERAL and ADMINISTRATIVE EXPENSE | | | 534,061 | |
| 7 | TOTAL COSTS (ITEMS 1 through 4) | | | 4,433,958 | |
| 8 | PROFIT (Explain in Schedule D) | | | 443,396 | |
| 9 | TOTAL (ITEMS 7 and 8) | | | 4,877,354 | |
| 10 | DEDUCT FINISHED PRODUCT INVOICED or to be INVOICED | | | 0 | |
| 11 | TOTAL (ITEMS 9 less item 10) | | | 4,877,354 | |
| 12 | SETTLEMENT EXPENSES (from Schedule E) | | | 183,224 | |
| 13 | TOTAL (ITEMS 11 and 12) | | | 5,060,578 | 5,067,275 |
| 14 | SETTLEMENTS with SUBCONTRACTORS (from Schedule F) | | | 0 | |
| 15 | GROSS PROPOSED SETTLEMENT (items 13 and 14) | | | 5,060,578 | |
| 16 | DISPOSAL and OTHER CREDITS (from Schedule G) | | | 0 | |
| 17 | NET PROPOSED SETTLEMENT (Item 15 less 16) | | | 5,060,578 | |
| 18 | ADVANCED, PROGRESS & PARTIAL PAYMENTS (from Schedule H) | | | 2,507,015 | |
| 19 | NET PAYMENT REQUESTED (Item 18 less 19) | | | 2,553,563 | |

*Column (e), Section I, should only be used in the event of a partial termination, in which the total cost reported in Section II should be accumulated to date of completion of the continued portion of the contract and the deduction for finished product (Item 10, Section II) should be contract price of finished product in Column (b), (c) and (e), Section I.

NOTE --File inventory schedules (SF 1426, 1428, 1430 and 1432) for allocable inventories on hand at date of termination (see 49.2 06 and SF 1425)

Where the space provided for any information is insufficient, continue on a separate sheet.

NSN 7540-01-140-5521    1436-101    STANDARD FORM 1436 (10-83)
Prescribed by GSA
FAR (48 CFR) 53.249(a)(3)

SCHEDULE A - INDIRECT FACTORY EXPENSE (Item [illegible])

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| Fringe | DL * FRINGE | 179,482 | |
| Overhead | (DL+FRINGE)*OH | 286,848 | |
| TOTAL | | 466,330 | |

NOTE: - Individual items of small amounts may be grouped into a single entry in Schedules B, C, E, E and G.

SCHEDULE B - OTHER COSTS (Item 5)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| TRAVEL | Cost from Job Cost | 74,668 | |
| OTHER DIRECT COST | Cost from Job Cost | 353,162 | |
| TOTAL | | 427,831 | |

SCHEDULE C - GENERAL AND ADMINISTRATIVE EXPENSE (Item 3)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| LABOR | Calculated | 153,172 | |
| TRAVEL | Calculated | 10,109 | |
| ODC'S | Calculated | 47,410 | |
| MATERIAL | Calculated | 323,370 | |
| TOTAL | | 534,061 | |

SCHEDULE D - PROFIT (Item 8)

| EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Profit was computed based on 10% of Costs | 443,396 | |
| TOTAL | 443,396 | |

Where the space provided for any information is insufficient, continue on a separate sheet.

STANDARD FORM 1436 (10-83)
PAGE 2

SCHEDULE E - SETTLEMENT EXPENSE (Item 12)

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| LABOR & ODC'S | BURDENED COSTS through 4/30/96 P<br>ESTIMATE TO COMPLETION | 125,000 | |
| PPA INTEREST | CALCULATED | 58,224 | |
| TOTAL | | 183,224 | |

Schedule F - SETTLEMENT with IMMEDIATE SUBCONTRACTORS and SUPPLIERS (Item 14)

| DETAIL OF EXPENSE | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| TOTAL | | 0 | |

SCHEDULE G - DISPOSAL and OTHER CREDITS (Item 16)

| DESCRIPTION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Not Applicable | 0 | |
| TOTAL | 0 | |

(If practicable, show separately amounts of disposal credits applicable to acceptable finished product included on SF 1428.)

Where the space provided for any information is insufficient, continue on a separate sheet.

STANDARD FORM 1436 (10-83)
PAGE 3

SECTION N - ADVANCE, PROGRESS AND PARTIAL PAYMENTS

| DATE | TYPE OF PAYMENT | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| 34729 | Progress payment | 2,083,450 | |
| 34754 | Progress payment | 443,565 | |
| | | 2,507,015 | |

Where the space provided for any information is insufficient, continue on a separate sheet.

CERTIFICATE

This is to certify that the undersigned, individually, and as an authorized representative of the Contractor, has examined this termination settlement proposal and that, to the best knowledge and belief of the undersigned.

(a) AS TO THE CONTRACTOR'S OWN CHARGES. The proposed settlement (exclusive of charges set forth in Item 14) and supporting schedules and explanations have been prepared from the books of account and records of the Contractor in accordance with recognized commercial accounting practices. They include only those charges allocable to the terminated portion of this contract; they have been prepared with knowledge that they will, or may, be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

(b) AS TO THE SUBCONTRACTORS' CHARGES. (1) The Contractor has examined, or caused to be examined, to an extent it considered adequate in the circumstances, the termination settlement proposals of its immediate subcontractors (exclusive of proposals filed against these immediate subcontractors by their subcontractors); (2) The settlements on account of immediate subcontractors' own charges are fair and reasonable, the charges are allocable to the terminated portion of this contract, and the settlements were negotiated in good faith and are not more favorable to its immediate subcontractors than those that the Contractor would make if reimbursement by the Government were not involved; (3) The contractor has received from all its immediate subcontractors appropriate certificates with respect to their termination settlement proposals, which certificates are substantially in the form of this certificate; and (4) the Contractor has no information leading it to doubt (i) the reasonableness of the settlements with more remote subcontractors or (ii) that the charges for them are allocable to this contract. Upon receipt by the Contractor of amounts covering settlements with its immediate subcontractors, the Contractor will pay or credit them promptly with the amounts so received, to the extent that it has not previously done so. The term "subcontractors", as used above, includes suppliers.

NOTE: The Contractor shall, under conditions stated in FAR 15.8044-2, be required to submit a Certificate of Current Cost or Pricing Data (see FAR 15.804-2(a) and 15.804-6).

| NAME OF CONTRACTOR | BY (Signature of authorized official) |
|---|---|
| INFORMATION SYSTEMS & NETWORKS CORP. | Tonna Maltai |
| | TITLE President — DATE 6/4/96 |
| Name of Supervisory Accounting Official Mr. Allieu Shaw | TITLE Accounting Manager |

U.S. GOVERNMENT PRINTING OFFICE — STANDARD FORM 1436 PAGE 4

# SCHEDULE OF ACCOUNTING INFORMATION

FORM APPROVED OMB NO. 9000-0012

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project [illegible], Washington, D.C. 20503.

To be used by prime contractors submitting termination proposals under Part 49 of the Federal Acquisition Regulation. Also suitable for use by subcontractor in effecting subcontract settlements with prime contractor or immediate subcontractor.

THIS PROPOSAL APPLIES TO (Check one)

[X] A PRIME CONTRACT WITH THE GOVERNMENT  [ ] SUBCONTRACT OR PURCHASE ORDER

SUBCONTRACT OR PURCHASE ORDER NO(S).

CONTRACTOR WHO SENT NOTICE OF TERMINATION

NAME AND ADDRESS (Include ZIP Code)

COMPANY (Prime or Subcontractor): Information Systems & Networks (ISN)Co

STREET ADDRESS: 10411 Motor City Drive

CITY AND STATE (Include ZIP Code): Bethesda, MD 20817

NAME OF GOVERNMENT AGENCY: U.S. Navy

| GOVERNMENT PRIME CONTRACT NO. | CONTRACTOR'S REFERENCE NO. | EFFECTIVE DATE OF TERMINATION |
|---|---|---|
| N00600-94-C-0389 | 1319 | 15 Mar 1996 |

1. INDIVIDUAL IN YOUR ORGANIZATION FROM WHOM ADDITIONAL INFORMATION MAY BE REQUESTED ON QUESTIONS RELATING TO

| | ACCOUNTING MATTERS | PROPERTY DISPOSAL |
|---|---|---|
| NAME | Mr. Allieu Shaw | Mr. Donald Tabasco |
| TITLE | Director of Accounting | Senior Contract Administrator |
| TELEPHONE NO. | 301/469-0400 | 301/469-0400 |
| ADDRESS (Include ZIP Code) | ISN<br>10411 Motor City Drive<br>Bethesda, MD 20817 | ISN<br>10411 Motor City Drive<br>Bethesda, MD 20817 |

2. ARE THE ACCOUNTS OF THE CONTRACTOR SUBJECT TO REGULAR PERIODIC EXAMINATION BY INDEPENDENT PUBLIC ACCOUNTANTS?

[X] YES [ ] NO (Name and address of accountants)

Arthur Andersen
1666 K Street, N.W.
Washington, D.C. 20006-2873

3. INDEPENDENT ACCOUNTANTS, IF ANY, WHO HAVE REVIEWED OR ASSISTED IN THE PREPARATION OF THE ATTACHED PROPOSAL

| NAME | ADDRESS (Include ZIP Code) |
|---|---|
| None | |

4. GOVERNMENTAL AGENCY(IES) WHICH HAVE REVIEWED YOUR ACCOUNTS IN CONNECTION WITH PRIOR SETTLEMENT PROPOSALS DURING THE CURRENT AND PRECEDING FISCAL YEAR

| NAME | ADDRESS (Include ZIP Code) |
|---|---|
| DCAA | Columbia Branch Office, One Mall North<br>10025 Governor<br>Warfield Pkwy., Suite 200<br>Columbia, MD 21004 |

5. HAVE THERE BEEN ANY SIGNIFICANT DEVIATIONS FROM YOUR REGULAR ACCOUNTING PROCEDURES AND POLICIES IN ARRIVING AT THE COSTS SET FORTH IN THE ATTACHED PROPOSAL? (If "Yes," explain briefly)

[ ] YES [X] NO

6. WERE THE DETAILED COST RECORDS USED IN PREPARING THE PROPOSAL CONTROLLED BY AND IN AGREEMENT WITH YOUR GENERAL BOOKS OF ACCOUNT?

[X] YES [ ] NO

7. STATE METHOD OF ACCOUNTING FOR TRADE AND CASH DISCOUNTS EARNED, REBATES, ALLOWANCES, AND VOLUME PRICE ADJUSTMENTS. ARE SUCH ITEMS EXCLUDED FROM COSTS PROPOSED?

[ ] YES [ ] NO

These items reduced the costs when recorded.

(Where the space provided for any information is insufficient, continue on a separate sheet.)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable
EXPIRATION [illegible]

STANDARD FORM 1439 REV. 7
Prescribed by GSA - FAR (48 CFR 53.249)

8. STATE METHOD OF RECORDING AND ABSORBING . GENERAL ENGINEERING AND GENERAL DEVELOPMENT EXPENSE AND ID ENGINEERING AND DEVELOPMENT EXPENSE DIRECTLY APPLICABLE TO THE TERMINATED CONTRACT.

Not applicable.

9. STATE TYPES AND SOURCE OF MISCELLANEOUS INCOME AND CREDITS AND MANNER OF RECORDING IN THE INCOME OR THE COST ACCOUNTS SUCH AS RENTAL OF YOUR FACILITIES TO OUTSIDE PARTIES, ETC.

ISN does not sublease facilities. Miscellaneous income is comprised primarily of interest or investment income. Refunds or rebates are credited to the original cost or cost pool where identifiable.

10. METHOD OF ALLOCATING GENERAL AND ADMINISTRATIVE EXPENSE.

General and Administrative expenses are allocated to direct cost objectives on a total cost basis.

11. ARE COSTS AND INCOME FROM CHANGE ORDERS SEGREGATED FROM OTHER CONTRACT COSTS AND INCOME? (If "Yes," by what method?)

☐ YES ☐ NO

Yes, if they result in a modification which requires separate accountability. No, if only a modification to an existing task where separate accountability is not required. The Contracting Officer makes this determination.

12. METHOD OF COMPUTING PROFIT SHOWN IN THE ATTACHED PROPOSAL AND REASON FOR SELECTING THE METHOD USED. FURNISH ESTIMATE OF AMOUNT OR RATE OF PROFIT IN DOLLARS OR PERCENT ANTICIPATED HAD THE CONTRACT BEEN COMPLETED.

A profit of 10% has been applied to all costs incurred. It is estimated that had the contract been completed, i.e., the planned change orders been implemented, ISN would have realized a 10% profit.

13. ARE SETTLEMENT EXPENSES APPLICABLE TO PREVIOUSLY TERMINATED CONTRACTS EXCLUDED FROM THE ATTACHED PROPOSAL? (If "NO," explain.)

☐ YES ☐ NO

14. DOES THIS PROPOSAL INCLUDE CHARGES FOR MAJOR INVENTORY ITEMS AND PROPOSALS OF SUBCONTRACTORS COMMON TO THIS TERMINATED CONTRACT AND OTHER WORK OF THE CONTRACTOR? (If "Yes," explain the method used in allocating amounts to the terminated portion of this contract.)

☒ YES ☐ NO

All material and supplier costs are specific to this contract.

15. EXPLAIN BRIEFLY YOUR METHOD OF PRICING INVENTORIES, INDICATING WHETHER MATERIAL HANDLING COST HAS BEEN INCLUDED IN CHARGES FOR MATERIALS.

The equipment inventory has been priced at actual cost plus M&S costs.

16. ARE ANY PARTS, MATERIALS, OR FINISHED PRODUCT, KNOWN TO BE DEFECTIVE, INCLUDED IN THE INVENTORIES? (If "Yes," explain.)

☐ YES ☐ NO

All material has been taken by the Government on 21 February 1996. To the best of ISN's knowledge and belief at the time the material was taken by the Government it was in serviceable condition.

(Where the space provided for any information is insufficient, continue on a separate sheet.)

17. WERE INVENTORY QUANTITIES BASED ON A PHYSICAL COUNT AS OF THE DATE OF TERMINATION? (If "NO," explain circumstances.)

☐ YES ☐ NO

Not applicable since all material was taken by the Government on 21 February 1996.

18. DESCRIBE BRIEFLY THE NATURE OF INDIRECT EXPENSE ITEMS INCLUDED IN INVENTORY COSTS (See Schedule A, SF 1435) AND EXPLAIN YOUR METHOD OF ALLOCATION USED IN PREPARING THIS PROPOSAL, INCLUDING IF PRACTICABLE, THE RATES USED AND THE PERIOD OF TIME UPON WHICH THEY ARE BASED.

G&A costs are included in the cost of the material, This cost is allocated at the rate in use at the time costs were recorded.

19. STATE GENERAL POLICIES RELATING TO DEPRECIATION AND AMORTIZATION OF FIXED ASSETS, BASES, UNDERLYING POLICIES.

Fixed assets are depreciated over estimated useful lives, The costs of depreciation and amortization is included in the indirect cost pool of the business unit using the asset and spread to direct cost objectives in the same manner as the indirect pool, Overhead pools are spread based on total direct labor (Direct labor + fringe) benefiting from the pool. G&A costs are spread on a total cost basis.

20. DO THE COSTS SET FORTH IN THE ATTACHED PROPOSAL INCLUDE PROVISIONS FOR ANY RESERVES OTHER THAN DEPRECIATION RESERVES? (If "Yes," list such reserves)

☐ YES ☒ NO

21. STATE POLICY OR PROCEDURE FOR RECORDING AND WRITING OFF STARTING LOAD.

Not applicable.

22. STATE POLICIES FOR DISTINGUISHING BETWEEN CHARGES TO CAPITAL (FIXED) ASSET ACCOUNTS AND TO REPAIR AND MAINTENANCE ACCOUNTS.

Costs incurred which increase the value of the assets or materially extend the useful life of assets are capitalized and depreciated, Costs of maintenance and repairs which do not do the above are expensed,

23. ARE PERISHABLE TOOLS AND MANUFACTURING SUPPLIES CHARGED DIRECTLY TO CONTRACT COSTS OR INCLUDED IN INDIRECT EXPENSES?

Perishable items (small tools and consumables) purchased for use on a specific contract are charged to that contract, Items purchased for general corporate use are charged to indirect cost pools,

(Where the space provided for any information is insufficient, continue on a separate sheet.)

[illegible]. HAVE ANY CHARGES FOR [illegible] OF SEPARATION PAY BEEN INCLUDED IN THIS PRC [illegible] "Yes," furnish brief explanation

☐ YES ☒ NO

[illegible]. STATE POLICIES RELATING TO RECORDING OF OVERTIME SHIFT PREMIUMS AND PRODUCTION BONUSES

Overtime premium paid for non-exempt employees are charged to the cost objective on which employee is working. ISN does not provide for "production bonuses".

[illegible]. DOES CONTRACTOR HAVE A PENSION PLAN? (If "Yes," state method of funding and absorption of past and current pension service costs)

☒ YES ☐ NO

Yes, ISN maintains a defined contribution pension plan. As such, there are no past service costs. Required contributions are calculated annually by the Plan Administrator andpaid by the company.

27. IS THIS SETTLEMENT PROPOSAL BASED ON STANDARD COSTS?

☐ YES (If "Yes," has adjustment to actual cost or adjustment for any significant variations been made? ☐ YES ☐ NO (If "NO," explain))

☒ NO

This proposal is based on an <u>actual</u> costs basis.

[illegible]. DOES THIS PROPOSAL INCLUDE ANY ELEMENT OF PROFIT TO THE CONTRACTOR OR RELATED ORGANIZATION, OTHER THAN (a) PROFIT SET FORTH SEPARATELY IN THE PROPOSAL OR (b) PROFIT INCLUDED IN THE CONTRACT PRICE AT WHICH ACCEPTABLE FINISHED PRODUCT, IF ANY, IS INCLUDED IN THE PROPOSAL? (If "Yes," explain briefly)

☐ YES ☒ NO

[illegible]. WHAT IS LENGTH OF TIME (PRODUCTION CYCLE) REQUIRED TO PRODUCE ONE OF THE END ITEMS FROM THE TIME THE MATERIAL ENTERS THE PRODUCTION LINE TO THE COMPLETION AS THE FINISHED PRODUCT?

The normal lead time considering a fully staffed work force for a production system is 120 days.

[illegible]. STATE POLICY AND PROCEDURE FOR VERIFICATION AND NEGOTIATION OF SETTLEMENTS WITH SUBCONTRACTORS AND VENDORS.

Terms and conditions (Payment) of ISN's Purchase Orders are "....within 45 days after acceptance or 15 days after ISN is paid by the Government........ whichever is later."

CERTIFICATE

THIS CERTIFIES THAT, TO THE BEST KNOWLEDGE AND BELIEF OF THE UNDERSIGNED, THE ABOVE STATEMENTS ARE TRUE AND CORRECT.

| NAME OF CONTRACTOR | BY (Signature of supervisory accounting official) | |
|---|---|---|
| ISN<br>10411 Motor City Drive<br>Bethesda, MD 20817 | [signature] | |
| | TITLE<br>President | DATE<br>6/4/96 |

(Where the space provided for any information is insufficient, continue on a separate sheet.)

STANDARD FORM 1436 (REV. 7-89) PAGE 4

EXHIBIT 41

# DEFENSE CONTRACT AUDIT AGENCY

## AUDIT REPORT

19 December 1996

**PREPARED FOR:** Termination Contracting Officer
ATTN: DCMDS-GATC (Ms. Mildred Jacobs)
Defense Logistics Agency
Defense Contract Management Command Atlanta
508 Walker Street
Atlanta, GA 30060-2789

**PREPARED BY:** Columbia Branch Office
One Mall North, Suite 200
10025 Governor Warfield Parkway
Columbia, MD 21004

| | |
|---|---|
| Telephone No. | (410) 964-2060 |
| FAX No. | (410) 997-3237 |
| e-Mail Address | fao6311@rma.dcaa.mil |

**SUBJECT:** Termination Settlement Proposal

**REFERENCES:** TCO: Contract No. N00600-94-C-0389
DCAA: Audit Report No. 6311-97B17100001

**CONTRACTOR:** Information Systems and Networks Corporation
10411 Motor City Drive
Bethesda, MD 20817

**REPORT RELEASE RESTRICTIONS:** See Page 9

**CONTENTS:**


| | Page |
|---|---|
| Subject of Audit | 1 |
| Executive Summary | 1 |
| Scope of Audit | 2 |
| Results of Audit | 3 |
| DCAA Personnel and Report Authorization | 8 |
| Audit Report Distribution and Restrictions | 9 |

## SUBJECT OF AUDIT

As requested by DCMC-Atlanta, we audited the 4 June 1996 termination settlement proposal submitted by Information Systems and Networks Corporation (ISN). Contract N00600-94-C-0389 was terminated for the convenience of the government with an effective termination date of 15 March 1996. Prior to the termination notice, a Stop-Work Order had been issued on 20 February 1996. The termination settlement proposal for $5,060,578 was submitted on the total cost basis.

The termination settlement proposal is the responsibility of ISN. Our responsibility is to express an opinion on the settlement proposal based on our audit.

## EXECUTIVE SUMMARY

Our audit of the $5.06 million proposal disclosed $1.01 million of questioned costs. The questioned costs are summarized below:

| | |
|---|---|
| Direct Labor | ($22.147) |
| Indirect Expenses | (17.079) |
| G&A Expense | (5.370) |
| Profit | 443.396 |
| Settlement Expenses | 151.539 |
| Cost in Excess of Contract | 460.708 |
| Total | $1.011.047 |

The termination settlement proposal is acceptable for arriving at a fair and reasonable price; however, the significant issues described below should be considered in establishing the government's position.

SIGNIFICANT ISSUES:

1. The results are qualified because we have not yet received a copy of the current technical report regarding the estimate to complete/estimate at completion, and the inventory verification report. We do not express an opinion regarding the contractor's legal entitlement.

2. ISN overstated settlement expenses by proposing settlement labor and ODCs which it did not incur and prompt payment act interest which is unallowable since ISN received progress payments.

3. ISN overstated the entire settlement proposal by proposing costs in excess of the contract limitations (FAR 49.207).

4. Profit is questioned in total. ISN could not support the proposed 10% profit factor with any Estimates to Complete (ETCs). Further. ISN acknowledged that they under bid this contract and were starting out in a loss from the beginning.

## SCOPE OF AUDIT

Except for the qualifications noted below, we conducted our audit in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance that the proposal is free of material misstatement. An audit includes:

a. reviewing the contractor's internal controls, assessing control risk, and determining the extent of audit testing needed based on the control risk assessment:
b. examining, on a test basis, evidence supporting the amounts and disclosures in the termination settlement proposal:
c. assessing the accounting principles used and significant estimates made by the contractor:
d. evaluating the overall proposal presentation, and
e. determining the need for technical specialist assistance and (if applicable) quantifying the results of a government technical evaluation.

We evaluated the proposed costs using the applicable requirements contained in the:

a. Federal Acquisition Regulation (FAR), Part 49, and
b. DOD FAR Supplement (DFARS).

In CY 1996, ISN has brought three previous termination settlement proposals to the Armed Services Board of Contract Appeals (ASBCA) for settlement. Our prior audits have resulted in significant questioned costs. Based on our prior audits and current ASBCA experience with ISN's termination settlement proposals, we have assessed control risk as high. Our audit reflects this assessment and provides a reasonable basis for our opinion.

QUALIFICATIONS:

1. We were informed by Mr. Jeff Bergdahl. COTR that the updated technical reports will not be available for incorporation into our report. Therefore, the results of audit are qualified.

2. We made our recommendations without the benefit of the inventory verification report (SF 1423), which was not available as of the date of this report. Therefore, the audit report is qualified accordingly.

3. Our audit results do not consider the contractor's legal entitlement. We express no opinion regarding legal entitlement.

## RESULTS OF AUDIT

### AUDITOR'S OPINION

In our opinion, the cost or pricing data submitted by the offeror are inadequate in some respects. The proposal was not prepared in all respects in accordance with appropriate provisions of FAR and DFARS (see Notes 5, 6 and 7, pages 5, 6 and 7 for a further discussion). However, the impact of the inadequacies and noncompliances described is considered to be relatively insignificant. Therefore, we consider the proposal to be acceptable as a basis for negotiating a fair and reasonable price. This statement should not be interpreted to mean that the data are necessarily accurate, complete and current in accordance with 10 U.S.C. 2306a, since a postaward review may disclose evidence not now discernible.

| Elements of ISN's Proposal | ISN's Proposal | Questioned Costs | Difference (Note 1) | Note | Page |
|---|---|---|---|---|---|
| Direct Materials | $ 2,401,080 | $ 0 | $ 2,401,080 | | |
| Direct Labor | 604,657 | (22,147) | 626,804 | 2 | 4 |
| Indirect Expenses | 1 66,330 | (17,079) | 483,409 | 3 | 4 |
| Other Direct Costs | 427,831 | 0 | 427,831 | | |
| G&A Expense | 534,061 | (5,370) | 539,431 | 4 | 5 |
| Subtotal | 4,433,959 | (44,596) | 4,478,555 actual profit | | |
| Profit | 443,396 | 443,396 | 0 | 5 | 5 |
| Settlement Expenses | 183,224 | 151,539 | 31,685 | 6 | 6 |
| Cost in Excess of Cont. | 0 | 460,708 | (460,708) | 7 | 6 |
| Total | 5,060,579 | $ 1,011,047 | $ 4,049,532 | | |
| Payments Received | (2,507,015) | | | 8 | 7 |
| Net Requested | $ 2,553,564 | | | | |

4,049,532

() Denotes upward adjustment

1,542,517.00
2,507,015.00

4,416,645.50
PD. 2,507,015
#1,909,630.50
367,113.50
1,542,517 PD. AS A RESULT of the AUDIT

### Explanatory Notes

1. The amounts in this column are presented solely for the convenience of the TCO in developing the government's negotiation objective. They represent only the arithmetic difference between the amounts proposed and the related questioned costs. You should not consider the amounts to be audit approved or recommended amounts. DCAA does not approve or recommend prospective costs because the amounts depend partly on factors outside the realm of accounting expertise, such as opinions on technical and production matters. Any portion of the questioned costs accepted by the TCO must have the appropriate indirect rates applied.

2. Direct Labor

a. Summary of Conclusions:

We have reclassified $22,332 of stop work labor from settlement costs to direct costs and questioned $185 due to a difference between the settlement proposal and its supporting documentation. The net effect of these adjustments is an upward adjustment to direct labor of $22,147.

b. Basis of Claimed Cost:

Direct labor is based on the actual incurred labor cost as recorded in the books and records.

c. Audit Evaluation:

We verified that the direct labor cost: (1) reconciled with ISN's Jamis job cost reports and employee timesheets; and (2) was incurred prior to the termination notice.

3. Indirect Expenses

a. Summary of Conclusions:

We have increased the indirect expenses by $17,079 due to the increase in Direct Labor shown above.

b. Basis of Claimed Cost:

The indirect expenses are based on a Fringe Benefits rate of 29.68% and an Overhead rate of 36.58%. ISN's overhead allocation base includes fringe benefits.

c. Audit Evaluation:

We verified the proposed Fringe Benefits and Overhead rates to the current provisional billing rates and prior termination audits. The upward adjustment applicable to Fringe Benefits is calculated by applying the proposed and accepted Fringe Benefits rate to the stop work labor reclassified from settlement expenses to direct labor. The resulting sum is then multiplied by the proposed and accepted Overhead rate to arrive at the upward adjustment applicable to overhead.

4. G&A Expense

a. Summary of Conclusions:

We have increased the G&A expenses by $5.370 due to the increases in Direct Labor, Fringe Benefits and associated Overhead expenses.

b. Basis of Proposed Cost:

The G&A expenses are based on a G&A rate of 13.69% applied to Direct labor, Indirect expenses, Direct materials and ODCs.

c. Audit Evaluation:

We verified the proposed G&A expense rate to the current provisional billing rate and prior termination audits. The upward adjustment is the result of applying the proposed and accepted G&A rate to the increase in Direct labor and related Fringe Benefits and Overhead expense

5. Profit

a. Summary of Conclusions:

We have questioned the entire $443.396 of claimed profit in accordance with FAR 49.203 due to the following: (1) ISN did not provide us with any Estimate to Complete (ETC) or Percentage of Completion: (2) ISN significantly under bid this contract by approximately $900,000; and (3) DCAA audit report No. 6221-96G17500001 disclosed that ISN was in a loss position on this contract.

A loss calculation was not applied since the Government (Navy) acknowledged that ISN was due some form of equitable adjustment on this contract due to various changes to the statement of work. It is our understanding that the only hold-up in the equitable adjustment negotiations was a delivery schedule. Since the contract was terminated prior to the conclusion of the equitable adjustment negotiations, we are unable to determine the impact that the equitable adjustment would have on the anticipated loss.

b. Basis of Claimed Cost:

ISN has claimed a profit factor of 10% applied to all costs

c. Audit Evaluation:

We requested ISN to provide us with an ETC and a Percentage of Completion. We also requested technical specialist assistance regarding the ETC and Percentage of Completion.

6. Settlement Expenses

a. Summary of Conclusions:

We have questioned $151,539 of the $183,224 proposed settlement expenses as shown below:

| Description | Questioned | Ref. |
|---|---|---|
| Reclassified to D/L | $28,960 | (1) |
| Cost Not Incurred | 64,355 | (2) |
| Prompt Pmt. Int. | 58,224 | (3) |
| Total | $151,539 | |

(1) We have reclassified the stop work period labor and associated fringe benefits to direct labor and indirect expenses respectively as discussed in notes 2. and 3. Stop work period labor is not a settlement cost but a direct expense.

(2) ISN is proposing settlement labor and ODCs which are estimates of possible future costs. Consequently, these costs have not been incurred and are questioned in total.

(3) We have questioned the entire $58,224 of proposed Prompt Payment Interest in accordance with FAR 32.907-2 which states "no interest penalty shall be paid to the contractor as a result of delayed contract financing payments". Since ISN received progress payments, and the interest is calculated on these progress payments, the interest is unallowable.

b. Basis of Claimed Cost:

The claimed settlement costs are based on costs recorded in ISN's Jamis Job Cost and estimated future labor and ODCs. The claimed prompt payment interest is a mathematical calculation not recorded in the accounting records.

c. Audit Evaluation:

We verified that the claimed settlement expenses were recorded in the Jamis Job Cost and supported by vendor invoices and employee timesheets. We reviewed the supporting documentation for allowability and allocability to the terminated contract. We also verified that the costs were incurred after the Termination notice.

7. Cost in Excess of Contract Limitations

a. Summary of Conclusions:

We have questioned $460,708 which is the total proposed costs and profit of $4,877,354 less the contract price of $4,416,646 in accordance with FAR 49.207.

b. Basis of Claimed Cost

ISN did not indicate in its termination settlement proposal any costs claimed in excess of the contract limitations.

c. Audit Evaluation

We compared the proposed costs plus profit to the contract price.

8. Payments Received

a. Summary of Conclusions:

The $2,507,015 proposed by ISN agrees with their accounting records.

We discussed factual matters concerning audit findings with Mr. Daniel Dowling, Corporate Counsel. We did not disclose the dollar impact of our conclusions and recommendations to the contractor. Mr. Dowling reserved comment on our findings.

## DCAA PERSONNEL

| | Telephone No. |
|---|---|
| Primary contact regarding this audit | |
| Benjamin Monastero, Senior Auditor | (410) 964-2060 |
| Other contacts regarding this audit: | |
| Mark S. Moser, Branch Manager | (410) 964-2060 |
| William C. Erdman, Supervisory Auditor | (410) 964-2060 |
| Office Administrative Personnel | |
| | FAX No. |
| | (410) 997-3237 |

AUDIT REPORT AUTHORIZED BY:

for William C. Erdman

Mark S. Moser
Branch Manager
DCAA Columbia Branch Office

## AUDIT REPORT DISTRIBUTION AND RESTRICTIONS

### DISTRIBUTION

Termination Contracting Officer
ATTN.: DCMDS-GATC (Ms. Mildred Jacobs)
Defense Logistics Agency
Defense Contract Management Command Atlanta
508 Walker Street
Atlanta, GA 30060-2789

### RESTRICTIONS

1. Information contained in this audit report may be proprietary. It is not practical to identify during the conduct of the audit those elements of the data which are proprietary. Proprietary determinations should be made in the event of an external request for access. The *restrictions of 18 U.S.C. 1905 should be considered before this information is released to the* public.

2. Under the provisions of Title 32, Code of Federal Regulations, Part 290.26(b)(2), any Freedom of Information Act requests for audit reports received by DCAA will be referred to the cognizant contracting agency for determination as to releasability and a direct response to the requester.

3. The information contained in this audit report should not be used for purposes other than action on the subject of this audit without first discussing its applicability with the auditor.

ISN

EXHIBIT
42

Roma Malkani
President

February 6, 1997

Mr. Paul E. Slemons
Termination Contracting Officer
Defense Logistics Agency
Defense Contract Management Area
Command- Atlanta
805 Walker Street, Suite 1
Marietta, Georgia 30060-2789

Subject: Request for partial payment for terminated
contract number N00600-94-C-0389

Dear Mr. Slemons:

We have received the DCAA audit of the above referenced contract from your office in a letter dated January 27, 1997. We do not accept the findings of the auditor as they relate to total cost, as they do not include the impact of changed site conditions and other problems for which the company is entitled to compensation from the government. These matters will be set out in a detailed response to the audit findings.

Pursuant to our telephone conference of today, we are sending the enclosed request for partial payment. As you know, the costs associated with this contract have been outstanding for over a year. ISN is a small company; going without payment for this period imposes quite a severe burden on the company.

The DCAA audit report found that, at a minimum, ISN would be eligible for a total payment of $4,049,532. While we disagree with this finding, ISN requests a partial payment based on the difference between the DCAA's total eligible amount of $4,049,532 and the amount already paid of $2,507,015, as stated in the settlement proposal, in the amount of $1,542,517. This request is made on the Form 1440 attached. Any assistance your office can render in expediting ISN's partial payment request would be greatly appreciated.

00183

Information Systems & Networks Corporation • 10411 Motor City Drive, Bethesda, Maryland 20817 • (301) 469-0400 • Fax: (301) 469-0767

Thank you for your cooperation. Should you need further information on this matter please call Daniel Dowling of Jerry Binker at 301-469-0400.

Sincerely,

Roma Malkani

encl: Form 1440

# APPLICATION FOR PARTIAL PAYMENT

FORM APPROVED OMB NO. 9000-0012

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0012), Washington, D.C. 20503.

For use by Prime Contractor or Subcontractor under contracts terminated for the convenience of the Government.

THIS APPLICATION APPLIES TO (Check one)
☐ A PRIME CONTRACT WITH THE GOVERNMENT ☐ SUBCONTRACT OR PURCHASE ORDER

SUBCONTRACT OR PURCHASE ORDER NUMBER(S)

APPLICANT: Information Systems & Networks Corporation

STREET ADDRESS: 10411 Motor City Drive

CITY AND STATE (Include ZIP Code): Bethesda, MD 20817

CONTRACTOR WHO SENT NOTICE OF TERMINATION

NAME

ADDRESS (Include ZIP Code)

NAME OF GOVERNMENT AGENCY: Navy

IF CONTRACTOR HAS GUARANTEED LOANS OR HAS ASSIGNED MONEYS DUE UNDER THE CONTRACT, GIVE THE FOLLOWING:

GOVERNMENT PRIME CONTRACT NUMBER: N00600-94-C-0389

NAME AND ADDRESS OF FINANCING INSTITUTION (Include ZIP Code)

CONTRACTOR'S REFERENCE NUMBER: 01319

NAME AND ADDRESS OF GUARANTOR (Include ZIP Code)

EFFECTIVE DATE OF TERMINATION: 15 March 1996

DATE OF THIS APPLICATION: 7 February 1997

NAME AND ADDRESS OF ASSIGNEE (Include ZIP Code)

AMOUNT REQUESTED: $ 1,542,517

APPLICATION NUMBER UNDER THIS TERMINATION: 1

## SECTION I – STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACT OR PURCHASE ORDER (a) | | FINISHED: PREVIOUSLY SHIPPED AND INVOICED (b) | FINISHED: ON HAND: PAYMENT TO BE RECEIVED THROUGH INVOICING (c) | FINISHED: ON HAND: INCLUDED IN THIS APPLICATION (d) | UNFINISHED OR NOT COMMENCED: TO BE COMPLETED (e) | UNFINISHED OR NOT COMMENCED: NOT TO BE COMPLETED (f) | TOTAL COVERED BY CONTRACT OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| CLINS 0001 through 0003 | QUANTITY | | | | | | 1 Lot |
| | $ | | | | | | $4,416,646 |
| | QUANTITY | | | | | | |
| | $ | | | | | | |
| | QUANTITY | | | | | | |
| | $ | | | | | | |

## SECTION II – APPLICANT'S OWN TERMINATION CHARGES (Exclusive of its Subcontractors' Charges)

SETTLEMENT PROPOSAL
☐ ATTACHED
☒ PREVIOUSLY SUBMITTED

| NO. | ITEM | CHARGES AS LISTED IN SETTLEMENT PROPOSAL |
|---|---|---|
| 1 | ACCEPTABLE FINISHED PRODUCT (at contract price) | $ |
| 2 | WORK-IN-PROGRESS *(includes profit of $443,396) | 1,514,383 |
| 3 | RAW MATERIALS, PURCHASED PARTS, AND SUPPLIES | 2,401,080 |
| 4 | GENERAL AND ADMINISTRATIVE EXPENSE | 534,061 |
| 5 | TOTAL (Sum of lines 1, 2, 3, and 4) | $ 4,449,524 |
| 6 | SPECIAL TOOLING AND SPECIAL TEST EQUIPMENT | |
| 7 | OTHER COSTS | 427,831 |
| 8 | SETTLEMENT EXPENSES | 183,224 |
| 9 | TOTAL (Sum of lines 5, 6, 7, and 8) (from settlement proposal) | $ 5,060,578 |
| 10 | SUBCONTRACTOR SETTLEMENTS APPROVED BY CONTRACTING OFFICER OR SETTLED UNDER A DELEGATION OF AUTHORITY AND PAID BY APPLICANT | $ |
| | **11. AMOUNTS RECEIVED** | |
| a | UNLIQUIDATED PARTIAL, PROGRESS, AND ADVANCE PAYMENTS RECEIVED | $ 2,507,015 |
| b | DISPOSAL AND OTHER CREDITS | |
| c | TOTAL (Sum of lines a and b) | 2,507,015 |
| d | AMOUNT OF PARTIAL PAYMENT REQUESTED | 1,542,517 |
| e | TOTAL (Sum of lines c and d) | $ 4,049,532 |

## SECTION III – AGREEMENT OF APPLICANT

IN CONSIDERATION OF PARTIAL PAYMENT THAT MAY BE MADE, THE APPLICANT AGREES AS FOLLOWS:

(a) Repayment of Excess. If any partial payment made to the Contractor is in excess of the amount finally determined to be due on its termination settlement proposal or claim, the Contractor shall repay the excess to the Government upon demand together with interest at the rate established by the Secretary of the Treasury under 50 U.S.C. (App.) 1215(b)(2). Interest shall be computed for the period from the date of the excess payment to the date the excess is repaid. Interest shall not be charged however, for any (1) excess payment due to a reduction in the Contractor's proposal or claim because of retention or other disposition of termination inventory, until 10 days after the date of the retention or disposition, or any later date determined by the Contracting Officer because of the circumstances, or for (2) overpayment under cost-reimbursement research and development contracts (without profit or fee to the Contractor) if the overpayments are repaid to the Government within *30 days after demand.*

(b) Prompt Settlement of Proposal. The applicant will make every effort to expedite final settlement of the termination settlement proposal and any proposals of its subcontractors.

(c) Disposal and Retention of Inventory. The applicant shall, within 10 days, notify the Contracting Officer whenever the proceeds received from the disposal of termination inventory, when added to the cost or agreed value of inventory retained by the applicant, exceeds the amount of its charges (Section II, Line 9) and the amount of such credits has not been included on Section II, Line b (Disposal and Other Credits).

## SECTION IV – CERTIFICATE OF APPLICANT

I certify that the amount of charges *(exclusive of subcontractors' charges)* due as of the date of this application and allocable to the terminated portion of contract number N00600-94-C-0389 dated 15 July 1994 with U.S. Navy, is not less than $ 5,060,578 *(From Section II, Line 9)*, that, to the best of my knowledge, the amounts received are as set forth above, and that I have not assigned any moneys payable under this contract, except as set forth above.

| NAME OF APPLICANT | BY *(Signature of authorized official)* | |
|---|---|---|
| Information Systems & Networks Corp. | [signature] | |
| | TITLE: Roma Malkani President | DATE: |

## SECTION V – RECOMMENDATION OF FIRST REVIEWING CONTRACTOR

The undersigned states that it has examined this application and has considered the applicant's general reputation. It has no reason to doubt the accuracy of the information contained in this application or that the amount certified by the applicant as due will constitute a proper charge to be included in the undersigned's termination settlement proposal against ________
It recommends that the requested partial payment be made.

The undersigned agrees that it will promptly pay over to the applicant or credit against amounts owing from the applicant any amount received for the benefit of the applicant under this application, and that it will repay to the Government on demand any amount not so paid or credited.

| NAME OF CONTRACTOR | BY *(Signature of authorized official)* | |
|---|---|---|
| | TITLE | DATE |

## SECTION VI – RECOMMENDATIONS OF OTHER REVIEWING CONTRACTORS

Each of the undersigned states that it has no reason to doubt that the amount of the partial payment requested, and recommended above is due the applicant and will constitute a proper charge in the termination settlement proposal of the undersigned.

Each of the undersigned agrees that it will promptly pay over to its immediate subcontractor or credit against amounts owing from such subcontractor any amount received for the benefit of the applicant under this application, and that it will repay to the Government on demand any amount not so paid or credited.

| | CONTRACTOR | DATE | IDENTIFICATION OF YOUR CONTRACT | SIGNATURE OF OFFICER, PARTNER, OR OWNER |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

*Where the space provided for any information is insufficient, continue on a separate sheet.*

EXHIBIT
Crawford
#27
8/10/899

EXHIBIT
43

**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

IN REPLY REFER TO: DCMDS-GATC

November 5, 1997

SUBJECT: Terminated Contract - N00600-94-C-0389 Docket N961443SA

Mr. Roscoe Crawford
Department of the Navy
Fleet and Industrial Supply Center Norfolk
Detachment Washington DC
Washington Navy Yard Bldg 200
901 M Street SE
Washington, DC 20374-5014

Dear Mr. Crawford:

Several attempts have been made to get your office to provide information on subject termination. A certified letter was sent to you on October 9, 1997 requesting you provided information on subject termination. After getting no response from you, I phoned you on October 29, 1997 and we discussed the matter once again and at that time you informed me that you would setup a conference call for Friday October 31, 1997 with you, Jeff Berghdal, and myself. Once again I did not hear from your office. On Monday, November 23, 1997 I phoned and got your voice mail , I left a message for you to call me, no response. I also left a message on Jeff Berghddal's voice mail and there was no response from his office.

This letter is to inform that based on the material provided to the TCO, The TCO is ready to make an offer to ISN for the settlement of the termination settlement proposal and the ECP in the amount of $4,940,725.00. This would require additional funding on the contract in the amount of $524,079.46. It is asked of your office to reply to this letter as to whether you agree or disagree. It is asked that you respond no later than COB November 7, 1997. If no response is received from your office by this date then TCO will proceed with settlement.

Should you have any questions or desire any further information, please contact the undersigned at (404) 590-6389, or FAX (404) 590-2110.

DENISE M. JONES
Termination Contracting Officer

EXHIBIT
44

**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

IN REPLY
REFER TO: DCMDS-GATC

November 18, 1997

SUBJECT: Terminated Contract - N00600-94-C-0389 Docket N961443SA

Mr. Roscoe Crawford
Department of the Navy
Fleet and Industrial Supply Center Norfolk
Detachment Washington DC
Washington Navy Yard Bldg 200
901 M Street SE
Washington, DC 20374-5014

Dear Mr. Crawford:

Reference our letter dated November 5, 1997 sent via facsimile.

In our referenced letter we advised your office that we would be issuing an offer to ISN in the amount of $4,940,725.00 and that we need additional funding in the amount of $524,079.46. This letter is to request additional funding. It is requested that the funding be provided within 90 days. If funding is not provided within 90 day period, I will then issue my decision and return authority back to your office for completion of the termination.

Should you have any questions or desire any further information, please contact the undersigned at ~~(404)~~ 770 590-6389, or FAX ~~(404)~~ 770 590-2110.

Denise M. Jones
DENISE M. JONES
Termination Contracting Officer

U0188

EXHIBIT
Crawford
# 30
4/01/99

EXHIBIT
45

# Volume II – Cost Proposal
# Proposal Revisions
# Best and Final Offer (BAFO)

# AUTOMATED TECHNICAL CONTROL SYSTEMS

Solicitation #: N00600-93-R-2790
May 18, 1994

**Presented to:**
Naval Regional Contracting Center
Washington Navy Yard, Bldg 200, 4th Floor
901 M Street, S.E.
Washington, D.C. 20374-5014

**Prepared by:**
Information Systems & Networks Corp.
10411 Motor City Drive
Bethesda, Maryland 20817
Phone: (301) 469-0400

**Use or Disclosure Restriction**
This proposal or quotation includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed–in whole or in part–for any purpose other than to evaluate this proposal or quotation. If, however, a contract is awarded to this offeror or quoter as a result of–or in connection with–the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets so marked in this proposal document.

# 1.0 Cost Tables

# 1.1 Unit Price Tables (Tables B-1, B-2, and B-3)

# 1.1.1 Table B-1

ISN

**TABLE B-1**

**EQUIPMENT UNIT PRICE SCHEDULE**
**NTCC HAMPTON ROADS - YEAR 1**
Prices are valid from month 1 through month 6 (months after contract award)

| Item No. | 2. Item Description | 3. Unit Prices Offered | | | | 4. Qty. | 5. Months of Use | | 6. FIP Schedule Prices | | | 7. Extended |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Equipment | Purchase Price | Monthly Maint. | Monthly Rental | Special Plans | | From | To | Purchase Price | Monthly Maint. | Monthly Rental | Cost |
| 1001 | 80486 DX2-66 AUSTIN FILE SERVER | $2,958.00 | NA | NA | NA | 2 | NA | NA | $2,958.00 | NA | NA | $5,916.00 |
| 1002 | 80486 DX2-50 AUSTIN WORKSTATION | $2,133.00 | NA | NA | NA | 6 | NA | NA | $2,133.00 | NA | NA | $12,798.00 |
| 1003 | EXB-4200 DAT TAPE BACKUP | $753.00 | NA | NA | NA | 1 | NA | NA | $753.00 | NA | NA | $753.00 |
| 1004 | MI 1015 LOGITECH TRACKBALL MOUSE | $55.00 | NA | NA | NA | 2 | NA | NA | $55.00 | NA | NA | $110.00 |
| 1005 | NSPK1 SPARE PARTS KIT | $2,663.59 | NA | NA | NA | 1 | NA | NA | $2,663.59 | NA | NA | $2,663.59 |
| 1006 | 104015 HP 4+ LASER JET PRINTER | $1,399.00 | NA | NA | NA | 1 | NA | NA | $1,399.00 | NA | NA | $1,399.00 |
| 1007 | 104323 HP JET DIRECT CARD | $359.00 | NA | NA | NA | 1 | NA | NA | $359.00 | NA | NA | $359.00 |
| 1008 | LQ 1070 EPSON 24-PIN WIDE CARRIAGE PRINTER | $359.00 | NA | NA | NA | 1 | NA | NA | $359.00 | NA | NA | $359.00 |
| 1009 | SYNOPTICS LATTISHUB #2814 116-PORT ENET UTP HUB | $1,419.00 | NA | NA | NA | 1 | NA | NA | $1,419.00 | NA | NA | $1,419.00 |
| 1010 | ATL TELEC # K0124415 LEV 5 PATCH CORD (100 ft.) | $14.00 | NA | NA | NA | 13 | NA | NA | $14.00 | NA | NA | $182.00 |
| 1011 | ALLIED AT-MX25F FIBER OPTIC MICRO TRANSCEIVER | $156.00 | NA | NA | NA | 2 | NA | NA | $156.00 | NA | NA | $312.00 |
| 1012 | RK-MX880A FIBER OPTIC MULTIPLEXER | $869.25 | NA | NA | NA | 2 | NA | NA | $869.25 | NA | NA | $1,738.50 |
| 1013 | SMC #LANET16/24PK ETHERCARD + ELITE ADAPTER | $101.48 | NA | NA | NA | 8 | NA | NA | $101.48 | NA | NA | $811.84 |
| 1014 | NF3000 ISA FDDI ADAPTER FOR UTP (RJ-45), SINGLE | $789.00 | NA | NA | NA | 2 | NA | NA | $789.00 | NA | NA | $1,578.00 |
| 1015 | RK-WP263 NYLON WALL PLATE | $1.10 | NA | NA | NA | 2 | NA | NA | $1.10 | NA | NA | $2.20 |
| 1016 | RK-WP260 OUTLET JACK FRAME | $3.01 | NA | NA | NA | 2 | NA | NA | $3.01 | NA | NA | $6.02 |
| 1017 | DMS MTRX CONFIGURATION DQ-9405-2256C - consists of foll. | $1,493,180.00 | NA | NA | NA | 1 | NA | NA | $1,493,180.00 | NA | NA | $1,493,180.00 |
| | TFOU-8/16 Tandem Fanout Unit | NSP | NA | NA | NA | 1 | NA | NA | NSP | NA | NA | $0.00 |
| | TATU 2/8Tandem Automatic Transfer Unit | NSP | NA | NA | NA | 1 | NA | NA | NSP | NA | NA | $0.00 |
| | RMSA-100(X) Ext. Timed Redund. Mtrx Switch Assly. - 256 ports | NSP | NA | NA | NA | 2 | NA | NA | NSP | NA | NA | $0.00 |
| | RMSA-500(X) Ext. Timed Redund. Mtrx Switch Assly.-512 ports | NSP | NA | NA | NA | 0 | NA | NA | NSP | NA | NA | $0.00 |
| | *RMSA-4000(X) Ext. Timed Redund. Mtrx Switch Assly.-4096 ports* | NSP | NA | NA | NA | 1 | NA | NA | NSP | NA | NA | $0.00 |
| | RMSA-8000(X) Ext. Timed Redund. Mtrx Switch Assly.-8192 ports | NSP | NA | NA | NA | 1 | NA | NA | NSP | NA | NA | $0.00 |
| | SSA-64/RIU (X) Satellite Shelf Assembly | NSP | NA | NA | NA | 103 | NA | NA | NSP | NA | NA | $0.00 |
| | SSA-32/RIU(X) Satellite Shelf Assembly | NSP | NA | NA | NA | 2 | NA | NA | NSP | NA | NA | $0.00 |
| | DIM-414-3 Data Interface Module | NSP | NA | NA | NA | 1515 | NA | NA | NSP | NA | NA | $0.00 |
| | DIX-202 Universal Data Information Exchange Module | NSP | NA | NA | NA | 32 | NA | NA | NSP | NA | NA | $0.00 |
| | DIH-264X Data Interface Module, High Speed | NSP | NA | NA | NA | 3 | NA | NA | NSP | NA | NA | $0.00 |
| | AIM-800 Analog Interface Module | NSP | NA | NA | NA | 62 | NA | NA | NSP | NA | NA | $0.00 |
| 1018 | ESPK1 MTRX SPARE PARTS KIT | $31,595.00 | NA | NA | NA | 1 | NA | NA | $31,595.00 | NA | NA | $31,595.00 |
| 1019 | 990-0959-0400 3-BAY CONSOLE CABINETS | $2,889.14 | NA | NA | NA | 4 | NA | NA | $2,889.14 | NA | NA | $11,556.56 |
| 1020 | 990-0949-0600 3-BAY EQUIPMENT CABINETS | $2,069.30 | NA | NA | NA | 1 | NA | NA | $2,069.30 | NA | NA | $2,069.30 |
| 1021 | 990-0949-0500 STANDALONE EQUIPMENT CABINETS | $904.26 | NA | NA | NA | 0 | NA | NA | $904.26 | NA | NA | $0.00 |
| 1022 | 990-0949-0500 STANDALONE CABINET | $904.26 | NA | NA | NA | 16 | NA | NA | $904.26 | NA | NA | $14,468.16 |
| 1023 | EDSAL DOUBLE DOOR STORAGE CABINET | $297.00 | NA | NA | NA | 1 | NA | NA | $297.00 | NA | NA | $297.00 |
| 1024 | CM-00222BAG-2 2/P LEV 2 SOL PVC UTP CABLE (1000 ft.) | $22.00 | NA | NA | NA | 5 | NA | NA | $22.00 | NA | NA | $110.00 |
| 1025 | CM-00622BAG-2 6/P LEV 2 SOL PVC UTP CABLE (1000 ft.) | $59.00 | NA | NA | NA | 2 | NA | NA | $59.00 | NA | NA | $118.00 |
| 1026 | BELDEN #8106 6-PAIR OR EQUAL, 24 AWG DATA CABLE (100 | $668.00 | NA | NA | NA | 16 | NA | NA | $668.00 | NA | NA | $10,688.00 |
| 1027 | BELDEN #9682, 5-PAIR OR EQUAL, 24 AWG DATA CABLE (10 | $190.00 | NA | NA | NA | 49 | NA | NA | $190.00 | NA | NA | $9,310.00 |
| 1028 | BELDEN #9681 4-PAIR OR EQUAL, 24 AWG DATA CABLE (100 | $140.00 | NA | NA | NA | 24 | NA | NA | $140.00 | NA | NA | $3,360.00 |
| 1029 | BELDEN #8162 2-PAIR OR EQUAL, 24 AWG DATA CABLE (500 | $45.00 | NA | NA | NA | 1 | NA | NA | $45.00 | NA | NA | $45.00 |
| 1030 | COMP CRAFT FIBER OPTIC JUMPER - 62.5 MICRONS (100 ft.) | $162.00 | NA | NA | NA | 3 | NA | NA | $162.00 | NA | NA | $486.00 |
| 1031 | AIW #ES13244002000 12 AWG ROMAX POWER CABLE (500 ft | $85.00 | NA | NA | NA | 4 | NA | NA | $85.00 | NA | NA | $340.00 |
| 1032 | BULK CONDUIT (Liquid Tight, EMT, Square D) | $10,000.00 | NA | NA | NA | 2 | NA | NA | $10,000.00 | NA | NA | $20,000.00 |
| 1033 | AIW #ES13244008001 8 AWG GROUND WIRE CABLE (500 ft.) | $210.00 | NA | NA | NA | 2 | NA | NA | $210.00 | NA | NA | $420.00 |
| 1034 | SIEMON #S66M1-25 BLOCK CONNECTING CLIPS | $5.50 | NA | NA | NA | 10 | NA | NA | $5.50 | NA | NA | $55.00 |
| 1035 | FIBER OPTIC PLATE - SEICOR | $45.00 | NA | NA | NA | 2 | NA | NA | $45.00 | NA | NA | $90.00 |

00193



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

IBM

TABLE B-1

**EQUIPMENT UNIT PRICE SCHEDULE**
**NTCC HAMPTON ROADS - YEAR 1**
Prices are valid from month 1 through month 6 (months after contract award)

| | 2. Item Description | 3. Unit Prices Offered | | | | 4. Qty. | 5. Months of Use | | 6. FIP Schedule Prices | | | 7. Extended |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Equipment | Purchase Price | Monthly Maint. | Monthly Rental | Special Plans | | From | To | Purchase Price | Monthly Maint. | Monthly Rental | Cost |
| 1036 | NEMA BOXES | $1.75 | NA | NA | NA | 48 | NA | NA | $1.75 | NA | NA | $84.00 |
| 1037 | NEMA DUPLEX RECEPTACLES | $4.00 | NA | NA | NA | 46 | NA | NA | $4.00 | NA | NA | $184.00 |
| 1038 | AMP #749808-3 DB 25 CONNECTORS | $1.79 | NA | NA | NA | 3150 | NA | NA | $1.79 | NA | NA | $5,638.50 |
| 1039 | AMP #749805-2 DB 15 CONNECTORS | $1.65 | NA | NA | NA | 197 | NA | NA | $1.65 | NA | NA | $325.05 |
| 1040 | STEWART #940-SP3088RA133 RJ-45 CONNECTORS | $0.24 | NA | NA | NA | 196 | NA | NA | $0.24 | NA | NA | $47.04 |
| 1041 | ATC INSTALLATION TOOL KIT | $4,533.00 | NA | NA | NA | 1 | NA | NA | $4,533.00 | NA | NA | $4,533.00 |
| 1042 | RG-FT 850 IDC TOOL KIT | $363.55 | NA | NA | NA | 1 | NA | NA | $363.55 | NA | NA | $363.55 |
| 1043 | RG-FT 023 IDC INSERTION/REMOVAL KIT | $11.33 | NA | NA | NA | 1 | NA | NA | $11.33 | NA | NA | $11.33 |
| 1044 | RG-FT 022 HAND TERMINATION TOOL | $8.03 | NA | NA | NA | 1 | NA | NA | $8.03 | NA | NA | $8.03 |
| 1045 | FIREBIRD 6000 BERT TESTER (Used) | $6,000.00 | NA | NA | NA | 0 | NA | NA | $6,000.00 | NA | NA | $0.00 |
| 1046 | HP 54501A 100 Mhz OSCILLOSCOPE | $4,725.00 | NA | NA | NA | 0 | NA | NA | $4,725.00 | NA | NA | $0.00 |
| | LAST EQUIPMENT ITEM | | | | | | | | | | | |
| | OPTIONS: | | | | | | | | | | | |
| | SONY (KT1079) INTERNAL CD-ROM (Not included in costs) | $156.00 | NA | NA | NA | 1 | NA | NA | $156.00 | NA | NA | ------- |
| | GHD 525S 525 MB SCSI HARD DRIVE (Not included in costs) | $395.00 | NA | NA | NA | 1 | NA | NA | $395.00 | NA | NA | ------- |
| | Total Costs | | | | | | | | | | | $1,639,789.67 |
| | G&A | 3.46% | | | | | | | | | | $56,736.72 |
| | Fees | 0.00% | | | | | | | | | | $0.00 |
| | Total Price | | | | | | | | | | | $1,696,526.39 |



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"