INFORMATION SYSTEMS & NETWORK CORP. - N00600-93-R-2790

ISN

**COST SCHEDULE OF TURNKEY ATCS INSTALLED AND ACCEPTED AT SITES**

| COST ELEMENTS | | YEAR 1 CLIN 0001AA NTCC HAMPTON ROADS | YEAR 2 CLIN 0004 NCTS JAPAN | YEAR 1 CLIN 0001AC NTCC MAKALAP | YEAR 1 CLIN 0001AB NTCC CAMP SMITH | YEAR 2 CLIN 0007 NCTS SICILY | YEAR 2 CLIN 0010 NCTS PUERTO RICO | YEAR 2 CLIN 0013 NCTS LONDON |
|---|---|---|---|---|---|---|---|---|
| EQUIPMENT: | | | | | | | | |
| HARDWARE | | $1,639,789.67 | $436,920.12 | $514,391.92 | $416,283.93 | $486,277.00 | $387,461.43 | $611,561.28 |
| SOFTWARE | | $10,077.00 | $8,793.90 | $9,771.00 | $9,771.00 | $8,793.90 | $8,793.90 | $8,793.90 |
| SUB TOTAL | | $1,649,866.67 | $445,714.02 | $524,162.92 | $426,054.93 | $495,070.90 | $396,255.33 | $620,355.18 |
| G&A | 3.46% | $57,085.39 | $15,421.71 | $18,136.04 | $14,741.50 | $17,129.45 | $13,710.43 | $21,464.29 |
| TOTAL COST | | $1,706,952.06 | $461,135.73 | $542,298.96 | $440,796.43 | $512,200.35 | $409,965.76 | $641,819.47 |
| FEES | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRICE | | $1,706,952.06 | $461,135.73 | $542,298.96 | $440,796.43 | $512,200.35 | $409,965.76 | $641,819.47 |
| OTHER DIRECT COSTS: | | | | | | | | |
| TRAVEL | | $36,012.90 | $122,929.50 | $51,414.35 | $46,343.67 | $74,880.00 | $60,172.34 | $111,975.33 |
| LAND/SEA SHIPPING | | $0.00 | $0.00 | $6,004.00 | $6,004.00 | $0.00 | $0.00 | $0.00 |
| U.S. INLAND | | $925.00 | $925.00 | $495.00 | $495.00 | $925.00 | $925.00 | $925.00 |
| INSURANCE | | $2,999.73 | $591.43 | $748.33 | $552.11 | $690.14 | $492.51 | $940.71 |
| SUBCONTRACTOR | | $13,000.00 | $10,000.00 | $13,000.00 | $13,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| | | $52,937.63 | $134,445.93 | $71,661.68 | $66,394.78 | $86,495.14 | $71,589.85 | $123,841.04 |
| OTHER ODCs (Excld. Travel): | | | | | | | | |
| SUB TOTAL | | $16,924.73 | $11,516.43 | $20,247.33 | $20,051.11 | $11,615.14 | $11,417.51 | $11,865.71 |
| G&A | 10.55% | $1,785.56 | $1,214.98 | $2,136.09 | $2,115.39 | $1,225.40 | $1,204.55 | $1,251.83 |
| TOTAL COST | | $18,710.29 | $12,731.41 | $22,383.42 | $22,166.50 | $12,840.54 | $12,622.06 | $13,117.54 |
| FEES | 8.00% | $1,496.82 | $1,018.51 | $1,790.67 | $1,773.32 | $1,027.24 | $1,009.76 | $1,049.40 |
| TOTAL PRICE | | $20,207.11 | $13,749.92 | $24,174.09 | $23,939.82 | $13,867.78 | $13,631.82 | $14,166.94 |
| TRAVEL ODCs: | | | | | | | | |
| SUB TOTAL | | $36,012.90 | $122,929.50 | $51,414.35 | $46,343.67 | $74,880.00 | $60,172.34 | $111,975.33 |
| G&A | 10.55% | $3,799.36 | $12,969.06 | $5,424.21 | $4,889.26 | $7,899.84 | $6,348.18 | $11,813.40 |
| TOTAL COST | | $39,812.26 | $135,898.56 | $56,838.56 | $51,232.93 | $82,779.84 | $66,520.52 | $123,788.73 |
| FEES | 8.00% | $3,184.98 | $10,871.88 | $4,547.08 | $4,098.63 | $6,622.39 | $5,321.64 | $9,903.10 |
| TOTAL PRICE | | $42,997.24 | $146,770.44 | $61,385.64 | $55,331.56 | $89,402.23 | $71,842.16 | $133,691.83 |
| PERSONNEL SUPPORT: | | | | | | | | |
| OFF-SITE | | $127,093.52 | $83,486.10 | $127,093.52 | $127,093.52 | $83,486.10 | $83,486.10 | $83,486.10 |
| ON-SITE | | $351,208.00 | $121,909.60 | $129,202.00 | $102,077.20 | $135,526.01 | $108,347.20 | $149,034.40 |
| SUB TOTAL | | $478,301.52 | $205,395.70 | $256,295.52 | $229,170.72 | $219,012.11 | $191,833.30 | $232,520.50 |
| G&A | 10.55% | $50,460.81 | $21,669.25 | $27,039.18 | $24,177.51 | $23,105.78 | $20,238.41 | $24,530.91 |
| TOTAL COST | | $528,762.33 | $227,064.95 | $283,334.70 | $253,348.23 | $242,117.89 | $212,071.71 | $257,051.41 |
| FEES | 8.00% | $42,300.99 | $18,165.20 | $22,666.78 | $20,267.86 | $19,369.43 | $16,965.74 | $20,564.11 |
| TOTAL PRICE (PERSONNEL) | | $571,063.32 | $245,230.14 | $306,001.47 | $273,616.09 | $261,487.32 | $229,037.45 | $277,615.53 |
| TOTAL PRICE | | $2,341,219.73 | $866,886.23 | $933,860.16 | $793,683.90 | $876,957.68 | $724,477.20 | $1,067,293.77 |

-793673.16-



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

00295

# 3.7 Maintenance Costs of ATCS

INFORMATION SYSTEMS & NETWORK CORP. - N00600-93-R-2790

MAINTENANCE COSTS OF ATCS

NTCC HAMPTON ROADS
CLINS 0016, 0031, 0046 & 0061

| | | | | CLIN 0016 | | | CLIN 0031 | | | CLIN 0046 | | | CLIN 0061 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE SUPERVISOR | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINTENANCE TECH. | $31.31 | 0 | $0.00 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 |
| SUBTOTAL | | | $0.00 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 |
| G&A 10.55% | | | $0.00 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 |
| TOTAL COST | | | $0.00 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 |
| FEE 8.00% | | | $0.00 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 |
| TOTAL PRICE | | 0 | 0.00 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $281,114.64

17.66



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

00297

INFORMATION SYSTEMS & NETWORK CORP. - N00600-93-R-2790

ISN

MAINTENANCE COSTS OF ATCS

NCTS JAPAN
CLINS 0018, 0033, 0048 & 0063

| | | | | CLIN 0018 | | | CLIN 0033 | | | CLIN 0048 | | | CLIN 0063 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE SUPERVISOR | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINTENANCE TECH. | $31.31 | 0 | $0.00 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 |
| SUBTOTAL | | | $0.00 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 |
| G&A 10.55% | | | $0.00 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 |
| TOTAL COST | | | $0.00 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 |
| FEE 8.00% | | | $0.00 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 |
| TOTAL PRICE | | 0 | 0.00 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $281,114.64



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

00298

MAINTENANCE COSTS OF ATCS

NTCC MAKALAPA
CLINS 0020, 0035, 0050 & 0065

| | | | | CLIN 0020 | | | CLIN 0035 | | | CLIN 0050 | | | CLIN 0065 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | UNIT RATES* | TOTAL HOURS | TOTAL COST | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE SUPERVISOR | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINTENANCE TECH. | $31.31 | 0 | $0.00 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 |
| SUBTOTAL | | | $0.00 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 |
| G&A 10.55% | | | $0.00 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 |
| TOTAL COST | | | $0.00 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 |
| FEE 8.00% | | | $0.00 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 |
| TOTAL PRICE | | 0 | 0.00 | | 1880 | $70,278.65 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $281,114.63



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

00299

INFORMATION SYSTEMS & NETWORK CORP. - N00600-93-R-2790

**MAINTENANCE COSTS OF ATCS**

**NTCC CAMP SMITH**
**CLINS 0022, 0037, 0052 & 0067**

| | | | | CLIN 0022 | | | CLIN 0037 | | | CLIN 0052 | | | CLIN 0067 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | UNIT RATES* | TOTAL HOURS | TOTAL COST | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE SUPERVISOR | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINTENANCE TECH. | $31.31 | 0 | $0.00 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 |
| SUBTOTAL | | | $0.00 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 |
| G&A 10.55% | | | $0.00 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 |
| TOTAL COST | | | $0.00 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 |
| FEE 8.00% | | | $0.00 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 |
| TOTAL PRICE | | 0 | 0.00 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $281,114.64



00300

INFORMATION SYSTEMS & NETWORK CORP. - N00600-93-R-2790

ISN

**MAINTENANCE COSTS OF ATCS**

**NCTS SICILY**
**CLINS 0024, 0039, 0054 & 0069**

| | | | | CLIN 0024 | | | CLIN 0039 | | | CLIN 0054 | | | CLIN 0069 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | |
| LABOR CATEGORIES | UNIT RATES* | TOTAL HOURS | TOTAL COST | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE SUPERVISOR | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINTENANCE TECH. | $31.31 | 0 | $0.00 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 |
| SUBTOTAL | | | $0.00 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 |
| G&A 10.55% | | | $0.00 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 |
| TOTAL COST | | | $0.00 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 |
| FEE 8.00% | | | $0.00 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 |
| TOTAL PRICE | | 0 | 0.00 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $281,114.64

00301



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

INFORMATION SYSTEMS & NETWORK CORP. - N00600-93-R-2790

ISN

**MAINTENANCE COSTS OF ATCS**

**NCTS PUERTO RICO**
**CLINS 0026, 0041, 0056 & 0071**

| | | | | CLIN 0026 | | | CLIN 0041 | | | CLIN 0056 | | | CLIN 0071 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE SUPERVISOR | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINTENANCE TECH. | $31.31 | 0 | $0.00 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 |
| SUBTOTAL | | | $0.00 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 |
| G&A 10.55% | | | $0.00 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 |
| TOTAL COST | | | $0.00 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 |
| FEE 8.00% | | | $0.00 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 |
| TOTAL PRICE | | 0 | 0.00 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $281,114.64

00302



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

INFORMATION SYSTEMS & NETWORK CORP. - N00600-93-R-2790

ISN

**MAINTENANCE COSTS OF ATCS**

**NCTS LONDON**
**CLINS 0028, 0043, 0058 & 0073**

| LABOR CATEGORIES | | YEAR 1 (ESCALATION RATE: 0) UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | CLIN 0028 YEAR 2 (ESCALATION RATE: 0) UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| PROGRAM MANAGER | | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE SUPERVISOR | | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 |
| SR SYSTEMS ANALYST | | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 |
| ADMINISTRATIVE ASST | | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINTENANCE TECH. | | $31.31 | 0 | $0.00 | $31.31 | 1880 | $58,862.80 |
| SUBTOTAL | | | | $0.00 | | | $58,862.80 |
| G&A | 10.55% | | | $0.00 | | | $6,210.03 |
| TOTAL COST | | | | $0.00 | | | $65,072.83 |
| FEE | 8.00% | | | $0.00 | | | $5,205.83 |
| TOTAL PRICE | | | 0 | 0.00 | | 1880 | $70,278.66 |

| LABOR CATEGORIES | CLIN 0043 YEAR 3 (ESCALATION RATE: 0) UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | CLIN 0058 YEAR 4 (ESCALATION RATE: 0) UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT | CLIN 0073 YEAR 5 (ESCALATION RATE: 0) UNIT RATES* | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE SUPERVISOR | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 | $32.89 | 0 | $0.00 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 | $23.86 | 0 | $0.00 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINTENANCE TECH. | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 | $31.31 | 1880 | $58,862.80 |
| SUBTOTAL | | | $58,862.80 | | | $58,862.80 | | | $58,862.80 |
| G&A | | | $6,210.03 | | | $6,210.03 | | | $6,210.03 |
| TOTAL COST | | | $65,072.83 | | | $65,072.83 | | | $65,072.83 |
| FEE | | | $5,205.83 | | | $5,205.83 | | | $5,205.83 |
| TOTAL PRICE | | 1880 | $70,278.66 | | 1880 | $70,278.66 | | 1880 | $70,278.66 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $281,114.64



00303

"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

# 3.8 Additional Training Classes

INFORMATION SYSTEMS NETWORK CORP. - N00600-93-R-2790

**ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15**

**LOCATION : NTCC HAMPTON ROADS**

| | | | | | CLIN 0030 | | | CLIN 0045 | | | CLIN 0060 | | | CLIN 0075 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 |
| | | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE MANAGER | | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | | $32.89 | 0 | $0.00 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 |
| SR SYSTEMS ANALYST | | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | | $23.86 | 0 | $0.00 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 |
| ADMINISTRATIVE ASST | | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINT. TECHNICIAN | | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 |
| SUB TOTAL | | | | $0.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 |
| G&A | 10.55% | | | $0.00 | | | $478.97 | | | $478.97 | | | $478.97 | | | $478.97 |
| TOTAL COST | | | | $0.00 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 |
| FEE | 8.00% | | | $0.00 | | | $401.52 | | | $401.52 | | | $401.52 | | | $401.52 |
| TOTAL LABOR | | | | $0.00 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 |
| ODC: | | | | | | | | | | | | | | | | |
| PER DIEM COSTS | | | | $0.00 | | | $3,052.00 | | | $3,052.00 | | | $3,052.00 | | | $3,052.00 |
| CAR RENTAL COSTS | | | | $0.00 | | | $490.00 | | | $490.00 | | | $490.00 | | | $490.00 |
| GAS ALLOWANCE | | | | $0.00 | | | $140.00 | | | $140.00 | | | $140.00 | | | $140.00 |
| TRAVEL/AIR FARES | | | | $0.00 | | | $183.60 | | | $183.60 | | | $183.60 | | | $183.60 |
| SUB TOTAL | | | | $0.00 | | | $3,865.60 | | | $3,865.60 | | | $3,865.60 | | | $3,865.60 |
| G&A | 10.55% | | | $0.00 | | | $407.82 | | | $407.82 | | | $407.82 | | | $407.82 |
| TOTAL COST | | | | $0.00 | | | $4,273.42 | | | $4,273.42 | | | $4,273.42 | | | $4,273.42 |
| FEE | 8.00% | | | $0.00 | | | $341.87 | | | $341.87 | | | $341.87 | | | $341.87 |
| TOTAL ODC | | | | $0.00 | | | $4,615.29 | | | $4,615.29 | | | $4,615.29 | | | $4,615.29 |
| TOTAL PRICE | | | | $0.00 | | | $10,035.78 | | | $10,035.78 | | | $10,035.78 | | | $10,035.78 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $40,143.12



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

INFORMATION SYSTEMS NETWORK CORP. - N00600-93-R-2790

ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15

LOCATION : NCTS JAPAN

| | | | | CLIN 0030 | | | CLIN 0045 | | | CLIN 0060 | | | CLIN 0075 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 | ESCALATION RATE: | | 0 |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE MANAGER | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINT. TECHNICIAN | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 |
| SUB TOTAL | | | $0.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 |
| G&A 10.55% | | | $0.00 | | | $478.97 | | | $478.97 | | | $478.97 | | | $478.97 |
| TOTAL COST | | | $0.00 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 |
| FEE 8.00% | | | $0.00 | | | $401.52 | | | $401.52 | | | $401.52 | | | $401.52 |
| TOTAL LABOR | | | $0.00 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 |
| ODC: | | | | | | | | | | | | | | | |
| PER DIEM COSTS | | | $0.00 | | | $7,392.00 | | | $7,392.00 | | | $7,392.00 | | | $7,392.00 |
| CAR RENTAL COSTS | | | $0.00 | | | $1,190.00 | | | $1,190.00 | | | $1,190.00 | | | $1,190.00 |
| GAS ALLOWANCE | | | $0.00 | | | $140.00 | | | $140.00 | | | $140.00 | | | $140.00 |
| TRAVEL/AIR FARES | | | $0.00 | | | $1,920.00 | | | $1,920.00 | | | $1,920.00 | | | $1,920.00 |
| SUB TOTAL | | | $0.00 | | | $10,642.00 | | | $10,642.00 | | | $10,642.00 | | | $10,642.00 |
| G&A 10.55% | | | $0.00 | | | $1,122.73 | | | $1,122.73 | | | $1,122.73 | | | $1,122.73 |
| TOTAL COST | | | $0.00 | | | $11,764.73 | | | $11,764.73 | | | $11,764.73 | | | $11,764.73 |
| FEE 8.00% | | | $0.00 | | | $941.18 | | | $941.18 | | | $941.18 | | | $941.18 |
| TOTAL ODC | | | $0.00 | | | $12,705.91 | | | $12,705.91 | | | $12,705.91 | | | $12,705.91 |
| TOTAL PRICE | | | $0.00 | | | $18,126.40 | | | $18,126.40 | | | $18,126.40 | | | $18,126.40 |

TOTAL ALL YEARS $72,505.60

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

00300



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

INFORMATION SYSTEMS NETWORK CORP. - N00600-93-R-2790

IBM

**ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15**

**LOCATION : NTCC MAKALAPA**

| | | | | CLIN 0030 | | | CLIN 0045 | | | CLIN 0060 | | | CLIN 0075 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | LABOR RATES* | TOTAL HOURS | TOTAL COST | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE MANAGER | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINT. TECHNICIAN | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 |
| SUB TOTAL | | | $0.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 |
| G&A 10.55% | | | $0.00 | | | $478.97 | | | $478.97 | | | $478.97 | | | $478.97 |
| TOTAL COST | | | $0.00 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 |
| FEE 8.00% | | | $0.00 | | | $401.52 | | | $401.52 | | | $401.52 | | | $401.52 |
| TOTAL LABOR | | | $0.00 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 |
| ODC: | | | | | | | | | | | | | | | |
| PER DIEM COSTS | | | $0.00 | | | $4,676.00 | | | $4,676.00 | | | $4,676.00 | | | $4,676.00 |
| CAR RENTAL COSTS | | | $0.00 | | | $490.00 | | | $490.00 | | | $490.00 | | | $490.00 |
| GAS ALLOWANCE | | | $0.00 | | | $140.00 | | | $140.00 | | | $140.00 | | | $140.00 |
| TRAVEL/AIR FARES | | | $0.00 | | | $2,360.00 | | | $2,360.00 | | | $2,360.00 | | | $2,360.00 |
| SUB TOTAL | | | $0.00 | | | $7,666.00 | | | $7,666.00 | | | $7,666.00 | | | $7,666.00 |
| G&A 10.55% | | | $0.00 | | | $808.76 | | | $808.76 | | | $808.76 | | | $808.76 |
| TOTAL COST | | | $0.00 | | | $8,474.76 | | | $8,474.76 | | | $8,474.76 | | | $8,474.76 |
| FEE 8.00% | | | $0.00 | | | $677.98 | | | $677.98 | | | $677.98 | | | $677.98 |
| TOTAL ODC | | | $0.00 | | | $9,152.74 | | | $9,152.74 | | | $9,152.74 | | | $9,152.74 |
| TOTAL PRICE | | | $0.00 | | | $14,573.23 | | | $14,573.23 | | | $14,573.23 | | | $14,573.23 |

TOTAL ALL YEARS $58,292.92

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

# 5.0 Assumptions

INFORMATION SYSTEMS NETWORK CORP. - N00600-93-R-2790

ISN

**ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15**

**LOCATION : NTCC CAMP SMITH**

| | | | | | CLIN 0030 | | | CLIN 0045 | | | CLIN 0060 | | | CLIN 0075 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | | LABOR RATES* | TOTAL HOURS | TOTAL COST | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE MANAGER | | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | | $32.89 | 0 | $0.00 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 |
| SR SYSTEMS ANALYST | | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | | $23.86 | 0 | $0.00 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 |
| ADMINISTRATIVE ASST | | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINT. TECHNICIAN | | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 |
| SUB TOTAL | | | | $0.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 |
| G&A | 10.55% | | | $0.00 | | | $478.97 | | | $478.97 | | | $478.97 | | | $478.97 |
| TOTAL COST | | | | $0.00 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 |
| FEE | 8.00% | | | $0.00 | | | $401.52 | | | $401.52 | | | $401.52 | | | $401.52 |
| TOTAL LABOR | | | | $0.00 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 |
| ODC: | | | | | | | | | | | | | | | | |
| PER DIEM COSTS | | | | $0.00 | | | $4,676.00 | | | $4,676.00 | | | $4,676.00 | | | $4,676.00 |
| CAR RENTAL COSTS | | | | $0.00 | | | $490.00 | | | $490.00 | | | $490.00 | | | $490.00 |
| GAS ALLOWANCE | | | | $0.00 | | | $140.00 | | | $140.00 | | | $140.00 | | | $140.00 |
| TRAVEL/AIR FARES | | | | $0.00 | | | $2,360.00 | | | $2,360.00 | | | $2,360.00 | | | $2,360.00 |
| SUB TOTAL | | | | $0.00 | | | $7,666.00 | | | $7,666.00 | | | $7,666.00 | | | $7,666.00 |
| G&A | 10.55% | | | $0.00 | | | $808.76 | | | $808.76 | | | $808.76 | | | $808.76 |
| TOTAL COST | | | | $0.00 | | | $8,474.76 | | | $8,474.76 | | | $8,474.76 | | | $8,474.76 |
| FEE | 8.00% | | | $0.00 | | | $677.98 | | | $677.98 | | | $677.98 | | | $677.98 |
| TOTAL ODC | | | | $0.00 | | | $9,152.74 | | | $9,152.74 | | | $9,152.74 | | | $9,152.74 |
| TOTAL PRICE | | | | $0.00 | | | $14,573.23 | | | $14,573.23 | | | $14,573.23 | | | $14,573.23 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $58,292.92



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

INFORMATION SYSTEMS NETWORK CORP. - N00600-93-R-2790

ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.16

LOCATION : NCTS SICILY

| | | | | | CLIN 0030 | | | CLIN 0045 | | | CLIN 0060 | | | CLIN 0075 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | | LABOR RATES* | TOTAL HOURS | TOTAL COST | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE MANAGER | | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | | $32.89 | 0 | $0.00 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 |
| SR SYSTEMS ANALYST | | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | | $23.86 | 0 | $0.00 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 |
| ADMINISTRATIVE ASST | | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINT. TECHNICIAN | | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 |
| SUB TOTAL | | | | $0.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 |
| G&A | 10.55% | | | $0.00 | | | $478.97 | | | $478.97 | | | $478.97 | | | $478.97 |
| TOTAL COST | | | | $0.00 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 |
| FEE | 8.00% | | | $0.00 | | | $401.52 | | | $401.52 | | | $401.52 | | | $401.52 |
| TOTAL LABOR | | | | $0.00 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 |
| ODC: | | | | | | | | | | | | | | | | |
| PER DIEM COSTS | | | | $0.00 | | | $4,088.00 | | | $4,088.00 | | | $4,088.00 | | | $4,088.00 |
| CAR RENTAL COSTS | | | | $0.00 | | | $910.00 | | | $910.00 | | | $910.00 | | | $910.00 |
| GAS ALLOWANCE | | | | $0.00 | | | $140.00 | | | $140.00 | | | $140.00 | | | $140.00 |
| TRAVEL/AIR FARES | | | | $0.00 | | | $1,560.00 | | | $1,560.00 | | | $1,560.00 | | | $1,560.00 |
| SUB TOTAL | | | | $0.00 | | | $6,698.00 | | | $6,698.00 | | | $6,698.00 | | | $6,698.00 |
| G&A | 10.55% | | | $0.00 | | | $706.64 | | | $706.64 | | | $706.64 | | | $706.64 |
| TOTAL COST | | | | $0.00 | | | $7,404.64 | | | $7,404.64 | | | $7,404.64 | | | $7,404.64 |
| FEE | 8.00% | | | $0.00 | | | $592.37 | | | $592.37 | | | $592.37 | | | $592.37 |
| TOTAL ODC | | | | $0.00 | | | $7,997.01 | | | $7,997.01 | | | $7,997.01 | | | $7,997.01 |
| TOTAL PRICE | | | | $0.00 | | | $13,417.50 | | | $13,417.50 | | | $13,417.50 | | | $13,417.50 |

TOTAL ALL YEARS $53,670.00

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15

LOCATION : NCTS PUERTO RICO

| | | | | CLIN 0030 | | | CLIN 0045 | | | CLIN 0060 | | | CLIN 0075 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | LABOR RATES* | TOTAL HOURS | TOTAL COST | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE MANAGER | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINT. TECHNICIAN | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 |
| SUB TOTAL | | | $0.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 |
| G&A 10.55% | | | $0.00 | | | $478.97 | | | $478.97 | | | $478.97 | | | $478.97 |
| TOTAL COST | | | $0.00 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 |
| FEE 8.00% | | | $0.00 | | | $401.52 | | | $401.52 | | | $401.52 | | | $401.52 |
| TOTAL LABOR | | | $0.00 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 |
| ODC: | | | | | | | | | | | | | | | |
| PER DIEM COSTS | | | $0.00 | | | $5,376.00 | | | $5,376.00 | | | $5,376.00 | | | $5,376.00 |
| CAR RENTAL COSTS | | | $0.00 | | | $490.00 | | | $490.00 | | | $490.00 | | | $490.00 |
| GAS ALLOWANCE | | | $0.00 | | | $140.00 | | | $140.00 | | | $140.00 | | | $140.00 |
| TRAVEL/AIR FARES | | | $0.00 | | | $870.00 | | | $870.00 | | | $870.00 | | | $870.00 |
| SUB TOTAL | | | $0.00 | | | $6,876.00 | | | $6,876.00 | | | $6,876.00 | | | $6,876.00 |
| G&A 10.55% | | | $0.00 | | | $725.42 | | | $725.42 | | | $725.42 | | | $725.42 |
| TOTAL COST | | | $0.00 | | | $7,601.42 | | | $7,601.42 | | | $7,601.42 | | | $7,601.42 |
| FEE 8.00% | | | $0.00 | | | $608.11 | | | $608.11 | | | $608.11 | | | $608.11 |
| TOTAL ODC | | | $0.00 | | | $8,209.53 | | | $8,209.53 | | | $8,209.53 | | | $8,209.53 |
| TOTAL PRICE | | | $0.00 | | | $13,630.02 | | | $13,630.02 | | | $13,630.02 | | | $13,630.02 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $54,520.08



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

**ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15**

**LOCATION : NCTS LONDON**

| | | | | CLIN 0030 | | | CLIN 0045 | | | CLIN 0060 | | | CLIN 0075 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | | ESCALATION RATE: 0 | | |
| | YEAR 1 | | | YEAR 2 | | | YEAR 3 | | | YEAR 4 | | | YEAR 5 | | |
| LABOR CATEGORIES | LABOR RATES* | TOTAL HOURS | TOTAL COST | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT | LABOR RATES* | TOTAL HOURS | TOTAL AMOUNT |
| PROGRAM MANAGER | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 | $54.88 | 0 | $0.00 |
| TASK LEADER - SYSTEMS | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 | $30.57 | 0 | $0.00 |
| SYSTEMS ENGINEER | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 | $37.26 | 0 | $0.00 |
| SITE MANAGER | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 | $38.33 | 0 | $0.00 |
| SENIOR TECHNICIAN | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 | $29.00 | 0 | $0.00 |
| TECHNICIAN | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 | $25.55 | 0 | $0.00 |
| SYSTEMS ANALYST | $32.89 | 0 | $0.00 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 | $32.89 | 80 | $2,631.20 |
| SR SYSTEMS ANALYST | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 | $33.20 | 0 | $0.00 |
| QA ENGINEER | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 | $38.32 | 0 | $0.00 |
| TRAINING INSTRUCTOR | $23.86 | 0 | $0.00 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 | $23.86 | 80 | $1,908.80 |
| ADMINISTRATIVE ASST | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 | $18.70 | 0 | $0.00 |
| ENGR DRAFT | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 | $22.70 | 0 | $0.00 |
| ON-SITE MAINT. TECHNICIAN | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 | $31.31 | 0 | $0.00 |
| SUB TOTAL | | | $0.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 | | | $4,540.00 |
| G&A 10.55% | | | $0.00 | | | $478.97 | | | $478.97 | | | $478.97 | | | $478.97 |
| TOTAL COST | | | $0.00 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 | | | $5,018.97 |
| FEE 8.00% | | | $0.00 | | | $401.52 | | | $401.52 | | | $401.52 | | | $401.52 |
| TOTAL LABOR | | | $0.00 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 | | | $5,420.49 |
| ODC: | | | | | | | | | | | | | | | |
| PER DIEM COSTS | | | $0.00 | | | $5,936.00 | | | $5,936.00 | | | $5,936.00 | | | $5,936.00 |
| CAR RENTAL COSTS | | | $0.00 | | | $700.00 | | | $700.00 | | | $700.00 | | | $700.00 |
| GAS ALLOWANCE | | | $0.00 | | | $140.00 | | | $140.00 | | | $140.00 | | | $140.00 |
| TRAVEL/AIR FARES | | | $0.00 | | | $1,770.00 | | | $1,770.00 | | | $1,770.00 | | | $1,770.00 |
| SUB TOTAL | | | $0.00 | | | $8,546.00 | | | $8,546.00 | | | $8,546.00 | | | $8,546.00 |
| G&A 10.55% | | | $0.00 | | | $901.60 | | | $901.60 | | | $901.60 | | | $901.60 |
| TOTAL COST | | | $0.00 | | | $9,447.60 | | | $9,447.60 | | | $9,447.60 | | | $9,447.60 |
| FEE 8.00% | | | $0.00 | | | $755.81 | | | $755.81 | | | $755.81 | | | $755.81 |
| TOTAL ODC | | | $0.00 | | | $10,203.41 | | | $10,203.41 | | | $10,203.41 | | | $10,203.41 |
| TOTAL PRICE | | | $0.00 | | | $15,623.90 | | | $15,623.90 | | | $15,623.90 | | | $15,623.90 |

*LABOR RATES INCLUDE FRINGE, OVERHEAD, AND ESCALATION FACTORS

TOTAL ALL YEARS $62,495.60



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

SUBCONTRACTOR (DMS) COSTS

| | | CLIN 0001AA NTCC HAMPTON | | CLIN 0001AB NTCC CAMP | | CLIN 0001AC NTCC | | CLIN 0004 NCTS JAPAN | | CLIN 0007 NCTS SICILY | | CLIN 0010 NCTS PUERTO | | CLIN 0013 NCTS LONDON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FUNCTIONAL TASKS | Days | ROADS | Days | SMITH | Days | MAKALAPA | | | Days | | Days | RICO | Days | |
| Site Survey* | 2 | $1,000.00 | 2 | $1,000.00 | 2 | $1,000.00 | 2 | $1,000.00 | 2 | $1,000.00 | 2 | $1,000.00 | 2 | $1,000.00 |
| Systems Engineering* | 6 | $3,000.00 | 6 | $3,000.00 | 6 | $3,000.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| Assembly & Staging* | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 |
| Install & Chkout* | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 | 5 | $2,500.00 |
| Acceptance Test* | 3 | $1,500.00 | 3 | $1,500.00 | 3 | $1,500.00 | 3 | $1,500.00 | 3 | $1,500.00 | 3 | $1,500.00 | 3 | $1,500.00 |
| Training** | 10 | $2,500.00 | 10 | $2,500.00 | 10 | $2,500.00 | 10 | $2,500.00 | 10 | $2,500.00 | 10 | $2,500.00 | 10 | $2,500.00 |
| TOTAL | 31 | $13,000.00 | 31 | $13,000.00 | 31 | $13,000.00 | 25 | $10,000.00 | 25 | $10,000.00 | 25 | $10,000.00 | 25 | $10,000.00 |

Note:
*DMS1rate @ $500 per day is used.
**DMS2 rate @ $250 per day is used.



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

# 3.9 Subcontractor Costs

# 4.0 Supplemental Price Information

ISN

ISN SHE 2.66
G-CMT 1.275

# 4.0 SUPPLEMENTAL PRICE INFORMATION

## A. INTRODUCTION

ISN's accounting system has been developed to comply with the cost principles and applicable provisions of the Federal Acquisition Regulations (FARs), the Federal Procurement Regulations (FPRs) and the Defense Acquisition Regulations (DARs). The following paragraphs provide cost and pricing data required by the Request for Proposal.

## B. DIRECT LABOR RATES

Unburdened direct labor hourly rates are determined by dividing the proposed person's salary by 2,080 hours.

## C. FRINGE RATE

The actual fringe statutory rate incurred till February 28, i.e. 35.52% is applied to the direct labor costs.

## D. OVERHEAD RATES

1. **ON-SITE**. An ISN Services overhead rate of 16.16% is applied to direct labor and fringe for work that is performed at the Navy ATCS sites.

2. **OFF-SITE**. An overhead rate of 64.63% is applied to direct labor and fringe for work that is performed off-site, i.e. at ISN's provided facilities.

## E. G&A RATES

The G&A rate has been modified to reflect a material handling pool. A G&A rate of 10.55% has been applied to direct labor, fringe, overhead, and other direct costs (ODCs), and a G&A (material handling) rate of 3.46% has been applied to materials.



"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

## F. PROFIT/FEE

A proposed fee of 8% has been applied to labor and other direct costs. No fee, i.e. 0% has been applied to material costs.

## G. ESCALATION RATES

ISN has removed the annual escalation rates from Years 2 through 5.





"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

## 5.0 ASSUMPTIONS

### 1. TELECOMMUNICATION SYSTEM FACILITIES

It is assumed that on-site personnel will be provided FTS (Federal Telecommunication Systems) or equivalent.

### 2. STORAGE & OFFICE FACILITIES

Storage and staging area will be provided on-site for all materials and equipment to be used in the ATC installation. Office space will also be provided for the on-site maintenance technician.

### 3. SHIPPING COSTS

For foreign-shipped items, it is assumed that these will be transported to the sites at Government's expense from Portsmouth. We are responsible for delivering materials and equipment f.o.b. to Portsmouth.





"USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTION OF THE FIRST PAGE OF THIS PROPOSAL"

SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▸ RATING DO-A7 PAGE OF 1 119 PAGES

2. CONTRACT NO. N00600-94-C-0389

3. SOLICITATION NO. N00600-93-R-2790

4. TYPE OF SOLICITATION: SEALED BID (IFB) ; XX NEGOTIATED (RFP)

5. DATE ISSUED JUN 22, 1993

6. REQUISITION/PURCHASE NO. N00039-94-RC-DL300

EXHIBIT 46

7. ISSUED BY CODE N00600
Naval Regional Contracting Center
Washington Navy Yard, Bldg 200, 901 M street SE,
Washington, D.C. 20374-5014

8. ADMINISTERED BY (If other than Item 7) SEE BLOCK 24

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid " and "bidder"

SOLICITATION

9. Sealed offers in origional and One (1) copies for furnishing the supplies or services in the schedule will be received at the place specified in item 8, or if handcarried, in the depository located in The Bid Room, Naval Regional Contracting Center, Washington Navy Yard, Bldg 200, 901 M Street SE., Washington DC 20374-5014 until 2:00 PM EASTERN local time (Hour) AUGUST 31, 1993. (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provosion No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation

10. FOR INFORMATION CALL: ▸ A. NAME: WILLIAM THOREEN B. TELEPHONE NO. (202) 433-5389 NO COLLECT CALLS

11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I-THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 94 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III-LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 8 | X | J | LIST OF ATTACHMENTS | 119 |
| X | D | PACKAGING AND MARKING | 71 | | | PART IV-REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPRANCE | 73 | | K | REPRESENTATIONS, CERTIFICATES AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 78 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 83 | | L | INSTRS., COND., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | 93 | | M | EVALUATION FACTORS FOR AWARD | |



OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT ▸ (See Section I, Clause52.232-8 ▸ | 10 CALENDAR DAYS % | 20 CALENDER DAYS % | 30 CALENDAR DAYS - % | CALENDAR DAYS %

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of ammendments to the SOLICITATION for offerors and related documents numbered and dated:

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| 0001 | 8/19/93 | 0004 | 10/5/93 |
| 0002 | 9/13/93 | 0005 | 10/13/93 |
| 0003 | 10/1/93 | 0006 | 10/27/93 |

15A. NAME AND ADDRESS OF OFFEROR CODE 80179 FACILITY
INFORMATION SYSTEMS & NETWORKS CORP.
10411 MOTOR CITY DRIVE, BETHESDA, MD 20817

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER: ROMA MALKANI, PRESIDENT

15B. TELEPHONE NO.(INCLUDE AREA CODE) (301) 469-0400

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

17. SIGNATURE Roma Malkani

18. OFFER DATE 11/1/93

AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED 0001 through 0003

20. AMOUNT $4416645.54

21. ACCOUNTING AND APPROPRIATION DATA SEE CLAUSE G.12

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETATION ( ) 10 U.S.C. 2304(c)( ) or ( ) 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN ITEM (4 copies unless otherwise specified) ▸ SEE CLAUSE G.20

24. ADMINISTRATED BY (If other than Item 7) CODE S2102A
DCMAO Baltimore
200 Towsontown Blvd., West
Towson, MD 21204-5299

25. PAYMENT WILL BE MADE BY CODE S3910A
DFAS-Columbus Center
DFAS-CO/Capitol Division, PO Box 182263
Columbus, OH 43218-2263

26. NAME OF CONTRACTING OFFICER (Type or print)
ROSCOE W. CRAWFORD

27. UNITED STATES OF AMERICA BY Roscoe W. Crawford (Signature of Contracting Officer)

28. AWARD DATE 15 JUL 1994

IMPORTANT-Award will be made on this form, or on Standard Form 26, or by other authorized offical written notice

NSN 7540-01-152-8064 COMPUTER GENERATED STANDARD FORM 33 (REV.4-85) Prescribed by GSA

00318

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED<br>N00600-94-C-0389 | PAGE<br>2 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT I | | | | |
| 0001 | TURNKEY AUTOMATED TECHNICAL CONTROL SYSTEM (ATC) | | | | |
| 0001AA | TURNKEY ATC INSTALLED AND ACCEPTED AT NTCC HAMPTON ROADS | 1 | EA | $2,341,219.73 | $2,341,219.73 |
| 0001AB | TURNKEY ATC INSTALLED AND ACCEPTED AT NTCC CAMP SMITH | 1 | EA | $793,683.90 | $793,683.90 |
| 0001AC | TURNKEY ATC INSTALLED AND ACCEPTED AT NTCC MAKALAPA | 1 | EA | $933,860.16 | $933,860.16 |
| 0002 | FORMAL CLASSROOM TRAINING | | | | |
| 0002AA | FORMAL CLASSROOM TRAINING FOR NTCC HAMPTON ROADS | 1 | LOT | $3,141.49 | $3,141.49 |
| 0002AB | FORMAL CLASSROOM TRAINING FOR NTCC CAMP SMITH | 1 | LOT | $3,141.49 | $3,141.49 |
| 0002AC | FORMAL CLASSROOM TRAINING FOR NTCC MAKALAPA | 1 | LOT | $3,141.49 | $3,141.49 |
| 0003 | CONTRACT DATA REQUIREMENTS FOR CLINS 0001 AND 0002.<br>SEE ATTACHMENT 6 (EXHIBITS A-R) | 1 | LOT | $338,457.28 | $338,457.28 |
| | TOTAL FOR LOT I | | | | $4,416,645.54 |
| | LOT II - OPTION I<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0004 | TURNKEY ATC INSTALLED AND ACCEPTED AT NCTS JAPAN | 1 | EA | $866,886.23 | $866,886.23 |
| 0005 | FORMAL CLASSROOM TRAINING FOR NCTS JAPAN | 1 | LOT | $3,141.49 | $3,141.49 |
| 0006 | CONTRACT DATA REQUIREMENTS FOR CLINS 0004 AND 0005.<br>SEE ATTACHMENT 6 (EXHIBITS AI-AZ) | 1 | LOT | $78,984.26 | $78,984.26 |
| | TOTAL FOR LOT II | | | | $949,011.98 |

STANDARD FORM 36 (REV 10-83) COMPUTER GENERATED

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED<br>N00600–94–C–0389 | PAGE<br>3 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT III – OPTION II<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0007 | TURNKEY ATC INSTALLED AND ACCEPTED AT NCTS SICILY | 1 | EA | $876,957.68 | $876,957.68 |
| 0008 | FORMAL CLASSROOM TRAINING FOR NCTS SICILY | 1 | LOT | $3,141.49 | $3,141.49 |
| 0009 | CONTRACT DATA REQUIREMENTS FOR CLINS 0007 AND 0008<br>SEE ATTACHMENT 6 (EXHIBITS AI–AZ) | 1 | LOT | $78,984.26 | $78,984.26 |
| | TOTAL FOR LOT III | | | | $959,083.43 |
| | LOT IV – OPTION III<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0010 | TURNKEY ATC INSTALLED AND ACCEPTED AT NCTS PUERTO RICO | 1 | EA | $724,477.20 | $724,477.20 |
| 0011 | FORMAL CLASSROOM TRAINING FOR NCTS PUERTO RICO | 1 | LOT | $3,141.49 | $3,141.49 |
| 0012 | CONTRACT DATA REQUIREMENTS FOR CLINS 0010 AND 0011<br>SEE ATTACHMENT 6 (EXHIBITS AI–AZ) | 1 | LOT | $61,700.78 | $61,700.78 |
| | TOTAL FOR LOT IV | | | | $789,319.47 |
| | LOT V – OPTION IV<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0013 | TURNKEY ATC INSTALLED AND ACCEPTED AT NCTS LONDON | 1 | EA | $1,067,293.77 | $1,067,293.77 |
| 0014 | FORMAL CLASSROOM TRAINING FOR NCTS LONDON | 1 | LOT | $3,141.49 | $3,141.49 |
| 0015 | CONTRACT DATA REQUIREMENTS FOR CLINS 0013 AND 0014<br>SEE ATTACHMENT 6 (EXHIBITS AI–AZ) | 1 | LOT | $100,398.76 | $100,398.76 |
| | TOTAL FOR LOT V | | | | $1,170,834.02 |

STANDARD FORM 36 (REV 10–83) COMPUTER GENERATED

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED<br>N00600-94-C-0389 | PAGE<br>4 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT VI – OPTION V<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0016 | MAINTENANCE OF THE ATC LOCATED AT NTCC HAMPTON ROADS | 12 | MO | $5,856.56 | $70,278.72 |
| 0017 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC HAMPTON ROADS | 1 | LOT | NTE | $2,000.00 |
| 0018 | MAINTENANCE OF THE ATC LOCATED AT NCTS JAPAN | 12 | MO | $5,856.56 | $70,278.72 |
| 0019 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS JAPAN | 1 | LOT | NTE | $2,000.00 |
| 0020 | MAINTENANCE OF THE ATC LOCATED AT NTCC MAKALAPA | 12 | MO | $5,856.55 | $70,278.60 |
| 0021 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC MAKALAPA | 1 | LOT | NTE | $2,000.00 |
| 0022 | MAINTENANCE OF THE ATC LOCATED AT NTCC CAMP SMITH | 12 | MO | $5,856.56 | $70,278.72 |
| 0023 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC CAMP SMITH | 1 | LOT | NTE | $2,000.00 |
| 0024 | MAINTENANCE OF THE ATC LOCATED AT NCTS SICILY | 12 | MO | $5,856.56 | $70,278.72 |
| 0025 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS SICILY | 1 | LOT | NTE | $2,000.00 |
| 0026 | MAINTENANCE OF THE ATC LOCATED AT NCTS PUERTO RICO | 12 | MO | $5,856.56 | $70,278.72 |
| 0027 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS PUERTO RICO | 1 | LOT | NTE | $2,000.00 |
| 0028 | MAINTENANCE OF THE ATC LOCATED AT NCTS LONDON | 12 | MO | $5,856.56 | $70,278.72 |
| 0029 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS LONDON | 1 | LOT | NTE | $2,000.00 |
| 0030 | ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15 | 1 | LOT | $99,980.06 | $99,980.06 |
| | TOTAL FOR LOT VI | | | | $605,930.98 |

STANDARD FORM 36 (REV 10–83) COMPUTER GENERATED

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED<br>N00600-94-C-0389 | PAGE<br>5 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT VII – OPTION VI<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0031 | MAINTENANCE OF THE ATC LOCATED AT NTCC HAMPTON ROADS | 12 | MO | $5,856.56 | $70,278.72 |
| 0032 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC HAMPTON ROADS | 1 | LOT | NTE | $2,000.00 |
| 0033 | MAINTENANCE OF THE ATC LOCATED AT NCTS JAPAN | 12 | MO | $5,856.56 | $70,278.72 |
| 0034 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS JAPAN | 1 | LOT | NTE | $2,000.00 |
| 0035 | MAINTENANCE OF THE ATC LOCATED AT NTCC MAKALAPA | 12 | MO | $5,856.56 | $70,278.72 |
| 0036 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC MAKALAPA | 1 | LOT | NTE | $2,000.00 |
| 0037 | MAINTENANCE OF THE ATC LOCATED AT NTCC CAMP SMITH | 12 | MO | $5,856.56 | $70,278.72 |
| 0038 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC CAMP SMITH | 1 | LOT | NTE | $2,000.00 |
| 0039 | MAINTENANCE OF THE ATC LOCATED AT NCTS SICILY | 12 | MO | $5,856.56 | $70,278.72 |
| 0040 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS SICILY | 1 | LOT | NTE | $2,000.00 |
| 0041 | MAINTENANCE OF THE ATC LOCATED AT NCTS PUERTO RICO | 12 | MO | $5,856.56 | $70,278.72 |
| 0042 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS PUERTO RICO | 1 | LOT | NTE | $2,000.00 |
| 0043 | MAINTENANCE OF THE ATC LOCATED AT NCTS LONDON | 12 | MO | $5,856.56 | $70,278.72 |
| 0044 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS LONDON | 1 | LOT | NTE | $2,000.00 |
| 0045 | ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15 | 1 | LOT | $99,980.06 | $99,980.06 |
| | TOTAL FOR LOT VII | | | | $605,931.10 |

STANDARD FORM 36 (REV 10-83) COMPUTER GENERATED

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED<br>N00600-94-C-0389 | PAGE<br>6 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT VIII – OPTION IX<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0046 | MAINTENANCE OF THE ATC LOCATED AT NTCC HAMPTON ROADS | 12 | MO | $5,856.56 | $70,278.72 |
| 0047 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC HAMPTON ROADS | 1 | LOT | NTE | $2,000.00 |
| 0048 | MAINTENANCE OF THE ATC LOCATED AT NCTS JAPAN | 12 | MO | $5,856.56 | $70,278.72 |
| 0049 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS JAPAN | 1 | LOT | NTE | $2,000.00 |
| 0050 | MAINTENANCE OF THE ATC LOCATED AT NTCC MAKALAPA | 12 | MO | $5,856.56 | $70,278.72 |
| 0051 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC MAKALAPA | 1 | LOT | NTE | $2,000.00 |
| 0052 | MAINTENANCE OF THE ATC LOCATED AT NTCC CAMP SMITH | 12 | MO | $5,856.56 | $70,278.72 |
| 0053 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC CAMP SMITH | 1 | LOT | NTE | $2,000.00 |
| 0054 | MAINTENANCE OF THE ATC LOCATED AT NCTS SICILY | 12 | MO | $5,856.56 | $70,278.72 |
| 0055 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS SICILY | 1 | LOT | NTE | $2,000.00 |
| 0056 | MAINTENANCE OF THE ATC LOCATED AT NCTS PUERTO RICO | 12 | MO | $5,856.56 | $70,278.72 |
| 0057 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS PUERTO RICO | 1 | LOT | NTE | $2,000.00 |
| 0058 | MAINTENANCE OF THE ATC LOCATED AT NCTS LONDON | 12 | MO | $5,856.56 | $70,278.72 |
| 0059 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS LONDON | 1 | LOT | NTE | $2,000.00 |
| 0060 | ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15 | 1 | LOT | $99,980.06 | $99,980.06 |
| | TOTAL FOR LOT VIII | | | | $605,931.10 |

STANDARD FORM 36 (REV 10–83) COMPUTER GENERATED

| CONTINUATION SHEET | NO. OF DOCUMENT BEING CONTINUED N00600-94-C-0389 | PAGE 7 | OF PAGES |
|---|---|---|---|

NAME OF OFFEROR/CONTRACTOR: Information Systems and Networks Corporation

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | LOT IX – OPTION X<br>PERIOD OF PERFORMANCE (SEE CLAUSE F.7) | | | | |
| 0061 | MAINTENANCE OF THE ATC LOCATED AT NTCC HAMPTON ROADS | 12 | MO | $5,856.56 | $70,278.72 |
| 0062 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC HAMPTON ROADS | 1 | LOT | NTE | $2,000.00 |
| 0063 | MAINTENANCE OF THE ATC LOCATED AT NCTS JAPAN | 12 | MO | $5,856.56 | $70,278.72 |
| 0064 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS JAPAN | 1 | LOT | NTE | $2,000.00 |
| 0065 | MAINTENANCE OF THE ATC LOCATED AT NTCC MAKALAPA | 12 | MO | $5,856.56 | $70,278.72 |
| 0066 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC MAKALAPA | 1 | LOT | NTE | $2,000.00 |
| 0067 | MAINTENANCE OF THE ATC LOCATED AT NTCC CAMP SMITH | 12 | MO | $5,856.56 | $70,278.72 |
| 0068 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NTCC CAMP SMITH | 1 | LOT | NTE | $2,000.00 |
| 0069 | MAINTENANCE OF THE ATC LOCATED AT NCTS SICILY | 12 | MO | $5,856.56 | $70,278.72 |
| 0070 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS SICILY | 1 | LOT | NTE | $2,000.00 |
| 0071 | MAINTENANCE OF THE ATC LOCATED AT NCTS PUERTO RICO | 12 | MO | $5,856.56 | $70,278.72 |
| 0072 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS PUERTO RICO | 1 | LOT | NTE | $2,000.00 |
| 0073 | MAINTENANCE OF THE ATC LOCATED AT NCTS LONDON | 12 | MO | $5,856.56 | $70,278.72 |
| 0074 | MAINTENANCE OUTSIDE THE PPM FOR THE ATC LOCATED AT NCTS LONDON | 1 | LOT | NTE | $2,000.00 |
| 0075 | ADDITIONAL TRAINING CLASSES IN ACCORDANCE WITH CLAUSE C.15 | 1 | LOT | $99,980.06 | $99,980.06 |
| | TOTAL FOR LOT IX | | | | $605,931.10 |

STANDARD FORM 36 (REV 10–83) COMPUTER GENERATED

SECTION C - DESCRIPTION/SPECIFICATION/WORK STATEMENT

STATEMENT OF WORK

## SECTION 1 - SCOPE

### 1.1 INTRODUCTION

The United States Navy operates and maintains numerous multi-vendor Technical Control Facilities (TCFs) which provide tactical and strategic communications support for the fleet and other DOD components. Current technical control operations, such as network monitoring, patching, and testing of circuits and trunks for network reconfiguration require constant operator intervention with manually operated test equipment and patch cords.

The objective of this Statement of Work (SOW) is to seek a solution to this manpower intensive operation by upgrading all manual technical control facilities with Automated Technical Controls (ATCs). This SOW outlines the desired objectives of the project and associated technical, systems integration, and implementation requirements.

### 1.2 CONTRACTOR CONTACT WITH NAVY SITES

Prospective contractors shall not have direct contact with any Navy site with regards to this acquisition. All questions or Requests for Assistance will be directed to Naval Regional Contracting Center (NRCC) for resolution.

### 1.3 SCOPE OF WORK

This SOW defines communications service requirements and is not intended to be a design specification. This SOW, in conjunction with the ATC Functional Specification, establishes the requirements for the provision of an ATC to replace the manual technical control facilities in the Naval shore communications stations. The ATC shall automate the major functional areas in the technical control facilities of Naval Telecommunications Center (NTCC) Hampton Roads, Naval Computer and Telecommunications Station (NCTS) Sicily, NCTS Puerto Rico, NCTS Japan, NCTS London, NTCC Pearl Harbor and NTCC Camp Smith. These functional areas include service establishment and restoration, system performance assessment, fault isolation, coordination of operations, report generation and recordkeeping. The ATC contract shall be the primary vehicle for engineering, installation, training, operation, and maintenance services for these seven sites.

1.4 GEOGRAPHIC SCOPE

Automated Technical Control facilities, operational, and maintenance services shall be required for systems at each of the following Commander, Naval Computer and Telecommunications Command (COMNAVCOMTELCOM) facilities under the ATC contract:

a. NTCC Camp Smith

b. NTCC Hampton Roads

c. NCTS Sicily

d. NCTS Puerto Rico

e. NCTS Japan

f. NCTS London

g. NTCC Pearl Harbor

1.5 LIVE TEST DEMONSTRATION REQUIREMENTS

Each technically compliant offeror shall provide the Government a Live Test Demonstration (LTD) prior to contract award. This LTD shall be held in the continental United States (CONUS) in a fully functional and operational Automated Technical Control site. The offeror's LTD shall consist of the equipments proposed for the offeror's ATC solution and shall demonstrate that the system and its operation are compliant with Government's requirements as stated in the Functional Specification. Bidders will be asked to certify that they have a minimum of two (2) operational ATC sites in CONUS representing the design proposed. The LTD shall be conducted at one of these two operational sites.

**SECTION 2 - APPLICABLE DOCUMENTS**

2.1 MILITARY STANDARDS

MIL-STD-973 Configuration Management

2.2 OTHER

AUTOMATED TECHNICAL CONTROL (ATC), FUNCTIONAL CHARACTERISTIC SPECIFICATION dated 1 November 1992

## SECTION 3 - REQUIREMENTS

### 3.1 GENERAL

The Contractor shall provide all material, labor, and services to engineer, provide, install, test, provide operational assistance for seven ATC turnkey facilities at NTCC Camp Smith, NTCC Hampton Roads, NCTS Sicily, NCTS Puerto Rico, NCTS Japan, NCTS London, and NTCC Pearl Harbor. The Contractor shall identify and develop life-cycle maintenance on the ATC and its peripheral equipment in accordance with this SOW. The Contractor shall operate the ATC, 24 hours per day, during the 30-day Acceptance period and during this time, provide in-depth training to Government personnel. This training shall include a minimum of 50% hands-on training. Following the formal Acceptance by the Government, the Government will operate and maintain the ATC with support of one (1) on-site Contractor representative. Government maintenance includes replacement of defective modules down to the Lowest Replaceable Unit (LRU) for emergent requirements and routine preventive maintenance. The Contractor shall certify that he shall provide parts support, repair, maintenance, and replacement of defective modules for the fifteen (15) year life of the system to the extent and for so long as the Government contracts for such support. The Contractor shall provide one (1) maintenance person who will remain on-site for a period of one (1) year from time of formal acceptance. The responsibilities of the Contractor include, but are not limited to: further training of Government personnel, maintenance of the ATC equipment, and assisting in operating the ATC. The Contractor shall respond within a maximum 2 hour timeframe (after notification) to assist the Government with ATC system problems outside the Government's capabilities. The Contractor must have a Program Liaison Office within 2 hours of Washington, D.C.. The contract will have options to continue contractor operations and maintenance support beyond the one year after acceptance. The Government, without penalty, may cancel this on-site support with 30 days written notice to the Contractor. Throughout this SOW, "provide" refers to each ATC facility.

### 3.2 HARDWARE

The contractor shall develop, implement, operate, maintain, and support an Electronic Cross-connect Switch (ECS) and subsystems. Hardware elements of this system may include, but are not necessarily limited to, the following:

3.2.1 Switch Sizing

The ECS shall allow for easy expansion in modular increments to accommodate evolutionary growth anticipated to be 30% or more. The ECS Matrix must be sized to accommodate a 30% or more increase in port count above current communication baseline requirements. Circuits identified will be a combination of DC loop, analog, and digital. Requirements for specific sizing of each candidate technical control are contained in the Site Specific Appendices to this specification.

3.2.2 State of the Art

The Contractor shall provide commercially available, field-proven equipment, components, and parts. The equipment shall use state-of-the-art, solid state technology of currently designed communications systems and equipment. To be considered field-proven, the equipment shall have been operated successfully for a minimum of twelve (12) months as a fully integrated system carrying real (not simulated) traffic in either a commercial or military application. Equipment operated in a lab environment, or operated to further its design, or to validate or test its design, is not acceptable.

3.2.3 Work Stations

The Contractor shall provide Network Management System (NMS) work stations, each identical in function and capable of controlling all ECS and NMS functions, and any stand-alone administrative functions as identified in the Functional Specification.

3.2.4 Test Equipment (Automated)

The Contractor shall provide all test equipment, technical literature, and other items necessary to test, maintain, and repair the ATC system in accordance with the contractor proposed Logistics and Maintenance Plan.

3.2.5 Spare Parts

The Contractor shall be responsible for furnishing all spare parts and equipment required in performance of the contract. The term "spare parts" includes all assemblies, subassemblies, components, parts, repair kits, and raw materials required or anticipated to be required as replacements of like items during installation, maintenance, repair, or overhaul of the ATC or any other equipment identified as part of the contract. Such spare parts shall be obtained by acquisition of

off-the-shelf contractor, subcontractor, or vendor items. The Contractor will provide complete spare parts support for the life of the contract. Storage space will be furnished by the Government. The Contractor shall provide the cabinet for the storage of on-site spare parts and the means by which to secure it. The contractor will provide a list of "Recommended" spare parts within the Contractor's technical proposal.

3.2.6 Cabling

The Contractor shall conduct a site survey to determine cabling requirements for equipment that will interface to the ATC switch.

3.3 SOFTWARE

3.3.1 Network Management Software

The NMS software shall provide administrative and status monitoring functions via any, or all, of the required user consoles. All administrative functions shall be done in a non-disruptive manner so as not to interfere with normal switch operations. These functions include service establishment and restoration, performance assessment, coordination, fault isolation, and reporting and recordkeeping as identified and expanded on in the ATC specification.

3.3.1.1 Alarms

The ECS and/or NMS shall be capable of error identification between interface connections and provide both audible and visual hardware alarms.

3.3.1.2 Network Database

The database shall be accessible by all workstations of the NMS. Status and event data generated by the switch shall automatically update the database.

3.4 ENGINEERING SUPPORT

3.4.1 Configuration Management (CM)

The Contractor shall maintain the responsibilities and procedures of configuration management as specified herein. The Contractor shall identify a single authority with responsibility for configuration management. That authority shall serve as the focal point within the Contractor's organization for all communications between the Government and the Contractor on all

configuration management related matters. The Contractor shall maintain a configuration management program in accordance with MIL-STD-973 to include, but not be limited to:

- Review of hardware and software change proposals in accordance with the guidelines of the approved CM Plan.

- Provide Engineering Change Proposals (ECPs) and related documents with checklists to the members of the ATC Configuration Control Board (CCB) for review.

- Track implementing actions and provide periodic status reports as required to the Government ATC Program Manager (PM).

- Maintain a complete library of the most current version of all technical documentation and system software.

- Update Product Baseline and maintain updated site configurations.

- Monitor all warranties as new equipment is added to the system.

- Provide monthly CM reports - similar to current program reports - in content and format as required by the PM.

3.4.2 Configuration Identification

The Contractor shall select Configuration Items (CIs) in accordance with MIL-STD-973, as reviewed and approved by the Government.

3.4.3 Baseline Control

The Contractor shall identify the configuration of the ATC system baseline and, once approved by the Government, maintain currency of those baselines and assure consistency between all of the documentation, hardware, software, and firmware data associated with the baseline.

3.4.4 Configuration Change Control

Designated baseline documents and configuration items shall be changed only as a result of an approved ECP, Request for Deviation, or Request for Waiver. The Contractor shall prepare all such changes in accordance with MIL-STD-973.

3.4.5 Logistics Support

The Contractor shall establish and maintain a logistics support program. As a minimum, the support program shall provide an adequate range and level of spares and support equipment to achieve operational availability, as defined in the ATC Functional Specification. The Contractor shall be sensitive to the fact that no two sites are identical in composition, mission requirements, nor equipment inventory. Additionally, the Contractor shall incorporate the projected future growth factor of 30% or more in the logistics support program.

The Contractor shall prepare and submit for approval a Logistics and Maintenance Plan. The logistics and maintenance concept upon which this plan shall be developed is that of Contractor-provided maintenance for the life of the equipment. This concept is further detailed in this SOW.

3.4.6 Operational Site Installation

The site facilities provided by the Government shall include the building, heating, ventilation, air conditioning, electrical power (breakers within the power panels), and lighting. The Contractor shall be responsible for assisting the Government in insuring that the facility meets the requirements of the ATC system equipment to be installed.

3.4.7 Contractor Site Technical Support

The Contractor shall include in the Installation Plan, a Site Preparation Manual for the ATC installation. Site planning shall address all required facility support which must be available to operate the ATC. Examples of topics to be addressed are: power, air conditioning, grounding, equipment maintenance clearances, data cable length limitations between equipment components, equipment locations, etc.

3.4.8 Site Installation, System Assembly, and Check-out

Before activation of the operational ATC, the Contractor shall:

- Prepare the facility and provide all materials and equipment necessary for system assembly, installation, and on-site check-out;

- Provide all special cross-connection ground wiring and power stabilization equipment required for the ATC equipment;

- Provide all materials and labor required to connect the ATC power center to the power feeder specified by the

Government and to connect the ATC power center to the individual ATC equipment components;

- Open, protect, and close all means of access to the Government facility during the installation of ATC equipment and sub-systems;

- Provide protection of exposed Government property and equipment at all times during the ATC system assembly, installation, and check-out;

3.4.9 Site Survey

The Contractor shall perform site surveys in conjunction with the Government, to gather information about site conditions such as available electrical power, air conditioning, space, equipment placement, etc., which will enable the Contractor to determine the specific communication equipment to satisfy the contract requirements. The Contractor shall also make recommendations to the Government on actions required to successfully install the equipment. The report shall show all tasks associated with the installation of Contractor equipment. This shall include equipment locations, power interconnects, conduits, cable trays or underdeck cabling runs, signal cables, grounds, and other information necessary for the successful completion of the proposed system. Upon completion of required site surveys and network configuration design efforts, the Contractor shall provide a written report, to the Government, outlining the Contractor recommendations for site preparation, the type and quantities of communication equipment required and an explanation of the proposed network configuration design that will satisfy the functional and operational requirement of the ATC. The final site survey report in conjunction with the proposed ATC Installation Plan shall also include detailed drawings of the proposed network configuration, equipment placement, rack elevations, and cabling. The report shall describe in detail the proposed installation schedule and describe tasks to be accomplished in order to install the ATC system. This report shall be reviewed by the Government and approved before any communication equipment is installed. Critical points which require Navy assistance shall be highlighted.

The site surveys shall be conducted in a manner which will not disrupt any existing Government functions or system. The site surveys shall be conducted and completed by contract award plus 30 days. Site surveys for the optional ATC sites will be conducted and completed by date of option exercise plus 30 days (in accordance with the option provisions contained herein).

3.5 MAINTENANCE

3.5.1 Contractor Maintenance

The Contractor shall provide the necessary services and facilities to accomplish repair, modifications, overhaul, and acceptance testing as required for all ATC end items, spares, and equipment included as part of the contract. The term "maintenance" includes, but is not limited to that effort required to perform day-to-day maintenance and repair of unserviceable equipment and spares, retest, calibration, corrosion control, preventive maintenance, and refurbishment actions required to maintain the equipment and items comprising the ATC system in an operational condition.

The Contractor shall provide on-site maintenance support five (5) days per week, eight (8) hours per day during the peak period of system usage at each site. At all other times, the Contractor shall provide on-call support, responding to notice for assistance within two (2) hours of notification.

3.6 LABOR

3.6.1 Management Approach

The Contractor shall establish and maintain a program management function to plan and control the execution of tasks required by this contract. The Contractor shall be responsible for the selection and effective management of subcontractors required in the performance of work. In all cases, the contractor shall serve as the focal point for resolution of all problems or questions concerning the ATC network. Within 30 days of contract award, the Contractor shall hold a post-award conference with ATC program management. This conference shall identify key Government and Contractor personnel and their responsibilities, preliminary ATC technical, logistical, and management approach, and potential problem areas.

All engineering, installation, training, operation, and maintenance services under this contract shall be performed by competent personnel, fully trained to perform the required functions identified herein in accordance with the best commercial practices without unnecessary delays or interference with Government functions. Primary engineering (i.e. Program Manager and Site Managers), training, operation and maintenance

personnel and on-site installation supervisors shall have completed applicable installation and maintenance training courses specified by the Original Equipment Manufacturer (OEM) or certified equivalent, and one year of actual hands-on experience applicable for equipment similar to that being installed and/or maintained.

The Contractor shall provide written evidence of a proper level of resources to perform engineering, installation, training, operation, and maintenance tasks under this contract to include ownership or licensing of spare parts, diagnostic and repair tools, documentation, and employed personnel.

The Contractor shall have adequate resources (equipment, labor, and dollars) to support the requirements of this contract. The support infrastructure shall be such as to meet the response time requirements of this contract.

The Contractor shall provide references, in addition to the two operational **ATC** sites, in written form of similar engineering, installation, training, and maintenance services performed by the contractor in the last five years.

The Contractor shall ensure that there will be no interruption of contract services due to labor disruptions.

The Contractor shall keep the Government completely apprised of all facets of the **ATC** program through periodic meetings. These meetings shall be held frequently enough to ensure current and comprehensive knowledge of program status is resident with key Government personnel. The contractor shall include the planned schedule for meetings and reviews in the Management Plan. The meetings shall be held at a site recommended by the Contractor and approved by the Government.

3.6.2 Program Manager (PM)

The Contractor PM shall develop procedures and policies related to the overall management of project activities. The PM is responsible for formulating, disseminating and implementing project management standards, developing requirements and making written recommendations for solving management, technical, and business problems by use of sound management principles and practices. Qualified individual shall possess excellent verbal and written communications skills and must be capable of liaison with program specialists and cognizant officials within NRCC, CNCTC, and SPAWAR. Individual shall be capable of understanding and responding to their concerns in a timely and effect manner. The PM must possess a Bachelor of Science degree in Management,

Engineering or Applied Physical Sciences. The PM must also possess at least eight (8) years of commercial and/or government telecommunications management experience, three (3) years of which must be with large-scale telecommunications projects. As an alternative the PM may possess an Associates Degree in Management, Engineering or Applied Physical sciences with at least twelve (12) years of commercial and/or government telecommunications management experience, three (3) years of which must be with large scale telecommunications projects. He/she must show experience in the following areas:

- Management of engineers, communications, and installation specialists involved in implementation, installation, and maintenance of communications systems/networks.

- Previous experience in the implementation and installation of automated technical control facilities.

The PM shall be responsible for total system implementation. The PM shall be easily accessible to the Acquisition Engineer, Government Program Manager, and the Contracting Officer.

3.6.3 On-Site Maintenance Technician

The On-Site Maintenance Technician is responsible for maintaining the systems installed under this contract. This individual must have at least one year experience in maintaining systems similar to those proposed/installed under this contract. In addition, this individual must possess at least two years experience maintaining telecommunication systems in an operational environment.

3.7 TRAINING

3.7.1 Formal Training

Operator, maintenance, and System Administrator training shall produce graduates with skills and abilities necessary to perform their respective functions. System Administrator training is considered critical and will require a comprehensive curriculum, separate from operator and maintenance and tailored toward a limited number of individuals.

3.7.2 On-the-Job Training (OJT) During Acceptance Period

In addition to formal classroom instruction, the Contractor shall provide OJT with the emphasis on in-depth, "hands-on," interactive training provided for those Government

personnel who have completed the formal classroom course of instruction. The Acceptance Period is considered to be an opportune time to familiarize Government maintenance and operator personnel with the myriad potential problems that could be encountered after acceptance.

3.7.3 Continuing On-the-Job Training

The On-Site Maintenance Technician shall continue to provide OJT to on-site Government operator and maintenance personnel during the period that he/she remains on site following formal acceptance. This period is contingent on the continuing requirement and the exercising of contract option years, both contingencies at the sole discretion of the Government.

3.7.4 Training Materials

A Course Outline and required training materials will be included as part of the Training Plan.

3.7.5 Scheduling and Location of Classes

The starting dates and location of the classes for the formal training courses shall be proposed by the Contractor as part of the Training Plan and coordinated and agreed upon by the Government.

The Contractor shall be sensitive to the requirement to schedule in-depth OJT sufficiently close to the completion of formal training to maximize the benefits of both training evolutions.

3.8 DOCUMENTATION

3.8.1 Software

The Contractor shall develop system user, operator, and maintenance manuals to ensure complete and comprehensive documentation is available.

3.8.2 Hardware

At a minimum, the Contractor shall provide four (4) copies for each site of all Operator, Maintenance, and Fault Isolation Manuals. In addition, one copy each will be provided to the Acquisition Engineer and the Government PM.

3.9 TEST, EVALUATION, AND CUTOVER

3.9.1 Testing Methodology

The Contractor shall be responsible for the development of a Cutover Plan and a System Test Plan. The Contractor shall be responsible for ensuring all ATC associated equipment is tested in accordance with the Test Plan and demonstrates that the equipment satisfies the system requirements of the Functional Specification. The Contractor shall be familiar with the contents and requirements of the **ATC** *Test and Evaluation Master* Plan (TEMP) when formulating the System Test Plan. All testing shall be performed by the Contractor and monitored by the Government and/or its representative(s). At a minimum, the Contractor shall perform the testing described below.

3.9.1.1 Acceptance Testing

The Contractor shall perform acceptance testing of all equipment components which they provide as the **ATC** solution. The testing shall certify that all components shall remain operational without failure for 30 contiguous 24-hour periods. If any components fail during this time period, testing will restart after corrections have *been* made.

3.9.1.2 System Test Plan

The System Test Plan shall clearly define those tests and procedures which shall be utilized to test and demonstrate that system performance satisfies the system requirements as stated in the **ATC** Functional Specification, to verify the integrity of the installation, and to meet the test requirements of the Acceptance Testing. Failure to meet the requirements of any portion of the Test Plan shall be deemed a failure of the test and it must be rescheduled after appropriate corrections have been made to resolve the cause of the failure. If, after installation or prior to Government acceptance, the Contractor and/or Government tests show the **ATC** communication equipment is not functioning properly, then the Contractor shall be responsible for isolating and resolving the problem.

AUTOMATED TECHNICAL CONTROL

(ATC)

FUNCTIONAL SPECIFICATION

EXECUTIVE SUMMARY

The program consists of one overriding goal: to develop an acquisition strategy that insures industry will bring their experience, design expertise, implementation capabilities, maintenance, operation, and warranty skills for the development of an Automated Technical Control (ATC) for Navy Technical Control Facility automation, thereby minimizing the risk to the Government and providing a warranted, turnkey facility, life-time maintained by the contractor.

It is the Government's intention that the design of this system will reduce the technical control workload through the reduction of manual tasks, thereby reducing the manpower required.

With this procurement, the Government will select the best Non-Developmental Item (NDI) Commercial, Off-the-Shelf (COTS) design that is capable of being customized to satisfy the designated requirements in accordance with the Statement-of-Work (SOW) and this Functional Specification, meets the 99.998 percent (or greater) availability functional criteria, and is judged to achieve the best combination of stated goals at the lowest total life-cycle cost. Vendors shall propose their solution on how to meet the requirements outlined in the SOW and to provide the best combination (based on trade-offs) of requirements for meeting technical, performance, and scheduled goals at the most reasonable cost.

Only vendors who have at least two systems now in operation that meet the requirements stated in Section 3 need apply. Vendors must be able to demonstrate current ATCs in operation and be capable of delivering the ATC system hardware, firmware, and software within six (6) months of contract award.

Qualifications of potential vendors are listed below:

- Design and manufacture system(s) currently in operation which meet the 99.998% (or greater) reliability goal

- Possess in-house hardware, software development, and support staff
- Manufacture automated system(s) within the continental United States
- Submit a depot-level, maintenance-support scheme
- Arrange for Government visit(s) to view working system(s)
- Demonstrate delivery capability within six months of contract award
- Provide up to two years on-site system maintenance
- Demonstrate on-site Administrator, operator, maintenance training performance
- Detail vendor's Government Open Systems Interconnection Profile (GOSIP) network management migration plan
- Provide Defense Industrial Security Clearance Office (DISCO) Facility Clearances and sufficient installation personnel currently cleared for Top Secret access at time of award.

This Functional Characteristic Specification identifies the performance, design, quality control, and operational requirements for the ATC. It consists of three sections. Section 1 provides a brief explanation and introduction to the ATC. Section 2 lists applicable standards and documents which govern technical control operation and installation. Section 3 provides a description of the ATC system requirements explaining all aspects of the concept. Site specific characteristic appendices are also included.

## 1.0 INTRODUCTION

### 1.1 Scope

This specification identifies the functional characteristics and minimum requirements of the Automated Technical Control (ATC).

### 1.1.1 Current Operations

Navy Technical Control Facilities (TCFs) are central telecommunications hubs for the Naval Telecommunications System (NTS), many Defense Information System Network (DISN) circuits, and other Government agencies' circuits. TCFs support resources for afloat and ashore users, both tactical and non-tactical. In order to accomplish this mission, a broad range of communications networks including microwave, satellite, fiber optics, HF, and other transmission media are employed. The TCFs are the focal points for the management of these networks including configuration, reconfiguration, trouble-shooting, circuit restoration, quality control, and reporting. Currently, patch panels are used to access the signals traversing these networks. These patch panels support the basic functions of patching (looping, sparing, etc.), testing and monitoring, and are configured so that signals going into and out of an equipment or system are electrically accessible at all points. See Figure 1-01 for a functional block diagram of a typical circuit configuration in an existing Navy TCF.

### 1.1.2 ATC System Goals

The ATC shall automate the major functional areas of a Navy shore-based technical control, i.e., service establishment and restoration, performance assessment, coordination, fault isolation, and reporting and recordkeeping utilizing a modular, computer-driven system currently available in NDI/COTS configurations. The ATC system shall:

- Automate real-time circuit, link, trunk performance monitoring and fault isolation
- Significantly reduce the time required to establish or change circuit configuration
- Eliminate the possibility of establishing circuits which violate communications security doctrine
- Reduce the possibility of human error associated with current patching techniques through programmed functions which prohibit illogical actions




FIGURE 1-01
TYPICAL CIRCUIT CONFIGURATION

FIGURE 1-01
TYPICAL CIRCUIT CONFIGURATION

- Through standardization, reduce site uniqueness and time required to station qualify technical control personnel
- Automate updating of equipment, multiplex (mux), and cable records
- Automate incident logging and report generation
- Automate updating Circuit Layout Record (CLR) cards
- Significantly reduce in-house wiring
- Permit remote site operational control
- Eliminate manual patch panels and intermediate distribution frames (IDFs).

1.1.3 Open Architecture

The ATC must support a variety of attached devices, networks, and protocols to meet both current and future connectivity requirements. The ATC system architecture shall support several protocol environments including asynchronous, synchronous, bisynchronous, and the GOSIP standards. It shall also support external interfaces and networks such as Ethernet.

**2.0 APPLICABLE DOCUMENTS**

2.1 Government Documents

2.1.1 Standards

The following standards are currently listed in the Department of Defense Index of Specification and Standards (DODISS). References to the various standards are specifically cited where applicable; however, reference of the standards in this section does not bind the vendor to all parts of the standard, but only to the extent specified herein.

MILITARY DOCUMENTS:

STANDARDS:

| | |
|---|---|
| MIL-STD-188-100 | Common Long Haul and Tactical Communications Systems Technical Standards |

| | |
|---|---|
| MIL-STD-188-114A | Electrical Characteristics of Digital Interface Circuits |
| MIL-STD-188-124B | Grounding, Bonding and Shielding for Common Long Haul/Tactical Communication Systems including Ground Based Communications-Electronics Facilities and Equipments |
| MIL-STD-454M | Standard General Requirements for Electronic Equipment |
| MIL-STD-461C | Electromagnetic Emission and Susceptibility Requirements for the Control of Electromagnetic Interference |

HANDBOOKS:

| | |
|---|---|
| MIL-HDBK-232A | RED/BLACK Engineering - Installation Guidelines |
| MIL-HDBK-419 | Grounding, Bonding, and Shielding For Electronic Equipment and Facilities |

2.1.2 Other Government Publications

The following Government publications form a part of this Functional Characteristic Specification to the extent specified herein.

PUBLICATIONS:

NSA

| | |
|---|---|
| NACSIM 5100 | Compromising Emanations - Laboratory Test Standards - Electromagnetic |
| NACSIM 5203 | Guidelines for Facility Design and RED/BLACK Installation |

DCA

| | |
|---|---|
| DCAC 310-70-1 | DCS Technical Control (Vols I-III and Supplements) |

NAVY

| | |
|---|---|
| OPNAVINST 5239.1A | Department of the Navy Automatic Data Processing Security Program |

DOD

DOD 5200.28-STD Department of Defense Trusted Computer System Evaluation Criteria

2.1.3 Other Publications

CCITT

Rec. G.106 Concepts, Terms, and Definitions Related to Availability and Reliability Studies

Rec. G.821 Error Performance of a Digital Connection Forming Part of an Integrated Services Network

Rec. G.822 Controlled Slip Rate Objectives on a Digital Connection

Rec. G.824 The Control of Jitter and Wander Within Digital Networks Which are Based on the 1544 Kbps Hierarchy

**3.0 REQUIREMENTS**

3.1 System Description

The ATC shall consist of: an Electronic Cross-connect Switch (ECS), Network Management System (NMS), and all necessary ancillary items, equipment, sub-assemblies, connecting hardware, and cabling. A single point of failure is unacceptable. Redundancy of key elements shall be built into the system to maintain continuity of operations should a key component fail. These redundant, key elements shall come on-line automatically, immediately upon the failure of the primary element and with no loss of capabilities or data.

The ATC shall automate manual technical control functions such as service establishment and restoration, circuit and network performance assessment, coordination, fault-isolation, and reporting and recordkeeping necessary for effective control of circuits, trunks, equipment, transmission systems, and facilities. These functions are explained below.

The ATC shall be an interactive, real-time computer-based circuit-control and switching system designed to automate functions that are now performed manually in a Navy TCF. The ATC shall be modular in design to accommodate evolutionary growth. The ATC shall consist of NDI/COTS hardware, firmware, and customized NDI software maintained, operated, and warranted by the vendor to the extent defined in the Statement of Work (SOW).

3.1.1 Operational Goals

The operational goal of the ATC is to automate the five functional areas of a TCF, as delineated in DCAC 310-70-1, and as stated below.

3.1.1.1 Service Establishment and Restoration

Establishment of service is defined as the process of configuring necessary equipments within the network required to support the circuit, link, or trunk and establishing service for the user.

Restoration of service is the process of repairing or replacing faulty equipment or rerouting around disrupted segments.

3.1.1.2 Performance Assessment

Performance assessment, or quality control, involves the gathering and analysis of circuit-parameter data to determine the quality of communications service. Typical performance assessment actions are:

- in-service and out-of-service testing of analog and digital circuits
- measurement of transmission link parameter values for comparison with pre-defined parameters
- monitoring equipment and system alarms

3.1.1.3 Coordination

Coordination is the ability to establish, arrange, or organize troubleshooting and network fault isolation procedures with users and other appropriate facilities.

3.1.1.4 Fault Isolation

Fault isolation, or troubleshooting, is the process of testing and analyzing the resulting data to determine the specific location of a fault within a circuit, system, or link or trunk network. The basic purpose of fault isolation is to locate the source of a problem and to correct it in a timely manner.

3.1.1.5 Reporting and Recordkeeping

Reporting and recordkeeping are the procedures taken to advise interested parties of equipment, circuit, and system status and to maintain historical records as required. These procedures provide near-real-time and long-term historical information. Several logs and forms are required to record the information necessary to maintain a continuing knowledge of the status and condition of circuits, equipments, and facilities.

3.1.2 Architectural Goals

The Government intends to replace the manual patch panels, ancillary equipment, intermediate distribution frames (IDFs), and associated copper cabling currently installed in Navy TCFs. The Data Terminal Equipment (DTE), Data Communications Equipment (DCE), crypto devices, test equipment, and software packages currently in use shall be integrated into the ATC environment where technologically feasible.

3.1.3 Proposed Functional Block Diagram

Figure 3-01 is a functional block diagram depicting the ATC concept.




FIGURE 3-01

PROPOSED FUNCTIONAL BLOCK DIAGRAM OF THE AUTOMATED TECHNICAL CONTROL (ATC)

3.2 System Characteristics

The ATC shall consist of: an Electronic Cross-connect Switch (ECS), Network Management System (NMS), and all necessary ancillary items, equipment, sub-assemblies, connecting hardware, and cabling. These components shall have the ability to implement all minimum-required functions described below.

3.2.1 Electronic Cross-Connect Switch (ECS) Requirements

3.2.1.1 General

The ATC ECS shall provide automated circuit access and route control. The ECS requirements are detailed in the following paragraphs.

3.2.1.2 Interface Requirements

The ATC ECS shall serve as the hub for circuits passing through or terminating at a shore-based Naval Computer and Telecommunications Station (NCTS). The ECS shall interface with various Command, Control, Computer, Communications, and Intelligence ($C^4I$) systems that are part of the NTS, DISN, and with commercial and military systems of other agencies and foreign governments. The ECS shall connect with, provide switching for, and have the ability to test and monitor each circuit. These circuits shall include 2-, 4-, and 6-wire 4 kHz voice circuits, and circuits operating from 50 baud direct current (DC) loop teletype to 2.048 Mbps Conference of European Postal and Telephone (CEPT) digital trunks. The ECS shall support common industry and military equipment/circuit interface standards to include:

Electronic Industries Association (EIA)

| | |
|---|---|
| RS-232-D | Interface between Data Terminal Equipment and Data Communication Equipment Employing Serial Binary Interchange. |
| RS-422-A | Electrical Characteristics of Balanced Voltage Digital Interface Circuits. |
| RS-423-A | Electrical Characteristics of Unbalanced Voltage Digital Interface Circuits. |
| RS-449 | General Purpose 37 Position Interface for Data Terminal Equipment and Data Circuit Terminating Equipment Employing Serial-Binary Data Interchange. |
| RS-530 | High Speed 25-Position Interface for Data Terminal Equipment and Data Circuit Terminating Equipment. |

| | |
|---|---|
| V.35 | Data Transmission at 48,000 bps using 60-108 kHz Group Band Circuits. |
| X.21 | Interface between DTE and DCE Equipment for Synchronous Operation on Public Data Networks |
| X.400 | Message Handling - System Model - Service Elements. |
| FIPS PUB 446 | GOSIP |

Military Standards

| | |
|---|---|
| MIL-STD-188-100 | Common Long Haul and Tactical Communications System Technical Standards |
| MIL-STD-188-114A | Electrical Characteristics of Digital Interface Circuits |

3.2.1.2.1 Protocol Transparency

The ECS shall be transparent to all data formats and protocols contained within signals passing through the switch.

3.2.1.2.2 Special Interface Requirements

The ATC ECS shall interface with various Command, Control, Computer, Communications, and Intelligence (C4I) systems that are part of the Naval Telecommunications Systems (NTS). These systems utilize UHF SATCOM as its primary source for satellite interfaces from shore to ship. These systems, for simplistic terms to be categorized as Information Exchange Subsystems (IXS), are as follows:

(a) CUDIXS - Common User Digital Information Exchange Subsystem

- AN/UYK-20 to ON-143(V)4
- ON-143(V)3 to KG-36
- KG-36 to ON-143(V)4
- ON-143(V)4 to AN/WSC-3
- ON-143(V)4 to AN/WSC-5
- ON-143(V)4 to TD-1271(B)U

(b) CUDIXS II - Common User Digital Information Exchange Subsystem

- VME CHASSIS to ON-143(V)4
- VME CHASSIS to KG-84A
- KG-84A to AN/WSC-3
- KG-84A to AN/WSC-5
- KG-84A to TD-1271(B)U

(c) TACINTEL - Tactical Intelligence Information Exchange Subsystem

- LSI-9600 to LSI-9600
- LSI-9600 to AN/WSC-3
- LSI-9600 to AN/WSC-5
- LSI-9600 to TD-1271(B)U

(d) SSIXS - Satellite Submarine Information Exchange Subsystem

- ON-143(V)4 to LSI-4800
- LSI-4800 to LSI-4800
- LSI-4800 to AN/WSC-3

(e) TADIXS - Tactical Data Information Exchange Subsystem

- AN/UYK-44 to ON-143(V)6
- ON-143(V)6 to KG-84A
- ON-143(V)6 to LSI-9600
- LSI-9600 to DSD
- DSD to TD-1271(B)U
- TADIXS GATEWAY
- PROCESSOR to ON-143(V)6
- ON-143(V)6 to AN/WSC-3
- ON-143(V)6 to AN/WSC-5
- ON-143(V)6 to TD-1271(B)

(f) OCTIXS - Officer in Tactical Command Information Exchange Subsystem

- LSI-9600 to LSI-9600
- LSI-9600 to AN/WSC-3
- LSI-9600 to AN/WSC-5
- AN/UYK-44 to ON-143(V)6
- ON-143(V)6 to KG-84A
- KG-84A to ON-143(V)6
- ON-143(V)6 to LSI-9600
- LSI-9600 to DSD to TD-1271(B)U
- ON-143(V)6 to KG-36
- KG-36 to ON-143(V)6
- ON-143(V)6 to AN/WSC-3

- ON-143(V)6 to AN/WSC-5
- ON-143(V)6 to TD-1271(B)

The IXS interface employs MIL-STD-188-114A as its primary standard interface specification with the following exceptions:

(a) Transmit and Receive Clock delays (start/stop) up to 115ms.

(b) Control functions requiring ground contact closure circuits with a reference voltage from +6 VDC to 0 V.

(c) Lamp indicator circuits with a reference voltage of 28 VDC.

(d) Low Level Converter +/- 6 VDC (currently an external device interfacing transceivers).

3.2.1.3 Switch Sizing

The ECS shall allow for easy expansion in modular increments to accommodate evolutionary growth anticipated at 30% or more. Circuits identified will be a combination of DC loop, analog, and digital. Requirements for specific sizing of each candidate technical control are contained in the Site Specific Appendices to this specification.

3.2.1.4 Non-Blocking Architecture

The ECS shall utilize a non-blocking architecture. There shall be no distinction between inputs and outputs. Any port must be capable of interconnection with any other port, regardless of loading. Blocking of improper or illogical connections will be a function of the switch control software and network management software.

3.2.1.5 Connectivity Capability

The ECS shall support the following port connectivity modes:

(a) Standard (one DCE to one DTE)

(b) Broadcast (one port to many ports)

(c) "Null-Modem" (DCE to DCE or DTE to DTE)

(d) Loopback (loop toward signal source)

3.2.1.6 Redundant Capability

A single point of failure is unacceptable. Redundancy of key elements shall be built into the system to maintain continuity of operations should a key component fail. At a minimum, redundant key elements of the ECS shall include:

(a) Power supply

(b) All control logic

(c) Timing source

(d) Memory units

These redundant, key elements shall come on-line automatically, immediately upon the failure of the primary element and with no loss of capabilities or data. There shall be a visual, audible, and printed-report alarm at the control console. In addition, there shall be a visual indication at the equipment cabinet to alert maintenance personnel of the failure.

3.2.1.7 Power Loss Recovery

The ECS shall automatically return to the last configuration held prior to loss of power or reboot. The ECS shall maintain this ability for a minimum of eight (8) hours after a power failure.

3.2.1.8 Test and Monitor

The ECS shall provide intrusive and non-intrusive access for testing and monitoring circuits. The system shall be capable of testing circuits utilizing recognized and accepted industry and military standard test procedures, performed from designated test positions.

3.2.1.9 Performance Standards

There are three major categories of performance standards for digital systems. They are (1) error performance measurements; (2) jitter; and, (3) slip. Subparagraphs 3.2.1.9.1 through 3.2.1.9.3 identify the criteria on which these parameters are based.

3.2.1.9.1 Error Performance Measurements

Error measurement is the most important criteria on which a digital system is judged. Commercial error performance indicators include Bit Error Rate (BER), Errored Seconds (ES), Block Errors, and average BER. BER and ES are the most widely used indicators.

3.2.1.9.1.1 Bit Error Rate (BER)

The ATC ECS shall not exceed bit-error-rate performance objectives as set forth in CCITT Recommendation G.821, Paragraph 2, Table 1/G.821.

3.2.1.9.1.2 Errored Seconds (ES)

The ATC ECS shall not exceed ES performance objectives as set forth in CCITT Recommendation G.821, Paragraph 2, Table 1/G.821.

3.2.1.9.2 Jitter

The ATC ECS shall not exceed jitter and wander performance objectives as set forth in CCITT Recommendation G.824, Paragraph 4.2.

3.2.1.9.3 Slip

The ATC ECS shall not exceed slip performance objectives as set forth in CCITT Recommendation G.822, Paragraph 3, Table 1/G.822.

3.2.1.10 RED/BLACK Engineering Criteria

The ATC must satisfy the RED/BLACK installation requirements established in NACSIM 5203 and MIL-HDBK 232A.

3.2.1.11 TEMPEST Criteria

(Deleted in accordance with Amendment 1 Paragraph 3).

3.2.1.12 Timing and Synchronization

The ATC ECS shall incorporate an internal clock to synchronize switch operations. The switch shall be capable of being triggered by an external clock system, i.e., LORAN C, NAVSTAR Global Positioning System (GPS), or any other precision unit. The ATC ECS shall be capable of military and commercial connections (DCE/DCE, DCE/DTE, DTE/DTE, Null Modem); providing timing internally through any switch port(s) without loss of timing accuracy at the selected port rate (i.e. without use of

additional external port clock timing distribution equipment, cabling, or IDF).

3.2.1.13 Availability

The ATC ECS shall meet service availability standards set forth in CCITT Recommendations G.821, Annex A and G.106, Definition 2.6. Availability for the ATC ECS shall be 99.998 percent or greater.

3.3 Installation and Workmanship

The ECS installation shall conform to accepted industry standards for installation of electronic equipment, cabinets, and cabling. Workmanship shall conform to standards set forth in MIL-STD-454M and MIL-STD-188-124B. Vendor shall define intended installation technique criteria in proposal submission. Any specific Government requirements shall be negotiated.

3.3.1 Interchangeability

All "like" units, assemblies, subassemblies, and replacement parts of the ECS shall be physically, electrically, and functionally interchangeable.

3.3.2 Safety

The ATC ECS shall meet all Occupational Safety Health Administration (OSHA) and Original Equipment Manufacturer (OEM) standards, as well as applicable Government safety regulations.

3.4 Network Management System (NMS)

ATC network management requirements are defined in the following paragraphs.

3.4.1 System Description

The NMS is that portion of the ATC which will contain the hardware and software required to allow centralized control and monitoring of the network through software-definable commands.

3.4.1.1 Redundancy

A single point of failure is unacceptable. Redundancy of key elements shall be built into the system to maintain continuity of operations should a key component fail. These

redundant, key elements shall come on-line automatically upon the failure of the primary element and with no loss of capabilities or data.

3.4.2 NMS Applications

The NMS shall be the hub of the ATC and shall oversee and manage all system management and network restoration functions within the ATC. Such operations shall include, but are not limited to, the following:

(a) Alarm surveillance

(b) Real-time Network Status and Control

(c) Network Performance Monitoring

(d) Fault Isolation and Service Restoral

(e) Network/Equipment Operation and Administrative Recordkeeping

The NMS shall provide operator password protection, partition control, and access for remote workstations.

3.4.2.1 Interface with External NMS Programs

The vendor shall provide the Government with necessary interface data giving the Navy access to the system database in order to use the information to run existing external network management programs through the provided ATC NMS.

3.4.3 NMS Security

NMS security is discussed in the following paragraphs.

3.4.3.1 Authorized Access

A comprehensive security system based on user ID and password shall be provided. The system shall include multiple levels of security to prevent unauthorized access to the system. Statistics on operator access shall be maintained in the form of ID, time, date, and duration of use.

3.4.3.2 Databases

The NMS shall include databases which shall support all required functions of the ATC as listed in Appendix I, and shall contain, at a minimum, the following:

- An Alarm and Performance Database that shall contain the capability to log and store alarms corresponding to identified faults and their diagnostic results.

- A Trouble Database that shall contain the pertinent referred trouble reports and trouble ticket administrative data.

- An Equipment Database that shall contain equipment configuration data, parameter settings, maintenance status, testing thresholds, hardware configurations, and appropriate administrative data.

3.4.3.2.1 Load/Update Capability

The NMS workstation shall have the capacity for initial loading and subsequent reloading of the NMS database. The NMS workstation shall also have a near-real-time update capability when operating on-line.

3.4.3.2.2 Minimum Required Capabilities

The NMS shall provide a menu-driven, user-friendly, command interpreter, including the following features for each workstation:

(a) Command prompts and menus

(b) Plain English text error messages

(c) No requirement for operator to memorize codes or complex commands

(d) An on-line, context-sensitive HELP command to display usage and meaning of available commands

(e) The ability to bypass the menu and provide the use of shorthand commands.

3.4.3.3 System Control

The NMS shall keep operators apprised of all current system operating conditions, enabling him/her to react to changing circuit conditions, dynamic, user requirements, natural

or manmade transmission path interruptions, and equipment failures.

3.4.3.3.1 System Control Functions

For the NMS to successfully accomplish the system control requirements, it shall provide certain control functions discussed in the following paragraphs. Additionally, the NMS shall automatically disseminate announcements of events to all concerned operators and record the event in the appropriate system database log.

3.4.3.3.2 System Administrator/Operator Capability

Operators shall be able to invoke commands allowing the controller to implement several commands with a single command (macros). The ability to exercise these control capabilities shall be restricted and locally administered by the system administrator with a modifiable password hierarchy program that may limit individual operators to specific capabilities.

3.4.3.3.3 Surveillance Functions

The NMS shall monitor the operational status of the ATC, providing operators with the ability to select circuits and equipment to be monitored.

The surveillance function shall result in the collection of circuit, system, and equipment status data that will allow the ATC operator to perform those control and circuit management functions previously discussed in paragraphs 3.1.1.1 through 3.1.1.5. Data requirements for the ATC are driven by:

(a) The operational responsibility to maintain circuit continuity

(b) The need to assign alternate route paths to circuits

(c) The requirement to flag high priority circuits and systems for management purposes

A database detailing the configuration and interrelationships between all circuits entering or exiting the ATC shall be maintained in the NMS. Equipment configuration and operational status data must be collected to provide operators:

(a) An indication that there is an existing or impending problem with the network

(b) The information to intelligently implement manual override procedures or modify programmed configurations

3.4.3.3.4 Service Restoration Information

To effectively restore and/or reroute critical circuits and trunks, NMS operators must possess current, accurate knowledge of the configuration and operational status of all in-house circuits and equipment. In addition to the logical trunk, circuit, or link outage indications, NMS operators shall be provided detailed information about any outage. For example, the system shall provide, at a minimum, the following:

(a) The location of the circuit, link, or trunk fault

(b) The time of a circuit, link, or trunk fault

(c) The user and restoration priority (RP) of the faulty service

(d) The reason the circuit, link, or trunk is down

(e) The status of equipment available for restoring service

(f) The status of station level efforts to reroute circuits, links, and trunks

All information concerning an outage shall be displayed on a single screen to facilitate operator comprehension and reaction.

3.4.4 Alarms

3.4.4.1 Alarm and On-Occurrence Data

The requirement for ATC alarm data is driven by the requirement to remain aware of the operational condition of the network and to ensure service to users. The NMS shall continuously monitor the operational status of the network at all times. Current connected equipment status information shall be available upon request. When a change of status is recognized in the network, the status change should be reflected in real-time with a new entry in the NMS system operations database. All alarms must be acknowledged before they can be removed from the alarm display screen.

3.4.4.2 Port Alarm Monitoring

The NMS shall generate notification to the operator if any of the following circuit fault conditions occur:

(a) Any fault that affects the status of a connected port

(b) The loss of a locally-defined threshold of the ECS's connectivity capability

The NMS shall have the ability to monitor, store, and display external alarm sources that indicate failures or Hazardous Conditions (HAZCONs). Failures could be events such as commercial power failures, transmission path failures, etc. HAZCONs include, but are not limited to the following:

- The failure of any combination of primary, backup, or spare hardware where failure of another like component would cause a reportable outage (e.g., primary or auxiliary AC power source failure, Central Processing Unit (CPU) failures, external timing source, main memory failures) and failure of environmental equipment where rapid restoration is necessary for ATC operations to continue (e.g., heating or air conditioning system failures).

3.4.4.3 Alarm Prioritization

Each alarm shall be assigned a level of criticality. There shall be a minimum of two definable levels of station alarms, appropriately color coded, for which the operator shall respond to. These are:

(a) Level 1: Alarm of a station-defined major condition requiring immediate acknowledgement or corrective action. This alarm indicator shall be color coded RED. An example of a major (RED) alarm might be:

- Loss of one of two memories
- Loss of one of two power supplies
- Loss of a transmission path
- Loss of station timing source
- Loss of the commercial power source.

(b) Level 2: Alarm of a station-defined minor condition requiring expeditious handling, but not to the degree of a major alarm. This alarm indicator shall be color coded AMBER. An example of a minor (AMBER) alarm might be:

- Individual circuit exceeding pre-determined thresholds
- Group pilot alarms
- Housekeeping alarms

The operator shall be made aware of Level 1 alarms first. If two alarms occur simultaneously, or an alarm occurs during another, the operator shall be clearly apprised of the level of each alarm. If the operator needs to leave the alarm screen (e.g., to go to a trouble-shooting menu), then other alarms of lesser priority should be queued, but additional Level 1 alarms must be displayed immediately. The data that the operator was working with before the alarm shall also be saved for later retrieval.

3.4.4.4 Alarm Selection and Display

The NMS shall provide flexibility, through password controls, in selecting which alarms and status indications (visual and audible) will be presented to the operator and what priority will be assigned to each incoming message type.

3.4.5 Operations and Maintenance

This section describes ATC requirements for the following Operations and Maintenance (O&M) functions:

(a) Operations Support

(b) Maintenance

(c) Trouble Ticket Processing

3.4.5.1 Operations Support

The following type of operations support shall be required:

(a) The NMS shall have the capability, under local control, to input new or modified ATC ECS routing information. This capability is intended to support the development and maintenance of accurate configuration records for the ATC.

(b) The NMS shall have application software to assign ATC resources based on circuit requirements. Examples of the functions performed by this software are:

(1) Assign line or circuit identifiers with a minimum of 16 alpha-numeric characters and flag special circuits. The flags will indicate conditions such as Special Interest circuits, Commercial Carrier circuits, G and H Route circuits, 55-1 reportable circuits, etc. The flag field shall be a minimum of two alpha-numeric characters

(2) Assign cable and pair, multiplex channel, etc., designators with a minimum of a 16 alpha-numeric character location identification numbers

(3) Assign equipment designators with a minimum of 16 alpha-numeric characters

(4) Assign a local service order alpha-numeric identifier.

(c) The NMS shall provide the capability to update the database with new, service-oriented configuration data in advance of actual system changes. The NMS shall be capable of flagging this data as pending (i.e., not yet operational), and then change its status to operational when a completion notice is received.

(d) The NMS shall possess the capability to query the database for pending service orders. These queries should allow the selection of other parameters such as projected date of activation and service features.

3.4.5.2 Maintenance

The NMS shall support both Corrective and Preventive Maintenance (PM) functions. The NMS should also be capable of creating and modifying trouble tickets and other maintenance records utilizing the databases described in paragraph 3.4.3.2. Examples of currently-used Navy forms are included in Appendix H. These forms are intended to be informative only, and do not bind the vendor to their use. However, if vendor generated forms are

used, the format must retain the informational integrity of the data required on the provided Navy forms.

3.4.5.2.1 Corrective Maintenance

Corrective maintenance activities include the identification, isolation, and analysis of network and user service problems; correction of the problems; verification that the corrective actions have restored service to the appropriate levels; and logging of activities for maintenance records and trend analysis. NMS support of these functions shall be user-friendly.

3.4.5.2.2 Preventive Maintenance (PM)

The NMS shall support PM of the ATC in order to prevent non-critical equipment faults from degrading into critical faults. The NMS shall provide the following capabilities:

(a) Allow the operator to schedule PM downtime

(b) Store preventive maintenance test and service guidelines

(c) Maintain records of preventive maintenance actions and test results in a database with the ability to interface with external systems

(d) Generate follow-up maintenance work orders

3.4.5.2.3 Trouble Ticket Processing

The NMS shall provide trouble ticket processing support. The NMS shall provide, as a minimum, the following capabilities:

(a) Create and modify trouble tickets that provide the circuit and/or system involved, the date and time of the fault, the reported fault, space to record agencies coordinated with, and space to record remarks and other information related to the outage. An example of a currently used trouble ticket is included in Appendix H.

(b) Close-out trouble tickets

(c) Generate trouble ticket status reports as required

(d) Maintain on-line, all trouble tickets for the past thirty days

(e) Query trouble ticket files by time period, port, operator, etc

(f) Store completed trouble tickets in an historical data file

3.4.6 Administration

The NMS shall support the planning, report generating, data collecting, and general record keeping functions that are necessary to provide user services and fulfill circuit reporting requirements. Planning and report generating activities require large amounts of accurate, easily accessible data. Data collecting and record keeping activities required for planning, report generating, system control, and O&M functions are discussed in the following paragraphs.

3.4.6.1 Record Keeping

The following sections describe "files" and "records" of various data that shall be kept by the NMS databases. These files and records represent data that should be kept but does not mandate the specific database structure required to record keeping data:

(a) Record keeping is a "global" function in that it encompasses all pertinent data stored. This ranges from volatile data, such as alarms, to relatively non-volatile data like equipment inventories and operating procedures. All data shall be available for access, interrogation, or file transfer to any NMS workstation, subject to security and procedural constraints.

(b) The NMS shall maintain configuration control for all equipment, circuits, trunks, lines, etc., utilized to support efficient and reliable circuit switching. The NMS shall contain a complete set of data for the network elements under its control.

3.4.6.1.1 General Inventory

The NMS shall be capable of maintaining a general equipment inventory by type, number on hand, and status.

3.4.6.1.2 Unassigned Equipment Inventory

The NMS shall provide information of spare switch ports and interface equipment. The operator shall be able to call up a screen showing him/her what spare equipment and transmission assets he/she has to work with, including, but not limited to, name, type, service, location, and quantity.

3.4.6.1.3 Switch Configuration Files

Information in these files shall include all port configurations for the ECS.

3.4.6.1.4 Circuit Records

The NMS should contain information related to each circuit. This should include the name and location of the users, type of service, restoration priority, and any special requirements of subscribers. The circuit record shall contain, as a minimum, information required on the Circuit Layout Record (CLR) Card found in Appendix H.

3.4.6.1.5 ECS Maintenance Records

The NMS shall store records of all ECS maintenance activities. These records shall be accessible as both active maintenance and historical maintenance files.

3.4.6.1.5.1 Active Maintenance Files

The active maintenance file shall contain information concerning ECS hardware and software service problems for which the maintenance activities have not been completed. The initiation of the appropriate command to transfer the individual records in the active maintenance file should only be switched upon completion of the action which clears the equipment fault and returns the equipment for service.

3.4.6.1.5.2 Historical Maintenance Files

The historical maintenance file shall include complete historical data for all completed maintenance activities in an off-line, permanent storage database.

3.4.6.1.6 General Historical Records

The NMS shall provide the capability to store, archive, and retrieve data from alarm logs, trouble reports, repair reports, O&M data, inventory control, etc.

3.4.6.2 Report Generation

Reports shall be available through simple operator initiated commands. The NMS shall be capable of storing, displaying, editing, and printing reports. Reports that are printed out must fit on 8 1/2" X 11" or 14 1/2" X 11" size paper. These reports shall provide near-real-time and long-term historical status information on communications facilities, links, trunks, circuits, and equipment to assist management personnel in maintaining required records. Examples of such reports are listed below and are not all-inclusive.

- Listing all circuits for a location
- Listing all circuits flagged as Special Interest
- Listing all trouble tickets for a given date or period between two given dates
- Listing all trouble tickets for a given circuit
- Listing all open trouble tickets
- Listing all commercial carrier trouble tickets.

The primary purpose of ATC is to support real-time operations. Therefore, non-real-time administrative report processing shall not interfere with real-time processing.

3.4.6.3 Event Reporting

Event reports detail the results of all ATC system operations. The event report should provide the operator with a chronological list of events to include operator log-on/log-off, time, date, commands, configuration changes, subsystem failures, port alarms, and any other pertinent information necessary to support overall network management. The NMS event database shall be able to produce a report via the system event logging printer and shall be available to the operator via the control console.

3.4.7 Dedicated Functions

The NMS shall have the capability to support a dedicated edit/word processing function for extended report generation.

3.4.7.1 Training Mode

The NMS shall allow the operator to have a training mode that simulates administration, operating, and maintenance functions.

3.4.8 NMS Workstation Characteristics

3.4.8.1 RED/BLACK Engineering Criteria

The ATC must satisfy the RED/BLACK installation requirements established in NACSIM 5203 and MIL-HDBK 232A.

3.4.8.2 TEMPEST Criteria

(Deleted in accordance with Amendment 1 Paragraph 3).

3.4.8.3 Human Engineering

Human engineering criteria and principles shall be in accordance with MIL-STD 454M, Requirement 62.

3.4.8.4 Network Status Display

The NMS workstation shall be equipped with a color graphics monitor so that the current network alarm or alert status can be determined by color at a glance.

3.4.8.5 Display and Control Concepts

The NMS shall provide the capability to display the functional status of the ATC at each workstation. The status shall include all circuits, equipment, and current alarms. Displays shall be "user friendly" with a minimum of two means of access:

(a) Pre-defined structured (menu driven)

(b) Direct (an expert code to bypass the menu and provide the use of shorthand commands)

The NMS shall have a windowing capability that allows dynamic selection, placement, and sizing of various windows and displays.

3.4.8.6 Modularity and Flexibility

The NMS design shall facilitate future display modification, particularly as the various NMS subsystems grow, as

new subsystems are added, as technology refreshments dictate, as mission requirements demand, and as new displays are defined through NMS usage.

3.4.8.7 Multi-Tasking Sessions

Each NMS workstation shall be capable of supporting simultaneous sessions to perform all NMS system requirements.

3.4.9 NMS Workstation Communications

The NMS workstation shall have the capability to communicate with other workstations associated with the ATC.

3.5 Quality Factors

3.5.1 Availability

The demonstrated availability of the ATC shall be 99.998 percent or greater.

3.5.2 Reliability

The ATC shall meet the reliability standards set forth in CCITT Recommendation G.106, Paragraph 2.5 and shall function continuously 24 hours per day. ATC reliability is defined in terms of critical system failure. A critical system failure is defined as those failures which deny user access to information, computations, reports generation, or other functions that could adversely affect mission accomplishment. The following specific failures are applicable:

(a) A loss at any one time of 5% or more of system ports

(b) A loss of the system controller

(c) A failure of the system due to software

(d) A failure of a workstation

(e) A loss of internal system clock

(f) A loss of internal system power.

3.5.3 ATC Interoperability

The ATC shall be interoperable with a variety of DTE, DCE, crypto devices, and test equipments. Specific equipment and

corresponding interface requirements for candidate sites are found in Appendices A through G.

3.5.4 ATC System Recovery

Following an ATC system failure, one of the two following types of system restarts shall be provided. A "cold" start shall be required when all queues and temporary files are empty and all initializing data must be re-entered. The time required to perform a "cold" start shall not exceed five minutes. A "warm" start shall be required when an error has occurred which has caused minimal system degradation. The time required to perform a "warm" start shall not exceed five minutes.

3.5.5 ATC Diagnostic Tests

Diagnostic and Built-in-Test (BIT) programs shall provide isolation to a Lowest Replaceable Unit (LRU). Test programs shall be available prior to program loading and during operations to verify system malfunctions or to check the operational status of a specific system component or program.

3.5.6 Safety

The ATC shall comply with the Occupational Safety and Health Administration (OSHA) and Navy Occupational Safety and Health (NOSH) safety requirements established by the Government for industry.

3.6 Logistics

3.6.1 Maintenance Support

The vendor shall provide maintenance support for the life of the contract for all system hardware, firmware, and software.

3.6.1.1 Technology Refreshment

The design of the ATC NMS shall permit incorporation of future technology refreshments, as they occur. Updates to equipment hardware, firmware, and software shall be made available for implementation throughout the ATC life cycle and shall be installed at the option of the Government. Examples of

expected future technological advances include, but are not limited to:

(a) Expert systems using artificial intelligence

(b) Integrated Services Digital Network (ISDN)

3.6.1.2 Technical Support

On-site technical support shall be available in accordance with the SOW.

3.7 Personnel

Navy and civilian personnel in a wide range of fields shall be able to operate the ATC with minimal on-site training.

3.8 Training and Training Plan

In accordance with the SOW, the vendor shall prepare a comprehensive training plan to include the preparation, support, and implementation of the training program. It shall provide for scheduling, development, and management of training activities. The vendor shall propose the most efficient and practical personnel training methods for the ATC operation.

3.8.1 Software Maintenance Training

The vendor shall provide a software maintenance course. This course shall enhance instruction provided by the system software documentation and shall include hardware features affecting operating system functions. The vendor shall provide the following items:

(a) Training Courses/Curriculum Outline

(b) Instruction/Lesson Guides

(c) Student's Training Course Guide

(d) Measurement of Student Achievement Test.

3.8.2 Operator Training

The vendor shall provide a training course which will instruct ATC operators in use of the ATC. The course shall consist of both formal training and OJT in hardware and software system concepts, use of the system manual to aid in problem solving, and in hardware use and functional configuration.

The training, to be conducted during the installation/acceptance testing phase, shall provide personnel with a working knowledge of the ATC system that will allow them to maintain reliable communications. The vendor shall provide the following training items:

(a) Training Course/Curriculum Outline

(b) Instructor Lesson Guides

(c) Student's Training Course Guide

(d) Measurement of Student Achievement Test

Formal operator training shall consist of, at a minimum:

(a) Overview of system operations

(b) System start-up/shut-down procedures

(c) System log-on/log-off procedures

(d) Network Management System (NMS) operations

(e) Creation and management of operator-defined files and reports

(f) Alarm monitoring and response

(g) System/circuit monitoring and testing procedures

3.8.3 Government Review and Comments

Draft and preliminary training materials shall be available for review by Government personnel. The Government shall review materials for both technical and editorial completeness and forward the comments to the Contractor for the next submission.

3.9 Documentation

3.9.1 Software Documentation

3.9.1.1 Vendor Developed Software

The vendor shall provide the Government a copy of the source code in hardcopy and machine readable form for the

software and firmware used in the ATC. The source code must be provided to the Government for the purpose of computer security inspection and verification.

3.9.1.2 Vendor Purchased Software - Copyrights Available

The vendor shall provide the Government a copy of the source code in hardcopy and machine readable form for all purchased software and firmware used in the ATC to which the vendor has the rights. This source code must be given to the Government for purposes of computer security inspection and verification.

3.9.1.3 Vendor Purchased Software - Copyrights Not Available

For those software/firmware packages for which the vendor can not obtain the copyrights to the source code, the vendor shall arrange to have those copyrights passed directly to the Government from the software vendor. The Government reserves the rights to use the source code for security inspection and verification.

3.9.1.4 Software Manuals

The vendor shall provide the Government the necessary documentation for maintenance and use of the software/firmware specified by this document. This includes, at a minimum, four sets per site of the following manuals:

(a) Operator Manual(s)

(b) Maintenance Manual(s)

3.9.2 Systems Administration

The vendor shall provide systems-level documentation necessary to utilize all the features of the proposed ATC system equipment, firmware, and software. This shall include, but not be limited to:

(a) A complete description of ATC system functions and documentation

(b) Audit trails

(c) Security features

(d) Local equipment preventive maintenance procedures

(e) Local equipment actions that can be performed by an operator

(f) Start-up of the system

(g) Recovery from any system failure(s)

(h) Data backup procedures

(i) System backup procedures.

3.9.3 Diagnostics Guide

The vendor shall provide a diagnostics trouble-shooting guide.

3.9.4 Technical Manuals and Publications

A minimum of four sets per site of all technical manuals prepared specifically for the ATC, and any commercial equipment manuals involving the ATC shall be provided.

3.10 Hardware Documentation

Hardware documentation shall provide technical data on the ATC system components. For the duration of the contract, documentation for future changes to equipment shall be provided as they occur (minimum of four sets per site).

3.11 Licenses and Permits

The ATC system hardware, firmware, and software must be in current production. The vendor shall be responsible for obtaining all requisite and necessary licenses and permits for complying with any or all applicable National and/or municipal laws, codes, and regulations of the geographical area(s) in which the equipment will be installed in connection with the performance of the contract.

When the vendor firm is offering equipment that is manufactured entirely or in part from assemblies produced by another contractor, or is manufacturing the equipment under license, this shall be stated in the bid. Details of the original designer/manufacturer and contractual relationship with the bidder shall be provided so the precise origin of the hardware, firmware, and software can be established.

3.12 Modifications

The vendor shall be entirely responsible for all modifications found necessary to correct unsatisfactory operation of the ATC within the terms of the contract, including the supply of all modification kits, special test equipment and tools required to implement and test modifications, and the update of handbooks and drawings. All modifications subsequent to ATC equipment acceptance shall be fully documented and include:

(a) Modification number

(b) List of materials required and those rendered surplus following the modification

(c) Detailed modification instructions, and modification verification test procedures

(d) Appropriate instructions to correct documentation delivered within the terms of the contract.

**OTHER INFORMATION:**

Additional information as well as specifications for each site are located in Section J as follows:

| | | |
|---|---|---|
| APPENDIX | (A) | NTCC HAMPTON ROADS |
| APPENDIX | (B) | NCTS JAPAN |
| APPENDIX | (C) | NTCC MAKALAPA |
| APPENDIX | (D) | NTCC CAMP SMITH |
| APPENDIX | (E) | NCTS SICILY |
| APPENDIX | (F) | NCTS PUERTO RICO |
| APPENDIX | (G) | NCTS LONDON |
| APPENDIX | (H) | EXAMPLES OF CURRENTLY USED TCF FORMS |
| APPENDIX | (I) | ATC NMS FUNCTIONAL REQUIREMENTS |
| APPENDIX | (J) | LIST OF ACRONYMS AND ABBREVIATIONS |

Note: Site specific tables reflect actual equipments, circuit counts, land line counts, but do not reflect actual port counts required to be cutover to the ATC. All multiplexers will be wired to their maximum capability with the exception of Integrated Digital Network Exchange (IDNX) and TIMEPLEX multiplexers.

## C.1 SCOPE OF CONTRACT

(a) The Naval Regional Contracting Center is procuring turnkey Automated Technical Control systems for the Space and Naval Warfare Systems Command.

(b) The Contractor shall furnish, as required, the hardware/software/systems/maintenance and other Contractor support services required for the support of all items under this contract. Such equipment, software, maintenance, and other Contractor support services shall be supplied in conformance with the terms and conditions of this contract.

## C.3 FEDERAL INFORMATION PROCESSING STANDARDS (FIPS)

(a) The standards identified as an Attachment to this solicitation (Attachment 2) apply to this acquisition. FIPS Publications themselves may be obtained from the National Institute of Standards and Technology (NIST), Department of Commerce, Washington, D.C.

(b) Terminology for specifying standards can be found in the Federal ADP and Telecommunications Standards Index, which may be obtained from the Superintendent of Documents, Government Printing Office, Washington, D.C. 20402.

## C.6 USED EQUIPMENT

When used/refurbished equipment is proposed, equipment must be identified as such and be warranted the same as new equipment.

## C.7 REFURBISHED EQUIPMENT, SUP 5252.239-9412 (JAN 1992)

Refurbished or remanufactured equipment may be offered. If refurbished or remanufactured equipment is proposed, it shall be completely renovated, thoroughly inspected, repaired as necessary, and subject to the same product performance specifications and testing for serviceability prescribed by the manufacturer for newly manufactured equipment. All such refurbished or remanufactured equipment shall be so identified and must be warranted as new.

## C.8 CERTIFICATE OF MAINTAINABILITY

(a) At such time as the services of the contractor are terminated, expire contractually or are otherwise not extended, the contractor shall within five (5) working days, issue a "Certificate

of Maintainability" for all equipment maintained by the Contractor under this contract.

(b) The certificate shall state that preventive maintenance in accordance with the specifications of the original equipment manufacturer (OEM) has been performed and that the equipment is performing in accordance with the OEM's specifications such that the OEM (or the OEM's successor in interest) commits that it would assume maintenance of the equipment without any one-time charges (including but not limited to repair or inspection charges) if such maintenance were assumed effective the day after the contractor's performance ceases. The contractor is responsible for bearing all costs associated with obtaining such certification and at no separate charge to the Government.

(c) Should the contractor fail to issue the required Certificate of Maintainability in accordance with this clause, or should any equipment fail to perform in accordance with the certification, the contractor shall be liable to the Government for any reasonable costs incurred by the Government in bringing the equipment up to maintainable level(s).

**C.9 INTERCHANGEABILITY OF PARTS IS REQUIRED**

All replacement/spare parts shall be guaranteed to be equal in all respects (including performance, interchangeability, durability and quality), to parts specified for use by the Original Equipment Manufacturer (OEM).

**C.10 REPLACEMENT PARTS AVAILABILITY, SUP 5252.239-9403 (JAN 1992)**

The Contractor guarantees that replacement parts for each machine in this contract will be available for a minimum of 15 years from the date of this contract. Subsequent to this period, if parts are not available from the Contractor, it shall, if requested by the government, furnish data to enable the government to have such parts manufactured elsewhere.

**C.11 OPERATING SOFTWARE, SUP 5252.239-9402 (JAN 1992)**

The operating software required to make use of equipment acquired under this contract shall be provided, and supported, by the Contractor. Operating software refers to those routines that interface directly with hardware peripheral devices, the computer operations, and applications and utility programs.

## C.12 SOFTWARE

(a) Software Furnished. The Contractor shall furnish the software listed in Sections B and/or C as well as all supporting evaluated optional features proposed by the Contractor and accepted by the Government. The Contractor shall support such software, including any Contractor-sponsored modification(s) or revision(s) thereof, at no additional cost to the Government for the duration of this contract, including any renewals and extensions thereof. The software support provided shall, at a minimum, consist of error correction, and providing Contractor-sponsored (and Government-accepted) modifications, improvements and revisions.

(b) Software Modifications and Revisions. The Government shall be provided with full documentation of all Contractor changes and/or modification to the software provided to meet the Government's requirements. The software is listed in Section B of this contract. In the event there are new software releases, the Government may elect to accept any later version(s) of the software and, if accepted, software support shall be provided at no additional cost to the Government for the duration of this contract, including any renewals and extensions thereof (any additional equipment required to accommodate such later version(s) will be provided at the Government's expense). In the event the Government elects to not accept later version(s) of the software, the Contractor shall continue to correct any latent defects in the software supplied under this contract. However, the Contractor's obligation to correct latent defects shall be limited to those services necessary to permit the government to process the workload identified in the contract.

## C.13 MANUALS AND PUBLICATIONS

(a) General. The Contractor shall furnish, in accordance with Schedule B and the DD Form(s) 1423, user manuals and publications for all Contractor software and equipment provided under this contract, if any.

(b) Other Manuals. In addition to the above specified agency documentation requirements, the offeror may include in its proposal any other manuals and program descriptions which it would consider helpful to the user.

(c) Updated Versions. The Contractor shall notify the Government as soon as updated versions of the above documentation items become available. The Government will specify its requirements, if any, for such updates in numbers not to exceed the initial requirements

stated above. Requirements for such updates shall be satisfied promptly.

## C.14 SUPPLIES

Rental and maintenance charges do not include consumable operational supplies, e.g., paper, tape, carbon. Supplies used by the Government shall conform to the equipment Contractor's technical specifications or equivalent.

## C.15 TRAINING

(a) Schedule for Training. The Contractor shall provide training in accordance with the schedule below. All instructors shall be experienced in the fields for which they are providing training and should gear the training to the Contractor's specific equipment, and not to basic concepts. The Contractor shall provide the students/attenders with all necessary and appropriate materials, manuals and course outlines necessary to accomplish the Government's training goals in accordance with Functional Specification paragraphs 3.8 through 3.8.3.

| Type of Training | Location of Training | Maximum Number Students* | Course Dates | Duration of Course |
|---|---|---|---|---|
| Operator Training | On-Station and on the Job Training | 15 persons per site | TBN | TBN |
| Maintenance Training | " | 15 persons per site | TBN | TBN |
| Software Training | " | 15 persons per site | TBN | TBN |

TBN=To be negotiated

*Training will be conducted at individual sites. Training for Lots II through V will be based on the above (with a maximum of 10 students per site) and will be in accordance with option provisions contained herein. Training in Lots VI through IX will include the above classes with a maximum of 8 students per class per site and will be in accordance with option provisions contained herein.

(b) Review and Approval. The training course curriculum shall be subject to the Government's approval prior to award. The training schedule and number of people to be trained may vary, subject to the Government's requirements. In no event shall the maximum number of students be greater than that indicated above. Scheduling and duration of courses will be subject to mutual agreement between the contractor and government.

(c) In the event the Government intends to reschedule course date(s), the Government shall provide the Contractor with at least thirty (30) days' written notice. Any change in the course scheduling shall not be cause for the Government's incurrence of additional costs, nor be the subject of a claim unless the thirty day notification is not given by the Government.

**C.18 SUBSTITUTION OR ADDITION OF PERSONNEL, SUP 5252.237-9400 (JAN 1992)**

(a) The offeror agrees to assign to the contract those persons whose resumes, personnel data forms or personnel qualification statements were submitted as required by Section L to fill the requirements of the contract. No substitution or addition of personnel shall be made except in accordance with this clause.

(b) The Offeror agrees that:

[ ] during the contract performance period
[X] during the first 180 days of the contract period

no personnel substitutions will be permitted unless such substitutions are necessitated by an individual's sudden illness, death or termination of employment. In any of these events, the Contractor shall promptly notify the Contracting Officer and provide the information required by paragraph (d) herein.

(c) If personnel for whatever reason become unavailable for work under the contract for a continuous period exceeding thirty (30) working days, or are expected to devote substantially less effort to the work than indicated in the proposal, the Contractor shall propose a substitution of such person(nel), in accordance with paragraph (d) herein.

(d) All proposed substitutions shall be submitted, in writing, to the Contracting Officer at least fifteen (15) days (thirty (30) days if a security clearance must be obtained) prior to the proposed substitution. Each request shall provide a detailed explanation of the circumstances necessitating the proposed substitution(s) and any other information required by the