**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-796C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO OUR MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully requests that the Court enlarge the deadline to file defendant's reply to plaintiff's response to our motion for summary judgment by 14 calendar days, up to and including June 12, 2007, in the above captioned matter. The current deadline is May 29, 2007. This is the defendant's first request for an enlargement of this deadline. Counsel for the United States has contacted plaintiff's counsel, who has represented that he has "no authority to agree to any extension."

The additional time is required for Government counsel to adequately prepare and file the Government's reply to plaintiff's response to our dispositive motion for summary judgment. Specifically, we have contacted newly assigned agency counsel at the Department of the Navy for comments upon plaintiff's response, but have not yet received the agency's comments. Further, Government counsel is handling several other matters before this Court and the United States Court of International Trade which have deadlines in late May and early June 2007. Specifically, counsel has a oral argument for Advanced Team Concepts v. United States, No.

03-2274 (Fed. Cl.) on May 22, 2007, a motion for summary judgment in Jaynes v. United States, No. 04-856 (Fed. Cl.) due on May 31, 2007, and a response brief to a motion to dismiss in United States v. C.H. Robinson, No. 06-00434 (C.I.T.) due on June 4, 2007.

For these reasons, defendant respectfully requests that its motion for an enlargement of time be granted, and that the Court order that defendant's motion for summary judgment be due on or before June 12, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification United
8th Floor
1100 L Street, NW
Washington, D.C.
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.mager@usdoj.gov

May 22, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 22nd day of May 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO OUR MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice