**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant,** | **Case No. 02-796C**<br>**(Judge Allegra)** |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY

Plaintiff, Information Systems & Networks Corporation ("Plaintiff or ISN"), by its undersigned attorneys, opposes defendant's Motion for Enlargement of Time to File Reply("the Motion") to plaintiff's Opposition to defendant's Motion For Summary Judgment. The Reply is currently due on May 29, 2007 and a two week extension is sought. As will be shown, there is no basis for enlarging the time for defendant to file its Reply. Including other extensions, if this Motion is granted it will be the THIRD extension defendant has received regarding its Motion for Summary Judgment. Given the proper scope of a Reply, defendant should not require more than the period mandated by the RCFC to make its filing, if any. The grounds for this Opposition are as follows:

1. This will be the THIRD extension defendant has sought regarding its Motion for Summary Judgment, a discretionary motion, which was originally due on February 23, 2007, pursuant to Order entered on December 21, 2006. Despite the fact that the claims are bad faith under the contract and constructive change-equitable adjustment, not readily amenable to summary judgment disposition because of the contested nature of the facts, defendant nevertheless had almost two months to prepare the summary judgment after deciding to file one.

2. Defendant then sought and obtained (with plaintiff's consent) almost a one month extension to file to March 16, 2007.

3. Defendant's current motion seeks additional time to file a Reply to plaintiff's Opposition under the guise that Agency counsel must now be contacted for contacts. However, with defendant's admission that this Agency counsel is "newly assigned", one must wonder what use that a review would have anyhow. In any event, a Reply is a simple pleading which is allowed to address ONLY new evidence set forth in the Opposition which could not have been contemplated by defendant in the initial filing. It is not an opportunity to re-write an inadequate or deficient initial pleading. Plaintiff has not raised any new evidence in its Opposition. All of the evidence used by plaintiff was produced in discovery and available to defendant when it prepared the motion for summary judgment. Moreover, plaintiff did not raise any new or different issues than what is stated in the Complaint. Thus, the Reply should be relatively simple and straightforward.

4. By allowing an extension into mid-June, 2007, plaintiff's availability for oral argument on the motion, if the Court would require same, during the months of July and August is problematic given his travel and trial schedule during those two months.

WHEREFORE, for the reasons stated, Information Systems & Networks Corporation requests that defendant's motion for enlargement of time be denied and that defendant be ordered to file a Reply if it chooses by May 29, 2007 as required by the RCFC.

May 23, 2007

Respectfully submitted,

SINGER & ASSOCIATES, P.C.

By: s/Norman H. Singer________
NORMAN H. SINGER, ESQ
Singer & Associates, P.C.

10411 Motor City Drive
Suite 725
Bethesda, MD 20817
Phone: (301) 469-0400
Fax: (301) 469-0403

Counsel for Plaintiff

CERTIFICATE OF FILING

I hereby certify that a true copy of the foregoing "PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically this 23rd day of MAY, 2007, and served via email on counsel for defendant by virtue of the Court's electronic filing system.

s/Norman H. Singer_______
NORMAN H. SINGER, ESQ