# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-796C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL APPENDIX TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRIAN M. SIMKIN
Assistant Director

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification United
8th Floor
1100 L Street, NW
Washington, D.C.
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.mager@usdoj.gov

June 12, 2007

Attorneys for Defendant

# INDEX TO SUPPLEMENTAL APPENDIX


| EXHIBITS | PAGE(S) |
| --- | --- |
| Excerpts from Deposition of Roscoe W. Crawford | 1-21 |
| Excerpts from Deposition of Denise Jones | 22-26 |
| Letter from Denise M. Jones to ISN, dated November 13, 1997 | 27 |
| Letter from Roscoe W. Crawford to Denise M. Jones, dated December 1, 1997 | 28 |
| Letter from Denise M. Jones to ISN, dated December 9, 1997 | 29-30 |
| Letter from Denise M. Jones to ISN, dated December 19, 1997 | 31 |
| Excerpts from 30(b)(6) Deposition of Ellen E. Erdelsky | 32-34 |
| Excerpt from 30(b)(6) Deposition of Roma Malkani | 35-49 |