NOV. 13 97 (THU) 15:59 DCMC-GAT TEL:770 590 2081 P. 002

**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

EXHIBIT
Crawford
#28
10-8-09

IN REPLY
REFER TO: DCMDS- GATC

November 13, 1997

SUBJECT: Terminated Contract N00600-94-C-0389
Docket N961443SA

Mr. Robert M. Cozzie
ISN
10411 Motor City Drive
Bethesda, MD

Dear Mr. Cozzie:

The cost principal in FAR Part 31, the DOD FAR Supplement (DFARS), and the cost or pricing data requirement contained in FAR Part 49 were used in reviewing your proposal.

Contingent upon funding from The Department of the Navy, Fleet and Industrial Supply Center Norfolk, Washington, DC the TCO makes the following offer to ISN for the settlement on subject contract:

| | |
|---|---|
| Actual Costs and Profit | $4,909,211.00 |
| Total Previous Payment to ISN | (4,049,532.00) |
| Settlement Expense | 31,685.00 |
| Net Settlement | 891,364.00 |

Once again this is contingent on funding from the Department of the Navy. If you are in agreement with the settlement please sign at the bottom of this letter and return to this office. If you are not in agreement you have 15 days from the date of this letter to substantiate the cost proposed. If no response is received from your office within 15 days I will in accordance with FAR 49 issue a unilateral determination of the amount due you on the subject termination.

Should you have any questions or desire any further information, please contact the undersigned at (404) 590-6389, FAX (404) 590-2081.

Sincerely,

Denise M. Jones

DENISE M. JONES
Termination Contracting Officer

DEPARTMENT OF THE NAVY
FLEET AND INDUSTRIAL SUPPLY CENTER NORFOLK
DETACHMENT WASHINGTON
WASHINGTON NAVY YARD BLDG 200
901 M STREET SE
WASHINGTON DC 20374-5014

DEC 01 1997
4200
02W1.4A:CS:94C-0389

From: 02W1.4 (Mr. Roscoe Crawford)
To: Defense Contract Management Command, Atlanta
Attn: Ms. Denise M. Jones, Termination Contracting Officer
805 Walker Street
Marietta, GA 30060-2789

Subj: TERMINATED CONTRACT – N00600-94-C-0389 DOCKET N961443SA

Ref: (a) DCMDS-GATC ltr November 18, 1997
(b) DCMDS-GATC ltr November 5, 1997
(c) DCMDS-GATC ltr October 9, 1997

Encl: (1) ISN ltr January 26, 1996
(2) ISN ltr 25 May 1995

1. This office is in agreement with the original DCAA Audit Report No. 6311-97B17100001 and your August 8, 1997 letter determination that the net amount of $0 was due to ISN. ISN has provided your office with volumes of supposed justification for additional compensation based on supposed approval of an ECP. This ECP was not approved and no services/supplies were received as stated by ISN. The ISN request for payment is unwarranted and as a Contracting Officer, not approved by myself.

2. ISN was not issued this ECP because the costs associated with its implementation were exorbitant. ISN letter of January 26, 1996 (Encl. 1) states clearly that the approved ECP had not been received. ISN letter dated 25 May 1995 (Encl. 2) states "ISN will insure all changes are approved by contractually authorized Government Representatives and document." No matter what case ISN is trying to build, it is clear that ISN knew and knows the modification of the contract by myself as the Contracting Officer was the only way the ECP could be added to the contract and the only manner in which contracted reimbursable work could be performed.

3. In summary, additional funding will not be provided. The ECP referred to by ISN was not approved. No further funding is approved.

Roscoe W. Crawford

ROSCOE W. CRAWFORD
Contracting Officer

EXHIBIT
Crawford
#31
10-18-99

# DEFENSE LOGISTICS AGENCY
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

N REPLY
REFER TO: DCMDS-GATC

December 9, 1997

SUBJECT: Settlement on Terminated Contract N00600-94-C0389

Robert Cozzie
ISN
10411 Motor City Dr.
Bethesda, MD 20817

Dear Mr. Cozzie:

Reference DCMC-GATC letter dated November 13, 1997
Reference FAR 49.114 Unsettled Contract Changes

In our referenced letter to your office you were advised that the offer was contingent on funding from The Department of the Navy, Fleet and Industrial Supply Center Norfolk, Washington, DC.

Our office has been advised by FISC that "additional funding will not be provided. The ECP referred to by ISN was not approved. No further funding is approved." FAR 49.114 requires I solicit the opinion of the Contracting Officer on all unadjusted changes. FISC's determination is that no amount is due and no funding will be provided. Accordingly, it is my determination that the Gross Settlement for this termination will be $4,049,532.00. The net amount due ISN is $0. If ISN is not in agreement with this I will, within 15 days, in accordance with FAR 52.249-2, issue a Unilateral Determination. You may also request a final decision be issued by FISC, which is then appealable to the Board of Contract Appeals or the US Claims Court.

EXHIBIT
Crawford
#33
10-18-99 cg


Federal Recycling Program Printed on Recycled Paper

Should you have any question or desire further assistance please contact the undersign at (770)590-6389 or Fax (770)590-2081.

Sincerely

DENISE M. JONES
Termination Contracting Officer

cc:
Roscoe Crawford/Fleet Industrial Supply
DCMC Baltimore.

CERTIFIED LETTER-RETURN RECEIPT REQUESTED

**DEFENSE LOGISTICS AGENCY**
DEFENSE CONTRACT MANAGEMENT COMMAND
ATLANTA
805 WALKER STREET
MARIETTA, GA 30060-2789

IN REPLY REFER TO: DCMDS-GATC

December 19, 1997

SUBJECT: Unilateral Determination on Terminated Contract N00600-94-C0389
Docket N961443SA

Robert Cozzie
ISN
10411 Motor City Dr.
Bethesda, MD 20817

Dear Mr. Cozzie:

This letter is to reiterate my position of December 9, 1997. In as much as we are unable to reach a negotiated settlement for the termination cost on the subject termination, I am issuing a Unilateral Determination pursuant to FAR49.107(d). I hereby determine that the amount Due ISN by reason of the Termination for Convenience to be $0, consisting of $4,049,532.00 previously paid for work and services performed . As explained in our letter dated December 9, 1997, and per the attached letter from FISC, FISC has stated that "additional funding will not be provided. The ECP referred to by ISN was not approved. No further funding is approved." FAR 49.114 requires I solicit the opinion of the Contracting Officer on all unadjusted changes. FISC's determination is that no amount is due and no funding will be provided. You may also request a final decision be issued by FISC, which is then appealable to the Board of Contract Appeals or the US Claims Court. If no dispute is filed within twelve (12) months of the date you receive this Unilateral Decision the contract file will be administratively closed.

Should you have any question or desire further assistance please contact the undersign at (770)590-6389 or Fax (770)590-2081.

Sincerely

Denise M. Jones

DENISE M. JONES
Termination Contracting Officer

cc:
Roscoe Crawford/Fleet Industrial Supply
DCMC Baltimore.

EXHIBIT
Crawford
#34
PENGAD-Bayonne, N.J.
10 1849 9