IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - X

INFORMATION SYSTEMS & :

NETWORKS CORPORATION, :

Plaintiff, :

Vs. : Case No.:

THE UNITED STATES, : 1:02-cv-796

Defendant. :

- - - - - - - - - - - - - - - x

Tuesday, October 31, 2006

Washington, D.C.

30(b)(6) Deposition of:

ELLEN E. ERDELSKY,

the Witness, called for examination by counsel for the Plaintiff, pursuant to notice, commencing at 10:05 a.m., at the offices of U.S. Department of Justice, 1100 L Street, N.W., Washington, D.C., before Curtis R. Cloward, CSR, a Notary Public in and for the District of Columbia when were present on behalf of the respective parties:



aeb02a9a-5aca-45cd-9826-08e05598e644

identified later on in the audit report and my first part was at paragraph 5.

A. Yes, they were both identified. Yes.

Q. And paragraph 7 we have identified?

A. Yes.

Q. So both are identified?

A. Yes, both of them are identified.

Q. Okay.

Finally I wanted to ask you, you said there were no errors in this report. Mr. Singer had asked you the significance of the audit report being qualified.

Now, is it commonplace for DCAA to issue qualified audit reports?

A. It is very common practice.

Q. Okay, and, in fact, the purpose of these reports is to provide a recommendation to an agency or terminating contract officer; is that correct?

A. Yes.

Q. Okay, these audit reports are in no way mandatory.



aeb02a9a-5aca-45cd-9826-08e05598e644

A. That's correct, they are advisory to them.

Q. You're advisory?

A. And they are the ones that make the decision and they don't always agree with us.

Q. And a terminating contracting officer isn't limited to the information provided in an audit report in terms of negotiating a settlement with the contractor, is he?

A. That's true, he is not limited.

Q. There is other information that he can consider?

A. Yes.

Q. And he doesn't have to consider this at all if he chooses not to?

A. Yes. They usually do not choose to ignore it entirely.

Q. All right, but again, they can.

A. Yes.

MR. VOHRA: Okay, I have nothing further.

MR. SINGER: Okay, good.



aeb02a9a-5aca-45cd-9826-08e05598e644