# In The United States Court of Federal Claims

No. 02-796C

(Filed: September 7, 2007)

INFORMATION SYSTEMS &
NETWORKS, CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_

**ORDER**

On September 6, 2007, the court held oral argument on defendant's motion for summary judgment. Participating in the oral argument were Mr. Norman H. Singer, on behalf of plaintiff, and Mr. Steven M. Mager, on behalf of defendant. Pursuant to discussions during this oral argument: On or before September 21, 2007, the parties may file a brief memorandum, directing the court to any case citations in support of the arguments presented by the parties at oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge