IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | Case No. 02-796C<br>Judge Francis M. Allegra |
| Defendant. | ) | |

**NOTICE OF APPEAL**

NOTICE is hereby given that Plaintiff, Information Systems & Networks Corporation, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the opinion and final judgment entered in this action on May 6, 2008.

July 3, 2008

Respectfully submitted,

SINGER & ASSOCIATES, P.C.

By: /s/ Norman H. Singer

NORMAN H. SINGER, ESQ.
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, MD 20817
Telephone: (240) 395-2343
Facsimile: (301) 469-0403
Attorneys for Plaintiff

**CERTIFICATE OF FILING**

I hereby certify that a true copy of the foregoing NOTICE OF APPEAL was filed electronically on this 3rd day of July, 2008. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

July 3, 2008

/s/Norman H. Singer
Norman H. Singer, Esquire