IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 02-796C<br>Judge Francis M. Allegra |

**WITHDRAWAL OF NOTICE OF APPEAL WITHOUT PREJUDICE**

NOTICE is hereby given that Plaintiff, Information Systems & Networks Corporation, plaintiff in the above-named case, hereby withdraws the Notice of Appeal previously filed in this case as being premature because judgment had not been entered in the case.

July 16, 2008

Respectfully submitted,

SINGER & ASSOCIATES, P.C.

By: /s/ Norman H. Singer

NORMAN H. SINGER, ESQ.
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, MD 20817
Telephone: (240) 395-2343
Facsimile: (301) 469-0403
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing NOTICE OF APPEAL was filed electronically on this 16th day of July, 2008. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

July 16th, 2008

/s/Norman H. Singer
Norman H. Singer, Esquire