#0685597

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 4 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-796C |
| THE UNITED STATES, | ) | Judge Francis M. Allegra |
| Defendant. | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that plaintiff, Information Systems & Networks Corporation, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on July 8, 2008.

September 3, 2008

Respectfully submitted,

SINGER & ASSOCIATES, P.C.

By: [signature]

NORMAN H. SINGER, ESQ.
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, MD 20817
Telephone: (240) 395-2343
Facsimile: (301) 469-0403
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this Notice of Appeal was mailed postage prepaid to the following defendant's counsel of record on this 3rd day of September 2008 as follows:

STEVEN M. MAGER, ESQ.
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Norman H. Singer, Esquire